IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

      Plaintiffs

Vs.                           No. _____
                                   JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and,
MARK P. CLEMONS,

      Defendants

PLAINTIFFS' AFFIDAVIT OF SERVICE
PURSUANT TO TENN. CODE ANN. §29-26-121

STATE OF TENNESSEE:

COUNTY OF SHELBY:

      COMES NOW Mark Ledbetter, as counsel of record for Plaintiffs, pursuant to and as required by Tenn. Cole Ann. § 29-26-121(a)(4), who being first duly sworn according to law hereby makes oath and states as follows:

      1.     My name is Mark Ledbetter.  I am an attorney licensed to practice law in and by the State of Tennessee.  My Tennessee Board of Professional Responsibility number is 17637. Except where it may be otherwise noted herein, I have personal knowledge of the statements made herein and am otherwise competent to execute this Affidavit.  I am counsel of record for Plaintiffs Daniel Lovelace and Helen Lovelace, individually and as parents of Brett Lovelace, deceased.

EXHIBIT
"A"
PENGAD 800-631-6989

2.      Pursuant to and as required by Tenn. Code Ann. § 29-26-121, my office caused a written notice letter to be issued to Defendants, Pediatric Anesthesiologists, P.A.; Babu Rao Paidipalli; and, Mark P. Clemons.  A summary of the history of the mailing of the notice letters is set forth in the following paragraphs.  Copies of the notice letters are attached hereto (Exhibits "A", "B", and "C") as required by Tenn. Code Ann. 29-26-121, along with photocopies of certificates of mailing (receipts) from the United States postal service stamped with the date(s) of mailing.  Additionally, attached hereto as Exhibit "D" is PS Form 3877 from the United States postal service certifying the mailing of all notice letters to respective defendants on February 13, 2013.

3.      As to Defendant Pediatric Anesthesiologists, P.A., by letter dated February 13, 2013, at least 60 days prior to the filing of this action, timely notice of a potential claim against Pediatric Anesthesiologists, P.A., was provided via certified mail, return receipt requested, to (1) Pediatric Anesthesiologists, P.A. at 50 North Dunlap Street, 2nd Floor, Research Tower, Memphis, TN 38103, which was returned on or about February 14, 2013; and (2) Pediatric Anesthesiologists, P.A., Attn: Donald E. Bourland, 5400 Poplar Avenue, Suite 100, Memphis, TN 38119, which was returned on or about February 14, 2013.  A photocopy of the notice letters, together with the Certified Mail Receipts and the returned certified mail receipt cards, is attached hereto.  Consequently, this action is filed 60 (sixty) or more days after the receipt of the written notice to Pediatric Anesthesiologists, P.A., as required by Tenn. Code Ann. § 29-26-121.

4.      As to Defendant  Babu Rao Paidipalli, by letter dated February 13, 2013, 2013, at least 60 days prior to the filing of this action, timely notice of a potential claim against Babu Rao Paidipalli, was provided via certified mail, return receipt requested, to (1) Babu Rao Paidipalli c/o Pediatric Anesthesiologists, P.A. at 50 North Dunlap Street, 2nd Floor, Research Tower,

2

Memphis, TN 38103, which was returned on or about February 27, 2013; and, (2) Babu Rao

Paidipalli c/o LeBonheur East Surgery Center, 786 Estate Place, Memphis, Tennessee 38130,

which was returned on or about February 21, 2013. A photocopy of the notice letters, together

with the Certified Mail Receipts and the returned certified mail receipt cards is attached hereto.

Consequently, this action is filed 60 (sixty) or more days after the receipt of the written notice to

Babu Rao Paidipalli as required by Tenn. Code Ann. § 29-26-121.

5.      As to Defendant Mark P. Clemons, by letter dated February 13, 2013, at least 60

days prior to the filing of this action, timely notice of a potential claim against Mark P. Clemons,

was provided via certified mail, return receipt requested, to (1) Mark P. Clemons, M.D., 6616

Kirby Center Cove, Memphis, TN 38115, which was returned on or about (date omitted on

return receipt, accepted and signed by C. Williams); and (2) Mark P. Clemons, M.D., 228 West

Tyler, Ste. 100, West Memphis, TN 72301, which was returned on or about February 21, 2013.

A photocopy of the notice letters, together with the Certified Mail Receipts and the returned

certified mail receipt cards is attached hereto. Consequently, this action is filed 60 (sixty) or

more days after the receipt of the written notice to Mark P. Clemons, M.D., as required by Tenn.

Code Ann. § 29-26-121.

6.      As required by Tenn. Code Ann. § 29-26-121, the notice letters referred to above

and attached hereto were accompanied by lists of other providers to whom notices were being

given, along with authorizations permitting each provider receiving the notice to obtain complete

medical records from each other provider being sent a notice.

FURTHER THIS AFFIANT SAYETH NOT:

_____
MARK LEDBETTER

STATE OF TENNESSEE:

COUNTY OF SHELBY:

On this _8th_ day of _May_, 2013, before me, a Notary Public of the State and County aforesaid, personally appeared the undersigned Mark Ledbetter, and who, upon oath, acknowledged that he executed the foregoing instrument for the purpose therein contained of his own hand and by his own free act.

_____
NOTARY PUBLIC

My Commission Expires: _9-21-2016_.

4

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $  .66 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $  6.31 |

Postmark Here

Sent To
Donald Bourland - Pediatric Anesthesiologist   P.A.
Street, Apt. No.; or PO Box No. 5400 Poplar Ave. Ste 100
City, State, ZIP+4 Memphis, TN 38119-3669

7007 0710 0004 1355 4574

PS Form 3800, August 2006                                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald E. Bourland
Pediatric Anesthesiologists, P.A.
5400 Poplar Ave., Ste 100
Memphis, TN 38119-3669

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                              ☐ Addressee
B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7007 0710 0004 1355 4574

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



EXHIBIT
"A"
_____

**HALLIBURTON & LEDBETTER**
ATTORNEYS AT LAW
254 COURT AVENUE - SUITE 305
MEMPHIS, TENNESSEE 38103

MARK LEDBETTER*
*Licensed in Tennessee & Arkansas

(901) 523-8153 - Phone
(901) 523-8115 - Fax
E-mail: mark794@aol.com

February 13, 2013

*SENT VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED*

Donald E. Bourland
Registered Agent for Service of Process
Pediatric Anesthesiologists, P.A.
5400 Poplar Avenue, Suite 100
Memphis, TN  38119-3669

RE:    Possible Medical Malpractice Claim
       Patient:  Brett Spencer Lovelace
       Surgery dated March 12, 2012

Dear Pediatric Anesthesiologists and Donald E. Bourland:

Pursuant to T.C.A. §29-26-121, please be advised that I am the attorney representing Daniel and Helen Lovelace, parents of Brett Spencer Lovelace, deceased.  I am their authorized agent for providing you this notice.  Through me, Daniel and Helen Lovelace are asserting a potential claim for medical malpractice of a health care liability action under T.C.A. § 29-26-115 against Pediatric Anesthesiologists, P.A.  Also, Daniel and Helen Lovelace each assert a potential claim for negligent infliction of emotional distress (NIED) against Pediatric Anesthesiologists, P.A.

Brett Spencer Lovelace was a 12-year-old male child who underwent a tonsillectomy and adenoidectomy (T&A), which was done under general endotracheal tube anesthesia (Babu Rao Paidipalli was the anesthesiologist) on March 12, 2012, at LeBonheur Children's Hospital in Memphis, Tennessee.  After the surgery (Dr. Mark P. Clemons was the surgeon), Brett Spencer Lovelace was transferred to the hospital's PACU, where he suffered positional asphyxia and respiratory arrest.  Brett Spencer Lovelace suffered consequent brain swelling and anoxic brain injury that resulted in brain death.  He was pronounced dead on March 14, 2012.  It is alleged that a claim arose due to the acts or omissions of the intended recipient(s) of this letter, as no one intervened to protect the child or issue orders for his safe resuscitation.

Attached hereto is a list of all health care providers to whom notice is being given pursuant to T.C.A. §29-26-121(a).  Additional information required by T.C.A. §29-26-121 is furnished to you below.

(A)    The full name and date of birth of the patient whose treatment is at issue:

       Brett Spencer Lovelace, DOB:  ██████████.

Letter to Pediatric Anesthesiologists, P.A.
      and Donald E. Bourland
Lovelace vs. Pediatric Anesthesiologists, P.A.
February 13, 2013
Page 2

(B)     The name and address of the claimants authorizing the notice and the relationship to the patient, if the notice is not sent by the patient:

Daniel and Helen Lovelace, ████████████, Marion, AR, 72364, the parents of the deceased minor, Brett Spencer Lovelace, are authorizing the issuance of this letter for the purposes of providing notice, as required by T.C.A. §29-26-121.

