IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

---

**DANIEL LOVELACE and**
**HELEN LOVELACE, Individually, and as Parents of**
**BRETT LOVELACE, deceased,**

    **Plaintiffs,**

VS.                                                                                      NO.: _____
                                                                                        JURY TRIAL DEMANDED

**PEDIATRIC ANESTHESIOLOGISTS, P.A.;**
**BABU RAO PAIDIPALLI; and**
**MARK P. CLEMONS;**

    **Defendants.**

---

# PLAINTIFFS' CERTIFICATE OF GOOD FAITH

## Medical Malpractice Case

---

A.  In accordance with T.C.A. § 29-26-122, I hereby state the following: (Check item 1 or 2 below and sign your name beneath the item you have checked, verifying the information you have checked. Failure to check item 1 or 2 and/or not signing item 1 or 2 will make this case subject to dismissal with prejudice.)

X   1.   Plaintiff's counsel has consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

    (A)   Are competent under § 29-26-115 to express opinion(s) in the case; and

    (B)   Believe, based on the information available from the medical records concerning the care and treatment of the Plaintiff for the incident(s) at issue, that there is a good faith basis to maintain the action consistent with the requirements of § 29-26-115.



EXHIBIT "B"

_____
Signature of Plaintiffs' Counsel

B.    You MUST complete the information below and sign:

I have been found in violation of T.C.A. § 29-26-122 **0** prior times. (Insert number of prior violations by you.)

_____      May 8, 2013
Signature of Plaintiffs' Counsel                  Date