13-2289
Lovelace
- v.
Pediatric
Anesthesiologist P.A.
 et al


DIANE K. VESCOVO