IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

VS.                                            NO.: ___13-2289_____
                                               JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and,
MARK P. CLEMONS,

    Defendants.

STATEMENT OF DON DUNAVANT REGARDING SERVICE OF PROCESS
ON DEFENDANTS PEDIATRIC ANESTHESIOLOGISTS, P.A. AND
BABU RAO PAIDIPALLI

    On the May 20, 2013, I, Don Dunavant, process server, served on Beverly Smith, Office Manager at Pediatric Anesthesiologists, P.A., the Summons and Complaint in this case. Beverly Smith, Office Manager, stated that she was authorized to accept service on behalf of both Defendants, Babu Rao Paidpailli, M.D., and on behalf of Pediatric Anesthesiologists, P.A. and that she did this routinely.

                                                        *Don Dunavant*
                                                        DON DUNAVANT



**Pediatric Anesthesiologists, P.A.**
LeBonheur Children's Medical Center
50 N. Dunlap, 2nd Floor
Memphis, Tennessee 38103
(901) 287-6060
Fax (901) 287-5102

**Beverly Smith**
Office Manager