Case 2:13-cv-02289-SHL-dkv Document 10-5 Filed 05/31/13 Page 1 of 3 PageID 106
Case 2:13-cv-02289-dkv Document 9 Filed 05/08/13 Page 1 of 2 PageID 93

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

DANIEL LOVELACE and HELEN LOVELACE, Individually, and as Parents of BRETT LOVELACE, deceased

*Plaintiff(s)*

v.

PEDIATRIC ANESTHESIOLOGISTS, P.A.; BABU RAO PAIDIPALLI; and, MARK P. CLEMONS

*Defendant(s)*

Civil Action No. 13-2289 dkv

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MARK P. CLEMONS
6616 Kirby Center Cove
Memphis, TN 38115

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mark Ledbetter
Halliburton & Ledbetter
254 Court Ave., Ste. 305
Memphis, TN 38103
901/523-8153

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/8/2013

s/Julia Davis

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __MARCY MAGEE, ATTORNEY AT LAW__ who is
designated by law to accept service of process on behalf of *(name of organization)*
__MARK P. CLEMONS__ on *(date)* __5-15-2013__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __5-15-2013__

*Don Dunavant, P.P.S.*
Server's signature

DON DUNAVANT, PRIVATE PROCESS SERVER
Printed name and title

P.O. BOX 80, ELLENDALE, TN. 38029
Server's address

Additional information regarding attempted service, etc:

5-15-2013 12:45 P.M.

MARCY MAGEE, ATTY. AT LAW.

29TH. FLOOR

ONE COMMERCE SQUARE

M.T. 38103