IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESESEE
WESTERN DIVISION

---

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

Vs.                                                No. 2:13-cv-02289 dkv
                                                         JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

                                            Defendants

---

### NOTICE OF APPEARANCE

---

Comes now David M. Cook of The Hardison Law Firm, P.C., and files this Notice Of Appearance on behalf of the defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D., without waiving any substantive or procedural rights, but to notify the Court and counsel of his representation.

Respectfully submitted,

THE HARDISON LAW FIRM, P.C.

By:  /s/ David M. Cook
DAVID M. COOK (5362)
Attorney for Defendants,
Pediatric Anesthesiologists, P.A. and
Babu Rao Paidipalli, M.D.
119 S. Main St., Suite 800
Memphis, Tennessee 38103
(901) 525-8776
dcook@hard-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via the Court's electronic filing system upon:

Mark Ledbetter
Halliburton & Ledbetter
Attorney for Plaintiffs
254 Court Avenue
Suite 305
Memphis, TN 38103

and

J. Kimbrough Johnson
Marcy Dodds Magee
Attorneys for Defendant, Mark P. Clemons, M.D.
Thomason, Hendrix, Harvey, Johnson & Mitchell, PLLC
2900 One Commerce Street
Memphis, TN 38103

this 12th day of June, 2013.

s/David M. Cook
DAVID M. COOK