IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

---

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

      Plaintiffs,

Vs.                                      No. 2:13-cv-02289
                                          JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

      Defendants.

---

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, PEDIATRIC ANESTHESIOLOGISTS, P.A.

---

Defendant, Pediatric Anesthesiologists, P.A., pursuant to Fed. R. Civ. P. 7.1, by and through the undersigned counsel, discloses and states the following:

1. Pediatric Anesthesiologists, P.A. is a Tennessee professional corporation with its principal place of business in Tennessee;

2. Pediatric Anesthesiologists, P.A. is not a publicly traded company, and no publicly held company owns ten percent (10%) or more of its stock; and

3. There is no parent corporation of Pediatric Anesthesiologists, P.A.

Respectfully submitted,

THE HARDISON LAW FIRM, P.C.

s/ David M. Cook
David M. Cook (TN #5362)
Albert G. McLean (TN #5150)
Attorneys for Defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D.
119 S. Main Street, Suite 800
Memphis, TN 38103-3685
(901) 525-8776
dcook@hard-law.com
amclean@hard-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on counsel shown below by electronic means through the ECF system, and/or by U. S. Mail postage prepaid to:

Mark Ledbetter
Attorney for Plaintiffs
Halliburton & Ledbetter
254 Court Avenue
Suite 305
Memphis, TN 38103

and

J. Kimbrough Johnson
Marcy Dodds Magee
Attorneys for Defendant, Mark P. Clemons, M.D.
Thomason, Hendrix, Harvey, Johnson & Mitchell, PLLC
2900 One Commerce Street
Memphis, TN 38103

this ___14th___ day of _____June___, 2013.

s/David M. Cook
DAVID M. COOK

2