IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually,
and as Parents of
BRETT LOVELACE, Deceased,

    Plaintiffs,

vs.

No. 2:13-cv-02289-JPM-dkv
JURY DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.,
BABU RAO PAIDIPALLI, and
MARK P. CLEMONS,

    Defendants.

CERTIFICATE OF GOOD FAITH ON BEHALF OF
DEFENDANTS, PEDIATRIC ANESTHESIOLOGISTS, P.A., AND
BABU RAO PAIDIPALLI, M.D., IN SUPPORT OF
ALLEGATIONS OF FAULT AS TO NON-PARTY

(If a defendant has alleged in an answer or amended answer that a non-party is at fault for the injuries or death of the plaintiff, this form must be completed by the defendant or defendant's counsel making such allegation.)

A.    In accordance with T.C.A. Section 29-26-122, I hereby state the following: (Check item 1 or 2 below and sign your name beneath the item you have checked, verifying the information you have checked. Failure to check item 1 or 2 and/or not signing item 1 or 2 will make such allegations of fault of a non-party subject to being stricken with prejudice.)

__X__    1.    I have consulted with one (1) or more experts, which may include the defendant filing the Certificate of Good Faith, who have provided a signed written statement confirming that upon information and belief they:

    (A)    Are competent under § 29-26-115 to express opinion(s) in the case;

    and

    (B)    Believe, based on the information reviewed concerning the care and treatment of the plaintiff (Brett Lovelace, deceased) for the

incident(s) at issue, that there is a good faith basis to allege such fault against another consistent with the requirements of § 29-26-115.

        s/ David M. Cook
        David M. Cook

__ 2. I have consulted with one (1) or more medical experts, which may include the defendant filing the Certificate of Good Faith, who have provided a signed written statement confirming that upon information and belief they:

(A) Are competent under § 29-26-115 to express opinion(s) in the case;

and

(B) Believe, based on the information reviewed concerning the care and treatment of the plaintiff (Brett Lovelace, deceased) for the incident(s) at issue, that there is a good faith basis to allege such fault against another consistent with the requirements of § 29-26-115.

B. You MUST complete the information below and sign:

I have been found in violation of T.C.A. Section 29-26-122 -0- prior times. (Insert number of prior violations by you.)

s/David M. Cook          June 27, 2013
David M. Cook          Date

Respectfully submitted,

s/David M. Cook
David M. Cook (BPR #5362)
Albert G. McLean (BPR #5150)
The Hardison Law Firm, P.C.
119 S. Main Street, Suite 800
Memphis, TN 38103-3685
(901) 525-8776
*Attorneys for Defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D.*

## CERTIFICATE OF SERVICE

       The undersigned attorney hereby certifies that on June 27, 2013, a true and correct copy of the foregoing document was, upon information and belief, forwarded by electronic means through the Court's ECF System, and/or by U. S. Mail, postage prepaid to:

| | |
|---|---|
| Mark Ledbetter | J. Kimbrough Johnson |
| Halliburton & Ledbetter | Marcy Dodds Magee |
| 254 Court Avenue | Thomas, Hendrix, Harvey, Johnson & |
| Suite 305 | Mitchell, PLLC |
| Memphis, TN 38103 | 2900 One Commerce Square |
| *Attorney for Plaintiffs* | Memphis, TN 38103 |
| | *Attorneys for Defendant, Mark P. Clemons, M.D.* |

                                                  /s/ David M. Cook
                                                  David M. Cook