IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

---

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

VS.                                                                NO.:  2:13-cv-02289 JPM-dkv
                                                                                                                     JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and,
MARK P. CLEMONS,

    Defendants.

---

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION OF DEFENDANTS, PEDIATRIC ANESTHESIOLOGISTS, P.A. AND BABU RAO PAIDIPALLI, M.D., TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO F.R.C.P. 12(b) AND MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS, PEDIATRIC ANESTHESIOLOGISTS, P.A. AND BABU RAO PAIDIPALLI, M.D., TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO F.R.C.P. 12(B)**

---

Come the Plaintiffs, Daniel Lovelace and Helen Lovelace, Individually, and as Parents of Brett Lovelace, deceased, by counsel, and for their Motion for Extension of Time to Respond to Motion of Defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D., to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant To F.R.C.P. 12(b) [D.E. 12], and Memorandum of Law in Support of Defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D., to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant To F.R.C.P. 12(b) [D.E.12-1], filed on June 12, 2013, would state:

1. Counsel for Plaintiffs currently has several briefs in other courts due at this time and is pressed for time to respond to all of same in a thorough and timely manner.

2. Under these circumstances, counsel respectfully requests additional time until July 19, 2013 within which to respond to the above cited pleadings.

3. Extensions of time should be freely granted in the interest of justice.

4. Opposing counsel has no objection to the relief requested.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAYS for the relief requested herein.

Respectfully submitted,

HALLIBURTON & LEDBETTER

_____
MARK LEDBETTER          AR# 74175
Attorney for Plaintiffs          TN#17637
254 Court Avenue, Suite 305
Memphis, TN  38103
(901) 523-8153-phone
(901) 523-8115-fax

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system

J. Kimbrough Johnson/Marcy Dodds Magee
2900 One Commerce Square
40 S. Main Street
Memphis, TN  38103
Attorneys for Mark Clemons
901/525-8721-phone
901/525-6722-fax
Johnsonk@thomasonlaw.com
MageeM@thomasonlaw.com


Albert G. McLean/David Cook
The Hardison Law Firm
119 S. Main Street, Suite 800
Memphis, TN  38103
Attorneys for Babu R. Paidipalli & Pediatric Anesthesiologists, P.A.
901/525-8776 – phone
901/525-8790 – fax
amclean@hard-law.com


This 3rd day of July, 2013.

_____
MARK LEDBETTER, Certifying Attorney