IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

v.   NO.: 2:13-cv-02289 JPM-dkv
    JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and,
MARK P. CLEMONS,

    Defendants.

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

This matter came before the Court on Plaintiffs' consent Motion for Extension of Time, filed July 3, 2013. (ECF No. 23.) For good cause shown, and because the Motion is unopposed, Plaintiffs' Motion is hereby GRANTED.

Plaintiffs shall have additional time up to and including July 19, 2013 in which to respond to the Motion to Dismiss (ECF No. 12) and Memorandum of Law in Support of the Motion to Dismiss (ECF No. 12-1) of Defendants Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D.

SO ORDERED this 8th day of July, 2013.

                                                                s/ Jon P. McCalla
                                                                JON P. McCALLA
                                                                CHIEF U.S. DISTRICT JUDGE