J-54170

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

---

DANIEL LOVELACE and
HELEN LOVELACE, Individually,
and as Parents of BRETT LOVELACE,
Deceased,

      Plaintiffs,

VS.                                                                NO.  2:13-cv-02289 dkv
                                                                   JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

      Defendants.

---

### NOTICE OF SERVICE OF
### DEFENDANT MARK P. CLEMONS, M.D.'S
### RULE 26(a)(1) INITIAL DISCLOSURES

---

     Notice is hereby given that the Defendant, Mark P. Clemons, M.D., served on the Plaintiffs, through its counsel of record, his Rule 26(a) Initial Disclosures, via U.S. Mail, postage prepaid, and by e-mail transmission, on July 8, 2013.

                                        THOMASON, HENDRIX, HARVEY
                                        JOHNSON & MITCHELL, PLLC


                            By:   s/J. Kimbrough Johnson
                                J. Kimbrough Johnson (No. 7953)
                                Marcy D. Magee (No. 19360)
                                Attorneys for Defendant,
                                Mark P.  Clemons, M.D.
                                2900 One Commerce Square, 40 S. Main Street
                                Memphis, TN 38103
                                901-525-8721
                                johnsonk@thomasonlaw.com
                                mageem@thomasonlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the following has been served on Mark Ledbetter, Attorney for Plaintiffs, Halliburton & Ledbetter, 254 Court Avenue, Suite 305, Memphis, TN 38103, and David Cook, Hardison Law Firm, 119 South Main Street, Suite 800, Memphis, TN 38103, via U.S. Mail, postage prepaid, this 8TH day of July, 2013.

                                                          s/J. Kimbrough Johnson
                                                        J. Kimbrough Johnson

4851-8055-4260, v. 1