IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

_____

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

      Plaintiffs,

VS.                              NO.: ____2:13-cv-02289 dkv _
                                            JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and,
MARK P. CLEMONS,

      Defendants.

_____

**PLAINTIFFS' NOTICE OF SERVICE OF**
**PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES**
_____

TO:     ALL COUNSEL OF RECORD

       Notice is hereby given that, on the date entered below, Mark Ledbetter served upon all defense

counsel named in the Certificate of Service below, via U.S. Mail, postage prepaid, a copy of Plaintiffs'

Rule 26(a)(1) Initial Disclosures with pertinent attachments as listed therein.

       This 8th day July, 2013.

Respectfully submitted,

HALLIBURTON & LEDBETTER

_____

| MARK LEDBETTER | AR# 74175 |
| Attorney for Plaintiffs | TN#17637 |

254 Court Avenue, Suite 305
Memphis, TN  38103
(901) 523-8153-phone
(901) 523-8115-fax

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system:

J. Kimbrough Johnson/Marcy Dodds Magee
2900 One Commerce Square
40 S. Main Street
Memphis, TN  38103
Attorneys for Mark P. Clemons
901/525-8721-phone
901/525-6722-fax
Johnsonk@thomasonlaw.com
MageeM@thomasonlaw.com

Albert G. McLean/David Cook
The Hardison Law Firm
119 S. Main Street, Suite 800
Memphis, TN  38103
Attorneys for Babu R. Paidipalli & Pediatric Anesthesiologists, P.A.
901/525-8776 – phone
901/525-8790 – fax
amclean@hard-law.com

This 8th day of July, 2013.

_____

MARK LEDBETTER, Certifying Attorney