IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

---

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

       Plaintiffs,

vs.                              No. 2:13-cv-02289
                                   JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

       Defendants.

---

## NOTICE OF SERVICE OF DEFENDANTS, PEDIATRIC ANESTHESIOLOGISTS, P.A.'S AND BABU RAO PAIDIPALLI, M.D.'S RULE 26(a)(1) INITIAL DISCLOSURES

---

      Notice is hereby given that Defendants, Pediatric Anesthesiologists, P.A. and Babu

Rao Paidipalli, M.D., served on the plaintiffs, Daniel Lovelace and Helen Lovelace, and co-

defendant, Mark P. Clemons, M.D., through their counsel of record, these defendants' Rule

26(a)(1) Initial Disclosures, via U. S. Mail, postage prepaid, the Court's ECF system, and by

e-mail transmission, on July 8, 2013.

                        Respectfully submitted,

                        THE HARDISON LAW FIRM, P.C.

                        s/David M.Cook
                        DAVID M. COOK (BPR #5362)
                        ALBERT G. MCLEAN (BPR #5150)
                        Attorneys for Defendants, Pediatric Anesthesiologists,
                        P.A. and Babu Rao Paidipalli, M.D.
                        119 S. Main Street, Suite 800
                        Memphis, TN 38103-3685
                        (901) 525-8776
                        dcook@hard-law.com
                        amclean@hard-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following has been served on P. Mark Ledbetter, Attorney for Plaintiffs, Halliburton & Ledbetter, 254 Court Avenue, Suite 305, Memphis, TN 38103, and J. Kimbrough Johnson and Marcy Magee, Thomason, Hendrix, Harvey, Johnson & Mitchell, PLLC, Attorneys for Mark P. Clemons, M.D., 2900 One Commerce Square, 40 S. Main Street, Memphis, TN 38103, via U. S. Mail, postage prepaid, and via the Court's ECF system, this 8th day of July, 2013.


s/David M. Cook
DAVID M. COOK