# HALLIBURTON & LEDBETTER
### ATTORNEYS AT LAW
254 COURT AVENUE - SUITE 305
MEMPHIS, TENNESSEE 38103

MARK LEDBETTER*
*Licensed in Tennessee & Arkansas

(901) 523-8153 - Phone
(901) 523-8115 - Fax
E-mail: mark794@aol.com

February 13, 2013

*SENT VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED*

Pediatric Anesthesiologists, P.A.
50 North Dunlap Street
2nd Floor, Research Tower
Memphis, TN  38103

  RE: Possible Medical Malpractice Claim
     Patient: Brett Spencer Lovelace
     Surgery dated March 12, 2012

Dear Pediatric Anesthesiologists and Donald E. Bourland:

Pursuant to T.C.A. §29-26-121, please be advised that I am the attorney representing Daniel and Helen Lovelace, parents of Brett Spencer Lovelace, deceased. I am their authorized agent for providing you this notice. Through me, Daniel and Helen Lovelace are asserting a potential claim for medical malpractice of a health care liability action under T.C.A. § 29-26-115 against Pediatric Anesthesiologists, P.A. Also, Daniel and Helen Lovelace each assert a potential claim for negligent infliction of emotional distress (NIED) against Pediatric Anesthesiologists, P.A.

Brett Spencer Lovelace was a 12-year-old male child who underwent a tonsillectomy and adenoidectomy (T&A), which was done under general endotracheal tube anesthesia (Babu Rao Paidipalli was the anesthesiologist) on March 12, 2012, at LeBonheur Children's Hospital in Memphis, Tennessee. After the surgery (Dr. Mark P. Clemons was the surgeon), Brett Spencer Lovelace was transferred to the hospital's PACU, where he suffered positional asphyxia and respiratory arrest. Brett Spencer Lovelace suffered consequent brain swelling and anoxic brain injury that resulted in brain death. He was pronounced dead on March 14, 2012. It is alleged that a claim arose due to the acts or omissions of the intended recipient(s) of this letter, as no one intervened to protect the child or issue orders for his safe resuscitation.

Attached hereto is a list of all health care providers to whom notice is being given pursuant to T.C.A. §29-26-121(a). Additional information required by T.C.A. §29-26-121 is furnished to you below.

(A) The full name and date of birth of the patient whose treatment is at issue:

Brett Spencer Lovelace, DOB: August 21, 1999.

Exhibit "A"

Letter to Pediatric Anesthesiologists, P.A.
Lovelace vs. Pediatric Anesthesiologists, P.A.
February 13
Page 2

(B)   The name and address of the claimants authorizing the notice and the relationship to the patient, if the notice is not sent by the patient:

> Daniel and Helen Lovelace, 14 Birch Lake Cove, Marion, AR, 72364, the parents of the deceased minor, Brett Spencer Lovelace, are authorizing the issuance of this letter for the purposes of providing notice, as required by T.C.A. §29-26-121.

(C)   The name and address of the attorney sending the notice, if applicable:

> Mark Ledbetter
> 254 Court Avenue, Suite 305
> Memphis, TN 38103

(D)   A list of the names and addresses of all providers being sent a notice:

Notice is being sent to:

| | |
|---|---|
| Babu Rao Paidipalli<br>c/o Pediatric Anesthesiologists, P.A.<br>50 North Dunlap Street<br>2nd Floor, Research Tower<br>Memphis, TN 38103 | Babu Rao Paidipalli<br>c/o Le Bonheur East Surgery Center<br>786 Estate Place<br>Memphis, TN 38120 |
| Pediatric Anesthesiologists, P.A.<br>50 North Dunlap Street<br>2nd Floor, Research Tower<br>Memphis, TN 38103 | Donald E. Bourland<br>Pediatric Anesthesiologists, P.A.<br>5400 Poplar Avenue, Suite 100<br>Memphis, TN 38119-3669<br>Registered Agent for Service of Process |
| Mark P. Clemons, M.D.<br>6616 Kirby Center Cove<br>Memphis, TN 38115 | Mark P. Clemons, M.D.<br>228 West Tyler, Suite 100<br>West Memphis, AR 72301 |

(E)   A HIPAA complaint medical authorization permitting the provider receiving the notice to obtain the complete medical records from each other provider being sent a notice.

> An authorization is enclosed.

Exhibit "A"

Letter to Pediatric Anesthesiologists, P.A.
Lovelace vs. Pediatric Anesthesiologists, P.A.
February 13, 2013
Page 3

Pursuant to T.C.A. §29-26-121, this letter shall serve as written notice of this potential claim.

Sincerely yours,

Mark Ledbetter

PML/js

Enclosures:   List pursuant to T.C.A. §29-26-121(a);
              Authorization

**Exhibit "A"**

## DEFENDANTS LIST FOR NOTICE

Pediatric Anesthesiologists, P.A.
50 North Dunlap Street,
2nd Floor, Research Tower
Memphis, TN 38103

Pediatric Anesthesiologists, P.A.,
Attn: Donald E. Bourland,
5400 Poplar Avenue, Suite 100,
Memphis, TN, 38119;

Babu Rao Paidpalli
c/o Pediatric Anesthesiologists, P.A.
50 North Dunlap Street,
2nd Floor, Research Tower, Memphis, TN 38103

Babu Rao Paidipalli
c/o Le Bonheur East Surgery Center
786 Estate Place, Memphis, TN 38120

Mark P. Clemons, M.D.
6616 Kirby Center Cove
Memphis, TN, 38115

Mark P. Clemons, M.D.
228 West Tyler, Suite 100
West Memphis, AR 72301.

1

Exhibit "A"