IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DANIEL LOVELACE AND HELEN LOVELACE,    )<br>)<br>)<br>Plaintiffs,    )<br>)<br>vs.    )<br>)<br>PEDIATRIC ANESTHESIOLOGISTS, P.A.;    )<br>DR. BABU RAO PAIDIPALLI &    )<br>DR. MARK P. CLEMONS    )<br>)<br>Defendants.    ) | Case No. 2:13-CV-02289 dkv |

## NOTICE OF SPECIAL APPEARANCE FOR NON-PARTY WITNESSES METHODIST HEALTHCARE – MEMPHIS HOSPITALS

Craig C. Conley and Ormonde B. DeAllaume of the Law Firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., hereby enter their special appearance as counsel for non-party witnesses Methodist Healthcare – Memphis Hospitals ("the Witness") in this case. Said special appearance is made for the limited purpose of seeking (1) an order quashing or modifying the Subpoena served on the Witness by Defendants Pediatric Aneshesiologists, PA and Dr. Baby Rao Paidipalli, and (2) a protective order prohibiting the parties to this action from seeking information from the Witness that requires disclosure of privileged, confidential, or protected documents, or otherwise places an undue burden on the Witness. Mr. Conley and Ms. DeAllaume set forth their complete contact information below:

Craig C. Conley
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-2290
Facsimile: (901) 577-0830
E-mail: cconley@bakerdonelson.com

1

Ormonde B. DeAllaume
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-8160
Facsimile: (901) 577-0778
E-mail: odeallaume@bakerdonelson.com

    Respectfully submitted,

    s/ Ormonde B. DeAllaume
    Craig C. Conley (# 19341)
    Ormonde B. DeAllaume (# 26266)
    BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
    165 Madison Avenue, Suite 2000
    Memphis, Tennessee 38103
    Telephone: (901) 526-2000
    Facsimile: (901) 577-2303
    cconley@bakerdonelson.com
    odeallaume@bakerdonelson.com

    *Attorneys for Non-Party Witness*
    *Methodist Healthcare – Memphis Hospitals*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of August, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/ Ormonde B. DeAllaume<br>
Ormonde B. DeAllaume

M OBD 2425896 v1
2910081-000466 08/20/2013