IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

---

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

VS.                                              NO.:  2:13-cv-02289 JPM-dkv
                                                            JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and,
MARK P. CLEMONS,

    Defendants.

---

PLAINTIFFS' NOTICE OF ADOPTION BY REFERENCE OR JOINDER IN METHODIST HEALTHCARE – MEMPHIS HOSPITALS' MOTION TO QUASH DEFENDANTS' SUBPOENA AND MOTION FOR PROTECTIVE ORDER [D.E. #33]

---

Come the Plaintiffs, Daniel Lovelace and Helen Lovelace, Individually, and as Parents of Brett Lovelace, deceased, by counsel, pursuant to Rule 10(c), F.R.C.P., and file Plaintiff's Notice of Adoption By Reference or Joinder in Methodist Healthcare – Memphis Hospitals' Motion to Quash Defendants' Subpoena and Motion for Protective Order [D.E. #33], and Memorandum of Law in Support of Methodist Healthcare – Memphis Hospitals' Motion to Quash Subpoena and Motions for Protective Order [D.E. # 33-1, 33-2, 33-3 and 33-4], and state:

1.    Plaintiffs hereby adopts by reference in its entirety, as though set forth *verbatim* herein, Methodist Healthcare – Memphis Hospitals' Motion to Quash Defendants' Subpoena and Motion for Protective Order  [D.E. # 33] and Memorandum of Law in Support of Methodist

Healthcare – Memphis Hospitals' Motion to Quash Subpoena and Motions for Protective Order [D.E. # 33-1, 33-2, 33-3 and 33-4].

WHEREFORE, Plaintiffs' adopt by reference, consent to and join in Methodist Healthcare – Memphis Hospitals' Motion to Quash Defendants' Subpoena and Motion for Protective Order [D.E. # 33] and Memorandum of Law in Support of Methodist Healthcare – Memphis Hospitals' Motion to Quash Subpoena and Motions for Protective Order [D.E. # 33-1, 33-2, 33-3 and 33-4] under Rule 10(c), F.R.C.P, and request the Court enter an Order quashing or modifying the Subpoena served on counsel for Methodist by Defendants Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D.  Plaintiffs further request, on their own, that the Court enter a Protective Order prohibiting the parties to this action from seeking information from the Witness (Methodist Healthcare) that requires disclosure of privileged, confidential, or protected documents, or otherwise places an undue burden on the Witness (Methodist Healthcare), with which Plaintiffs agree.

Respectfully submitted,

HALLIBURTON & LEDBETTER

s/Mark Ledbetter
MARK LEDBETTER          AR# 74175
Attorney for Plaintiffs          TN#17637
254 Court Avenue, Suite 305
Memphis, TN  38103
(901) 523-8153-phone
(901) 523-8115-fax

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system

J. Kimbrough Johnson/Marcy Dodds Magee
2900 One Commerce Square
40 S. Main Street
Memphis, TN  38103
Attorneys for Mark Clemons
901/525-8721-phone
901/525-6722-fax
Johnsonk@thomasonlaw.com
MageeM@thomasonlaw.com


Albert G. McLean/David Cook
The Hardison Law Firm
119 S. Main Street, Suite 800
Memphis, TN  38103
Attorneys for Babu R. Paidipalli & Pediatric Anesthesiologists, P.A.
901/525-8776 – phone
901/525-8790 – fax
amclean@hard-law.com


This 21st day of August, 2013.

                                          s/Mark Ledbetter
                                        MARK LEDBETTER, Certifying Attorney