```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```

| | |
|---|---|
| DANIEL LOVELACE, and HELEN LOVELACE, )<br>)<br>   Plaintiffs, )<br>v. )<br>)<br>PEDIATRIC ANESTHESIOLOGISTS, )<br>P.A., DR. BABU RAO PAIDIPALLI, )<br>and DR. MARK P. CLEMONS, )<br>)<br>   Defendants. ) | No. 2:13-2289-JPM-dkv |

**ORDER REFERRING MOVANT'S MOTION TO QUASH**

Before the Court is Movant Methodist Healthcare – Memphis Hospitals' Motion to Quash (ECF No. 33), filed August 21, 2013. This Motion is hereby REFERRED to the United States Magistrate Judge for Determination.

**SO ORDERED** this 22nd day of August, 2013.

                                    s/ Jon P. McCalla
                                    JON P. McCALLA
                                    CHIEF JUDGE, U.S. DISTRICT COURT