IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

VS.   NO.:   2:13-cv-02289 dkv
    JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and,
MARK P. CLEMONS,

    Defendants.

## PLAINTIFFS' NOTICE OF SERVICE OF FILING OF ANSWERS AND RESPONSES TO DISCOVERY PLEADINGS

TO:   ALL COUNSEL OF RECORD

    Notice is hereby given that, on the date entered below, Mark Ledbetter served upon all defense counsel named in the Certificate of Service below, pursuant to L.R. 26.1(a)(2), via U.S. Mail, the following pleadings:

    1)    Plaintiffs' Answers and Responses to First Set of Interrogatories/Request for Production of Documents and Things of Defendants, Pediatric Anesthesiologists, P.A., and Babu Rao Paidipalli, Defendant, Propounded on Plaintiffs.

This 30th day of August, 2013  Respectfully submitted,

         HALLIBURTON & LEDBETTER

         s/P. Mark Ledbetter
         MARK LEDBETTER  AR# 74175
         Attorney for Plaintiffs  TN#17637
         254 Court Avenue, Suite 305
         Memphis, TN 38103
         (901) 523-8153-phone
         (901) 523-8115-fax

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system:

      J. Kimbrough Johnson/Marcy Dodds Magee
        2900 One Commerce Square
         40 S. Main Street
         Memphis, TN 38103
        Attorneys for Mark P. Clemons
         901/525-8721-phone
         901/525-6722-fax
        Johnsonk@thomasonlaw.com
        MageeM@thomasonlaw.com

        Albert G. McLean/David Cook
         The Hardison Law Firm
       119 S. Main Street, Suite 800
         Memphis, TN 38103
  Attorneys for Babu R. Paidipalli & Pediatric Anesthesiologists, P.A.
         901/525-8776 – phone
         901/525-8790 – fax
         amclean@hard-law.com

This 30th day of August, 2013.

            s.P. Mark Ledbetter
            MARK LEDBETTER, Certifying Attorney