IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

_____

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

VS.                                      NO.: ___2:13-cv-02289 dkv _
                                                                                                  JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and,
MARK P. CLEMONS,

    Defendants.

_____

**PLAINTIFFS' NOTICE OF SERVICE OF FILING OF
PLAINTIFF'S ANSWERS TO DEFENDANT MARK P. CLEMONS, M.D.'S
FIRST SET OF INTERROGATORIES TO PLAINTIFFS**
_____


TO:    ALL COUNSEL OF RECORD

    Notice is hereby given that, on the date entered below, Mark Ledbetter served upon all defense counsel named in the Certificate of Service below, via U.S. Mail, the following pleadings:

    1)    Plaintiffs' Answers to Defendant Mark P. Clemons, M.D.'s First Set of Interrogatories to Plaintiffs.

    This 10th day of September, 2013

        Respectfully submitted,

        HALLIBURTON & LEDBETTER

        s/P. Mark Ledbetter_____
        MARK LEDBETTER      AR# 74175
        Attorney for Plaintiffs      TN#17637
        254 Court Avenue, Suite 305
        Memphis, TN  38103
        (901) 523-8153-phone
        (901) 523-8115-fax

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system:

        J. Kimbrough Johnson/Marcy Dodds Magee
        2900 One Commerce Square
        40 S. Main Street
        Memphis, TN  38103
        Attorneys for Mark P. Clemons
        901/525-8721-phone
        901/525-6722-fax
        Johnsonk@thomasonlaw.com
        MageeM@thomasonlaw.com

        Albert G. McLean/David Cook
        The Hardison Law Firm
        119 S. Main Street, Suite 800
        Memphis, TN  38103
        Attorneys for Babu R. Paidipalli & Pediatric Anesthesiologists, P.A.
        901/525-8776 – phone
        901/525-8790 – fax
        amclean@hard-law.com

    This 10th day of September, 2013.

        s/P. Mark Ledbetter_____
        MARK LEDBETTER, Certifying Attorney