IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
_____

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

VS.                                                                                   NO.: ___2:13-cv-02289 dkv _
                                                                                                                                                  JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and,
MARK P. CLEMONS,

    Defendants.

_____

**PLAINTIFFS' NOTICE OF SERVICE OF PLAINTIFF'S
SUPPLEMENTAL ANSWER TO FIRST SET OF INTERROGATORIES
FILED BY DEFENDANTS, PEDIATRIC ANESTHESIOLOGISTS, P.A. and
BABU RAO PAIDIPALLI**
_____


TO:    ALL COUNSEL OF RECORD

     Notice is hereby given that, on the date entered below, Mark Ledbetter served upon all defense counsel named in the Certificate of Service below, pursuant to L.R. 26.1(a)(2), via U.S. Mail, a copy of this Notice, and Plaintiffs' Supplemental Answer to Interrogatory No. 11 of Defendants, Pediatric Anesthesiologists, P.A., and Babu Rao Paidipalli's First Set of Interrogatories Propounded on Plaintiffs.

This 5th day of November, 2013.

>Respectfully submitted,
>
>HALLIBURTON & LEDBETTER
>
>s/P. Mark Ledbetter_____
>MARK LEDBETTER        AR# 74175
>Attorney for Plaintiffs      TN#17637
>254 Court Avenue, Suite 305
>Memphis, TN  38103
>(901) 523-8153-phone
>(901) 523-8115-fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system:

>J. Kimbrough Johnson/Marcy Dodds Magee
>2900 One Commerce Square
>40 S. Main Street
>Memphis, TN  38103
>Attorneys for Mark P. Clemons
>901/525-8721-phone
>901/525-6722-fax
>Johnsonk@thomasonlaw.com
>MageeM@thomasonlaw.com

>Albert G. McLean/David Cook
>The Hardison Law Firm
>119 S. Main Street, Suite 800
>Memphis, TN  38103
>Attorneys for Babu R. Paidipalli & Pediatric Anesthesiologists, P.A.
>901/525-8776 – phone
>901/525-8790 – fax
>amclean@hard-law.com

This 5th day of November, 2013.

>s/P. Mark Ledbetter_____
>MARK LEDBETTER, Certifying Attorney