IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

---

DANIEL LOVELACE and
HELEN LOVELACE, Individually,
and as Parents of BRETT LOVELACE,
Deceased,

      Plaintiffs,

VS.                                          NO.  2:13-cv-02289 dkv
                                          JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

      Defendants.

---

**PLAINTIFFS' NOTICE TO TAKE DEPOSITION
OF BABU RAO PAIDIPALLI, M.D.**

---

TO:    Albert G. McLean/David Cook
          The Hardison Law Firm
          119 S. Main Street, Suite 800
          Memphis, TN  38103

      Please take Notice that the Plaintiff in this action will take the deposition of the Defendant, Babu Rao Paidipalli, M.D., pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a Notary Public or before some other officer authorized by law to administer oaths, and will continue from day to day until completed as follows:

      **DEPONENT:**      Babu Rao Paidipalli, M.D.

| | |
|---|---|
| **DATE**: | Tuesday, December 10, 2013 |
| **TIME**: | 10:00 a.m. |
| **PLACE:** | The Hardison Law Firm<br>119 S. Main Street, Suite 800<br>Memphis, TN  38103 |

        Respectfully submitted,

        HALLIBURTON & LEDBETTER

        _____
        MARK LEDBETTER      AR# 74175
        Attorney for Plaintiffs     TN#17637
        254 Court Avenue, Suite 305
        Memphis, TN  38103
        (901) 523-8153-phone
        (901) 523-8115-fax
        Mark794@aol.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system

J. Kimbrough Johnson/Marcy Dodds Magee
2900 One Commerce Square
40 S. Main Street
Memphis, TN  38103
Attorneys for Mark Clemons
901/525-8721-phone
901/525-6722-fax
Johnsonk@thomasonlaw.com
MageeM@thomasonlaw.com

Albert G. McLean/David Cook
The Hardison Law Firm
119 S. Main Street, Suite 800
Memphis, TN  38103
Attorneys for Babu R. Paidipalli & Pediatric Anesthesiologists, P.A.
901/525-8776 – phone
901/525-8790 – fax
amclean@hard-law.com

This 13th day of November, 2013.

_____
MARK LEDBETTER, Certifying Attorney