IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DANIEL LOVELACE AND HELEN LOVELACE          )<br>)<br>       Plaintiffs,                                                  )<br>)<br>vs.                                                                        )<br>)<br>PEDIATRIC ANESTHESIOLOGISTS, P.A.;   )<br>DR. BABU RAO PAIDIPALLI &                    )<br>DR. MARK P. CLEMONS                              )<br>)<br>       Defendants. | Case No. 2:13-CV-02289 dkv |

**METHODIST HEALTHCARE – MEMPHIS HOSPITALS' MOTION FOR STAY FROM MAGISTRATE'S ORDER PENDING APPEAL**

COMES NOW non-party Witness Methodist Healthcare – Memphis Hospitals ("Methodist"), by and through undersigned counsel, and pursuant to Rule 8 of the Federal Rules of Appellate Procedure, files this Motion for Stay from Magistrate's Order Pending Appeal. In support of its Motion, Methodist relies upon its contemporaneously filed Memorandum of Law in Support of this Motion and the entire record in this case.

        Respectfully submitted,

        s/ Craig C. Conley
        Craig C. Conley (# 19341)
        Ormonde B. DeAllaume (# 26266)
        BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ, P.C.
        165 Madison Avenue, Suite 2000
        Memphis, Tennessee 38103
        Telephone: (901) 526-2000
        Facsimile: (901) 577-2303
        cconley@bakerdonelson.com
        odeallaume@bakerdonelson.com

        *Attorneys for Non-Party Witness*
        *Methodist Healthcare – Memphis Hospitals*

## **CERTIFICATE OF CONSULTATION**

Pursuant to Local Rule 7.2(a)(1)(B), I hereby certify that, on November 21, 2013, counsel for Methodist conferred with counsel for Plaintiffs via e-mail concerning the contents of this Motion.

        s/ Craig C. Conley

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 21st day of November, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

        s/ Craig C. Conley