IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DANIEL LOVELACE AND HELEN LOVELACE )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>PEDIATRIC ANESTHESIOLOGISTS, P.A.; )<br>DR. BABU RAO PAIDIPALLI & )<br>DR. MARK P. CLEMONS )<br>)<br>Defendants. | Case No. 2:13-CV-02289-JPM-dkv |

**ORDER GRANTING METHODIST HEALTHCARE - MEMPHIS HOSPITALS' MOTION FOR LEAVE TO FILE REPLY BRIEF**

Before the Court is Methodist Healthcare - Memphis Hospitals' Motion for Permission to File a Reply Brief, filed November 20, 2013. (ECF No. 50.) The Court finds Methodist Healthcare - Memphis Hospitals' request is well-taken, it is therefore **ORDERED**, that non-party witness Methodist Healthcare - Memphis Hospitals may file a Reply brief within fifteen (15) days of entry of this Order.

**IT IS SO ORDERED**, this 25th day of November, 2013.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE