UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

# NOTICE OF SETTING
### Before Judge Jon Phipps McCalla, United States District Judge

December 2, 2013

RE:    **2:13-cv-02289-JPM**
      **Daniel Lovelace, et al. v. Pediatric Anesthesiologists, P.A.**

Dear Sir/Madam:

A(n) **TELEPHONIC HEARING** re: **[46]** *Methodist Healthcare - Memphis Hospital's Objections to the Magistrate's Order Regarding Motion to Quash Defendants' Subpoena and Motion for Protective Order* has been **SET** before **Judge Jon Phipps McCalla** for **MONDAY, DECEMBER 16, 2013** at **2:30 P.M. (Central).**

**Counsel for the Methodist Healthcare - Memphis Hospital shall initiate the conference call prior to dialing Judge McCalla's chambers at 901-495-1291.**

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:    *s/Joseph P. Warren*,
       Case Manager to Judge Jon Phipps McCalla
       901-495-1242
       joseph_warren@tnwd.uscourts.gov