IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DANIEL LOVELACE AND HELEN LOVELACE ) ) ) Plaintiffs, ) ) vs. ) ) PEDIATRIC ANESTHESIOLOGISTS, P.A.; ) DR. BABU RAO PAIDIPALLI & ) DR. MARK P. CLEMONS ) ) Defendants. | Case No. 2:13-CV-02289 dkv |

**UNOPPOSED MOTION TO CONTINUE TELEPHONIC HEARING AND INCORPORATED MEMORANDUM IN SUPPORT**

COMES NOW non-party Witness Methodist Healthcare - Memphis Hospitals ("Methodist"), by and through undersigned counsel, and files this Unopposed Motion to Continue Telephonic Hearing and Incorporated Memorandum in Support. The telephonic hearing concerning Methodist's objections to the Magistrate's order regarding Methodist's Motion to Quash Defendants' Subpoena and Motion for Protective Order is currently set for December 16, 2013 at 2:30 p.m. Methodist's counsel will be on a flight at that time, and will be unable to participate in the telephonic hearing.

Wherefore, Methodist requests that this Court grant its Unopposed Motion to Continue Telephonic Hearing and briefly continue the hearing, which is presently set for December 16, 2013 at 2:30 p.m., to another setting of the docket.

Respectfully submitted,

s/ Craig C. Conley_____
Craig C. Conley (# 19341)
Ormonde B. DeAllaume (# 26266)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Facsimile: (901) 577-2303
cconley@bakerdonelson.com
odeallaume@bakerdonelson.com

*Attorneys for Non-Party Witness*
*Methodist Healthcare – Memphis Hospitals*

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2(a)(1)(B), I hereby certify that, on December 4, 2013, counsel for Methodist conferred with counsel for Defendants via e-mail concerning the contents of this Motion. Counsel for Defendants did not oppose this Motion.

s/ Craig C. Conley

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of December, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

s/ Craig C. Conley