```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

| | |
|---|---|
| DANIEL LOVELACE and HELEN LOVELACE, individually, and as parents of BRETT LOVELACE, deceased, )<br>)<br>)<br>)<br>)<br>       Plaintiffs,                )<br>)<br>v.                                )  No. 2:13-cv-02289-JPM-dkv<br>)<br>PEDIATRIC ANESTHESIOLOGISTS, )<br>P.A., BABU RAO PAIDIPALLI, and )<br>MARK P. CLEMONS,                  )<br>)<br>       Defendants,                )| |

**ORDER GRANTING UNOPPOSED MOTION TO RESET TELEPHONIC HEARING**

Before the Court is non-party Witness Methodist Healthcare – Memphis Hospitals unopposed Motion to Continue Telephonic Hearing, filed December 4, 2013. (ECF No. 54.) The Court finds that the Motion is well-taken and should be GRANTED.

The telephonic hearing set for Monday, December 16, 2013, at 2:30 p.m. (Setting Letter, ECF No. 53) is reset to Tuesday, December 17, 2013, at 9:00 a.m.

**IT IS SO ORDERED**, this 4th day of December, 2013.

                                    /s/ Jon P. McCalla
                                    JON P. McCALLA
                                    U.S. DISTRICT JUDGE