UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

*Thomas M. Gould, Clerk*  *Deputy-in-Charge*
*242 Federal Building*  *U.S. Courthouse, Room 262*
*167 N. Main Street*  *111 South Highland Avenue*
*Memphis, Tennessee 38103*  *Jackson, Tennessee  38301*
*(901) 495-1200*  *(731) 421-9200*

## NOTICE OF RE-SETTING
Before Judge Jon Phipps McCalla, United States District Judge

December 5, 2013

RE:   **2:13-cv-02289-JPM**
      **Daniel Lovelance, et al. v. Pediatric Anesthesiologist, PA, et al.**

Dear Sir/Madam:

A(n) **TELEPHONIC HEARING** re:**[46]** *Methodist Healthcare - Memphis Hospital's Objections to the Magistrates Order Regarding Motion to Quash Defendants' Subpoena and Motion for Protective Order* has been **RESET** before **Judge Jon Phipps McCalla** from MONDAY, DECEMBER 16, 2013 at 2:30 P.M. to **TUESDAY, DECEMBER 17, 2013** at **9:00 A.M. (Central).**

**Counsel for Methodist Healthcare - Memphis Hospital shall initiate the conference call prior to dialing Judge McCalla's chambers at 901-495-1291.**

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:   *s/Joseph P. Warren*,
      Case Manager to Judge Jon Phipps McCalla
      901-495-1242
      joseph_warren@tnwd.uscourts.gov