IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

```
DANIEL LOVELACE and
HELEN LOVELACE, individually,
and as parents of              )
BRETT LOVELACE, deceased,,     )
                               )
     Plaintiffs,               )
v.                             )
                               )
PEDIATRIC ANESTHESIOLOGISTS,   )
P.A., DR. BABU RAO PAIDIPALLI, )    No. 2:13-2289-JPM-dkv
and DR. MARK P. CLEMONS,       )
                               )
     Defendants,               )
                               )
     and                       )
                               )
STATE OF TENNESSEE             )
                               )
     Defendant-Intervenor.
```

**ORDER REFERRING MOTION FOR QUALIFIED PROTECTIVE ORDER BY DEFENDANTS PEDIATRIC ANESTHESIOLOGISTS, P.A. AND DR. BABU RAO PAIDIPALLI.**

Before the Court is the Motion for Qualified Protective Order (ECF No. 59), filed December 6, 2013, by Defendants Pediatric Anesthesiologists, P.A., and Dr. Babu Rao Paidipalli. This Motion is hereby REFERRED to the United States Magistrate Judge for Determination.

**IT IS SO ORDERED**, this 9th day of December, 2013.

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE