IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

---

DANIEL LOVELACE and HELEN
LOVELACE, Individually, and as Parents
of BRETT LOVELACE,

      Deceased,

      Plaintiffs,

vs.                                         NO.  2:13-cv-02289 dkv
                                               JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

      Defendants.

---

## PLAINTIFFS' AMENDED NOTICE TO TAKE DEPOSITION
## OF BABU RAO PAIDIPALLI, M.D.

---

TO:    Albert G. McLean/David Cook
         The Hardison Law Firm
         119 S. Main Street, Suite 800
         Memphis, TN  38103

      Please take Notice that the Plaintiffs in this action will take the deposition of the Defendant, Babu Rao Paidipalli, M.D., pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a Notary Public or before some other officer authorized by law to administer oaths, and will continue from day to day until completed as follows:

        **DEPONENT:**    Babu Rao Paidipalli, M.D.
        **DATE**:             Thursday, January 9, 2014
        **TIME**:              10:00 a.m.

**PLACE:**         The Hardison Law Firm
　　　　　　　　 119 S. Main Street, Suite 800
　　　　　　　　 Memphis, TN  38103

　　　　　　　　 Respectfully submitted,

　　　　　　　　 HALLIBURTON & LEDBETTER

　　　　　　　　 /s/ Mark Ledbetter_____
　　　　　　　　 MARK LEDBETTER        AR# 74175
　　　　　　　　 Attorney for Plaintiffs        TN#17637
　　　　　　　　 254 Court Avenue, Suite 305
　　　　　　　　 Memphis, TN  38103
　　　　　　　　 (901) 523-8153-phone
　　　　　　　　 (901) 523-8115-fax
　　　　　　　　 Mark794@aol.com

**CERTIFICATE OF SERVICE**

　　　The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system

　　　　　　　　 J. Kimbrough Johnson/Marcy Dodds Magee
　　　　　　　　 2900 One Commerce Square
　　　　　　　　 40 S. Main Street
　　　　　　　　 Memphis, TN  38103
　　　　　　　　 Attorneys for Mark Clemons
　　　　　　　　 901/525-8721-phone
　　　　　　　　 901/525-6722-fax
　　　　　　　　 Johnsonk@thomasonlaw.com
　　　　　　　　 MageeM@thomasonlaw.com

Albert G. McLean/David Cook
The Hardison Law Firm
119 S. Main Street, Suite 800
Memphis, TN  38103
Attorneys for Babu R. Paidipalli & Pediatric Anesthesiologists, P.A.
901/525-8776 – phone
901/525-8790 – fax
amclean@hard-law.com


This 11th day of December, 2013.


                                          /s/ Mark Ledbetter
                                          MARK LEDBETTER, Certifying Attorney