IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

---

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

VS.                                                NO.: 2:13-cv-02289 dkv
                                                       JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and,
MARK P. CLEMONS, M.D.,

    Defendants.

---

NOTICE OF APPEARANCE OF COUNSEL

---

    Please take notice that the undersigned, Margaret F. Cooper and Thomason, Hendrix, Harvey, Johnson & Mitchell, PLLC, represent the Defendant Mark P. Clemons, M.D.

                                      Respectfully submitted,

                                      THOMASON HENDRIX HARVEY
                                      JOHNSON & MITCHELL, PLLC

                          By:    /s/ Margaret F. Cooper
                                  J. KIMBROUGH JOHNSON (7953)
                                  MARCY D. MAGEE (19063)
                                  MARGARET F. COOPER (26250)
                                  Attorneys for Defendant, Mark Clemons, M.D.
                                  40 South Main Street, 29th Floor
                                  Memphis, TN  38103
                                  (901) 525-8721

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system

      Mr. Mark Ledbetter
      Halliburton & Ledbetter
      254 Court Avenue, Suite 305
      Memphis, TN 38103

      Mr. David Cook
      Mr. Al McLean
      The Hardison Law Firm
      119 S. Main Street, Suite 800
      Memphis, TN  38103

This the 18th day of December, 2013.

      By:    /s/ Margaret F. Cooper
               Margaret F. Cooper

4822-1726-4663, v.  2

2