```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

DANIEL LOVELACE and  
HELEN LOVELACE, individually,  
and as parents of )  
BRETT LOVELACE, deceased,, )  
)  
    Plaintiffs, )  
v. )  
)  
PEDIATRIC ANESTHESIOLOGISTS, )  
P.A., DR. BABU RAO PAIDIPALLI, )    No. 2:13-2289-JPM-dkv  
and DR. MARK P. CLEMONS, )  
)  
    Defendants, )  
)  
    and )  
)  
STATE OF TENNESSEE )  
)  
    Defendant-Intervenor.

## ORDER REFERRING MOTION FOR PROTECTIVE ORDER BY
## METHODIST HEALTHCARE – MEMPHIS HOSPITAL

Before the Court is the Motion for Protective Order (ECF No. 66), filed December 17, 2013, by non-party Witness Methodist Healthcare – Memphis Hospital.  This Motion is hereby REFERRED to the United States Magistrate Judge for Determination.

**IT IS SO ORDERED**, this 19th day of December, 2013.

                                  /s/ Jon P. McCalla  
                                  JON P. McCALLA  
                                  U.S. DISTRICT COURT JUDGE