IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
_____

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

VS.                                                             NO.: ____2:13-cv-02289 dkv___
                                                                                   JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and,
MARK P. CLEMONS, M.D.,

    Defendants.
_____

NOTICE OF SERVICE OF DISCOVERY RESPONSES
_____

        Defendant, Mark P. Clemons, M.D., by and through counsel of record, state that on December 20, 2013, this Defendant served his responses to the Plaintiffs' First Set of Request for Production of Documents, Responses to Plaintiffs' First Request for Admissions and an unverified copy of Answers to First Set of Interrogatories propounded by Plaintiffs by placing said responses in the United States Mail, first class, postage prepaid.

                                              Respectfully submitted,

                                              THOMASON HENDRIX HARVEY
                                              JOHNSON & MITCHELL, PLLC

                By:    /s/ *Marcy D. Magee*_____
                          J. KIMBROUGH JOHNSON (7953)
                          MARCY D. MAGEE (19360)
                          Attorneys for Defendant, Mark Clemons, M.D.
                          40 South Main Street, 29th Floor
                          Memphis, TN  38103
                          (901) 525-8721

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system

      Mr. Mark Ledbetter
      Halliburton & Ledbetter
      254 Court Avenue, Suite 305
      Memphis, TN 38103

      Mr. David Cook
      Mr. Al McLean
      The Hardison Law Firm
      119 S. Main Street, Suite 800
      Memphis, TN  38103

This the 20th day of December, 2013.

      By:   /s/ Marcy D. Magee
              Marcy D. Magee

4838-2860-2647, v. 1