IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually,
and as Parents of BRETT LOVELACE,
Deceased,

      Plaintiffs,

VS.

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

      Defendants.

NO. 2:13-cv-02289 dkv
JURY TRIAL DEMANDED

## PLAINTIFFS' NOTICE TO TAKE DEPOSITION OF MARK P. CLEMONS, M.D.

TO:    J. Kimbrough Johnson
       Marcy Dodds Magee
       Margaret Cooper
       2900 One Commerce Square
       40 S. Main Street
       Memphis, TN 38103

      Please take Notice that the Plaintiffs in this action will take the evidentiary deposition of the Defendant, Mark P. Clemons, M.D., pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a Notary Public or before some other officer authorized by law to administer oaths, and will continue from day to day until completed as follows:

      **DEPONENT:**    Mark P. Clemons, M.D.

      **DATE:**    Thursday, February 6, 2014

      **TIME:**    10:00 a.m.

PLACE: Thomason Hendrix, et al
2900 One Commerce Square
40 S. Main Street
Memphis, TN 38103

Respectfully submitted,

HALLIBURTON & LEDBETTER

_____
MARK LEDBETTER   AR# 74175
Attorney for Plaintiffs   TN#17637
254 Court Avenue, Suite 305
Memphis, TN 38103
(901) 523-8153-phone
(901) 523-8115-fax
Mark794@aol.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system

J. Kimbrough Johnson/Marcy Dodds Magee/Margaret Cooper
2900 One Commerce Square
40 S. Main Street
Memphis, TN 38103
Attorneys for Mark Clemons
901/525-8721-phone
901/525-6722-fax
Johnsonk@thomasonlaw.com
MageeM@thomasonlaw.com

2

Albert G. McLean/David Cook
The Hardison Law Firm
119 S. Main Street, Suite 800
Memphis, TN 38103
Attorneys for Babu R. Paidipalli & Pediatric Anesthesiologists, P.A.
901/525-8776 – phone
901/525-8790 – fax
amclean@hard-law.com

This 23rd day of December, 2013.

_____
MARK LEDBETTER, Certifying Attorney

3