## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

     Plaintiffs,

VS.                                                        NO.: 2:13-cv-02289-JPM-dkv____
                                                           JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI ; and,
MARK P. CLEMONS,

     Defendants.

## ORDER GRANTING METHODIST HEATLHCARE – MEMPHIS HOSPITALS' MOTION FOR PROTECTIVE ORDER

Before the Court is a Motion For Protective Order of Methodist Healthcare-Memphis Hospitals ("Methodist") (ECF No. 66), seeking to prohibit counsel for Defendants Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D. ("Defendants") from participating in *ex parte* communications with Elesia Turner, Clinical Risk Manager for Methodist Le Bonheur Children's Hospital; and the Response of Defendants Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D. (ECF No. 71) to Methodist's Motion.  It appears from Defendants' Response that Defendants do not oppose Methodist's Motion for reasons stated therein.  As Methodist's Motion is unopposed, the Motion is GRANTED and counsel for Defendants shall not communicate *ex parte* with Elesia Turner, Clinical Risk Manager for Methodist Le Bonheur Children's Hospital

     IT IS SO ORDERED.

                     s/Diane K. Vescovo_____
                     DIANE K. VESCOVO
                     UNITED STATES MAGISTRATE JUDGE
                     DATE:   December 31, 2013_____