IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and HELEN
LOVELACE, Individually, and as Parents
of BRETT LOVELACE,

    Deceased,

    Plaintiffs,

vs.

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

    Defendants.

NO. 2:13-cv-02289 dkv
JURY TRIAL DEMANDED

**PLAINTIFFS' SECOND AMENDED NOTICE TO TAKE VIDEOTAPED DISCOVERY DEPOSITION OF BABU RAO PAIDIPALLI, M.D.**

TO:    Albert G. McLean/David Cook
        The Hardison Law Firm
        119 S. Main Street, Suite 800
        Memphis, TN 38103

Please take Notice that the Plaintiffs in this action will take the audio-visual and stenographical deposition of the Defendant, Babu Rao Paidipalli, M.D., pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a Notary Public or before some other officer authorized by law to administer oaths, and will continue from day to day until completed as follows:

| | |
|---|---|
| **DEPONENT:** | Babu Rao Paidipalli, M.D. |
| **DATE:** | Thursday, January 9, 2014 |
| **TIME:** | 10:00 a.m. |
| **PLACE:** | The Hardison Law Firm<br>119 S. Main Street, Suite 800<br>Memphis, TN 38103 |

Respectfully submitted,

**HALLIBURTON & LEDBETTER**

/s/ Mark Ledbetter
MARK LEDBETTER             AR# 74175
Attorney for Plaintiffs         TN#17637
254 Court Avenue, Suite 305
Memphis, TN 38103
(901) 523-8153-phone
(901) 523-8115-fax
Mark794@aol.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system

J. Kimbrough Johnson/Marcy Dodds Magee
2900 One Commerce Square
40 S. Main Street
Memphis, TN 38103
Attorneys for Mark Clemons
901/525-8721-phone
901/525-6722-fax
Johnsonk@thomasonlaw.com
MageeM@thomasonlaw.com

Albert G. McLean/David Cook
The Hardison Law Firm
119 S. Main Street, Suite 800
Memphis, TN 38103
Attorneys for Babu R. Paidipalli & Pediatric Anesthesiologists, P.A.
901/525-8776 – phone
901/525-8790 – fax
amclean@hard-law.com

This 6th day of January, 2014.

/s/ Mark Ledbetter
MARK LEDBETTER, Certifying Attorney