IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

---

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

VS.                                                    NO.:   2:13-cv-02289 dkv
                                                                    JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and,
MARK P. CLEMONS, M.D.,

    Defendants.

---

AMENDED NOTICE TO TAKE AUDIOVISUAL DEPOSITION OF HELEN LOVELACE

---

    To:    Helen Lovelace
             c/o Mark Ledbetter
             254 Court Avenue, Suite 305
             Memphis, TN  38103

    The attorneys for Dr. Mark Clemons, will take the audiovisual deposition of Helen Lovelace on Wednesday, January 15, 2014, at 10:00 a.m. at the office of Mark Ledbetter, 254 Court Avenue, Suite 305, Memphis, TN 38103, upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized to administer oath.

    The deposition shall continue from day to day until completed.

Respectfully submitted,

THOMASON HENDRIX HARVEY
JOHNSON & MITCHELL, PLLC

By: /s/ *Marcy D. Magee*
J. KIMBROUGH JOHNSON (7953)
MARCY D. MAGEE (19360)
Attorneys for Defendant, Mark Clemons, M.D.
40 South Main Street, 29th Floor
Memphis, TN  38103
(901) 525-8721

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system

Mr. Mark Ledbetter
Halliburton & Ledbetter
254 Court Avenue, Suite 305
Memphis, TN 38103

Mr. David Cook
Mr. Al McLean
The Hardison Law Firm
119 S. Main Street, Suite 800
Memphis, TN  38103

This the 3rd day of January, 2014.

By: /s/ Marcy D. Magee
Marcy D. Magee

4840-1873-8711, v. 1