IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
_____

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

VS.                                                                          NO.: ___2:13-cv-02289 dkv___
                                                                          JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and,
MARK P. CLEMONS, M.D.,

    Defendants.
_____

  AMENDED NOTICE TO TAKE AUDIOVISUAL DEPOSITION OF DANIEL LOVELACE
_____

      To:    Daniel Lovelace
              c/o Mark Ledbetter
              254 Court Avenue, Suite 305
              Memphis, TN  38103

    The attorneys for Dr. Mark Clemons will take the audiovisual deposition of Daniel Lovelace on Wednesday, January 15, 2014, at 12:00 p.m. at the law office of Mark Ledbetter, 254 Court Avenue, Suite 305, Memphis, TN 38103, upon oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized to administer oath.

    The deposition shall continue from day to day until completed.

                Respectfully submitted,

                THOMASON HENDRIX HARVEY
                JOHNSON & MITCHELL, PLLC

By:   /s/ *Marcy D. Magee*
       J. KIMBROUGH JOHNSON (7953)
       MARCY D. MAGEE (19360)
       Attorneys for Defendant, Mark Clemons, M.D.
       40 South Main Street, 29th Floor
       Memphis, TN  38103
       (901) 525-8721

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system

        Mr. Mark Ledbetter
        Halliburton & Ledbetter
        254 Court Avenue, Suite 305
        Memphis, TN 38103

        Mr. David Cook
        Mr. Al McLean
        The Hardison Law Firm
        119 S. Main Street, Suite 800
        Memphis, TN  38103

This the 7th day of January, 2014.

                By:   /s/ Marcy D. Magee
                        Marcy D. Magee

4831-9193-9863, v. 1