IN THE CIRCUIT COURT FOR WILSON COUNTY, TENNESSEE
AT LEBANON

| | |
|---|---|
| FLOYD T. SIMPKINS, <br><br> Plaintiff(s), <br><br> v. <br><br> LEBANON HMA, LLC; LEBANON HMA, LLC d/b/a UNIVERSITY MEDICAL CENTER; and UNIVERSITY MEDICAL CENTER, <br><br> Defendant(s). | DOCKET NO. 2013-CV-211 <br><br> **ORDER FILED** <br><br> OCT 1 6 2013 <br><br> LINDA NEAL, CIRCUIT COURT CLERK <br> WILSON COUNTY, TN |

## ORDER DENYING DEFENDANT'S PETITION
## FOR EX PARTE DISCUSSIONS

This cause came to be heard on October 4, 2013, upon Defendant's Petition for an Ex Parte Discussion with Plaintiff's treating physicians pursuant to T.C.A. 29-26-121(f), upon the Answer and Brief in Opposition to the motion, upon arguments of counsel and the record as a whole, all of which the Court denies the motion.

It is therefore, **ORDERED** Defendant's request for a qualified protective order pursuant to T.C.A. 29-26-121(f) is denied for good cause shown.

ENTERED this __16__ day of __October__, 2013.

_Clara Byrd_
JUDGE

**APPROVED FOR ENTRY:**

JOE DUGHMAN & ASSOCIATES

_[signature]_
Joseph K. Dughman, Esquire, BPRN 3550
Attorney for Plaintiffs
1812 Broadway
Nashville, Tennessee 37203
Phone: (615) 244-3331

ORDER LODGED
DATE 10-11-13
LINDA NEAL
CIRCUIT COURT CLERK
WILSON COUNTY, TN

BOOK 328 PAGE 0329

EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Order Denying Defendant's Petition has been sent via the United States Postal Service with first-class postage prepaid, on Oct 9 2013.

Mark T. Smith
Sherrard & Roe, PLC
150 3rd Ave. S., Suite 1100
Nashville, TN 37201

Joseph K. Dughman

2

BOOK 328 PAGE 0330