IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

VS.

NO.:  2:13-cv-02289 dkv
JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and,
MARK P. CLEMONS, M.D.,

    Defendants.

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

Defendant, Mark P. Clemons, M.D., by and through counsel of record, state that on January 14, 2013, this Defendant served his verified Answers to First Set of Interrogatories propounded by Plaintiffs by placing said responses in the United States Mail, first class, postage prepaid.

    Respectfully submitted,

    THOMASON HENDRIX HARVEY
    JOHNSON & MITCHELL, PLLC

By:   /s/ Marcy D. Magee
    J. KIMBROUGH JOHNSON (7953)
    MARCY D. MAGEE (19360)
    Attorneys for Defendant, Mark Clemons, M.D.
    40 South Main Street, 29th Floor
    Memphis, TN  38103
    (901) 525-8721

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system

Mr. Mark Ledbetter
Halliburton & Ledbetter
254 Court Avenue, Suite 305
Memphis, TN 38103

Mr. David Cook
Mr. Al McLean
The Hardison Law Firm
119 S. Main Street, Suite 800
Memphis, TN  38103

This the 14th day of January, 2014.

By:   /s/ Marcy D. Magee
      Marcy D. Magee

4815-1494-6840, v. 1

2