IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENESESEE
WESTERN DIVISION

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

Vs.                                                                                              No. 2:13-cv-02289-JPM-dkv
                                                                                                   JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

    Defendants,

and

STATE OF TENNESSEE,

    Defendant-Intervenor.

## ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE LIMIT

       Before the Court is Defendants' January 29, 2014 motion to exceed page limit with regard to their Reply Brief in order to fully address the issues raised in Plaintiffs' Response and Memorandum of Law in Opposition to Defendants' Motion for Qualified Protective Order.  For good cause shown, the motion is GRANTED.  Defendants may exceed the page limitation stated in Local Rule 7.2(e).

       It is so ORDERED this 30th day of January, 2014.

                                                                     s/Diane K. Vescovo
                                                                    DIANE K. VESCOVO
                                                                    UNITED STATES MAGISTRATE JUDGE