IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESESEE
WESTERN DIVISION

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

Vs.                                                                                                        No. 2:13-cv-02289-JPM-dkv
                                                                                                      JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

    Defendants,

and

STATE OF TENNESSEE,

    Defendant-Intervenor.

## NOTICE OF APPEARANCE

COME NOW Jerry O. Potter and W. Bradley Gilmer of The Hardison Law Firm, and give notice of their appearance as counsel of record for the defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D., without waiving any substantive or procedural rights, but to notify the Court and counsel of their representation.

Respectfully submitted,

THE HARDISON LAW FIRM, P.C.

By: s/W. Bradley Gilmer
JERRY O. POTTER (4284)
W. BRADLEY GILMER (21490)
Attorneys for Defendants,
Pediatric Anesthesiologists, P.A. and
Babu Rao Paidipalli, M.D.
119 S. Main Street, Suite 800
Memphis, Tennessee 38103
(901) 525-8776
amclean@hard-law.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via the Court's electronic filing system upon:

Mark Ledbetter, Esq.
Halliburton & Ledbetter
Attorney for Plaintiffs
254 Court Avenue
Suite 305
Memphis, TN 38103

J. Kimbrough Johnson, Esq.
Marcy Dodds Magee, Esq.
Attorneys for Defendant, Mark P. Clemons, M.D.
Thomason, Hendrix, Harvey, Johnson & Mitchell, PLLC
2900 One Commerce Street
Memphis, TN 38103

Stephanie A. Bergmeyer, Esq.
Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

this 5th day of February, 2014.

s/W. Bradley Gilmer
W. BRADLEY GILMER