## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESESEE
## WESTERN DIVISION

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

Vs.                                                      No. 2:13-cv-02289-JPM-dkv
                                                                          JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

    Defendants,

and

STATE OF TENNESSEE,

    Defendant-Intervenor.

## NOTICE OF APPEARANCE

COMES NOW Jerry O. Potter of The Hardison Law Firm, and give notice of his appearance as counsel of record for the defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D., without waiving any substantive or procedural rights, but to notify the Court and counsel of his representation.

        Respectfully submitted,

        THE HARDISON LAW FIRM, P.C.

By:    s/Jerry O. Potter
        JERRY O. POTTER (4284)
        W. BRADLEY GILMER (21490)
        Attorneys for Defendants,
        Pediatric Anesthesiologists, P.A. and
        Babu Rao Paidipalli, M.D.
        119 S. Main Street, Suite 800
        Memphis, Tennessee 38103
        (901) 525-8776
        amclean@hard-law.com

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via the Court's electronic filing system upon:

| | |
|---|---|
| Mark Ledbetter, Esq. | J. Kimbrough Johnson, Esq. |
| Halliburton & Ledbetter | Marcy Dodds Magee, Esq. |
| Attorney for Plaintiffs | Attorneys for Defendant, Mark P. |
| 254 Court Avenue | Clemons, M.D. |
| Suite 305 | Thomason, Hendrix, Harvey, Johnson & |
| Memphis, TN 38103 | Mitchell, PLLC |
| | 2900 One Commerce Street |
| | Memphis, TN 38103 |

Stephanie A. Bergmeyer, Esq.
Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

this 6th day of February, 2014.

        s/Jerry O. Potter
        JERRY O. POTTER