IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

VS.                                                      NO.:  2:13-cv-02289 dkv
                                                            JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI ; and,
MARK P. CLEMONS,

    Defendants.

## NOTICE OF SERVICE OF PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES AND PHYSICIANS NOT EMPLOYED AS EXPERTS

TO:    ALL COUNSEL OF RECORD

Notice is hereby given that, on the date entered below, Mark Ledbetter, attorney for Plaintiffs, pursuant to FRCP 26(a)(2)(B), served a copy of the Plaintiffs' Designation of Expert Witnesses and Physicians Not Employed as Experts, with Exhibits A, B and C attached thereto to the following:

J. Kimbrough Johnson/Marcy Dodds Magee/Margaret Cooper
2900 One Commerce Square
40 S. Main Street
Memphis, TN  38103
Attorneys for Mark Clemons
901/525-8721-phone
901/525-6722-fax
jjohnson@lewisthomason.com
mmagee@lewisthomason.com
mcooper@lewisthomason.com

Albert G. McLean/David Cook/Jerry Potter/Bradley Gilmer
The Hardison Law Firm
119 S. Main Street, Suite 800
Memphis, TN 38103
Attorneys for Babu R. Paidipalli & Pediatric Anesthesiologists, P.A.
901/525-8776 – phone
901/525-8790 – fax
amclean@hard-law.com

this 9th day of April, 2014.

Respectfully submitted,

**HALLIBURTON & LEDBETTER**

/s/ Mark Ledbetter
MARK LEDBETTER          AR# 74175
Attorney for Plaintiffs     TN#17637
254 Court Avenue, Suite 305
Memphis, TN 38103
(901) 523-8153-phone
(901) 523-8115-fax

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified above via the Court's ECF filing system this 9th day of April, 2014.

/s/ Mark Ledbetter
MARK LEDBETTER, Certifying Attorney