IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESESEE
WESTERN DIVISION

---

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

v.                                    No. 2:13-cv-02289-dkv

PEDIATRIC ANESTHESIOLOGISTS, P.A.,
BABU RAO PAIDIPALLI AND MARK P. CLEMONS,

    Defendants.

---

**NOTICE OF SERVICE OF DEFENDANTS' PEDIATRIC ANESTHESIOLOGISTS, P.A. AND BABU RAO PAIDIPALLI, M.D.'S RULE 26(a)(2) EXPERT DISCLOSURES**

---

    TO:    ALL COUNSEL

    NOTICE is hereby given that the defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D., by and through counsel of record, served upon all parties, Rule 26 (a)(2) Expert Disclosures and Expert Reports.

    This the 9th day of May, 2014

                        By:    s/ W. Bradley Gilmer
                                  JERRY O. POTTER (4284)
                                  W. BRADLEY GILMER (21490)
                                  Attorneys for Defendants, Pediatric
                                  Anesthesiologists, P.A. and
                                  Babu Rao Paidipalli, M.D.
                                  THE HARDISON LAW FIRM, P.C.
                                  119 S. Main Street, Suite 800
                                  Memphis, Tennessee 38103
                                  (901) 525-8776
                                  jpotter@hard-law.com
                                  bgilmer@hard-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via the Court's electronic filing system upon:

| | |
|---|---|
| Mark Ledbetter, Esq. | J. Kimbrough Johnson, Esq. |
| Halliburton & Ledbetter | Marcy Dodds Magee, Esq. |
| Attorney for Plaintiffs | Attorneys for Defendant, Mark P. |
| 254 Court Avenue | Clemons, M.D. |
| Suite 305 | Thomason, Hendrix, Harvey, Johnson & |
| Memphis, TN 38103 | Mitchell, PLLC |
| | 2900 One Commerce Street |
| | Memphis, TN 38103 |

this 9th day of May, 2014.

s/ W. Bradley Gilmer
W. BRADLEY GILMER