J-54170

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually,
and as Parents of BRETT LOVELACE,
Deceased,

    Plaintiffs,

VS.

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

    Defendants.

NO. 2:13-cv-02289 dkv
JURY TRIAL DEMANDED

## NOTICE OF SERVICE OF DEFENDANT MARK P. CLEMONS, M.D.'S EXPERT WITNESSES

TO: ALL COUNSEL OF RECORD

Notice is hereby given that on the date entered below, Marcy Magee, attorney for Defendant, pursuant to FRCP 26(a)(2)(B), served a copy of the Defendant's Designation of Expert Witnesses to the following:

Mark Ledbetter
Halliburton & Ledbetter
254 Court Ave., Ste. 305
Memphis, TN 38103
(901) 523-8153 – phone
(901) 523-8115 - fax
Mark794@aol.com

Jerry Potter/Bradley Gilmer/Karen Koplon
The Hardison Law Firm
119 S. Main St., Ste. 800
Memphis, TN 38103
Attorneys for Babu Rao Paidipalli & Pediatric Anesthesiologists, P.A.
(901) 525-8776 – phone
(901) 525-8790 - fax
jpotter@hard-law.com

This 9th day of May, 2014.

LEWIS THOMASON

By: /s/ Marcy D. Magee
J. Kimbrough Johnson (No. 7953)
Marcy D. Magee (No. 19360)
Attorneys for Defendant,
Mark P. Clemons, M.D.
2900 One Commerce Square, 40 S. Main Street
Memphis, TN 38103
901-525-8721

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following has been served on Mark Ledbetter, Attorney for Plaintiffs, Halliburton & Ledbetter, 254 Court Avenue, Suite 305, Memphis, TN 38103, and David Cook, Jerry Potter and Bradley Gilmer, Attorneys for Defendants, Babu R. Paidipalli & Pediatric Anesthesiologists, P.A., Hardison Law Firm, 119 S. Main St., Suite 800, Memphis, TN 38103, via U.S. Mail, postage prepaid, this 9th day of May, 2014.

/s/ Marcy D. Magee
Marcy D. Magee

4842-6404-0986, v. 1