IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and HELEN
LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

vs.

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI ; and,
MARK P. CLEMONS,

    Defendants.

NO.:   2:13-cv-02289 dkv
JURY TRIAL DEMANDED

## PLAINTIFFS' MOTION TO STRIKE THE [CERTIFICATE OF GOOD FAITH OF DEFENDANT MARK P. CLEMONS, M.D.] UNDER T.C.A. § 29-26-122, (b) AND (c), AND BRIEF

Come the Plaintiffs, Daniel Lovelace and Helen Lovelace, Individually, and as Parents of Brett Lovelace, deceased, by counsel, who for their Motion to Strike the [Certificate of Good Faith of Defendant, Mark P. Clemons, M.D.] under T.C.A. § 29-26-122, (b) and (c), and brief, state:

1.     The Complaint in this matter was filed on May 8, 2013.

2.     On June 3, 2013, Defendant, Mark P. Clemons, M.D., filed his Answer [D.E. 11]; in his Answer at ¶ 20, he alleges the fault of a non-party [Exhibit "A"].

3.     On May 1, 2014, a Certificate of Good Faith on Behalf of Defendant, Mark P. Clemons, M.D., in Support of Allegations of Fault as to Non-Party [D.E. 99], was filed and served upon Plaintiffs' counsel [Exhibit "B"].

4.     Under T.C.A. § 29-26-122(b), the Certificate of Good Faith on Behalf of Defendant, Mark P. Clemons, M.D., in Support of Allegations of Fault as to Non-Party [Exhibit "B"], was required to be filed by Defendant Clemons within thirty (30) days of the date when Defendant alleged

1

in an Answer or Amended Answer that a non-party was at fault for the injuries of the Plaintiff. Thus, the latest filing date allowed by statute for Defendant to file a Certificate of Good Faith was no later than Wednesday, July 3, 2013. This, the Defendant, Mark P. Clemons, M.D., failed to do.

5. Under T.C.A. § 29-26-122(c) the following remedy is provided to Plaintiffs where, as here, the statute is violated:

> *The failure of a defendant to file a Certificate of Good Faith in compliance with this Section* alleging the fault of a non-party *shall, upon Motion, make such allegations subject to being stricken with prejudice, unless the Plaintiff consents to waive compliance with this Section.* If the allegations are stricken, no Defendant, except for a Defendant who complied with this Section, can assert, and neither shall the Judge nor Jury consider, the fault, if any, of those identified by the allegations. [Emphasis supplied].

6. Thus, as the Plaintiffs do not "waive compliance," the instant Motion to Strike "shall" be granted, barring Defendant from an affirmative defense that asserts the fault of a non-party, or causation, in this court and cause.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Daniel Lovelace and Helen Lovelace, Individually, and as Parents of Brett Lovelace, deceased, pray that the Certificate of Good Faith on Behalf of Defendant, Mark P. Clemons, M.D., in Support of Allegations of Fault as to Non-Party, be stricken under T.C.A. § 29-26-122, (b) and (c), which provide that such certificates are untimely, and that the Court shall, upon Motion, strike the affirmative defense of non-party fault from the Defendant's Answer.

Respectfully submitted,

**HALLIBURTON & LEDBETTER**

/s/ Mark Ledbetter
MARK LEDBETTER (TN #17627)
Attorney for Plaintiffs
254 Court Avenue, Suite 305
Memphis, TN 38103
(901) 523-8153-phone
(901) 523-8115-fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's ECF filing system this 9th day of May, 2014:

J. Kimbrough Johnson/Marcy Dodds Magee/Margaret Cooper
2900 One Commerce Square
40 S. Main Street
Memphis, TN 38103
Attorneys for Mark Clemons
901/525-8721-phone
901/525-6722-fax
jjohnson@lewisthomason.com
mmagee@lewisthomason.com
mcooper@lewisthomason.com

Albert G. McLean/David Cook/Jerry Potter/Brad Gilmer
The Hardison Law Firm
119 S. Main Street, Suite 800
Memphis, TN 38103
Attorneys for Babu R. Paidipalli & Pediatric Anesthesiologists, P.A.
901/525-8776 – phone
901/525-8790 – fax
amclean@hard-law.com

/s/ Mark Ledbetter
MARK LEDBETTER, Certifying Attorney