J-54170

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually,
and as Parents of BRETT LOVELACE,
Deceased,

    Plaintiffs,

VS.

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

    Defendants.

NO. 2:13-cv-02289 dkv
JURY TRIAL DEMANDED

## DEFENDANT MARK P. CLEMONS, M.D.'S SUPPLEMENTAL DESIGNATION OF FRCP 26(a)(2)(B) EXPERT WITNESSES AND PHYSICIANS/MEDICAL PROVIDERS NOT EMPLOYED AS EXPERTS

Defendant, Mark P. Clemons, M.D., by and through the undersigned counsel of record, pursuant to FRCP 26(a)(2)(B), supplements his Designation of FRCP 26(a)(2)(B) Expert Witnesses and Physicians/Medial Providers Not Employed as Experts filed herein on May 9, 2014, as follows:

1. <u>Defense Expert Witnesses:</u> The following individuals may be used at trial to present evidence under Federal Rules of Evidence 702, 703 or 705:

    (B.) Jay Werkhaven, M.D.
        Otolaryngologist
        Vanderbilt University Medical Center
        2200 Children's Way
        Doctor's Office Tower, 7th Floor
        Nashville, TN 37232

(i) Subject matter, facts and opinions, and summary of grounds: See Exhibit "B" attached hereto.

Respectfully submitted,

LEWIS THOMASON

By: /s/ J. Kimbrough Johnson
J. KIMBROUGH JOHNSON (7953)
MARCY D. MAGEE (19360)
Attorneys for Defendant,
Mark P. Clemons, M.D.
2900 One commerce Sq., 40 S. Main St.
Memphis, TN 38103
(901) 525-8721

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following has been served on Mark Ledbetter, Attorney for Plaintiffs, Halliburton & Ledbetter, 254 Court Avenue, Suite 305, Memphis, TN 38103, and Karen Koplon, Jerry Potter and Bradley Gilmer, Attorneys for Defendants, Babu R. Paidipalli & Pediatric Anesthesiologists, P.A., Hardison Law Firm, 119 S. Main St., Suite 800, Memphis, TN 38103, via U.S. Mail, postage prepaid, this 12th day of May, 2014.

/s/ J. Kimbrough Johnson
Marcy D. Magee

4813-4869-3787, v. 1