# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| DANIEL LOVELACE and <br> HELEN LOVELACE, individually, <br> and as parents of <br> BRETT LOVELACE, deceased,, <br> <br> Plaintiffs, <br> v. <br> <br> PEDIATRIC ANESTHESIOLOGISTS, <br> P.A., DR. BABU RAO PAIDIPALLI, <br> and DR. MARK P. CLEMONS, <br> <br> Defendants, <br> <br> and <br> <br> STATE OF TENNESSEE <br> <br> Defendant-Intervenor. | No. 2:13-2289-JPM-dkv |

**ORDER REFERRING PLAINTIFFS' MOTION TO STRIKE THE CERTIFICATE OF GOOD FAITH OF DEFENDANT MARK P. CLEMONS**

Before the Court is Plaintiff's Motion to Strike the Certificate of Good Faith of Defendant Mark P. Clemons (ECF No. 103), filed May 9, 2014. This Motion is hereby REFERRED to the United States Magistrate Judge for Determination.

**IT IS SO ORDERED**, this 15th day of May, 2014.

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE