### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESESEE
### WESTERN DIVISION

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

Vs.                                              No. 2:13-cv-02289-JPM-dkv
                                                  JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

    Defendants**,**

and

STATE OF TENNESSEE,

    Defendant-Intervenor.

### NOTICE OF APPEARANCE

    COME NOW Karen S. Koplon of The Hardison Law Firm, and give notice of her appearance as counsel of record for the defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D., without waiving any substantive or procedural rights, but to notify the Court and counsel of their representation.

             Respectfully submitted,

             THE HARDISON LAW FIRM, P.C.

      By:  s/Karen S. Koplon
             KAREN S. KOPLON (16282)
             Attorneys for Defendants,
             Pediatric Anesthesiologists, P.A. and
             Babu Rao Paidipalli, M.D.
             119 S. Main Street, Suite 800
             Memphis, Tennessee 38103
             (901) 525-8776
             kkoplon@hard-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via the Court's electronic filing system upon:

| | |
|---|---|
| Mark Ledbetter, Esq.<br>Halliburton & Ledbetter<br>Attorney for Plaintiffs<br>254 Court Avenue<br>Suite 305<br>Memphis, TN 38103 | J. Kimbrough Johnson, Esq.<br>Marcy Dodds Magee, Esq.<br>Attorneys for Defendant, Mark P.<br>Clemons, M.D.<br>Thomason, Hendrix, Harvey, Johnson &<br>Mitchell, PLLC<br>2900 One Commerce Street<br>Memphis, TN 38103 |

Stephanie A. Bergmeyer, Esq.
Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

this 20th day of May, 2014.

             s/Karen S. Koplon
             KAREN S. KOPLON