IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

v.  No. 2:13-cv-02289-dkv

PEDIATRIC ANESTHESIOLOGISTS, P.A.,
BABU RAO PAIDIPALLI AND MARK P. CLEMONS,

    Defendants.

## MOTION FOR LEAVE TO WITHDRAW COUNSEL

Comes now counsel for defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D., and moves the Court for an order granting leave to withdraw Albert G. McLean, Esq. of The Hardison Law Firm, P.C. as counsel of record.

WHEREFORE, PREMISES CONSIDERED, counsel prays that the Court enter an Order allowing Albert G. McLean, Esq. to withdraw as counsel of record for defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D.

    Respectfully submitted,
    THE HARDISON LAW FIRM, P.C.

By:    s/ W. Bradley Gilmer
    JERRY O. POTTER (4284)
    W. BRADLEY GILMER (21490)
    DAVID M. COOK (5362)
    Attorneys for Defendants,
    Pediatric Anesthesiologists, P.A. and
    Babu Rao Paidipalli, M.D.
    119 S. Main Street, Suite 800

        Memphis, Tennessee 38103
        (901) 525-8776
        jpotter@hard-law.com
        bgilmer@hard-law.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via the Court's electronic filing system upon:

| | |
|---|---|
| Mark Ledbetter, Esq. | J. Kimbrough Johnson, Esq. |
| Halliburton & Ledbetter | Marcy Dodds Magee, Esq. |
| Attorney for Plaintiffs | Attorneys for Defendant, Mark P. |
| 254 Court Avenue | Clemons, M.D. |
| Suite 305 | Thomason, Hendrix, Harvey, Johnson & |
| Memphis, TN 38103 | Mitchell, PLLC |
| | 2900 One Commerce Street |
| | Memphis, TN 38103 |

this 20th day of May, 2014.

        s/ W. Bradley Gilmer
        W. BRADLEY GILMER