IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

v.  No. 2:13-cv-02289-dkv

PEDIATRIC ANESTHESIOLOGISTS, P.A.,
BABU RAO PAIDIPALLI AND MARK P. CLEMONS,

    Defendants.

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW COUNSEL

    Before the Court is Defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D. ("Defendants"), Motion for Leave to Withdraw Counsel, filed May 20, 2014. (ECF No. 113.) Defendants wish to withdraw Albert G. McLean, Esq. of The Hardison Law Firm, P.C., effective immediately.

    It is therefore ORDERED, ADJUDGED AND DECREED that Albert G. McLean Esq., shall be, and the same are hereby, permitted to withdraw as counsel for Defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D. and shall have no further responsibility as counsel of record for Defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D., in this case.

    **IT IS SO ORDERED**, this 21st day of May, 2014.

    /s/ Jon P. McCalla
    JON P. McCALLA
    U.S. DISTRICT COURT JUDGE