IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

VS.                                                        NO.: __2:13-cv-02289 dkv__
                                                                    JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and,
MARK P. CLEMONS,

    Defendants.

## PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

TO:    ALL COUNSEL OF RECORD

    Notice is hereby given that, on the date entered below, Mark Ledbetter served upon all defense counsel named in the Certificate of Service below, pursuant to L.R. 26.1(a)(2), via U.S. Mail, the following discovery pleadings:

    1)    Plaintiffs' Second Request for Production of Documents Propounded to Defendants Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli; and

    2)    Plaintiffs' Second Request for Production of Documents Propounded to Defendant, Mark P. Clemons.

    This 30th day of May, 2014.

Respectfully submitted,

HALLIBURTON & LEDBETTER

/s/ Mark Ledbetter
Mark Ledbetter (TN #17637)
Attorney for Plaintiffs
254 Court Avenue - Suite 305
Memphis, TN 38103
(901) 523-8153-phone
(901) 523-8115-fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system:

J. Kimbrough Johnson/Marcy Dodds Magee/Margaret Cooper
2900 One Commerce Square
40 S. Main Street
Memphis, TN 38103
Attorneys for Mark Clemons
901/525-8721-phone
901/525-6722-fax
jjohnson@lewisthomason.com
mmagee@lewisthomason.com
mcooper@lewisthomason.com


Brad Gilmer/Jerry Potter/Karen Poplon
The Hardison Law Firm
119 S. Main Street, Suite 800
Memphis, TN 38103
Attorneys for Babu R. Paidipalli & Pediatric Anesthesiologists, P.A.
901/525-8776 – phone
901/525-8790 – fax
Bgilmer@hard-law.com
jpotter@hard-law.com
kkoplon@hard-law.com


This 30th day of May, 2014.

/s/ Mark Ledbetter
Mark Ledbetter, Certifying Attorney