# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESESEE
### WESTERN DIVISION

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

  Plaintiffs,

VS.                  No. 2:13-cv-02289-SHL-dkv

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

  Defendants.

## NOTICE OF SERVICE OF RESPONSE TO PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANTS, PEDIATRIC ANESTHESIOLOGISTS, P.A. AND BABU RAO PAIDIPALLI

TO: ALL COUNSEL

NOTICE is hereby given that the defendants, Babu Rao Paidipalli, M.D., and Pediatric Anesthesiologists, P.A., by and through counsel of record, served upon all parties, Response to Plaintiffs' Second Request for Production of Documents Propounded to Defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli.

This the 6th day of June, 2014.

        Respectfully submitted,

        THE HARDISON LAW FIRM, P.C.

    By: <u>/s W. Bradley Gilmer</u>
       JERRY O. POTTER (4284)
       W. BRADLEY GILMER (21490)
       KAREN S. KOPLON (16282)
       Attorneys for Defendants,
       Pediatric Anesthesiologists, P.A. and
       Babu Rao Paidipalli, M.D.
       119 S. Main Street, Suite 800
       Memphis, Tennessee 38103
       (901) 525-8776
       jpotter@hard-law.com
       bgilmer@hard-law.com
       kkoplon@hard-law.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via the Court's electronic filing system upon:

| | |
|---|---|
| Mark Ledbetter, Esq. | J. Kimbrough Johnson, Esq. |
| Halliburton & Ledbetter | Marcy Dodds Magee, Esq. |
| Attorney for Plaintiffs | Attorneys for Defendant, Mark P. |
| 254 Court Avenue | Clemons, M.D. |
| Suite 305 | Lewis Thomason |
| Memphis, TN 38103 | 2900 One Commerce Street |
| | Memphis, TN 38103 |

this 6th day of June, 2014.

        <u>s/ W. Bradley Gilmer</u>
        W. BRADLEY GILMER

2