J-54170

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually,
and as Parents of BRETT LOVELACE,
Deceased,

       Plaintiffs,

VS.

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

       Defendants.

NO.  2:13-cv-02289 dkv
JURY TRIAL DEMANDED

## NOTICE OF FILING OF DEPOSITION OF KELLY KISH, R.N.

Comes now the defendant, Dr. Mark P. Clemons, and gives notice of filing the deposition

of Kelly Kish, R.N., to the following:

Mark Ledbetter
Halliburton & Ledbetter
254 Court Ave., Ste. 305
Memphis, TN 38103
(901) 523-8153 – phone
(901) 523-8115 - fax
Mark794@aol.com


Jerry Potter/Bradley Gilmer/Karen Koplon
The Hardison Law Firm
119 S. Main St., Ste. 800
Memphis, TN 38103
Attorneys for Babu Rao Paidipalli & Pediatric Anesthesiologists, P.A.
(901) 525-8776 – phone
(901) 525-8790 - fax
jpotter@hard-law.com

This _____ day of June, 2014.

LEWIS THOMASON

By:  /s/ Marcy D. Magee
           J. Kimbrough Johnson (No. 7953)
           Marcy D. Magee (No. 19360)
           Attorneys for Defendant,
           Mark P. Clemons, M.D.
           2900 One Commerce Square, 40 S. Main Street
           Memphis, TN 38103
           901-525-8721

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following has been served on Mark Ledbetter, Attorney for Plaintiffs, Halliburton & Ledbetter, 254 Court Avenue, Suite 305, Memphis, TN 38103, and Jerry Potter, Bradley Gilmer and Karen Koplon, Attorneys for Defendants, Babu R. Paidipalli & Pediatric Anesthesiologists, P.A., Hardison Law Firm, 119 S. Main St., Suite 800, Memphis, TN 38103, via U.S. Mail, postage prepaid, this 10th day of June, 2014.

/s/ Marcy D. Magee
Marcy D. Magee

5423320

2