IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DANIEL LOVELACE and HELEN LOVELACE,
Individually and as Parents of
BRETT LOVELACE, Deceased

        Plaintiffs,

vs.                              No. 2:13-cv-02289-SHL-dkv

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDPAILLI; and
MARK P. CLEMONS,

        Defendants.

## DEFENDANT MARK P. CLEMONS, M.D.'S NOTICE OF SERVICE OF RESPONSES TO PLAINTIFFS' SECOND REQUEST FOR PRODUCTION

TO:    All Counsel of Record

      NOTICE is hereby given that the Defendant Mark P. Clemons, M.D., by and through counsel of record, served upon all parties, Responses to Plaintiffs' Second Request for Production of Documents.

      This the 24th day of June, 2014.

                                                LEWIS THOMASON

                                                By: s/ J. Kimbrough Johnson
                                                     J. KIMBROUGH JOHNSON (7953)
                                                     MARCY D. MAGEE (19360)
                                                     One Commerce Square
                                                     40 South Main Street, 29th Floor
                                                     Memphis, TN  38103
                                                     (901) 525-8721
                                                     *Attorneys for Defendant,*
                                                     *Mark Clemons, M.D.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via U.S. Mail, first class postage prepaid, and via the Court's ECF filing system:

>Mr. Mark Ledbetter
>Halliburton & Ledbetter
>254 Court Avenue, Suite 305
>Memphis, TN 38103
>
>Mr. Bradley Gilmer
>The Hardison Law Firm
>119 South Main Street, Suite 800
>Memphis, TN  38103

This the 24th day of June, 2014.

>*s/ J. Kimbrough Johnson*
>J. Kimbrough Johnson

5463940