# EXHIBIT A

Le Bonheur's Pre-Op Surgical History & Physical (pg. 0007) and Pre-Operative History (pg. 0455)

Patient Name: LOVELACE, BRETT S
Facility: LE BONHEUR

MRN: 45854994
FIN: 68859557



AS 68859557   45854994-2
Le Bonheur   FIN
LOVELACE, BRETT S
08/21/1999  12Y M/W
CLEMONS, MARK
03/12/12

## SURGICAL/SPECIAL PROCEDURE HISTORY & PHYSICAL

**HISTORY FINDINGS**

Present Illness Include Indications & Symptoms: _____

Current Medications: _____

Allergies/Reactions: _____
Relevant Past Medical History: _____

Review Of System: _____

Bleeding Tendency: _____
Family Anesthesia History: Drug Sensitivities: _____

Immunizations: _____

**PHYSICAL FINDINGS**        Within Normal Limits
                              Yes  No   Comments
General Appearance / Mental Status:
Head / Neck (Loose Teeth):
Visual Acuity (When Indicated):
Heart:
Lungs:
Abdomen (Pelvic / Rectal If Appropriate):
Extremities / Neurologic:
Genitalia:
Other:
Planned Procedure: _____
Signature: _____ MD/DO# 01533 Date 3/5/12 Time _____

**H & P UPDATE**
H&P Reviewed / With Changes As Documented: No ∆

Signature: _____ MD/DO# 01533 Date 3-12-12 Time 0852

**PHYSICIAN'S ORDERS**  ☑ Outpatient ☐ 23 Hr. ☐ A.M. Admit ☐ Reg. Admit
Date Of Admit: _____ Date Of Surgery: _____
Admitting Diagnosis: _____

Consent To Say: _____

Lab: _____
Lab: _____
Radiology: _____
Meds: _____
Meds: _____
Other: _____
Attending Physician Is: _____
Signature: _____ MD/DO# _____ Date _____ Time _____

P0001751.0507 REV

**POST OPERATIVE PROGRESS NOTES:**
Surgeons: Clemons
Assistants: _____
Pre-Op Diagnosis: _____

Post-Diagnosis: Same

Procedure: T+A

Findings: _____

Specimens: T+A

Transfusions: Ø
Drains / Tubes: _____
Estimated Blood Loss: 280ml
Fluid Replacements: LR
Disposition / Complications: _____
☐ Convert To Inpatient (MUST WRITE ADMIT ORDER)
☐ Convert To 23Hr. Obs. (MUST WRITE 23Hr. ADMIT ORDER)
Signature: _____ MD/DO# 01533 Date 3-12-12 Time _____

**POST OP:** Discharge Orders
☐ Outpatient ☐ 23 Hr. ☐ A.M. Admit ☐ Reg. Admit
Today's Date: _____ Time _____
Diagnosis: _____
Discharge Instructions: _____
Activities:  ☐ Routine   Other: _____
Diet:        ☐ Routine   Other: _____
I.V. / Medications: _____

Special Instructions: _____

Follow-Up Appointment: _____
Disposition:  ☐ Home   ☐ Other, See MD Order Sheet
**DISCHARGE NOTE:** _____

Physician Signature: _____
Initials: _____ Date: _____
Pager: _____ MD #: _____
Nurse Practitioner: _____
Signature: _____ MD/DO# _____ Date _____ Time _____
Note: Only One Signature Required If The Same Physician Completes The H&P & Order Sections

BL-MethLEB 0007



EXHIBIT "A"

Patient Name: LOVELACE, BRETT S  
Facility: LE BONHEUR  
MRN. 45854994  
FIN: 68859557

## Le Bonheur Children's Hospital — ANESTHESIA EVALUATION

Date of Surgery: 3/12/12

68859557  Le Bonheur  FIN  
4585499?-2  MRN  
LOVELACE, BRETT S  
08/21/1999  12Y M/W  
CLEMONS, MARK

### PRE-OPERATIVE HISTORY

Pre-Op Diagnosis: adenotonsillar hypertrophy  
Proposed Operation: tonsillectomy, adenoidectomy  
Age: 12  Sex: M  Race: W  4?-kg  LMP  
174 CM  
Lab:  
Allergies: Seroquel —  
Medications: albuterol — to use pm before + AM of surgery

Systems Review (Describe all positives at right)  
CNS: Seizures ADHD (Dev Delay) (Int'l D) — learning disability    very emotional  
Cardiac: Murmur HTN Arrhythmia — ∅  
Pulmonary: Wheezing (Asthma) URI Sleep Apnea Snoring — last wheezed Nov 2011; ⊖ snore ⊕ gasps  
Endocrine: Diabetes Thyroid — ∅  
GI: Reflux Hepatitis — ∅  
Hematologic: SCD Anemia Bleeding — ∅ · no fam hx  
Neuromuscular: MH Muscle Disease — hx ® wrist fracture, ® arm x 3, ⓁLeg   cast only  
Prematurity: BW  Gest Age  1 lb  43 wk — ∅ complications  
Renal — ∅  
Other

Prev. Anes. Experience: ∅ previous surgery  
Maternal grandmother · lips + mouth blister + BA  
Signature: Elizabeth S Hinson RN  Date: 3/8/12  Time: 1345  
hx on phone per mom, Helen Lovelace  
pt not seen

### PRE-OPERATIVE ASSESSMENT/EXAM

Date: 3/12/12   Time: 853  
Cardiac: Regular rhythm · no murmur  
Pulmonary: clinically clear  
Airway: OK  
Dentition: OK

ASA Physical Status: 1 ②  3  4  5  E

Immediate Pre-Op Reassessment  
Date: 3/12/12  Time: 8:55  
NPO Since: 3:30 3/11  
Chart Reviewed ✓

Pre-Med: Vers  Vanilla  
Proposed Anesthesia: inhalation / ET intubation  
Anesthesia Risks, Benefits, Alternatives Discussed With: parents  

Staff Signature  
☐ Staff  ☐ Resident  ☐ CRNA

### POST-OPERATIVE FOLLOW-UP

Date: ____  Time: ____

Signature  
☐ Staff  ☐ Resident  ☐ CRNA

SAP#240490510 REV  
Le Bonheur Children's Hospital, Memphis, TN  
White – Chart Copy   Yellow – Dept. Copy  

Page Number: 454  

BL-MethLEB 0455