# EXHIBIT B

# Brett Lovelace's Postoperative Positioning & Mechanism of Asphyxia

