# EXHIBIT C

## 3/12/12 Head CT Findings

# 3/12/12 Head CT Findings





Planes of Section

Axial View of Head

Diffuse cerebral edema with loss of sulci and compression of ventricular system

3/12/12 Axial CT
Im: 19/33

Coronal View of Head

3/12/12 Coronal CT
Im: 23/40



EXHIBIT "C"

© 2013 MediVisuals, Inc.