# EXHIBIT D

3/14/12 Head CT Findings – Showing Brain Dead

# 3/14/12 Head CT Findings



Planes of Section

**Axial View of Head**



Mass effect causing uncal and cerebellar tonsil herniation

Severe intracranial edematous changes with near complete effacement of sulci, cisterns and the ventricular system

*Findings consistent with brain death*



3/14/12 Axial CT
Im: 20/34

**Coronal View of Head**



3/14/12 Coronal CT
Im: 23/40



EXHIBIT "D"

© 2013 MediVisuals, Inc.

R23783-03X.indd