# EXHIBIT E

Adenoidectomy and Tonsillectomy Surgery

