# EXHIBIT F

## Cerebral Edema and Hypoxia

# Cerebral Edema and Hypoxia





© 2013 MediVisuals, Inc.

EXHIBIT "F"