# EXHIBIT G

Normal Brain - Herniations

