# EXHIBIT H

# Plaintiffs' First Request for Admissions Propounded to All Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

      Plaintiffs,

VS.

                                          NO.: __2:13-cv-02289 dkv__
                                          JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and,
MARK P. CLEMONS,

      Defendants.

## PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS
PROPOUNDED TO ALL DEFENDANTS

      Come the Plaintiffs, DANIEL LOVELACE and wife, HELEN LOVELACE, individually, and as parents of BRETT LOVELACE, deceased, by and through counsel, pursuant to Rule 36 of the Federal Rules of Civil Procedure and for their Request for Admissions Propounded to all Defendants, make the following requests of all the Defendants to admit the truth of the matters which are related herein, under oath, and return said responses to Plaintiff in the time and manner requested:

## REQUEST FOR ADMISSIONS TO DR. MARK P. CLEMONS

      **REQUEST NO. 1**:    Admit that Plaintiffs' decedent, Brett Lovelace, was a healthy active 12 year old boy at the time of his admission to LeBonheur Children's Hospital on March 12, 2012,

for a tonsillectomy and adenoidectomy (hereinafter "T&A"), as described in Le Bonheur's Pre-Op Surgical History & Physical (pg. 0007) and Pre-Operative History (pg. 0455), attached hereto as Ex. "A".

**REQUEST NO. 2**:    Admit that the reason Brett Lovelace was admitted to have a T&A to LeBonheur Children's Hospital, instead of Crittenden Memorial Hospital, West Memphis, Arkansas 72301, because he tossed and turned a lot during sleep, snored, had asthma, was a mouth breather, or was overly tired in the evening, or any of these.

**REQUEST NO. 3**:    Admit that you recommended Le Bonheur Children's Hospital as the place for this surgery because it was believed to be a safer hospital for Brett Lovelace's surgery, considering his history.

**REQUEST NO. 4**:    Admit that you told the parents following the completion of the T&A that the surgery went well and that Brett was doing fine and they could join him in the Le Bonheur recovery room.

**REQUEST NO. 5**:    Admit that when you last saw Brett Lovelace as he arrived from the surgical suite to the PACU, he was face down on the gurney in a prone position, prior to your leaving Le Bonheur and later being called and informed that he had coded.

**REQUEST NO. 6**:    Admit that when you spoke to the parents after the surgery when Brett Lovelace was in the PACU, he was face down in a prone position on the gurney, and you

2

questioned his parents about whether the prone position Brett was in, was a normal sleeping position for him, and they said "no".

**REQUEST NO. 7**:     Admit that you gave no orders, caution, warning or instructions to the PACU nurse, Kish, or to any other Le Bonheur hospital personnel, and did not intervene in any way to ensure that Brett's airway was clear when he arrived in the PACU, and did not determine that he was oxygenating and ventilating properly following surgery.

**REQUEST NO. 8**:     Admit that you failed to ensure that Brett was fully awakened from anesthesia and conscious (AAOX3) prior to leaving the PACU after the surgery, and specifically, after you saw Brett in a prone position on the gurney and discussed the matter with the parents.

**REQUEST NO. 9**:     Admit that you did not call for an anesthesiologist to awaken or assess Brett Lovelace in the PACU to ensure that he was fully awakened from anesthesia and alert, after seeing Brett in a prone position and being aware of the patient's high risk of respiratory and airway compromise prior to leaving the hospital on the date of the surgery.

**REQUEST NO. 10**:   Admit that you took no action and failed to intervene to appropriately correct the improper face-down positioning of the patient after the T&A surgery and prior to your leaving the patient in the PACU and departing the hospital.

**REQUEST NO. 11**:     Admit that the drawing attached hereto and identified as Ex. "B" [Brett Lovelace's Postoperative Positioning & Mechanism of Asphyxia], is a fair and accurate

3

depiction of Brett Lovelace at the time of his arrival in the PACU at 10:30 a.m. on March 12, 2013, and when you left him in the PACU.

**REQUEST NO. 12**:          Admit that the drawing attached hereto and identified as Ex. "C" [3/12/12 Head CT Findings], is a fair and accurate depiction of Brett Lovelace's brain showing diffuse cerebral edema with loss of sulci and compression of ventricular system after he went into cardiac arrest in the PACU at 11:59 a.m. on March 12, 2013.

**REQUEST NO. 13**:          Admit that the drawing attached hereto and identified as Ex. "D" [3/14/12 Head CT Findings – showing brain dead], is a fair and accurate depiction of Brett Lovelace's brain subsequent to 11:59 a.m. on March 12, 2013.

