# EXHIBIT L

Excerpts from Deposition of Helen Lovelace

1

```
 1      IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
 2     _____

 3    DANIEL LOVELACE and
      HELEN LOVELACE, Individually,
 4    and as Parents of BRETT LOVELACE,
      deceased,
 5
           Plaintiff,
 6
      Vs.                    NO.2:13-cv-02289-JPM-dkv
 7
      PEDIATRIC ANESTHESIOLOGISTS, P.A.;
 8    BABU RAO PAIDIPALLI; and MARK P.
      CLEMONS, MD.
 9
           Defendants.
10    _____

11

12            THE DEPOSITION OF HELEN LOVELACE
                      January 15, 2014
13
                      VIDEO DEPOSITION
14
```

Madelyn E. Gray
Court Reporter
Suite 303, 22 N. Second Street
Memphis, Tennessee 38103
(901) 527-1100

RIVERSIDE REPORTING SERVICE

```
 1    walked into PACU with Dr. Clemons.
 2    Q.   Okay.
 3    A.   That's the first time I had saw her.
 4    Q.   All right.  But did she say, when you
 5    were in PACU, that he had rolled over on his
 6    stomach on the way from the OR to PACU?
 7    A.   Yes.  When Dr. Clemons asked me about
 8    Brett being, if he slept on his stomach.
 9    Q.   Okay.
10    A.   That's when Nurse Kish told Dr. Clemons
11    and I that that's when he had rolled over.
12    Q.   Okay.  Was there anymore discussion among
13    the three or four of you about sleeping on his
14    stomach?
15    A.   No.
16    Q.   What was Brett's -- I mean, was he awake
17    at all, partially awake, groggy, out of it?
18    A.   He was not awake at all.
19    Q.   Okay.  And was he ever awake at all
20    during --
21    A.   No.
22    Q.   Let me finish.
23    A.   He was never awake from the time I walked
24    into PACU until I left on Thursday without my
```