# EXHIBIT M

Excerpts from Deposition of Babu Rao Paidipalli

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE AND HELEN )
LOVELACE, Individually, and )
as Parents of BRETT LOVELACE, )
Deceased )
)
        Plaintiff, )
)
  VS. ) NO. 2:13-cv-02289 dkv
)
PEDIATRIC ANESTHESIOLOGISTS, )
PA; BABU RAO PAIDIPALLI and )
MARK P. CLEMONS , )
)
        Defendants. )

DEPOSITION OF BABU RAO PAIDIPALLI, M.D.

January 9, 2014

MIDSOUTH REPORTING SERVICE

LU ANNE R. DUDLEY, CSR, LCR #349
P.O. BOX 1631
CORDOVA, TENNESSEE 38088
(901) 525-1022

```
1    A        I'm in the operating room area.
2    Q        You were in the operating room?
3    A        Uh-huh.
4    Q        Were you actually involved in handling an
5    operation?
6    A        No.
7    Q        You were just there?
8    A.       No.  I was just in the hallway.
9    Q        Okay.  Okay.  Now following the surgery
10   done by Dr. Clemons, was Brett given supplemental
11   oxygen afterwards during his transit to the PACU?
12   A        Yes, sir.
13   Q        Okay.  Did you order supplemental oxygen
14   for him in the PACU?
15   A        Yes, sir.
16   Q        You ordered supplemental oxygen?
17   A        Yeah.  We have a standard order saying
18   that, you know, that the patient needs 02
19   supplementation to maintain the saturation of 92 or
20   95 and above.
21   Q        All right.  My question was when he left
22   surgery was he on supplemental oxygen.
23   A        Yes, sir.
24   Q        Okay.  And when he arrived in the PACU,
25   even though you were not there, was he on
```

```
 1    supplemental oxygen, do you think?
 2    A         I think.
 3    Q         All right.
 4    A         That is the routine to have a supplemental
 5    oxygen in the recovery room.
 6    Q         Was he outfitted when he left the surgical
 7    suite with a pulse oximeter on one of his fingers?
 8    A         Yes, sir.
 9    Q         And had there been any previous problem
10    with that pulse oximeter during his surgery?
11    A         No, sir.
12    Q         Do you know whether the pulse oximeter that
13    he wore when he went to the PACU was, in fact, the
14    same one that he wore when he went to the ICU after
15    the Harvey team came?
16    A         Probably the same one.
17    Q         Okay.  Did you ever test this pulse
18    oximeter to see whether it was defective or failed?
19    A         There are no tests in the sense because
20    we -- whether it is working or not.  If it is not
21    working, sometimes we change it to a different pulse
22    oximeter.
23    Q         Now at the time when the CRNA, Grace
24    Freeman, would have attended Brett Lovelace, would --
25    do you know whether she saw the parents at that time?
```

```
 1    Aldrete score perfect.
 2    Q         Now at the time that Brett Lovelace was
 3    extubated, approximately how much time passed between
 4    that moment and the time that he would have been
 5    transported?
 6              Is that normally five minutes?  Or how long
 7    is that?
 8    A         Can you rephrase the question, please.
 9    Q         Yes.
10              Between the time of extubation of the
11    patient how much time elapsed before he was
12    transported to the PACU?
13    A         We extubated the patient 10:26.  And the
14    patient reached the recovery room 10:35, so nine
15    minutes.
16    Q         Is it your testimony that the patient was
17    virtually awake at the time that he was extubated?
18    A         Yes, sir.
19    Q         Okay.  As a rule and a practice how often
20    would you allow patients to go and be on their face
21    in recovery?
22                        MR. COOK:  Same, form.
23                        Go ahead.
24    A         That is a speculation.
25
```

```
 1   eyes, we asked him to open the eyes and take a deep
 2   breath.  When they follow those commands, that we
 3   consider awake.  And we use the clinical judgment --
 4   I used the clinical judgment to extubate that patient
 5   at that time.
 6   Q         Are you telling us that Brett Lovelace had
 7   fully emerged from and recovered appropriately from
 8   the anesthesia?
 9   A         Not fully recovered, but he is awake enough
10   to be extubated.  That is why we take them to the
11   recovery room to be fully awake.
12   Q         Now on March 12, 2012 how well did you know
13   Nurse Kelly Kish?
14             What was your experience with her as a PACU
15   nurse?
16   A         I know she was working in the recovery
17   room.  I'm not sure how long she has been working.
18   Q         What was your experience with her?
19             Was she a good nurse?
20   A         I don't know much about her.
21   Q         Did you ever complain about her before this
22   event?
23   A         No, sir.
24   Q         Okay.  Did you talk to Grace Freeman and
25   ask if she personally visited with Nurse Kelly Kish
```

```
 1    keep him on either a continuous positive airway
 2    pressure or to continue his intubation and mechanical
 3    ventilation until he was fully awake?
 4    A       Can you repeat that question, please.
 5    Q       Did you issue instructions or orders for
 6    Brett to be on continuous positive airway pressure
 7    after he was transported?
 8    A       We have a standard; not a continuous airway
 9    pressure, but continuously getting oxygen to the
10    patient by face mask.
11    Q       Okay.  And what you are saying is he was
12    continuously on oxygen until he was fully awake?
13    A       Supposed to be, yes.
14    Q       Okay.  Were you aware that he was not on
15    oxygen?
16    A       I did not know that.
17    Q       Okay.  I think you said earlier that you
18    did not administer any narcotic analgesic to him?
19    A       No, I didn't say that.
20                    MR. COOK:  Objection.
21  BY MR. LEDBETTER:
22    Q       You gave him an opiate for the anesthetic;
23    correct?
24    A       Yeah.
25    Q       But did you give him an analgesic besides
```