# EXHIBIT N

Excerpts from Deposition of Mark P. Clemons

1           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
2

3

DANIEL LOVELACE AND        )
4   HELEN LOVELACE,           )
    INDIVIDUALLY AND AS       )
5   PARENTS OF BRETT          )
    LOVELACE, DECEASED,       )
6                             )
                              )
7       Plaintiffs,           )
    VS.                       )   2:13-CV-02289dkv
8                             )
                              )
9   PEDIATRIC                 )
    ANESTHESIOLOGIST, P.      )
10  A. BABU RAO               )
    PAIDIPALLI, AND MARK      )
11  P. CLEMONS,               )
                              )
12                            )
                              )
        Defendants.           )
13

14

15                      DEPOSITION

16                          OF

17             MARK CLEMONS, M.D.

18

19              February 6, 2014

20                    ORIGINAL

21

22            MID-SOUTH REPORTING
             Pepper Glenn, CCR
23             P. O. Box 609
          Southaven, Mississippi 38671
              (901) 525-1022
24

25

```
1    did you ever look at the Physicians' Desk

2    Reference to study Fentanyl's warnings?

3         A.        No, as I don't give Fentanyl.

4         Q.        Did you, on March 12, 2012, know that

5    there were specific warnings about respiratory

6    suppression, an alteration in the respiratory

7    rate of patients given the drugs?

8         A.        No, I did not know this.

9         Q.        So you lack knowledge of the FDA

10   approved warnings that applied to these drugs

11   that were given to Brett Lovelace by

12   Dr. Paidipalli?

13        A.        Correct.

14        Q.        Now, when Brett Lovelace reached the

15   recovery room -- which I'm going to call PACU or

16   I may call it recovery.

17        A.        We prefer recovery room, too.

18        Q.        Okay.  It's interchangeable.  He was

19   not -- this is a question, not an answer.  He was

20   not on supplemental oxygen at that time, was he?

21        A.        My experience at LeBonheur is

22   everybody leaving the operating room is on

23   supplemental oxygen.

24        Q.        Do you recall him --
```

44

1     Q.      Do you know what a lateral position
2  is?
3     A.      On their side.
4     Q.      Okay.  Is that -- would that have been
5  a proper position for Brett to have been -- been
6  in, is on his side?  Would that have been an
7  effective --
8     A.      Commonly.
9            MR. GILMER:  Object to the
10        form.
11  BY MR. LEDBETTER:
12     Q.      Would that have been an effective
13  position for him to have been in?
14     A.      On the side would have been a good
15  position.
16     Q.      All right.  Now, at the time that you
17  departed the PACU after Brett Lovelace's surgery,
18  did you leave any orders for the attending nurse
19  in the PACU to put him in a different position
20  such as a lateral position or a Fowler's
21  position?
22     A.      I don't routinely tell the nurse to
23  put them in any particular position.  The
24  recovery room has its procedures to get people

1    awake and kids move around, but I had no -- I

2    don't believe I had any orders for any particular

3    position.

4        Q.      Now, would you agree that the lateral

5    position, which is also a Sims' position I'll

6    reference, you would have been able to observe

7    whether or not Brett Lovelace's airway was

8    functional -- his upper airway was functional,

9    could you not have?

10       A.      What you would better observe is

11   whether he was drooling or bleeding in the

12   lateral position, whether he was breathing or

13   not.  I don't know that that would have helped

14   you.

15       Q.      Okay.  Now, had you left him with

16   orders for supplemental oxygen, that would also

17   have been prudent if no one had, would it not

18   have?

19            MR. JOHNSON:  Objection.

20       A.      My experience is they roll out of the

21   operating room on oxygen whether I order it or

22   not.

23   BY MR. LEDBETTER:

24       Q.      But you did not verify that?

46

```
1       A.        No, I don't believe so.

2       Q.        Now, when it comes to doing this type

3   of surgery, what is called a T&A, do you agree

4   that it requires, between you and the

5   anesthesiologist, a high degree of cooperation

6   because you are sharing airway?

7       A.        We do share the airway.

8       Q.        Okay.  And you must jointly assure

9   that oxygen is provided to the patient, agree?

10      A.        Oxygen should be provided to the

11  patient.

12      Q.        And must jointly assure that carbon

13  dioxide is eliminated?

14      A.        If you're ventilating the patient,

15  oxygen is going in and carbon dioxide is going

16  out.

17      Q.        Okay.  But you understand -- you agree

18  that it's your joint goal to make sure that

19  carbon dioxide is eliminated?  In other words, it

20  isn't pooled so that they develop hypercapnia

21  or --

22      A.        Respire.  Oxygen goes in and carbon

23  dioxide goes out.

24      Q.        And you must both assure that there is
```