# EXHIBIT A

Defendants' Expert Disclosure of
Timothy W. Martin, M.D.

**Arkansas Children's Hospital**
**changing children's lives**

1 Children's Way, Slot 203 • Little Rock, AR 72202-3591 • 501-364-1110 or TDD 501-364-1184
www.archildrens.org

**DIVISION OF PEDIATRIC ANESTHESIOLOGY AND PAIN MEDICINE**
**501-364-2933 • FAX 501-364-2939**

Timothy W. Martin, MD, MBA, FAAP
Professor / Chief

Michael L. Schmitz, MD
Professor / Vice Chief

J. Michael Vollers, MD
Professor / Vice Chief

Jesus S. Apuya, MD
Professor

Winston Y. Ota, MD
Professor

Patti J. Kymer, MD
Associate Professor / Vice Chief

J. Grady Crosland, MD
Associate Professor

Shirley N. D'Souza, MD
Associate Professor

Abid Ul Ghafoor, MD
Associate Professor

Lisa Kulkarni, MD
Associate Professor

Anna Maria Onisei, MD
Associate Professor

Tariq Parray, MD
Associate Professor

Tameijt S. Gangari, MD
Associate Professor

H. Sait Siddiqui, MD
Associate Professor

W. Bryan Watkins, MD
Associate Professor

Edwin Abraham, MD
Assistant Professor

Jennifer Aurespaugh, MD
Assistant Professor

Robert C. "Rob" Baker, MD
Assistant Professor

Christie Burnett-Yarnell, MD
Assistant Professor

Rahul DasGupta, MD
Assistant Professor

Terry G. Fletcher, MD
Assistant Professor

Joe Jansen, MD
Assistant Professor

Jennifer Hamrick, MD
Assistant Professor

Justin Hamrick, MD
Assistant Professor

Hani Hanna, MD
Assistant Professor

James Hunt, MD
Assistant Professor

Julene Lee, MD
Assistant Professor

Robin Morris, MD
Assistant Professor

Whit Rebben, MD
Assistant Professor

Kim Poteet-Schwartz MD
Assistant Professor

Sara Tariq, MD
Assistant Professor

Lori Thompson, MD
Assistant Professor

Michael W. White, MD
Assistant Professor

Jonida Zeqo, MD
Assistant Professor

May 1, 2014

RE:   Report of Expert Opinions in the matter of *Daniel Lovelace and Helen Lovelace, Individually, and as Parents of Brett Lovelace, deceased v. Pediatric Anesthesiologists, P.A., Babu Rao Paidipalli, M.D. and Mark Clemons, M.D.*

I am Timothy W. Martin, M.D., a pediatric anesthesiologist practicing in Little Rock, Arkansas. My qualifications, including a list of all publications authored in the previous 10 years, are set forth in my CV attached hereto. I was licensed and practicing in a contiguous state to Tennessee within one year prior to the events subject to this lawsuit.

I have not testified in as an expert at trial or by deposition in the past 4 years. My charges for testifying are $100 per hour for review and $ 400 per hour for testifying at deposition or trial plus associated expenses.

In formulating the opinions I hold in this case I reviewed the following:

1.   Medical records for the hospitalization of March 12, 2012 through March 14, 2012 from LeBonheur Children's Medical Center;
2.   Deposition testimony of Dr. Paidipalli and Dr. Clemons;
3.   Deposition testimony of Helen Lovelace and Daniel Lovelace and siblings;
4.   Photographs of Brett Lovelace;
5.   Expert reports of Plaintiff's Experts;
6.   Agreed Order from the Tennessee Board of Nursing; and
7.   Complaint

I am familiar with the recognized standard of acceptable professional practice for anesthesiologists and CRNAs providing anesthesia care in a children's hospital to patients such as Brett Lovelace undergoing a tonsillectomy/adenoidectomy as it existed in March 2012 in Memphis, Shelby County, Tennessee.

*A major teaching affiliate of the University of Arkansas for Medical Sciences*

The facts considered in forming my opinions are as follows:

Brett Lovelace was a 12 year old male referred to in the records as obese, but who according to the records was 174 centimeters tall and weighed 81 kilograms, which equals a body mass index of approximately 24 – 26. The records indicate that the patient had asthma but had not had a recent wheezing episode. The patient was a reasonable candidate for the surgery performed – a tonsillectomy/adenoidectomy.

The patient was awake and ventilating adequately at the time of extubation. The vital signs recorded at the bottom right corner of the anesthesia record indicate that the patient was breathing adequately at the time the patient was leaving the OR. At that time (10:35 a.m.), the patient's recorded vital signs were: blood pressure – 126/47, pulse – 118, respiratory rate – 22, and oxygen saturation – 100% on room air, all of which are good. The care of the patient was then transferred to the PACU nurse, Kelly Kish. The initial records in the PACU also indicate that the patient was breathing adequately at that time. The patient was stable at the time of transfer to the PACU. According to the father, the pulse oximeter began beeping approximately 10 minutes after arrival in the PACU.

At some point, either while in route to the PACU or upon arrival in the PACU, Brett Lovelace turned to a prone position. Due to an airway obstruction that persisted over a period of 30 – 45 minutes or perhaps up to an hour while the patient was in the PACU, the patient suffered hypoxia, hypercarbia, cardiac arrest and ultimately death. The PACU nurse never attempted to notify the anesthesiologist of any problem until after the patient "coded", at which point the anesthesiologist (Dr. Paidipalli) promptly responded to the call, but the patient had to be resuscitated.

The opinions I will express at trial are as follows:

It is my opinion that the care and treatment provided by Dr. Paidipalli and the Anesthesia team complied with the recognized standard of acceptable professional practice in Memphis, Shelby County, Tennessee in March 2012. It is further my opinion that the PACU nurse, Kelly Kish deviated from the standard of care causing injury to the patient. My opinions are based upon my education, training, experience as well as my review of the records, pleadings and depositions in this case. I disagree with plaintiff's expert, Dr. Jason Kennedy and will refute those opinions.

