# <u>EXHIBIT B</u>

# Defendants' Expert Disclosure of Ira Landsman, M.D.

Ira S. Landsman, M.D.
315 Whitworth Way
Nashville, Tennessee 37205

**EXPERT REPORT**

Date of Report:    May 7, 2014

I am Ira Landsman, M.D., a pediatric anesthesiologist practicing my specialty in Nashville, Tennessee. I have been retained as an expert for the defendants, Pediatric Anesthesisiologists, PA and Babu Rao Paidipalli, M.D. in the matter of *Daniel Lovelace and Helen Lovelace, individually and as parents of Brett Lovelace, deceased v. Pediatric Anesthesiologists, P.A., Babu Rao Paidipalli, M.D., and Mark P. Clemons, M.D.*, United States District Court, Western District of Tennessee, Docket No. 2:13-cv-02289 JPM-dkv.

In the year prior to the events at issue I was licensed and practicing as a pediatric anesthesiologist in the State of Tennessee. I am familiar with the recognized standard of acceptable professional practice for a pediatric anesthesiologist and CRNAs providing anesthesia in a children's hospital to a patient such as Brett Lovelace undergoing a tonsillectomy/adenoidectomy as it existed in Memphis, Shelby County, Tennessee at the time of the Brett Lovelace's surgery in March 2012. My CV is attached to this report and includes my qualifications, including a list of all publications I authored in the previous 10 years.

I reviewed the following documents to form the opinions I hold in this case:

1.    Complaint;
2.    Medical records of Brett Lovelace from LeBonheur Children's Medical Center from March 12, 2012 through March 14, 2012;
3.    Depositions of Helen Lovelace and Daniel Lovelace.
4.    Depositions of Dr. Paidipalli and Dr. Clemons;
5.    Photographs of Brett Lovelace;
6.    Agreed Order from the Tennessee Board of Nursing; and
7.    Expert reports of Plaintiff's Experts

In forming my opinions, I considered the following facts:

The patient was a 12 year old male weighing 81.4 kilograms and was overweight. The anesthesiologist treated the child with appropriate anesthesia medications. The child's endotracheal tube was removed after the child was breathing spontaneously and responded appropriately to stimulation. The patient exhibited normal vital signs and was transferred to PACU. The patient repositioned

himself to a prone position. This occurred either on the way to PACU or in the PACU.  Based on the facts stated in the Tennessee Nursing Board's "Agreed Order", which are admitted to be true by the PACU nurse, there was a lack of monitoring of the patient in the PACU by PACU nurse Kelly Kish.  No attempt was made by the PACU nurse to notify anesthesia of any problem until the patient was noted in cardiorespiratory compromise, a  "code" was called at which point the patient required cardiorespiratory resuscitation.

It is my opinion that the care and treatment provided by Dr. Paidipalli and the anesthesia team, including the CRNA, complied with the recognized standard of acceptable professional practice in Memphis, Shelby County, Tennessee in March 2012 and that no injury was caused by the care and treatment anesthesia provided. It is further my opinion that the PACU nurse, Kelly Kish deviated from the standard of care causing injury to the patient. My opinions are based upon my education, training, experience as well as my review of the records, pleadings and depositions in this case.

Specifically, I will testify as follows:

Dr. Paidipalli complied with the recognized standard of acceptable professional practice in extubating  Brett Lovelace. The patient was properly monitored in the OR and all of the care and treatment provided by anesthesia personnel complied with the standard of care. The anesthesia records reflect that the patient was awake and ventilating adequately at the time of extubation, and the vital signs recorded show that the patient was breathing adequately at the time the patient left the OR. Tidal volumes can be unreliable measurements during emergence from anesthesia. The last recorded tidal volume of 180 cc as an isolated finding is not significant while a patient is bucking or coughing from the endotracheal tube irritating the trachea during emergence from anesthesia. Further, the $CO_2$ reading of 56 is not unreasonable. Anesthesia will blunt the human's response to elevated $PCO_2$ until appropriate recovery in the PACU.

There was no neuro-muscular blockade used so there was no neuro-muscular blockade to be reversed.  The patient was awake and spontaneously ventilating adequately at the time of extubation. The vital signs recorded in the anesthesia record indicate that the patient was breathing adequately at the time the patient left the OR. At that time (10:35 a.m.), the patient's recorded vital signs were: blood pressure – 126/47, pulse – 118, respiratory rate – 22, and oxygen saturation – 100% on room air, all of which are good.

Regarding the patient's repositioning himself to a prone position at some point following the surgery, it is not unusual for children to reposition themselves onto their stomachs after extubation, and it is not a deviation from the standard of care to allow a patient to reposition himself to a prone position so long as the patient's head is turned to the side and the patient is breathing adequately. In fact, such a position may be better in some cases with regard the risk of aspiration.  In this

case, at all times when the patient was under anesthesia's watch, the patient's position allowed him to breathe adequately. It would have been the PACU nurse's responsibility to monitor the positioning of the patient as well as the patient's vital signs to insure that his airway remained patent in that position.

The initial records in the PACU indicate that Brett Lovelace was breathing adequately when he arrived from the OR. The records indicate that the patient was stable at the time of transfer to the PACU. Once the CRNA, Grace Freeman transferred the care of Brett Lovelace to the PACU nurse, Kelly Kish, there was no obligation on the part of the anesthesiologist or the CRNA to monitor Brett Lovelace in the PACU or to check on the patient in the PACU unless called by the PACU nurse for assistance. Anesthesia personnel depend upon the PACU staff to monitor the patient and notify them of any changes. After a stable patient like Brett Lovelace transfers to the PACU, the standard of care does not require the anesthesiologist to assess, monitor or assist with the care of the patient in the PACU unless the PACU nurse calls the anesthesiologist for assistance. The record reflects that the PACU nurse did not attempt to notify the anesthesiologist of any problem until after the patient "coded", at which point the patient required cardiopulmonary resuscitation.

The recognized standard of acceptable professional practice does not require that a patient arriving to the PACU from the OR receive supplemental oxygen in the PACU. The standard of care only requires a patient to receive supplemental oxygen when the patient has difficulty maintaining oxygen saturation either in the operating room or during the time the patient is monitored in the PACU. On arrival to the PACU Brett's $O_2$ saturation in the OR was 100%. The medical records reflect that the patient maintained an $O_2$ sat of 100% when he arrived in the PACU and when the CRNA Grace Freeman left the PACU after turning over the care of this child to the PACU nurse, Kelly Kish.

I have reviewed the opinions of plaintiff's expert, Dr. Jason Kennedy and will offer testimony to refute those opinions.

I will further testify that the PACU nurse, Kelly Kish failed to properly monitor the patient in the PACU and failed to timely notify the anesthesia personnel when the patient's condition changed, all of which was grossly negligent.

I have not testified before as an expert at trial or by deposition. My charges for testifying are $500 per hour for review and $750 per hour for testifying at deposition or trial, plus expenses for travel.

Ira Landsman, M.D.

