# EXHIBIT B

# Defendant's Expert Disclosure of Jay Werkhaven, M.D.

J-54170

**JAY WERKHAVEN, M.D.**
**Vanderbilt University Medical Center**
**2200 Children's Way**
**Doctors Office Tower, 7th Floor**
**Nashville, Tennessee 37232**

**May 9, 2014**

<u>**EXPERT WITNESS REPORT**</u>

<u>**LOVELACE v. PEDIATRIC ANESTHESIOLOGISTS, P.A.;**</u>
<u>**BABU RAO PAIDIPALLI; and MARK P. CLEMONS**</u>

I, Jay Werkhaven, M.D. have been retained to evaluate the medical treatment rendered by Mark Clemons, M.D. to Brett Lovelace on March 12, 2012, at LeBonheur Hospital. In 2012, I was licensed in Tennessee and a practicing otolaryngologist in Nashville, Tennessee, and was so licensed and practicing at least one year prior thereto. I am familiar with the recognized standard of acceptable professional practice for otolaryngologists in March, 2012, in Memphis, Tennessee. My qualifications are set forth in my *curriculum vitae*.

In forming my opinions, I reviewed the following:

1.      LeBonheur medical records of Brett Lovelace.

2.      Medical records of Dr. Clemons.

3..      Deposition of Dr. Mark Clemons.

The facts I considered in forming opinions are as follows:

The patient, Brett Lovelace, age twelve (12) was obese and had a past history of asthma. He was admitted to LeBonheur on March 12, 2012, for a tonsillectomy and adenoidectomy which was performed by Dr. Mark Clemons. Pre-operatively, the patient was worked up and evaluated by the anesthesia personnel including Dr. Paidipalli. There were no problems intra-operatively, and Dr. Clemons completed the surgical aspects of the case.

When the case was over, the patient was extubated by anesthesia, which was responsible for monitoring respiratory status. The patient was placed on supplemental oxygen and taken from the operating room to recovery (PACU), where the patient was assigned to the recovery room nurse.

In the recovery room, Nurse Kish was assigned to this patient and remained at his bedside throughout. One of the responsibilities of the recovery room nurse is to evaluate the patient's respiratory status and maintain an airway. In addition to the nurse being present, the patient was hooked up to a pulse oximeter.

The patient remained in the recovery room for approximately ninety (90) minutes with no report or indication of respiratory problems, but, after approximately ninety (90) minutes, it became apparent that the patient was in respiratory distress. No one called Dr. Clemons until after the code.

It is my opinion that Dr. Clemons complied with the recognized standard of acceptable professional practice for otolaryngologists in Memphis, Tennessee and similar communities with regard to the medical treatment he rendered to Brett Lovelace on March 12, 2012 in the following particulars:

1.      Dr. Clemons performed the surgical procedures of tonsillectomy and adenoidectomy in accordance with the standard of care, and there were no intra-operative problems or complications.

2.      Dr. Clemons appropriately relied upon the anesthesia personnel to evaluate the patient pre-operatively to administer anesthesia, to extubate the patient, and to monitor and assess the patient in recovery. A surgeon such as Dr. Clemons is not expected to perform the functions of an anesthesiologist.

3.      The patient was taken from the operating room to recovery (PACU), where the patient was assigned one-on-one with a recovery room nurse, who remained at the patient's bedside throughout.  This was a hospital function, and the surgeon, such as Dr. Clemons, was not required or expected to position the patient or monitor the patient while the patient was in the recovery room (PACU).

4.      The recovery room personnel were responsible for monitoring the patient which includes insuring that the airway is maintained and the patient is oxygenated.  The patient was hooked up to a pulse oximeter, all of which are not functions to be performed by the surgeon such as Dr. Clemons.

5.      Dr. Clemons performed the surgery appropriately, and the standard of care did not require Dr. Clemons to monitor this patient in the recovery room (PACU), and Dr. Clemons was never contacted by anyone from the recovery room about this patient during the ninety (90) minutes between arrival in PACU and the respiratory code.

6.      Monitoring anesthesia and its after effects are not the surgeon's function or responsibility.  Further, monitoring and insuring a functioning airway is the responsibility of the PACU personnel, not the surgeon.

7.      No medical treatment on the part of Dr. Clemons caused the patient, Brett Lovelace, to sustain injuries and damages which would not otherwise have occurred.

The opinions stated above regarding Dr. Clemons' compliance with the recognized standard of acceptable professional practice for otolaryngologists practicing in Memphis, Tennessee and similar communities in March, 2012, are based upon my education, training and experience based upon the medical records and testimony of Dr. Clemons.

I intend to provide expert testimony in connection with the treatment rendered by Dr. Clemons, but not as to any other healthcare provider.

Within the past four (4) years, I have not testified at trial, but have testified by deposition in one case styled ___Evans___ vs. ___Williams___, in the ___Circuit___ Court of ___Gibson County___.

My publications for the past ten (10) years are contained in my CV attached.

I follow the fee schedule imposed by Vanderbilt University Medical School for expert review and testimony. The hourly charge is basically $600.00 for review of cases and $7,500.00 per day for out-of-town court testimony.

JAY WERKHAVEN, M.D.

4841-6482-6138, v. 2

# CURRICULUM VITAE

**Jay Werkhaven., M.D.**

**Department of Otolaryngology-Pediatric**

**The Vanderbilt Bill Wilkerson Center at**
**Monroe Carell Jr. Children's Hospital at Vanderbilt**

**2200 Children's Way**

**7th Floor, Doctor's Office Tower**

**Nashville, Tennessee   37232-9307**

**JULY 3, 2013**

CURRICULUM VITAE

JAY WERKHAVEN, M.D.

## PERSONAL INFORMATION

Business Address:   The Vanderbilt Bill Wilkerson Center for Otolaryngology and
                    Communication Sciences
                    Department of Otolaryngology-Head & Neck Surgery
                    2200 Children's Way
                    7th Floor, Doctors' Office Tower
                    Nashville, Tennessee   37232-9307
                    Wendy Crumley        615-875-3737 (Office Assistant IV)
                    Office:              615-875-0584
                    Fax:                 615-875-0101
                    E-Mail:              jay.werkhaven@vanderbilt.edu

Date of Birth:      August 11, 1956

## EDUCATION

Medicine:           Doctor of Medicine
                    Bowman Gray School of Medicine
                    Wake Forest University
                    Winston-Salem, North Carolina
                    1982

Pre-Med             Wittenburg University
                    Bachelor of Arts – Chemistry
                    Magna Cum Laude
                    Springfield, OH
                    1978

## POST-GRADUATE TRAINING

Internship:         General Surgery
                    University of Illinois at Chicago
                    Chicago, IL
                    1982-1983

Residency:          Otolaryngology
                    University of Illinois at Chicago Medical Center
                    Chicago, IL
                    1983-1987

Fellowship:         Pediatric Otolaryngology
                    NIH Training Grant Research Fellow
                    Children's Hospital in Pittsburgh
                    Pittsburgh, PA
                    1987-1988

| | |
|---|---|
| Fellowship (Continued): | Pediatric Otolaryngology<br>Children's Hospital of Pittsburgh<br>Pittsburgh, PA<br>1988-1989 |
| **LICENSURE** | Tennessee<br>1989-Present<br>License Number: MD 019508 |
| **BOARD CERTIFICATION** | American Board of Otolaryngology, Pediatric, 1987<br>American Board of Otolaryngology, 1985<br>National Board of Medical Examiners, 1983 |

**ACADEMIC APPOINTMENTS**

| | |
|---|---|
| *1987-1988* | *Assistant Instructor*<br>Department of Otolaryngology<br>University of Pittsburgh School of Medicine |
| *1988-1989* | *Instructor*<br>Department of Otolaryngology<br>University of Pittsburgh School of Medicine |
| 1989-1991 | *Assistant Professor*<br>Department of Otolaryngology<br>Vanderbilt Bill Wilkerson Center at Monroe Carrel's Children's Hospital<br>Vanderbilt University School of Medicine |
| 1992-2000 | *Assistant Professor*<br>Department of Otolaryngology<br>Vanderbilt Bill Wilkerson Center at Monroe Carrel's Children's Hospital<br>Vanderbilt University School of Medicine |
| 2000-Present | *Associate Professor*<br>Department of Otolaryngology<br>Vanderbilt Bill Wilkerson Center at Monroe Carrel's Children's Hospital<br>Vanderbilt University School of Medicine |
| 2006-2013 | *Director*<br>Division of Pediatric Otolaryngology<br>Vanderbilt Bill Wilkerson Center at Monroe Carrel's Children's Hospital<br>Vanderbilt University School of Medicine |
| 2013-Present | Director of Analytics<br>Division of Pediatric Otolaryngology<br>Vanderbilt Bill Wilkerson Center at Monroe Carrel's Children's Hospital<br>Vanderbilt University School of Medicine |