(C)     The name and address of the attorney sending the notice, if applicable:

Mark Ledbetter
254 Court Avenue, Suite 305
Memphis, TN  38103

(D)     A list of the names and addresses of all providers being sent a notice:

Notice is being sent to:

| | |
|---|---|
| Babu Rao Paidipalli<br>c/o Pediatric Anesthesiologists, P.A.<br>50 North Dunlap Street<br>2nd Floor, Research Tower<br>Memphis, TN  38103 | Babu Rao Paidipalli<br>c/o Le Bonheur East Surgery Center<br>786 Estate Place<br>Memphis, TN  38120 |
| Pediatric Anesthesiologists, P.A.<br>50 North Dunlap Street<br>2nd Floor, Research Tower<br>Memphis, TN  38103 | Donald E. Bourland<br>Pediatric Anesthesiologists, P.A.<br>5400 Poplar Avenue, Suite 100<br>Memphis, TN  38119-3669<br>Registered Agent for Service of Process |
| Mark P. Clemons, M.D.<br>6616 Kirby Center Cove<br>Memphis, TN  38115 | Mark P. Clemons, M.D.<br>228 West Tyler, Suite 100<br>West Memphis, AR  72301 |

(E)     A HIPAA complaint medical authorization permitting the provider receiving the notice to obtain the complete medical records from each other provider being sent a notice.

An authorization is enclosed.

Letter to Pediatric Anesthesiologists, P.A.
   and Donald E. Bourland
Lovelace vs. Pediatric Anesthesiologists, P.A.
February 13, 2013
Page 3

Pursuant to T.C.A. §29-26-121, this letter shall serve as written notice of this potential claim.

     Sincerely yours,

     Mark Ledbetter

PML/js

Enclosures:  List pursuant to T.C.A. §29-26-121(a);
      Authorization

# DEFENDANTS LIST FOR NOTICE

Pediatric Anesthesiologists, P.A.
50 North Dunlap Street,
2nd Floor, Research Tower
Memphis, TN  38103

Pediatric Anesthesiologists, P.A.,
Attn:  Donald E. Bourland,
5400 Poplar Avenue, Suite 100,
Memphis, TN, 38119;

Babu Rao Paidpalli
c/o Pediatric Anesthesiologists, P.A.
50 North Dunlap Street,
2nd Floor, Research Tower, Memphis, TN  38103

Babu Rao Paidipalli
c/o Le Bonheur East Surgery Center
786 Estate Place, Memphis, TN  38120

Mark P. Clemons, M.D.
6616 Kirby Center Cove
Memphis, TN, 38115

Mark P. Clemons, M.D.
228 West Tyler, Suite 100
West Memphis, AR  72301.

1

## AUTHORIZATION TO DISCLOSE
## HEALTH INFORMATION

Patient name:   **Brett Spencer Lovelace**_____   DOB: ~~08/21/1999~~   SSN: ~~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~~

1.      I authorize the use or disclosure of the above named individual's health information as described below:

2.      The following individual or organization is authorized to make the disclosure:

> Pediatric Anesthesiologists, P.A.
> 50 North Dunlap Street
> 2nd Floor, Research Tower
> Memphis, TN 38103

> Pediatric Anesthesiologists, P.A.
> Attn: Donald E. Bourland
> 5400 Poplar Avenue, Suite 100
> Memphis, TN, 38119

> Babu Rao Paidpalli
> c/o Pediatric Anesthesiologists, P.A.
> 50 North Dunlap Street
> 2nd Floor, Research Tower
> Memphis, TN 38103

> Babu Rao Paidipalli
> c/o Le Bonheur East Surgery Center
> 786 Estate Place
> Memphis, TN 38120

> Mark P. Clemons, M.D.
> 6616 Kirby Center Cove
> Memphis, TN, 38115

> Mark P. Clemons, M.D.
> 228 West Tyler, Suite 100
> West Memphis, AR 72301

3.      The type and amount of information to be used or disclosed is as follows:   (include dates where appropriate)

_____   problem list
_____   medication list
_____   list of allergies
_____   immunization record
_____   most recent history and physical
_____   most recent discharge summary
_____   laboratory results
_____   x-ray and imaging reports

1

_____ consultation reports
(all treating physicians/nurses and caretakers)
_____ entire record
_____ other:  billing records

4.     I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).  It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5.     This information may be disclosed to and used by the following individual or organization:

         Pediatric Anesthesiologists, P.A.
         50 North Dunlap Street
         2nd Floor, Research Tower
         Memphis, TN  38103

         Pediatric Anesthesiologists, P.A.
         Attn:  Donald E. Bourland
         5400 Poplar Avenue, Suite 100
         Memphis, TN, 38119

         Babu Rao Paidpalli
         c/o Pediatric Anesthesiologists, P.A.
         50 North Dunlap Street
         2nd Floor, Research Tower
         Memphis, TN  38103

         Babu Rao Paidipalli
         c/o Le Bonheur East Surgery Center
         786 Estate Place
         Memphis, TN  38120

         Mark P. Clemons, M.D.
         6616 Kirby Center Cove
         Memphis, TN, 38115

         Mark P. Clemons, M.D.
         228 West Tyler, Suite 100
         West Memphis, AR  72301

6.     I understand I have the right to revoke this authorization at any time.  I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department.  I understand the revocation will not apply to information that has already been released in response to this authorization.  I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.  Unless otherwise revoked, this authorization will expire on the following date, event or condition:  December 31, 2014.  If I fail to specify an expiration date, event or condition, this authorization will expire in six months.

2

7.     I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact (insert HIM director, privacy officer, or other office or individual's name or contact information.)

8.     Nothing in this Authorization shall be construed as permitting the ex parte communication between counsel for the Defendants and the healthcare providers of Brett Spencer Lovelace (Plaintiffs' Decedent, and Son) without the express permission and/or the participation of Helen Lovelace, Daniel Lovelace, or their attorneys.

9.     I hereby agree that a copy of this authorization form or facsimile shall have the same force and effect as the original thereof.

_____
Helen Lovelace
Mother of Brett Spencer Lovelace

_____
1/25/13
Date

_____
Daniel Lovelace
Father of Brett Spencer Lovelace

_____
Signature of Witness

STATE OF TENNESSEE

COUNTY OF SHELBY

On this _25th_ day of January 2013, before me personally appeared Helen Lovelace and Daniel Lovelace known to me to be the persons described herein and who executed the foregoing Authorization to Release Medical Information and that they executed the same as their free act and deed.

_____
NOTARY PUBLIC

My commission expires: _9-21-2016_ .

3

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
| --- | --- |
| Postage | $ .66 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | .66 |
| Total Postage & Fees | $ 6.31 |

Postmark Here

Sent To _Pediatric Anesthesiologists, P.A._
Street, Apt. No.; or PO Box No. _50 N. Dunlap St. 2nd Fl Research Tower_
City, State, ZIP+4 _Memphis TN 38103_

7007 0710 0004 1355 4567

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

_Pediatric Anesthesiologists, P.A_
_50 N. Dunlap Street_
_2nd Floor, Research Tower_
_Memphis, TN 38103_

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Michelle Blocker_            ☐ Agent
                                ☐ Addressee

B. Received by ( Printed Name) _Michelle Blocker_   C. Date of Delivery _2/14/13_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)      7007 0710 0004 1355 4567

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**HALLIBURTON & LEDBETTER**
ATTORNEYS AT LAW
254 COURT AVENUE - SUITE 305
MEMPHIS, TENNESSEE 38103

MARK LEDBETTER*
*Licensed in Tennessee & Arkansas

(901) 523-8153 - Phone
(901) 523-8115 - Fax
E-mail: mark794@aol.com

February 13, 2013

*SENT VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED*

Pediatric Anesthesiologists, P.A.
50 North Dunlap Street
2nd Floor, Research Tower
Memphis, TN 38103

   RE: Possible Medical Malpractice Claim
     Patient: Brett Spencer Lovelace
     Surgery dated March 12, 2012

Dear Pediatric Anesthesiologists and Donald E. Bourland:

Pursuant to T.C.A. §29-26-121, please be advised that I am the attorney representing Daniel and Helen Lovelace, parents of Brett Spencer Lovelace, deceased. I am their authorized agent for providing you this notice. Through me, Daniel and Helen Lovelace are asserting a potential claim for medical malpractice of a health care liability action under T.C.A. § 29-26-115 against Pediatric Anesthesiologists, P.A. Also, Daniel and Helen Lovelace each assert a potential claim for negligent infliction of emotional distress (NIED) against Pediatric Anesthesiologists, P.A.