**REQUEST NO. 14**:          Admit that the drawing attached hereto and identified as Ex. "E" [Adenoidectomy and Tonsillectomy Surgery], is a fair and accurate depiction or representation of the surgery performed on Brett Lovelace by Dr. Mark P. Clemons at approximately 9:19 a.m. on March 12, 2013 at Le Bonheur Children's Hospital.

**REQUEST NO. 15**:          Admit that the drawing attached hereto and identified as Ex. "F" [Cerebral Edema and Hypoxia], is a fair and accurate depiction of what happed to Brett Lovelace's brain during the time his airway was blocked and he was unattended in PACU subsequent to his T&A surgery on March 12, 2013 at Le Bonheur Children's Hospital.

4

**REQUEST NO. 16**:          Admit that the drawing attached hereto and identified as Ex.

"G" [Normal Brain - Herniations], is a fair and accurate depiction of a normal brain prior to and

after an event of the sort that occurred to Brett Lovelace after the T&A surgery of March 12, 2013

at Le Bonheur Children's Hospital.


**REQUEST NO. 17**:          Admit that the drawing attached hereto and identified as Ex.

"H" [Timeline of Care], which was created from the actual Le Bonheur Hospital medical records, is

a fair and accurate chronology of the medical care rendered to Brett Lovelace on March 12, 2013 at

Le Bonheur Children's Hospital.


## REQUEST FOR ADMISSIONS TO BABU RAO PAIDIPALLI


**REQUEST NO. 1**:    Admit that Plaintiff's decedent, Brett Lovelace, was a healthy active

12 year old boy at the time of his admission to LeBonheur Children's Hospital on March 12, 2012,

for a tonsillectomy and adenoidectomy (hereinafter "T&A"), as described in Le Bonheur's Pre-Op

Surgical History & Physical (pg. 0007) and Pre-Operative History (pg. 0455), attached hereto as Ex.

"A".


**REQUEST NO. 2**:    Admit that you failed to personally ensure that Brett Lovelace was

appropriately, safely and timely monitored and assessed in the PACU prior to leaving the patient

after surgery, or afterwards.

**REQUEST NO. 3**:                 Admit that the patient, Brett Lovelace, was not fully awake and breathing normally at the time you transferred his care to the PACU nurse, and left the PACU.

**REQUEST NO. 4**:                 Admit that the patient, Brett Lovelace, was lying in a prone position face-down, knees to chest and breathing abnormally at the time he was transferred to the PACU nurse, Kish.

**REQUEST NO. 5**:         Admit that you never personally assessed the patient, Brett Lovelace, at any time subsequent to the T&A surgery during the time when he was in the PACU.

**REQUEST NO. 6**:         Admit that you only assessed the patient's condition after the initiation of the code, which was more than an hour subsequent to the completion of his T&A surgery.

**REQUEST NO. 7**:         Admit that you completely relied upon hospital personnel or others (CRNA) to assess and care for your patient, Brett Lovelace, following surgery and during the time that he was in the PACU.

**REQUEST NO. 8**:         Admit that you failed to determine and ensure that Brett Lovelace had fully emerged from, was conscious and recovered appropriately from the anesthetic that you gave him prior to the removal of his endotracheal tube.

6

**REQUEST NO. 9**:     Admit that Brett Lovelace's tidal volumes prior to extubation were a mere 145- 180 cc's, which is a very small tidal volume for an 81 kg child, and that this tidal volume documented with hypercarbia makes it unlikely that Brett was ventilating adequately at the time of extubation.

**REQUEST NO. 10**:    Admit that Brett's high end tidal $CO_2$ level of 56 torr, as recorded on the anesthetic record, support the assertion that appropriate assessment and attention would have prevented Brett's subsequent hypoxemia and acidosis.

**REQUEST NO. 11**:    Admit that you failed to ensure adequate ventilatory support in a patient who was obese, with an admission history of sleep apnea.

**REQUEST NO. 12**:    Admit that based upon the recordings of the initial arterial blood gas (ABG) the patient had hypercarbia resulting in a prolonged period of hypoventilation consistent with a patient who was extubated in a non-fully awakened state and without appropriate assurance he was maintaining an adequate respiratory rate and tidal volumes.

**REQUEST NO. 13**:         Admit that you failed to ensure that Brett Lovelace had adequate oxygen supplementation in the post anesthesia care unit (PACU).