Specifically, it is my opinion that Dr. Paidipalli met the standard of care in removal of the endotracheal tube. I disagree with Dr. Kennedy's opinions on the relevance of the tidal volumes. Tidal volumes increase rapidly during the last 5-10 minutes of the case and do not provide accurate data during extubation. The records show that the patient was awake and ventilating adequately. The patient was following commands to open his eyes and take a deep breath. It is my opinion that the patient was appropriately monitored in the OR and that the anesthesia care complied with the standard of care in all respects.

I disagree with the opinions of Dr. Kennedy regarding the patient's $CO_2$ level. Dr. Kennedy states Brett's $CO_2$ level was 56 (and opines that it was likely higher by speculating using the ABG's done at the time of the code) There was nothing unusual about Brett's $CO_2$ level in the OR. $CO_2$ retention is expected and normal for a patient like Brett who is obese and has sleep apnea and spontaneously ventilating at the end of a case.

Regarding the patient's repositioning himself to a prone position at some point following the surgery, it is my opinion that it is not unusual for children to roll onto their stomachs or onto their sides after extubation; generally patients turn to whatever position is most comfortable for the patient and it is not a deviation from the standard of care to allow a patient to reposition himself to a prone position so long as the patient is being monitored to insure that his head is turned to the side a little bit. The PACU nurse would have had the responsibility to monitor the patient's position and whether the patient's vital signs remained stable and airway patency in that position. In this case, the PACU nurse failed to properly monitor the positioning of the patient.

After the care of a stable patient is transferred to the PACU nurse, the standard of care for anesthesiologists is to remain available if requested to assist in the care of the patient in the PACU if notified of a problem with the patient. The standard of care does not require the anesthesiologist to assess, monitor, or assist with the care of the patient in the PACU, unless the PACU nurse requests the anesthesiologist to do so. Anesthesia personnel depend on the recovery room staff to adequately monitor the patient and that is in compliance with the standard of care.

I disagree with Dr. Kennedy's opinion that the standard of care required oxygen supplementation in the PACU. It is not the standard of care to require patients to be sent from the operating room to the PACU with supplemental oxygen and the majority of the time patients are not on supplemental oxygen. If the patient has difficulty maintaining SATs in the OR then the anesthesia provider may order oxygen supplementation. In this case, Brett's O2 sat was 100% when he left the OR and when he was brought to the PACU. The records show that Brett's O2 sat was still 100% when CRNA Freeman left the PACU after having turned over the care of the patient to the PACU nurse.

It is my opinion that the pre-operative management, intra-operative management, and post-operative management in the operating room, were appropriate and complied with the recognized standard of acceptable professional practice as it existed in Memphis, Tennessee in March 2012.

It is my opinion that there was gross negligence on the part of the PACU nurse, Kelly Kish as she failed to properly monitor the patient and failed to notify the anesthesia team when the patient's condition changed.

Timothy W. Martin, M.D., MBA
Professor of Anesthesiology
Cleveland C. Burton Endowed Chair in Pediatric
Anesthesiology
Vice Chair for Education and Administration
Department of Anesthesiology
UAMS College of Medicine

Chief, Division of Pediatric Anesthesia
Arkansas Children's Hospital

## Timothy W. Martin, M.D., MBA
Professor and Chief, Division of Pediatric Anesthesiology
Cleveland C. Burton Endowed Chair in Pediatric Anesthesiology
University of Arkansas for Medical Sciences
Arkansas Children's Hospital
Division of Pediatric Anesthesiology and Pain Medicine
1 Children's Way, Slot 203
Little Rock, Arkansas 72202
Office (501) 364-3933
Fax (501) 364-6263
martintimothyw@uams.edu

### Graduate Medical Education

Pediatric Anesthesia Fellowship                                July 1987-June 1988
Department of Anesthesiology
Children's Hospital Medical Center
University of Cincinnati College of Medicine
Cincinnati, Ohio

Anesthesiology Residency                                       July 1985-June 1987
Department of Anesthesiology
Wilford Hall USAF Medical Center
Lackland Air Force Base
San Antonio, Texas

Rotating Internship                                            July 1984-June 1985
Department of Medicine
Wilford Hall USAF Medical Center
Lackland Air Force Base
San Antonio, Texas

### Education

MBA (Master of Business Administration)                        Dec 1997-May 1999
College of Business
University of Arkansas at Little Rock
Little Rock, Arkansas

M.D. (Doctor of Medicine)                                      April 1978-June 1984
Combined six-year B.A./M.D. Program
School of Medicine
University of Missouri at Kansas City
Kansas City, Missouri

B.A. (Biology, with Distinction)                               August 1978-July 1982
Combined six-year B.A./M.D. Program
College of Arts and Sciences
University of Missouri at Kansas City
Kansas City, Missouri

Revised 12/23/2013

## Academic Appointments

Cleveland C. Burton Endowed Chair                                            March 2011-present
 in Pediatric Anesthesiology
 Arkansas Children's Hospital
 University of Arkansas for Medical Sciences

Professor of Anesthesiology (with Tenure)                                     July  2003-present
Clinical Educator Pathway
Department of Anesthesiology
College of Medicine
University of Arkansas for Medical Sciences
Little Rock, Arkansas

                                                                          September  2002-present
Vice-Chair for Education and Administration
Department of Anesthesiology
College of Medicine
University of Arkansas for Medical Sciences
Little Rock, Arkansas

Associate Professor of Anesthesiology (with Tenure)                         July 1997-June 2003
Clinical Educator Pathway
Department of Anesthesiology
College of Medicine
University of Arkansas for Medical Sciences
Little Rock, Arkansas

Assistant Professor of Anesthesiology                                       October 1993-June 1997
Clinical Educator Pathway
Department of Anesthesiology
University of Arkansas for Medical Sciences
Little Rock, Arkansas

Vice-Chairman                                                                July 1992-Sept 1993
Department of Anesthesiology
Wilford Hall USAF Medical Center
Lackland Air Force Base
San Antonio, Texas

## Other Positions and Employment

Chief                                                                        March 1996-present
Division of Pediatric Anesthesia and Pain Medicine
Arkansas Children's Hospital

**Other Positions and Employment, continued**

Associate Chief                                                                June 1995-March 1996
Division of Pediatric Anesthesia and Pain Medicine
Arkansas Children's Hospital

Staff Anesthesiologist                                                         October  1993-present
Division of Pediatric Anesthesiology and Pain Medicine
Arkansas Children's Hospital