# Ira S. Landsman, MD
### June 2012

Division of Pediatric Anesthesiology
2200 Children's Way, Room 3115
Nashville, TN 37232-9070
work (615) 936-0023
fax  (615) 936-4294
ira.landsman@vanderbilt.edu

## Education and Training:

| | |
|---|---|
| 8/71-5/75 | B.A. Biology<br>State University of New York<br>Binghamton, NY |
| 7/75-6/79 | M.D.<br>State University of New York<br>Buffalo, NY |
| 7/79-6/83 | Residency, Pediatrics<br>Children's Hospital of Buffalo<br>Buffalo, NY |
| 7/82-6/83 | Chief Resident, Pediatrics<br>Children's Hospital of Buffalo<br>Buffalo, NY |
| 7/84-6/85 | Fellowship, Pediatric Critical Care<br>Texas Children's Hospital<br>Houston, TX |
| 7/85-6/86 | Fellowship, Pediatric Emergency Care<br>The Children's Mercy Hospital<br>Kansas City, MO |
| 1/91-12/92 | Residency, Anesthesiology<br>St. Luke's Hospital of Kansas City<br>Kansas City, MO |
| 1/93-12/93 | Fellowship, Pediatric Anesthesiology<br>Children's Hospital of Pittsburgh<br>Pittsburgh, PA |

## Academic Appointments:

| | |
|---|---|
| 7/86-12/90 | Assistant Professor, Department of Pediatrics<br>University of Missouri<br>Kansas City, MO |
| 1/94-7/01 | Assistant Professor, Department of Anesthesiology Critical Care Medicine<br>and Critical Care Medicine and Pediatrics<br>University of Pittsburgh School of Medicine<br>Pittsburgh, PA |

8/01-Present          Associate Professor, Department of Anesthesiology
                      Vanderbilt University School of Medicine
                      Nashville, TN

## Clinical Appointments:

7/83-6/84             Staff, Department of Pediatrics
                      Houston Northwest Hospital
                      Houston, TX

7/84-6/85             Clinical Fellow, Pediatric Critical Care
                      Texas Children's Hospital
                      Houston, TX

7/85-6/86             Clinical Fellow, Pediatric Emergency Care
                      The Children's Mercy Hospital
                      Kansas City, MO

7/86-12/90            Staff Pediatrician, Department of Pediatrics
                      University of Missouri
                      Kansas City, MO

1/93-12/93            Clinical Fellow, Pediatric Anesthesiology
                      Children's Hospital of Pittsburgh
                      Pittsburgh, PA

1/94-7/01             Staff Pediatric Anesthesiologist, Department of Anesthesiology
                      Critical Care Medicine and Critical Care Medicine and Pediatrics
                      University of Pittsburgh School of Medicine
                      Pittsburgh, PA

8/01-2/15/13          Staff Pediatric Anesthesiologist, Department of Anesthesiology
                      Vanderbilt University School of Medicine
                      Nashville, TN
2/1813                Member of the Anesthesia Medical Group, Nashville Tn – Staff anesthesiologist
                      at Centennial Medical Center

## Administrative Appointments:

7/88-12/90            Assistant Director, Emergency Services
                      The Children's Mercy Hospital
                      Kansas City, MO

1/95-07/01            Coordinator, Anesthesia Technicians
                      Department of Anesthesiology
                      Children's Hospital of Pittsburgh
                      Pittsburgh, PA

1/95-6/01             Director, Acute Pain Service
                      Department of Anesthesiology
                      Children's Hospital of Pittsburgh
                      Pittsburgh, PA

3/03-1/04             Clinical Director of Pediatric Anesthesiology

2

| | |
|---|---|
| | Vanderbilt University Medical Center<br>Nashville, TN |
| 1/04-10/31/12 | Director, Division of Pediatric Anesthesiology<br>Vanderbilt University Medical Center<br>Nashville, TN |
| 1/04-10/31/12t | Program Director, Pediatric Anesthesia Fellowship<br>Vanderbilt University Medical Center<br>Nashville, TN |
| 1/04-10/31/12 | Medical Director of Pediatric Perioperative Enterprise<br>Vanderbilt University Medical Center<br>Nashville, TN |
| 1/04-10/31/12 | Medical Director of PATCH Clinic<br>Vanderbilt University Medical Center<br>Nashville, TN |
| 2/18/12 – present | Chief Division of Pediatric Anesthesiology Anesthesia Medical Group,<br>Nashville, TN. |

## Licensure and Certification:

New York Medical License
05/08/81
#145943

Texas Medical License
02/26/84
#G6200

Tennessee Medical License
05/22/01
#35199

DEA Registration # AL2091647

Diplomate, American Board of Anesthesiology
9/30/94

Diplomate, National Board of Medical Examiners
7/80

Diplomate, The American Board of Pediatrics
5/84

ACLS Certified
11/09-11/11

PALS Certified
04/11-04/13

ATLS Certified
02/07-01/11

3

**Professional Organizations:**

American Society of Anesthesiologists

Society for Pediatric Anesthesia

Tennessee Society of Anesthesiologists


**Department Committees:**

Member, Living Donor Liver Transplantation Committee
Department of Anesthesiology
Children's Hospital of Pittsburgh
Pittsburgh, PA
1996-2001

Member, Division Directors Committee
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
2003-Present

Member, Department of Anesthesiology Billing Committee
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
2003-2005

Member, Department of Anesthesiology Steering Committee
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
2003-Present

Member, Department of Anesthesiology Competency Committee
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
2006-Present

Member, Department of Anesthesiology Education Committee
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
2006-Present

Member, Perioperative Informatics Pediatric Integration Committee
Vanderbilt University Medical Center
Nashville, TN
2010-Present

Member, Sr. Leadership Value Analysis Working Group
Vanderbilt University Medical Center
Nashville, TN
2010-Present

## Institutional Committees:

Member, Pharmacy & Therapeutics Committee
Children's Hospital of Pittsburgh
Pittsburgh, PA
1998-2001

Member, Physicians Speakers' Bureau Committee
Children's Hospital of Pittsburgh
Pittsburgh, PA
1999-2001

Member, Pediatric Surgery Guidelines Committee
Children's Hospital of Pittsburgh
Pittsburgh, PA
1999-2001

Member, MCJCHV Planning Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Vanderbilt University Medical Center
Nashville, TN
2002-2004

Member, Perioperative and Procedural Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2003-Present

Member, MCJCHV OR Executive Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2003-Present

Member, Daily Operations Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2003-Present

Member, Vanderbilt Governance Committee
Vanderbilt University Medical Center
Nashville, TN
2003-Present

Member, Pharmacy & Therapeutics Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2005-Present

Member, PM&I Task Force Committee

5

Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2006-2007


Member, MCJCHV Credentials Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2006-Present

Member, MCJCHV International Medicine Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2007-present


Member, Liver Transplantation Selection Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2007-present

Member, PICU/Perioperative Task Force Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2010-present

Member, NICU Patient Transport Work Group Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2010-present

Member, MCJCHV Administrative Board Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2010-present

Member, MCJCHV Interventional Radiology Building Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2010-present


## Extramural Committees:

Elected to the Emergency Physician Advisory Board:
Supervises EMS to the Kansas City metropolitan area.
Kansas City, MO
1986-1989

Division of Family Services Multidisciplinary
Child Abuse Team.
Kansas City, MO
1988-1989

President, Emergency Physicians Foundation.
Kansas City, MO
1989-1990

Jackson County Prosecuting Attorney's Task Force on
Child Sexual Abuse.
Kansas City, MO
1989-1990

Medical Director of the Advisory Board Committee of
The Western School of Health and Business Careers
Pittsburgh, PA
1996-1998

SPA Education Committee
Society for Pediatric Anesthesia
2005-Present

SPA Program Directors Committee
Society for Pediatric Anesthesia
2005-Present

Special Olympics
Team USA Volunteer
Nashville, TN
July 2007

Chairman of PAPD Subcommittee of Education
Society for Pediatric Anesthesia
2008-Present

Shalom Foundation Medical Board
Shalom Foundation
Nashville, TN
10/2008-Present

Co-Chairman Shalom Working Action Group
Shalom Foundation
Nashville, TN
01/2009-Present

ASA PBLD Review Committee
American Society of Anesthesiologists
2008-2010

SPA PBLD Review Committee
Society for Pediatric Anesthesia
2008-Present

Member at Large
SPA Program Directors Committee
Society for Pediatric Anesthesia
2011-Present

Orphan Anesthesia
German Society of Anaesthesiology
2011-Present

## Awards and Recognition:

Housestaff Award for Excellence in Teaching
State University of New York at Buffalo
1981-1982

Appreciation for contribution to the EMS system in Kansas City
1987

First Place Winner, Resident Research Competition
The Western Pennsylvania Society of Anesthesiologists
1994