## HOSPITAL APPOINTMENTS

1991-1992
Staff
Division of Pediatic Otolaryngology
Nemours Children's Clinic
Jacksonville, FL

2006-2013
Director – Division of Pediatric Otolaryngology
Monroe Carell Jr. Children's Hospital at Vanderbilt
2200 Children's Way
Nashville, Tennessee  37232

2013-Present
Director of Analytics – Division of Pediatric Otolaryngology
Monroe Carell Jr. Children's Hospital at Vanderbilt
2200 Children's Way
Nashville, Tennessee  37232

2001-2011
Active Staff
St. Thomas Hospital
4220 Harding Road
Nashville, Tennessee  37205

2012-2014
Active Staff
Baptist Hospital
200 Church Street
Nashville, Tennessee  37201

## PROFESSIONAL ORGANIZATIONS

American Medical Association
Tennessee Medical Association
Nashville Academy of Medicine
American Academy of Otolaryngology-Head and Neck Surgery
Society for Ear, Nose and Throat Advances in Children
American Society of Pediatric Otolaryngology
American Broncho-Esophological Association
American Society for Laser Medicine and Surgery
Wilderness Medical Society
Society of University Otolaryngologists - Head and Neck Surgeons
Nashville Academy of Otolaryngology - Head and Neck Surgery
Optical Society of America
American Society for Photobiology
Society of Photo-Optical Instrumentation Engineers (SPIE)
Biomedical Optics Society

## HONORS AND AWARDS

Undergraduate:

1975
Phi Eta Sigma Honorary

1977
Outstanding Chemistry Student

1978
American Chemical Society Award

Graduate:

1978-1982          Charles Alva Strickland Scholarship

Professional:

1994          Named to list of <u>Best Doctors in America</u>
1994          American Academy of Otolaryngology - Head and Neck Surgery Honor Award
1995          Named to list of <u>Best Doctors in America: Midwest Region (1996-1997)</u>
1998          Named to list of <u>Best Doctors in America</u>
2004-2005    Named to list of <u>Best Doctors in America</u>
2010          Named to <u>Guide to America's Top Physicians</u>
2011          Named to list of <u>Best Doctors in America</u>
2013          Named to list of <u>Best Doctors in America</u>
2013          Aerodigestive Conference Panel Member
2013          Nashville Business Journal, Best Doctors List
2014          Named to list of <u>Best Doctors in America</u>
2014          Castle Connoly Americas Top Doctors

## POSTERS

1. *Ewings Sarcoma.* Presented as a Poster. American Society for Pediatric Otolaryngology, annual meeting, Kiawah, SC, April 1988 (with K. Chan).
2. MRI and CT Imaging of Foreign Bodies in the Aerodigestive Tract. Presented as a Poster. American Society for Pediatric Otolaryngology Annual Meeting, Kiawah, SC, 1988 (with K. Chan).
3. *Infectious Mononucleosis with Airway Obstruction and Cranial Nerve Paralysis.* Presented as a Poster. American Society for Pediatric Otolaryngology Fourth Annual Meeting, San Diego, CA, May 17-20, 1989, (with B. Maddern and S.Stool).
4. *The Effect of Steroids or Tissue Precooling on Edema and Tissue Thermal Coagulation after CO$_2$ Laser Impact.* Presented as a poster at the American Academy of Otolaryngology--Head and Neck Surgery / Association for Research in Otolaryngology Research Forum, San Diego, CA, September 9 - 13, 1990, (with L. Sheppard, S. Mickelson, J. Crissman, E. Peterson, and G. Jacobsen).
5. *Internal Carotid Artery Aneurysms Presenting as Neck Masses.* Presented as a poster at the American Academy of Otolaryngology--Head and Neck Surgery Annual Meeting, San Diego, CA, September 9 - 13, 1990, ( with D. Haynes, J. Netterville, and M. Schwaber).
6. *CO$_2$ Laser Micromanipulator Parallax Error Resolved.* Presented as a poster at the American Academy of Otolaryngology Annual Meeting, Kansas City, MO, September 22-26,1991, (with J. Duncavage, R. Ossoff, and S. Shapshay).
7. *CO$_2$ Laser Microtrapdoor Flap Excision of Subglottic Stenosis.* Presented as a poster to the American Society of Pediatric Otolaryngology. Annual Meeting, Combined Otolaryngological Spring Meetings, Palm Desert, CA, April 13-15, 1992, (with D. Weed and R. Ossoff).
8. *Sarcoidosis of the Pediatric Larynx.* Presented as a poster at the American Society of Pediatric Otolaryngology, Combined Otolaryngology Spring Meeting, May 12-13, 1999, Palm Beach, FL ( by T Kenny  with JL Netterville ).
9. *Bilateral Lemierre's Syndrome: A Case Report and Review of the Literature.* Presented as a poster at the Southern Section Meeting, Triologic Society, Jan 11-13,2001,Marco Island, FL, (by Brian A. Moore with Catherine Dekle).
10. *Mafucci's Syndrome and Cartilaginous Neoplasms of the Trachea.* Presented as a poster at the American Academy of Otolaryngology - Head and Neck Surgery, 105th Annual Meeting, Denver, CO, Sept 9-12,2001, (by Brian A. Moore with Michael J. Rutter and Robin T. Cotton).

11. *Nasal Crusting as a Presenting Symptom of Ectodermal Dysplasia.* Presented as a poster to the American Society of Pediatric Otolaryngologists. May 27-28, 2005, Las Vegas, NV, (with J Wittkopf and MD Latev).

12. *Jugular Vein Phlebectasia,* Accepted as a poster to the American Academy of Otolaryngology - Head and Neck Surgery, Annual Meeting, Sept 17-20,2006, Toronto, Ontario, Canada, by Vikas Singh (with J Cutler).

**TEACHING: COURSES, SYMPOSIA, AND SEMINARS**

1. *Current Applications in Laser Treatment for Cancer,* Midwest Bio-Laser Institute, Wenske Laser Center, Ravenswood Hospital Medical Center, Chicago, IL, October 12-13, 1985.

2. *Laser Applications in Podiatric Medicine,* Midwest Bio-Laser Institute, Ravenswood Hospital Medical Center, Chicago, IL, February 15, 1986.

3. *The Use of Lasers in Ophthalmology and Dermatology/Plastic,* 21st Annual Meeting, Association for the Advancement of Medical Instrumentation, Chicago, IL, April 12-16, 1986.

4. *Argon Laser Therapy,* Lasers in Podiatric Medicine, Wenske Laser Center, Ravenswood Hospital Laser Center, Chicago, IL, May 10, 1986.

5. *Argon Laser Therapy,* Lasers in Podiatric Medicine, Wenske Laser Center, Ravenswood Hospital Laser Center, Chicago, IL, June 21, 1986.

6. *Argon Laser Therapy,* Lasers in Podiatric Medicine, Wenske Laser Center, Ravenswood Hospital Laser Center, Chicago, IL, August 2, 1986.

7. *Argon Laser Therapy,* Lasers in Podiatric Medicine, Wenske Laser Center, Ravenswood Hospital Laser Center, Chicago, IL, September 13, 1986.

8. *The YAG Laser: Applications in Gynecology.* Wenske Laser Center, Ravenswood Hospital Medical Center, Chicago, IL, September 19-20, 1986.

9. *The Use of Argon Laser in Medicine and Surgery,* Ravenswood Hospital Medical Center, Chicago, IL, October 11, 1986.

10. *Argon Laser Therapy, Lasers in Podiatric Medicine,* Wenske Laser Center, Ravenswood Hospital Laser Center, Chicago, IL, October 25, 1986.

11. *Argon Laser Therapy, Lasers in Podiatric Medicine,* Wenske Laser Center, Ravenswood Hospital Laser Center, Chicago, IL, December 6, 1986.

12. *Lasers in Podiatric Medicine and Cutaneous Disease,* Midwest Bio-Laser Institute and Wenske Laser Center, Ravenswood Hospital Medical Center, Chicago, IL, February 21, 1987.

13. *Basic Science Section,* Seventh Annual Meeting, American Society of Laser Medicine and Surgery (Moderator), San Francisco, CA, April 1987.