Brett Spencer Lovelace was a 12-year-old male child who underwent a tonsillectomy and adenoidectomy (T&A), which was done under general endotracheal tube anesthesia (Babu Rao Paidipalli was the anesthesiologist) on March 12, 2012, at LeBonheur Children's Hospital in Memphis, Tennessee. After the surgery (Dr. Mark P. Clemons was the surgeon), Brett Spencer Lovelace was transferred to the hospital's PACU, where he suffered positional asphyxia and respiratory arrest. Brett Spencer Lovelace suffered consequent brain swelling and anoxic brain injury that resulted in brain death. He was pronounced dead on March 14, 2012. It is alleged that a claim arose due to the acts or omissions of the intended recipient(s) of this letter, as no one intervened to protect the child or issue orders for his safe resuscitation.

Attached hereto is a list of all health care providers to whom notice is being given pursuant to T.C.A. §29-26-121(a). Additional information required by T.C.A. §29-26-121 is furnished to you below.

(A) The full name and date of birth of the patient whose treatment is at issue:

   Brett Spencer Lovelace, DOB: ▮▮▮August 21, 1999▮.

Letter to Pediatric Anesthesiologists, P.A.
Lovelace vs. Pediatric Anesthesiologists, P.A.
February 13
Page 2

(B)    The name and address of the claimants authorizing the notice and the relationship to the patient, if the notice is not sent by the patient:

Daniel and Helen Lovelace, ~~54 Birch Lake Cove~~, Marion, AR, 72364, the parents of the deceased minor, Brett Spencer Lovelace, are authorizing the issuance of this letter for the purposes of providing notice, as required by T.C.A. §29-26-121.

(C)    The name and address of the attorney sending the notice, if applicable:

Mark Ledbetter
254 Court Avenue, Suite 305
Memphis, TN  38103

(D)    A list of the names and addresses of all providers being sent a notice:

Notice is being sent to:

| | |
|---|---|
| Babu Rao Paidipalli<br>c/o Pediatric Anesthesiologists, P.A.<br>50 North Dunlap Street<br>2nd Floor, Research Tower<br>Memphis, TN  38103 | Babu Rao Paidipalli<br>c/o Le Bonheur East Surgery Center<br>786 Estate Place<br>Memphis, TN  38120 |
| Pediatric Anesthesiologists, P.A.<br>50 North Dunlap Street<br>2nd Floor, Research Tower<br>Memphis, TN  38103 | Donald E. Bourland<br>Pediatric Anesthesiologists, P.A.<br>5400 Poplar Avenue, Suite 100<br>Memphis, TN  38119-3669<br>Registered Agent for Service of Process |
| Mark P. Clemons, M.D.<br>6616 Kirby Center Cove<br>Memphis, TN  38115 | Mark P. Clemons, M.D.<br>228 West Tyler, Suite 100<br>West Memphis, AR  72301 |

(E)    A HIPAA complaint medical authorization permitting the provider receiving the notice to obtain the complete medical records from each other provider being sent a notice.

An authorization is enclosed.

Letter to Pediatric Anesthesiologists, P.A.
Lovelace vs. Pediatric Anesthesiologists, P.A.
February 13, 2013
Page 3

Pursuant to T.C.A. §29-26-121, this letter shall serve as written notice of this potential claim.

Sincerely yours,

Mark Ledbetter

PML/js

Enclosures:    List pursuant to T.C.A. §29-26-121(a);
               Authorization

## DEFENDANTS LIST FOR NOTICE

Pediatric Anesthesiologists, P.A.
50 North Dunlap Street,
2nd Floor, Research Tower
Memphis, TN  38103

Pediatric Anesthesiologists, P.A.,
Attn:  Donald E. Bourland,
5400 Poplar Avenue, Suite 100,
Memphis, TN, 38119;

Babu Rao Paidpalli
c/o Pediatric Anesthesiologists, P.A.
50 North Dunlap Street,
2nd Floor, Research Tower, Memphis, TN  38103

Babu Rao Paidipalli
c/o Le Bonheur East Surgery Center
786 Estate Place, Memphis, TN  38120

Mark P. Clemons, M.D.
6616 Kirby Center Cove
Memphis, TN, 38115

Mark P. Clemons, M.D.
228 West Tyler, Suite 100
West Memphis, AR  72301.

1

# AUTHORIZATION TO DISCLOSE
# HEALTH INFORMATION

Patient name:  **Brett Spencer Lovelace**            DOB:█████████        SSN:█████████████

1.      I authorize the use or disclosure of the above named individual's health information as described below:

2.      The following individual or organization is authorized to make the disclosure:

> Pediatric Anesthesiologists, P.A.
> 50 North Dunlap Street
> 2nd Floor, Research Tower
> Memphis, TN  38103

> Pediatric Anesthesiologists, P.A.
> Attn:  Donald E. Bourland
> 5400 Poplar Avenue, Suite 100
> Memphis, TN, 38119

> Babu Rao Paidpalli
> c/o Pediatric Anesthesiologists, P.A.
> 50 North Dunlap Street
> 2nd Floor, Research Tower
> Memphis, TN  38103

> Babu Rao Paidipalli
> c/o Le Bonheur East Surgery Center
> 786 Estate Place
> Memphis, TN  38120

> Mark P. Clemons, M.D.
> 6616 Kirby Center Cove
> Memphis, TN, 38115

> Mark P. Clemons, M.D.
> 228 West Tyler, Suite 100
> West Memphis, AR  72301

3.      The type and amount of information to be used or disclosed is as follows:  (include dates where appropriate)

> \_\_\_\_\_  problem list
> \_\_\_\_\_  medication list
> \_\_\_\_\_  list of allergies
> \_\_\_\_\_  immunization record
> \_\_\_\_\_  most recent history and physical
> \_\_\_\_\_  most recent discharge summary
> \_\_\_\_\_  laboratory results
> \_\_\_\_\_  x-ray and imaging reports

1

_____ consultation reports
_____ (all treating physicians/nurses and caretakers)
_____ entire record
_____ other:  billing records

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).  It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5. This information may be disclosed to and used by the following individual or organization:

Pediatric Anesthesiologists, P.A.
50 North Dunlap Street
2nd Floor, Research Tower
Memphis, TN  38103

Pediatric Anesthesiologists, P.A.
Attn:  Donald E. Bourland
5400 Poplar Avenue, Suite 100
Memphis, TN, 38119

Babu Rao Paidpalli
c/o Pediatric Anesthesiologists, P.A.
50 North Dunlap Street
2nd Floor, Research Tower
Memphis, TN  38103

Babu Rao Paidipalli
c/o Le Bonheur East Surgery Center
786 Estate Place
Memphis, TN  38120

Mark P. Clemons, M.D.
6616 Kirby Center Cove
Memphis, TN, 38115

Mark P. Clemons, M.D.
228 West Tyler, Suite 100
West Memphis, AR  72301

6. I understand I have the right to revoke this authorization at any time.  I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department.  I understand the revocation will not apply to information that has already been released in response to this authorization.  I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.  Unless otherwise revoked, this authorization will expire on the following date, event or condition:  December 31, 2014.  If I fail to specify an expiration date, event or condition, this authorization will expire in six months.

2

7.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact (insert HIM director, privacy officer, or other office or individual's name or contact information.)

8.  Nothing in this Authorization shall be construed as permitting the ex parte communication between counsel for the Defendants and the healthcare providers of Brett Spencer Lovelace (Plaintiffs' Decedent, and Son) without the express permission and/or the participation of Helen Lovelace, Daniel Lovelace, or their attorneys.

9.  I hereby agree that a copy of this authorization form or facsimile shall have the same force and effect as the original thereof.


_Helen Lovelace_ _____          _1/25/13_ _____
Helen Lovelace                                              Date
Mother of Brett Spencer Lovelace


_Daniel Lovelace_ _____          _[signature]_ _____
Daniel Lovelace                                      Signature of Witness
Father of Brett Spencer Lovelace



STATE OF TENNESSEE

COUNTY OF SHELBY


On this _25th_ day of January 2013, before me personally appeared Helen Lovelace and

Daniel Lovelace known to me to be the persons described herein and who executed the foregoing

Authorization to Release Medical Information and that they executed the same as their free act and

deed.