**REQUEST NO. 14**:         Admit that you failed to determine, require and ensure that Brett was appropriately monitored in the PACU.

7

**REQUEST NO. 15**:          Admit that a patient in prone, or knee-chest position, is difficult to monitor and ensure that they have adequate oxygenation.

**REQUEST NO. 16**:          Admit that, as an anesthesiologist, your care and treatment of the patient does not end with the completion of the surgery proper, but continues until the patient is fully awakened and breathing normally.

**REQUEST NO. 17**:          Admit that the standard of care for this patient, _viz._, to fully awaken him in the PACU, was not followed and that, as a result thereof, Brett Lovelace, a 12 year old boy, died.

**REQUEST NO. 18**:          Admit that the drawing attached hereto and identified as Ex. "B" [Brett Lovelace's Postoperative Positioning & Mechanism of Asphyxia], is a fair and accurate depiction of Brett Lovelace at the time of his arrival in the PACU at 10:30 a.m. on March 12, 2013.

**REQUEST NO. 19**:          Admit that the drawing attached hereto and identified as Ex. "C" [3/12/12 Head CT Findings], is a fair and accurate depiction of Brett Lovelace's brain showing diffuse cerebral edema with loss of sulci and compression of ventricular system after he went into cardiac arrest in the PACU at 11:59 a.m. on March 12, 2013.

**REQUEST NO. 20**:          Admit that the drawing attached hereto and identified as Ex. "D" [3/14/12 Head CT Findings – showing brain dead], is a fair and accurate depiction of Brett Lovelace's brain subsequent to the occurrence of his cardiac event at 11:59 a.m. on March 12, 2013.

8

**REQUEST NO. 21**:          Admit that the drawing attached hereto and identified as Ex.

"E" [Adenoidectomy and Tonsillectomy Surgery], is a fair and accurate depiction of the surgery

performed on Brett Lovelace by Dr. Mark P. Clemons at approximately 9:19 a.m. on March 12,

2013 at Le Bonheur Children's Hospital.


**REQUEST NO. 22**:          Admit that the drawing attached hereto and identified as Ex.

"F" [Cerebral Edema and Hypoxia], is a fair and accurate depiction of what happed to Brett

Lovelace's brain during the time that his airway was blocked and he was in respiratory distress and

unattended in the PACU subsequent to his T&A surgery on March 12, 2013 at Le Bonheur

Children's Hospital.


**REQUEST NO. 23**:          Admit that the drawing attached hereto and identified as Ex.

"G" [Normal Brain  - Herniations], is a fair and accurate depiction of a normal brain prior to and

after an event of the sort that occurred to Brett Lovelace after the T&A surgery of March 12, 2013

at Le Bonheur Children's Hospital.


**REQUEST NO. 24**:          Admit that the drawing attached hereto and identified as Ex.

"H" [Timeline of Care], which was created from the actual Le Bonheur Hospital medical records, is

a fair and accurate chronology of the medical care rendered to Brett Lovelace on March 12, 2013 at

Le Bonheur Children's Hospital.

9

Respectfully submitted,

HALLIBURTON & LEDBETTER

_____

MARK LEDBETTER     AR# 74175
Attorney for Plaintiffs     TN#17637
254 Court Avenue, Suite 305
Memphis, TN 38103
(901) 523-8153-phone
(901) 523-8115-fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system

J. Kimbrough Johnson/Marcy Dodds Magee
2900 One Commerce Square
40 S. Main Street
Memphis, TN 38103
Attorneys for Mark Clemons
901/525-8721-phone
901/525-6722-fax
Johnsonk@thomasonlaw.com
MageeM@thomasonlaw.com

10

Albert G. McLean/David Cook
The Hardison Law Firm
119 S. Main Street, Suite 800
Memphis, TN  38103
Attorneys for Babu R. Paidipalli & Pediatric Anesthesiologists, P.A.
901/525-8776 – phone
901/525-8790 – fax
amclean@hard-law.com

This 3rd day of July, 2013.