Director of Clinical Anesthesia Services                                       July 1991-July, 1992
Wilford Hall USAF Medical Center
Lackland AFB, San Antonio, Texas

Affiliate Faculty                                                              July 1990-Sept 1993
Advanced Cardiac Life Support (ACLS)
American Heart Association
Wilford Hall USAF Medical Center
Lackland AFB, San Antonio, Texas

Chief                                                                          August 1988-Sept 1993
Section of Pediatric Anesthesia
Department of Anesthesiology
Wilford Hall USAF Medical Center
Lackland AFB, San Antonio, Texas

Staff Anesthesiologist                                                         August 1988-Sept 1993
Department of Anesthesiology
Wilford Hall USAF Medical Center
Lackland AFB, San Antonio, Texas

**Military Service**

United States Air Force Reserve (Retired)                                      September  2004-present
Permanent Rank of Colonel
Air Reserve Personnel Center
Denver, Colorado

United States Air Force Reserve (Medical Corps)                                October 1993-Sept 2004
Individual Mobilization Augmentee (IMA)
Wilford Hall Medical Center / 59th Medical Wing
Lackland AFB, Texas

United States Air Force (extended active duty, Medical Corps)                  June 1984-Sept 1993
Wilford Hall Medical Center / 59th Medical Wing
Lackland AFB, Texas

**Military Service, continued**

| | |
|---|---|
| United States Air Force Reserve (Medical Services Corp) | July 1980-May 1984 |
| Health Professions Scholarship Program (HPSP) | |
| Air Reserve Personnel Center (ARPC) | |
| Denver, Colorado | |

## Certification and Licensure

| | |
|---|---|
| Diplomate, American Board of Anesthesiology | 1988-indefinite |
| Recertification, American Board of Anesthesiology | 2003-2013 |
| Maintenance of Certification in Anesthesiology (MOCA) | 2014-2023 |
| Certification (subspecialty) in Pediatric Anesthesiology | 2013-2023 |
| Arkansas State Medical License (active) | 1993-present |
| Ohio State Medical License (active) | 1987-present |
| Texas State Medical License (active) | 1998-present |
| Kentucky State Medical License (inactive) | 2001-present |

## Professional Memberships and Activities

| | |
|---|---|
| Arkansas Medical Foundation, Board of Directors | 2007-present |
| Vice-President | 2010-2013 |
| Member | 2007-present |
| American Board of Anesthesiology (ABA) | 2006-present |
| Associate Examiner | 2009-2016 |
| Associate Editor: *Anesthesia and Analgesia* | 2011-2013 |
| Journal Article Reviewer: *Anesthesia and Analgesia* | 1996-present |
| Society for Education in Anesthesia (SEA) | 2006-present |
| Member | |
| Journal Article Reviewer: *Pediatrics* | 2005-present |
| Journal Article Reviewer: *Journal of Pediatrics* | 2013-present |
| Arkansas Medical Society | 2003-present |
| Member | |

**Professional Memberships and Activities, continued**

| | |
|---|---|
| American College of Physician Executives (ACPE)<br>Member | 1995-present |
| Arkansas Society of Anesthesiologists (ARSA)<br>Member | 1994-present |
| Society for Pediatric Anesthesia (SPA)<br>Member | 1987-present |
| American Society of Anesthesiologists (ASA)<br>Member | 1986-present |
| International Anesthesia Research Society (IARS)<br>Member | 1986-present |
| American Medical Association (AMA)<br>Member | 1984-present |

**Honors and Awards**
**UAMS Faculty Service**

| | |
|---|---|
| Cleveland C. Burton Endowed Chair in Pediatric Anesthesiology<br>University of Arkansas for Medical Sciences<br>Arkansas Children's Hospital | 2011-present |
| "Red Sash" Award<br>Recognition for Excellence in Medical Student Education<br>University of Arkansas for Medical Sciences<br>College of Medicine | 1995<br>2012 |
| "Golden Apple" Award<br>Recognition for Excellence in Resident Education<br>University of Arkansas for Medical Sciences<br>College of Medicine | 2002, 2003 |
| Selected for inclusion in the list of "Best Doctors in the<br>United States"<br>Best Doctors, Inc.<br>Aiken, South Carolina | 1996, 1999, 2002<br>2004,2006,2008,<br>2010,2012 |

**Military Service**

| | |
|---|---|
| Meritorious Service Medal | 1993, 1999 |

**Military Service, continued**

| | |
|---|---|
| Outstanding Graduate<br>United States Air Force Air War College<br>Maxwell AFB, Alabama | 1998 |
| Staff Physician of the Quarter<br>Wilford Hall USAF Medical Center | 1991 |

**Business School**

| | |
|---|---|
| Voted "Outstanding EMBA Student" by faculty and other students<br>University of Arkansas at Little Rock<br>College of Business | 1999 |
| Inducted into Beta Gamma Sigma<br>The National Honor Society of the American Assembly of<br>Collegiate Schools of Business<br>University of Arkansas at Little Rock<br>College of Business | 1999 |

**Residency and Fellowship**

| | |
|---|---|
| Chief Resident, Department of Anesthesiology<br>Wilford Hall USAF Medical Center | 1986-1987 |
| Robert D. Dripps, M.D. Award<br>"Outstanding Graduate Resident" in Anesthesiology<br>University of Cincinnati College of Medicine | 1988 |

**Medical School and College**

| | |
|---|---|
| Phi Kappa Phi Honor Society | 1981 |
| Omicron Delta Kappa Honor Society | 1982 |
| John Hunter Award for Academic Excellence in Anatomy | 1981 |
| Vice-Chancellor for Student Affairs Honors Recognition Award | 1984 |
| Missouri State Medical Association Honors Graduate Award | 1984 |
| Inducted into Alpha Omega Alpha<br>National Medical Honor Society<br>(AOA Delta Chapter at UMKC School of Medicine Chartered after<br>1984) | 2002 |

**Community Service Awards**

Governor's Volunteer Excellence Award                                      2005
State of Arkansas

Louise Loughborough Award                                            2005, 2011
Historic Arkansas Museum
Little Rock, Arkansas