Listed in Pittsburgh magazine as one of Pittsburgh's "Top Docs" pp. 42-54.
1996

Listed in Nashville Business Journal as 2011-2012 Best Doctors
July 2011

## Editorial Appointments:

Anesthesia & Analgesia Reviewer
1999

Anesthesia & Analgesia Reviewer
2004-Present

Journal Surgical and Radiologic Anatomy Reviewer
2008-Present

Pediatric Anesthesia Reviewer
2008-Present

Society for Pediatric Anesthesia Newsletter Contributor
2008-Present

Clinical Decision Support System on Anesthesiology Contributor
2011-Present

## Teaching Activities:

- **Clinical Teaching:**

  7/86-12/90    Weekly lectures to residents and student nurse anesthetists concerning
  management of the pediatric surgical patient.
  University of Missouri
  Kansas City, MO

  1/94-7/01     Weekly lectures to residents and student nurse anesthetists concerning
  management of the pediatric surgical patient
  University of Pittsburgh School of Medicine
  Pittsburgh, PA

| 1/94-7/01 | Lecturer at preoperative rounds, Departmental didactic sessions, in-service conferences, and Fellow Conferences for the Department of Anesthesiology at Children's Hospital of Pittsburgh. Pittsburgh, PA |
| 1/94-7/01 | Daily intraoperative teaching of residents and student nurse anesthetists. University of Pittsburgh School of Medicine Pittsburgh, PA |
| 08/01-Present | Weekly lectures to residents and student nurse anesthetists concerning management of the pediatric surgical patient. Vanderbilt University Medical Center Nashville, TN |
| 08/01-Present | Daily intraoperative teaching of residents and student nurse anesthetists. Vanderbilt University Medical Center Nashville, TN |

- **Research Participation:**

Study: Demographic Predictors of NPO Violations in Elective Pediatric Surgery
PI: Jesse Ehrenfeld, MD
Assistant Professor, Anesthesiology
IRB#:110838
Expires N/A

Study Title: Methylphenidate and Wake-Up Time
PI: Jesse Ehrenfeld, MD
Assistant Professor, Anesthesiology
IRB#110766
Expires 06/30/2012

Study Title: A Phase 2 Randomized placebo-controlled trial of Levodopa in Angelman Syndrome
PI: Gregory Barnes, MD
Assistant Professor, Pediatric Surgery
IRB#110297
Expires N/A

Study Title: Radiographic Imaging for Potential Cervical Spine Instability in Patients with Down Syndrome
PI: Jesse Ehrenfeld, MD
Assistant Professor, Anesthesiology
IRB#110262
Expires 03/06/2012

Study Title: Number of Attempts for Successful Peripheral Intravenous Catheterization in Pediatric Surgical Patients
PI: Steven Samoya, MD
Assistant Professor, Clinical Anesthesiology
IRB# 110234
Expires 02/28/2012

Study Title: Anesthetic Management of Newborns for Embolization of Vein of Galen Malformations
PI: Thomas Austin, MD
Pediatric Anesthesiology Clinical Fellow
IRB# 101666

Expires N/A

Study Title: Rett Syndrome disorders and Angelman Syndrome as genetic models of autism spectrum disorders
PI: Sarika Peters, PhD
IRB# 101088
Expires 09/20/2011

Study Title: Pediatric Anesthesia Neurodevelopment Assessment Study (PANDAS)
PI: John Algren, MD
Professor, Anesthesiology and Pediatrics
IRB# 080605
Expires 06/06/2012

Study Title: Angelman Syndrome Natural History Study
PI: Elisabeth Dykens, PhD
IRB#071239
Expires 05/16/2012

Study Title: An Open-label, Randomized, Phase IIIB, Multicenter Trial to Evaluate the Pharmacodynamic Parameters of Intubation Bolus, and Bolus and Infusion Maintenance Doses of Zemuron in Pediatric and Adolescent Subjects
PI: Jayant Deshpande, MD
Professor, Anesthesiology and Pediatrics
IRB# 060834
Expires 09/24/2008

- **Research Supervision:**

  Study: Post-Anesthesia Care in Children with Communication Disorders: Does Utilizing the r-FLACC Improve Quality of Care and Parental Satisfaction?
  PI: Elisabeth Lee, MD
  Pediatric Anesthesia Clinical Fellow
  IRB#: 100792
  Expires 03/02/2012

  Study Title: Anesthetic Management of Newborns for Embolization of Vein of Galen Malformations
  PI: Thomas Austin, MD
  Pediatric Anesthesiology Clinical Fellow
  IRB# 101666
  Expires N/A

- **Continuing Medical Education:**

  Grand Rounds: The Assessment of the Child with Skeletal Trauma.
  The University of Kansas Medical Center
  Pediatric Attending Grand Rounds
  Kansas City, MO
  October 5, 1988

  Grand Rounds: Anesthesia for Pediatric Liver Transplantation.
  New Jersey Medical School
  Newark, NJ
  November 28, 1994
  Lecturer

10

Grand Rounds: Pain Management in Children.
Fairview General Hospital
Cleveland, OH
September 20, 1995
Lecturer

Grand Rounds: Pain Management in the Pediatric Patient.
Department of Anesthesiology
New York University Medical Center
New York, NY
January 4, 1996
Lecturer

Grand Rounds: The Use of the Laryngeal Mask Airway in Children.
Department of Anesthesiology
Children's Hospital
Boston, MA
March 27, 1996
Lecturer

Grand Rounds: Pain Management in Children.
St. Luke's Hospital
Kansas City, MO
March 20, 1997
Lecturer

Grand Rounds: Coarctation of the Aorta.
University of Pittsburgh
Department of Anesthesiology/Critical Care Medicine
Pittsburgh, PA
March 23, 2000
Lecturer

Grand Rounds: LMA and Airway Management.
Robert C. Byrd Health Science Center of West Virginia University.
Department of Anesthesiology
Morgantown, WV
February 7, 2000
Lecturer

Pediatric Anesthesia Education Conference: Pharmacokinetics and Pharmacodynamics
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 5, 2003
Lecturer

Pediatric Anesthesia Education Conference: ENT Surgery
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 19, 2003
Lecturer

11

Pediatric Anesthesia Education Conference: ENT Surgery Case Discussion
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 10, 2003
Lecturer

Pediatric Anesthesia Education Conference: PACU Problems
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 17, 2003
Lecturer

Pediatric Anesthesia Education Conference: Journal Club
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 24, 2003
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 29, 2003
Lecturer

Pediatric Anesthesia Education Conference: Cardiac Surgery
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
October 1, 2003
Lecturer

Pediatric Anesthesia Education Conference: Journal Club
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
October 21, 2003
Lecturer

Pediatric Anesthesia Education Conference: PACU Problems
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 17, 2003
Lecturer

Pediatric Anesthesia Education Conference: ENT Surgery/Airway Management

Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
December 8, 2003
Lecturer

Pediatric Anesthesia Education Conference: The Difficult Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
December 30, 2003
Lecturer

Pediatric Anesthesia Education Conference: The Pediatric Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
March 8, 2004
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
April 12, 2004
Lecturer

Pediatric Anesthesia Education Conference: The Difficult Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
April 21, 2004
Lecturer

Pediatric Anesthesia Education Conference: ENT Surgery
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 5, 2004
Lecturer

Pediatric Anesthesia Education Conference: The Difficult Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 17, 2004
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology

Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
July 5, 2005
Lecturer


Pediatric Anesthesia Education Conference: Approach to the Pediatric Difficult Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
July 20, 2005
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease Part I
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 8, 2005
Lecturer

Grand Rounds: Laryngospasm
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 12, 2005
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 29, 2005
Lecturer

Pediatric Anesthesia Education Conference: Pediatric Difficult Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 7, 2005
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease Part 2
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
October 17, 2005
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology

Vanderbilt University Medical Center
Nashville, TN
October 24, 2005
Lecturer

Pediatric Anesthesia Education Conference: Pediatric Difficult Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 14, 2005
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 21, 2005
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease Part 1
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
December 6, 2005
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease Part 2
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
December 7, 2005
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
December 19, 2005
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease Part 1
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
January 4, 2006
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease Part 2
Division of Pediatric Anesthesiology

Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
January 11, 2006
Lecturer


Pediatric Anesthesia Education Conference: Pediatric Difficult Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
January 18, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 7, 2006
Lecturer