14. *Lasers in Podiatric Medicine and Cutaneous Disease,* Midwest Bio-Laser Institute and Wenske Laser Center, Ravenswood Hospital Medical Center, Chicago, IL,May 9, 1987.

15. *Argon Laser Applications, Lasers in Surgery and Gynecology,* Wenske Laser Center, Ravenswood Hospital Medical Center, Chicago, IL, March 18-20, 1988.

16. *ENT Skill Session. Family Practice Refresher Course.* University of Pittsburgh, June 11, 1988.

17. *Argon Laser Applications, Lasers in Surgery and Gynecology,* Wenske Laser Center, Ravenswood Hospital Medical Center, Chicago, IL, July 16-17, 1988.

18. *Sleep Apnea in Children; Current Studies in Otitis Media.* Grand Rounds and Resident Teaching Rounds, Department of Otolaryngology-Head and Neck Surgery, Vanderbilt University, Nashville, TN, October 6, 1988.

19. *Upper Respiratory Papillomas in Children, Etiologic, Clinical and Therapeutic Aspects,* Magee-Womens Hospital, Department of Pathology and University of Pittsburgh, Pittsburgh, PA, October 15, 1988.

20. *Sinusitis in Children.* Grand Rounds, Department of Otolaryngology-Head and Neck Surgery, University of Michigan, Ann Arbor, MI, November 9, 1988.

21. *$CO_2$ Laser Applications in Otolaryngology.* Grand Rounds, Department of Otolaryngology-Head and Neck Surgery, University of Minnesota, Minneapolis, MN, December 10, 1988.

22. *Director, Lasers 1989: An Introduction to the Carbon Dioxide Laser for Surgeons and Allied Personal,* University of Pittsburgh, Pittsburgh, PA, January 6-7, 1989.

23. *Otolaryngology Consultant to the Federated States of Micronesia.* Patient care, February 1-March 3, 1989.

24. *Visiting Instructor in Otolaryngology.* Pacific Basin Medical Training Program, Colonia, Pohnpei, Micronesia, February 6-17, 1989.

25. *Basic Laser Physics, Lasers in Otolaryngology - Head and Neck Surgery (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, September 16, 1989.

26. *Advances in Pediatric Otolaryngology, Contemporary Issues in Pediatric Medicine,* Reunion '89, Vanderbilt University Medical Center, Nashville, Tn., October 20, 1989.

27. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck Surgery (Part I),* Vanderbilt University Medical Center, Department of Otolaryngology, November 16-17, 1989.

28. *Basic Laser Physics, Lasers in Otolaryngology - Head and Neck Surgery (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, November 18, 1989.

29. *Argon Lasers in Otolaryngology - Head and Neck Surgery, Lasers in Otolaryngology (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, November 18, 1989.

30. *CO2 Laser Applications in Surgery,* Wenske Laser Center, Ravenswood Hospital Medical Center, Chicago, Il., January 27, 1990.

31. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck Surgery (Part I),* Vanderbilt University Medical Center, Department of Otolaryngology, February 8-9, 1990.

32. *Basic Laser Physics, Lasers in Otolaryngology - Head and Neck Surgery (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, February 10, 1990.

33. *Argon Lasers in Otolaryngology - Head and Neck Surgery, Lasers in Otolaryngology (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, February 10, 1990.

34. *Physical Exam of the Head and Neck.* Physical Diagnosis instruction to Second Year Medical Students, Vanderbilt University School of Medicine, Jan.-Apr., 1990.

35. *Pediatric Sinus Disease, Endoscopic Sinus Surgery Workshop,* Vanderbilt University Medical Center, Department of Otolaryngology, August 10 - 11, 1990.

36. *Medical Management of Otitis Media, Newborn Hearing Screening Workshop,* Vanderbilt University Medical Center, Department of Otolaryngology, August 10 - 11, 1990.

37. *Endoscopic Evaluation and Treatment of Pediatric Stridor, Pediatric Symposium,* Vanderbilt University Medical Center, Tennessee Chapter of the American Academy of Pediatrics and Tennessee Medical Association, September 14, 1990.

38. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck Surgery (Part I),* Vanderbilt University Medical Center, Department of Otolaryngology, November 29-30, 1990.

39. *Basic Laser Physics, Lasers in Otolaryngology - Head and Neck Surgery (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, December 1, 1990.

40. *Argon Lasers in Otolaryngology - Head and Neck Surgery, Lasers in Otolaryngology (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, December 1, 1990.

41. *Laser Applications in Gynecology and General Surgery,* Wenske Laser Center, Ravenswood Hospital Medical Center, Chicago, Il., December 13-15, 1990.

42. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck Surgery (Part I and II),* Vanderbilt University Medical Center, Department of Otolaryngology, February 21-23, 1991.

43. *Basic Laser Physics, Lasers in Otolaryngology - Head and Neck Surgery (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, February 21-23, 1991.

44. *Argon Lasers in Otolaryngology - Head and Neck Surgery, Lasers in Otolaryngology (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, February 21-23, 1991.

45. *Pediatric Sinus Disease, Endoscopic Sinus Surgery Workshop*, Vanderbilt University Medical Center, Department of Otolaryngology, April 5-6, 1991.

46. *Basic Laser Physics, Lasers in Otolaryngology - Head and Neck Surgery (Part II)*, Vanderbilt University Medical Center, Department of Otolaryngology, April 11-13, 1991.

47. *Argon Lasers in Otolaryngology - Head and Neck Surgery, Lasers in Otolaryngology - Head and Neck Surgery (Part II)*, Vanderbilt University Medical Center, Department of Otolaryngology, April 11-13, 1991.

48. *Physical Exam of the Head and Neck*. Physical Diagnosis instruction to Second Year Medical Students, Vanderbilt University School of Medicine, Jan.-Apr. 1991.

49. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck Surgery (Part I and II)*, Vanderbilt University Medical Center, Department of Otolaryngology, October 10-12, 1991.

50. *Basic Laser Physics, Lasers in Otolaryngology - Head and Neck Surgery (Part I)*, Vanderbilt University Medical Center, Department of Otolaryngology, October 10-12, 1991.

51. *Argon Lasers in Otolaryngology - Head and Neck Surgery, Lasers in Otolaryngology - Head and Neck Surgery (Part II)*, Vanderbilt University Medical Center, Department of Otolaryngology, October 10-12, 1991.

52. *Evaluation and Management of Pediatric Airway Pathology*, 14th Annual Sisson International Head and Neck Workshop, Vail, CO, February 25-March 1, 1992.

53. *Understanding and Comparison of New Laser Wavelengths*, Annual Otolaryngologic Cherry Blossom Conference, Washington, DC, March 19-21, 1992.

54. *Lasers: Fantasy, Fallacy or Reality?* Annual Otolaryngologic Cherry Blossom Conference, Washington, DC, March 19-21, 1992.

55. *Laboratory Instructor*, Annual Otolaryngologic Cherry Blossom Conference, Washington, DC, March 19-21, 1992.

56. *Otitis Media: Natural History and Medical Treatment Including the Role of Prophylaxis*, Cape Cod Conference on Pediatrics, Hyannis, Cape Cod, MA, July 30-August 2, 1992.

57. *Pediatric Sinusitis: Medical vs. Surgical Treatment*, Cape Cod Conference on Pediatrics, Hyannis, Cape Cod, MA, July 30-August 2, 1992.

58. *Use of Lasers in Pediatric Otolaryngology*, Cape Cod Conference on Pediatrics, Hyannis, Cape Cod, MA, July 30-August 2, 1992.

59. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck Surgery (Part I and II)*, Vanderbilt University Medical Center, Department of Otolaryngology, October 2-4, 1992.

60. *Nd:YAG Lasers, Lasers in Otolaryngology - Head and Neck Surgery (Part II)*, Vanderbilt University Medical Center, Department of Otolaryngology, October 2-4, 1992.

61. *Physical Exam of the Head and Neck*. Physical Diagnosis instruction to Second Year Medical Students, Vanderbilt University School of Medicine, Jan.-Apr. 1993.

62. *Endoscopic Management of Pediatric Laryngeal Stenosis: Management of Chronic Airway Obstruction*, Vanderbilt University Medical Center, March 5-6, 1993.

63. *Lasers in Otolaryngology. Laser Surgery Workshop for Nurses*, Vanderbilt University Medical Center, May 13, 1993.

64. *Pediatric Sinus Disease, Endoscopic Sinus Surgery Workshop*, Vanderbilt University Medical Center, Department of Otolaryngology, August 6-7, 1993.