_[signature]_ _____
NOTARY PUBLIC

[Notary Seal: JO ANN SMITH / STATE OF TENNESSEE / NOTARY PUBLIC / SHELBY COUNTY]

My commission expires: _9-21-2016_

3

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .66 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.31 |

Postmark Here

Sent To: Babu Rao Paidipalli
Street, Apt. No.; or PO Box No.: c/o Pediatric Anesthesiologist, P.A.
City, State, ZIP+4: 50 North Dunlap St. 2nd FL
Memphis, TN 38103    Research Tower

7007 0710 0004 1355 4611

PS Form 3800, August 2006        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Babu Rao Paidipalli
c/o Pediatric Anesthesiology SIS, P.A.
50 N. Dunlap St.
2nd Floor, Research Tower
Memphis, TN 38103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Michelle Block   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Michelle Block                 2/27/13

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 0710 0004 1355 4611

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

EXHIBIT
"B"

# HALLIBURTON & LEDBETTER
## ATTORNEYS AT LAW
### 254 COURT AVENUE - SUITE 305
### MEMPHIS, TENNESSEE 38103

**MARK LEDBETTER***
*Licensed in Tennessee & Arkansas*

(901) 523-8153 - Phone
(901) 523-8115 - Fax
E-mail: mark794@aol.com

February 13, 2013

*SENT VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED*

Babu Rao Paidipalli
c/o Pediatric Anesthesiologists, P.A.
50 North Dunlap Street
2nd Floor, Research Tower
Memphis, TN  38103

RE:   Possible Medical Malpractice Claim
         Patient:  Brett Spencer Lovelace
         Surgery dated March 12, 2012

Dear Dr. Paidipalli:

Pursuant to T.C.A. §29-26-121, please be advised that I am the attorney representing Daniel and Helen Lovelace, parents of Brett Spencer Lovelace, deceased.  I am their authorized agent for providing you this notice.  Through me, Daniel and Helen Lovelace are asserting a potential claim for medical malpractice of a health care liability action under T.C.A. § 29-26-115 against Babu Rao Paidipalli.  Also, Daniel and Helen Lovelace each assert a potential claim for negligent infliction of emotional distress (NIED) against Babu Rao Paidipalli

Brett Spencer Lovelace was a 12-year-old male child who underwent a tonsillectomy and adenoidectomy (T&A), which was done under general endotracheal tube anesthesia (Babu Rao Paidipalli was the anesthesiologist) on March 12, 2012, at LeBonheur Children's Hospital in Memphis, Tennessee.  After the surgery (Dr. Mark P. Clemons was the surgeon), Brett Spencer Lovelace was transferred to the hospital's PACU, where he suffered positional asphyxia and respiratory arrest.  Brett Spencer Lovelace suffered consequent brain swelling and anoxic brain injury that resulted in brain death.  He was pronounced dead on March 14, 2012.  It is alleged that a claim arose due to the acts or omissions of the intended recipient(s) of this letter, as no one intervened to protect the child or issue orders for his safe resuscitation.

Attached hereto is a list of all health care providers to whom notice is being given pursuant to T.C.A. §29-26-121(a).  Additional information required by T.C.A. §29-26-121 is furnished to you below.

(A)   The full name and date of birth of the patient whose treatment is at issue:

Brett Spencer Lovelace, DOB: ▓▓▓▓▓▓▓▓▓▓.

Letter to Babu Rao Paidipalli
Lovelace vs. Paidipalli
February 13, 2013
Page 2

(B)  ·  The name and address of the claimants authorizing the notice and the relationship to the patient, if the notice is not sent by the patient:

Daniel and Helen Lovelace, ▪▪▪▪▪▪▪▪▪▪▪▪, Marion, AR, 72364, the parents of the deceased minor, Brett Spencer Lovelace, are authorizing the issuance of this letter for the purposes of providing notice, as required by T.C.A. §29-26-121.

(C)      The name and address of the attorney sending the notice, if applicable:

Mark Ledbetter
254 Court Avenue, Suite 305
Memphis, TN  38103

(D)      A list of the names and addresses of all providers being sent a notice:

Notice is being sent to:

| | |
|---|---|
| Babu Rao Paidipalli<br>c/o Pediatric Anesthesiologists, P.A.<br>50 North Dunlap Street<br>2nd Floor, Research Tower<br>Memphis, TN  38103 | Babu Rao Paidipalli<br>c/o Le Bonheur East Surgery Center<br>786 Estate Place<br>Memphis, TN  38120 |
| Pediatric Anesthesiologists, P.A.<br>50 North Dunlap Street<br>2nd Floor, Research Tower<br>Memphis, TN  38103 | Donald E. Bourland<br>Pediatric Anesthesiologists, P.A.<br>5400 Poplar Avenue, Suite 100<br>Memphis, TN  38119-3669<br>Registered Agent for Service of Process |
| Mark P. Clemons, M.D.<br>6616 Kirby Center Cove<br>Memphis, TN  38115 | Mark P. Clemons, M.D.<br>228 West Tyler, Suite 100<br>West Memphis, AR  72301 |

(E)      A HIPAA complaint medical authorization permitting the provider receiving the notice to obtain the complete medical records from each other provider being sent a notice.

An authorization is enclosed.

Letter to Babu Rao Paidipalli
Lovelace vs. Paidipalli
February 13, 2013
Page 3

Pursuant to T.C.A. §29-26-121, this letter shall serve as written notice of this potential claim.

Sincerely yours,

Mark Ledbetter

PML/js

Enclosures:     List pursuant to T.C.A. §29-26-121(a);
                HIPPA Authorization

## DEFENDANTS LIST FOR NOTICE

Pediatric Anesthesiologists, P.A.
50 North Dunlap Street,
2nd Floor, Research Tower
Memphis, TN  38103

Pediatric Anesthesiologists, P.A.,
Attn:  Donald E. Bourland,
5400 Poplar Avenue, Suite 100,
Memphis, TN, 38119;

Babu Rao Paidpalli
c/o Pediatric Anesthesiologists, P.A.
50 North Dunlap Street,
2nd Floor, Research Tower, Memphis, TN  38103

Babu Rao Paidipalli
c/o Le Bonheur East Surgery Center
786 Estate Place, Memphis, TN  38120

Mark P. Clemons, M.D.
6616 Kirby Center Cove
Memphis, TN, 38115

Mark P. Clemons, M.D.
228 West Tyler, Suite 100
West Memphis, AR  72301.

1

## AUTHORIZATION TO DISCLOSE
## HEALTH INFORMATION

Patient name:   **Brett Spencer Lovelace** _____   DOB: ~~08/21/1989~~      SSN: ~~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~~

1.    I authorize the use or disclosure of the above named individual's health information as described below:

2.    The following individual or organization is authorized to make the disclosure:

> Pediatric Anesthesiologists, P.A.
> 50 North Dunlap Street
> 2nd Floor, Research Tower
> Memphis, TN  38103

> Pediatric Anesthesiologists, P.A.
> Attn:  Donald E. Bourland
> 5400 Poplar Avenue, Suite 100
> Memphis, TN, 38119

> Babu Rao Paidpalli
> c/o Pediatric Anesthesiologists, P.A.
> 50 North Dunlap Street
> 2nd Floor, Research Tower
> Memphis, TN  38103

> Babu Rao Paidipalli
> c/o Le Bonheur East Surgery Center
> 786 Estate Place
> Memphis, TN  38120

> Mark P. Clemons, M.D.
> 6616 Kirby Center Cove
> Memphis, TN, 38115

> Mark P. Clemons, M.D.
> 228 West Tyler, Suite 100
> West Memphis, AR  72301

3.    The type and amount of information to be used or disclosed is as follows:   (include dates where appropriate)

_____  problem list
_____  medication list
_____  list of allergies
_____  immunization record
_____  most recent history and physical
_____  most recent discharge summary
_____  laboratory results
_____  x-ray and imaging reports

1

_____ consultation reports
(all treating physicians/nurses and caretakers)
_____ entire record
_____ other:  billing records

4.     I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).  It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5.     This information may be disclosed to and used by the following individual or organization:

> Pediatric Anesthesiologists, P.A.
> 50 North Dunlap Street
> 2nd Floor, Research Tower
> Memphis, TN  38103
>
> Pediatric Anesthesiologists, P.A.
> Attn:  Donald E. Bourland
> 5400 Poplar Avenue, Suite 100
> Memphis, TN, 38119
>
> Babu Rao Paidpalli
> c/o Pediatric Anesthesiologists, P.A.
> 50 North Dunlap Street
> 2nd Floor, Research Tower
> Memphis, TN  38103
>
> Babu Rao Paidipalli
> c/o Le Bonheur East Surgery Center
> 786 Estate Place
> Memphis, TN  38120
>
> Mark P. Clemons, M.D.
> 6616 Kirby Center Cove
> Memphis, TN, 38115
>
> Mark P. Clemons, M.D.
> 228 West Tyler, Suite 100
> West Memphis, AR  72301

6.     I understand I have the right to revoke this authorization at any time.  I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department.  I understand the revocation will not apply to information that has already been released in response to this authorization.  I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.  Unless otherwise revoked, this authorization will expire on the following date, event or condition: December 31, 2014.  If I fail to specify an expiration date, event or condition, this authorization will expire in six months.