_____

MARK LEDBETTER, Certifying Attorney

11

Patient Name: LOVELACE, BRETT S
Facility  LE BONHEUR

MRN: 45854994
FIN: 68859557



AS  68859557   45854994-2
Le Bon          FIN
LOVELACE, BRETT S
08/21/1999  12Y M/W
CLEMONS, MARK
03/12/12

## SURGICAL/SPECIAL PROCEDURE HISTORY & PHYSICAL

**HISTORY FINDINGS**

Present Illness Include Indications & Symptoms _____

Current Medications: _____

Allergies/Reactions: _____
Relevant Past Medical History: _____

Review Of System: _____

Bleeding Tendency: _____
Family Anesthesia History: Drug Sensitivities: _____

Immunizations: _____

**PHYSICAL FINDINGS**                    Within Normal Limits

| | Yes | No | Comments |
|---|---|---|---|
| General Appearance / Mental Status: | | | |
| Head / Neck (Loose Teeth): | | | |
| Visual Acuity (When Indicated): | | | |
| Heart: | | | |
| Lungs: | | | |
| Abdomen (Pelvic / Rectal If Appropriate): | | | |
| Extremities / Neurologic: | | | |
| Genitalia: | | | |
| Other: | | | |

Planned Procedure: _____
Signature: _____ MD/DO# _____ Date _____ Time _____

**H & P UPDATE**
H&P Reviewed / With Changes As Documented: _____

Signature: _____ MD/DO# _____ Date _____ Time _____

**PHYSICIAN'S ORDERS**  ☐ Outpatient  ☐ 23 Hr.  ☐ A.M. Admit  ☐ Reg. Admit
Date Of Admit: _____ Date Of Surgery: _____
Admitting Diagnosis: _____

Consent To Say: _____

Lab: _____
Lab: _____
Radiology: _____
Meds: _____
Meds: _____
Other: _____
Attending Physician Is: _____
Signature: _____ MD/DO# _____ Date _____ Time _____

P0001751.0007 REV

**POST OPERATIVE PROGRESS NOTES:**

Surgeons: _____
Assistants: _____
Pre-Op Diagnosis: _____

Post-Diagnosis: _____

Procedure: _____

Findings: _____

Specimens: _____

Transfusions: _____
Drains / Tubes: _____
Estimated Blood Loss: _____
Fluid Replacements: _____
Disposition / Complications: _____
Convert To Inpatient (MUST WRITE ADMIT ORDER)
Convert To 23Hr. Obs. (MUST WRITE 23Hr. ADMIT ORDER)
Signature: _____ MD/DO# _____ Date _____ Time _____

**POST OP:** Discharge Orders
☐ Outpatient  ☐ 23 Hr.  ☐ A.M. Admit  ☐ Reg. Admit
Today's Date: _____ Time _____
Diagnosis: _____
Discharge Instructions: _____

| Activities: | ☐ Routine | Other: _____ |
|---|---|---|
| Diet: | ☐ Routine | Other: _____ |

I.V. / Medications: _____

Special Instructions: _____

Follow-Up Appointment: _____
Disposition:  ☐ Home   ☐ Other, See MD Order Sheet
**DISCHARGE NOTE:**

Physician Signature: _____ Date: _____
Initials: _____ Date: _____
Pager: _____ MD #: _____
Nurse Practitioner: _____
Signature: _____ MD/DO# _____ Date _____ Time _____
Note: Only One Signature Required If The Same Physician Completes This H&P & Order Sections

Page Number: 6

BL-MethLEB  0007



EXHIBIT
"A"

Patient Name: LOVELACE, BRETT S
Facility: LE BONHEUR

MRN. 45854994
FIN: 68859557

Le Bonheur Children's Hospital

**ANESTHESIA EVALUATION**

Date of Surgery __3 /12 /12__

68859557   45854994-2
FIN        MRN
Le Bonheur
LOVELACE, BRETT S
08/21/1999 12Y M/W
CLEMONS, MARK

## PRE-OPERATIVE HISTORY

Pre-Op Diagnosis __Adenotonsilla Hypertrophy__    Proposed Operation __tonsillectomy, adenoidectomy__

Age __12__  Sex __M__  Race ____  Wt __44 kg.__  LMP ____   Lab ____

Allergies __Seroquel —__

Medications __albuterol__

Systems Review (Describe all positives at right)    __to use prn before + am of surgery__

| | |
|---|---|
| CNS: Seizures ADHD Dev Delay (LD) (HI) (B) | learning disibility   very emotional |
| Cardiac: Murmur HTN Arrhythmia | ⊘ |
| Pulmonary: Wheezing (Asthma) URI Sleep Apnea Snoring | last wheezed Nov 2011 ; ⊕ snore ⊕ gasps |
| Endocrine: Diabetes Thyroid | ⊘ |
| GI: Reflux Hepatitis | ⊘ |
| Hematologic: SCD Anemia Bleeding | ⊘ · no fam hx |
| Neuromuscular: MH Muscle Disease | hx ⊕ wrist fracture, ⊕ arm x3 , ⊕ leg   cast only |
| Prematurity: BW __11 lb__ Gest Age __43 wk__ | ⊘ complications |
| Renal | ⊘ |
| Other | |

Prev. Anes. Experience __⊘ previous surgery__

Maternal grandmother · lips + mouth blister + BA

Elizabeth S Hinson RN 3/8/12 1343
Signature
hx on Phos per mom, Helen Lovelace
Pt not [?]