**Committee Assignments and Administrative Service**
**Arkansas Children's Hospital**

Chief of Medical Staff                                       July 2011-June 2013
Arkansas Children's Hospital

Vice Chief of Medical Staff                               January 2010-June 2011
Arkansas Children's Hospital

Medical Staff Leadership Committee                         January 2010-present
Chair                                                        July 2011-June 2013

Patient Care Committee                                     August 1994-June 1999
                                                              July 2011-present

Peer Review and Risk
Management Committee                                          July 2011-present

Quality and Patient Safety Committee Member                  July 2011-present

Respiratory Care Services Council                             July 2005-present

CEO Leadership Group                                       July 2005-June 2013
Member
                                                           July 2011-June 2013
Arkansas Children's Hospital Leadership Council

Patient Safety Steering Committee
Member                                                     July 2008-June 2011
(Now the Quality and Patient Safety Committee)

Medical Staff Health Committee
Co-Chair                                                   July 2004-June 2011
Member                                                    March 1996-June 2011

Procedural Sedation Committee
Chair                                                      April 2004-June 2011

**Committee Assignments and Administrative Service
Arkansas Children's Hospital, continued**

Medication Security Committee
Member                                                        July 2003-June 2005

Search Committee, Chief Nursing Officer (CNO)
Member                                                        Sept 2008-June 2009

Medical Staff Executive Committee
Chair (Chief of Medical Staff)                               July 2011-June 2013
Member                                                       March 1996-present

Surgical Services Executive Committee
Member                                                       March 1996-present

Surgical Affairs Committee
Member                                                       March 1996-present

Children's Faculty Group Practice Committee                  March 1996-present
(Formerly Council of ACH Hospital Service Chiefs)

Strategic Issues Committee                                   July 1996-June 1997
Member

**Committee Assignments and Administrative Service
Arkansas Children's Hospital Board of Directors**

Member (first term)                                         October 1996-Sept 1997
Member (second term as Chief of Medical Staff)              July 2011-June 2013

ACH Board Credentialing Committee
Member                                                       July 2011-June 2013

ACH Board Quality and Services Committee
Member                                                       July 2011-June 2013

ACH Board Finance Committee
Member                                                      October 1996-Sept 1997

ACH Board Executive Committee
Ex-Efficio Member                                            July 2011-June 2013

**Committee Assignments and Administrative Service**
**University of Arkansas for Medical Sciences (UAMS)**

College of Medicine Promotion and Tenure Committee
Member                                                              July 2008-June 2010

College of Medicine Dean's Executive Committee
Member                                                              July 2007-June 2009

Medical Staff Health Committee
University of Arkansas for Medical Sciences (UAMS)
Member                                                              July 2007-June 2009

Search Committee, Department of Pediatrics Chair
Member                                                              July 2006-March 2007

UAMS Faculty Group Practice
Executive Committee
Member                                                              July 2007-June 2010

UAMS Faculty Group Practice
Faculty Benefits Subcommittee
Chair                                                          September 2010-present

UAMS Faculty Group Practice                                        July 1996-June 2001
Managed Care Subcommittee
Member

College of Medicine Medical School
Applicant Interview Team                                       June 1994-January 2010

Anesthesiology Resident Education Committee
Member                                                            October 1993-present

Anesthesiology Resident Peer Review/Evaluation Committee
(Formerly Clinical Competence Committee)
Member                                                            October 1993-present

Anesthesiology Resident Selection Committee
Member                                                            October 1993-present

Department of Anesthesiology Incentive Plan Committee
Chair                                                              July 1995-June 1997
Member                                                                July 2001-present

**Committee Assignments and Administrative Service**
**University of Arkansas for Medical Sciences (UAMS), continued**

Medical Student Education
Co-Director                                                          October 1993-June 1995

**Committee Assignments and Administrative Services**
**Children's Healthcare System (ACH PHO)**

Physician-Hospital Organization (PHO) Board of Directors          July 2007-June 2009
President                                                          July 2005-June 2007
Vice-President                                                     July 2003-June 2011
Member

Physician-Hospital Organization (PHO) Credentials Committee
Chair                                                              July 2004-present
Member                                                             July 1997-present

**Community Service**                                                   2012-present

Historic Arkansas Museum Commission Member                         2012-present

Historic Arkansas Museum Foundation, Inc., Board of Directors
President                                                          January 2008-Dec 2009
Vice-President                                                     January 2006-Dec 2007
Treasurer                                                          January 2004-Dec 2005
Member                                                             January 2003-Dec 2010

Sequoyah National Research Center Friends Board Member             January 2011-Dec 2013

**Wilford Hall USAF Medical Center**

Resident Education Committee, Department of Anesthesiology
Chair                                                              1990-1992

Clinical Competence Committee, Department of Anesthesiology        1990-1993
Chair

**Abstracts and Presentations**
**Oral Presentations**
**National/International Meetings**

*Review of Pediatric Sedation Literature 2012-2013*                September 2013
*Dental Sedation Simulation Scenarios*
Pediatric Sedation 2013

**Abstracts and Presentations**
**Oral Presentations**
**National/International Meetings, continued**

Children's Hospital-Boston                                      September 2013
Harvard Medical School, New York, New York

*Peri-anesthetic Catastrophes: What Next for the Anesthesiologist*      March 2013
Problem-Based Learning Discussion (PBLD)
Society for Pediatric Anesthesia/American Academy of Pediatrics
Section on Anesthesiology
Winter Meeting
Las Vegas, Nevada

*Dental Sedation Simulation Scenarios*                          September 2012
Pediatric Sedation 2012
Children's Hospital- Boston
Harvard Medical School
San Francisco, CA

*Dental Sedation Simulation Scenarios*                          September 2011
Pediatric Sedation 2011
Children's Hospital- Boston
Harvard Medical School
Boston MA

*Desflurane and Sevoflurane in Pediatric Anesthesia*            February 2011
Indian Association of Pediatric Anesthesiologists ( IAPA Annual
Meeting)
Indore, India

*Quality and Safety in Pediatric Anesthesia*                    February 2011
Indian Association of Pediatric Anesthesiologists (IAPA Annual
Meeting)
Indore, India

*Reinvigorating the Morbidity and Mortality (M & M) Conference*  November 2005
Problem – Based Learning Discussion (PBLD)
Association of American Medical Colleges (AAMC Annual
 Meeting)
Washington, D.C.