Pediatric Anesthesia Education Conference: The Difficult Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 8, 2006
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 13, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 21, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashviile, TN
February 28, 2006
Lecturer

Pediatric Anesthesia Education Conference: The Difficult Airway
Division of Pediatric Anesthesiology

16

Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
March 6, 2006
Lecturer


Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
March 13, 2006
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease Part 1
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
March 27, 2006
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease Part 2
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
March 29, 2006
Lecturer

Pediatric Anesthesia Education Conference: Pediatric Difficult Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
April 5, 2006
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease Part 1
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
April 19, 2006
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 10, 2006
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease
Division of Pediatric Anesthesiology

Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 17, 2006
Lecturer

Pediatric Anesthesia Education Conference: Anesthesia for Transplantation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 24, 2006
Lecturer

Pediatric Anesthesia Education Conference: ENT Surgery
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
June 29, 2006
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
July 19, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 16, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 23, 2006
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 30, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology

18

Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 6, 2006
Lecturer

Pediatric and Adult Airway Management Workshop
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 17, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 20, 2006
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 27, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
October 4, 2006
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
October 25, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 1, 2006
Lecturer

M&M: A Neonate with a Vein of Galen Aneurysmal Malformation (VGAM) and Congestive
Heart Failure Scheduled for Neuroembolization
Department of Anesthesiology

Vanderbilt University Medical Center
Nashville, TN
November 10, 2006
Lecturer


Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 15, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 22, 2006
Lecturer

Mock Oral Board Examiner
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
December 4, 2006
Examiner

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
December 6, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
January 3, 2007
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
April 4, 2007
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology

Vanderbilt University Medical Center
Nashville, TN
April 18, 2007
Lecturer


Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
April 25, 2007
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 2, 2007
Lecturer

Career Options in Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 15, 2007
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 16, 2007
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 23, 2007
Lecturer

Mock Oral Board Examiner
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 29, 2007
Examiner

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center

Nashville, TN
May 30, 2007
Lecturer


Pediatric Anesthesia Education Conference: Pediatric Trauma
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
July 18, 2007
Lecturer

Pediatric Anesthesia Education Conference: Pediatric Trauma
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
July 19, 2007
Lecturer

Pediatric Anesthesia Education Conference: Anesthesia for the Child with CHD
Undergoing Non-Cardiac Surgery I
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 15, 2007
Lecturer

Pediatric Anesthesia Education Conference: Anesthesia for the Child with CHD
Undergoing Non-Cardiac Surgery II
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 22, 2007
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 5, 2007
Lecturer

Pediatric and Adult Airway Management Workshop
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 21, 2007
Lecturer

Pediatric Anesthesia Education Conference: Fluid and Electrolyte Management

Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 5, 2007
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 19, 2007
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 26, 2007
Lecturer

Mock Oral Board Examiner
Department of Anesthesiology
Vanderbilt University Medical Center
December 14, 2007
Examiner

Pediatric Anesthesia Education Conference: Malignant Hyperthermia
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 4, 2008
Lecturer

Pediatric Anesthesia Education Conference: Fluid and Electrolyte Management
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
March 3, 2008
Lecturer

Pediatric Anesthesia Education Conference: Anesthesia for Transplantation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
March 24, 2008
Lecturer

Pediatric Liver Transplant
Perioperative Services
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN

March, 2008
Lecturer

Pediatric Anesthesia Education Conference: Anesthesia for Transplantation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 12, 2008
Lecturer

Pediatric Anesthesia Education Conference: ENT Surgery
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
June 16, 2008
Lecturer

Mock Oral Board Examiner
Department of Anesthesiology
Vanderbilt University Medical Center
August 13, 2008
Examiner

Pediatric and Adult Airway Management Workshop
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 13, 2008
Lecturer

Pediatric Anesthesia Education Conference: Prematurity and Apnea of Prematurity
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
October 6, 2008
Lecturer

Pediatric Liver Transplant
Perioperative Services
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
October 15, 2008
Lecturer

Pediatric Anesthesia Education Conference: Journal Club
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
October 29, 2008

Lecturer

Pediatric Anesthesia Education Conference: Journal Club
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 4, 2008
Lecturer

Journal Club: Post Operative Bleeding in Cardiac Surgery
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
November 19, 2008
Facilitator

Anesthetic Considerations for the Patient with Sickle Cell
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
December 1, 2008
Lecturer

Journal Club: Development and Psychometric Evaluation of the Pediatric Patient
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
February 18, 2009
Facilitator

Pediatric Anesthesia Education Conference: Coagulation and Blood Transfusion Issues
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 19, 2009
Lecturer

Pediatric Anesthesia Education Conference: Journal Club
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 25, 2009
Lecturer

Pediatric Anesthesia Education Conference: Liver Transplant Review
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN

April 29, 2009
Lecturer

Pediatric Anesthesia Education Conference: Pediatric Trauma
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
June 15, 2009
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
July 27, 2009
Lecturer

Grand Rounds: ENT Anesthesia
Department of Anesthesia
University of Mississippi Medical Center
Jackson, MS
August 26, 2009
Invited Lecturer

Pediatric Anesthesia Education Conference: Sickle Cell Disease
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 14, 2009
Lecturer

Mock Oral Board Examiner
Department of Anesthesiology
Vanderbilt University Medical Center
October 8, 2009
Examiner

Division M&M/Peer Review
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
February 5, 2010
Lecturer

Career Options in Anesthesiology
AIG Meeting
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 09, 2010

Lecturer

Pediatric Anesthesia Education Conference: Pediatric Preoperative Evaluation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 21, 2010
Lecturer

Grand Rounds: Cricoid Pressure
"If You're Going to Perform Cricoid Pressure, Perform it Correctly"
Dallas Children's Hospital
Department of Anesthesiology
Dallas, TX
March 3, 2010
Lecturer

Pediatric Anesthesia Education Conference: Pediatric Trauma
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
April 1, 2010
Lecturer

Pediatric Anesthesia Fellow Education Conference: KISS
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 3, 2010
Lecturer

Fellow Education Conference:
Keeping It Simple and Safe
Department of Anesthesiology
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
May 10, 2010
Lecturer

PACU Staff Education Meeting
Pediatric Anesthesiology
Perioperative Services
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
June 30, 2010
Lecturer

Holding Room Staff Education Meeting
Pediatric Anesthesiology

Perioperative Services
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
June 30, 2010
Lecturer


Pediatric Anesthesia Education Conference: Pediatric Trauma
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
July 29, 2010
Lecturer

CRNA Education Meeting
Neonatal Transitions Part 1
Division of Pediatric Anesthesia
Department of Anesthesiology
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
September 29, 2010
Lecturer

Pediatric Anesthesia Education Conference: Pediatric Preoperative Evaluation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
October 5, 2010
Lecturer

Grand Rounds: The Difficult Pediatric Airway
Department of Anesthesiology
University of Vienna
Vienna, Austria
October 13, 2010
Invited Lecturer

Pediatric Anesthesia Education Conference: Journal Club
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
October 28, 2010
Lecturer

CRNA Education Meeting
Neonatal Transitions Part 2
Division of Pediatric Anesthesia
Department of Anesthesiology
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
November 10, 2010
Lecturer

Pediatric Anesthesia Education Conference: Pediatric Preoperative Evaluation

Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 11, 2010
Lecturer

Pediatric Sedation Services Meeting
Hot Topics Anesthesia
Division of Pediatric Sedation Services
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
December 7, 2010
Lecturer

Pediatric Anesthesia Fellow Lecture
Renal Transplantation
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
December 13, 2010
Lecturer

Pediatric Anesthesia Fellow Lecture
Difficult Airway
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
March 14, 2011
Lecturer

Pediatric Anesthesia Division Journal Club
Angelman's Syndrome
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
March 23, 2011
Lecturer

Mock Oral Board Examiner
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 18, 2011
Examiner

Lecture: The Reluctant Child
Department of Anesthesiology All Staff Meeting
Vanderbilt University Medical Center
Nashville, TN
July 7, 2011
Lecturer