65. *Lasers in Otolaryngology. Laser Surgery Workshop for Nurses*, Vanderbilt University Medical Center, October 7, 1993.

66. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck Surgery (Part I and II)*, Vanderbilt University Medical Center, Department of Otolaryngology, October 21-22, 1993.

67. *Argon Lasers in Otolaryngology - Head and Neck Surgery (Part II)*, Vanderbilt University Medical Center, Department of Otolaryngology, October 23, 1993.

68. *Neonatal Ear Disease. Universal Infant Hearing Screening*, Bill Wilkerson Center and Vanderbilt University School of Medicine, November 13, 1993.

69. *Physical Exam of the Head and Neck.* Physical Diagnosis instruction to Second Year Medical Students, Vanderbilt University School of Medicine, Jan.-Apr., 1994.

70. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck Surgery (Part I and II),* Vanderbilt University Medical Center, Department of Otolaryngology, April 28-29, 1994.

71. *Argon Lasers in Otolaryngology - Head and Neck Surgery, Lasers in Otolaryngology - Head and Neck Surgery (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, April 30,1994.

72. *Otitis Media: Medical vs. Surgical Management.* Eleventh Annual Family Medicine/Primary Care Update, Vanderbilt University Medical Center, May 20,1994.

73. *$CO_2$ Laser - Larynx/subglottic Area.* Hands-On Multi-Wavelength Laser Workshop, UCLA School of Medicine, UCLA Medical Center, June 3-4,1994.

74. *Controversies in Pediatric ENT.* Grand Rounds, Bedford Co. Hospital, Shelbyville, TN, March 2, 1995.

75. *Advanced Skills Session, Otitis Media with Effusion: Sharpening Your Clinical Skills.* National Association of Pediatric Nurse Associates and Practitioners, 16th Annual Nursing Conference on Pediatric Primary Care, Nashville, TN, March 15-16, 1995.

76. *Physical Exam of the Head and Neck.* Physical Diagnosis instruction to Second Year Medical Students, Vanderbilt University School of Medicine, Jan.-Apr., 1995.

77. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck Surgery (Part I and II),* Vanderbilt University Medical Center, Department of Otolaryngology, April 20-22, 1995.

78. *Nd:YAG Laser in Otolaryngology - Head and Neck Surgery.* Lasers in Otolaryngology - Head and Neck Surgery (Part II), Vanderbilt University Medical Center, Department of Otolaryngology, April 22,1995.

79. *Holmium Laser in Otolaryngology - Head and Neck Surgery. Lasers in Otolaryngology - Head and Neck Surgery (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, April 22,1995.

80. *Pediatric Sinus Disease. Endoscopic Sinus Surgery Workshop,* Vanderbilt University Medical Center, Department of Otolaryngology, May 18-19, 1995.

81. *Update in the Use of Lasers in Medicine.* 12th Annual Family Medicine Primary Care Update, Vanderbilt University Medical Center, May 18-21,1995.

82. *Pediatric Sinusitis.* Grand Rounds, Harton Regional Medical Center, Tullahoma, TN, June 15, 1995.

83. *Pediatric Sinusitis.* Grand Rounds, Clarksville Memorial Hospital, Clarksville, TN, August 18, 1995.

84. *Otitis Media: Medical vs. Surgical Treatment.* Grand rounds, Bowling Green Hospital, Bowling Green, KY, October 18, 1995.

85. *Medical versus Surgical Management of Pediatric Otitis and Sinusitis.* Seventh Annual Infectious Disease Conference for Primary Care Practitioners, University of Alabama, Huntsville Program, Huntsville, AL, October 19, 1995.

86. *Holmium Laser in Otolaryngology - Head and Neck Surgery. and KTP Laser in Otolaryngology - Head and Neck Surgery,* Lasers in Otolaryngology - Head and Neck Surgery (Part II), Vanderbilt University Medical Center, Department of Otolaryngology, November 4,1995.

87. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck Surgery (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, November 4, 1995.

88. *Physical Exam of the Head and Neck.* Physical Diagnosis instruction to Second Year Medical Students, Vanderbilt University School of Medicine, Jan.-Apr., 1996.

89. *Holmium Laser in Otolaryngology - Head and Neck Surgery. and KTP Laser in Otolaryngology - Head and Neck Surgery,* Lasers in Otolaryngology - Head and Neck Surgery (Part II), Vanderbilt University Medical Center, Department of Otolaryngology, March 30,1996.

90. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck Surgery (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, March 30, 1996.

91. *Pediatric Sinus Disease. Endoscopic Sinus Surgery Workshop,* Vanderbilt University Medical Center, Department of Otolaryngoglogy, April 18-19, 1996.

92. *Otitis Media.* Grand Rounds, Clarksville Memorial Hospital, Clarksville, TN, September 20, 1996.

93. *Otitis Media.* Grand Rounds, Harton Regional Medical Center, Tullahoma, TN, October 17, 1996.

94. *Lasers in Pediatric Otolaryngology, Lasers in Otolaryngology - Head and Neck Surgery* , Vanderbilt University Medical Center, Department of Otolaryngology, October 31, 1996.

95. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck* Surgery, Vanderbilt University Medical Center, Department of Otolaryngology, October 31, 1996.

96. *Moderator,* Pediatric Otolaryngology, The Triologic Society Southern Section Meeting, Captiva Island, FL, January 16-18, 1997.

97. *Pediatric Sinus Disease. Endoscopic Sinus Surgery Workshop,* Vanderbilt University Medical Center, Department of Otolaryngology, April 11, 1997.

98. *Physical Exam of the Head and Neck.* Physical Diagnosis instruction to Second Year Medical Students, Vanderbilt University School of Medicine, Jan.-Apr., 1997.

99. *Lasers in Pediatric Otolaryngology, Lasers in Otolaryngology - Head and Neck Surgery* , Vanderbilt University Medical Center, Department of Otolaryngology, April 25,1997.

100. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck Surgery (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, April 25,1997.

101. *Pediatric Sinus Disease. Endoscopic Sinus Surgery Workshop,* Vanderbilt University Medical Center, Department of Otolaryngoglogy, August 8, 1997.

102. *Lasers in Pediatric Otolaryngology, Lasers in Otolaryngology - Head and Neck Surgery* , Vanderbilt University Medical Center, Department of Otolaryngology, November 14,1997.

103. *Physical Exam of the Head and Neck.* Physical Diagnosis instruction to Second Year Medical Students, Vanderbilt University School of Medicine, Jan.-Apr., 1998.

104. *Pediatric Otitis Media.* Tennessee Academy of Physician Assistants annual conference. Gatlinberg, TN, October 14, 1998.

105. *Physical Exam of the Head and Neck.* Physical Diagnosis instruction to Second Year Medical Students, Vanderbilt University School of Medicine, Jan.-Apr., 1999.

106. *The Changing Face of Otitis Media: An Interactive Presentation.* Cumberland pediatric Foundation, Vanderbilt University, August 14, 1999.

107. Vanderbilt OR Nurses Lecture, December 13, 2013

**RESEARCH**

**Principal Investigator**

- Superpulse $CO_2$ Histologic Effects; Minnesota Laser, Roseville, MN. Co-Investigator: David M. Harris, Ph.D. Funded $973.

- A Histological Study of Superpulse $CO_2$ Laser Tissue Effects; Research Advisory Committee, Children's Hospital of Pittsburgh, Pittsburgh, PA. Co-Investigators: Bruce R. Madden , M.D. and David M. Harris, Ph.D. Funded $6,282.

- Incidence of Otic Barotrauma in Scuba Divers; Vanderbilt University Otolaryngology Research Fund. Co-Investigators: Michael J. Koriwchak, M.D., Mark R. Widick, M.D.

- Effect of Low Dose He-Ne Laser Illumination on Skin Flap Survival; Dynatronics, Salt Lake City, Utah. Co-Investigator: Donald Weed, M.D., Brian Burkey, M.D., David M. Harris, Ph.D. Funded $1,528.60.

- Spectroscopy and Ablation of Dental Hard Tissues, Department of Defense, Medical Free Electron Laser. Other Principal Investigators: David M. Harris, Ph.D., Louis Reinisch, Ph.D., Charles Arcoria, D.D.S., Leo Miserendino, D.D.S., Michael Yessick, Ph.D. Funded $30,000.