2

7.    I understand that authorizing the disclosure of this health information is voluntary.  I can refuse to sign this authorization.  I need not sign this form in order to assure treatment.  I understand I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524.  I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules.  If I have questions about disclosure of my health information, I can contact (insert HIM director, privacy officer, or other office or individual's name or contact information.)

8.    Nothing in this Authorization shall be construed as permitting the ex parte communication between counsel for the Defendants and the healthcare providers of Brett Spencer Lovelace (Plaintiffs' Decedent, and Son) without the express permission and/or the participation of Helen Lovelace, Daniel Lovelace, or their attorneys.

9.    I hereby agree that a copy of this authorization form or facsimile shall have the same force and effect as the original thereof.


_Helen Lovelace_                                           1/25/13
Helen Lovelace                                             Date
Mother of Brett Spencer Lovelace


_Daniel Lovelace_
Daniel Lovelace                                            Signature of Witness
Father of Brett Spencer Lovelace



STATE OF TENNESSEE

COUNTY OF SHELBY


On this ___25th___ day of January 2013, before me personally appeared Helen Lovelace and Daniel Lovelace known to me to be the persons described herein and who executed the foregoing Authorization to Release Medical Information and that they executed the same as their free act and deed.


                                   Jo Ann Smith
                                   NOTARY PUBLIC


My commission expires: 9-21-2016

3

**U.S. Postal Service** ™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .66 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.31 |

Postmark Here

Sent To: *Babu Rao Paidipalli*
Street, Apt. No.; or PO Box No. *c/o Le Bonheur East Surgery Center*
*786 Estate Place*
City, State, ZIP+4 *Memphis, TN 38120*

7007 0710 0004 1355 4604

PS Form 3800, August 2006                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Babu Rao Paidipalli*
*c/o Le Bonheur East Surgery Center*
*786 Estate Place*
*Memphis, TN 38120*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)  C. Date of Delivery
*Jamshid Nilbakht*  2/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☑ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)  7007 0710 0004 1355 4604

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**HALLIBURTON & LEDBETTER**
ATTORNEYS AT LAW
254 COURT AVENUE - SUITE 305
MEMPHIS, TENNESSEE 38103

MARK LEDBETTER*
*Licensed in Tennessee & Arkansas

(901) 523-8153 - Phone
(901) 523-8115 - Fax
E-mail: mark794@aol.com

February 13, 2013

*SENT VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED*

Babu Rao Paidipalli
c/o Le Bonheur East Surgery Center
786 Estate Place
Memphis, TN 38120

RE:   Possible Medical Malpractice Claim
      Patient: Brett Spencer Lovelace
      Surgery dated March 12, 2012

Dear Dr. Paidipalli:

Pursuant to T.C.A. §29-26-121, please be advised that I am the attorney representing Daniel and
Helen Lovelace, parents of Brett Spencer Lovelace, deceased. I am their authorized agent for
providing you this notice. Through me, Daniel and Helen Lovelace are asserting a potential
claim for medical malpractice of a health care liability action under T.C.A. § 29-26-115 against
Babu Rao Paidipalli. Also, Daniel and Helen Lovelace each assert a potential claim for
negligent infliction of emotional distress (NIED) against Babu Rao Paidipalli

Brett Spencer Lovelace was a 12-year-old male child who underwent a tonsillectomy and
adenoidectomy (T&A), which was done under general endotracheal tube anesthesia (Babu Rao
Paidipalli was the anesthesiologist) on March 12, 2012, at LeBonheur Children's Hospital in
Memphis, Tennessee. After the surgery (Dr. Mark P. Clemons was the surgeon), Brett Spencer
Lovelace was transferred to the hospital's PACU, where he suffered positional asphyxia and
respiratory arrest. Brett Spencer Lovelace suffered consequent brain swelling and anoxic brain
injury that resulted in brain death. He was pronounced dead on March 14, 2012. It is alleged
that a claim arose due to the acts or omissions of the intended recipient(s) of this letter, as no one
intervened to protect the child or issue orders for his safe resuscitation.

Attached hereto is a list of all health care providers to whom notice is being given pursuant to
T.C.A. §29-26-121(a). Additional information required by T.C.A. §29-26-121 is furnished to
you below.

(A)   The full name and date of birth of the patient whose treatment is at issue:

      Brett Spencer Lovelace, DOB: ███████████.

Letter to Babu Rao Paidipalli
Lovelace vs. Paidipalli
February 13, 2013
Page 2

(B)    The name and address of the claimants authorizing the notice and the relationship to the patient, if the notice is not sent by the patient:

Daniel and Helen Lovelace, ███████████, Marion, AR, 72364, the parents of the deceased minor, Brett Spencer Lovelace, are authorizing the issuance of this letter for the purposes of providing notice, as required by T.C.A. §29-26-121.

(C)    The name and address of the attorney sending the notice, if applicable:

Mark Ledbetter
254 Court Avenue, Suite 305
Memphis, TN  38103

(D)    A list of the names and addresses of all providers being sent a notice:

Notice is being sent to:

| | |
|---|---|
| Babu Rao Paidipalli<br>c/o Pediatric Anesthesiologists, P.A.<br>50 North Dunlap Street<br>2nd Floor, Research Tower<br>Memphis, TN  38103 | Babu Rao Paidipalli<br>c/o Le Bonheur East Surgery Center<br>786 Estate Place<br>Memphis, TN  38120 |
| Pediatric Anesthesiologists, P.A.<br>50 North Dunlap Street<br>2nd Floor, Research Tower<br>Memphis, TN  38103 | Donald E. Bourland<br>Pediatric Anesthesiologists, P.A.<br>5400 Poplar Avenue, Suite 100<br>Memphis, TN  38119-3669<br>Registered Agent for Service of Process |
| Mark P. Clemons, M.D.<br>6616 Kirby Center Cove<br>Memphis, TN  38115 | Mark P. Clemons, M.D.<br>228 West Tyler, Suite 100<br>West Memphis, AR  72301 |

(E)    A HIPAA complaint medical authorization permitting the provider receiving the notice to obtain the complete medical records from each other provider being sent a notice.

An authorization is enclosed.

Letter to Babu Rao Paidipalli
Lovelace vs. Paidipalli
February 13, 2013
Page 3

Pursuant to T.C.A. §29-26-121, this letter shall serve as written notice of this potential claim.

Sincerely yours,

Mark Ledbetter

PML/js

Enclosures:    List pursuant to T.C.A. §29-26-121(a);
               HIPPA Authorization

## DEFENDANTS LIST FOR NOTICE

Pediatric Anesthesiologists, P.A.
50 North Dunlap Street,
2nd Floor, Research Tower
Memphis, TN  38103

Pediatric Anesthesiologists, P.A.,
Attn:  Donald E. Bourland,
5400 Poplar Avenue, Suite 100,
Memphis, TN, 38119;

Babu Rao Paidpalli
c/o Pediatric Anesthesiologists, P.A.
50 North Dunlap Street,
2nd Floor, Research Tower, Memphis, TN  38103

Babu Rao Paidipalli
c/o Le Bonheur East Surgery Center
786 Estate Place, Memphis, TN  38120

Mark P. Clemons, M.D.
6616 Kirby Center Cove
Memphis, TN, 38115

Mark P. Clemons, M.D.
228 West Tyler, Suite 100
West Memphis, AR  72301.