## PRE-OPERATIVE ASSESSMENT/EXAM

Date: __3/8/12__   Time: __855__

Cardiac _____

Pulmonary _____

Airway _____

Dentition: _____

ASA Physical Status  1 (2) 3  4  5  E

Immediate Pre-Op Reassessment
Date __3/12/12__  Time __855__
NPO Since __2330 3/11/12__
Chart Reviewed ✓

Pre-Med _____  Vanilla

Proposed Anesthesia _____
Anesthesia Risks, Benefits
Alternatives Discussed With: _____

Signature

Staff Signature

☐ Staff  ☐ Resident  ☐ CRNA

## POST-OPERATIVE FOLLOW-UP

Date. _____  Time: _____

Signature                    ☐ Staff  ☐ Resident  ☐ CRNA

SAP#240490510 REV

Le Bonheur Children's Hospital, Memphis, TN
White – Chart Copy    Yellow – Dept. Copy

Page Number: 454

BL-MethLEB  0455

# Brett Lovelace's Postoperative Positioning & Mechanism of Asphyxia



Still under anesthesia, Brett is positioned face down with his legs drawn underneath his body

View From Above

View From Side

Position causes compression of chest and abdomen, impairing diaphragmatic expansion

Airway is obstructed

Cyanosis of face difficult to appreciate due to positioning

© 2013 MediVisuals, Inc.

EXHIBIT "B"

# 3/12/12 Head CT Findings



Planes of Section

**Axial View of Head**



Diffuse cerebral edema with loss of sulci and compression of ventricular system



3/12/12 Axial CT
Im: 19/33

R    L



**Coronal View of Head**

3/12/12 Coronal CT
Im: 23/40

R    L



EXHIBIT "C"

© 2013 MediVisuals, Inc.

# 3/14/12 Head CT Findings



Planes of Section



**A**

Mass effect causing uncal and cerebellar tonsil herniation

**Coronal View of Head**

3/14/12 Coronal CT
Im: 23/40

R          L

**Axial View of Head**



**B**

Severe intracranial edematous changes with near complete effacement of sulci, cisterns and the ventricular system

*Findings consistent with brain death*

3/14/12 Axial CT
Im: 20/34

R          L



EXHIBIT
"D"

© 2013 MediVisuals, Inc.

R23783-03X.indd

# Adenoidectomy and Tonsillectomy Surgery



1. Midline adenoid tissue removed with an adenoid curet

Adenoid

Tonsil

Adenoid curet

2. Right tonsil dissected from the tonsillar fossa

Right tonsil

Left tonsil

3. Left tonsil dissected from the tonsillar fossa

Right tonsillar fossa

Left tonsil

4. Post-operative appearance of the oropharynx

Adenoid tissue removed

Tonsillar tissue removed

EXHIBIT
tabbies
"E"

© 2013 MediVisuals, Inc.

# Cerebral Edema and Hypoxia

EXHIBIT "F"

## Normal



- Subarachnoid space
- Skull
- Gray matter
- White matter
- Ventricle
- Blood flow to brain tissue

## Edema

- Reduced oxygen causes brain swelling
- Swelling tissue restricts blood supply
- Further oxygen reduction causes additional brain swelling

## Edema and Hypoxia



- Loss of gray-white matter differentiation
- Permanent loss of brain tissue
- Loss of blood flow



Plane of section

Orientation

Subarachnoid space

Skull

Gray matter

White matter

Ventricles

Cerebrum

Tentorium

Cerebellum

Sulci

Basal ganglia

Thalamus

Normal

Effacement of cerebral sulci

Loss of gray-white matter differentiation

Edema

Edema extends into basal ganglia and thalami

Edema and Hypoxia

© 2013 MediVisuals, Inc.



© 2013 MediVisuals, Inc.



Timeline of Care



EXHIBIT
"H"