*Reinvigorating the Anesthesiology Morbidity and Mortality*      October 2005
*or Case Conference* Problem-Based Learning Discussion (PBLD)
 (presented twice)

Timothy W. Martin M.D. MBA
2/24/2014
11

**Abstracts and Presentations**
**Oral Presentations**
**National/International Meetings, continued**

American Society of anesthesiologists (ASA) Annual Meeting                October 2005
Atlanta, Georgia

*Medical Students and the Anesthesiology Rotation:*                        October 2003
*What to do With the Medical Student*
*Rotating on Anesthesia for the First Time*
Problem-Based Learning Discussion (PBLD) (presented twice)
American Society of Anesthesiologists (ASA) Annual Meeting
San Francisco, California

*Anesthesia for Pediatric Trauma*                                          August 2003
70th Annual Meeting
American Association of Nurse Anesthetists (AANA)
Boston, Massachusetts

*Difficult Airway management in the Pediatric Patient*                     May 2001
14th Annual Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
San Diego, California

*Pediatric Trauma:  Initial Recognition, Assessment, And Airway*           May 2000
*Management*
13th Annual Meeting
International Trauma Anesthesia and Critical Care Society
ITACCS)
Mainz, Germany

*What's New in Difficult Airway Management of the Child*                   May 1999
12th Annual Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
Chicago, Illinois

*Intra-operative Management of the Pediatric Trauma patient*              October 1998
Annual Breakfast Panel
American Academy of Pediatrics Section on Anesthesiology
American Society of Anesthesiologists (ASA) Annual Meeting
Orlando, Florida

*Considerations in the Sedations and Anesthetizing of Children*          October 1998
*Outside of the Operating Room*

**Abstracts and Presentations**
**Oral Presentations**
**National/International Meetings, continued**

Moderator
American Society of Anesthesiologists (ASA) Annual Meeting
Orlando, Florida

October 1998

*Initial Identification and Airway Management in the Severely
Injured Child*
11th Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
Vienna, Austria

May 1998

*Radiologic Evaluation of the Child with a Cervical Spine Injury*
11th Annual Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
Vienna, Austria

May 1998

*Identification and Management of the Injured Pediatric Patient*
10th Annual Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
Baltimore, Maryland

May 1997

*Radiologic Evaluation of the Injured Child*
10th Annual Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
Baltimore, Maryland

May 1997

*Advances in Pediatrics/Anesthesia*
Moderator
Winter Meeting of the Society for Pediatric Anesthesia (SPA)
San Antonio, Texas

February 1997

*Pediatric Trauma: Overview and Trends*
Presented with A Multi-Disciplinary Approach to Traumatology
9th Annual Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
Las Vegas, Nevada

September 1996

**Abstracts and Presentations**
**Oral Presentations**
**National/International Meetings, continued**

*Airway Management in Pediatric Trauma*
Presented with A Multi-Disciplinary Approach to Traumatology          September 1996
9th Annual Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
Las Vegas, Nevada

*Vascular Access and Fluid Management in Pediatric Trauma*          September 1996
Presented with A Multi-Disciplinary Approach to Traumatology
9th Annual Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
Las Vegas, Nevada

*Post-Resuscitation Issues in Pediatric Trauma*          September 1996
Presented with a Multi-Disciplinary Approach to Traumatology
9th Annual Meeting International Trauma Anesthesia and Critical
Care Society (ITACCS)
Las Vegas, Nevada

*Airway Management in Pediatric Trauma Patients*          May 1995
*Radiologic Evaluation of Cervical Spine Series, and Head, Chest*
*and Abdominal CT Scans in Pediatric Trauma Patients*
8th Annual Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
Baltimore, Maryland

**Local / Regional Meetings (non-intradepartmental)**

*Effects of Adverse Patient Events upon Health Care Professionals*
UAMS Department of Pediatrics Grand Rounds Series          September 2013
Little Rock, Arkansas

*Effects of Adverse Patient Events on Physicians*          July 2013
Area Health Education Center Grand Rounds Series
Jonesboro, Arkansas

*Pediatric Procedural Sedation*          March 2012
Baxter Regional Medical Center
Mountain Home, Arkansas

**Local / Regional Meetings (non-intradepartmental), continued**

*Ethics and Professionalism Teaching in Graduate Medical*                    August 2010
*Education*
*What do we teach, and how do we teach it?*
UAMS Department of Pediatrics Faculty Development Day
University of Arkansas for Medical Sciences
Little Rock, Arkansas

*Introduction to Mentoring:*                                                  August 2005
*The Who, What, Why, When and How of the Mentoring Process*
Breaking the barriers of Research: Mentoring and Human Subjects
Protection
University of Arkansas for Medical Sciences
Little Rock, Arkansas

*The Morbidity and Mortality Conference: Learning from Adverse*              June 2005
*Medical Errors and Death*
Teaching Scholars Program
University of Arkansas for Medical Sciences
Little Rock, Arkansas

*Adventures in the Pediatric PACU*                                            May 2005
Topics in Pediatric Anesthesia
Sr. Jude's Research Hospital
Memphis, Tennessee

*Update on Pediatric Trauma Anesthesia*                                       May 2004
Topics in Pediatric Anesthesia
St. Jude Children's Research Hospital Memphis, Tennessee

*Morbidity and Mortality in Pediatric Anesthesia*                            May 2003
Pediatric Anesthesia Update
St. Jude Children's Research Hospital
Memphis, Tennessee

*Difficulty Airway Management in the Child*                                   April 2002
SLAM 2002 (Street Level Airway Management)
Dallas, Texas

*Rapid Sequence Intubation of the Child*                                      March 2002
Slam 2002 (Street Level Airway Management)
Dallas, Texas

**Local / Regional Meetings (non-intradepartmental), continued**

| | |
|---|---|
| | March 2002 |

*Pediatric Procedural Sedation*
St. Joseph's Regional Medical Center
Hot Springs, Arkansas

*Sedation of the Pediatric Patient*                                                                    September 2001
Children's Hospital of Austin
Austin, Texas