Lecture: The Reluctant Child
All Staff Meeting
Department of Anesthesiology
Vanderbilt University Medical Center

29

Nashville, TN
July 27, 2011

M&M Presentation
PATCH Nurse Practitioners
Division of Perioperative Services
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
August 2, 2011

Pediatric Anesthesia Fellow Lecture
Important Issues in Pediatric Anesthesia
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
October 11, 2011
Lecturer

Pediatric Surgical Conference
Anesthesia and Its effect on Neurodevelopment
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
October 12, 2011
Lecturer

PATCH Nurse Practitioner Education Conference
Division of Perioperative Services
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
November 8, 2011

Pediatric Anesthesia Fellow Conference
The Difficult Airway
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
November 8, 2011
Lecturer

Pediatric Anesthesia Fellow Lecture
Simulation: Malignant Hyperthermia, Cricoid Pressure, Pneumothorax
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
November 15, 2011
Lecturer

Mock Oral Board Examiner
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
December 14, 2011

30

Examiner

Pediatric Anesthesia Education Conference: Preoperative Evaluation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
January 9, 2012
Lecturer

Pediatric Anesthesia Education Conference: Preoperative Evaluation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 20, 2012
Lecturer

CRNA Education Meeting
Update on Sickle Cell Disease and Anesthetic Considerations
Division of Pediatric Anesthesia
Department of Anesthesiology
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
May 2, 2012
Lecturer

Pediatric Anesthesia Education Conference: Induction and Emergence
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 21, 2012
Lecturer

Pediatric Anesthesia Fellow Lecture
Special Pediatric Anesthesia Problems
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
May 22, 2012
Lecturer

PATCH Nurse Practitioner Education Conference
Update on Sickle Cell Disease and Anesthetic Considerations
Division of Pediatric Anesthesia
Department of Anesthesiology
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
June 5, 2012
Lecturer

CRNA Education Conference
Update Anesthetic Considerations
Division of Pediatric Anesthesia
Department of Anesthesiology
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
June 6, 2012
Lecturer

## Publications and Presentations:

### Articles in refereed journals:

Landsman IS, Bricker T, et al.  Emergency gastrotomy: Treatment of choice for iron bezoar. J Pediatr Surg 22:184-185, 1987.

Landsman IS, Knapp J, et al. Injuries Associated With Downhill Sledding.  Pediatric Emergency Care 3:277-280, 1987.

Landsman IS: Pediatric Emergency Medicine. Journal of Emergency Medicine 6:541-542, 1988.

Landsman IS, Gronert BJ, Wiener ES, Ford HR: Fluoroscopy as an Aid to Anesthetic Management for Bronchogenic Cyst Resection. Anesth Analg 79:803-805, 1994.

Davis PJ, McGowan Jr. FX, Landsman I, Maloney K, Hoffmann P: Effect of Antiemetic Therapy on Recovery and Hospital Discharge Time. Anesthesiology 83:956-960, 1995.

Bond GR, Dowd MD, Landsman I, Rimsza M: Unintentional Perineal Injury in Prepubescent Girls:A Multicenter, Prospective Report of 56 Girls. Pediatrics 95:628-631, 1995.

Davis PJ, Lerman J, Suresh S, McGowan FX, Coté CJ, Landsman I, Henson LG: A Randomized Multicenter Study of Remifentanil Compared with Alfentanil,  Isoflurane, or Propofol in Anesthetized Pediatric Patients Undergoing Elective Strabismus Surgery. Anesth Analg 84:982-989, 1997.

Landsman IS: Illustrated Textbook of Pediatric Emergency and Critical Care Procedures, Dieckman RA, Fiser DH, Selbst SM (eds.), Mosby, St. Louis, 1997. Anesth Analg 85:235, 1997.

Davis PJ, Wilson A, Pigula F, Siewers R,Landsman I: The Effects of Cardiopulmonary Bypass on Remifentanil in Pediatric Patients Undergoing a TrialSeptal Defect Repair  Anesth Analg 89:904-908, 1999.

Landsman IS:  Cricoid pressure: indications and complications.  Pediatric Anesthesia 14:43-47, 2004.

Landsman IS, Karsanac CJ: Case Discussion: Pediatric Liver Retransplantation on an ECMO Dependant Child. Anesth Analg 111:1275-8, 2010.

Landsman IS, Mitzel HM, Peters SU, Bichell TJ: Are children with Angelman syndrome at high risk for anesthetic complications? <u>Pediatric Anesthesia</u> 22(3):263-267, 2012.

**Books, book chapters, invited review articles:**

Landsman IS: Pediatric Critical Care Illness and Injury (Assessment and Care), Pierog JE and Pierog LJ (eds.), Aspen Publications, 1984. Annals of Emergency Medicine 15:222, 1986.

Wasserman GS, <u>Landsman IS</u>: Pediatric Emergencies Manual, Eichlberger MR, Stossel-Patch G (eds.), University Park Press, 1984.  Annuals of Emergency Medicine 15:985, 1986.

Landsman IS: Comment on Intraosseous Infusions. Pediatric Therapeutics and Toxicology 9:36, 1987.

Landsman IS:  Respiratory Distress.  In: May HL, ed. Emergency Medicine, 2nd Edition Little, Brown and Company,  Boston, MA. pp. 1782-1786, 1992.

Rahman WM, <u>Landsman IS</u>:  Bone Development and Pediatric Considerations.  In: Reisdorff EJ, et al eds. Pediatric Emergency Medicine, W.B. Saunders Company, Philadelphia: pp. 928-934, 1992.

Landsman IS, Cook DR: Post-operative Pain Control in Infants and Children.  In: Breivik H, ed. Baillière's Clinical Anesthesiology: Post-operative Pain Management. W.B. Saunders Company Ltd, London: Vol. 9, No. 3, pp. 513-537, September 1995.

Landsman IS:  Acetaminophen.  In: Roizen MF and Fleisher LA, eds. Essence of Anesthesia Practice. W.B. Saunders Company, Philadelphia:  p. 467, 1997.

Landsman IS, Davis PJ:  Pharmacologic and Physiologic Considerations.  In: White PF, ed. Ambulatory Anesthesia and Surgery. W.B. Saunders Company Ltd, London: pp. 541-558, 1997.

Landsman IS, Davis, PJ, Badgwell JM:  General Anesthesia Maintenance, Emergence, and Tracheal Extubation. In: Badgwell JM, ed. Clinical Pediatric Anesthesia. Lippincott-Raven, Philadelphia: pp. 145-161, 1997.

Landsman IS:  The Laryngeal Mask Airway. In: Borland LM, ed. International Anesthesiology Clinics. Lippincott-Raven, Philadelphia: pp. 49-65, 1997.

Landsman IS: Mechanisms and Treatment of Laryngospasm. In: Borland LM, ed. International Anesthesiology Clinics. Lippincott-Raven, Philadelphia: pp. 67-73, 1997.

Landsman IS, Cook DR: Pediatric Anesthesia. In: O'Neill JA, Rowe MI, Grosfeld JL, et al ed. Pediatric Surgery. Mosby-Year Book, St. Louis: pp.197-228, 1998.

Joffe D, Davis PJ, <u>Landsman IS</u>, Firestone S: Early Extubation After Cardiac Operations in Neonates and Young Infants. Letters to the Editor, J Thorac Cardiovasc Surg 116(3):536, 1998.

Landsman IS, Hays SR, Vustar M: Pediatric Anesthesia. In: O'Neill JA, Grosfeld JL, et al  Pediatric Surgery. Elsevier, Philadelphia, PA. pp. 221-247, 2006.

Landsman IS, Wekhaven J: Anesthesia for Pediatric Otorhinolaryngologic Surgery. In Motoyama EK and Davis PJ ed.  Smith's Anesthesia for Infants and Children. Mosby, New York: pp. 789-822, 2006.

Landsman IS: Anesthesia for Pediatric Otorhinolaryngologic Surgery. In Motoyama EK and Davis PJ ed.  Smith's Anesthesia for Infants and Children. Mosby, Philadelphia: pp. 786-820, 2011.