**Co-Investigator**
- Comparison of Oral Cefpodoxime Proxetil (U-76, 252, CD-807) and Penicillin VK in the Treatment of Pharyngitis/Tonsillitis. Upjohn Company. Principal Investigator: Bruce R. Madden, M.D. Co-Investigator: Jay Werkhaven, M.D. Funded $29,300.
- The Modification of Edema and Depth of Thermal Coagulation in Tissue after Application of $CO_2$ Laser: Effect of Tissue Pre-cooling vs. Steroids. Henry Ford Foundation. Principal Investigator: Lisa Sheppard, M.D. Co-Investigator: Sam Mickelson, M.D., John Crissman, M.D., Jay Werkhaven, M.D. Funded $29,478.70.

## UNDERGRADUATE RESEARCH
- Lab Assistant, National Institutes of Health, Bethesda, MD, Section on Endocrinology and Reproduction. Angiotensin II Hormone Receptor Analysis, September 1976-December 1976.

- While serving as a control subject for human research in the Normal Volunteer Program, National Institutes of Health, Bethesda, MD. Research Assistant, Section of Psychiatry, Effects of Cocaine and Lidocaine on Kindling in the Rat Limbic System, March 1977-June 1977.

- Assistant, U.S. Department of Agriculture, Delaware, OH, field station. Analysis of sulfur content of plants in urban environments, cultivation and data on tree growth, June 1977-August 1977.

## PUBLICATIONS: ARTICLES
1. Werkhaven JA, Harris DM, Krol G, Hill JH: **Light Dosimetry in Animal Models, Application to Photodynamic Therapy in Otolaryngology.** Laryngoscope, 96:1058-61, 1986.
2. Harris DM, Hill JH, Werkhaven JA, Applebaum EL: **Porphyrin Fluorescence and Photosensitization in Head and Neck Cancer.** Arch Otolaryngol 112:1194-99, 1986.
3. Werkhaven JA, Harris DM, Lambert DC: **Progress Report on the Transmission of 630nm Light Through Human Skin In Vivo.** L.I.A., Volume 55 (ICALEO 1986) pp 8-10.
4. Werkhaven JA, Holinger LD: **Bronchial Casts in Children.** Ann Otol Rhinol Laryngol 96:86-92, 1987.
5. Harris DM, Werkhaven JA: **Endogenous Porphyrin Fluorescence in Tumors.** Lasers Surg Med 7:467-472, 1987.
6. Hill JH, Werkhaven JA, DeMay R: **Hürthle Cell Variant of Papillary Carcinoma of the Thyroid Gland.** Otolaryngol Head Neck Surg 98:338-341, 1988.
7. Werkhaven JA, Harris DM: **Superpulse $CO_2$ Laser Tissue Effects.** Proceedings of the 2nd International Laser Surgery Congress, Nashville, TN, June 22-24, 1988.
8. Maddern BR, Werkhaven JA, McBride TP: **Lingual Thyroid in a Young Infant Presenting as Airway Obstruction:** Report of a Case. Int J Pediatr Otorhinolaryngol 16:77-82, 1988.
9. Harris DM, Werkhaven JA: **Clinical Consequences of Laser/Tissue Interactions.** Proceedings of IEEE Special Symposium on Maturing Technology and Emerging Horizons, New Orleans, LA, Nov 4-7,1989, pp 26-29.
10. Yerman HM, Werkhaven JA, Schild JA: **The Evaluation of Laryngeal Calcium Deposition: A New Methodology.** Ann Otol Rhinol Laryngol, 97:516-520, 1988.
11. Werkhaven J, Maddern BR, Stool SE: **Posttracheotomy Granulation Managed by Carbon Dioxide Laser Excision.** Ann Otol Rhinol Laryngol,98:890-895,1989.

12. Maddern BR, Werkhaven J, Wessel HB, Yuniz E: **Infectious Mononucleosis with Airway Obstruction and Multiple Cranial Nerve Paresis.** Otolaryngology Head Neck Surg 104:529-532,1991.

13. Ossoff RH, Tucker J, Werkhaven JA: **Neonatal and Pediatric Microsubglottiscope Set.** Ann Otol Rhinol Laryngol, 100:325-326,1991.

14. Werkhaven JA, Lee-Polis S: **Bronchoscopy Methods Make Pediatric Cases Practical.** Clinical Laser Monthly 9:119-121,1991.

15. Ossoff RH, Werkhaven JA, Raif J, Abraham M: **Advanced Microspot Microslad for the CO$_2$ Laser,** Otolaryngology Head and Neck Surg 105:411-414,1991.

16. Ossoff RH, Werkhaven JA, Dere H: **Soft Tissue Complications of Laser Surgery for Recurrent Respiratory Papillomatosis,** Laryngoscope 101:1162-1166,1991.

17. Sheppard L, Werkhaven J, Mickelson S, Crissman JD, Peterson E, Jacobsen G: **The Effect of Steroids or Tissue Precooling on Edema and Tissue Thermal Coagulation After CO$_2$ Laser Impact.** Lasers Surg Med 12:137-146,1992.

18. Werkhaven JA, Ossoff RH: **Applications of the Microspot Micromanipulator to Pediatric Otolaryngology.** Operative Techniques in Otolaryngol Head Neck Surg. 3(2): 114-116, 1992.

19. Werkhaven JA, Ossoff RH: **Carbon Dioxide Laser Microtrapdoor Flap for Anterior Glottic Webs.** Operative Techniques in Otolaryngol Head Neck Surg. 3(2): 120-122, 1992.

20. Werkhaven JA, Weed DT, Ossoff RH: **Carbon Dioxide Laser Serial Microtrapdoor Flap Excision of Subglottic Stenosis.** Arch Otolaryngol 119:676-679,1993.

21. Werkhaven JA, Reinisch L, Sorrell M, Tribble J, Ossoff RH: **Non Invasive Optical Diagnosis of Bacteria Causing *Otitis Media*.** Laryngoscope 104:264-268,1994.

22. Sorrell MJ, Tribble J, Reinisch L, Werkhaven JA, Ossoff RH: **Bacteria Identification of Otitis Media with Fluorescence Spectroscopy.** Lasers Surg Med 14:155-163,1994.

23. Werkhaven JA, Weed DT, Ossoff RH: **Carbon Dioxide Laser Serial Microtrapdoor Flap Excision of Subglottic Stenosis.** Arch Otolaryngol 119:676-679,1993. Reviewed and discussed in Oto J Club J 1:8-9,1994.

24. Edwards G, Logan R, Copeland M, Reinisch L, Davidson J, Johnson B, Maciunas R, Mendenhall M, Ossoff R, Tribble J, Werkhaven J, O'Day D: **Tissue Ablation by a Free-Electron Laser Tuned to the Amide II Band.** Nature 371:416-419,1994.

25. Ossoff RH, Coleman JA, Courey MS, Duncavage JA, Werkhaven JA, Reinisch L: **Clinical Applications of Lasers in Otolaryngology-Head and Neck Surgery.** Lasers Surg Med 15:217-248,1994.

26. Koriwchak MJ, Werkhaven JA: **Middle Ear Barotrauma in Scuba Divers.** J Wilderness Med 5:389-398,1994.

27. Edwards G, Logan L, Copeland M, Reinisch L, Johnson J, Mendenhall M, Ossoff R, Tribble J, Werkhaven J, O'Day D: **Two Years of FEL Applications Research in Biological Physics.** Longer Wavelength Lasers and Applications, Spie Proceedings Vol 2138, 35-40,1994.

28. Hall JW, Prentice CH, Smiley G, Werkhaven J: **Auditory Dysfunction in Selected Syndromes and Patterns of Malformations: Review and Case Findings.** J Am Acad Audiology 6: 80-92, 1995.

29. Weed DT, Werkhaven J: **Pediatric Pharyngeal and Peritonsillar Abcess: Diagnosis and Management.** Sem Ped Inf Dis 6: 96-106, 1995.

30. Tobias J, Rasmussen G, O'Dell N, Lowe S, Hersey S, Werkhaven J: **Analgesia Following PE Tube Placement: Preoperative Administration of Acetaminophen Versus Acetaminophen with Codeine.** Analgesia and Anesthesia 81: 496-500, 1995.

31. Lano C, Werkhaven JA: **Airway Management in a Patient with Hecht's Syndrome.** Southern Medical Journal 90:1241-1243,1997.

32. Bryant GL, Ossoff RH, Reinisch L, **Werkhaven JA: Ablation of Teflon Granuloma with the Free-Electron Laser Emitting in the Eight- to Nine-Micron Range.** Annal Otol Rhinol Laryngol, 107,269-274,1998.

33. Clymer MA, Fortune DS, Reinisch L, Toriumi DM, **Werkhaven JA**, Ries WR: **Interstitial Nd:YAG Photocoagulation for Vascular Malformations and Hemangiomas in Childhood.** Arch Otolaryngol, 124,431-436,1998.