1

# AUTHORIZATION TO DISCLOSE
# HEALTH INFORMATION

Patient name: **Brett Spencer Lovelace**          DOB: ██████          SSN: ██████

1.     I authorize the use or disclosure of the above named individual's health information as described below:

2.     The following individual or organization is authorized to make the disclosure:

> Pediatric Anesthesiologists, P.A.
> 50 North Dunlap Street
> 2nd Floor, Research Tower
> Memphis, TN  38103
>
> Pediatric Anesthesiologists, P.A.
> Attn:  Donald E. Bourland
> 5400 Poplar Avenue, Suite 100
> Memphis, TN, 38119
>
> Babu Rao Paidpalli
> c/o Pediatric Anesthesiologists, P.A.
> 50 North Dunlap Street
> 2nd Floor, Research Tower
> Memphis, TN  38103
>
> Babu Rao Paidipalli
> c/o Le Bonheur East Surgery Center
> 786 Estate Place
> Memphis, TN  38120
>
> Mark P. Clemons, M.D.
> 6616 Kirby Center Cove
> Memphis, TN, 38115
>
> Mark P. Clemons, M.D.
> 228 West Tyler, Suite 100
> West Memphis, AR  72301

3.     The type and amount of information to be used or disclosed is as follows:  (include dates where appropriate)

_____    problem list
_____    medication list
_____    list of allergies
_____    immunization record
_____    most recent history and physical
_____    most recent discharge summary
_____    laboratory results
_____    x-ray and imaging reports

1

_____ consultation reports
(all treating physicians/nurses and caretakers)
_____ entire record
_____ other:  billing records

4.      I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).  It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5.      This information may be disclosed to and used by the following individual or organization:

            Pediatric Anesthesiologists, P.A.
            50 North Dunlap Street
            2nd Floor, Research Tower
            Memphis, TN  38103

            Pediatric Anesthesiologists, P.A.
            Attn:  Donald E. Bourland
            5400 Poplar Avenue, Suite 100
            Memphis, TN, 38119

            Babu Rao Paidpalli
            c/o Pediatric Anesthesiologists, P.A.
            50 North Dunlap Street
            2nd Floor, Research Tower
            Memphis, TN  38103

            Babu Rao Paidipalli
            c/o Le Bonheur East Surgery Center
            786 Estate Place
            Memphis, TN  38120

            Mark P. Clemons, M.D.
            6616 Kirby Center Cove
            Memphis, TN, 38115

            Mark P. Clemons, M.D.
            228 West Tyler, Suite 100
            West Memphis, AR  72301

6.      I understand I have the right to revoke this authorization at any time.  I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department.  I understand the revocation will not apply to information that has already been released in response to this authorization.  I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.  Unless otherwise revoked, this authorization will expire on the following date, event or condition: December 31, 2014.  If I fail to specify an expiration date, event or condition, this authorization will expire in six months.

2

7.   I understand that authorizing the disclosure of this health information is voluntary.  I can refuse to sign this authorization.  I need not sign this form in order to assure treatment.  I understand I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524.  I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules.  If I have questions about disclosure of my health information, I can contact (insert HIM director, privacy officer, or other office or individual's name or contact information.)

8.   Nothing in this Authorization shall be construed as permitting the ex parte communication between counsel for the Defendants and the healthcare providers of Brett Spencer Lovelace (Plaintiffs' Decedent, and Son) without the express permission and/or the participation of Helen Lovelace, Daniel Lovelace, or their attorneys.

9.   I hereby agree that a copy of this authorization form or facsimile shall have the same force and effect as the original thereof.


_____        _____
Helen Lovelace                                          Date
Mother of Brett Spencer Lovelace

_____        _____
Daniel Lovelace                                         Signature of Witness
Father of Brett Spencer Lovelace



STATE OF TENNESSEE

COUNTY OF SHELBY

On this _____ day of January 2013, before me personally appeared Helen Lovelace and

Daniel Lovelace known to me to be the persons described herein and who executed the foregoing

Authorization to Release Medical Information and that they executed the same as their free act and

deed.

_____
NOTARY PUBLIC

My commission expires: 9-21-2016 .

3

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | .06 |
| Certified Fee | | 3.10 |
| Return Receipt Fee (Endorsement Required) | | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.31 |

Postmark Here

Sent To *Mark P. Clemons, M.D.*
Street, Apt. No.; or PO Box No. *228 West Tyler, Ste 100*
City, State, ZIP+4 *West Memphis, AR 72301*

7007 0710 0004 1355 4598

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Mark P. Clemons, M.D.*
*228 West Tyler St, Ste 100*
*West Memphis, AR*
*72301*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x *April Nichols*        ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)   | C. Date of Delivery
*April Nichols*                 | 2 21 13

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 0710 0004 1355 4598

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



EXHIBIT
"C"

### HALLIBURTON & LEDBETTER
ATTORNEYS AT LAW
254 COURT AVENUE - SUITE 305
MEMPHIS, TENNESSEE 38103

**MARK LEDBETTER***
*Licensed in Tennessee & Arkansas

(901) 523-8153 - Phone
(901) 523-8115 - Fax
E-mail: mark794@aol.com

January 23, 2013

*SENT VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED*

Mark P. Clemons, M.D.
228 West Tyler, Suite 100
West Memphis, AR  72301

      RE:    Possible Medical Malpractice Claim
               Patient:  Brett Spencer Lovelace
               Surgery dated March 12, 2012

Dear Dr. Clemons:

Pursuant to T.C.A. §29-26-121, please be advised that I am the attorney representing Daniel and Helen Lovelace, parents of Brett Spencer Lovelace, deceased.  I am their authorized agent for providing you this notice.  Through me, Daniel and Helen Lovelace are asserting a potential claim for medical malpractice of a health care liability action under T.C.A. § 29-26-115 against Mark P. Clemons, M.D.  Also, Daniel and Helen Lovelace each assert a potential claim for negligent infliction of emotional distress (NIED) against Mark P. Clemons, M.D.

Brett Spencer Lovelace was a 12-year-old male child who underwent a tonsillectomy and adenoidectomy (T&A), which was done under general endotracheal tube anesthesia (Babu Rao Paidipalli was the anesthesiologist) on March 12, 2012, at LeBonheur Children's Hospital in Memphis, Tennessee.  After the surgery (Dr. Mark P. Clemons was the surgeon), Brett Spencer Lovelace was transferred to the hospital's PACU, where he suffered positional asphyxia and respiratory arrest.  Brett Spencer Lovelace suffered consequent brain swelling and anoxic brain injury that resulted in brain death.  He was pronounced dead on March 14, 2012.  It is alleged that a claim arose due to the acts or omissions of the intended recipient(s) of this letter, as no one intervened to protect the child or issue orders for his safe resuscitation.

Attached hereto is a list of all health care providers to whom notice is being given pursuant to T.C.A. §29-26-121(a).  Additional information required by T.C.A. §29-26-121 is furnished to you below.

(A)     The full name and date of birth of the patient whose treatment is at issue:

        Brett Spencer Lovelace, DOB: ███████████.

Letter to Mark P. Clemons
Lovelace vs. Mark P. Clemons
February 13, 2013
Page 2

(B)    The name and address of the claimants authorizing the notice and the relationship to the patient, if the notice is not sent by the patient:

Daniel and Helen Lovelace, ███████████, Marion, AR, 72364, the parents of the deceased minor, Brett Spencer Lovelace, are authorizing the issuance of this letter for the purposes of providing notice, as required by T.C.A. §29-26-121.

(C)    The name and address of the attorney sending the notice, if applicable:

Mark Ledbetter
254 Court Avenue, Suite 305
Memphis, TN 38103

(D)    A list of the names and addresses of all providers being sent a notice:

Notice is being sent to:

| | |
|---|---|
| Babu Rao Paidipalli<br>c/o Pediatric Anesthesiologists, P.A.<br>50 North Dunlap Street<br>2nd Floor, Research Tower<br>Memphis, TN 38103 | Babu Rao Paidipalli<br>c/o Le Bonheur East Surgery Center<br>786 Estate Place<br>Memphis, TN 38120 |
| Pediatric Anesthesiologists, P.A.<br>50 North Dunlap Street<br>2nd Floor, Research Tower<br>Memphis, TN 38103 | Donald E. Bourland<br>Pediatric Anesthesiologists, P.A.<br>5400 Poplar Avenue, Suite 100<br>Memphis, TN 38119-3669<br>Registered Agent for Service of Process |
| Mark P. Clemons, M.D.<br>6616 Kirby Center Cove<br>Memphis, TN 38115 | Mark P. Clemons, M.D.<br>228 West Tyler, Suite 100<br>West Memphis, AR 72301 |

(E)    A HIPAA complaint medical authorization permitting the provider receiving the notice to obtain the complete medical records from each other provider being sent a notice.

An authorization is enclosed.

Letter to Mark P. Clemons
Lovelace vs. Mark P. Clemons
February 13, 2013
Page 3

Pursuant to T.C.A. §29-26-121, this letter shall serve as written notice of this potential claim.