*Credentials and Privilege for Pediatric Sedation*                                       September 2001
 Children's Hospital of Austin
Austin, Texas

*Sedation of the Pediatric Patient for Procedures*                                          March 2001
Arkansas Patient Safety Initiative
Arkansas Foundation for Medical Care
Little Rock, Arkansas

Initial Evaluation and Airway Management                                                        June 2000
In the Severely Injured Child
Anesthesia Review from St. Louis Children's Hospital
St. Louis, Missouri

*Intraoperative Management of the Pediatric Trauma Patient*                       June 2000
Anesthesia Review from St. Louis Children's Hospital
St. Louis, Missouri

*Pediatric Trauma: Emerging Trends and Characteristics*                                July 1996
Department of Anesthesiology
Wilford Hall USAF Medical Center, Lackland, AFB
San Antonio, Texas

*Pediatric Trauma*
Department of Anesthesiology
Wilford Hall USAF Medical Center, Lackland, AFB                                          April 1995
San Antonio, Texas

*Anesthesia Vaporizers*                                                                                       April 1995
Department of Anesthesiology
Wilford Hall USAF Medical Center, Lackland, AFB
San Antonio, Texas

*NPO—How Long Can We Go?*                                                                         November 1992
Fifth Annual Seminar, Texas Pediatric Study Group
Salado, Texas

**Local / Regional Meetings (non-intradepartmental), continued**

*Croup and Epiglottis*                                                    May 1992
19th Annual Postgraduate Seminar in Anesthesia
University of Cincinnati College of Medicine
Cincinnati, Ohio

*NPO-Are We Moving in the Right Direction*                                May 1992
19th Annual Post graduate Seminar in Anesthesia
University of Cincinnati College of Medicine
Cincinnati, Ohio

*Current Topics in Neonatal Anesthesia*                                September 1991
Texas Society of Anesthesiologists Annual Meeting
Galveston, Texas

Neonatal Anesthesia                                                   November 1990
Department of Pediatrics, Guest Lecturer Program
Wilford Hall USAF Medical Center
San Antonio, Texas

**Abstracts and Presentations**

Gruppo R, Leimer P, Martin TW, Alder E, Bailey W, Gibbons P. Hemostatic changes during cardiopulmonary bypass surgery in children with acyanotic and cyanotic congenital heart disease. *Thrombosis and Hemostasis* 62:362, 1989.

Sarracino S, Adler E. Gibbons PA, Gruppo R, Bailey WW. Martin TW. DDAVP does not decrease post-bypass bleeding in the acyanotic children. *Anesthesiology* 71:A1057, 1989.

**Martin, TW**, Morrow R. Continuous transtracheal Doppler cardiac output determination in pediatric patients: correlation with transthoracic continuous wave Doppler cardiac output. Anesthesiology: 73:A1126, 1990.

Fanurik D, Kymer PJ, Vollers JM, Schmitz ML, **Martin TW**, Mayhew JF. A comparison of the efficacy of ELA-Max®, ELA-Max® Plus Lidocaine, and Lidocaine for Pediatric IV Insertion— A Preliminary Study. Abstract, Winter SPA/AAP Meeting in Fort Meyers, Florida.  February 20-23, 2003.

Shroff P, **Martin TW**. Alternative Medicine Use in Pediatric Ambulatory Surgery Patients at Arkansas Children's Hospital. Abstract, Winter ASA/AAP Meeting, Phoenix, Arizona, March 4-7, 2004.

**Martin TW**, Klein, EF, Simpson P. Quality and Conduct of the Anesthesiology Departmental Morbidity and Mortality ("M&M") Conference—Faculty and Resident Opinions  Presented at 53rd meeting of Association of University Anesthesiologists, Tucson, Arizona, May 11-13, 2006.

**Poster Presentations**
**National International Meetings**

Hogan ML, **Martin TW**, Siddiqui MD, Apuya J. "Development of an                    March 2014
    Anesthetic Protocol for Patients with Known or Suspected
    Mitochondrial Disorders: A Quality Improvement Initiative"
    Presented at the Society for Pediatric Anesthesia/American
    Academy of Pediatrics 2014 Winter Meeting. Ft. Lauderdale, FL

Suleman MI, AkbarAli AN, Kanarek V, Patel A, Li M, **Martin TW**.                    March 2014
    "Ultrasound-guided Penile Nerve Block for Circumcision: A New,
    Modified In-Plane Technique Suggesting Lower Anesthetic Volume
    and Narcotic Use" Presented at the Society for Pediatric
    Anesthesia/American Academy of Pediatrics 2014 Winter Meeting.
    Ft. Lauderdale, FL

Ghafoor AU, Shah S, Parray T, **Martin TW**. "Endotracheal Tube                    October 2009
    Obstruction Caused by the Tube Orifice Abutting the Trachea—
    A Novel Technique Used to Resolve the Problem in a Pediatric
    Patient "Medically challenging case presentation, American
    Society of Anesthesiologists, Annual Meeting New Orleans,
    Louisiana

Parray T, Shah S, **Martin TW**. "Type II Post Obstructive Pulmonary                    October 2009
    Edema after Tonsillectomy and Adenoidectomy" Medically
    challenging case presentation; American Society of
    Anesthesiologists Annual Meeting, New Orleans, Louisiana

Parry T, Shah S, Ghafoor AU, **Martin TW**. "Incidental Finding of                    October 2009
    Innominate Artery Compression Syndrome and complete Tracheal
    Rings in an Asymptomatic Child" Medically challenging case
    presentation; American Society of Anesthesiologists Annual
    Meeting, New Orleans, Louisiana

Shah S, Shah S., Sangari TS, **Martin TW**, Unusual Complication                    April 2008
    Following Laparoscopic Pyloromyotomy and a Classic Pediatric
    Anesthesia Dilemma. "Presented at the Society for Pediatric
    Anesthesia and American Academy of pediatrics, Section on
    Anesthesiology and Pain Medicine, Spring 2008 Meeting. San
    Diego, California

**Poster Presentations**
**National International Meetings, continued**

Shah S, Shah S, Sangari TS, Qasim M, **Martin TW**. "Severe Hypertension and Bradycardia after Dexmedetomidine for Radiology Sedation in a Patient with Acute Transverse Myelitis." Presented at the Society for Pediatric Anesthesia and American Academy of Pediatrics, Section on Anesthesiology and Pain Medicine, Spring 2008 Meeting, San Diego, California
                                                                                              April 2008