Landsman IS: Pediatric Anesthesia. In: O'Neill JA, Grosfeld JL, et al  Pediatric Surgery. Elsevier, Philadelphia, PA. 7th Edition, in press.

Landsman IS, Deshpande JK, Zeigler L: Anesthesia for Genitourianary Surgery. In: Andropoulos DB, and Gregory, GA ed. Gregory's Pediatric Urology. Blackwell. London 5th Edition, in press.


## Letters to editor, book reviews, editorials:

## Abstracts:

Landsman IS:  Bacterial contamination of previously opened containers of saline irrigation solution. Pediatric Emergency Care 5:284, 1989.

Landsman IS, Davis PJ, McGowan Jr. FX, Maloney KM.  Comparison of the effects of desflurane or halothane anesthesia on the timing for removal of the laryngeal mask airway in pediatric patients undergoing outpatient surgery.  Abstract published in the syllabus as presented at the 1st joint winter meeting of the Society for Pediatric Anesthesia and American Academy of Pediatrics Section on Anesthesiology, p. 168, February 17-19, 1995.


Davis PJ, McGowan FX, Landsman IS, Maloney K, Hoffmann P. Ondansetron decreases the incidence of emesis following opioid anesthesia in children but does not effect PACU or hospital discharge time. Abstract published in the syllabus as presented at the 1st joint winter meeting of the Society for Pediatric Anesthesia and American Academy of Pediatrics Section on Anesthesiology, p. 69, February 17-19, 1995.

Davis PJ, McGowan Jr. FX, Landsman IS, Maloney KM, Hoffmann PC. Ondansetron decreases the incidence of emesis following opioid anesthesia in children but does not effect PACU or hospital discharge time.  Anesthesiology 83:A8, 1995.

Brandom BW, Lloyd ME, Woelfel SK, Simhi E, Landsman IS, Cook DR.  Comparison of the Datex EMG and Paragraph Monitors During Recovery From Pancuronium in Anesthetized Pediatric Patients. Anesth Analg 84:S228, 1997.

Davis PJ, Wilson AS, Landsman IS, Pigula F, Siewers R, Fertal KM. The Effects of Cardiopulmonary Bypass on Remifentanil Pharmacokinetics.  Anesthesiology 89:A1319, 1998.


## Presentations at Scientific Meetings:

Conference: Life Lines
Septic Shock. "Emergency Care of Children".
Sponsored by The Children's Mercy Hospital
Kansas City, MO
April 15, 1986

Conference: "Pediatric Advanced Life Support"
"Pediatric Advanced Life Support".  Sponsored by
The Children's Mercy Hospital and St. Luke's Hospital
Kansas City, MO
November 21-22, 1986

Conference: Pharmacological Approach to the Critically Ill Child.
Wound Management. "Pediatric Emergencies".
The National Conference for Practitioners
Chicago, IL

October 19-20, 1987

Conference: Coma. "Emergency Care of Children".
Sponsored by The Children's Mercy Hospital
Kansas City, MO
April 15, 1988

Conference: Carbon Monoxide Poisoning and Smoke Inhalation.
Wound Management. (3) Intravascular Access.
"Topics in Emergency Pediatrics"
St. Louis, MO
October 27-29, 1988

Conference: Life Lines and Intraosseous Infusions.
Humana Hospital of Dodge City Medical Staff Meeting
Dodge City, KS
March 21, 1989

Conference: Drowning and Hypothermia.
Intraosseous Infusion.
Kansas Emergency Technicians Association
Garden City, KS
April 6-8, 1989

Conference: Managing Pediatric Emergencies Focus on Respiratory, Orthopaedic and Abdominal
Problems.
Williamsburg, VA
April 19-20, 1990

Conference: The Language of Pediatric Orthopedics (Orthopedic-eze).
Emergency Department Evaluation of Sexual Abuse.
"Emergency Care of Children"
Sponsored by The Children's Mercy Hospital
Kansas City, MO
April 27, 1990

Ambulatory Pediatric Association Workshop: Wound Care for the Pediatrician Abrasions to Z-
Plasty.
Anaheim, CA
May 10, 1990.

Conference: Managing Pediatric Emergencies Focus on Respiratory, Orthopaedic and Abdominal
Problems.
Atlantic City, NJ
June 11-12, 1990

Conference: Managing Pediatric Emergencies Focus on Respiratory, Orthopaedic and Abdominal
Problems.
Toronto, Ontario, Canada
September 17-18, 1990

Conference: Managing Pediatric Emergencies Focus on Respiratory, Orthopaedic and Abdominal
Problems.
St. Louis, MO
October 15-16, 1990

Conference: Managing Pediatric Emergencies Focus on Respiratory, Orthopaedic and Abdominal
Problems.
Atlanta, GA
November 5-6, 1990

Conference: Epiglottitis, Croup, Intraosseous Access.
Maricopa Medical Center
Phoenix, AZ
August 9, 1993

Abstract Presentation: Case Study: Fluoroscopy as an Aid in Anesthetic Management of
Bronchogenic Cyst Resection. Sponsor: The Western Pennsylvania Society of Anesthesiologists.
Pittsburgh, PA
May 5, 1994

CA2 Didactic Seminar:
Current Controversies in Pediatric Anesthesia.
University of Pittsburgh Medical Center
Pittsburgh, PA
April 17, 1995

Conference:
Rocuronium and the Pediatric Patient.
The Laryngeal Mask Airway & the Pediatric Patient.
Hamot Medical Center
Erie, PA
June 3, 1995

Lecture: Pharmacokinetics and Pharmacodynamics of Muscle Relaxants in Children.
Valley Hospital
Ridgewood, NJ
September 12, 1995

Oral Board Review in Pediatrics
University of Pittsburgh Anesthesia Resident Program
CA-2 Residents
Pittsburgh, PA
October 17, 1995

Visiting Professor Lecture: Clinical Case Discussion.
Department of Anesthesia
New York University Medical Center
New York, NY
January 3, 1996

Lecture: Post-Op Pain Management in Pediatric Patients.
Las Vegas, NV
January 17, 1996

Lecture: Post-Op Pain Management in Pediatric Patients.
Cooper Hospital/University Medical Center Conference on Clinical Issues in Anesthesiology.
Stratton Mountain, VT
February 1, 1996

Lecture: The LMA: Use in the Pediatric Population.
West Virginia Association of Nurse Anesthetists
Annual State Meeting at The Greenbrier.
White Sulphur Springs, WV
March 23, 1996

Panel on Pediatric Pain Management:
Controversies in the Use of PCA and Spinal Axis Opioids in Children.
ASA Annual Meeting
New Orleans, LA
October 21, 1996

Conference:
The Laryngeal Mask Airway and Mechanisms and Treatment of Laryngospasm.
The 3rd International Symposium on the Pediatric Airway
Orlando, FL
November 15, 1996

Lecture: Pain Management.
Pediatric Surgery Department
Children's Hospital of Pittsburgh
Pittsburgh, PA
January 7, 1997

Workshop: LMA'S: Light Wands.
Society for Pediatric Anesthesiology Meeting
San Antonio, TX
February 14, 1997

Lecture: LMA in Children.
St. Francis Medical Center
Kansas City, MO
March 19, 1997

Lecture: Pain Management.
Anesthesia Nursing Graduate Program
University of Pittsburgh
Pittsburgh, PA
July 9, 1997

Lecture: Airway Workshop: LMA/Lightwand
American Academy of Pediatrics/Society for Pediatric
Anesthesia Winter Meeting
Phoenix, AZ
February 13-14,1998

Workshop: Pain Nursing Series.
Children's Hospital of Pittsburgh
Pittsburgh, PA
April 20, 1998

Lecture: Pediatric Pain Management.
Nurse Anesthesia Program
University of Pittsburgh
Pittsburgh, PA

July 8, 1998

Workshop: Bullard Laryngoscope.
American Academy of Pediatrics/Society for Pediatric
Anesthesia Annual Meeting
Las Vegas, NV
February 18-21, 1999