34. Lano CF, Reinisch L, Ossoff RH, Garrett CG, Kuo T, Bryant GL, **Werkhaven JA: Ablation of Teflon Granulomas in the Canine Larynx with the Free-Electron Laser.** Annal Otol Rhinol Laryngol, 108,17-23,1999.

35. Spector JE,**Werkhaven JA**, Spector NC, Huang S, Page RN, Baranowski B, Luther M, McGehee, Reinisch L: **Preservation of Function and Histologic Appearance in the Injured Glottis with Topical Mitomycin C.** Laryngoscope, 109,1125-1129,1999.

36. KennyTJ, **Werkhaven JA**, Netterville JL: **Sarcoidosis of the Pediatric Larynx.** Arch Otolaryngol, 126,536-539,2000.

37. SpectorBC, Reinisch L, Smith D, **Werkhaven JA: Noninvasive Fluorescent Identification of Bacteria Causing Acute Otitis Media in a Chinchilla Model.** Laryngoscope, 110,1119-1123,2000.

38. Spector JE, **Werkhaven JA**, Spector NC, Huang S, Sanders D, Reinisch L: **Prevention of Anterior Glottic Restenosis in a Canine Model with Topical Mitomycin-C.** Ann Otol Rhinol Laryngol, 110, 1007-10010, 2001.

39. Boyaka PN, Wright PF, Marinaro M, Kiyono H, Johnson JE, Gonzales R, Ikizler MR, **Werkhaven JA**, Jackson RJ, Fujihashi K, DiFabia S, Staats HF, McGhee JR: **Human Nasopharyngeal-Associated Lymphoreticular Tissues: Functional Analysis of Subepithelial and Intraepithelial B and T Cells From Adenoids and Tonsils.** Am J Pathology, 157, 2023-2035, 2000.

40. Moore BA, Dekle C, **Werkhaven JA: Bilateral Lemierre's Syndrome: A Case Report and Review of the Literature.** Ear Nose and Throat Journal, 81,234-252,2002.

41. Moore BA, Rutter MJ, Cotton R, **Werkhaven J. Maffucci's syndrome and cartilaginous neoplasms of the trachea.** Otolaryngol Head Neck Surg. 2003 Apr; 128(4):583-6.Review.

42. **Werkhaven,J: Microlaryngoscopy-Airway Management with Anesthetic Techniques for CO2Laser.** Pediatr Anesth, 14, 90-94, 2004.

43. Wright PF, Ikizler MR, GonzalezRA, Carroll KN, Johnson JE, **Werkhaven JA: The Growth of Respiratory Syncytial Virus in Primary Epithelial Cells from the Human Respiratory Tract.** Journal of Virology, 79,8651-8654,2005.

44. **Werkhaven,J:** Author's Reply. Pediatr Anesth,15,82-83, 2005.

45. Vos JD, Latev MD, Labadie RF, Cohen SM,Wright PF, **Werkhaven JA**, Haynes DS: **The Use of Alloderm in Type 1 Tympanoplasty: A Comparison with Native Tissue Grafts.** Laryngoscope, 115, 1599-1602, 2005.

46. Wooten CT, French LC, Thomas RG, Neblett WW3rd, **Werkhaven JA**, Cofer SA: **Tracheotomy in the First Year of Life: Outcomes in Term Infants, the Vanderbilt Experience.** Otolaryngol Head Neck Surg, 134, 365-369, 2006.

47. Sato M, Li H, Ikizler MR, **Werkhaven JA**, Williams JV, Chappell JD, Tang YW, Wright PF: **Detection of viruses in the human adenoid tissues by use of multiplex PCR.** J Clin Microbiol, 47(3):771-3, Mar 2009.

48. Athavale SM, Rangarajan SV, **Werkhaven J**, Tylor DA: **Silly Putty of the tympanic cavity: the migrating "earplug".** Submitted Laryngoscope, Oct 2010.

49. Moss JR, Cofer S, Hersey S, Goudy S, **Werkhaven J**, Swanson E, Mantle C, Stowell N, Byrne D, Wan L, Labadie R: **Comparison of Clonidine, Local Anesthetics & Placebo in Pediatric Tonsillectomy.** Accepted Arch Otolaryngology, January 2011.

50. Kuo CY, Wootten, CT, Tylor DA, Werkhaven JA, Huffman KF, Goudy SL. **Prevention of pressure ulcers after pediatric tracheotomy using a Mepilex Ag dressing.** Laryngoscope 2013 July 29. doi: 10.1002/lary.24094.

## PUBLICATIONS: ABSTRACTS

1. Werkhaven JA, Plant R, Harris DM, Fitzgibbons J: **Determination of Light Dosimetry in an Animal Model of Photodynamic Therapy.** Lasers Surg Med 5:140, 1985.
2. Harris DM, Werkhaven JA: **Endogenous Porphyrin Fluorescence, (Potential False-Positive Tumor Localization).** Lasers Surg Med 6:235, 1986.
3. Hill JH, Werkhaven JA, DeMay RM: **Hurthle Cell Variant Papillary Carcinoma of the Thyroid Gland.** Otolaryngol Head Neck Surg 95:91,1986.
4. Werkhaven JA, Harris DM, Grossweiner LI: **Superpulse $CO_2$ Laser - Tissue Interaction (A Histologic Study).** Lasers Surg Med 7:69-70, 1987.
5. Werkhaven JA, Maddern BR, Harris DM, Kardatzke D: **A Histologic Comparison of Superpulse $CO_2$ and Chopped Continuous Wave $CO_2$ Laser Tissue Effects.** Lasers Surg Med Suppl 2:9,1990.
6. Werkhaven JA, Vrabec JT, Ries WR. **Quantitative Measurement of the Edema Effect of Argon and Nd:YAG Laser Impact on Rat Skin.** Lasers Surg Med Suppl 2:48,1990.
7. Werkhaven JA: **Lasers in Pediatric Otolaryngology.** Lasers Surg Med Suppl 4:62, 1992.
8. Sorrell M, Tribble J, Reinisch L, Werkhaven J, Ossoff RH: **Bacteria Identification of Otitis Media with Fluorescence Spectroscopy.** Lasers Surg Med Suppl 5:39,1993.
9. Reinisch L, Edwards G, Tribble J, Werkhaven JA: **Infrared Spectral Analysis of Laryngeal Tissue.** Lasers Surg Med Suppl 6:65,1994.
10. Lano C, Werkhaven JA, Stokes D: **Fiber Optic Laser Approaches for Unique and Difficult Upper Airway Lesions.** Lasers Surg Med Suppl 9:24,1997.

## PUBLICATIONS: BOOK CHAPTERS

1. Harris DM, Werkhaven JA: **Biophysics and Applications of Medical Lasers.** In: EN Myers, CD Bluestone (Eds). Advances in Otolaryngology-Head and Neck Surgery, Volume 3. Chicago, Year Book Medical Publishers, 1989, pp 91-123.
2. Werkhaven J, Ossoff RH: **Surgery for Benign Lesions of the Glottis.** In: JA Koufman, G Isaacson (Eds). The Otolaryngologic Clinics, WB Saunders Co., Philadelphia, August 1991, pp 1179-1199.
3. Werkhaven J, Ossoff RH: **Lasers in Otolaryngology-Head and Neck Surgery.** In: WL Meyerhoff, DH Rice (Eds). Otolaryngology: Head and Neck Surgery, WB Saunders Co. , Philadelphia, 1992, pp 995-1006.
4. Werkhaven J: **Pediatric Laryngotracheal Laser Surgery.** In CD Bluestone, SE Stool (Eds.). Atlas of Pediatric Otolaryngology, WB Saunders Co., Philadelphia, 1995, pp 481-514.
5. Werkhaven J, Beste D: **Diagnosis and Management of Pediatric Laryngeal Stenosis.** In: J Coleman, J Duncavage (Eds.). The Otolaryngologic Clinics, WB Saunders Co., Philadelphia, 1995, pp 797-808.
6. Werkhaven J: **Laser Physics, Safety and Applications in Pediatric Otolaryngology.** In CD Bluestone, SE Stool,MA Kenna (Eds.). Pediatric Otolaryngology, Third Edition, WB Saunders Co., Philadelphia, 1996, pp1415-1423.
7. Werkhaven J: **Myringotomy Tube Placement and Removal.** In B Bailey (Ed.). Atlas of Head and Neck Surgery - Otolaryngology, JB Lippincott Co., Philadelphia, 1996, pp 302-303.
8. Hall JW, Chase PA, Werkhaven JA: **Sensorineural Hearing Loss in Children: Etiology and Pathology.** In Martin FN, Clark JG (Eds.). Hearing Care for Children, Allyn and Bacon, Needham Heights, MA,1996, pp73-91.