Sincerely yours,

Mark Ledbetter

PML/jp

Enclosures:     List pursuant to T.C.A. §29-26-121(a);
                Authorization

# DEFENDANTS LIST FOR NOTICE

Pediatric Anesthesiologists, P.A.
50 North Dunlap Street,
2nd Floor, Research Tower
Memphis, TN 38103

Pediatric Anesthesiologists, P.A.,
Attn: Donald E. Bourland,
5400 Poplar Avenue, Suite 100,
Memphis, TN, 38119;

Babu Rao Paidpalli
c/o Pediatric Anesthesiologists, P.A.
50 North Dunlap Street,
2nd Floor, Research Tower, Memphis, TN 38103

Babu Rao Paidipalli
c/o Le Bonheur East Surgery Center
786 Estate Place, Memphis, TN 38120

Mark P. Clemons, M.D.
6616 Kirby Center Cove
Memphis, TN, 38115

Mark P. Clemons, M.D.
228 West Tyler, Suite 100
West Memphis, AR 72301.

1

## AUTHORIZATION TO DISCLOSE
## HEALTH INFORMATION

Patient name:   **Brett Spencer Lovelace**          DOB: ~~08/21/1999~~        SSN: ~~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~~

1.      I authorize the use or disclosure of the above named individual's health information as described below:

2.      The following individual or organization is authorized to make the disclosure:

> Pediatric Anesthesiologists, P.A.
> 50 North Dunlap Street
> 2nd Floor, Research Tower
> Memphis, TN 38103
>
> Pediatric Anesthesiologists, P.A.
> Attn:  Donald E. Bourland
> 5400 Poplar Avenue, Suite 100
> Memphis, TN, 38119
>
> Babu Rao Paidpalli
> c/o Pediatric Anesthesiologists, P.A.
> 50 North Dunlap Street
> 2nd Floor, Research Tower
> Memphis, TN  38103
>
> Babu Rao Paidipalli
> c/o Le Bonheur East Surgery Center
> 786 Estate Place
> Memphis, TN  38120
>
> Mark P. Clemons, M.D.
> 6616 Kirby Center Cove
> Memphis, TN, 38115
>
> Mark P. Clemons, M.D.
> 228 West Tyler, Suite 100
> West Memphis, AR  72301

3.      The type and amount of information to be used or disclosed is as follows:   (include dates where appropriate)

_____   problem list
_____   medication list
_____   list of allergies
_____   immunization record
_____   most recent history and physical
_____   most recent discharge summary
_____   laboratory results
_____   x-ray and imaging reports

1

_____ consultation reports
      (all treating physicians/nurses and caretakers)
_____ entire record
_____ other:  billing records


4.    I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).  It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5.    This information may be disclosed to and used by the following individual or organization:

> Pediatric Anesthesiologists, P.A.
> 50 North Dunlap Street
> 2nd Floor, Research Tower
> Memphis, TN  38103
>
> Pediatric Anesthesiologists, P.A.
> Attn:  Donald E. Bourland
> 5400 Poplar Avenue, Suite 100
> Memphis, TN, 38119
>
> Babu Rao Paidpalli
> c/o Pediatric Anesthesiologists, P.A.
> 50 North Dunlap Street
> 2nd Floor, Research Tower
> Memphis, TN  38103
>
> Babu Rao Paidipalli
> c/o Le Bonheur East Surgery Center
> 786 Estate Place
> Memphis, TN  38120
>
> Mark P. Clemons, M.D.
> 6616 Kirby Center Cove
> Memphis, TN, 38115
>
> Mark P. Clemons, M.D.
> 228 West Tyler, Suite 100
> West Memphis, AR  72301

6.    I understand I have the right to revoke this authorization at any time.  I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department.  I understand the revocation will not apply to information that has already been released in response to this authorization.  I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.  Unless otherwise revoked, this authorization will expire on the following date, event or condition:  December 31, 2014.  If I fail to specify an expiration date, event or condition, this authorization will expire in six months.

2

7.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact (insert HIM director, privacy officer, or other office or individual's name or contact information.)

8.  Nothing in this Authorization shall be construed as permitting the ex parte communication between counsel for the Defendants and the healthcare providers of Brett Spencer Lovelace (Plaintiffs' Decedent, and Son) without the express permission and/or the participation of Helen Lovelace, Daniel Lovelace, or their attorneys.

9.  I hereby agree that a copy of this authorization form or facsimile shall have the same force and effect as the original thereof.


_____          1/25/13
Helen Lovelace                            Date
Mother of Brett Spencer Lovelace


_____          _____
Daniel Lovelace                           Signature of Witness
Father of Brett Spencer Lovelace



STATE OF TENNESSEE

COUNTY OF SHELBY


On this _25th_ day of January 2013, before me personally appeared Helen Lovelace and

Daniel Lovelace known to me to be the persons described herein and who executed the foregoing

Authorization to Release Medical Information and that they executed the same as their free act and

deed.


_____
NOTARY PUBLIC

JO ANN SMITH
STATE OF TENNESSEE
NOTARY PUBLIC
SHELBY COUNTY

My commission expires: _9-21-2016_.

3

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .66 |
| Certified Fee | | 3.10 |
| Return Receipt Fee (Endorsement Required) | | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.31 |

Postmark Here

Sent To *Mark P. Clemons, M.D.*
Street, Apt. No.; or PO Box No. *6616 Kirby Center Cove*
City, State, ZIP+4 *Memphis, TN 38115*

7007 0710 0004 1355 4581

PS Form 3800, August 2006        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Mark P. Clemons, M.D.*
*6616 Kirby Center Cove*
*Memphis, TN 38115*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *C. Williams*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name) *C. Williams*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7007 0710 0004 1355 4581

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**HALLIBURTON & LEDBETTER**
ATTORNEYS AT LAW
254 COURT AVENUE - SUITE 305
MEMPHIS, TENNESSEE 38103

MARK LEDBETTER*
*Licensed in Tennessee & Arkansas

(901) 523-8153 - Phone
(901) 523-8115 - Fax
E-mail: mark794@aol.com

February 13 2013

*SENT VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED*

Mark P. Clemons, M.D.
6616 Kirby Center Cove
Memphis, TN 38115

RE:     Possible Medical Malpractice Claim
        Patient: Brett Spencer Lovelace
        Surgery dated March 12, 2012

Dear Dr. Clemons:

Pursuant to T.C.A. §29-26-121, please be advised that I am the attorney representing Daniel and Helen Lovelace, parents of Brett Spencer Lovelace, deceased. I am their authorized agent for providing you this notice. Through me, Daniel and Helen Lovelace are asserting a potential claim for medical malpractice of a health care liability action under T.C.A. § 29-26-115 against Mark P. Clemons, M.D. Also, Daniel and Helen Lovelace each assert a potential claim for negligent infliction of emotional distress (NIED) against Mark P. Clemons, M.D.

Brett Spencer Lovelace was a 12-year-old male child who underwent a tonsillectomy and adenoidectomy (T&A), which was done under general endotracheal tube anesthesia (Babu Rao Paidipalli was the anesthesiologist) on March 12, 2012, at LeBonheur Children's Hospital in Memphis, Tennessee. After the surgery (Dr. Mark P. Clemons was the surgeon), Brett Spencer Lovelace was transferred to the hospital's PACU, where he suffered positional asphyxia and respiratory arrest. Brett Spencer Lovelace suffered consequent brain swelling and anoxic brain injury that resulted in brain death. He was pronounced dead on March 14, 2012. It is alleged that a claim arose due to the acts or omissions of the intended recipient(s) of this letter, as no one intervened to protect the child or issue orders for his safe resuscitation.

Attached hereto is a list of all health care providers to whom notice is being given pursuant to T.C.A. §29-26-121(a). Additional information required by T.C.A. §29-26-121 is furnished to you below.

(A)     The full name and date of birth of the patient whose treatment is at issue:

        Brett Spencer Lovelace, DOB: ▮▮▮▮▮▮▮▮▮.

Letter to Mark P. Clemons
Lovelace vs. Mark P. Clemons
February 13, 2013
Page 2

(B)    The name and address of the claimants authorizing the notice and the relationship to the patient, if the notice is not sent by the patient:

Daniel and Helen Lovelace, ████████████, Marion, AR, 72364, the parents of the deceased minor, Brett Spencer Lovelace, are authorizing the issuance of this letter for the purposes of providing notice, as required by T.C.A. §29-26-121.