Ghafoor AU, **Martin TW**. "Endotracheal Tube Obstruction Caused by The Tube Orifice Abutting the Trachea—A Novel Technique Used to Resolve the Problem in a Pediatric Patient." Presented at the Society for Pediatric Anesthesia and the American Academy of Pediatrics, Section on Anesthesiology , 2008 Spring Meeting, San Diego, California
                                                                                              April 2008

Sangari TS, **Martin TW**, Schmitz ML, Ullah S, Ghaleb A." Web-Based Video Lectures for Medical Students: Anesthesiology Clerkship at the University of Arkansas for Medical Sciences." Presented at the Society for Pediatric Anesthesia and the Academy of Pediatrics, Section on Anesthesiology and Pain Medicine Spring Meeting, San Diego, California
                                                                                              April 2008

Sangari TS, Ghafoor AU, Shah S, **Martin TW**. "Management of an Infant with Undiagnosed Critical Coarctation of Aorta Presenting for Partially Obstructed Inguinal Hernia Repair." Presented at the 2007 American Society of Anesthesiologists' Annual Meeting, San Francisco, California
                                                                                              October 2007

Gopalakrishan S, Apuya JS, Harea J, **Martin TW**. "Anesthetic Management of a Pediatric Patient with Idiopathic Arterial Calcification with Fused Cervical Spine Presenting for Dental Rehabilitation." Presented at the 2007 American Society of Anesthesiologists' Annual Meeting, San Francisco, California
                                                                                              October 2007

Sangari TS, **Martin TW**, Schmitz ML, Ghaleb A, Ullah S. Web-based Lecture Series for Medical Students: Anesthesiology Clerkship at the University of Arkansas for medical Sciences. Presented at the 2007 American Society of Anesthesiologists; Annual Meeting, San Francisco, California
                                                                                              October 2007

**Poster Presentations**                                                                     March 2007
**National International Meetings, continued**

Hussain S, Al-Takrouri H, Siddiqui MS, **Martin TW**, McCarthy RE,
   Pierce CD, Killebrew PM. "Aprotinin Use in Healthy ASA 1 and 2
   Children Undergoing Posterior Spinal Arthrodesis with Harrington
   Rods for Idiopathic Scoliosis Did Not Result in Renal Insufficiency
   or Failure…A Retrospective Review. Presented at the Society of
   Pediatric Anesthesia Spring Meeting, Phoenix, Arizona

Gopalakrishnan S, Shah S, Sangari TS, **Martin TW**. "Anesthetic              March 2007
   Management of a neonate with Metatropic Dwarfism and Severe C-
   Spine Instability." Presented at the Society for Pediatric Anesthesia
   Spring Meeting, Phoenix, Arizona

**Martin TW**, Klein EF, Simpson P. "Quality and Conduct of the               May 2006
   Anesthesiology Department Morbidity and Mortality ("M&M")
   Conference—Faculty and Resident Opinions." Presented at 53rd
   Meeting of Association of University Anesthesiologists (AUA),
   Tucson, Arizona

Gopalakrishnan S, Siddiqui S, Schmitz ML, Hussain S, **Martin TW**.          March 2005
   "Is Epidural Analgesia Safe in Pediatric Patients Undergoing
   Thoracotomy for Empyema?" Poster presentation at the 8th
   America-Japan Annual Congress, Honolulu, Hawaii

Shroff P, **Martin TW**. "Alternative Medicine Use in Pediatric              March 2004
   Ambulatory Surgery Patients at Arkansas Children's Hospital.
   Poster Presentation Winter SPA/AAA Meeting, Phoenix, Arizona

Fanurik D, Kymer PJ, Vollers JM, Schmitz ML, **Martin TW**, Mayhew          February 2003
   JF. "A Comparison of the Efficacy of ELA-Max®, ELA-Max®
   Plus Lidocaine, and Lidocaine for Pediatric Insertion—a
   Preliminary Study. Poster Presentation at Winter SPA/AAA
   Meeting, Ft. Meyers, Florida

**Publications**
**Journal Articles**

1. Parsons DS, Lockett JS, **Martin TW**. Pediatric endoscopy: pediatric and surgical techniques. *Am J Otolaryngol* 1992 Sept-Oct; 13(5): 271-83.

2. Koh JL, Harrison DR, Stephen S, Marchitto K, **Martin TW**. Local anesthesia by topical application of lidocaine after stratum corneum ablation with an ER: Yag Laser. *The Internet Journal of Anesthesiology 2003 volume 6number 2*
http://ispub.com/ostia/index.php?xmFilepath=journals/ija/vol6n2/laser.xml

**Publications**
**Journal Articles, continued**

3. Al-Takrouri H, **Martin TW**, Mayhew JF, Hyperkalemic cardiac arrest following succinylcholine administration: The use of extracorporeal membrane oxygenated in an emergency situation. *J Clin Anesth* 2004 Sep; 16(6):449-51.

4. Ghafoor AU, **Martin TW**, Mayhew JF. Caring for the patients with Cervical Spine injuries: What Have We Learned? *J Clin Anesth* 2005 Dec; 17(8):640-649.

5. Shroff PK, **Martin TW**, Schmitz ML. Successful anesthetic management of a child with an extensive facial hemangioma and high output cardiac failure for placement of a central venous catheter. *Paediatr Anaesth* 2006 Jan; 16(1):77-81.

6. **Martin TW**. Hospital system institutes random drug test for physicians. *hcPRO Medical Staff Briefing* 2007 Feb; 17(2):4-6.

7. Shah S. **Martin TW**. Sangari TS. Qasim MY, Severe hypertension and bradycardia after dexmedetomidine for radiology sedation in a patient with acute transverse myelitis. *Paediatric Anesth* 2008 Oct; 2008 Jul; 18(7) 681-682.