Lecture: Airway Nightmares.
American Academy of Pediatrics/Society for Pediatric
Anesthesia Annual Meeting
Las Vegas, NV
February 18-21, 1999

Lecture: Difficult Airway Workshop.
Society for Pediatric Anesthesia Meeting
Sanibel Harbor, FL
February 25-26, 2000

Lecture: Cardiovascular Physiology and Congenital Heart Disease.
University of Pittsburgh, PA
May 17, 2000

Lecture: Pediatric Pain Management.
University of Pittsburgh Anesthesia
Nursing Graduate Program
Pittsburgh, PA
May 17, 2000


Lecture: ICU Anesthesia Pre-OP
Hot Topics in Pediatric Anesthesia
Vanderbilt University Medical Center
Nashville, TN
January 8, 2002 & January 14, 2002

Lecture: Current Controversies in Pediatric Anesthesia
Tennessee Society of Anesthesiologist Annual Scientific Meeting
Franklin, TN
February 2002

Lecture: ASATT Presentation in Orlando
Topic: Airway Issues in Pediatric Anesthesia
Disney's Coronado Springs Resort,
Lake Buena Vista, FL
October 12, 2002

Lecture: ASA Panel Anesthetic & Critical Care Issues in
Solid Organ Transplantation
Topic: Pediatric Lung Transplantation
Orange County Convention Center
October 14, 2002

Lecture: Keeping It Safe & Simple "KISS"
Tennessee Society of Anesthesiologists Meeting
Hilton Suites Nashville Downtown, Nashville, TN

February 8, 2003

Conference: Topics in Pediatric Anesthesia
New Mexico Society of Anesthesiologists Annual Meeting
La Posada de Albuquerque
Albuquerque, NM
May 17, 2003

Conference: Topics in Pediatric Anesthesia
St. Jude Children's Research Hospital
Memphis, TN
May 23-24, 2003

Lecture: Pediatric ENT Anesthesia
Tennessee Society of Anesthesiologists Meeting
Vanderbilt Lowe's Hotel
Nashville, TN
February 21, 2004

PBLD: A Neonate with a Vein of Galen Aneurysmal Malformation (VGAM) and
Congestive Heart Failure Scheduled for Neuroembolization
American Society of Anesthesiologists Annual Meeting
Chicago, IL
October 16-17, 2006

PBLD: Anesthetic Implications of Neonatal Vein of Galen Aneurysmal Malformation (VGAM)
Society for Pediatric Anesthesia Annual Winter Meeting
Phoenix, AZ
March 2007

Lecturer: Premier Anesthesia Seminars
Contemporary Anesthesia Review and ACLS/PALS Recertification
Problem based learning pediatric anesthesia vignettes
How to approach the pediatric difficult airway
Laryngospasm
Cricoid Pressure
Hot Topics in Pediatric Anesthesia
CE credit from American Association of Nurse Anesthetists
Lake Buena Vista, FL
July 1-6, 2007

Lecturer: Premier Anesthesia Seminars
Contemporary Anesthesia Review and ACLS/PALS Recertification
Problem based learning pediatric anesthesia vignettes
How to approach the pediatric difficult airway
Laryngospasm
Cricoid Pressure
Hot Topics in Pediatric Anesthesia
CE credit from American Association of Nurse Anesthetists
Fairmont Southampton
Hamilton, Bermuda
August 26-30, 2007

PBLD: Anesthetic Implications of Neonatal Vein of Galen Aneurysmal Malformation (VGAM)
American Society of Anesthesiologists Annual Meeting

San Francisco, CA
October 14-15, 2007

Gunn, D, Landsman IS, Chester M.
Poster Presentation: Pediatric Wada Testing
American Society of Anesthesiologists Annual Meeting
Chicago, Illinois
October 2007

Lecturer: Premier Anesthesia Seminars
Contemporary Anesthesia Review and ACLS/PALS Recertification
Problem based learning pediatric anesthesia vignettes
How to approach the pediatric difficult airway
Laryngospasm
Cricoid Pressure
Hot Topics in Pediatric Anesthesia
CE credit from American Association of Nurse Anesthetists
Caesar's Palace
Las Vegas, Nevada
May 7-8, 2008

Poster Presentation: Double Lumen Tube Placement in Pediatric ICU Patients for Differential Lung Ventilation
Johnstone, S, Kulkarni, M, Landsman, I
American Society of Anesthesiologists Annual Meeting
Orlando, Florida
October 20, 2008


Lecturer: Premier Anesthesia Seminars
Contemporary Anesthesia Review and ACLS/PALS Recertification
Problem based learning pediatric anesthesia vignettes
How to approach the pediatric difficult airway
Laryngospasm
Cricoid Pressure
Hot Topics in Pediatric Anesthesia
CE credit from American Association of Nurse Anesthetists
The Atlantis Resort
Paradise Island, Bahamas
October 22, 2008

Lecturer: Premier Anesthesia Seminars
Anesthesia Review and ACLS/PALS Recertification
Hot Topics in Pediatric Anesthesia
Cricoid Pressure
Laryngospasm
How to approach the pediatric difficult airway
Problem based learning pediatric anesthesia vignettes
CE credit from American Association of Nurse Anesthetists
The Atlantis Resort
Paradise Island, Bahamas
January 21, 2009

Lecturer: Pediatric Pain Management
Fundamentals of Pediatric Anesthesia Meeting

Society for Pediatric Anesthesia Annual Winter Meeting
Jacksonville, FL
March 21, 2009

PBLD: A 1 year old with a failed Kasai Procedure, Acute Renal Failure and Portal Vein
Thrombosis for Liver Transplant
Society for Pediatric Anesthesia Annual Winter Meeting
Jacksonville, FL
March 22, 2009

Lecturer: Northwest Anesthesia Seminars, Inc.
Current Topics in Pediatric Anesthesia
How to Approach the Pediatric Difficult Airway
Cricoid Pressure
Pediatric ENT Anesthesia
Malignant Hyperthermia
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Memphis, TN
March 26-29, 2009

Lecturer: Premier Anesthesia Seminars
Hot Topics in Anesthesia
Cricoid Pressure
Laryngospasm
How to Approach the Pediatric Difficult Airway
Problem Based Learning Pediatric anesthesia Vignettes
Group Discussion
CE credit from American Association of Nurse Anesthetists
Coronado, CA
June 10, 2009
Lecturer: Premier Anesthesia Seminars
Malignant hyperthermia
Transitional tasks of the Newborn
Pediatric ENT
Review of Congenital Heart Disease
Problem Based Learning – Pediatric Trauma
Group Discussion
CE credit from American Association of Nurse Anesthetists
Coronado, CA
June 11, 2009

Lecturer: Northwest Anesthesia Seminars, Inc.
Current Topics in Pediatric Anesthesia
How to Approach the Pediatric Difficult Airway
Cricoid Pressure
Pediatric ENT Anesthesia
Malignant Hyperthermia
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Las Vegas, NV
September 5-6, 2009

PBLD: Postoperative Complications
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Dallas, TX

41

March 4-7, 2010

Lecturer: Northwest Anesthesia Seminars, Inc.
Anesthesia Update Meeting
Hot Topics in Pediatric Anesthesia
How to Approach the Pediatric Difficult Airway
LaryNasngospasm
Cricoid Pressure
Pediatric ENT
Problem Based Learning Pediatric Anesthesia Vignettes
Malignant Hyperthermia
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Dallas, TX
March 4-7, 2010

PBLD: Anesthetic Implications of Neonatal Vein of Galen Aneurysmal Malformation
Society for Pediatric Anesthesia Annual Winter Meeting
San Antonio, TX
April 18, 2010

Poster Presentation: Liver Transplantation While on ECMO
Landsman, IS, and Karsanac CJ
Society for Pediatric Anesthesia Annual Winter Meeting
San Antonio, TX
April 18, 2010