9. Ossoff RH, Coleman JA, Courey MS, Duncavage JA, **Werkhaven JA**, Reinisch L: **Clinical Applications of Lasers in Otolaryngology - Head and Neck Surgery.** In Puliafito CA (Ed.). Laser Surgery and Medicine, Principles and Practice, Wiley-Liss, New York, 1996, pp307-338.

10. **Werkhaven JA: Laser Applications in Pediatric Laryngeal Surgery.** In Ossoff RH, Reinisch L (Eds.). The Otolaryngologic Clinics, WB Saunders Co., Philadelphia, 1996, pp1005-1010.

11. Thompson J, Pham DM, **Werkhaven JA**, Sanella E, Ikizler M, Wright PF: **Optimal Collection and Assay of Upper Respiratory Specimens for Determination of Mucosal Immune Responses to Influenza.** In LE Brown, AW Hampson and RG Webster (Ed.). Options for the Control of Influenza II, Elsevier Science B.V., 1996, pp263-270.

12. **Werkhaven JA: Adenotonsillar Disease.** In Alper CM, MyersEN, Eibling DE (Ed.). Decision Making in Ear, Nose, and Throat Disorders,WB Saunders Co., Philadelphia, 2001, pp146-147.

13. **Werkhaven J: Myringotomy Tube Placement and Removal.** In B Bailey and Calhoun KH (Ed.). Atlas of Head and Neck Surgery - Otolaryngology, JB Lippincott Co., Philadelphia, 2001, pp 304-305.

14. **Werkhaven J: Pediatric Laryngotracheal Laser Surgery.** In CD Bluestone, RM Rosenfeld (Eds.). Surgical Atlas of Pediatric Otolaryngology, WB Saunders Co., Philadelphia, 2002, pp 633-669.

15. Landsman IS, **Werkhaven J**, Motoyama E: **Anesthesia for Pediatric Otorhinolaryngologic Surgery.** In Motoyama,EK and Davis, PJ ed. Smith's Anesthesia for Infants and Children. Mosby, New York: pp. 789-822, 2006.

16. **Werkhaven J: Laser Physics, Safety and Applications in Pediatric Otolaryngology.** In CD Bluestone, SE Stool,MA Kenna (Eds.). Pediatric Otolaryngology, Fifth Edition, WB Saunders Co., Philadelphia, In Press.

17. Landsman IS, **Werkhaven J**, Motoyama E: **Anesthesia for Pediatric Otorhinolaryngologic Surgery.** In Motoyama,EK and Davis, PJ ed. Smith's Anesthesia for Infants and Children. Mosby, New York: In Press.

### PUBLICATIONS: INVITED ARTICLES

1. **Werkhaven J: A Brief Overview of Pediatric Sinusitis.** Sinus Newsletter, J Duncavage (Ed.), Vanderbilt University, February, 1995.

### PRESENTATIONS

1. *Photoradiation Therapy in Head and Neck Cancer.* Presented at the 40th Annual Midwest Clinical Conference, March 1984, Chicago, IL (presented byJ. Hill).

2. *Determination of Light Dosimetry in an Animal Model of Photodynamic Therapy.* American Society for Laser Medicine and Surgery, 5th Annual Meeting, Orlando, FL, May 1985,( with R. Plant, D. Harris, and J Fitzgibbons).

3. *Light Dosimetry in Animal Models, Application to Photodynamic Therapy in Otolaryngology.* Presented at the Triologic Society Middle Section meeting, January 24-26, 1986, Chicago, IL,( with D. Harris, G. Krol, and J. Hill).

4. *Endogenous Porphyrin Fluorescence (Potential False-Positive Tumor Localization).* American Society for Laser Medicine and Surgery, 6th Annual Meeting, Boston, MA, May 1986 (with D. Harris).

5. *Bronchial Casts in Children.* Presented to the American Bronchoesophologic Association, Combined Otolaryngologic Spring Meeting, May 1986, (with L. Holinger).

6. *Late Metastases of Hürthle Cell Carcinoma (Papillary Pattern) of the Thyroid Gland.* Presented as a poster to the American Academy of Otolaryngology-Head and Neck Surgery Annual Meeting, September 1986 (with J. Hill).

7. *Porphyrin Fluorescence and Photodynamic Therapy.* Presented as a scientific exhibit to the American Academy of Otolaryngology-Head and Neck Surgery Annual Meeting, September 1986 (with J. Hill).

8. *Progress Report on the Transmission of 630 nm Light Through Human Skin In Vivo.* Presented to the Laser Institute of America, ICALEO 1986, Washington, D.C., November 1986 (presented by D. Harris).

9. *Superpulse CO$_2$ Laser - Tissue Interaction (A Histologic Study).* 7th Annual Meeting, American Society for Laser Medicine and Surgery, San Francisco, CA, April 11-13, 1987 (with D. Harris).

10. *Laser Applications in Otolaryngology–HNS.* 44th Annual Midwest Clinical Conference of the Chicago Medical Society, Chicago, IL, March 4-6, 1988.

11. *Lasers and the Future.* 44th Annual Midwest Clinical Conference of the Chicago Medical Society, Chicago, IL, March 4-6, 1988.

12. *Superpulse CO$_2$ Laser.* 2nd International Laser Surgery Congress, Vanderbilt University Medical Center, Nashville, TN, June 22-24, 1988.

13. *CO$_2$ Laser and Potentially Hemorrhagic Lesions.* Mini-Seminars in Otolaryngology, Eye and Ear Institute of Pittsburgh, Pittsburgh, PA, March 8, 1989.

14. *Post-Tracheotomy Suprastomal Granulation Managed by Carbon Dioxide Laser Excision.* Annual Meeting of the American Broncho-Esophagological Association, San Francisco, CA, April 3, 1989, (presented by B. Maddern with S.Stool).

15. *AIDS–ENT.* Pennsylvania Academy of Ophthalmology and Otolaryngology 45th Annual Meeting, Pittsburgh, PA, April 13-15, 1989.

16. *Choosing a Laser for Your Practice.* Instructional course, American Academy of Otolaryngology–Head and Neck Surgery Annual Meeting, New Orleans, LA, September 24, 1989 (with B. Maddern and D. Harris).

17. *Familial Laryngeal Webs,* Southern Medical Association, Washington, D.C., October 14-16,1989, (presented by A. Aly with J. Netterville).

18. *A Histologic Comparison of Superpulse CO$_2$ and Chopped Continuous Wave CO$_2$ Laser Tissue Effects,* Tenth Annual Meeting, American Society for Laser Medicine and Surgery, Nashville, TN, April 6-8,1990, (with B. Maddern and D. Harris).

19. *Quantative Measurement of the Edema Effect of Argon and Nd:YAG Laser Impact on Rat Skin,* Tenth Annual Meeting, American Society for Laser Medicine and Surgery, Nashville, TN, April 6-8,1990, (with R. Ries and J. Vrabec).

20. *Cervical Aneurysms Masquerading as Inflammatory Neck Masses, Tennessee Medical Association* 155th Annual Meeting, Knoxville, TN, April 4-7,1990, (presented by D. Haynes with J. Netterville).

21. Neonatal and Pediatric Microsubglottiscope Set, Annual Meeting of the American Broncho-Esophalogical Association, Palm Beach, FL, May 2-3, 1990, (presented by R. Ossoff with J. Tucker).

22. *New Horizons for Laser Research in Otolaryngology.* Instructional Course, American Academy of Otolaryngology -- Head and Neck Surgery Annual Meeting, San Diego, CA, September 12,1990 (with R. Ossoff and D. Gonzalez).

23. *Choosing a Laser for Your Practice.* Instructional course, American Academy of Otolaryngology–Head and Neck Surgery Annual Meeting, San Diego, CA, September 12,1990 (with B. Maddern and D. Harris).

24. *Choosing a Laser for Your Practice.* Instructional course, American Academy of Otolaryngology–Head and Neck Surgery Annual Meeting, , Kansas City, MO, September 22-26,1991, ( with B. Maddern and D. Harris )

25. *Comprehensive Management of Subglottic-Tracheal Stenosis: Open and Closed Techniques.* Instructional course,American Academy of Otolaryngology–Head and Neck Surgery Annual Meeting, Kansas City, MO, September 22-26,1991 ( with J. Duncavage and R. Ossoff).