(C)    The name and address of the attorney sending the notice, if applicable:

Mark Ledbetter
254 Court Avenue, Suite 305
Memphis, TN  38103

(D)    A list of the names and addresses of all providers being sent a notice:

Notice is being sent to:

| | |
|---|---|
| Babu Rao Paidipalli<br>c/o Pediatric Anesthesiologists, P.A.<br>50 North Dunlap Street<br>2nd Floor, Research Tower<br>Memphis, TN  38103 | Babu Rao Paidipalli<br>c/o Le Bonheur East Surgery Center<br>786 Estate Place<br>Memphis, TN  38120 |
| Pediatric Anesthesiologists, P.A.<br>50 North Dunlap Street<br>2nd Floor, Research Tower<br>Memphis, TN  38103 | Donald E. Bourland<br>Pediatric Anesthesiologists, P.A.<br>5400 Poplar Avenue, Suite 100<br>Memphis, TN  38119-3669<br>Registered Agent for Service of Process |
| Mark P. Clemons, M.D.<br>6616 Kirby Center Cove<br>Memphis, TN  38115 | Mark P. Clemons, M.D.<br>228 West Tyler, Suite 100<br>West Memphis, AR  72301 |

(E)    A HIPAA complaint medical authorization permitting the provider receiving the notice to obtain the complete medical records from each other provider being sent a notice.

An authorization is enclosed.

Letter to Mark P. Clemons
Lovelace vs. Mark P. Clemons
February 13, 2013
Page 3

Pursuant to T.C.A. §29-26-121, this letter shall serve as written notice of this potential claim.

Sincerely yours,

Mark Ledbetter

PML/js

Enclosures:    List pursuant to T.C.A. §29-26-121(a);
               Authorization

# DEFENDANTS LIST FOR NOTICE

Pediatric Anesthesiologists, P.A.
50 North Dunlap Street,
2nd Floor, Research Tower
Memphis, TN  38103

Pediatric Anesthesiologists, P.A.,
Attn:  Donald E. Bourland,
5400 Poplar Avenue, Suite 100,
Memphis, TN, 38119;

Babu Rao Paidpalli
c/o Pediatric Anesthesiologists, P.A.
50 North Dunlap Street,
2nd Floor, Research Tower, Memphis, TN  38103

Babu Rao Paidipalli
c/o Le Bonheur East Surgery Center
786 Estate Place, Memphis, TN  38120

Mark P. Clemons, M.D.
6616 Kirby Center Cove
Memphis, TN, 38115

Mark P. Clemons, M.D.
228 West Tyler, Suite 100
West Memphis, AR  72301.

1

# AUTHORIZATION TO DISCLOSE
# HEALTH INFORMATION

Patient name: **Brett Spencer Lovelace**_____      DOB: ▮▮▮▮▮      SSN: ▮▮▮▮▮

1.   I authorize the use or disclosure of the above named individual's health information as described below:

2.   The following individual or organization is authorized to make the disclosure:

> Pediatric Anesthesiologists, P.A.
> 50 North Dunlap Street
> 2nd Floor, Research Tower
> Memphis, TN  38103
>
> Pediatric Anesthesiologists, P.A.
> Attn:  Donald E. Bourland
> 5400 Poplar Avenue, Suite 100
> Memphis, TN, 38119
>
> Babu Rao Paidpalli
> c/o Pediatric Anesthesiologists, P.A.
> 50 North Dunlap Street
> 2nd Floor, Research Tower
> Memphis, TN  38103
>
> Babu Rao Paidipalli
> c/o Le Bonheur East Surgery Center
> 786 Estate Place
> Memphis, TN  38120
>
> Mark P. Clemons, M.D.
> 6616 Kirby Center Cove
> Memphis, TN, 38115
>
> Mark P. Clemons, M.D.
> 228 West Tyler, Suite 100
> West Memphis, AR  72301

3.   The type and amount of information to be used or disclosed is as follows:  (include dates where appropriate)

_____   problem list
_____   medication list
_____   list of allergies
_____   immunization record
_____   most recent history and physical
_____   most recent discharge summary
_____   laboratory results
_____   x-ray and imaging reports

1

_____ consultation reports
        (all treating physicians/nurses and caretakers)
_____ entire record
_____ other:  billing records

4.     I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV).  It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5.     This information may be disclosed to and used by the following individual or organization:

        Pediatric Anesthesiologists, P.A.
        50 North Dunlap Street
        2nd Floor, Research Tower
        Memphis, TN  38103

        Pediatric Anesthesiologists, P.A.
        Attn:  Donald E. Bourland
        5400 Poplar Avenue, Suite 100
        Memphis, TN, 38119

        Babu Rao Paidpalli
        c/o Pediatric Anesthesiologists, P.A.
        50 North Dunlap Street
        2nd Floor, Research Tower
        Memphis, TN  38103

        Babu Rao Paidipalli
        c/o Le Bonheur East Surgery Center
        786 Estate Place
        Memphis, TN  38120

        Mark P. Clemons, M.D.
        6616 Kirby Center Cove
        Memphis, TN, 38115

        Mark P. Clemons, M.D.
        228 West Tyler, Suite 100
        West Memphis, AR  72301

6.     I understand I have the right to revoke this authorization at any time.  I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department.  I understand the revocation will not apply to information that has already been released in response to this authorization.  I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.  Unless otherwise revoked, this authorization will expire on the following date, event or condition: December 31, 2014.  If I fail to specify an expiration date, event or condition, this authorization will expire in six months.

7.   I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact (insert HIM director, privacy officer, or other office or individual's name or contact information.)

8.   Nothing in this Authorization shall be construed as permitting the ex parte communication between counsel for the Defendants and the healthcare providers of Brett Spencer Lovelace (Plaintiffs' Decedent, and Son) without the express permission and/or the participation of Helen Lovelace, Daniel Lovelace, or their attorneys.

9.   I hereby agree that a copy of this authorization form or facsimile shall have the same force and effect as the original thereof.


_Helen Lovelace_                                    _1/25/13_
Helen Lovelace                                       Date
Mother of Brett Spencer Lovelace


_Daniel Lovelace_
Daniel Lovelace                                     Signature of Witness
Father of Brett Spencer Lovelace



STATE OF TENNESSEE

COUNTY OF SHELBY


On this _25th_ day of January 2013, before me personally appeared Helen Lovelace and

Daniel Lovelace known to me to be the persons described herein and who executed the foregoing

Authorization to Release Medical Information and that they executed the same as their free act and

deed.


NOTARY PUBLIC

My commission expires: _9-21-2016_ .

3

**Name and Address of Sender**

Mark Ledbetter
Halliburton & Ledbetter
254 Court Ave., Ste 305
Memphis, TN 38103

**Check type of mail or service:**

☐ Adult Signature Required
☐ Certified Mail
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured
☐ Adult Signature Restricted Delivery
☐ Recorded Delivery (International)
☐ Registered
☑ Return Receipt for Merchandise
☐ Signature Confirmation

**Affix Stamp Here** (If issued as a certificate of mailing or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE PAID
MEMPHIS, TN 38103
FEB 13, 13
AMOUNT
$2.64
00038664-40

UNITED STATES POSTAL SERVICE    1000

| Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. 7007 0710 0004 1355 4567 | Pediatric Anesthesiologists, P.A. 50 N. Dunlap St. 2nd Floor Research Tower Memphis, TN 38103 | 6.31 | | | | | | | | | | | | ✓ |
| 2. 7007 0710 0004 1355 4574 | Donald Bourland Pediatric Anesthesiologists, P.A. 5400 Poplar Ave., Ste. 100 Memphis, TN 38119-3669 | 6.31 | | | | | | | | | | | | ✓ |
| 3. 7007 0710 0004 1355 4581 | Mark P. Clemons, M.D. 6616 Kirby Center Cove Memphis, TN 38115 | 6.31 | | | | | | | | | | | | ✓ |
| 4. 7007 0710 0004 1355 4598 | Mark P. Clemons, M.D. 228 West Tyler, Ste. 100 West Memphis, AR 72301 | 6.31 | | | | | | | | | | | | ✓ |
| 5. 7007 0710 0004 1355 4604 | Babu Rao Paidipalli % LeBonheur East Surgery Center 786 Estate Place Memphis, TN 38120 | 6.31 | | | | | | | | | | | | ✓ |
| 6. 7007 0710 0004 1355 4611 | Babu Rao Paidipalli % Pediatric Anesthesiologists, P.A. 50 N. Dunlap St. - 2nd Fl, Research Tower Memphis, TN 38103 | 6.31 | | | | | | | | | | | | ✓ |
| 7. | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | |

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) |
|---|---|---|
| 6 | 6 | |

PS Form **3877**, June 2011 (Page 1 of 2)

Complete by Typewriter, Ink, or Ball Point Pen          See Privacy Act Statement on Reverse

EXHIBIT "D"