8. Gopalakrishnan S., Shah S, Apuya JS, **Martin TW**. Anesthetic management of a patient with idiopathic arterial calcification of infancy and fused cervical spine. *Paediatr Anaesth* 2008 Jul;18(7) 681-682

9. Shah S, Shah S, Apuya J, Gopalakrishnan S, **Martin TW**. Combination of oral ketamine and midazolam as a premedication for a severely autistic and combative patient. *J Anesth* 2009; 23(1)126-128.

10. Shah S, Shah S, Apuya J. **Martin TW**. Use of Intralipid® in an infant with impending cardiovascular collapse due to local anesthetic toxicity. *J Anesth* 2009; 23:439-441.

11. Haret DM, **Martin TW**. Acute-recurrent subcutaneous emphysema after ventriculopleural shunt placement. *J Clin Anesth* 2009; 21:352-4.

12. **Martin TW**, Roy RC. Cause for Pause After a Perioperative Catastrophe: One, Two or Three Victims? (editorial) *Anesth Analg* 2012; 114:485-7.

13. **Martin TW**, Aunspaugh JP: The "other tube" in the airway: what do we know about it? (editorial) *Anesth Analg* 2014; 118; 501-3.

14. **Martin TW**, Block FE, Jr: When will we ever know our machine is adequately flushed? (editorial) *Anesth Analg* 2014 (in press).

**Publications**
**Journal Articles, continued**

15. Karkera MM, Aunspaugh JP, Harrison RD, **Martin TW:** Assessing adequacy of caudal block concentrations of bupivacaine with and without the addition at intravenous fentanyl on postoperative outcomes in pediatric patients: a retrospective review. *Am J Ther* 2014 (in press).

**Book Chapters**

1. **Martin TW**, Sanders EG. "Anesthesia for Procedures in the Neonatal Intensive Care Unit." In: Anesthesia for Remote Locations", (Edited by Romanoff ME, Mirenda JV) volume (6) number 4 of Problems in Anesthesia. Philadelphia, J.B. Lippincott Co., 1992.

2. Sanders ET, **Martin TW**, "Anesthesia for Magnetic Resonance Imaging "In: "Anesthesia for Remote Locations", (edited by Romanoff ME, Mirenda JV) volume 6 number 4 of Problems in Anesthesia. Philadelphia J.B. Lippincott Co. 1992.

3. **Martin TW**. "The Neonate" In: Gravenstein NG, Kirby RR (eds), Clinical Anesthesia Practice. Philadelphia, W.B. Saunders Co., 1994.

4. **Martin TW**, Johnson VG.  "The Pediatric Patient." In: Gravenstein NG, Kirby RR (eds), Clinical Anesthesia Practice. Philadelphia, W.B. Saunders Co., 1994.

5. **Martin TW**. "The Most Exceptional Feature." In: Bell MH (ed), Raising a Medical School: An Anecdotal History of the University of Missouri-Kansas City School of Medicine, 1970-1995. UMKC Office of Educational Resources, Kansas City, 1995.

6. **Martin TW**, Stoner JM. "The Neonate." In: Gravenstein NG, Kirby RR (eds.) Clinical Anesthesia Practice. (Second Edition) Philadelphia, W.B. Saunders Co., August 2001.

7. **Martin TW**, Stoner JM. "The Pediatric Patient." In: Gravenstein NG, Kirby RR (eds.) Clinical Anesthesia Practice. (Second Edition) Philadelphia, W.B. Saunders Co., August 2001.

8. Ghafoor, AU, **Martin TW**. "The Pediatric Airway" In:  Rich, J (ed.) The Emergency Airway, New York, Prentice Hall, 2007.

9. Zabala LM, **Martin TW**. "Acute Anemia" In:  (Lobato EB, Gravenstein N, Kirby RR, Editors) Complications in Anesthesiology, Philadelphia, Lippincott, Williams and Wilkins, 2008.

10. Parray T, **Martin TW**. "Specific Complications of Neuroradiological Interventions in Pediatric Patients" Brambrick A, Kirsch J (ed) Essentials of Neurosurgical Anesthesia and Critical Care,  New York, Springer, 2012.

**Letters**

1. Robinson DL, **Martin TW**, Schmitz ML, and Mayhew JF. Is fast-tracking for pediatric ambulatory surgery really beneficial? *Anesth Analg*. 2001 Nov; 93(5):1361.

2. Mohiuddin S, **Martin TW**, Mayhew JF. Difficult airway management of a child impaled through the neck. *Paediatr Anaesth*. 2002 May; 12(4):378; author reply 378-9.

3. **Martin TW**, Mayhew JF.  Baclofen pumps: comment on Anderson et al. *Paediatr Anaesth*. 2003 Sep; 13(7):640; author reply 640-1.

4. **Martin TW**, Mayhew JF.  Baclofen, hemodynamic instability and delayed emergence: our perspective. *Anesthesiology*. 2003 Sep; 99(3):758; author reply 759.

5. Onisei AM, Shroff P, **Martin TW**. Defective endotracheal tube--cause of airway obstruction. *Paediatr Anaesth*. 2003 Oct; 13(8)739-740.

6. Ghafoor AU, **Martin TW**. "RSI"--is it rapid sequence induction or rapid sequence intubation? *Pediatr Emerg Care*. 2004 Nov; 20(11):803.

7. **Martin TW**.  Radiation therapy removes anesthesia provider from the treatment room. *Anesthesia Patient Safety Foundation Newsletter*, 2005:20(3):57.

8. Shah S, Sangari T, Qasim M, **Martin TW**. Severe hypertension and bradycardia after dexmedetomidine for radiology sedation in a patient with acute transverse myelitis. *Paediatr Anaesth*. 2008 July; 18(7):681-682.

9. Shah S, Shah S, Sangari T, **Martin TW**. An unusual complication following laparoscopic pyloromyotomy and a classic pediatric anesthesia dilemma. *Paediatr Anaesth*. 2008 Aug: 18(8):800-801.

10. Denisa M. Haret, Anna Maria Onisei, **Martin TW**.  Acute-recurrent subcutaneous emphysema after ventriculopleural shunt placement. *Journal of Clinical Anesthesia*. 2009 Aug; 21(5), 352-354.

11. **Martin TW**. Anticipate and include other key stakeholders in ethics case discussions. Pediatrics *Official Journal of the American Academy of Pediatrics*. 2010 July 2 (126).