Lecturer: Premier Anesthesia Seminars
Current Topics in Pediatric Anesthesia
How to Approach the Pediatric Difficult Airway
Pediatric ENT Anesthesia
Malignant Hyperthermia
Laryngospasm
PBLD: Postoperative Complications
CE credit from American Association of Nurse Anesthetists
St. John, Virgin Islands
April 26-28, 2010

Lecturer: Northwest Anesthesia Seminars, Inc.
Current Controversies in Pediatric Anesthesia
Pediatric ENT Anesthesia
PBLD: Pediatric Anesthesia Vignettes
Webb Roberts Center for Continuing Medical Education, Baylor Health Care System
Nashville, TN
May 20, 2010

Lecturer: Northwest Anesthesia Seminars, Inc.
How to Approach the Pediatric Difficult Airway
Airway Nightmares
Problem Based Learning Pediatric Anesthesia Vignettes
Current Controversies in Pediatric Anesthesia
Pediatric ENT Anesthesia
Keeping It Safe & Simple: KISS

Laryngospasm
Post-Op Pain Management in Pediatric Patients
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
New York, NY
May 25-27, 2010

Lecturer: Northwest Anesthesia Seminars, Inc.
How to Approach the Pediatric Difficult Airway; Cricoid Pressure; Laryngospasm; Keeping it Safe
& Simple AKISS@; PBLD: Pediatric Anesthesia Vignettes; The Pediatric Patient with a Single
Ventricle; Hot Topics in Pediatric Anesthesia; ICU Anesthesia Pre-Op; Pediatric Renal Transplant;
Pediatric Liver Transplant
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Alaska Cruise Northbound via The Inside Passage
August 8-15, 2010

Lecturer: Northwest Anesthesia Seminars, Inc.
Pharmacologic Management of Laryngospasm
KISS Pediatric Anesthesia
Hot Pharmacology Topics in Pediatric Anesthesia
Postoperative Pain Management in Pediatric Patients
Pharmacologic Approach to the Difficult Pediatric Airway
Pharmacology in the Treatment of Malignant Hyperthermia
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Las Vegas, NV
September 6-9, 2010


Lecturer: Northwest Anesthesia Seminars, Inc.
Current Controversies in Pediatric Anesthesia
Pediatric ENT Anesthesia
Too Cool for School: Complications from Unintentional Hypothermia
LMA and Airway Management
Keeping It Safe & Simple "KISS"
Problem Based Learning Pediatric Anesthesia Vignettes
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Paradise Island, Bahamas
October 4-7, 2010

PBLD: Anatomy of a Pediatric Transplant
American Society of Anesthesiologist Annual Meeting
San Diego, CA
October 16, 2010 (accepted but not presented)

Poster Presentation: Vein of Galen Repair in 38 Week Newborn with High-Output Cardiac Failure
Korzyniowski, A, Landsman I
American Society of Anesthesiologist Annual Meeting
San Diego, CA
October 18, 2010

PBLD: Anesthetic Implications of Neonatal Vein of Galen Aneurysmal Malformation (VGAM)
American Society of Anesthesiologist Annual Meeting
San Diego, CA

October 18, 2010 (accepted but not presented)

Lecturer: Northwest Anesthesia Seminars, Inc.
Cricoid Pressure Controversies in Pediatric Anesthesia
Hot Topics in Pediatric Anesthesia
"KISS": Keeping it Safe and Simple
How to Approach the Pediatric Difficult Airway
Post-Op Pain Management in Pediatric Patients
Problem Based Learning Pediatric Anesthesia Vignettes
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Las Vegas, NV
January 24-27, 2011

Abstract Presentation: Anesthetic Implications of Angelman's Syndrome
Landsman I, Mitzel H
Society for Pediatric Anesthesia Annual Spring Meeting
San Diego, CA
March 31 - April 3, 2011

PBLD: An Anatomy of a Liver Transplant
Landsman, IS
Society for Pediatric Anesthesia Annual Spring Meeting
San Diego, CA
April 3, 2011

Lecturer: Northwest Anesthesia Seminars, Inc.
Current Controversies in Pediatric Anesthesia
Keeping It Safe & Simple "KISS"
How to Approach the Pediatric Difficult Airway
Pediatric ENT Anesthesia
Cricoid Pressure Controversies
Post-Op Pain Management in Pediatric Patients
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Las Vegas, NV
April 4-7, 2011

Lecturer: Guatemala City Society of Pediatrics
Preoperative Quandaries in Pediatric Anesthesia
Guatemala City, Guatemala
March 28, 2011

Abstract Presentation: Pediatric Liver Retransplantation on ECMO
Landsman, IS
Joint International Congress of ILTS
Valencia, Spain
June 22, 2011

Lecturer: Northwest Anesthesia Seminars, Inc.
Hot Topics in Pediatric Anesthesiology
How to Approach the Pediatric Difficult Airway

44

Pediatric ENT Anesthesia
Keeping it Safe and Simple
PBLD: Pediatric Anesthesia Vignettes
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Williamsburg, VA
July 2011

Abstract Presentation: Anesthetic Implications of Angelman's Syndrome
Landsman, IS
American Society of Anesthesiologists Annual Meeting
Chicago, IL
October 16, 2011

Abstract Presentation: Pierre Robin Syndrome: A Difficult Airway in a Neonate
Landsman, IS
American Society of Anesthesiologists Annual Meeting
Chicago, IL
October 16, 2011

Abstract Presentation: Your Epidural Paralyzed My Patient.
Landsman, IS
Annual NYSSA-PGA Meeting
New York, NY
December 10, 2011

Lecture: Con- RSI in Pediatrics
Landsman, IS
National Conference of Indian Association of Paediatric Anaesthesiologists
Annual Meeting
Hyderabad, India
February 11, 2012

Lecture: Preoperative Dilemmas
Landsman, IS
National Conference of Indian Association of Paediatric Anaesthesiologists
Annual Meeting
Hyderabad, India
February 11, 2012

Moderator: Difficult Airway Symposia
Landsman, IS
National Conference of Indian Association of Paediatric Anaesthesiologists
Annual Meeting
Hyderabad, India
February 12, 2012

PBLD: Your Epidural Paralyzed My Patient
Landsman, IS, Hays SR
Society for Pediatric Anesthesia Annual Meeting
Tampa, FL
February 22, 2012

Abstract Presentation: Institution of a Quality Assurance Program in Off-Site Anesthesia for Pediatric MRI.
Landsman, IS
Society for Pediatric Anesthesia Annual Meeting
Tampa, FL
February 22, 2012

Abstract Presentation: Innovative practice model for anticipatory guidance, preparation and education for pediatric patients requiring sedation for MRI.
Landsman, IS, Kinch, J
NAPNAP Annual Meeting
San Antonio, TX
March 2012

Abstract Presentation: How do you build a pediatric sedation service? A description of a multidisciplinary approach to pediatric sedation services at Monroe Carell Jr. Children's Hospital at Vanderbilt.
Landsman, IS, Kinch J
NAPNAP Annual Meeting
San Antonio, TX
March 2012

Lecturer: Northwest Anesthesia Seminars, Inc.
Hot Topics in Pediatric Anesthesia
Pediatric Anesthesia Vignettes
How to Approach the Pediatric Difficult Airway
Cricoid Pressure Controversies
Pediatric ENT Anesthesia
Malignant Hyperthermia
PACU Pain and Emergence Agitation
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Las Vegas, NV
April 16-19, 2012

Ira Landsman, MD

EXPERT WITNESS - ATTORNEY FEE GUIDELINES

**Letter to Attorney** $200/hr

**Consult Conference** $500/hr

**Telephone Conference** $500/hr

**Review of Medical Records** $500/hr

**Preparation of Deposition** $500/hr

**Deposition\*** $3000/day
(Payment is required at time of
deposition.  Notification of
cancellation is required at least
seven days in advance.)

**Court Testimony**

Standing Fee Per Day\* $4500
Testimony Fee Per Hour\* $2250

**All travel expenses paid in addition to fee.**
**\*Payment in full is required two weeks in advance.**
**Fees are refundable provided that notification of**
**cancellation is received at least seven days in**
**advance.**

REV 5/6/2014