26. *New Horizons for Laser Research in Otolaryngology.* Instructional Course, American Academy of Otolaryngology - Head and Neck Surgery Annual Meeting, Kansas City, MO, September 22-26,1991, ( with R. Ossoff and D. Gonzalez).

27. *Middle Ear Barotrauma in Scuba Divers.* Annual Meeting of the Triological Society, Combined Otolaryngological Spring Meetings, Palm Desert, CA, April 16 1992, (presented by M. Koriwchak).

28. *Lasers in Pediatric Otolaryngology.* Twelfth Annual Meeting, American Society for Laser Medicine and Surgery. Lake Buena Vista, FL, May 17-19,1992.

29. *New Horizons for Laser Research in Otolaryngology.* Instructional Course, American Academy of Otolaryngology -- Head and Neck Surgery Annual Meeting, Washington, DC, September 13-17,1992, ( with R. Ossoff and D. Gonzalez).

30. *Comprehensive Management of Subglottic-Tracheal Stenosis: Open and Closed Techniques.* Instructional course,American Academy of Otolaryngology--Head and Neck Surgery Annual Meeting, Washington, DC, September 13-17, 1992, ( with J. Duncavage and R. Ossoff).

31. *Soft Tissue Ablation with the Vanderbilt Free-Electron Laser.* American Physical Society, Seattle, WA, March,1993, (presented by G. Edwards,  with B. Johnson, M. Mendenhall, J.Tribble, R. Logan, D. O'Day, M. Coplan, R. Maciunas, R. Ossoff, and L. Reinisch).

32. *Pediatric Endoscopic Laryngology.* Annual Meeting of the Tennessee Academy of Otolaryngology - Head and Neck Surgery, Knoxville, TN, April 16, 1993.

33. *Bacteria Identification of Otitis Media with Fluorescence Spectroscopy.* American Society  for Laser Medicine and Surgery, New Orleans, LA, April 18-20,1993, (presented by M. Sorrell, with  J. Tribble , L. Reinisch, and R. Ossoff).

34. *Interstitial Nd:YAG Photocoagulation for Vascular Malformations and Cavernous Hemangiomas.* American Academy of Facial Plastic and Reconstructive Surgery, 6th International Symposium of Facial Plastic Surgery, San Francisco, CA, June 17,1993, ( presented by  R. Ries, with V. Quatela, and D.Toriumi).

35. *Comprehensive Management of Subglottic-Tracheal Stenosis: Open and Closed Techniques.* Instructional course,American Academy of Otolaryngology--Head and Neck Surgery Annual Meeting, Minneapolis, MN, October 2-6,1993,( with J. Duncavage and R. Ossoff).

36. *Infrared Spectral Analysis of Laryngeal Tissue.* American Society for Laser  Medicine and Surgery, Toronto, Canada, April 8-10,1994, (presented by L. Reinisch, with G. Edwards,  and J. Tribble).

37. *Transient Blindness Associated with Sinus Barotrauma in a Scuba Diver.*  Presented as a poster at the American Academy of Otolaryngology--Head and Neck Surgery Annual Meeting,  San Diego, CA,  September 18-21, 1994, ( with M. Koriwchak).

38. *Comprehensive Management of Subglottic-Tracheal Stenosis: Open and Closed Techniques.* Instructional course,American Academy of Otolaryngology--Head and Neck Surgery Annual Meeting, San Diego, CA, September 18-21,1994, ( with J. Duncavage and R. Ossoff).

39. *Analgesia Following PE Tube Placement: Preoperative Administration of Acetaminophen Versus Acetaminophen with Codeine.*  International Anesthesia Research Society, Honolulu, HA, March 1995, (presented by J. Tobias with G. Rasmussen, N. O'Dell, S. Lowe and S. Hersey).

40. *Comprehensive Management of Subglottic-Tracheal Stenosis: Open and Closed Techniques.* Instructional course,American Academy of Otolaryngology--Head and Neck Surgery Annual Meeting, New Orleans, LA, September 17-21,1995, ( with J. Duncavage and R. Ossoff).

41. *Otolaryngologic Implications of a Patient with Hecht Syndrome.* Presented as aposter at the Southern Medical Association 90th Annual Scientific Assembly, Baltimore, MD, November 20-24, 1996, ( presented by C. Lano ).

42. *Fiber Optic Laser Approaches for Unique and Difficult Upper Airway Lesions.* American Society for Laser Medicine and Surgery, Phoenix, AZ, April 3-6.1997, ( with C. Lano and D. Stokes ).

43. *Ablation of Teflon Granuloma near 8.5 Microns Using the Free-electron Laser.*  American Broncho-esophologic Association, Phoenix, AZ, May  13-14, 1997, ( presented by G.L. Bryant with R.H. Ossoff and L. Reinisch ).

44. *Critical Issues in Respiratory Infections - Drug Resistancance and Drug Utilization.*  American Academy of Otolaryngology - Head and Neck Surgery, 101st Annual Meeting, San Francisco, CA, September 8,1997, ( with R. Otto and M. Poole ).

45. *Preservation  of Function and Histologic Appearance in the Injured Glottis with Topical Mitomycin* C. 1st Prize: James A. Harrill Award, Southern Section Meeting, Triologic Society, Jan 14-16,1999, New Orleans,

LA, ( Presented by JE Spector with L Reinisch, S Huang, NC Spector, RN Page, B Baranowski, and B McGehee).

46. *Maffucci's Syndrome and Cartilaginous Neoplasms of the Trachea.* Presented at the American Academy of Pediatrics Annual Meeting, San Francisco, CA, October 19-21, 2001, (by Brian A. Moore with Michael J. Rutter and Robin T. Cotton).

47. *Microlaryngoscopy: Airway Management with Anesthetic Techniques and $CO_2$ Laser.* Presented at the 4th International Symposium on the Pediatric Airway. Pittsburgh, PA, April 26-28, 2002.

48. *Use of Alloderm in Type I Tympanoplasty: A Comparison to Native Tissue Grafts.* Southern Section Meeting, Triologic Society, Jan 13-15, 2005,Miami, FL. (by Jeremy D. Vos, with MD Latev, RF Labadie, SM Cohen, and DH Haynes).

49. *Tracheotomy in the First Year of Life: Outcomes in Term Infants, the Vanderbilt experience.* American Academy of Otolaryngology - Head and Neck Surgery, Annual Meeting, Sept 25-29, 2005, Los Angeles, CA, by Christopher Wooten, (with L French, R Thomas, W Neblett 3rd, and S Cofer).

50. *Tracheotomy in the Preschool Population – Indications and Outcomes.* Accepted American Academy of Otolaryngology - Head and Neck Surgery, Annual Meeting, Sept 17-20,2006, Toronto, Ontario, Canada, by Christopher Wooten, (with L French, W Neblett 3rd, and S Cofer).

## OTHER ACTIVITIES

### Journal Editorial Review Board
1. Otolaryngology-Head and Neck Surgery, 1991-

### Journal Refereeing
1. Otolaryngology-Head and Neck Surgery, ( Case reports ), 1988

### Committees
1. American Academy of Otolaryngology, SIPac Faculty 1991- 1995
2. American Broncho-Esophalogical Association, Technology Assessment Committee 1997-1999.
3. EPSDT (Early Periodic Screeening, Detection and Treatment) Committee, State of Tennessee, Department of Health, Bureau of Tenncare, Oct 1998-Sept 1999.
4. Credentials Committee, Vanderbilt University Medical Center, 2000- present.
5. Credentials Committee, Vanderbilt Medical Group, 2000- present.
6. Credentials Committee, Vanderbilt Children's Hospital, 2001- 2008.
7. Credentials Committee, Cigna Healthcare, Midsouth Section, 2001- 2002.
8. Perioperative Services Committee, Vanderbilt Children's Hospital, 2001- present.
9. EPSDT (Early Periodic Screeening, Detection and Treatment) Committee, State of Tennessee, Department of Health, Bureau of Tenncare, 2003-2004.
10. Credentials Committee, Chairman, Vanderbilt Children's Hospital, 2004- 2005.
11. Credentials Committee, Deputy Chairman, Vanderbilt Children's Hospital, 2005- 2008.
12. Head and Neck Cancer Screen, Vanderbilt Medical Center, 2013
13. Star Panel "Combo" Evaluation Program, 2013

### Elected Positions
1. Secretary/Treasurer, Nashville Otolaryngologic Society, 1997-1999.
2. President, Nashville Otolaryngologic Soiety, 2000-2001.