**A80609D**
**JASON D. KENNEDY, M.D.   JUNE 25, 2014**

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TENNESSEE
 2                       WESTERN DIVISION
                        - - - - - -
 3    DANIEL LOVELACE, and        )
      HELEN LOVELACE,             )
 4    Individually, and as Parents)
      of BRETT LOVELACE, deceased,)
 5                                )
      Plaintiffs,                 )
 6                                )
      vs.                         ) No. 2:13-cv-02289-SHL-dkv
 7                                )
      PEDIATRIC                   )
 8    ANESTHESIOLOGISTS, P.A.;    )
      BABU RAO PAIDIPALLI; and    )
 9    MARK P. CLEMONS,            )
                                  )
10    Defendants.                 )
      --------------------------
11
                      VIDEOTAPED DEPOSITION OF:
12
                      JASON D. KENNEDY, M.D.
13
                       NASHVILLE, TENNESSEE
14
                     WEDNESDAY, JUNE 25, 2014
15    -------------------------------------------------------
16
17
18
19
20
21
22    ATKINSON-BAKER, INC.
      COURT REPORTERS
23    (800) 288-3376
      www.depo.com
24
      REPORTED BY:  IVA L. TALLEY, LCR
25    FILE NO.:  A80609D
```

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

**Page 2**

```
1         IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
2                  WESTERN DIVISION
               - - - - - -
3   DANIEL LOVELACE, and      )
    HELEN LOVELACE,           )
4   Individually, and as Parents)
    of BRETT LOVELACE, (deceased,))
5                             )
    Plaintiffs,               )
6                             )
    vs.                       ) No. 2:13-cv-02289-SHL-dkv
7                             )
    PEDIATRIC                 )
8   ANESTHESIOLOGISTS, P.A.;  )
    BABU RAO PAIDIPALLI; and  )
9   MARK P. CLEMONS,          )
                              )
10  Defendants.               )
    --------------------------
11
12        The videotaped deposition of
13  Jason D. Kennedy, M.D., taken on behalf of the
14  Defendants, Pediatric Anesthesiologists, P.A., and
15  Babu Rao Paidipalli, M.D., on June 25, 2014, commencing
16  at approximately 1:30 p.m., before Iva L. Talley, Court
17  Reporter for the State of Tennessee.
18
19
20
21
22
23
24
25
```

**Page 3**

```
1            A P P E A R A N C E S
2   FOR THE PLAINTIFFS:
3   HALLIBURTON & LEDBETTER
    Mark Ledbetter, Esq.
4   254 Court Avenue, Suite 305
    Memphis, Tennessee 38103
5   Telephone: (901) 523-8153
6
    FOR THE DEFENDANTS, PEDIATRIC ANESTHESIOLOGISTS, P.A.,
7   AND BABU RAO PAIDIPALLI, M.D.:
8   THE HARDISON LAW FIRM
    W. Bradley Gilmer, Esq.
9   119 S. Main Street, Suite 800
    Memphis, Tennessee 38103
10  Telephone: (901) 525-8776
    Email: bgilmer@hard-law.com
11
12  FOR THE DEFENDANT, MARK P. CLEMONS, M.D.:
13  LEWIS THOMASON
    J. Kimbrough Johnson, Esq.
14  2900 One Commerce Square
    40 South Main
15  Memphis, Tennessee 38103
    Telephone: (901) 577-6125
16  Email: kjohnson@lewisthomason.com
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
1                I N D E X
                              PAGE
2   EXAMINATION
    By Mr. Gilmer ................................  5
3
    EXAMINATION
4   By Mr. Johnson ............................ 157
    EXAMINATION
5   By Mr. Ledbetter .......................... 189
6
7
8
           E X H I B I T S
9
10  1  Second Notice to Take Audiovisual Deposition
       of Dr. Kennedy .............................. 17
11  2  Dr. Kennedy's curriculum vitae ............... 17
12  3-A Supplemental, list of textbooks reviewed by
       Dr. Kennedy ................................. 19
13
    3-B Supplemental, Dr. Kennedy's up-to-date
14     curriculum vitae ............................ 19
15  3-C Supplemental, online ASA standards
       reviewed by Dr. Kennedy ..................... 19
16
17  4  Document entitled "Smith's Anesthesia
       For Infants and Children, Eighth Edition,".... 35
18  5  Notice to Take Audiovisual Deposition of
       Dr. Jason Kennedy filed May 22, 2014 ......... 36
19
20  6  Collective, Plaintiff's Designation of
       Expert Witnesses and Physicians Not
21     Employed as Experts .......................... 48
22
    7  Anesthesia Record ............................ 92
23
24
25
```

**Page 5**

```
1          VIDEOGRAPHER:  This is the beginning of
2   the videotaped deposition of Dr. Jason Kennedy.
3   Today's date is June 25, 2014.  The time indicated on
4   the video screen is 1:28 p.m.  The standard
5   introduction has been waived by agreement.  The court
6   reporter will now swear in the witness.
7
8          JASON D. KENNEDY, M.D.,
9       having first been duly sworn, was examined
10      and testified as follows:
11
12              EXAMINATION
13  BY MR. GILMER:
14      Q     Would you state your name for the
15  record, please?
16      A     My name is Jason Duane Kennedy.
17      Q     All right.  Dr. Kennedy, we're here
18  today to take your deposition in the matter of Lovelace
19  vs. Paidipalli and Clemons.
20          You have been identified as an expert
21  for the plaintiff.  So today is the opportunity for us
22  to ask questions to learn all of your opinions that you
23  have in this case, because we don't want any surprises
24  at trial.  Okay?
25      A     Okay.
```

ATKINSON BAKER, INC.                    1-800-288-3376

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

**Page 6**

1    Q    Do we have an agreement that if you
2 don't understand my questions today that you'll ask me
3 to clarify so that we make sure that we're on the same
4 page?
5    A    Yeah.
6    Q    Have you ever given a deposition before?
7    A    I have given a deposition before in
8 relationship as a material witness when I was 21 years
9 old, as a paramedic.  And that's it.
10    Q    Okay.  As a -- and what did that case
11 involve?
12    A    It was a medical malpractice case
13 against a nursing home in which, as a paramedic, I
14 witnessed something.
15    Q    Okay.  And were you named as a party in
16 that case?
17    A    No, sir, I was not.
18    Q    Okay.  Is that the only deposition that
19 you've ever given?
20    A    It's the only deposition I've ever given
21 that I can recall.
22    Q    Okay.  And there are a number of ground
23 rules.  And I don't know if Mr. Ledbetter has gone over
24 those with you, but the first is obviously that you
25 tell the truth; you're sworn under oath today to do

**Page 7**

1 that.  The second is that we make sure we understand
2 each other.  And we've talked about that.  And the
3 third is that we make sure we have a clear record for
4 our court reporter here.
5    A    Okay.
6    Q    So if you'll wait for me to finish my
7 questions, I will try to wait for you to finish your
8 answers before I ask another question.
9    A    Yes, sir.
10    Q    And if you'll continue to give us verbal
11 responses -- no head nods or uh-huhs or uh-uhs, okay?
12    A    Yes, sir.
13    Q    All right.  Is this your office that
14 we're in today?
15    A    This is the Critical Care office.  My
16 office is actually in a different building.
17    Q    Okay.
18    A    This is the closest meeting room I could
19 find.
20    Q    Which office is your building?  I mean
21 which building is your office in?
22    A    My office is in the Medical Center East,
23 North Tower, fifth floor.
24    Q    Okay.  And is -- what department is
25 that?

**Page 8**

1    A    It's in the Department of Anesthesia.
2    Q    And is the Department of Pediatric
3 Anesthesia included in that building?
4    A    The Division of Pediatric Anesthesia is
5 under the Department of Anesthesia, yes, sir.
6    Q    And so is it contained in that same
7 building?
8    A    The offices are in different locations,
9 so the Department of Anesthesia has offices in multiple
10 buildings, just from the size of the department.
11    Q    And it's my understanding that you do
12 not work in the Department of Pediatric Anesthesiology.
13    A    I do not work in the Division of
14 Pediatric Anesthesiology.
15    Q    Which division do you work in?
16    A    I'm a cardiac anesthesiologist caring
17 for adult patients undergoing cardiac anesthesia and
18 for adult patients undergoing critical care.  I'm an
19 ICU physician, also.
20    Q    And how long have you been in that role?
21    A    I've been in this role for four years
22 now at Vanderbilt.
23    Q    So that takes us back to 2010?
24    A    Yes, sir.
25    Q    Okay.  And what have you done to prepare

**Page 9**

1 for your deposition today?
2    A    I've reviewed the medical records that I
3 received initially that included medical records from
4 Le Bonheur Children's Hospital.  I've reviewed the
5 depositions of -- from both defendants, and the
6 depositions, the expert opinions of the medical experts
7 that were sent to me.  And I'm trying to think of what
8 else I've reviewed.
9    Q    Have you reviewed the depositions of
10 both parents?
11    A    I do not recall seeing those, no, sir.
12    Q    Have you reviewed the deposition of
13 Kelly Kish, the PACU nurse?
14    A    I have.
15    Q    When did you review that?
16    A    I think I initially reviewed it probably
17 about a month ago, and then I reviewed it again, I
18 think, earlier this week.
19    Q    Have you reviewed the deposition of
20 Dr. Peretti?
21    A    I don't recall that.  There are several
22 physicians that I reviewed, and I don't remember him
23 specifically.
24    Q    Peretti is identified as the forensic
25 pathologist in this case on behalf of your side.  Have

3 (Pages 6 to 9)

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

1    you seen his deposition transcript?
2        A    I saw the autopsy report, and I don't --
3    I think that might be -- if that's what you're
4    referring to, yes, I have seen that.
5        Q    But we had -- we took his testimony a
6    couple of weeks ago, and I don't think it's been drawn
7    up yet.  So I don't know if you --
8        A    No, sir --
9        Q    That's what I'm trying to clarify.
10       A    -- I don't recall seeing that.
11       Q    Okay.
12       A    No, sir.
13       Q    And what about the plaintiffs'
14   economist, Dr. March, Jay March.
15       A    No, sir, I have not.
16       Q    When you reviewed Nurse Kish's
17   deposition, did that change or modify your opinions in
18   any way?
19       A    I cannot recall that it changed or
20   modified my opinions in any way.
21       Q    Prior to reviewing her deposition, you
22   had already formulated your opinions in this case?
23       A    I had formulated an opinion in this
24   case, yes, sir.
25       Q    Well, after reading her deposition, did

Page 10

1    you formulate any additional opinions?
2        A    I can't think of any change, based upon
3    the medical facts that were already present, that what
4    she said changed that.
5        Q    So her testimony did not modify, change,
6    or affect your opinions in any way?
7        A    I think her -- I can't think of -- no,
8    sir.
9        Q    Had you reviewed the order that she had
10   entered into when she lost her license for the care
11   that she provided in this case?
12       A    The order?  I do remember reading that,
13   yes, sir.
14       Q    And so did you have that knowledge base
15   when you formed your opinions in this case?
16       A    No, sir, I did not.
17       Q    Okay.  Now, we have had propounded to
18   the attorney for the plaintiffs a second notice to take
19   your deposition.  Now, I understand we had your
20   deposition notice previously, and you had a case of
21   pink eye?
22       A    I did, yes, sir.
23       Q    Okay.  I'm glad that got cleared up for
24   you.
25       A    [Laughs].

Page 11

1        Q    Now, between -- what did you do to
2    prepare for your deposition the first time it was
3    scheduled?
4        A    The same series of events.  I reviewed
5    the available records that I had received, including
6    the depositions.  I had went back and reviewed what the
7    current standards of care are within the anesthetic
8    practice of patients undergoing anesthetics,
9    specifically with sleep apnea, and I had reviewed
10   specifically that in relationship to pediatric
11   patients.
12       Q    Where did you review something
13   concerning what the standards of care were regarding
14   pediatric anesthesia in this particular case?
15       A    Multiple sources, including -- I think
16   it's called -- there's a textbook.  There's Miller's
17   Anesthesia, which is a general anesthesia textbook, but
18   it has sections about pediatric anesthesia.  It's
19   written by experts in pediatric anesthesia.  And then
20   there's two or three pediatric-specific textbooks.
21       Q    Which textbooks are those?
22       A    I would have to get back to you.  I
23   can't remember the name right offhand.
24       Q    Prior to reviewing Miller's and those
25   other three -- which I would ask that you supplement

Page 12

1    and provide Mr. Ledbetter with the list of those three
2    texts -- prior to reviewing those, were you familiar
3    with what the recognized standard of care was for a
4    pediatric anesthesiologist?
5        A    I was.
6        Q    Okay.  Do you consider Miller's and the
7    other texts that you reviewed as reliable and
8    authoritative in establishing the standard of care for
9    pediatric anesthesiologists?
10       A    I would consider them reliable.  I
11   don't -- I would say there's not a single authoritative
12   text, per se, but multiple sources.
13       Q    What, particularly out of Miller's, did
14   you review that you found beneficial to your opinions
15   in this case?
16       A    Specifically in relationship to the use
17   of end-tidal CO2 monitoring in patients with the risk
18   of airway compromise after tonsils and adenoid section
19   and the risk associated with anesthetizing patients
20   with sleep apnea, be they adults or children.
21       Q    The other texts that you reviewed, what
22   did you -- what subject matter did you review in those?
23       A    The same thing.
24       Q    And from your review of those four
25   texts, did you find any difference in opinions?

Page 13

4 (Pages 10 to 13)

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

1       A       No specific difference in opinion that I
2   can recall right offhand.
3       Q       Would you agree with me that you cannot
4   practice medicine based solely on what is included in a
5   textbook?
6       A       I would agree with that statement.
7       Q       That the clinical judgment of the
8   physician is important to the judgments that he makes
9   in caring for a particular patient?
10      A       I think clinical judgment is based upon
11  sound knowledge of the available literature and data
12  that's present to you.  It's difficult to apply
13  judgment when you don't use the data that's available
14  to the patient.
15      Q       Do you have any reason to believe that
16  Dr. Paidipalli was not a sound and reputable pediatric
17  anesthesiologist?
18          MR. LEDBETTER:  Object as to the form.
19          THE WITNESS:  Yeah, I'd ask that you
20  restate the question.
21  BY MR. GILMER:
22      Q       Do you have any reason to believe that
23  Dr. Paidipalli is not a sound physician?
24      A       Based upon my review of the anesthetic
25  records, I would question the practices in Brett's

                                                Page 14

1   specific case.  Outside of that, I have no other
2   knowledge of Dr. Paidipalli's practices.
3       Q       When you reviewed his deposition itself,
4   did it help clarify the issues that you may have had
5   with the medical record itself?
6       A       My recollection of the deposition is
7   that it shed very little light on his insight into his
8   practice -- decisions or his understanding of the care
9   of the patient.
10      Q       We'll get to those in just a bit.  And
11  did you, in addition to reviewing these four texts to
12  get up to speed on pediatric anesthesiology and sleep
13  apnea patients and risk of airway compromise in adenoid
14  surgery, did you review any cases -- I mean any text
15  specific to the standard of care applicable to an ear,
16  nose, and throat surgeon?
17      A       I did not.
18      Q       Now, the notice that we filed in this
19  case asked for you to bring with you a number of
20  things.  And first of all, have you seen the notice
21  that was filed?
22      A       Let me review this.  I do recall seeing
23  this, yes, sir.
24      Q       Have you met with Dr. -- I mean Mr. --
25  he is a JD, I guess -- Mr. Ledbetter prior to your

                                                Page 15

1   deposition today?
2       A       Today is the first time I've met with
3   him.
4       Q       Okay.  And did you speak with him by
5   telephone prior to your deposition?
6       A       I have, yes, sir.
7       Q       Okay.  On -- and we'll get to those in
8   just a few minutes.  How long did you meet with him
9   today?
10      A       Probably for about an hour.
11      Q       And what did you go over?
12      A       More specific?
13      Q       What did you talk about during that
14  hour?
15      A       What to expect during the deposition.
16  I've never been deposed before, so I just wanted to
17  make certain that I was aware of, kind of, the flow and
18  what would happen and what is the appropriate, I guess,
19  behavior in this kind of situation.
20      Q       Did he help you define any terms?
21      A       I don't recall him helping me define any
22  terms, no.
23      Q       Prior to disclosing your opinions in
24  this case, were you familiar with the definition of
25  standard of care?

                                                Page 16

1       A       Yes, I am.
2       Q       And what -- how do you define standard
3   of care?
4       A       What a reasonably trained physician
5   practicing in a similar situation would do.
6       Q       This notice asked for you to bring with
7   you a copy of your current C.V.  And there had been one
8   provided to me by counsel, and I was wondering if you
9   would take a look at that and make sure that's up to
10  date.
11      A       [Reviews document] I think there's
12  actually two additional publications that are not added
13  onto here that I have not had a chance to -- I'm in the
14  process of doing that now and I can send that to you.
15      Q       Okay.  Would you supplement those --
16      A       I would be happy to.
17      Q       -- afterwards?  And let's go ahead, if
18  we may, and mark the notice as 1.
19          (Second Notice to Take Audiovisual
20          Deposition of Dr. Kennedy filed marked
            as Exhibit 1 to this deposition.)
21      MR. GILMER:  And your C.V. as 2.
22          (Dr. Kennedy's curriculum vitae marked
            as Exhibit 2 to this deposition.)
23
24  BY MR. GILMER:
25      Q       Would you tell us on the record what the

                                                Page 17

                                    5 (Pages 14 to 17)

ATKINSON BAKER, INC.                        1-800-288-3376

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

1  two publications are that are not included in your C.V.
2  today?
3      A      Do you mind if I look at this, please?
4      Q      Sure.
5      A      I believe there's one publication
6  specifically in response to the use of echo --
7  transesophageal echo in patients who are hypothermic.
8  And then there's a -- there's a book chapter that I do
9  not have on that.
10      Q      And what is the book chapter on?
11      A      The book chapter is Intraoperative
12  Monitoring of Patients' Cardiac Function During
13  Cardiopulmonary Bypass.
14      Q      Are any of the publications that you've
15  listed on your curriculum vitae relevant to the issues
16  that are at issue in this case?
17      A      I -- I can't think of any specifically,
18  no, sir.
19      Q      Have you done any specific research
20  other than the text that we talked about that you had
21  reviewed, Miller's and the three others?  Have you done
22  any other research regarding the issues in this case?
23      A      I just reviewed the ASA standards for
24  the management of patients with sleep apnea, and that's
25  about it.

Page 18

1      Q      The ASA standards that you reviewed,
2  where did you review those?
3      A      They are published online.
4      Q      All right.
5      A      They are easily able to be pulled up,
6  even by nonmembers, on the internet, and I can provide
7  those for you if you'd like.
8      Q      Okay.  If you would do that for us,
9  we'll make that the next supplemental exhibit.  So, so
10  far as our -- let's do a little list here.
11      Our supplemental exhibits thus far are
12  the names of the textbooks that you reviewed, your
13  up-to-date curriculum vitae, and then the ASA standards
14  that you reviewed online.
15      (Supplemental, list of textbooks
16      reviewed by Dr. Kennedy marked Exhibit 3-A to this
      deposition.)
17      (Supplemental, Dr. Kennedy's up-to-date
      curriculum vitae marked Exhibit 3-B to this
      deposition.)
18      (Supplemental, online ASA standards
      reviewed by Dr. Kennedy marked Exhibit 3-C to this
19      deposition.)
20  BY MR. GILMER:
21      Q      And when we say AC -- ASA, I'm sorry --
22  we're talking about the American Society of
23  Anesthesiologists?
24      A      Yes, sir.
25      Q      Are you a member of that organization?

Page 19

1      A      I was at one time.  I think I've let my
2  membership lapse.
3      Q      And so that would be incorrect, that
4  that's listed on your C.V. then, right?
5      A      I don't know.  I think it's like coming
6  up for renewal within the next couple of months.  I
7  honestly don't have -- recall where I'm at with that.
8      Q      Okay.  Let's walk through your C.V. just
9  for a second.
10      A      Yes, sir.
11      Q      And I'll hand you this.
12      (Document passed to the witness.)
13  BY MR. GILMER:
14      Q      Now, describe for us -- first of all,
15  how old are you?
16      A      I'm 40.
17      Q      And where are you originally from?
18      A      I grew up for the most part in
19  Birmingham, Alabama.
20      Q      Where did you attend college?
21      A      I spent one semester at Jacksonville
22  State University, and then I completed my bachelor's
23  degree at the UAB, which is in Birmingham, Alabama.
24      Q      And why did you leave Jackson State?
25      A      My parents got divorced, and my father

Page 20

1  got -- there were just a lot of family problems.
2      Q      Do you have any physicians in your
3  family?
4      A      I do not.
5      Q      Are you related to Mr. Ledbetter in any
6  way?
7      A      Not that I'm aware of.
8      Q      Do you know how you were assigned this
9  case from Mr. Ledbetter or how he got your information?
10      A      I don't know.  I remember I got a call
11  from him.  I honestly can't -- I know it was somebody,
12  but it's been over a year ago.  I don't remember right
13  offhand.
14      Q      Okay.  You -- I show that you received
15  your MD in medicine from UAB?
16      A      Yes, sir.
17      Q      And that was in the year 2003?
18      A      Yes, sir.
19      Q      Then tell us briefly about -- where did
20  you do your internship?
21      A      I did a rotating internship at Carraway
22  Methodist Medical Center, which is a private hospital
23  in Birmingham -- it's no longer open -- where I worked
24  on multiple services, including internal medicine,
25  cardiac surgery, anesthesia, family practice, also.

Page 21

6 (Pages 18 to 21)

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

**Page 22**

1  Q    During that internship, how long was
2  your rotation in anesthesia?
3  A    It was one month at the very end.
4  Q    Did you do a rotation in ear, nose, and
5  throat surgery?
6  A    Did not.
7  Q    Did you do a rotation in surgery?
8  A    I did a rotation in cardiac surgery.
9  Q    Since that rotation in cardiac surgery,
10  have you done any additional work in surgery?
11  A    Other than being in the operating room
12  on a daily basis as an anesthesiologist caring for
13  patients who undergo all types of surgeries, including
14  ENT, cardiac, orthopedics, and you name it, the kind of
15  surgery, that would be it.
16  Q    But you don't actually --
17  A    -- operate.
18  Q    -- do the operating, do you?
19  A    I occasionally do some minor procedures,
20  but --
21  Q    Such as?
22  A    ECMO cannulation, which is a type of
23  artificial heart/lung machine that is done usually
24  percutaneously.
25  Q    Okay.

**Page 23**

1  A    I'm the program director here at
2  Vanderbilt, and so I do that.
3  Q    Okay.  Your residency in anesthesiology
4  was also at UAB?
5  A    Yes, sir.
6  Q    And when you completed your residency
7  there, you did a fellowship in critical care
8  anesthesiology at Emory; is that right?
9  A    Prior to going to Emory, I spent one
10  year as an instructor in anesthesia caring for patients
11  of basically all ages at UAB.  As an instructor, that
12  is -- you work as an instructor your first year, and I
13  spent one year there.
14  Q    Tell me what being an instructor means.
15  A    You're -- you teach residents and
16  fellows, and you're the attending of record for all the
17  patients that you're caring for.  There's no
18  differences in your responsibilities to the patients or
19  to the residents or fellows any different than someone
20  who is an associate or assistant or full professor.
21  Q    During that time, how much time did you
22  spend at the -- was there a children's hospital there?
23  A    There is a children's hospital in
24  Birmingham.  The interesting thing is that they don't
25  do certain types of procedures there.  And two of those

**Page 24**

1  procedures that they don't do are liver transplants, at
2  the time -- and they have changed that since.  And the
3  other one is pediatric ortho onc, which means young
4  children that have malignant tumors of their bones.
5  And we did that at UAB.
6  Q    Okay.
7  A    And there was a limited number of people
8  that did those procedures, and I was one of those.
9  Q    And so those would be the only two types
10  of pediatric patients that you would have worked with?
11  A    At that time, yes, sir.
12  Q    Okay.  And then you did a fellowship in
13  critical care at Emory?
14  A    Yes, sir, I did.
15  Q    And so that the jury understands, tell
16  the jury what the difference is in a residency and a
17  fellowship.
18  A    A residency is your primary training, so
19  if you wanted to be an internist, a primary care
20  physician, you would do your residency in internal
21  medicine or family practice.  Then if you wanted to be,
22  for instance, a cardiologist, you would have to have
23  done your residency in internal medicine.  And then a
24  fellowship specializes you in one specific area.
25        It doesn't negate your previous training

**Page 25**

1  as a general anesthesiologist or as an internal
2  medicine doctor as, for instance, a cardiologist.  The
3  same could be said for a pediatric anesthesiologist.
4        It's actually not a recognized boarded
5  specialty.  You don't get boarded in pediatric
6  anesthesia currently.  That's just an additional
7  training without any board certification associated.
8  Q    But there are fellowships available in
9  pediatric anesthesiology?
10  A    There are.
11  Q    And you did not do one?
12  A    No, sir.
13  Q    And then after you completed your
14  critical care anesthesiology residency, which -- what
15  does critical care anesthesiology mean to you?
16  A    Critical care anesthesia is accepted to
17  mean basically the care of patients in an intensive
18  care unit.  So those patients, both postoperatively --
19  but, also, that come in -- not related to any type of
20  surgical procedure -- that require care in the
21  intensive care unit.
22        And in that fellowship, not only did I
23  do that, but part of my responsibility was to rotate it
24  with different medicine and subspecialties in the care
25  of patients within the hospital outside of the ICU.

7 (Pages 22 to 25)

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

1    Q      And then you did a fellowship in
2  cardiothoracic anesthesiology at Emory?
3    A      Yes, sir, I did.
4    Q      And did you go to Emory thinking that
5  you would do two fellowships?
6    A      I -- that was my initial plan.  My
7  initial plan was to do a third in congenital
8  pediatrics, but from a financial standpoint and a life
9  standpoint, my wife had had enough.
10   Q      I can understand.
11   A      She said go get a job.
12   Q      And cardiothoracic anesthesiology is
13 what you chose to continue on doing; is that right?
14   A      I practice both.
15   Q      You do practice both?
16   A      I do practice both.
17   Q      How is your practice divided between
18 critical care and cardiothoracic, or do they just
19 overlap on a repetitive basis?
20   A      So when I'm assigned -- we have a
21 schedule going out anywhere between two to six months.
22 And so I will be assigned to be in the cardiothoracic
23 ICU here where we're -- the Intensive is for a 27-man
24 ICU.  And when I do that, that's my primary
25 responsibility.

Page 26

1  I will occasionally cover people or take
2  care of people who are having cases done just in a
3  suite right outside of our ICU, but for the most part,
4  I care for those patients for that week, and I'm on
5  24/7 for that week.  And then I usually have some
6  non-clinical days after that.
7  And then I'll be in the operating room,
8  so that my time -- when I'm in the operating room, I'm
9  dedicated to caring for patients who have any number of
10 cardiac or other procedures because we cover a number
11 of different locations in the hospital.
12   Q      In either of those roles, do you work
13 with pediatric patients?
14   A      No, sir, not currently.
15   Q      The university has a division of
16 pediatric anesthesiology in addition to your division
17 of cardiothoracic anesthesiology?
18   A      They do.
19   Q      Have you applied to be in that division
20 or ...
21   A      No.
22   Q      Okay.  Do you have any interest in
23 working in pediatric anesthesia?
24   A      Not currently, no.
25   Q      Now, you are not board certified?

Page 27

1    A      I am board certified in adult
2  anesthesia.
3    Q      Okay.
4    A      I am board certified in critical care
5  medicine, and I'm board certified by the American --
6  what is it, American College of Echocardiography for --
7  board certified in echo.  So I'm triple boarded.
8    Q      Okay.  Did you pass your boards on your
9  first attempt?
10   A      I passed my boards my second year of
11 residency.
12   Q      Second year of residency?
13   A      Yes, sir.
14   Q      Okay.  Did you pass the written and the
15 oral on your first attempt?
16   A      I did.
17   Q      Now, when you practiced in Alabama, were
18 you licensed to practice medicine there?
19   A      I was, yes, sir.
20   Q      Okay.  And was that license through the
21 medical school, or do you have a separated medical
22 license in Alabama?
23   A      So Alabama has a training license, and I
24 had that as a resident, but as a faculty member, when I
25 was an instructor, I had a full non-training license.

Page 28

1    Q      Do you still have a license in Alabama?
2    A      I let my license in Alabama expire
3  because I have no intention of going back to Alabama.
4    Q      Okay.  And you have been licensed in
5  Tennessee since June of 2010?
6    A      Yes, sir.  That's when I got here.
7    Q      And that's when you got to Vanderbilt?
8    A      Yes, sir.
9    Q      Have you worked at any other hospitals
10 in Tennessee?
11   A      No, sir.
12   Q      Have you ever worked at or done grand
13 rounds or any type of teaching in Memphis?
14   A      No, sir, I have not.
15   Q      Have you ever been in a hospital in
16 Memphis?
17   A      I don't think so.
18   Q      Have you ever met an anesthesiologist
19 from Memphis?
20   A      I think I have in a couple of meetings,
21 but I couldn't tell you their names.
22   Q      Have you had any conversations with any
23 anesthesiologists that are familiar with the practice
24 at Le Boneur Hospital?
25   A      Like I said, I've probably met several

Page 29

8 (Pages 26 to 29)

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

Page 30

1  anesthesiologists at different meetings that I've
2  attended, but I couldn't tell you their names.
3      Q      And during those meetings, did you
4  discuss the maintenance of the airway following a
5  post-adenoidectomy?
6      A      I don't recall what we talked about.
7      Q      What are your current teaching
8  responsibilities here at Vanderbilt?
9      A      Currently, I am responsible for teaching
10 all general anesthesia residents while they are on the
11 cardiothoracic rotation.  So they do two to four months
12 on that, from an anesthetic standpoint.
13         We also have fellows who are
14 subspecializing in cardiac anesthesia, and I'm
15 responsible for teaching them both the care and
16 management of those patients but also the use and
17 interpretation of transesophageal echo in the operating
18 room and outside the operating room.
19         I'm also responsible for teaching our
20 fellows in the ICU, our critical fellows, those -- so
21 those are anesthesiologists who have completed a
22 year -- I mean, the four years of training in
23 anesthesia, who are doing an additional year of
24 training for critical care.  So I'm responsible for
25 that.

Page 31

1         Up until about two months ago, I oversaw
2  the training program for echo, echocardiography, for
3  our fellows.  And I'm taking a temporary leave of that
4  for right now.  And that's, I think, about it.
5         Also, we have medical students that
6  rotate.  Frequently, we have several different courses
7  that the medical students now take through our
8  department, and I participate in that.
9      Q      How many other -- well, let me back up.
10 Do all the members of your department also have
11 teaching responsibilities like you?
12     A      It's a -- yes, sir.
13     Q      Being a teaching institution, everyone
14 that works here teaches; is that right?
15     A      Yes, sir.
16     Q      Okay.  And your teaching, is that
17 classroom teaching, or is that rounding on patients in
18 an operating-room-type setting, teaching?
19     A      We do some lectures.  Usually, it's not
20 large lectures of all the residents at one time.
21 Usually, it's smaller group lectures, so small -- kind
22 of small group discussions.  I've done some grand
23 rounds here.
24         Also, I've had some lectures with the
25 entire residency class, but that's not very common

Page 32

1  nowadays.  Most of my teaching is bedside teaching with
2  residents and fellows in the -- both at bedside, but in
3  the operating room.
4      Q      Transesophageal echo, is that -- did I
5  say that right?
6      A      Yes, sir, you did.
7      Q      And what is that exactly?
8      A      That is the use of an ultrasound mounted
9  on a -- kind of a gastroscope that goes in the mouth,
10 through the esophagus, and you image the heart, and
11 usually, you can also image the lungs.  Primarily, it's
12 the heart, and you look at cardiac function using that.
13     Q      Is that your primary interest here at
14 Vanderbilt?
15     A      That's one of my many interests at
16 Vanderbilt.
17     Q      Okay.  The presentations that you've
18 given, have any of those been related to the subject
19 matter at issue in this case?
20     A      I've discussed thoracic anesthesia at a
21 recent conference, and it was -- you know, it's dealing
22 with the airway management, but not specific to tonsils
23 and adenoids.
24     Q      And not specific to pediatric patients?
25     A      No, sir.

Page 33

1      Q      Back to your notice here, it also asks
2  you to bring with you any and all records and notes
3  that you have generated while working on this case.  Do
4  you have those with you?
5      A      I have them in my office.
6      Q      Okay.  And --
7         MR. LEDBETTER:  Let me respond.  I said
8  at the beginning of this that I had filed an objection
9  to this listed item, to all these listed items, similar
10 to the objection that had been filed on behalf of
11 Dr. Paidipalli.
12         And I didn't want to have to get into
13 the issue of Rule 30, 34, or 26, and the fact that our
14 discovery cutoff has lapsed and that this request came
15 seven days in advance of this and it's untimely, but
16 I'm reiterating that only because this witness did not
17 have this list and was not told to bring this list.
18         You can ask him about these items, but
19 we're not producing them, nor do I understand that you
20 intend to produce them from your witnesses.
21 BY MR. GILMER:
22     Q      Dr. Kennedy, what -- I have a
23 disclosure that was provided to us in this case.  It's
24 called an expert witness report.
25     A      Yes, sir.

9 (Pages 30 to 33)

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

1   Q      And in addition to this expert witness
2   report that we have here, what other records and notes
3   have you made in this case?
4   A      I've got just a couple of things I wrote
5   down here this morning when I was looking at -- that's
6   Smith's, Smith's Anesthesia.  That's one of the other
7   books that I have.
8   Q      Okay.
9   A      And that's really it.
10   Q      Let me see that.
11   A      Here, that's about all I've got.
12   (Witness passes document to counsel.)
13   BY MR. GILMER:
14   Q      Was this something that you pulled from
15   the internet?
16   A      This is something I pulled off of -- we
17   have digital textbooks.  No one makes textbooks anymore
18   because it's just a lot of wasted trees.  So all of our
19   textbooks are now computerized, so I just pulled this
20   off, this textbook, that is considered probably -- I
21   won't say the authoritative textbook on pediatrics, but
22   one of the authoritative textbooks on pediatrics.
23   Q      And do you believe that the information
24   contained in this text is authoritative and reliable?
25   A      I believe it's reliable, and it's an

Page 34

1   often-referenced opinion by practicing pediatric
2   anesthesiologists.
3   Q      Do you believe it establishes what the
4   standard of care is for pediatric anesthesiologists?
5   A      I think it helps to establish the
6   standard of care.  The standard of care is associated
7   with a lot of different things.
8   MR. GILMER:  Let's mark this as our next
9   exhibit, please.
10   MR. LEDBETTER:  No objection.
11   (Document entitled "Smith's Anesthesia
       For Infants and Children, Eighth
12       Edition," marked Exhibit No. 4 to this
       deposition.)
13
14   (Off the record.)
15   MR. GILMER:  I did want to clarify one
16   thing on the record.  Mr. Ledbetter made a statement
17   about receiving a notice seven days prior to the
18   expiration of a deadline.
19   BY MR. GILMER:
20   Q      This -- the original notice to take your
21   deposition was filed on May 22nd and contained the same
22   list of items that I have today.  Did you see the
23   original notice?
24   A      I honestly don't know.
25   MR. JOHNSON:  That's the pre-pink eye.

Page 35

1   THE WITNESS:  Yeah.
2   BY MR. GILMER:
3   Q      Let's mark the original notice as our
4   next exhibit, please.
5   (Notice to Take Audiovisual Deposition
       of Dr. Jason Kennedy filed May 22, 2014
6       marked Exhibit No. 5 to this
       deposition.)
7
8   BY MR. GILMER:
9   Q      Now, the text that you pulled to review
10   in this case -- when did you pull this?
11   A      I just happened to pull it this morning
12   just before I walked over here.
13   Q      In addition to this Smith's Anesthesia
14   section that you have here marked as Exhibit 4, what
15   other notes and records did you generate with respect
16   to this case?
17   A      I think I jotted down a couple of things
18   on paper, but I don't remember where they are at right
19   now.
20   Q      Do you still have those things?
21   A      They are probably at my -- either at my
22   home office or in my office over here.
23   Q      Okay.  I would ask that you -- subject
24   to plaintiff's objection, I would ask that you preserve
25   those and not destroy that evidence because we may be

Page 36

1   entitled to that down the road.
2   A      Okay.
3   Q      The notes that you made, what did they
4   say?
5   A      Mostly, I was trying to develop a time
6   line of what happened.  And then I -- that's kind of --
7   I was trying to figure out through digging through all
8   those record-s, because it's quite voluminous, and I
9   was just trying to find out what were the course of
10   events.
11   Q      Were you able to put together what you
12   thought was the course of events?
13   A      I was able to piece together, as best as
14   I could.
15   Q      What other notes and records did you
16   generate besides that?
17   A      That's probably about it.
18   Q      Okay.  Did you communicate with
19   Mr. Ledbetter via email?
20   MR. LEDBETTER:  Objection to questions
21   concerning communication under Federal Rules.  They
22   pertain to expert witnesses.  You're not allowed to get
23   into communications unless they are under certain
24   circumstances, and your question does not address those
25   circumstances.

Page 37

10 (Pages 34 to 37)

A80609D

**JASON D. KENNEDY, M.D.   JUNE 25, 2014**

1  BY MR. GILMER:
2      Q      Did Mr. Ledbetter give you any facts or
3  opinions related to this case before you formulated
4  your opinions in the case?
5      A      No, he didn't.
6      Q      What did he provide you with originally
7  so that you could form your opinions?
8      A      I think he just sent me the copy of
9  records from Le Bonheur Children's Hospital, and that's
10 it.
11     Q      And then at separate times, did he then
12 send you the depositions as they were completed?
13     A      Yeah.  That was quite a bit later.
14     Q      But he did not send you the parents'
15 depositions?
16     A      I don't recall seeing those.
17     Q      Did you know the parents were in the
18 PACU during the entire time that this -- that the child
19 was there?
20     A      I remember seeing something to that
21 effect that for a good portion of the time that the
22 parents were there.  I didn't know if it was all or
23 just part of it.
24     Q      Did you see the pictures that they took?
25     A      I did.

Page 38

1  let's make sure we agree to two things.  The first is
2  that you have never given a deposition before --
3      A      I have never --
4      Q      -- other than as the paramedic?
5      A      That's the only one that I can recall,
6  and I'm trying to remember.  I was a witness in a car
7  accident and I had to go to court for that.  And that's
8  about it.
9      Q      Okay.  And this is your first case
10 testifying as an expert witness?
11     A      It sure is.
12     Q      Have you reviewed any cases prior to
13 this in a role as --
14     A      No, sir.
15     Q      -- an expert?
16     A      Not prior to this.
17     Q      This is the first one that you've
18 reviewed, the first one you've testified in?
19     A      The first one I've reviewed, the first
20 one I've testified in, yes, sir.
21     Q      And your time -- you charge $350 per
22 hour for review?
23     A      Yes, sir.
24     Q      And then $500 an hour for your
25 testimony?

Page 40

1      Q      Okay.  Did you keep time records in the
2  case of how much time you expended?
3      A      Uh, yeah.  They were probably not to the
4  minute, but general records, yeah.
5      Q      Okay.  And have you -- how much time
6  have you spent thus far on this matter?
7      A      Probably -- up until today, probably
8  about twelve hours.
9      Q      When you initially got the medical
10 records, how much time did you spend reviewing those?
11     A      Probably an additional four or five
12 hours, just trying to go through.
13     Q      And then the time since then was
14 reviewing Dr. Clemons and Paidipalli's depositions?
15     A      And then go back and tie that in with
16 the medical record and seeing how they related.
17     Q      Have you billed him yet for your time?
18     A      I have.
19     Q      Okay.  And how much have you billed him
20 thus far?
21     A      I think twelve hours.  I think it was
22 $4,200, whatever that is.  I've not done the math in my
23 head.
24     Q      I did receive an addendum to your expert
25 report -- which I have marked up my copy of it.  But

Page 39

1      A      Yes, sir.
2      Q      Okay.  And do you -- is it at
3  Vanderbilt -- does the money go to Vanderbilt, and then
4  they recompensate you or --
5      A      Huh-uh, no.
6      Q      It goes to you directly?  Okay.  And do
7  you think you have submitted one or two bills to
8  Mr. Ledbetter?
9      A      I think I've only submitted one.
10     Q      Did it include the time for your
11 preparation for today's deposition?
12     A      I think I prepared for another two
13 hours.  Just this morning, I got in and just -- I
14 wanted to look through everything again and what I
15 pulled up here, which was probably another hour or so,
16 I guess, for that.
17     Q      Do you intend to come to trial to
18 testify?
19     A      I guess, if subpoenaed, I will.
20     Q      All right.  So you only intend to come
21 if you're subpoenaed?
22          MR. LEDBETTER:  He's coming.
23          THE WITNESS:  If asked to come -- I
24 don't have to be subpoenaed.  If I'm asked to come,
25 I'll be happy to come.

Page 41

11 (Pages 38 to 41)

A80609D

JASON D. KENNEDY, M.D.   JUNE 25, 2014

Page 42

BY MR. GILMER:

1  BY MR. GILMER:
2      Q      And what will you charge for your trial
3  testimony?
4      A      I've honestly not put into any thought
5  into that.
6      Q      Okay.  Will you charge the same $500 per
7  hour, or will you have a minimum or a maximum?
8      A      Sure.  Actually, I mean I don't want to
9  agree to any --
10     Q      Well, you can charge him as much as you
11 want to.  I just am trying to figure out what --
12     A      I have no -- I have put zero thought
13 into it.
14     Q      Okay.
15     A      I'm not doing this for any financial
16 reward.
17     Q      Okay.  Well -- well, if you're not doing
18 it for financial reward, why are you doing it?
19     A      Because I think part of the process as
20 physicians is that we have to police ourselves.
21     Q      Is there any mandate at Vanderbilt that
22 you testify against other physicians?
23     A      Nope.
24     Q      Does the ASA have standards as to
25 serving as an expert witness?

Page 43

1      A      They do, and I've looked at them before.
2  And I don't -- I couldn't quote them to you, but
3  basically, it's do the right thing, give your opinion
4  to the best of your ability, and be honest and faithful
5  to what you know.
6      Q      Do the -- does that standard require you
7  to be familiar with the issues upon which you're
8  testifying?
9      A      Yep.
10     Q      The depositions that you have reviewed,
11 did you make notes in those depositions?
12     A      I don't think I wrote on any one of the
13 depositions.  I just looked through them.
14     Q      The medical records that you used, did
15 you put sticky notes on them or make any notations on
16 the records themselves?
17     A      I had a disc.  It was on a disc.
18     Q      Okay.
19     A      On, like, a PDF.  And so no, I didn't.
20     Q      Did you -- you didn't use the Adobe
21 modifier to add notes or --
22     A      No.  I'm pretty computer illiterate
23 sometimes.
24     Q      Okay.
25     A      I'm sorry.

Page 44

1      Q      That's fine.  Have you reviewed any
2  specific guidelines from the hospital itself regarding
3  their policies and procedures?
4      A      I remember asking for one when I first
5  saw this for their PACU care.  And I remember -- I
6  think I remember reviewing it, but that's been, like I
7  said, over a year ago.  And, basically, I think what I
8  got was their PACU order set is what I got.
9      Q      And did that provide you with any basis
10 for your opinions in the case?
11     A      It did.
12     Q      What specifically?
13     A      Relating to the administration of
14 oxygen.
15     Q      What specifically about the
16 administration of oxygen?
17     A      That oxygen was to be administered to
18 patients upon a physician's order and when indicated
19 and to maintain certain saturations.
20     Q      And did you -- do you believe that
21 oxygen was not used in the PACU?
22     A      It was my understanding, by reading the
23 deposition, that oxygen was not used in the PACU.
24     Q      And what is your understanding from
25 reading the depositions regarding the ability of the

Page 45

1  PACU nurse to use supplemental oxygen?
2      A      You have to restate your question.
3  please.
4      Q      From reviewing the testimony in the case
5  and the PACU orders that you reviewed, is it -- do you
6  have an opinion as to whether the PACU nurse herself
7  could apply oxygen, if needed?
8      A      I've never been in a hospital where
9  someone can't apply oxygen --
10     Q      Someone --
11     A      -- if needed.
12     Q      Someone --
13     A      Anyone.  I mean a nurse or a physician.
14     Q      Anyone can?
15     A      Anyone caring for a patient can apply
16 oxygen.
17     Q      Including Kelly Kish?
18     A      Including the nurse, Kelly Kish, yes.
19     Q      Now, No. 5 -- my No. 5 request of -- I
20 think we've gone over everything that you've reviewed.
21 We have talked about the records that you reviewed.
22 We've talked about the depositions that you reviewed.
23 Did you -- by the way, did you review any of Brett's
24 school records or records from other providers besides
25 Le Boneur?

12 (Pages 42 to 45)

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

1    A    No, sir, I have not.
2    Q    Now, you did read Dr. Peretti's
3  independent autopsy report?
4    A    I read an autopsy report.  And I
5  couldn't tell you the name of the physician at this
6  point.
7    Q    All right.  When you read his record,
8  was there anything that you disagreed with?
9    A    I can't recall anything offhand that I
10  would have disagreed with.
11   Q    We've talked about the medical text that
12  you've reviewed and the PACU orders that we just talked
13  about.  Are there any other writings or records that
14  you reviewed to help formulate your opinions in this
15  case that we have not talked about?
16   A    Let me sit here and think about it.  I
17  can't think of anything.  No, sir.
18   Q    And this is an ongoing thing.  If -- the
19  way you just answered that question, if at some point
20  today --
21   A    I'll let you know.
22   Q    Just let me know.  And even if you
23  remember after the deposition, can we have an agreement
24  that if you remember something differently or remember
25  the answer to something, that you'll let Mr. Ledbetter

Page 46

1  know so that he can --
2    A    Sure.
3    Q    -- let us know?
4    A    Absolutely.
5    Q    Because Mr. Johnson and I do not want to
6  be surprised by anything that you come to trial to talk
7  about, okay?
8    A    That's reasonable and fair.
9    Q    All right.
10        MR. LEDBETTER:  One comment.  And this
11  is not to inform the witness, but he cites some sources
12  in his report but you haven't asked about them.  I
13  assume that --
14        MR. GILMER:  I'll go through those.
15        MR. LEDBETTER:  -- he's not misled you
16  by not saying -- there may be other things that he's
17  cited.
18        MR. GILMER:  That's --
19        MR. LEDBETTER:  Are you okay with that?
20        MR. GILMER:  That's fine.  Yeah, we'll
21  talk about those specifically when we go through your
22  record.
23  BY MR. GILMER:
24   Q    Number 7 -- I think we may have covered
25  this, but I'm not sure.  Have you been sued before?

Page 47

1    A    I've never had a malpractice suit
2  against me or any other suit that I can -- no.
3    Q    When you were a resident, was any of
4  care that you provided the issue -- at issue in a
5  lawsuit?
6    A    Not that I'm aware of, no.
7    Q    And have you ever had to make a claim
8  before a lawsuit was filed?  In other words, someone
9  threatened to sue you, and you talked to your insurance
10  carrier and made a claim about it?
11   A    No.  I've never settled or anything like
12  that.
13   Q    All right.  And this is your first try
14  at being an expert witness; is that right?
15   A    Yeah.
16   Q    Now, the report that was eventually
17  provided to us, which we'll -- why don't we go ahead
18  and mark the plaintiff's designation of expert
19  witnesses and physicians not employed as experts as the
20  collective next exhibit.
21        (Collective, Plaintiff's Designation of
             Expert Witnesses and Physicians Not
22          Employed as Experts marked as Exhibit
             No. 6 to this deposition.)
23
24  BY MR. GILMER:
25   Q    And within this collective exhibit is?

Page 48

1        MR. LEDBETTER:  Is that Exhibit 5?
2        MR. GILMER:  Yes -- this is Exhibit 6.
3        MR. LEDBETTER:  Six, okay.
4  BY MR. GILMER
5    Q    Within Exhibit 6, there is Exhibit C,
6  which is your expert witness report.
7    A    Yes, sir.
8    Q    Now, did you prepare this yourself?
9    A    I prepared it myself.  The exact
10  wording, some of it, Dr. Led -- I mean, Mr. Ledbetter
11  helped me with.
12   Q    Okay.  And did you have previous drafts
13  of this report that you did before this final one was
14  published to us?
15   A    I think that I had one that I sent to
16  him, but I can't remember right offhand.
17   Q    Do you remember what changes you and
18  Mr. Ledbetter discussed?
19   A    I don't remember exactly what it was
20  right offhand, no.
21   Q    Well, when we're going through your
22  report in just a few minutes, then, I want you to tell
23  me if you remember anything that changed or anything
24  along those lines, and we'll talk about some of the
25  things that Mr. Ledbetter may have helped you with on

Page 49

13 (Pages 46 to 49)

A80609D

JASON D. KENNEDY, M.D.   JUNE 25, 2014

1  those.
2          MR. LEDBETTER:  Object to that
3  commentary.
4          MR. GILMER:  I'm sorry.  I thought he'd
5  just said that you had helped him with some wording on
6  some of it.
7  BY MR. GILMER:
8      Q     All right.  I think that concludes the
9  notice itself.  Do you have staff privileges at any
10  other hospitals besides Vanderbilt?
11      A     No.
12      Q     And does -- Vanderbilt has a children's
13  hospital, does it not?
14      A     Yes, sir.
15      Q     And do you put patients to sleep or
16  round on patients over there?
17      A     No, sir.
18      Q     Have you ever?
19      A     No, sir.
20      Q     Have you ever applied for staff
21  privileges anywhere else?
22      A     I applied for staff privileges at UAB
23  and received them.  I've never applied for staff
24  privileges at any other hospital and been denied.
25      Q     Okay.  We talked about your license here

Page 50

1      A     2000 -- probably '4, I'm thinking
2  through 2005, 2006, when I was a resident.
3      Q     2004 through 2006?
4      A     Probably so, yeah, about.
5      Q     And about how many of those
6  procedures -- or we can even broaden it to
7  adenoidectomy, tonsillectomy, any type of throat
8  surgery on a pediatric patient?
9      A     Probably in excess of fifty.
10      Q     In 2012 and the year preceding that,
11  2011, you did not do any of those procedures, though,
12  correct?
13      A     What do you mean?
14      Q     In 2011 and 2012, you did not put any
15  pediatric --
16      A     No, sir.
17      Q     -- patients to sleep, did you?
18      A     No, sir.
19      Q     Have you ever put together a
20  twelve-year-old boy that weighed 81 kilos for a
21  pediatric ...
22      A     Sure, I have.
23      Q     Okay.
24      A     Yeah.
25      Q     And you consider yourself an expert in

Page 52

1  in Tennessee, and you had a license in Alabama that
2  lapsed.  Prior to the lapse in Alabama, was your
3  Alabama license ever revoked, suspended, denied, or put
4  on probation?
5      A     No, sir.
6      Q     The same for Tennessee; have you had any
7  of those issues here?
8      A     No, sir.
9      Q     Do you have a DEA number?
10      A     I do.
11      Q     And what is that number?
12      A     Uh ...
13      Q     Do you remember?
14      A     I don't a), remember right offhand, and
15  b), I'm not sure that I would give it to you even if I
16  did remember it, because I use that for prescribing
17  controlled substances.
18      Q     Okay.  And has your DEA number ever been
19  affected?
20      A     No.
21      Q     Okay.  You've never been sued.  And have
22  you ever put a patient -- a pediatric patient to sleep
23  for an adenoidectomy?
24      A     I have.
25      Q     Okay.  And when was that?

Page 51

1  what fields of medicine?
2      A     Anesthesia, cardiac anesthesia, critical
3  care anesthesia, echocardiography.
4      Q     Anything else?
5      A     I'm program director of ECMO.  So I
6  don't -- that's E-C-M-O.  There's no "h" on it.
7      Q     Oh, got you.  That's right.  Don't pay
8  attention to my notes.  I've got terrible note-taking
9  skills.
10          The opinions that you expressed in this
11  case are also -- you're giving opinions about the
12  standard of care for an ENT physician.  Do you believe
13  that you have expertise in that field?
14      A     I don't recall giving an opinion about
15  the practice for an ENT physician.  I gave an opinion
16  about the practice of a physician who saw a patient in
17  distress or in an abnormal practice.  No comment about
18  his practice as an ENT surgeon.
19      Q     What is the -- been the nature of your
20  practice, primarily, since you came to Vanderbilt?  Can
21  you just give me a thumbnail sketch of what your years
22  are like?
23      A     I'm sorry.  I don't --
24      Q     Do you see patients -- as an
25  anesthesiologist, you don't have clinic patients, do

Page 53

14 (Pages 50 to 53)

ATKINSON BAKER, INC.                    1-800-288-3376

A80609D
**JASON D. KENNEDY, M.D.   JUNE 25, 2014**

**Page 54**

1  you?
2    A    I do not have clinic patients.
3    **Q    Okay.**
4    A    Though I occasionally see patients in
5  the clinic on the request of their specialist for the
6  preoperative evaluation of those patients.  I do that.
7  So yeah, I have seen an occasional patient in clinic,
8  trying to determine their fitness for anesthetic.
9    **Q    Is your practice -- how much of your**
10  **practice is clinical versus teaching?**
11    A    Uh --
12    **Q    Or is all your teaching subsumed in --**
13    A    Yeah, I'm a --
14    **Q    -- your clinical practice.**
15    A    There's different tracks within
16  Vanderbilt.  I am a -- I'm a clinician.  I mean that's
17  what I do.  I'm not a researcher.  I've published a
18  little bit.  I take part in that, but mostly on my own
19  time.  But I'm, primarily and foremost, a clinician.
20    **Q    Do you believe that there's any**
21  **additional information out there that would be helpful**
22  **to you in making sure that your opinions are accurate**
23  **that you've given in this case?**
24    A    I'm sure there's always additional data
25  that we don't get on any given point, but it's not -- I

**Page 55**

1  can't think of anything right immediately that I'm
2  running out to go get.
3    **Q    Is there anyone you'd want to hear from**
4  **with respect to what they saw or did that you have not**
5  **seen or read?**
6    A    I think it would be probably beneficial
7  to get the depositions of the operating room nurses
8  that cared for the patient to determine if there are
9  some holes in the depositions of some of the named
10  previous depositions that don't make sense as far as,
11  you know, who transported the patient to the PACU
12  recovery area and what the patient's condition was when
13  they were extubating.
14    **Q    Anything else that you consider to be a**
15  **hole, so to speak?**
16    A    It would be interesting to look at the
17  parents' depositions -- I have not seen that -- and
18  whoever was involved with the cardiac arrest effort
19  that occurred.  That might be helpful, but at that
20  point, the damage was already done, so it's probably
21  not as relevant to what happened intra-operatively,
22  which led to this.
23    **Q    Have you discussed this case with anyone**
24  **other than Mr. Ledbetter?**
25    A    I have not.

**Page 56**

1    **Q    Have you had any firsthand contact with**
2  **the parents?**
3    A    I have not.
4    **Q    Have you talked with any other**
5  **physicians about the facts of this case?**
6    A    I have asked another -- I've asked a
7  pediatric anesthesiologist her opinion regarding a
8  prone position in a post-recovery that had changed.
9  And that's about it.
10    **Q    Who was that?**
11    A    Hold on a second.  I'll tell you right
12  now.  Heidi Smith, Dr. Heidi Smith.  You put me on the
13  spot.
14    **Q    And, again, what did you talk to her**
15  **about?**
16    A    I specifically asked her about
17  positioning in the postoperative recovery patient.  She
18  had no other facts of the case, just --
19    **Q    What did she have to say?**
20    A    That she would never routinely allow a
21  child to go prone, of his size.
22    **Q    What about semi-prone?**
23    A    A semi-lateral position?
24    **Q    (Nods in the affirmative.)**
25    A    That is completely -- that's called the

**Page 57**

1  recovery position, but in a prone position, in a
2  knee-to-chest, no.
3    **Q    Did you bring your medical records with**
4  **you today?**
5    A    I did not.
6    **Q    Have you had -- are you reviewing any**
7  **other cases as an expert witness right now?**
8    A    I was asked to review a case one week
9  ago.  I just got the records.
10    **Q    What -- by whom were you asked?**
11    A    One of my senior partners is a physician
12  that has done previous medical/legal work and referred
13  the patient -- or referred an attorney to me in regards
14  to something that I do frequently.
15    **Q    And is that a case that you're being**
16  **asked to review on behalf of a patient or on behalf of**
17  **a doctor?**
18    A    I actually don't know who -- they didn't
19  tell me.  They just gave me the -- all they asked me to
20  do is look at these records, and I'm looking at the
21  records.
22    **Q    Does it involve a child?**
23    A    It involves an adult.
24    **Q    Do you advertise yourself as being**
25  **available to be an expert witness?**

A80609D

JASON D. KENNEDY, M.D.   JUNE 25, 2014

1    A    No.  Sometimes I ask myself why did I
2    agree to do this.
3    Q    And you don't know how Mr. Ledbetter got
4    in touch with you?
5    A    I can't remember right offhand.  I was
6    thinking about that this morning because I figured you
7    would ask me that.  But I don't really recall how.
8    Q    Do you remember when your first contact
9    from him was?
10    A    Over a year ago.  I'm sure you could
11    tell me when.
12    Q    And would that be contained in some type
13    of correspondence that he had with you?
14    A    Probably an e-mail or probably in the --
15    I guess I have an envelope that had the disc in it that
16    he sent me with the medical records.
17    Q    Do you remember what your first contact
18    with him was about, like what was said, what was
19    referenced, that sort of thing?
20    MR. LEDBETTER:  Again, I renew my
21    objection to communications under Federal Rules.
22    BY MR. GILMER:
23    Q    Did he give you any of the facts of the
24    case?
25    A    No.

Page 58

1    Q    Did he simply send you the -- did he
2    send you the complaint?
3    A    No.
4    Q    Just the medical records?
5    A    As far as I remember, he sent me the
6    medical records.
7    Q    Other than the report that we've
8    referenced here under Exhibit 6 that you did, did you
9    make any other reports in this case?
10    A    No, sir.
11    Q    Were you asked to sign any affidavit or
12    anything of that nature?
13    A    I think so.  I don't think I sent it.  I
14    think that's the report, right?
15    Q    Okay.  Let's talk about this case
16    specifically now that we've gone through all of that.
17    Give me a brief summary of the facts that you think are
18    significant to this case.
19    A    Brett was a twelve-year-old boy with, I
20    think, some learning issues, developmental issues, that
21    presented for a tonsillectomy/adenoidectomy to Le
22    Boneur Children Hospital.  He had a known history, by
23    report, of symptoms consistent with sleep apnea,
24    specifically snoring and gasping breaths.
25    His physical exam was consistent with

Page 59

1    someone who would have sleep apnea and put him at high
2    risk.  If I recall right, he had some mention that he
3    had asthma or wheezing as a child, and he was on a
4    nebulizer and took a bronchodilator.
5    He underwent a tonsillectomy and
6    adenoidectomy under general anesthesia using an
7    endotracheal tube, using an inhalation induction, you
8    know, with a peripheral I.V. placed.
9    He had 200 milligrams of propofol, 100
10    milligrams of Lidocaine, 100 micrograms of fentanyl,
11    with a sevoflurane induction, starting off at 8
12    percent, and titrating down to about 3 percent.
13    His initial heart rate prior to
14    induction was about 70 and his baseline $CO_2$, after
15    intubation, was about 40, with tidal volumes of about
16    450, of which are consistent with normal tidal volumes
17    for a patient his size.
18    At the completion of surgery, he had
19    received no neuromuscular blocking agents, so that was
20    not an issue.  He had an end-tidal $CO_2$ that had
21    progressively risen through the duration of the case
22    with tidal volumes that were down to in the 160s that
23    are not consistent with adequate minimal ventilation
24    for a child his size.
25    He was taken to the recovery room.  He

Page 60

1    never awakened and really fully emerged, by reports of
2    the parents.  He did have emergence delirium, which
3    would be consistent with him thrashing around and
4    moving in an uncoordinated fashion, knocking his
5    monitors off, but that's not consistent with adequacy
6    of respiration, ventilation, or the ability to support
7    one's airway.
8    While in the recovery room, his oxygen
9    saturation was read as normal.  There were some issues
10    with the finger probe maybe falling off.  There, some
11    concerns were raised by the parents.
12    At one point, the surgeon came by and
13    saw the patient laying prone, knee-to-chest, with his
14    face down, and asked the parents if that's how he slept
15    and did nothing to correct the patient's obviously poor
16    position after a tonsillectomy and adenoidectomy.
17    And shortly thereafter, if I remember
18    right, at about 12 o'clock, the patient has a Code
19    Harvey, which is their cardiac arrest called in the
20    PACU.  And Kish turned the patient over to evaluate him
21    when she noticed that he was not snoring anymore, which
22    the patient --
23    At that point in time, CPR was started.
24    He was intubated at, if I recall right, 12:04 p.m.  A
25    blood gas that was drawn approximately fifteen minutes

Page 61

16 (Pages 58 to 61)

A80609D

**JASON D. KENNEDY, M.D.   JUNE 25, 2014**

Page 62

1  later showed an arterial CO2 of 96.  One done about
2  five minutes before that showed a venous CO2 of
3  "unmeasurable," in excess of 130.  Normal arterial CO2
4  is 40 or so.  Normal venous CO2 would be about 45.
5          Both of these, lab data and the
6  Anesthetic Record, were consistent with a patient who
7  had inadequate ventilation that led to hypoxemia and to
8  his cardiac arrest.
9          He subsequently was taken to the ICU
10  where he was cared for then.  The lines were placed for
11  monitoring and for medicine administration.  And over a
12  period, I think, of about 48 hours, which is pretty
13  consistent with assessing brain death, he had multiple
14  tests, including an echocardiogram; I think a blood
15  flow study to look at his brain; and he was declared
16  brain dead.
17          I think the organ donation center was
18  contacted, but I'd want to say that they refused any
19  visceral organs.  They might have done skin and bone.
20      Q      Any other facts that you found
21  significant?
22      A      The other facts that I did find as
23  significant and relevant to the case is the way the
24  patient was monitored in the PACU.  Nurse Kish was
25  noted to be on Facebook and using the computer.  And

Page 63

1  the parents asked her to assess him on multiple
2  occasions, and she failed to do so.
3          Other issues are that Dr. Paidipalli
4  never assessed the patient in the recovery area, which
5  is very -- not consistent with the practice of
6  anesthesia, to assess a patient, especially with his
7  high risk of risk factors from sleep apnea and snoring
8  and his body size -- an 86-k twelve-year-old boy is a
9  very large twelve-year-old boy -- that the surgeon --
10  like I said, he stopped by, and other than noting that
11  the patient was in a very poor position, did nothing to
12  correct it.
13          Those are, I guess, the key -- the key
14  salient points.  There's a lot of other pieces of data
15  that are out there that I'm sure can be interjected.
16      Q      Do you agree that Nurse Kish never
17  notified Dr. Paidipalli or Dr. Clemons of any problems?
18      A      I saw no documentation of that.
19      Q      Did you see where she notified them
20  of -- or did not notify them, in her deposition?
21      A      I -- if I recall right, she said that
22  she never called them.  And Paidipalli reported never
23  being notified, as did Dr. Clemons.
24      Q      Do you believe it is unreasonable for an
25  anesthesiologist to rely on a trained PACU nurse to

Page 64

1  notify them of problems with her patient?
2      A      Can you restate the question?
3      Q      Do you believe that it is unreasonable
4  for Dr. Paidipalli to have relied on the PACU nurse to
5  notify him of any problems with his patient?
6      A      I think it's reasonable for him to rely
7  on her to notify him.  It's also part of his
8  responsibility to check on the patient in the unit
9  before ninety minutes has transpired and -- especially
10  a patient as high risk as Brett was -- to convey his
11  concerns, which were very obvious -- or they should
12  have been obvious -- that he might have had, to make
13  sure that Nurse Kish carried out the appropriate level
14  of care.
15      Q      What did the standard of care require
16  Dr. Paidipalli to do with respect to speaking to Nurse
17  Kish?
18      A      To make sure that the -- an appropriate
19  level of hand-off was performed either by himself or
20  the CRNA in the room, that involved the patient's
21  current and past medical history, their anesthetic
22  course, and any surgical complications or surgical
23  issues that developed during the care of their patient,
24  and then to make an appropriate level of checks on the
25  patient in the post-op recovery period.

Page 65

1      Q      How frequently did the standard of care
2  require Dr. Paidipalli to check on a patient?
3      A      There's no designated time, per se.
4  It's dependent upon the patient's individual condition.
5          As a practicing anesthesiologist, I make
6  it a point either to accompany every patient to the
7  recovery room or check on them within ten or fifteen
8  minutes to make certain, and then if there are any
9  concerns, I make a point that the communication loop
10  is -- is kind of closed.
11          My responsibility as an anesthesiologist
12  is to supervise the care of the patient.  And yes, the
13  nurses have a responsibility, and yes, the CRNAs have a
14  responsibility, but as a supervising physician, I'm
15  ultimately responsible for what they do or don't do,
16  because -- if they have a failure to do it based upon
17  their lack of understanding or lack of knowledge.
18      Q      Do you believe that you're the captain
19  of the ship, so to speak?
20      A      I believe I am the physician taking care
21  of the patient.  I have a responsibility to supervise
22  the care of the patient.
23      Q      In other words, do you have the
24  responsibility to ensure that the other providers are
25  doing their job?

17 (Pages 62 to 65)

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

1     A     I have a responsibility while the
2  patient is recovering from an anesthetic to ensure they
3  recover from that.  The surgeon, who also has a shared
4  responsibility because it's -- especially since it's an
5  airway case -- has a responsibility to at least -- you
6  know, especially if he walked by and saw the patient in
7  a position that's not conducive to appropriate airway
8  support and not consistent with the standards set at
9  Le Bonheur -- to rectify the situation or make another
10 physician, specifically, the anesthesiologist, aware.
11     Q     Now, we'll go back through most of those
12 things again when we go through your report, but you
13 mentioned something a couple of times as you were
14 telling me what the salient facts were and it is what
15 the parents said or did.  And I was wondering how you
16 had that information if you had not reviewed their
17 depositions?
18     A     I don't recall where it was at, to be
19 honest with you.  I ... it was ... I honestly don't
20 recall.
21     Q     Are you familiar with the standard of
22 care for a PACU nurse?
23     A     I'm familiar with what is involved with
24 a PACU nurse caring for a patient, yes.
25     Q     Is playing on Facebook appropriate while

Page 66

1  you're monitoring a patient?
2     A     Absolutely not.
3     Q     Is that a deviation from the standard of
4  care?
5     A     I would say so.
6     Q     Is failing to ensure that the monitors
7  were appropriately working on a patient -- is that a
8  deviation from the standard of care?
9     A     Yeah.
10     Q     Is failing to reposition a patient who
11 is exhibiting breathing difficulties a deviation from
12 the standard of care?
13     A     Yeah.
14     Q     Is failing to apply supplemental oxygen
15 in the PACU Recovery a deviation from the standard of
16 care if it's called for?
17     A     That would be -- if it was called for,
18 yes.
19     Q     You, yourself, in going through the
20 facts, indicated that the O2 monitoring appeared normal
21 throughout his PACU course.
22     A     It was charted as normal, I would say
23 that.
24     Q     And --
25     A     But then there was some mention about

Page 67

1  they're having problems with the waveform, I think,
2  back in Kish's deposition, I think.
3     Q     Do you believe one way or the other of
4  whether Nurse Kish accurately recorded the O2
5  saturations while he was in the PACU?
6     A     Do I believe that she accurately
7  recorded?  I think she probably accurately recorded it
8  to the best as she was paying attention or if the
9  monitor was working, but I don't have any reason to
10 think that she lied, per se.
11     Q     Do you agree that Nurse Kish was in a
12 position to have changed the outcome of this case?
13     A     I think there were multiple people in a
14 position to change the outcome of this case.
15     Q     Isn't --
16     A     And I think she's one of them, yeah.
17     Q     Had she notified Dr. Paidipalli of any
18 issues that were going on, he then could have assessed
19 the patient and perhaps changed the course?
20     MR. LEDBETTER:  Object as to the form of
21 the question, and also invites speculation.
22 BY MR. GILMER:
23     Q     You can answer my question.  He's going
24 to make objections all day.
25     A     Okay.  I guess I would say that that

Page 68

1  would be -- it depends on the timing.  You know, I
2  think this child was not fully awake, based upon my
3  review of the records, when he exited the operating
4  room.
5          So, you know, he was clearly very
6  hypercarbic, and this had been going on for a while.
7  And so that would be somewhat speculation on my part,
8  and I'm not willing to speculate.  I'm only commenting
9  on what I saw present, based upon the medical records
10 and my opinion.
11     Q     Have you seen any toxicology reports or
12 lab reports that would indicate that the patient still
13 had anesthetic in his system at the time he expired?
14     A     I don't remember if there was a
15 toxicology report.  The interesting thing about both
16 Sevoflurane and Isoflurane -- and this child received
17 Sevoflurane, which is an inhaled anesthetic -- is that
18 it works by being absorbed.  You breathe it and then it
19 goes into the blood, but before it can actually have
20 an effect, it has to go into the brain.
21          So something called the blood-fat
22 solubility is very important.  And your brain has a lot
23 of fat in it because your neurons are surrounded by
24 lipid -- lipid membranes, and so it's impossible to
25 monitor that.  There's no toxicology report that would

Page 69

18 (Pages 66 to 69)

A80609D
**JASON D. KENNEDY, M.D.   JUNE 25, 2014**

1 show that. So we don't monitor Sevoflurane levels.
2          What you do see -- and that's pretty
3 well-documented that Sevoflurane actually is around for
4 quite a while. The child clearly received Fentanyl --
5 that's documented in the Anesthetic Record. 100
6 micrograms, which is about 1.2, 1.25 mcg per kilo for
7 this child, is enough even for a child his age with
8 obstructive sleep apnea to lead him to have significant
9 respiratory depression in the postoperative period.
10          The Sevoflurane definitely would cause
11 him to have what his anesthetic record demonstrates,
12 which is a rate of about 22 -- a respiratory rate of
13 about 22 and tidal volumes that are small. And that's
14 very consistent with a volatile anesthetic still laying
15 around.
16          And the issue with having low tidal
17 volume, such as that, is that there's a certain amount
18 of what we call dead space within your lungs. In order
19 for the air to get from here to your alveoli, where you
20 have gas exchange, it's about 150 cc's. 2 cc's per
21 kilo, actually, is what the norm is.
22          So even in Brett's situation, you would
23 use his height and not his weight to make that
24 determination. So we'll say about 120 cc's for him.
25          That -- 120 cc's of that does not

Page 70

1 participate in gas exchange, so his effective tidal
2 volumes were only 100 cc's, which is consistent with
3 the medical record that clearly shows that he was quite
4 hypercarbic at the time of his arrest, and that of --
5          You know, there's only so much space in
6 your lungs, and a large portion of that is taken up by
7 nitrogen, which is the most common gas in the
8 atmosphere. And then when you become very hypercarbic,
9 that $CO_2$ actually will displace the available oxygen in
10 your blood.
11          So when we give supplemental oxygen,
12 we've trying to displace the nitrogen and just overcome
13 any hypoxemic effects. The hypercarbia is still there.
14 It still makes you -- it still depresses your
15 respirations further. It still makes you much more
16 sleepy. And if you look at Brett's anesthetic record,
17 he had a end-tidal $CO_2$ of 54, if I remember right.
18          Right before that was the last
19 documented $CO_2$. It could have been higher than that.
20 And I think there was a comment on one of the expert
21 opinions that this is not accurate. It can
22 underestimate, but it doesn't ever overestimate your
23 $CO_2$ in your blood.
24          And a $CO_2$ of 54 by end-tidal -- there's
25 something called physiologic dead space. And so his

Page 71

1 arterial $CO_2$ at that point in time was usually no less
2 than 6 higher, so it was at least 60. If you get a $CO_2$
3 of 80, on most adults and children, you get what we
4 call 1 "MAC" of anesthetic. It's enough sedative
5 potency to actually -- to operate on you. Okay. So
6 Brett was not far from that when he left the operating
7 room, and he had that much $CO_2$.
8          So to get back to the answer to your
9 question, there's no way to monitor Sevoflurane
10 concentrations that we do in common clinical practice.
11 There's research ways that you can do that, and they
12 have shown that Isoflurane, for instance, will stick
13 around for about 96, sometimes 72 hours. You can still
14 smell it frequently as patients come out. That balto
15 agent [phonetic], that risk for a depression effect, is
16 still present, though not measured.
17 Q          End-tidal $CO_2$ volumes change from second
18 to second?
19 A          It changes from not necessarily second
20 to second, but it can change over periods of breaths.
21 But, you know, for Brett, there was a clear marching up
22 of his $CO_2$. It just wasn't an isolated monitoring.
23          And I think one of your expert witnesses
24 made that comment that -- you know, "this isolated
25 measurement." Brett's was not isolated. It was --

Page 72

1 there was a clear pattern. I mean that's what the data
2 clearly shows, is that this child had an increasing $CO_2$
3 end-tidal, which would correlate with an increasing
4 arterial $CO_2$, so inadequate ventilation with lower
5 tidal volumes.
6          And that is part of the instruments that
7 we use to fly the plane. You know, there's definitely
8 a clinical judgment that goes along with this, but it
9 would be -- I guess the analogy would be that, you
10 know, Jimmy Doolittle flew an airplane to Japan and
11 completed a mission with a map and a compass, but you
12 wouldn't get onto an international 747 and not expect
13 the pilot to use the GPS to get you from here to Europe
14 or from here to Atlanta, whichever.
15 Q          Do --
16 A          Then so those monitoring systems, they
17 have to be tied in with clinical judgment, and you
18 can't just ignore those, and that was clearly there.
19 Q          Do you believe that Dr. Paidipalli
20 ignored the diagnostics?
21 A          He either ignored it or should have or
22 could -- he should have done something about it. So I
23 don't know if he just said I don't care. I can't read
24 his mind. But the data is clearly there.
25          The end points from making the decision

Page 73

19 (Pages 70 to 73)

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

Page 74

1  to extubate that child clearly were not supportive of
2  that care.  And a reasonable anesthesiologist given the
3  set of facts for Brett, in his physical condition,
4  that's well-documented in the Pre-Anesthetic Record,
5  clearly support the outcome.  But it's an expected
6  outcome.  It's not a surprise at all, taking the set of
7  facts and the anesthetic that was delivered to that
8  patient.
9       Q    The decision to extubate a patient and
10 wake them up, is that based solely on what the monitors
11 say?
12      A    No, no.  There's a lot of different
13 points.  So, you know, the first point is to decide
14 whether or not you're going to do -- especially for ENT
15 surgery, there's, you know, one of the -- probably the
16 single largest complication with T&A's is actually
17 bleeding postoperatively.  That's the most common
18 concern.
19           The second most common concern is loss
20 of airway, which actually bleeding can cause loss of
21 airway for -- what happens is blood gets in your airway
22 and it gets on your vocal cords.  And your cord spasms.
23 Children are at high risk for this.
24           And so the decision point in this is a
25 debated way to do it, and there's actually studies that

Page 75

1  look at do you do an awake extubation so you have the
2  child fully awake and they are completely with it and
3  interacting with you, and it's, you know -- or do you
4  keep them deep anesthetized, pull the tube out, and
5  then stay in the room longer, let the gas, inhaled
6  agent, go down enough for them to support and maintain
7  their respirations, and then -- you know.
8            And sometimes you would even bring that
9  patient to the recovery room in that state and you
10 would stay with them and monitor them, one of -- either
11 the CRNA or the physician would stay with the patient
12 while they were monitored until they, you know, arouse
13 and make sure that they are appropriately monitored.
14           Both -- both -- both decisions are
15 reasonable choices, and there's actually studies that
16 show the benefits of one and the benefits of the other,
17 and that's a clinical decision that you make.
18           And I can't argue with that clinical
19 decision, but if you're going to do either one,
20 whatever that choice is, you have to do it in a
21 medically acceptable way, and that medically acceptable
22 way could be done in Nashville, Tennessee or Memphis or
23 Alaska, for that matter, but there are certain
24 physiologic variables about giving anesthetics that
25 don't change.

Page 76

1            There's judgment calls and then there's
2  "I'm ignoring the available monitoring I have."  And
3  those are two separate points.
4       Q    Do you know what the CRNA that handed
5  the patient off to Nurse Kish informed her about?
6            MR. LEDBETTER:  Object as to form.
7  Also, it's a double question.
8  BY MR. GILMER:
9       Q    Do you have what the -- do you have any
10 idea what the CRNA that transferred the patient to the
11 PACU reported to Nurse Kish?
12      A    I didn't see any documentation of what
13 she did or did not.  There was some mention that -- I
14 think in one of the affidavits I saw that the
15 circulating nurse, maybe, brought the patient to PACU,
16 and not Kish, so -- but, I mean -- not Kish, but the --
17 I can't remember her name, the CRNA -- that one of them
18 brought -- so I'm not aware of the hand-off.  And
19 there -- there's no documentation that I could find of
20 what exactly that was.
21      Q    If the patient was delivered to the PACU
22 with supplemental oxygen, would that change your
23 opinions in the case?
24      A    If the patient was delivered -- it would
25 make me think that the patient received oxygen, but it

Page 77

1  wouldn't change my opinion to the fact that the patient
2  was extubated at a point when he was having inadequate
3  ventilation to support himself and that the end point
4  of him getting hypercarbic and developing respiratory
5  failure and subsequent hypoxemia were inevitable unless
6  something else was done about it.  The point to impact
7  that was in the operating room before he ever left the
8  operating room, so --
9       Q    So the decision -- are you saying that
10 the decision to extubate led to the respiratory failure
11 some ninety minutes later?
12      A    Absolutely, no doubt about it.
13      Q    And there was no -- what clinical
14 indications or monitoring indications do you have from
15 the PACU that the patient was having difficulty
16 ventilating?
17      A    Two.  Probably the most important one is
18 tachycardia, which is -- you know, is -- can be caused
19 by hypercarbia.  Tachycardia in a infant can be -- or a
20 child; he's not an infant -- or an adult can be caused
21 by a variety of things.
22           This -- Brett received a medicine called
23 Glycopyrrolate, which does tend to increase your heart
24 rate, and he just had surgery, which are two things
25 that can cause your heart rate to go up.  So can

20 (Pages 74 to 77)

## A80609D
## JASON D. KENNEDY, M.D.   JUNE 25, 2014

1 hypercarbia.
2         So it's hard to differentiate that out.
3 They do not monitor end-tidal CO2 in the PACU
4 routinely, and I didn't see any record that they did it
5 there.
6         There's some issues with the accuracy of
7 CO2 as measured by me breathing through a mask or a
8 nasal cannula as versus an endotracheal tube as --
9 which was the measurement that Brett had, because they
10 used a 6.5 endotracheal tube that was cuffed for him,
11 which would make the end-tidal CO2 very accurate.  And
12 so they didn't -- you know, once the tube was removed,
13 that's -- you know, we don't have any more data points
14 for that.
15         The other issue is that Brett clearly
16 had what we call emergence delirium, and that is
17 actually pretty common with kids.  That's basically
18 what you and I might say you're awake but you're not
19 cognizant and you're not able to make rational
20 decisions.  You'll swing at people.  You will often
21 obstruct your airway.  You can't control your airway.
22 You can't breathe -- you might breath a little bit, but
23 it's -- you know, we see this in adults all the time.
24         Children are much more prone.  So
25 they're -- the amount of attention you have to pay to

Page 78

1 causing you to get more respiratory depressed and not
2 breathing even more, your PaO2 may be down to 75 or 80,
3 and your saturation will still be 99 percent.
4         So the monitoring devices that we use
5 have their limitations, and that's an important part of
6 what we do as anesthesiologists is ensuring, in spite
7 of those limitations, that we're making the appropriate
8 assessments of the patient, which includes specifically
9 physical exams.
10     Q     And that is also why it's important for
11 the PACU nurse to monitor the patient carefully?
12     A     Agreed.
13     Q     I want to go through and --
14         MR. GILMER:  Well, how much more have
15 you got?
16         VIDEOGRAPHER:  This would be a good time
17 to take a break.
18         MR. GILMER:  Okay.
19         VIDEOGRAPHER:  I've got about
20 twenty-five minutes, but --
21         MR. GILMER:  Oh, I mean I can keep
22 going.  I can keep going for twenty-five minutes, if
23 that's all right.  I'll grab the medical record here.
24 BY MR. GILMER:
25     Q     The Anesthesia Record --

Page 80

1 this in a child is dramatically more, especially a
2 twelve-year-old child that weighs 80-something
3 kilograms, who has obstructive sleep apnea, like I
4 said, and is getting his tonsils done.  It is
5 dramatically higher.
6         So when patients -- you know, one of the
7 primary things that, as a pediatric anesthesiologist,
8 you have to rule out is hypoxemia and hypercarbia.  I
9 mean that is very clear.  That's one of the first
10 things you have to do.
11         And, you know, oxygen saturation
12 monitors are specific but not very sensitive, and the
13 difference is that they are telling you the saturation
14 of hemoglobin -- of oxygen and hemoglobin.  Okay.  So
15 if when we talk about -- when we're looking through the
16 labs, we have something called PaO2, which is the
17 partial pressure of oxygen within the blood.  Well,
18 that -- there's a -- you know, there's a relationship
19 between the two, and they are not linear.  And that's
20 why oxygen saturation monitors are not a -- not a very
21 specific monitor of hypoxemia.
22         So if your PaO2 is 300, your sats going
23 to be 99 percent.  Well, if your lung function is down
24 or you're hypercarbic and you're not ventilating well
25 and your CO2 is up to maybe 100, and that CO2 of 100 is

Page 79

1     A     Yes, sir.
2     Q     I would like for you to go through the
3 Anesthesia Record and explain to me exactly what ...
4     A     Okay.  You want me to just go through
5 it, or do you have a specific question you --
6     Q     No, I -- yeah, I would like for you to
7 go through specifically the issues that you've just
8 discussed regarding the hypercarbia.
9     A     So may I share your pen?  So as you can
10 see here [indicating], Brett came into the operating
11 room and he was put on nitrous, which is laughing gas
12 and air, 7 liters, amended in 3 liters -- an amendment
13 which is a normal way we induce a child -- and then
14 Sevoflurane, 8 percent.  That's the maximum amount of
15 Sevoflurane.
16         So you're trying to, very quickly, get
17 the child -- but you don't have I.V. access.  And then
18 once you get I.V. access, then they gave Robinul, which
19 is a medicine that prevents children from getting their
20 heart rate down a lot in -- so you see that.  At the
21 same time, his heart rate, which is this dot here
22 [indicating], kicks up from 80 to 110, which -- the
23 good news about Robinul is it prevents the
24 brachycardia, but it also hides signs of hypercarbia,
25 such as tachycardia, because you don't know what that's

Page 81

21 (Pages 78 to 81)

A80609D

**JASON D. KENNEDY, M.D.   JUNE 25, 2014**

Page 82

1   from.
2        After they got the Sevo- and they got
3   the IV on board, what they did is they gave this
4   Robinul I.V. and lidocaine, which is a local anesthetic
5   that we also use as an induction agent.  It makes the
6   Propofol, which is their -- a primary induction agent,
7   not burn as much, but it also has some centrally acting
8   CNS effects, itself.  It's 100 milligrams, 200
9   milligrams.
10       These are very reasonable, consistent
11  doses.  And 100 mcg of Fentanyl, which is a very potent
12  narcotic -- that's about 1.2 per kilo.  That's very
13  consistent.  And then they give Decadron, which is
14  often given to patients who have the tonsils done, just
15  to decrease swelling.
16       They gave him another 50 of Fentanyl
17  down here at the very end, which is -- probably caused
18  some of this issue; Zofran, 4 milligrams, which is an
19  anti-medic.  LR is a fluid.  And so what you --
20  **Q        What's the -- stop just there for a
21  second.**
22  A        Yep.
23  **Q        You said they gave them 50 of Fentanyl
24  later?**
25  A        Yeah.

Page 83

1   **Q        And then that's probably what caused --**
2   A        That -- that played into it.
3   **Q        Okay.**
4   A        This is multifactorial.
5   **Q        Mm-hmm.**
6   A        This is not a single -- you know,
7   there's multiple issues that come into this.
8   **Q        All right.**
9   A        Notice that the --
10  **Q        Let me ask you some specific questions
11  about this.**
12  A        Yes, sir.
13  **Q        First of all, the initial drug choices:
14  Do you have any criticisms of the drugs themselves or
15  the amounts of drugs that were provided?**
16  A        No, sir.
17  **Q        Okay.**
18  A        My only concern would be using -- some
19  would argue Fentanyl, because of its respiratory
20  depression effects in a patient with sleep apnea --
21  many people would argue that you get the child
22  completely awake before you give them any pain medicine
23  because what will happen is that this will depress
24  them, especially someone of his size and weight, and
25  especially giving it not here, but back here

Page 84

1   [indicating].  Even this 50 mcg could have suppressed
2   his breathing a little bit.
3   **Q        Do you believe that that's a deviation
4   from the standard of care?**
5   A        I don't think it's a lot of deviation
6   from the standard of care, no.
7   **Q        Okay.  All right.  Continue.**
8   A        So when you first see here they have his
9   tidal volumes, TSV tidal volumes and their documented
10  as 446, you know.  So Brett is 80-something kilos.  We
11  base normal tidal volumes on your ideal weight, which
12  is based upon your height, which -- for him, we'll just
13  say it's about's 70 kilos, give or take a few.  That
14  would be about 420 cc's.  It would be 6 cc's per kilo.
15  Those are very reasonable tidal volumes.
16       And you see this 446, 416, 200, 145,
17  180, so these aren't isolated measurements.  And
18  usually, when we document these charts, we don't, like,
19  document the random number.  We document what is the
20  trend, because, you know, his heart rate can go
21  around -- his pulse ox might go around.  We don't
22  normally document that, especially on a written record.
23       And at the same time, you see his
24  end-tidal CO2.  Where is that at?  You know, you see
25  his tidal volumes going down, his respiratory rate

Page 85

1   actually going up, which is consistent with someone who
2   is actually getting hypercarbic but doesn't have
3   enough -- they are not exchanging their dead space very
4   well.
5        So -- and then his CO2, which is --
6   where is it at?  There's his FiO2.  That's his
7   saturation.  Where is his CO2?  I just saw it.  Here it
8   is, end-tidal CO2.
9        And you see this, where it started, what
10  looks to be 41, which is pretty consistent.  And I
11  think there was a note about that.  You know, a child
12  with sleep apnea, there's going to be a gradient of
13  about 4, 5.
14       I wouldn't see -- expect a
15  twelve-year-old who didn't have significant right heart
16  failure to have CO2s much higher than this walking
17  around.  Otherwise, they would have heart failure,
18  because hypercarbia chronically induces something
19  called cor pulmonale, which the increased resistance in
20  the pulmovasculature actually causes the right heart to
21  fail.  And there's symptoms that you see, like edema in
22  your legs and such as that, liver failure, kidney
23  failure.
24       And then what you see -- and that's a
25  very normal -- so his arterial CO2s really are probably

22 (Pages 82 to 85)

A80609D

**JASON D. KENNEDY, M.D.   JUNE 25, 2014**

1 about 45 here.  And you see this gradual increase.
2 Again, this isn't just a random shot.  This is -- this
3 is a trend.  This is clearly there.  And basically, his
4 tidal volumes are getting lower, his $CO_2$ is going up,
5 and his respiratory rate is going up, trying to
6 compensate for that.
7        That clinical picture is very consistent
8 with a child that's hypoventilating, in that, you know,
9 they -- I think, if you look at the times here, they
10 suction extubated at 10:26.  They turned their
11 Sevoflurane off here somewhere between 10:15 and 10:30.
12 They don't specify when.  It's in the middle -- they
13 have an "x" here that makes me think it's closer to
14 10:30.
15        This child would still have a
16 significant amount of Sevoflurane on board.  And the
17 Sevoflurane -- it depresses your respiration and shifts
18 what we call your $CO_2$ respiratory drive curve.
19        So there's this linear relationship
20 between if your $CO_2$ rate is "x," your ventilatory rate
21 will be a certain number, okay?  And what happens is
22 Sevoflurane will shift that number over.  You won't
23 breathe the same rate at a higher $CO_2$.  You'll be kind
24 of depressed.  And the narcotics do the same thing.
25 Volatile anesthetics do it slightly differently.

Page 86

1        So what happens is that you get higher
2 $CO_2$s.  And that's expected, to have mildly high $CO_2$s,
3 maybe an end-tidal of 45 or so, at the end of an
4 anesthetic, but 56 in a child with sleep apnea is very
5 concerning.
6     Q     Did Brett's breathing conditions prior
7 to surgery, the conditions that he was there to have
8 surgery about --
9     A     Uh-huh.
10    Q     -- contribute to his hypocarbia?
11    A     Absolutely, yeah.  So it's
12 well-documented that -- and well-explained that
13 patients who have sleep apnea are at increased risk of
14 just apneic periods, and some of it is anatomy.
15        And there's really two types of sleep
16 apnea in children.  There's Type 1 and Type 2.  And
17 Type 1 is thought to be due to, you know, certain
18 things; and Type 2 is thought to be due to certain
19 things.  And sometimes with kids who have sleep apnea
20 or syndrome, they may not necessarily be obese.
21        And even after you resect the tonsils in
22 a child who has had a T&A, they will still have
23 post-resection apneic periods just because their body
24 has been doing it for a while.  We don't really know
25 why, but it does that.

Page 87

1     Q     Okay.  What else is significant about
2 the PACU Record?
3     A     And this is the OR Record.
4     Q     I'm sorry, the OR Record.
5     A     Let me look if there's anything else.
6 With the tidal volumes -- I mean his heart rate is up,
7 but that could be from hypercarbia.  Robinul in this --
8 you know, there's a big debate within medicine about do
9 you even give Robinul for a twelve-year-old because of
10 this right here, because it's going to mask your signs
11 a little bit, maybe.
12        You know some of it, I guess, is the
13 time, you know: "10:26, section and extubated, in PACU
14 ten minutes later."  I wonder why ten minutes, you
15 know?  Does that mean the report was given at that
16 time?  I mean that's probably the paper charts.  Was
17 that -- you know, it's -- you're writing it sometimes
18 not as it happens but later.  So I don't see anything
19 dramatic.
20        Those are the big issues right there
21 that really, you know, stand out and jump out at you as
22 the fact that he was still probably asleep when he was
23 extubated and not really fully aroused.
24    Q     Do you know what clinical signs
25 Dr. Paidipalli used to decide to extubate the patient?

Page 88

1     A     Uh, I don't see any evidence of that.  I
2 remember -- I remember in his deposition, he just kept
3 talking about clinical judgment without any, really,
4 explanation of what that was.  So no, I don't.
5     Q     What does the standard of care require
6 for a pediatric anesthesiologist extubating a patient?
7 What clinical signs is that -- does that standard
8 require them to consider?
9     A     It sort of depends on if you're doing an
10 awake or a deep extubation.  If you're doing an awake
11 extubation, it's reversal, if appropriate, and there's
12 the ability to protect your own airway, follow
13 commands, breathing adequate minimum minute adequate
14 tidal volumes at an adequate rate and be
15 hemodynamically stable.
16    Q     Okay.  Do you have any criticisms of the
17 pre-anesthesia evaluation done with this patient?
18    A     I couldn't read it --
19    Q     Okay.
20    A     -- very well.  I mean do you have a copy
21 of it?  I don't think it's -- you've got the billing
22 form here and you've got the Anesthetic Care Record.
23    Q     Well, based upon your review of the
24 chart, do you have any criticisms of it?
25    A     They noted that he had sleep apnea.

Page 89

23 (Pages 86 to 89)

A80609D

JASON D. KENNEDY, M.D.   JUNE 25, 2014

1  They noted that he snored and had loud gasping
2  respiration, so they were clearly aware of his
3  respiratory history.
4          Other than that, Dr. Paidipalli's plan,
5  I couldn't actually -- it was uninterpretable.  I read
6  -- I thought I could read something, but I couldn't
7  honestly attest to the fact that I understood what his
8  thought processes were going into it.
9      Q      Do you have any criticisms or believe
10 that it was a deviation from the standard of care to
11 put this patient to sleep using general anesthesia?
12     A      No.
13     Q      Would local anesthesia be appropriate to
14 do an adenoidectomy and tonsillectomy?
15     A      I've never seen a local anesthetic done
16 in the United States.  And I'm sure they do it in some
17 places where post-op issues are, you know, more of a
18 concern, but I'm not aware that -- of anyone doing it,
19 no.
20     Q      Are you aware of any other way to
21 perform the surgery other than to put the patient to
22 sleep using general anesthetic?
23     A      You can do it under local, but I don't
24 think anyone does that.  I think it's usually a
25 general.  You don't have to do a tube, and endotracheal

Page 90

1  tube.  You can do an ILMA, which is a laryngeal mask
2  airway, which is a device that just sits above the
3  glottis.  Some centers do that, but I think that the
4  primary way people do a tonsils & adenoid is to put
5  asleep and put a breathing tube in.
6      Q      So the decision to intubate and use a
7  general anesthetic to perform the surgery was in
8  accordance with the standard of care?
9      A      Yes, sir.
10     Q      Okay.  The medicines that Dr. Paidipalli
11 chose and the amounts of them were also in accordance
12 with the standard of care?
13     A      Everything -- the little bit -- the
14 Fentanyl, I think you can make an argument that, in his
15 situation, that it may not have been wise, and if you
16 would have given it -- I would have given him a lot of
17 time to make sure any washed out his Sevoflurane.  That
18 was about it.
19     Q      Well, do you believe that it was a
20 deviation for him to use it at that point in the case?
21     A      That would probably be a stretch.
22     Q      It would be a stretch to consider it a
23 deviation, right?
24     A      Yes.
25     Q      Okay.

Page 91

1      A      Because if he's uncomfortable, then he's
2  going to be delirious, too, if he wakes up hurting.
3      Q      Do you have any opinion concerning the
4  documentation that Dr. Paidipalli made?
5      A      This chart is primarily done by the
6  CRNA, and the only thing that he did was this portion
7  right here [indicating] as -- you know, based upon the
8  handwriting, looking at it.  I'm not aware of any other
9  documentation that I saw other than the pre-op
10 anesthetic assessment, and that was uninterpretable.
11     Q      Do you have any criticisms of the
12 documentation made by the CRNA on this Anesthesia
13 Record?
14     A      The documentation seems fine.  The
15 medical decisions do not.
16         MR. GILMER:  Okay.  Let's mark the
17 Anesthesia Record as the next numbered exhibit.
18         (Anesthesia Record marked as
19         Exhibit No. 7 to this deposition.)
20 BY MR. GILMER:
21     Q      And, Doctor, for the record, the blue
22 ink that is on here, you just made, correct?
23     A      Yes, sir.
24         MR. GILMER:  Okay.  Why don't we take a
25 break?

Page 92

1          VIDEOGRAPHER:  This is the end of Disc
2  No. 1.  The time is 3:07.
3          (Recess taken from 3:07 to 3:15 p.m.)
4          VIDEOGRAPHER:  This is the beginning of
5  Disc 2 of the deposition of Dr. Jason Kennedy.  The
6  time is 3:15.  You may begin.
7  BY MR. GILMER:
8      Q      Doctor, we had just went through the
9  Anesthesia Record and talked about your -- the bases
10 for your opinions.  What, in your opinion, did the
11 standard of care require of Dr. Paidipalli to do rather
12 than extubate the patient at 10:26?
13     A      To allow the patient's spontaneous
14 respiratory drive to return to normal and to assist him
15 into that point.
16     Q      And how would he have done that?
17     A      By keeping the breathing tube in and
18 assisting his ventilation via the anesthetic machine as
19 a way you can manually support his breathing, or you
20 can put him back on the ventilator that's incorporated
21 into the anesthetic machine.
22     Q      This use of supplemental oxygen was not
23 sufficient?
24     A      No, because supplemental oxygen can
25 actually kind of hide that hypoc -- low tidal volume

Page 93

24 (Pages 90 to 93)

A80609D

**JASON D. KENNEDY, M.D. JUNE 25, 2014**

1 ventilation that you see. It might have prevented him
2 de-saturating, but it wasn't going to prevent his
3 eventual outcome.
4 **Q The -- at the bottom right-hand corner**
5 **here, it talks about the -- what does this say,**
6 **"ICU/PACU at 10:35"?**
7 A Yeah. That's either ICU or the
8 Post-Anesthesia Care Unit at 10:35 versus 10:36. I
9 don't know if they were in the unit at 10:35 and did
10 that at 10:36. And these are the vital signs.
11 **Q Okay. And what do -- do the vital signs**
12 **indicate anything to you?**
13 A Nope.
14 **Q Anything abnormal?**
15 A He's a little tachycardiac, which means
16 he has a fast heart rate at 118. His respiratory rate
17 is 22, which is a little fast. And in someone who was
18 agitated and delirious, it would make me -- you know,
19 were trashing around in the bed or removing things, it
20 would make me very concerned that they are actually
21 hypercarbic.
22 **Q But being -- thrashing around or**
23 **emerging --**
24 A Moving.
25 **Q -- at that point, that in itself, can't**

Page 94

1 that make you tachycardiac?
2 A Yeah. So can the glycopyrrolate, but
3 the combined picture -- so taking one single vital sign
4 out of -- out of context, can get you into trouble.
5 But if you take the totality of the data that's
6 present, it's very clear what happened to him, and this
7 was foreseeable coming out of the operating room.
8 **Q Let's go over your report that you did**
9 **in the case.**
10 A Yes, sir.
11 **Q That's your copy [indicating], and I'll**
12 **use his copy. The first paragraphs have to do with**
13 **your background. Let's see, it shows what you have**
14 **reviewed. And we've talked about what you've reviewed.**
15 **Did the photographs of Brett help you form any opinions**
16 **in the case?**
17 A Yeah, it did.
18 **Q How so?**
19 A The fact that he was in a position that
20 I would not consider consistent with the standard way I
21 would position a post-tonsillectomy patient of Brett's
22 size and body habitus.
23 **Q What did the standard of care require as**
24 **far as the positioning of the patient?**
25 A You can do it in a lot of different

Page 95

1 ways. You could be supine with the head elevated,
2 which according to Kish was a common thing. You could
3 be in what they call the semi-lateral position with
4 your head slightly elevated with the -- basically kind
5 of sleeping on your side to allow some of the
6 secretions to come out. That would be reasonable.
7 The knee/chest position, being
8 completely prone -- I've seen that, and I've done that
9 before with young babies, young children, but they are
10 so much smaller, and the weight, their total body
11 weight, is less of an issue, laying on their diaphram,
12 as in Brett's case, who was 82-, 81-kilos, not -- I've
13 never done that with an adult before.
14 **Q With -- when you say prone, Brett's face**
15 **was turned to the side, though, correct?**
16 A As best as I could tell in the picture,
17 he was face down and -- but it was -- I mean it was a
18 picture. And that's -- and that's the best I have.
19 And I think there were statements made by Kish about
20 him being, you know, face into the gurney.
21 **Q And she had the ability to change that**
22 **position or notify someone about any concerns that she**
23 **had about that position?**
24 A As did the ENT surgeon, yes.
25 **Q Now, why do you believe that you're**

Page 96

1 familiar with the standard of care for an
2 anesthesiologist practicing in Memphis, Shelby County,
3 Tennessee, in March of 2012?
4 A Specific to what? What?
5 **Q Well, specifically with your opinions to**
6 **this case. Why do you believe that you're familiar**
7 **with the standard of care from Memphis when you have**
8 **not practiced there?**
9 A Based upon what Dr. Paidipalli's and
10 Dr. Kish's [sic] statements were, doing what they
11 normally did at the children's hospital, and in line
12 with what is normally practiced for anesthetic practice
13 throughout the rest of the country.
14 **Q Do you believe that the standard of care**
15 **that you are applying is a national standard of care?**
16 A I think there are certain aspects of it,
17 yes, and some of it regarding, for instance, the
18 administration of oxygen or being in a prone position,
19 I'm basing upon the statements that both the ENT
20 surgeon, the anesthesiologist, and Nurse Kish said what
21 was normal and customary in their practice.
22 **Q And so that would be the same for any**
23 **anesthesiologist practicing anywhere?**
24 A There might be subtleties about whether
25 or not you give oxygen to patients, but, you know, what

Page 97

25 (Pages 94 to 97)

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

1    is normal and customary in their practice.  You know,
2    kind of doing the same thing in what we normally do is
3    probably the safest way to practice, and if you deviate
4    from that, that's usually where you get into trouble.
5           So if you bring out every patient prone,
6    then, you know -- or every patient on their side -- but
7    this, you know, by Nurse Kish or Dr. Paidipalli or
8    Dr. -- the ENT surgeon's own statements is that they
9    did not routinely do that, that that was different than
10   what they would normally, routinely do.
11       Q      Getting back to my question about --
12       A      I'm sorry.
13       Q      -- what the standard of care is that
14   you're using in this case, your opinions that you are
15   using in this case, let's agree on a couple of things.
16       A      Yes, sir.
17       Q      Number one, you've never practiced
18   medicine in Memphis, right?
19       A      Agreed, yes, sir.
20       Q      You've practiced medicine in Birmingham
21   and in Nashville; is that right?
22       A      And in Atlanta --
23       Q      And Atlanta, okay.
24       A      -- where I did my fellowship.
25       Q      Okay.  And do you believe that the same

Page 98

1    standard of the care applies in all four of those
2    cities?
3       A       There are small -- there are aspects
4    that are subtly different, but the general practice of
5    medicine is pretty consistent amongst the issues that
6    I'm bringing up.
7       Q      What are the subtleties that would be
8    different?
9       A       What medicines you might use
10   specifically:  Would you use Fentanyl or Morphine?
11   Would you use Dilaudid?  Would you use an ILMA.  Would
12   you do a deep or an awake anesthetic -- I mean
13   extubation.
14           Would you do -- what size tube you would
15   use, you know; what your reversal agent might be; if
16   you -- would you use neuromuscular blocking agents;
17   what fluids you might administer, Lactated Ringer's,
18   normal saline, plasmalyte.  There's any number of
19   those.
20           As far as monitoring the patient, those
21   standards are pretty consistent across the country.
22       Q      And would they be the same, say, in
23   St. Louis or Los Angeles?
24       A      Yep.
25       Q      And the standard -- the opinions upon

Page 99

1    which you base your understanding of the standard of
2    care has to do with that monitoring that you just
3    discussed that's consistent in all of those cities?
4       A       Yes.  If you went outside the United
5    States, they probably don't do capnography because they
6    don't have that technology available, but we have that
7    technology available here in most places in the United
8    States.
9       Q      What -- tell me what you know about
10   Memphis and its medical community.
11       A       I met a couple of good physicians in
12   different meetings, trips through Memphis a couple of
13   times.  And that's about it.
14       Q      How many hospitals are in Memphis?
15       A       I don't know the answer to that.
16       Q      Do you know how many beds are available
17   in the hospitals in Memphis?
18       A       No, sir.
19       Q      Do you know which hospital systems are
20   in Memphis?
21       A       I know there's Methodist, and that's
22   about it.
23       Q      Is there a teaching institution in
24   Memphis?
25       A       I think so, but I don't know that for a

Page 100

1    fact.  I think it's part of the UT network, but I'm not
2    100 percent certain of that.
3       Q      What's your knowledge of the Methodist
4    Le Bonheur Hospital?
5       A       Other than the records I've reviewed,
6    specifically the Methodist Le Bonheur.  That would be
7    it.
8       Q      Do you know which specialties are
9    available there?
10      A       I know some of them, obviously,
11   pediatric ENT.
12      Q      What else?
13      A       But not all of them.  I mean, probably,
14   the majority are specialties that you would find at any
15   hospital:  Internal medicine, family practice,
16   endocrinology, hepatology, pediatric intensive care
17   medicine -- because he was -- Brett was cared for by
18   Pediatric Neurology.
19      Q      Do you have any first-hand knowledge of
20   any of that?
21      A       Other than the -- reviewing that, what I
22   saw in the depositions and the medical records, no.
23      Q      Other than the depositions and the
24   medical record, you have no other knowledge of the
25   medical community in Memphis, do you?

Page 101

26 (Pages 98 to 101)

A80609D

JASON D. KENNEDY, M.D.   JUNE 25, 2014

1    A    No, sir.
2    Q    What is the population of Memphis?
3    A    It's more than Nashville.  I think it's
4  about a million.
5    Q    Do you know which hospitals are in the
6  medical district?
7    A    No.
8    Q    How many hospitals are in Nashville?
9    A    How many hospitals in Nashville?
10 Vanderbilt, Centennial, Baptist, those are the only
11 ones I know for a fact are in Nashville.
12   Q    Do you know how many hospital beds are
13 available in Nashville?
14   A    Do not.
15   Q    Do you know what the population here is?
16   A    Less than Memphis.
17   Q    Do you know which specialties Nashville
18 has that Memphis does not?
19   A    No, because I know they do heart
20 transplants out there, from a cardiac standpoint, but
21 other than that, I don't know.
22   Q    So other than your knowledge of what the
23 Nashville standard of care is, you have no independent
24 knowledge of what the standard of care is in Memphis,
25 Shelby County, Tennessee?

Page 102

1    MR. LEDBETTER:  Object as to form.  The
2  witness has already asked and answered this question on
3  this case and as to these issues.
4        THE WITNESS:  So what does that mean?
5        MR. GILMER:  Back to my question -- and
6  I'll ask counsel not to make speaking objections
7  anymore.
8  BY MR. GILMER:
9    Q    If -- other than the national standard
10 of care that you have discussed earlier, you have no
11 independent knowledge of the standard of care in
12 Memphis, Shelby County, Tennessee, do you?
13       MR. LEDBETTER:  Object as to form.
14       MR. GILMER:  Objection noted.
15       MR. LEDBETTER:  It's a compound
16 question.
17       THE WITNESS:  So ...
18 BY MR. GILMER:
19   Q    You can answer my question.
20   A    So just repeat it one more time for me.
21   Q    Sure.  Other than your knowledge of the
22 national standard of care, you have no independent
23 knowledge of what the standard of care is in Memphis,
24 do you?
25   A    I've never practiced in Memphis, I want

Page 103

1  to say.
2    Q    And you have no -- you've had no
3  discussions with any anesthesiologist regarding the
4  standard of care in Memphis, have you?
5    A    I've never practiced in Memphis,
6  Tennessee.  I've talked to Memphis anesthesiologists at
7  meetings before.
8    Q    Have you talked about the standard of
9  care, or is it just in passing?
10   A    We talk about medicine practice.  We're
11 not talking about golf, usually.  We're talking about
12 the practice of anesthesia, usually, when it's an
13 anesthesia meeting.
14   Q    Are you a part of any organization, any
15 organizational committee that develops guidelines and
16 policies and procedures for anesthesiologists?
17   A    No.
18   Q    Let's look at your document here.  On
19 the first page, do you see anything on there that you
20 changed from your original report?
21   A    I'm just reading the --
22   Q    Sure.
23   A    Not that I can see.
24   Q    Okay.  On page 2 -- and I want to go
25 through these individually.  The first one just says

Page 104

1  that you reviewed the medical records, and we've
2  already talked about that.  Number two, would you read
3  that and then explain your basis for that?
4    A    "Defendants failed to follow the proper
5  standard of care in that they failed to appropriately
6  ensure that Brett was appropriately and safely
7  monitored and assessed in the PACU.  There are no
8  records of them assessing the patient in the recovery
9  room until after the initiation of the code, a period
10 of about an hour.
11       "Both physician agreed that such
12 monitoring and assessment was necessary, but neither
13 assured nor verified the proper positioning, proper
14 supplemental oxygen, or proper monitoring occurred or
15 was provided.
16       Anesthesiologist supervision was needed
17 until the patient, Brett Lovelace, was awake and
18 maintaining his own airway."  Continue?
19   Q    No.  We'll stop there.  First of all,
20 there's a footnote, No. 2 there.  Is that a -- it says
21 "See Clinical Practice Guideline:  Tonsillectomy in
22 Children."  And that's about "Baugh, et al.,
23 Otolaryngology."
24   A    Yes.
25   Q    Is that something that you reviewed

Page 105

27 (Pages 102 to 105)

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

1  prior to forming your opinions in the case?
2      A      It is something I reviewed prior to
3  forming my opinions, yes.
4      Q      And that is in addition to the other
5  texts that we discussed earlier?
6      A      Yes. So whatever I footnoted in this
7  would be in addition to that.
8      Q      Why did you cite specifically to that
9  particular publication there?
10      A      Because I thought it was relevant to the
11  discussion, pertinent to the information provided.
12      Q      What did you -- what do you believe the
13  standard of care required Dr. Paidipalli to have done
14  with respect to the supervision of the patient?
15      A      So to have been present during
16  emergence, when the decision was made to extubate the
17  patient, and to make the decision to extubate him; to
18  either accompany him to the recovery room or to ensure
19  an appropriately trained person did that, specifically
20  a CRN, a licensed CRNA; to ensure that the nurse in the
21  recovery room was appropriately trained and educated
22  and was made aware of whatever issues that were
23  pertinent to this patient; to check on the patient at
24  some regularly stated interval to ensure that he was
25  cared for appropriately and, specifically, to any

Page 106

1  issues that he had; and make sure that the nurse was
2  aware of his specific issues that would impact his
3  monitoring.
4      Q      Based on the standard of care that
5  you're using, what -- what time frame should
6  Dr. Paidipalli have checked on the patient?
7      A      I would have immediately either
8  accompanied this patient to the PACU -- I would have
9  extubated the patient, but if -- after extubation,
10  based upon his body size and habitus, I would have
11  checked on him within ten or fifteen minutes.
12      Q      And when you say "I would have," you
13  agree with me that what you do does not establish a
14  standard of care, right?
15      A      I think a reasonably prudent
16  anesthesiologist, with an 82-kilo twelve-year-old boy
17  with sleep apnea, with his tonsils out, would check on
18  a patient. I think any reasonable anesthesiologist, be
19  they a pediatric anesthesiologist or an adult -- would
20  do that for a child that had recent airway surgery,
21  yes.
22      Q      When you transfer a patient to PACU, do
23  you accompany each and every patient that you do?
24      A      I either accompany every single patient
25  that I take care of or I immediately see them within

Page 107

1  ten or fifteen minutes.
2      Q      Each and every one?
3      A      Each and every single one.
4      Q      And do you rely on CRNAs to transport
5  patients sometimes from the operating room to the PACU?
6      A      I surely do.
7      Q      Do you ever admit -- I know that you
8  said that you do some practice in the ICU. Do you
9  admit patients from the operating room directly into
10  the ICU after extubation like this? Did, in other
11  words -- wait. That's a bad question.
12      A      Yes.
13      Q      In other words, do you have any
14  criticisms in this case about Dr. Paidipalli's decision
15  to admit this patient to the PACU versus the ICU?
16      A      A typical tonsil & adenoid that had been
17  extubated with appropriately tidal volumes, minimal
18  minute ventilation, I would have no problem going to a
19  PACU. A child that's clearly hypoventilating and not
20  responsive appropriately, I would consider sending to
21  the ICU.
22      Q      What would have been different with the
23  monitoring that would be in an ICU versus in a PACU?
24      A      A PACU is really an ICU. I mean it's an
25  intensive care unit, for all -- for all purposes.

Page 108

1      Q      One-on-one care?
2      A      One-on-one or one-on-two care.
3      Q      Okay.
4      A      So, yeah, I mean there is a high level
5  of care there. The difference, probably, that is at --
6  in the ICUs, that there's going to be a physician
7  dedicated to that ICU that doesn't leave and is working
8  in the other operating rooms and doesn't have
9  responsibilities there, like I'm sure Dr. Paidipalli
10  had.
11      Q      Do you believe that any of the
12  physicians or CRNAs would not have been available had
13  they been summoned by Nurse Kish?
14      A      I have no data to make a decision on
15  that.
16      Q      Do you have any reason to believe that
17  they would not have been available had she called for
18  them?
19      A      That would be supposition on my part.
20      Q      Well, when the code occurred, how
21  quickly was Dr. Paidipalli --
22      A      It sounds like immediate.
23      Q      And in this case, Brett had one-on-one
24  care in the PACU from Nurse Kish, did he not?
25      A      He did for about ninety minutes.

Page 109

28 (Pages 106 to 109)

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

| | |
|---|---|
| 1   Q      Let's go to your -- | 1          He was still making some respiratory |
| 2   A      Statement? | 2   effort.  He was still having some minimal gas exchange, |
| 3   Q      -- third statement. | 3   not enough to keep his CO2 down.  And so hypercarbia -- |
| 4   A      Third? | 4   that could have taken quite a while. |
| 5   Q      Yes, please. | 5          So it's well within the realm of |
| 6   A      Okay.  "Defendants failed to follow the | 6   understanding that this started here [indicating], and |
| 7   proper standard of care in that they failed to | 7   if you look at his first gas, he had a PO2 in |
| 8   appropriately ensure that Brett had fully emerged from | 8   excess of -- I mean a Pc O2 in excess of 100, that this |
| 9   and recovered appropriately from the anesthetic prior | 9   was a continuous, gradual decline that started in the |
| 10   to the removal of the endotracheal tube.  Brett's | 10   OR. |
| 11   documented tidal volumes prior to extubation were a | 11   Q      Do you believe -- this last sentence |
| 12   mere 145 to 180 cc's.  This is a very small tidal | 12   here indicates to me that you're discounting anything |
| 13   volume for an 81-kilogram child. | 13   that occurred in the PACU, as far as the end result in |
| 14          "This, combined with documented | 14   this case.  Is that accurate? |
| 15   hypercarbia, makes it unlikely that he was ventilating | 15   A      No, I'm not.  No, that's not an accurate |
| 16   adequately at the time of extubation.  Brett's high | 16   statement. |
| 17   end-tidal CO2 level of 56 torr, as recorded on the | 17   Q      Okay.  So I'll tell you what, let's look |
| 18   Anesthetic Record, support the assertion that | 18   at the PACU Record, if we can. |
| 19   appropriate assessment and attention would have | 19   A      Sure. |
| 20   prevented the subsequent hypoxemia and acidosis." | 20   Q      Here is a copy of the record you can |
| 21   Q      That last sentence is what I'm hung on | 21   use.  If you would, turn to -- for instance, there's O2 |
| 22   "... support the assertion that appropriate assessment | 22   sats.  Let's look at his vital signs while he's in the |
| 23   and attention would have prevented his subsequent | 23   recovery room.  And I don't have it premarked.  We're |
| 24   hypoxemia and acidosis."  How long does it take for a | 24   going to have to both find it. |
| 25   patient in this -- such as this, to have brain damage | 25   A      Okay. |
| Page 110 | Page 112 |
| 1   from a hypoxic event? | 1   Q      Have you found his vitals from when he |
| 2   A      So a lot of that depends on -- it | 2   arrived in the PACU? |
| 3   depends on multiple factors.  So when looking at the | 3   A      No.  I'm looking.  I mean the first of |
| 4   brain being hypoxemic, it's really dependent upon what | 4   the vitals would have been on that PACU, on the |
| 5   we call DO2, "delivery of oxygen" to the brain. | 5   Anesthetic Care Record. |
| 6          And DO2 is dependent upon two things; | 6   Q      Okay. |
| 7   and that's the content of oxygen within the blood and | 7   A      But subsequent vital signs are somewhere |
| 8   the cardiac output.  And it's also -- for the brain, | 8   else.  And I remember seeing them.  I'm just trying to |
| 9   it's dependent upon the amount of vasoconstriction. | 9   find them.  Here they are.  But the chart is not very |
| 10   Okay?  And high levels of CO2 initially cause | 10   helpful in the order in which they order things. |
| 11   vasodilation in cerebral vasculatures, but eventually | 11   MR. GILMER:  Tell you what, why don't we |
| 12   will cause vasoconstriction. | 12   save the tape.  Why don't we go off the tape real quick |
| 13          The primary issue would be the amount of | 13   and let us find this. |
| 14   oxygen in his blood and the -- his cardiac output.  So | 14   VIDEOGRAPHER:  We're going off the |
| 15   the issue is that, you know, that could have progressed | 15   record.  The time is 3:43. |
| 16   over time.  He was -- so the answer to your question: | 16   (Recess taken.) |
| 17   It's variable.  Like if I pre-oxygenated you right now | 17   VIDEOGRAPHER:  We're back on the record. |
| 18   and made you all of a sudden apneic, you can last about | 18   The time is 3:46. |
| 19   eight or ten minutes if you were apneic, meaning not | 19   BY MR. GILMER: |
| 20   breathing at all, and I had filled your lungs up with | 20   Q      At what point in the PACU did his vital |
| 21   oxygen. | 21   signs change that gave you any indication that the |
| 22          And Brett was on 100 percent oxygen, as | 22   patient was in distress? |
| 23   documented, so his lungs were probably filled with | 23   A      I'd have to review it. |
| 24   oxygen, though he wasn't ventilating well, which is | 24   Q      Do you remember when his blood pressure |
| 25   really the removal of CO2. | 25   dropped? |
| Page 111 | Page 113 |

29 (Pages 110 to 113)

A80609D

JASON D. KENNEDY, M.D.   JUNE 25, 2014

1    A    I don't recall the exact time. I'd have
2  to see that chart.
3    Q    According to my notes, it was at 11:34.
4    A    Then I would go with that.
5    Q    Which is about thirty minute before
6  Nurse Kish called anyone. What does a blood pressure
7  of 84/42 indicate to you?
8    A    It can mean a lot of different things.
9  It could indicate that somebody's very sleepy and
10  doesn't have enough intrinsic abionergy tone. It could
11  mean that he's hypovolemic. For, like a patient such
12  as Brett, who had tonsils done, that he had bled, an
13  isolated blood pressure, out of context with the rest
14  of it, doesn't mean a lot.
15           I think he recovered his blood pressure
16  immediately, with no interventions by her, if I recall.
17  And that -- so that isolated single blood pressure in a
18  twelve-year-old child is really not terribly
19  concerning.
20    Q    If there had been a decline in his blood
21  pressure over the course of the time -- see: At 10:49,
22  blood pressure is 129/63 with a pulse of 120.
23    A    Okay.
24    Q    A respiratory rate of 24 and O2 sats of
25  100 percent. At 11:03, blood pressure of 118/56, pulse

Page 114

1  of 122, respirations of 24. Are there any issues with
2  those vital signs that you've seen?
3    A    No, sir.
4    Q    All right. At 11:20 -- so twenty
5  minutes later, we have a BP of 106/53, with a pulse of
6  118, and respiratory rate of 24.
7    A    You have the one issue that -- probably,
8  with the previous one, the previous set of vital signs,
9  and these vital signs, is that his heart rate continues
10  to be high. Now, the glycopyrrolate explains that when
11  he was in the operating room and immediately in the
12  recovery area, probably in the first thirty minutes,
13  maybe thirty-five or forty-five minutes, but to have
14  this persistent low-grade tachycardia, which was not
15  consistent with his age or his baseline heart rate,
16  does raise concern that there's something else going
17  on.
18    Q    Did the standard care require Nurse Kish
19  to notify someone of that continued tachycardia?
20    A    I would think so, that I would let
21  somebody know. The isolated blood pressure alone
22  wouldn't do it, but you know, it's not far outside of
23  reasonable to have a child that's a little
24  tachycardiac, and that is just a little tachycardiac.
25  It does kind of raise some red flags.

Page 115

1    Q    Fourteen minutes later, his blood
2  pressure dropped to 84/42 with a continued pulse of 114
3  and a respiratory rate of 24. His O2 sats was noted as
4  99 percent on room air. So that change in those
5  fourteen minutes, does that indicate anything to you?
6    A    It could, but again, if I were caring
7  for that patient or I would -- if I had a nurse who was
8  caring for that patient, I would expect them to
9  re-cycle the blood pressure, reassess the patient, and
10  then make a decision whether or not to do something at
11  that point.
12    Q    And that's what the standard of care
13  requires?
14    A    That's what the standard of care would
15  require.
16    Q    Do you agree with Nurse Kish when she
17  testified that she should have notified somebody at
18  11:34 with this change in blood pressure.
19           MR. LEDBETTER: Object. Go on.
20           THE WITNESS: Do I agree that she
21  should -- you know, trying to go back and read her mind
22  is difficult. Like I said, that isolated blood
23  pressure, by itself, does not portend, per se, an
24  issue.
25           It could be the -- you know, it could be

Page 116

1  caused by a lot of different things. Is her regret and
2  her statement based upon the fact that she has a
3  twelve-year-old child that died and that she's looking
4  for some explanation or something she should have done
5  different, maybe. I don't know.
6           I can't read her mind. But that
7  alone -- and there's other things, you know, that it
8  could be. It could be significant hypercarbia. It
9  could be, you know, the patient's bled out, so ...
10    Q    Well, we know he didn't bleed out,
11  right?
12    A    Exactly.
13    Q    And --
14    A    After the fact.
15    Q    Do you believe that there was a point in
16  time where Brett was beyond being saved?
17    A    There likely was, but that point, I
18  don't think you can determine from the available
19  records other than --
20    Q    Do you believe that that point fell
21  before 11:59?
22    A    Did that point fall before 11:59? It
23  clearly had to fall before 11:59 and sometime after he
24  was anesthetized.
25    Q    But you have no opinion as to at what

Page 117

30 (Pages 114 to 117)

A80609D

JASON D. KENNEDY, M.D.   JUNE 25, 2014

1  point?
2      A      That would be conjecture on my part.
3      Q      Okay.  If you would, go back to your --
4      A      Yes, sir.
5      Q      -- statements there.
6      A      Statement 4?
7      Q      Yes, sir.
8      A      As read, "The defendant failed to follow
9  standards of care in that they failed to ensure
10  adequate ventilatory support in a patient who is obese,
11  with sleep apnea.  Brett's initial arterial blood gas,
12  his ABG, is recorded as a pH of 6.70, a partial
13  pressure of CO2 of 96, a partial pressure of oxygen of
14  502, a bicarbonate of 12.
15          "This ABG was performed after at least
16  ten minutes of positive pressure ventilation, since per
17  the code note, he is intubated -- re-intubated at
18  12:04, and the first blood gas was reported to be at
19  12:18.
20          "Therefore, the initial CO2 was likely
21  much higher.  There is a sample that is reported to be
22  a sample venous that has a pH of 6.59, a CO2 of greater
23  than 130," which is unmeasurable.
24          "This is an incredible amount of
25  hypercarbia resulting from a likely prolonged period of

Page 118

1  bedside arterial blood gas monitor or something that
2  would be sent to a lab and hand-delivered.  I have no
3  idea.  It's conjecture on my part.
4      Q      When you say "This is an incredible
5  amount of hypercarbia resulting likely -- resulting
6  likely a prolonged period of hypoventilation," how long
7  was that prolonged period?
8      A      So you can -- so if you're apneic --
9  that means not breathing at all and you have no --
10  you're not ventilating in any way, shape, or form --
11  your CO2 will go up.  I think it's 8 in the first
12  minute and 4 for every minute after that.
13          So you can say that Brett wouldn't have
14  went up greater than that, because he still was
15  breathing but hypoventilating in the recovery room and
16  in the operating room.  So it could have been going
17  on -- I mean I think that the -- from what we saw, the
18  evidence is clear that he was hypoventilating from the
19  time he left the operating room.
20      Q      Is there any testing that would have
21  told us whether or not he was adequately breathing when
22  he left the operating room?
23      A      They could have done a arterial blood
24  gas which would have been a needle stick to draw out
25  blood from his [inaudible] arteries.  You could have

Page 120

1  hypoventilation as consistent with a patient who was
2  extubated in a non-fully awakened state, in deep
3  extubation, and without appropriate insurance that he
4  was maintaining adequate respiratory rate and tidal
5  volumes.
6          "This was a clear breach of the standard
7  of care in any patient who had undergone a general
8  anesthetic, and especially true in an obese child with
9  sleep-deprived breathing who undergoes a
10  tonsillectomy."
11      Q      Let's go through that slowly.  There's a
12  lot of information contained in there.  When is the
13  initial ABG recorded?
14      A      I think there's initial venous blood
15  gas, but the initial arterial blood gas, I think, was
16  twelve or thirteen minutes after he was intubated.  I
17  think it was at 12:18.  I think he was intubated at
18  12:04.
19      Q      Okay.
20      A      And that timing on the blood gas is the
21  time it was ran, not the time it was drawn in those
22  institutions.
23      Q      Was it -- do we know when it was drawn?
24      A      I saw -- found no documented evidence of
25  when it was drawn.  And I don't know if that was a

Page 119

1  used an end-tidal CO2 to give an estimation of what it
2  was.
3          And for a patient that arrived in an
4  agitated, delirious state, with difficulty in
5  maintaining pulse oximetry on him and difficulty to
6  arouse, I think a reasonable physician in the same
7  situation would further assess him, but he or she would
8  have to have been present if they decided to do that.
9      Q      Is a CRNA adequate to assess a patient
10  upon arrival to the PACU?
11      A      Should be, yes, sir.
12      Q      You use CRNAs?
13      A      I do.  I still supervise her care, which
14  means I'm responsible for what they do, and I still am
15  sometimes there.  I mean their level of training is not
16  the same as a physician, and ultimately, I'm
17  responsible for what they do or don't do, so I always
18  go back and reassess the patient.  It's a safety net.
19      Q      And when you're -- you supervise CRNAs
20  that -- do they put patients to sleep?
21      A      Not without me present, and they don't
22  extubate without me present.
23      Q      Let's look at No. 5.
24      A      Yes, sir.  "Defendants failed to follow
25  the proper standard of care in that they failed to

Page 121

31 (Pages 118 to 121)

A80609D

JASON D. KENNEDY, M.D.   JUNE 25, 2014

1  appropriately ensure that Brett had adequate oxygen
2  supplementation in the post-anesthesia care unit.
3  Defendants failed to reaffirm airway patency and
4  adequacy of breathing.
5        "Defendants should have continued
6  delivery of oxygen by mask to Brett Lovelace until his
7  recovery was complete.  Further Defendants -- further,
8  Defendants failed to maintain airway patency with
9  simple airway maneuvers or oro-nasopharyngeal airway
10  until the patient was fully awake.  Neither Defendants
11  could explain these lapses, but both agree that such
12  steps were required and standard."
13      Q      So you -- do you believe that an oral
14  airway was necessary?  Is that what you're saying?
15      A      If he was obstructing at the time.
16      Q      Do we know that he was obstructing at
17  any time?
18      A      He was reported to be snoring, which
19  snoring respirations, by definition, are obstruction.
20      Q      He had a history of snoring, did he not?
21      A      Uh-huh.
22      Q      Is that a yes?
23      A      Yes, sir.  I'm sorry.
24      Q      And using an oral airway would have only
25  agitated the patient further, wouldn't it?

Page 122

1      A      We would not have put an oral airway in.
2  I would -- I might have put a nasopharyngeal airway,
3  which is a lot less inducing of laryngospasm.  It does
4  tend to cause patients to have a little bit more
5  arousal, which would wake them up, but it would
6  maintain his airway.
7        It wouldn't have changed his tidal
8  volumes at all because Brett was -- even though he was
9  obstructing, he was still moving air and needed to have
10  his ventilatory support.  And you see that in his
11  anesthetic record.  He had an endotracheal tube in his
12  diaphragm -- your diaphragm is your primary muscle of
13  breathing -- was weakened by the anesthetic.
14        We know that it -- it's just that curve
15  that we talked about earlier.  And I'm not certain even
16  a nasopharyngeal would have changed the course of
17  action.
18      Q      If oxygen was delivered by mask to
19  Brett, would that have changed your opinions in any
20  shape or form as far as once he was in the PACU?
21      A      If -- I think a reasonable physician
22  faced with the same patient would have administered
23  oxygen and then supplemented his ventilatory status
24  with mask ventilation.
25      Q      What is blow-by ventilation?

Page 123

1      A      Blow-by oxygen is a situation in which
2  you don't have very tight control of the concentration
3  of oxygen that the patient inhales.
4        So usually for pediatric patients, they
5  will take corrugated oxygen tubing or a tent and put it
6  by the patient -- which you don't really know what
7  percentage of oxygen the patient is actually seeing.
8        It could be, you know, a lower
9  percentage, you know, 25 or 30 percent, or it could be
10  as high as 50 or 60 percent, but usually not much
11  higher than that.
12      Q      Is that a deviation from the standard of
13  care to use the blow-by oxygen?
14      A      Blow-by is commonly used in children
15  once they ensure that their airway is adequately opened
16  and that they are adequately ventilating, yeah.
17      Q      What do you believe that -- in your
18  opinion, should supplemental oxygen have been
19  administered to Brett the entirety of the time that he
20  was in the PACU?
21      A      I think, based upon current standards of
22  care, national recommendations, and guidelines, in my
23  opinion as a physician, taking care of a patient such
24  as Brett, who is obese, with sleep apnea documented,
25  and having airway surgery -- I think it was appropriate

Page 124

1  for him to have oxygen for the duration of his event
2  until he was fully awake and conversant.
3      Q      If he was, in fact, breathing on his own
4  and had a -- had an O2 sats of 99 percent, what would
5  the supplemental oxygen have done for him?
6      A      If he was not conversant -- again, it
7  goes back to your question to how long would it take
8  him to get hypoxia.  It gives you more time.  It gives
9  you some room to prevent him from getting hypoxemic.
10        You know, in Brett's situation, he was
11  so hypercarbic that his respiratory drive wasn't going
12  to change until he was assisted.  He had to get some of
13  the CO2 off.
14        So would have the oxygen changed his
15  eventually -- he would have eventually stopped
16  breathing altogether.  He would -- or had a cardiac
17  event even if supplemental oxygen was given.
18        So really the issue goes back to his
19  minimum minute ventilation.  Oxygenation would have
20  given you a buffer.  It would have been within, you
21  know, the standard of care of what I would have done
22  and what a -- any reasonably prudent physician,
23  especially an anesthesiologist, would have done.  It
24  would have been the first thing I would have done.
25      Q      Was Dr. Paidipalli reasonable to --

Page 125

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

1  reasonable to rely on the PACU nurse to continue the
2  use of supplemental oxygen?
3       A     I think I would have expected her to do
4  it, but then again, as an anesthesiologist, I'm
5  supervising her care, and sometimes the nurses make
6  decisions that I do not agree with.  Sometimes my CRNAs
7  make [coughs] -- excuse me -- decisions I don't agree
8  with, and I rectify that situation.  And the only way
9  to do that is to be present.
10      Q     In your -- what does the standard of
11  care require as far as being present?  It sounds to me
12  like you're expecting the physician to be bedside the
13  entire time that the patient is in the PACU in case
14  somebody does something that doesn't live up to your
15  standards.
16      A     So what's your question?
17      Q     So what does the standard of care
18  require as far as the length of time that the
19  anesthesiologist assesses and monitors the patient in
20  the PACU?
21      A     Until -- I mean each individual patient
22  is different, and I'm not asserting that the
23  anesthesiologist stay with the patient at bedside, but
24  he ensures that someone who is capable and taking care
25  of the patient is doing that appropriately.

Page 126

1  minutes in the recovery room with a child that had an
2  obstructive sleep apnea and that was 86 kilos.  So I
3  don't know where he was at, but he obviously did not
4  assess the patient as per his own assertion and the
5  nurse's assertion.  So that --
6       Q     But you said that the standard requires
7  for the physician to be immediately available.  What
8  does that mean to you?
9       A     So to be present during induction
10 emergence and all other indicated procedures.  So
11 transferring the patient over, that's indicated by the
12 physician, and there's a fair amount of discretion
13 that's allowed for each physician.
14            What exactly is "immediately available,"
15 you know, there's no hard definition for that.  It
16 wouldn't mean being at home or being in the building or
17 being three stories up.  It's being able to respond
18 usually within two minutes.
19      Q     As an attending physician who supervises
20 residents, you often rely on your residents to do
21 procedures that you're not present in the room for,
22 correct?
23      A     They don't usually do procedures without
24 me in the room.  They might.  They are obviously
25 anesthetizing the patient while I'm not there, but any

Page 128

1          So in the construct of that, if I'm
2  anesthetizing a patient, I might put them to sleep but
3  not intubate them.  And I might walk out, away, but I'm
4  ensuring and supervising that the nurse-anesthetist was
5  doing the right thing before I walk out and, again, I'm
6  making certain I took care of the patient.  And the
7  recovery room is having the same thing done.
8          And so it doesn't require my immediate
9  presence at the bedside for the entirety, but it
10 actually does require me to -- at some point in time,
11 to assess the patient, make some decisions about the
12 patient, and interact with the nurse or CRNA or whoever
13 it might be, in making some decision.  And you can't
14 supervise if you're not physically present.
15          That's why it is part of
16 the recommended -- I mean that's part of the
17 standard -- the standard of care.  That's what the CMS
18 requires in order, you know, to have reasonable -- it
19 requires the supervision -- for an anesthesiologist,
20 it's to be immediately available and present during
21 all -- during induction emergence, and all other
22 indicated procedures.
23      Q     And do you believe that Dr. Paidipalli
24 was not immediately available?
25      A     He didn't see the patient for ninety

Page 127

1  procedure, I supervise personally, and I'm personally
2  present and supervising them doing it.
3       Q     But when they anesthetize the patient,
4  what does the standard of care require for you
5  personally?  Do you have to be in the room with them?
6       A     Uh-uh, no, sir.
7       Q     What does it require of you, to be
8  immediately available?
9       A     Yeah.  So the exact attestation is, you
10 know, present during -- present during induction
11 emergence and all other indicated procedures.  So
12 what's indicated for an otherwise healthy adult or
13 child that's undergoing a general anesthetic is going
14 to be different than an 82-kilo, twelve- -- you know,
15 twelve-year-old that's got obstructive sleep apnea.
16          I tailor my care for that patient,
17 versus an otherwise healthy 12-year-old that doesn't
18 have sleep apnea having finger surgery done.  I -- you
19 know, that's a judgment decision.  And there's clearly
20 that, but what a reasonably prudent anesthesiologist
21 would do in that, you know, situation, you know, are
22 going to be two different things, versus what they
23 would do for a -- you know, for a knee surgery or
24 something that doesn't have the same risk that Brett
25 brought to the table.

Page 129

33 (Pages 126 to 129)

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

1    Q    Are those all of your opinions
2  concerning Dr. Paidipalli's care in the case?
3    A    Are those -- are these all of my
4  opinions?
5    Q    Well, I mean have we discussed all -- it
6  looks to me like the -- well, the next few refer to --
7  well, we'll keep going through these.  I'll go through
8  them.  Number 7 -- what does No. 7 say?
9    A    The --
10         MR. LEDBETTER:  Have you done Number 6?
11         MR. GILMER:  Yes.
12         MR. LEDBETTER:  Okay.
13         MR. GILMER:  Oh, no, I have not done
14  No. 6.
15  BY MR. GILMER:
16    Q    Let's go back.  Number 6.
17    A    "Defendant failed to follow the proper
18  standard of care in that they failed to appropriately
19  ensure that Brett was appropriately monitored in the
20  Post-Anesthesia Care Unit.  A patient in the prone or
21  knee/chest position is difficult to monitor and ensure
22  adequate oxygenation.
23         "Dr. Paidipali did not attend the
24  patient in the PACU, reportedly and admittedly, and
25  Dr. Clemons did nothing to correct Brett Lovelace's

Page 130

1  position when he saw him prone and on his face without
2  oxygen support.
3         "Placing Brett Lovelace in a left
4  lateral or semi-prone (tonsil position) slightly
5  head-down, and with a pillow under his chest to allow
6  secretions and blood to drain, was necessary, as well
7  known, but not done here, which was a failure to follow
8  the pertinent standards of care."
9         And I refer to the Guidelines of the
10  Difficult Airway Society for the Management of Tracheal
11  Extubation.
12    Q    So elaborate on what criticisms you have
13  concerning the positioning in this case.
14    A    The knee/chest position, it would not be
15  a typical position that we would -- would place a
16  patient in after any surgery, but specifically an
17  airway-type surgery of a patient Brett's size.
18    Q    What if the patient moved to that
19  position as a comfort position?
20    A    You would assess the patient, make sure
21  that he wasn't just having postoperative delirium,
22  because in that situation, he or she might do something
23  that may not be necessarily in their best interest.
24         Just because they move in that position
25  doesn't necessarily mean you should allow them to stay

Page 131

1  in that position.  So assess their airway, assess their
2  ventilatory rate and status and then make a decision
3  from there of whether or not to move them, but more
4  than likely, I would have moved them into a more
5  lateral position or at least attempted to do so.
6    Q    But the decision to allow the patient to
7  be in a comfort position if he was -- had an adequate
8  airway was something that the physicians were allowed
9  to exercise their clinical judgment in under the
10  standard of care, right?
11         MR. LEDBETTER:  Object to the form.
12         THE WITNESS:  So you're asking me --
13  again, just restate it, please.
14  BY MR. GILMER:
15    Q    So the -- if the patient moved into this
16  comfort position that he was in in the PACU and he had
17  adequate ventilation, was adequately ventilating and
18  had an adequate airway, was the decision to allow him
19  to remain in that position a deviation from the
20  standard of care?
21         MR. LEDBETTER:  Object.  There's no
22  evidence that he had an adequate airway.
23         THE WITNESS:  If the physicians who had
24  assessed the patient had assessed first his adequacy of
25  ventilation and respiration and had done that first,

Page 132

1  that would have been a reasonable course of action, but
2  in the absence of those things, it is not a reasonable
3  course of action.
4  BY MR. GILMER:
5    Q    Now, the position that Brett was in was
6  a position that allowed for the blood and secretions to
7  drain from his throat in the event that -- since he was
8  a post-adenoidectomy/tonsillectomy patient, right?
9    A    Yes, sir.
10    Q    And that's something that's important
11  with patients who have just had throat surgery?
12    A    That is true.  The drainage of blood and
13  secretions away from their larynx would be very
14  important.
15    Q    Because you were explaining earlier that
16  those secretions can cause laryngeus spasm and --
17    A    Yes.
18    Q    Okay.  And with a laryngeus spasm, then
19  the patient's airway would be completely blocked?
20    A    Yes.
21    Q    And if the patient were in a lateral
22  position -- well, what position would you believe the
23  standard of care required for him to be in?
24    A    I think there are several different
25  options that you can do.  You can do a lateral

Page 133

34 (Pages 130 to 133)

A80609D

JASON D. KENNEDY, M.D.   JUNE 25, 2014

1 position.  There's a tonsil position; basically
2 anything that allows him to support his airway but acts
3 to allow secretions to drain out of his mouth.
4        Now, once he was more awake and talking
5 and conversant and clearly interacting, for him to sit
6 up -- but to be in the knee/chest position would not be
7 consistent with the standard of care for him,
8 especially in the absence of adequate monitoring.
9    Q    **When you say, "in the absence of**
10 **adequate monitoring," what do you mean by that?**
11   A    Well, without the ability to assess his
12 ventilatory status, of what his tidal volumes were, or
13 neurologically, just waking him up and doing a neural
14 exam; for instance, having him talk to you.
15   Q    **Is that -- I believe that Nurse Kish did**
16 **an assessment throughout her care of the patient in the**
17 **PACU that did assess his neurological status, did she**
18 **not?**
19   A    Uh-huh [affirmative].
20   Q    **Is that a yes?**
21   A    Yes, sir.  I'm sorry.
22   Q    **And do you have any criticisms of her**
23 **assessments of that neurological test?**
24   A    Do I have any criticisms of her
25 assessment?  I think she attested to the fact that that

Page 134

1 changed it.
2        Could have Paidipalli coming by 45
3 minutes earlier have changed the outcome?  Possibly.
4        Again, I -- those are all retrospective
5 conjectures that I can't answer to, but they're, you
6 know, within the realm of possibility.
7 BY MR. GILMER:
8    Q    **Because you can't say to a reasonable**
9 **degree of medical certainty that it would have made a**
10 **difference in the outcome in this case, can you?**
11   A    Well, he had a CO2 of -- arterial CO2 of
12 60 when he left the room.  I could say with a
13 reasonable degree of certainty that having checked on
14 him earlier and done an appropriate assessment early in
15 the child's care -- that he probably would have had a
16 different outcome.
17   Q    **How would he have checked his CO2 in the**
18   **A    His primary method of assessing that**
19 would have been just assessing his neurologic status,
20 and when he wouldn't wake up appropriately or follow
21 commands, that would have led a reasonably prudent
22 physician to then do further tests such as either an
23 arterial blood gas or just do something as simple as
24
25

Page 136

1 assessment was not an accurate reflection of the
2 child's situation.
3    Q    **And had she adequately complied with the**
4 **standard of care and appropriately assessed his**
5 **neurological status, the outcome in this case would**
6 **have been different, right?**
7        MR. LEDBETTER:  Object as to form,
8 compound.
9        THE WITNESS:  I don't know.  It depends
10 on when she actually adequately assessed the patient.
11 But he was clearly hypercarbic and not ventilating
12 adequately when he left the PACU.
13 BY MR. GILMER:
14   Q    **But if she had not false-charted that he**
15 **was -- had an adequate neurological status, then**
16 **perhaps she would have known to notify the physicians**
17 **that there may be a problem, right?**
18        MR. LEDBETTER:  Object.  It's
19 conjecture.
20        THE WITNESS:  I mean could have her
21 actions changed the course?  Yes.  Could Dr. Clemons,
22 when he came by to evaluate the patient, actually taken
23 responsibility as a physician who's caring for the
24 patient, in the sense that he operated on him, on this
25 boy, just taken a moment to assess him, that would have

Page 135

1 mask-ventilating Brett, which would have been very
2 simple to do.
3    Q    **And if Nurse Kish had notified the**
4 **physicians that he may not have had an adequate**
5 **neurological status, then they would have had the**
6 **opportunity to do those things, correct?**
7   A    Yes, sir.
8    Q    **Now, when Dr. Clemons came by to see the**
9 **patient, how do you know that he did not assess the**
10 **patient's condition at that time?**
11   A    I saw no documentation.  Other than
12 that, it would be conjecture.
13   Q    **So do you believe that he did not assess**
14 **the patient because he didn't document it?**
15   A    What we -- our documentation, a mere
16 chart is our documentation of what we did or didn't do.
17 There's no note or anybody's affidavit that they
18 assessed the patient, including Clemons, that he did a
19 neurologic exam or an airway exam at the time.  I
20 didn't see it.
21        And a physician, regardless of their
22 specialty, would -- in having assessed that patient,
23 could have and should have done something at that
24 point.
25   Q    **Do you believe that just because it was**

Page 137

35 (Pages 134 to 137)

A80609D

JASON D. KENNEDY, M.D.   JUNE 25, 2014

1   documented -- it wasn't documented, that means it
2   wasn't done?
3        A      Not true, but there's multiple locations
4   where it says nothing to the effect of Dr. Clemons --
5   including his own affidavit.
6        Q      And we do know that the documentation
7   that Nurse Kish put in the chart was not accurate,
8   though, right?
9        A      Yes, sir, we do.
10       Q      Now, have we talked about all of the
11  opinions that you have concerning the positioning in
12  the case?
13       A      I think so.
14       Q      Or would you like to elaborate on those
15  any further?
16       A      I think so.  If you have any other
17  specific questions, I will be happy to answer them, but
18  I can't think of anything else right now.
19       Q      And you're basing your opinion that he
20  was -- or you're basing your opinion about the
21  positioning on an assumption that he was in the
22  knee/chest position the entire time that he was in the
23  PACU?
24       A      On the affidavits and the picture that
25  were shown to me.

Page 138

1        Q      Okay.  Do you know at what point in time
2   those pictures were taken?
3        A      I don't remember seeing a time stamp on
4   them.  I remember seeing some that were pre-op, with
5   Brett obviously talking to what appeared to be
6   different physicians -- I assume, Paidipalli and maybe
7   the ENT surgeon -- that weren't identified that were
8   clearly in pre-op.
9             And then there were pictures clearly
10  post-op, but from a timing standpoint -- and there were
11  some pictures after the code was called when he was in
12  the ICU, but I don't remember seeing any time stamp on
13  them.
14       Q      Number 7.
15       A      Yes, sir.  As read, "The ENT surgeon
16  failed to follow standards of care in that he failed to
17  appropriately care for and recognize Brett was not
18  fully awakened from anesthesia.  He also failed to
19  appropriately intervene by his lack of any personal
20  action in the care of Brett or by not calling for an
21  appropriate, trained anesthesiologist to ensure that
22  Brett was not oxygenated -- or was oxygenating and
23  ventilating appropriately.  An ENT surgeon routinely
24  cares for such patients and should have known to
25  intervene at that time he saw Brett in the PACU."

Page 139

1        Q      How are you familiar with the standard
2   of care for an ENT surgeon?
3        A      I'm discussing the standard of care of a
4   physician.  And an ENT surgeon is an airway surgeon.
5   By definition, he operates in the airway and around the
6   airway.
7             If we have a problem and we can't
8   intubate someone, we call an ENT surgeon to trach them.
9   So I would say an ENT surgeon is pretty familiar with
10  airway management.
11            And I can't comment at his surgical
12  standards of care or what he did during any surgery,
13  but the medical management decisions -- that would be
14  consistent with any physician but also any physician
15  that cared for patients who had airway surgery.  So
16  this would be similar to what an anesthesiologist would
17  be expected to do.
18       Q      Number 8?
19       A      Yes, sir.  "The ENT surgeon failed to
20  follow standards of care in that he failed to intervene
21  in Brett's poor position for a patient who was at high
22  risk of respiratory compromise.  By documentation, he
23  saw Brett in the PACU in the knee/chest prone position
24  prior to his arrest, and did not act appropriately to
25  correct the situation."

Page 140

1        Q      What do you believe the standard of care
2   required of Dr. Clemons at that point?
3        A      Any prudent physician would have
4   immediately corrected the situation and assessed him
5   neurologically, see if he was awake, if his airway was
6   actually opening, because you can be breathing but not
7   moving adequate ventilation -- as we've talked about at
8   great length, with Brett -- and called for an
9   anesthesiologist to immediately come to assess the
10  patient.
11            And have I had that happen with me?
12  Yes, I've had a surgeon who stopped by to see a patient
13  and called for me to come and evaluate the patient.
14  And I would expect that out of any physician.  It could
15  be a family practice doctor.  It could be a
16  pathologist, for that matter.  This is very simple and
17  fundamental.
18       Q      Just like you would expect the nurse
19  caring for the patient in the PACU to call you if they
20  had a question --
21       A      I would.
22       Q      -- or a concern?
23       A      Or a concern.  But with a higher
24  expectation for a physician, especially an airway
25  surgeon such as an ENT.  I would have an even higher

Page 141

36 (Pages 138 to 141)

A80609D
## JASON D. KENNEDY, M.D.   JUNE 25, 2014

1  level of expectation for that.
2      Q       Number 9?
3      A       Number 9.  As read, "Neither physician
4  appropriately followed up on the possibility of the
5  most likely anesthetic complication and cause of death
6  in patients undergoing a -- tonsils & adenoids --
7  bleeding or loss of airway.  Neither arranged for
8  adequate follow-up and evaluation by themselves, a
9  CRNA, or the nursing staff.
10         The suggestion that clinical judgment is
11  appropriate for post-anesthetic care in this case is
12  analogous to the judgment that a pilot uses when
13  operating an airplane; however, the judgment of a
14  physician is also based upon instrumentation similar to
15  that provide objective information and data to a pilot.
16         For example, in a storm, a pilot must
17  disregard his physical senses and use the instruments
18  to appropriately fly the airplane.  By analogy, the
19  anesthesiologist, like the pilot, has to have an
20  objective sense of the standard physiology variables in
21  order to 'land the plane' or bring the patient safely
22  out of anesthetic - anesthesia.
23         "In this case, clinical judgment is not
24  a proper substitute for failure to pay attention to the
25  details and condition of a patient, and to use

Page 142

1  customary and accepted safeguards."
2      Q       Well, clinical judgment, in and of
3  itself, requires you to pay attention to the details,
4  does it not?  Does that not play into what clinical
5  judgment is?
6      A       I can have a plumber that has really
7  good judgment, but if he's not paying -- if he doesn't
8  understand what he's doing --
9         So a bedside nurse, for instance, Nurse
10  Kish, might have good judgment or might have poor
11  judgment, but she's limited by the level of her
12  education and what she does and doesn't know.  An
13  anesthesiologist has a different expectation.
14         And you're correct in that if you're not
15  paying attention to the documented numbers on your
16  anesthetic record that are clearly there in the course
17  of action of Brett, then yes, you can have judgment
18  outside of data points.  So to go on your gut -- which
19  by reading Dr. Paidipalli's statement, would seem that
20  he went on no other objective data and disregarded the
21  other pieces of evidence, the other instruments that he
22  had to fly the airplane, to land the patient, to get
23  Brett home safely.
24      Q       What experience did Dr. Paidipalli have
25  in taking care of patients such as Brett?

Page 143

1      A       I don't know Dr. Paidipalli's specific
2  experiences.
3      Q       Do you know if he's been practicing
4  medicine?  Do you know when he began practicing
5  anesthesia?
6      A       I remember reading it, but I don't
7  remember -- it's been probably for greater than twenty
8  years, I guess.  I don't know the exact date.
9      Q       Do you know how long he had cared for
10  patients at Le Bonheur?
11      A       Again, in excess of ten or fifteen
12  years, but I don't know how long.  I remember seeing
13  it.  I guess an analogy to that is just because you've
14  been doing it a long time doesn't mean you're doing it
15  right.
16      Q       Sure, but it certainly increases your
17  knowledge base in order for you to exercise your
18  clinical judgment, does it not?
19      A       It certainly increases -- it allows the
20  possibility if you're -- if you're reassessing what
21  you're doing.  But just because you've been doing it a
22  long time does not increase your likelihood necessarily
23  of doing it safely, per se.  That alone -- you can't
24  say that just because someone has been doing it twenty
25  years, that they are the authoritative expert on

Page 144

1  something or that you have to only rely on their
2  judgment.
3         An experienced physician will use the
4  available data he has and rely more on that, because
5  they're aware that they can be blindsided or misguided
6  by their clinical gut feeling, such as, obviously,
7  Dr. Paidipalli -- happened to Dr. Paidipalli on this
8  situation.
9      Q       Well, an experienced physician, such as
10  Dr. Paidipalli, would have a knowledge base based upon
11  his own training and experiences with other patients
12  beyond that of an anesthesiologist who had only been
13  practicing for four years, correct?
14         MR. LEDBETTER:  Object as to form.
15         THE WITNESS:  So what is your question?
16  BY MR. GILMER:
17      Q       My question was an experienced physician
18  has a knowledge base that is greater than a -- a young
19  physician.  I'm not using you.  I don't mean to put you
20  into --
21      A       That's fine.
22      Q       But what I'm -- my question is that over
23  time --
24      A       Yeah.
25      Q       -- do you agree me that one's knowledge

Page 145

37 (Pages 142 to 145)

A80609D

JASON D. KENNEDY, M.D.   JUNE 25, 2014

1  base becomes greater due to the experiences that they
2  have had in taking care of patients?
3          MR. LEDBETTER:  Object as to form, and
4  it's been asked and answered before.
5          THE WITNESS:  I think there is a great
6  to lay a lot of data, a lot of -- to give someone the
7  benefit of the doubt just because they have been doing
8  it for a long time because -- I make, kind of, a lot of
9  analogies for you, but it tends to be that young
10  physicians tend to be very attentive.
11          And frequently what -- there's something
12  called the ASA Closed Claims Database, and they have
13  actually studied this.  So it's actually -- so
14  frequently, older physicians are more likely to make
15  errors in judgment such as Dr. Paidipalli made in
16  regards to using their clinical judgment and their gut
17  over the available data, and they are actually more
18  likely to make those kind of mistakes than a young --
19      Q      What study is that?
20      A      It's a review of the Closed Claims
21  Database.
22      Q      And is that --
23      A      It's openly available.
24      Q      It is?
25      A      Yeah.

Page 146

1      Q      Okay.  And is that something you used to
2  formulate your opinions in this case?
3      A      I wasn't making my opinions about
4  Dr. Paidipalli's daily interaction, because all I had
5  was the data in front of me.  It was obvious that his
6  judgment to allow this child to be extubated at the
7  time was not accurate.
8      Q      What would -- what is your expectation
9  as far as -- you've mentioned a couple of times that
10  Dr. Paidipalli should have ensured that Nurse Kish was
11  trained or something to that effect.  Do you train the
12  PACU nurses?
13      A      I don't train my nurses, but I know my
14  strengths and weaknesses in my nurses.  So in certain
15  areas where we anesthetize patients, they go to a
16  recovery room that has nurses that are less experienced
17  taking care of certain types of patients.
18          And as the anesthesiologist supervising
19  the patient's care, it's my responsibility to know the
20  strengths and weaknesses of my team members.  And you
21  know, that's part of my job, and until I assess each
22  member of the team, I have a fiduciary duty to that
23  patient to ensure that they are protected.
24          And sometimes that means a little bit
25  more work for me, but that's what I do, and that's what

Page 147

1  I think most physicians do in similar situations.
2      Q      Do you have any reason to believe that
3  the physicians in this case did not think that Nurse
4  Kish was a well-trained nurse?
5      A      The fact that Dr. Paidipalli didn't go
6  back and re-assess the patient for ninety minutes and
7  talk with the patient would make me believe that he did
8  not appropriately assess that.
9      Q      Why so?
10      A      Because any PACU nurse -- I would have
11  checked a patient before ninety minutes of being in the
12  recovery room, and especially Brett.  I would have
13  expected that a prudent physician would have assessed
14  him much quicker than that.
15          And other than that, I don't know if
16  Nurse Kish has a history of being on Facebook or being
17  on the computer, but -- and not paying attention to the
18  patient.  I think that's irrespective -- but it's his
19  responsibility to know the strengths and weaknesses of
20  his team members.
21      Q      All right.  I asked you this question
22  before and you --
23      A      Yes, sir.
24      Q      -- didn't necessarily answer it.  Are
25  you saying that Dr. Paidipalli was the captain of the

Page 148

1  ship here, that he had a duty to ensure that everyone
2  else was doing their job?
3      A      He had an obligation to ensure that the
4  patient is cared for, and he supervises their care.
5  And that means that he appropriately -- in order to
6  appropriately supervise, you don't do their job for
7  them, but you make sure that in leaving a patient in
8  the care of another provider, a nurse or a CRNA or a
9  respiratory therapist, that that patient is not being
10  abandoned, in essence, that that provider has the
11  adequate knowledge, abilities, to care for that
12  patient.
13          And so, yes, he has that responsibility.
14  The "captain of the ship" analogy -- if you want to use
15  that, that's your own words.  It's not mine.  There's
16  multiple physicians involved in the care of that
17  patient or any patient in an operating room.  And an
18  anesthesiologist has certain responsibilities.  The
19  surgeon, even though the patient is in the PACU, has
20  certain responsibilities to care for the patient.
21          That's a collaborative effort between
22  the two physicians, between the surgeon and the
23  anesthesiologist that shared responsibility for that
24  airway.  They both had a duty to make certain that the
25  patient was adequately cared for in the recovery room.

Page 149

38 (Pages 146 to 149)

A80609D

JASON D. KENNEDY, M.D.  JUNE 25, 2014

Page 150

```
1         You can use whatever analogy you wish
2   to, and if your analogy is "captain of the ship," and
3   that helps you understand it better, then so be it.
4   It's much more complex than that.  And some people
5   would not choose to describe it as such.
6       Q      If Nurse Kish felt she was inadequate to
7   take care of this patient, did she have a duty to
8   notify the physicians of that?
9       A      Yeah.
10      Q      Number 10.  I think we've kind of talked
11  through all of this, but if you'd go ahead --
12      A      Yes, sir.
13      Q      -- and read No. 10.
14      A      As read, "Neither physician adequately
15  observed the patient in the PACU so as to be able to
16  exercise any judgment whatsoever.  The patient was
17  abandoned.  It does not appear that either physician
18  advised the PACU nursing staff of the risks of the
19  particular patient.
20         "The anesthesiologist did not ensure
21  that there was an adequate transfer of care,
22  information, nor remain with the patient as long as
23  medically necessary, nor ensured that the patient was
24  discharged from the PACU unit in accordance with proper
25  anesthesia policies.  The ENT surgeon did no better."
```

Page 151

```
1         And what I refer to is, basically,
2   guidelines for the care of -- the anesthesiology.
3       Q      What do you mean by the patient was
4   abandoned?
5       A      So patient abandonment is defined, I
6   know, by the ASA by basically -- there's a -- you have
7   a duty to transfer the care to an appropriately trained
8   patient -- I mean provider, such as a -- it can be a
9   nurse, but that the transfer of data and information
10  and relevant facts pertaining to that patient are also
11  transferred.  So by not doing so, that's abandonment.
12         You know, if I just drop a patient off
13  in the recovery room and, even though there's nurses
14  there, I don't convey to them the care that I had given
15  them, that's abandonment.
16         That is not -- and there's no evidence
17  to me, that I saw, that Nurse Kish was fully aware of
18  the situation; specifically the CO2 being high, in the
19  operating room, and the patient was probably in a state
20  of anesthetic when he arrived in the PACU.
21         And then further, Dr. Paidipalli for
22  ninety minutes, again, did not check on the patient as
23  a reasonably prudent anesthesiologist would have done
24  in that situation for Brett Lovelace, based upon his
25  medical condition.
```

Page 152

```
1         I may not check on someone in ten
2   minutes if they are an otherwise healthy patient who is
3   getting a bunion removed and they had an uneventful
4   case, but based upon the data that's present and the
5   Anesthesia Care Record present, any prudent
6   anesthesiologist would have checked on him in a more
7   reasonable period of time.
8       Q      Do you know Dr. Ira Landsman?
9       A      I do not.
10      Q      Have you read his report in this case?
11      A      I have.
12      Q      And have you read Dr. Martin's report?
13      A      He is an anesthesiologist at Arkansas;
14  is that right?
15      Q      Uh-huh [affirmative].
16      A      Yes, I have.
17      Q      And did it surprise you that others
18  disagree with your opinions?
19      A      Does it surprise me?  It surprises me
20  that anyone would look at the chart and come up with a
21  different opinion than what I saw.  I guess everybody
22  has their own motivations in why they might say
23  something and maybe don't look through the whole chart,
24  I guess.
25         I don't know if they did or not and
```

Page 153

```
1   whether they saw every piece of data that I saw.  I
2   don't know either one of these physicians personally,
3   but a Dr. Landsman used to work here, but he no longer
4   works here, I don't think.
5       Q      Do you know anything about Dr. Landsman?
6       A      Oh, I ...
7       Q      Other than he used to work here?
8       A      Yeah, that's it.
9       Q      He was in the Division of Pediatric
10  Anesthesiologists here?
11      A      Yeah, I saw something, some -- something
12  referred to about his C.V., but I don't remember seeing
13  his C.V.
14      Q      Do you agree that there's no cookbook,
15  per se, that a physician can go to to learn how to
16  practice medicine?
17      A      Absolutely not.
18         MR. LEDBETTER:  Objection to form.
19  BY MR. GILMER:
20      Q      Do you agree that doctors are called
21  upon every day to make judgments?
22      A      Absolutely.
23      Q      Is an error in judgment always
24  negligence?
25      A      It is not.
```

39 (Pages 150 to 153)

A80609D

**JASON D. KENNEDY, M.D.   JUNE 25, 2014**

1     Q    Do you agree that bad results can happen
2 and often do even when the standard of care is adhered
3 to?
4     A    I do agree to that.
5     Q    Has that ever happened to you?
6     A    I can't think of a specific course.
7     Q    Have you ever had a bad outcome?
8     A    I never had a death.
9     Q    Ever had an unexpected PACU course?
10     A    Yeah -- yes. I'm sorry.
11     Q    Have you ever deviated from the standard
12 of care?
13     A    Have I ever deviated from the standard
14 of care? I don't remember a specific case where I
15 deviated from the standard of care.
16     Q    I'm almost finished with my questions,
17 if you'll give me just a couple of minutes.
18          Do you have any criticisms of Brett's
19 parents in this situation, being in the PACU with the
20 child and seeing what was going on? Do you have any
21 criticisms with them at all?
22     A    I've never been in their position, so
23 it's hard to say that.
24     Q    Have we discussed all of your opinions
25 concerning Dr. Paidipalli and the anesthesia care in

Page 154

1 this case?
2     A    We've reviewed what I've written down
3 and submitted here. If there's anything else you want
4 to ask about specifically, I'll be happy to answer.
5     Q    Well, do you have any other opinions
6 that are not contained in this disclosure? Because
7 this disclosure is supposed to contain all of the
8 opinions that you have in the case.
9          MR. LEDBETTER: He gave you a document
10 earlier, gave you have some pages earlier. I don't
11 know what their role is, but -- do you want to ask him
12 about that, or is that --
13          MR. GILMER: Well, the ...
14          MR. LEDBETTER: It's just a tech --
15 technical thing.
16          MR. GILMER: Sure.
17          MR. LEDBETTER: That's all. I don't
18 want to make you ask him that.
19          MR. GILMER: I think that I've got what
20 I needed to out of this, and so ...
21 BY MR. GILMER:
22     Q    Will you agree to update any opinions
23 that you develop concerning --
24     A    Yeah.
25     Q    -- Dr. Paidipalli?

Page 155

1     A    Yes, sir.
2     Q    And Mr. Johnson has some questions
3 about -- I know I have not gone through everything
4 about Dr. Clemons, but Mr. Johnson will ask you about
5 those. So --
6     A    Okay.
7     Q    -- what I'm -- what I am concerned about
8 is making sure that we have discussed all of your
9 opinions about the anesthesia care in the case.
10     A    As far as I can reasonably ascertain.
11 Based upon our discussion right now, we have discussed
12 everything, yes, sir.
13     Q    All right. Thank you.
14     A    Yes, sir.
15          MR. LEDBETTER: I may need to take a
16 momentary break. How long do you think you'll be?
17          MR. JOHNSON: I don't know, thirty,
18 forty-five minutes.
19          MR. LEDBETTER: Okay. Do you mind?
20          MR. JOHNSON: No, no.
21          VIDEOGRAPHER: We're going off the
22 record. The time is 4:37.
23          (Recess taken.)
24          VIDEOGRAPHER: We're back on the record.
25 The time is 4:44.

Page 156

1             EXAMINATION
2 BY MR. JOHNSON:
3     Q    Now, Dr. Kennedy, what hospitals do you
4 have privileges at?
5     A    Currently, Vanderbilt University Medical
6 Center.
7     Q    All right. And that's an adult
8 hospital, correct?
9     A    That's an adult hospital. We do take
10 care of some children here, but usually that's for
11 burns.
12     Q    Okay. But you don't, do you?
13     A    I do not attend in the Burn ICU, no,
14 sir.
15     Q    All right. And your privileges -- when
16 you apply for privileges, you have to designate what
17 type of medical -- either specialties or problems that
18 you are applying for, correct?
19     A    Yes, sir.
20     Q    And your privileges are limited at the
21 Vanderbilt Hospital to anesthesia, correct?
22     A    To anesthesia and critical care. I have
23 additional --
24     Q    Well, okay.
25     A    -- privileges as an intensivist over a

Page 157

40 (Pages 154 to 157)

A80609D

JASON D. KENNEDY, M.D.   JUNE 25, 2014

Page 158

1    general anesthesiologist.
2        Q        Okay, but with those limitations, that's
3    what you are qualified to do at the Vanderbilt
4    Hospital?
5        A        Yes, sir.
6        Q        And it doesn't include tonsillectomies
7    or adenoidectomies, correct?
8        A        Yes, sir.
9        Q        It does not include any kind of surgery,
10   does it?
11       A        It involves any type of emergency
12   procedure, including thoracostomy tubes which would be
13   a semi-surgical procedure or ECMO initiation, but no,
14   it does not include any type of tonsilar surgery.
15       Q        All right.  Do you know Dr. Werkhaven?
16       A        No, sir.
17       Q        Who is the chairman of your division?
18       A        The chairman of my division?
19       Q        Yeah.
20       A        Of Anesthesia Critical Care, would be
21   Dr. Pratik Pandha- -- Pandharipande.
22       Q        All right.
23       A        I'll get this --
24       Q        You had trouble with it, and so would I.
25       A        Yeah.

Page 159

1        Q        Spell his last name.
2        A        Uh ...
3        Q        You've got to look it up?
4        A        I've got to look at it.  It's P-A-N -- I
5    know it when I see it -- P-A-N-D-H-A-R-I-P-A-N-D-E.
6        Q        Y'all are close friends to the extent
7    that you don't even know how to pronounce his last
8    name?
9        A        Yeah.  And we call him Pratik.
10       Q        Okay.
11       A        Even the residents do, because he knows
12   it's hard to pronounce his name.
13       Q        Okay.
14       A        He's more laid back.
15       Q        We talked about your notes or whatever
16   you wrote out and you've left them at home.  I asked
17   for those in addition to Dr. Paidipalli.  I don't know
18   what Mr. Ledbetter's position is, but I asked you to
19   produce those.
20       A        Okay.
21       Q        Can you do that?
22               MR. LEDBETTER:  I objected to that and
23   filed an objection to it weeks ago.  And I've asked
24   that the witness not making contracts with people to do
25   work.

Page 160

1    BY MR. JOHNSON:
2        Q        Well, the notice requires you or asks
3    you to bring with you today any notes or things that
4    you have, correct?
5        A        I think the notice he showed me today
6    does, yes, sir.
7        Q        Yes.
8               MR. LEDBETTER:  The notice was contrary
9    to law, and I made an objection to that.
10   BY MR. JOHNSON:
11       Q        And you did not bring anything with you,
12   did you?
13       A        I brought that one piece of paper I gave
14   you guys.
15       Q        Okay.  That's all, though?
16       A        Yes, sir.
17       Q        Okay.  With regard to a patient who is
18   going to be put to sleep -- that's a lay term for what
19   you are, as an anesthesiologist.
20               All right.  With regard to a patient who
21   is going to be put to sleep, the anesthesia performs a
22   pre-op examination, correct?
23       A        The anesthesiologist does perform a
24   pre-op evaluation, yes, sir.
25       Q        Okay.  And that would include history

Page 161

1    and whatever examination or whatever labs or whatever
2    the anesthesiologist needs, correct?
3        A        Yes, sir.
4        Q        And that was done in this case, was it
5    not?
6        A        As best as I can tell, a reasonable
7    evaluation was done, but again, I cannot reasonably
8    interpret Dr. Paidipalli's limited notes.
9        Q        Okay.  But that would have been at least
10   something that he would have been charged with doing,
11   correct?
12       A        Yes, sir.
13       Q        Okay.  And then the anesthesiologist
14   puts the patient to sleep?
15       A        Yes, sir.
16       Q        The anesthesiologist or the CRNA
17   monitors breathing during the procedure?
18       A        He or she does, yes.
19       Q        All right.  Same with blood pressures?
20       A        Yes.
21       Q        What else does the anesthesia monitor
22   during the surgery?
23       A        The anesthesiologist or CRNA, either one
24   who is in the room, will monitor their tidal volumes,
25   their oxygen saturations, their respiratory rate, the

41 (Pages 158 to 161)

A80609D

JASON D. KENNEDY, M.D.   JUNE 25, 2014

Page 162

1  amount of fluid administered, the medications given,
2  the patient's response to surgical stimulation.
3       I would also -- you know, my experience
4  is that frequently the surgeon is aware of those
5  things, too, because the monitors are clearly, usually,
6  visible for most people in the room to see easily.
7       Q       But the anesthesiologist or CRNA are
8  charged with monitoring those things that you just
9  mentioned, correct?
10      A       Yes, sir, they are.
11      Q       All right.  And the anesthesia intubates
12  the patient?
13      A       An anesthesiologist or a CRNA would
14  intubate the patient, yes, sir.
15      Q       Okay.  When I'm using the word
16  "anesthesia," I'm broadening -- it's either an
17  anesthesiologist or the CRNA, correct, that will
18  intubate the patient?
19      A       Yes, sir.
20      Q       Okay.
21      A       Anesthesia is probably more of a noun.
22  I'm just -- I'm not trying to be picky, but it's -- I
23  mean an anesthesiologist is --
24      Q       I know.  I'm not going to get into the
25  grammar.  I'm trying to get the deposition through.

Page 163

1       A       Yes, sir.
2       Q       Do you mind just if we use "anesthesia"
3  to include the anesthesia personnel?
4       A       That's an original statement.
5       Q       Is that a noun?
6       A       Yes, sir.
7       Q       Is that a noun?
8       A       Yes, sir.
9       Q       Is that okay for you?
10      A       Yes, sir.
11      Q       Okay.  And so if we've got -- noun --
12  "anesthesia," that person intubates a patient before
13  surgery, correct?
14      A       Yes, sir.
15      Q       And the anesthesia -- noun -- then
16  monitors the intubation or the ventilation during the
17  procedure, correct.
18      A       Frequently, the anesthesiologist or the
19  CRNA would intubate.  There are occasions where an ENT
20  surgeon might actually intubate --
21      Q       Okay.
22      A       -- a patient.
23      Q       But in their -- usually, though, and in
24  this case, it was anesthesia, correct?
25      A       It was the anesthesiologist or the CRNA,

Page 164

1  yes.
2       Q       Okay.  And then when the surgery is
3  over, then the anesthesiologist, or the CRNA, first
4  decides when to extubate the patient, correct?
5       A       Usually, they do, yes, sir.
6       Q       All right.  And did they in this case?
7       A       They did.
8       Q       All right.  And it's your criticism --
9  one of your criticisms is that they intubated this
10  patient too soon?
11      A       No, sir --
12      Q       Is that correct?
13      MR. LEDBETTER:  It's "extubate."
14  BY MR. JOHNSON:
15      Q       I'm sorry -- extubated too soon?
16      A       Yes, sir.  They extubated too soon, yes,
17  sir.
18      Q       Okay.  And you've told us that that
19  caused the ultimate respiratory distress at the end?
20      A       That was the beginning of the problems,
21  and there are multiple issues that prevented that
22  patient from being saved, yes, but that was the, you
23  know -- I don't know if I would use the word, root
24  cause, but it's probably the most -- you know, that was
25  the beginning of the problems.

Page 165

1       Q       Okay.  And was that the most important
2  factor in what ultimately happened?
3       A       I don't know.  That would be conjecture
4  on my part, but I would say that was the inciting
5  event.  Was Brett able to be saved if, you know, five
6  minutes after walking in the PACU or rolling into the
7  PACU, if Dr. Paidipalli would have came back and
8  reassessed the patient?  I don't know.
9       If your ENT surgeon would have done
10  something when he stopped by to see the patient, would
11  he have been saved?  That would have been conjecture on
12  my part.
13      Q       Well -- but you sat here for three hours
14  in giving us opinions and -- many of which are
15  conjecture, in my opinion.  Now, are you not in a
16  position to say that the extubation too soon was the
17  precipitating cause of what ultimately happened?
18      MR. LEDBETTER:  I'm going to object as
19  to form.
20      MR. JOHNSON:  Okay.  You've done it.
21      MR. LEDBETTER:  Well --
22      MR. JOHNSON:  You don't need to --
23      MR. LEDBETTER:  It's a compound
24  question.
25      MR. JOHNSON:  No -- well, you don't need

42 (Pages 162 to 165)

A80609D

JASON D. KENNEDY, M.D.   JUNE 25, 2014

1 to say it. Just object.
2 BY MR. JOHNSON:
3 **Q    All right. Go ahead.**
4     A    So could you restate your question,
5 please?
6 **Q    Yeah. Are you -- you have given**
7 **opinions for three hours --**
8     A    Yes, sir.
9 **Q    -- while we've been asking you**
10 **questions. Now I ask you a question. You say, well,**
11 **it's speculative.**
12 **All right. I want to know what your**
13 **opinion is as to whether the extubation that was done**
14 **too soon, according to you, was a primary cause in the**
15 **ultimate outcome.**
16     A    It was one of the causes of the ultimate
17 outcome.
18 **Q    All right.**
19     A    And Dr. -- the ENT surgeon not assessing
20 the patient appropriately, nor doing anything about the
21 fact that he noted the patient was in an inappropriate
22 position was one of the issues, also.
23 **Q    Okay. Well, are there any other issues,**
24 **or those -- just those two issues?**
25     A    The fact that the anesthesiologist

Page 166

1     A    That was one of the factors.
2 **Q    Okay. Was it a primary factor?**
3     A    That was one of the factors.
4 **Q    Was it a primary factor? Are you not**
5 **going to answer that question or not?**
6     A    I've answered your questions.
7 **Q    You're not going to answer that?**
8     A    I've answered your questions.
9 **Q    No, you haven't. I said, was that a**
10 **primary factor, in your opinion?**
11     MR. LEDBETTER: I'm going to object.
12 It's been asked and answered. You're wanting a
13 specific answer and the use of a word, and I just
14 object to that continued repetition.
15     MR. JOHNSON: Well, he's not answering.
16 BY MR. JOHNSON:
17 **Q    Sir, are you not going to answer that?**
18 **Just say. If you're not going to answer it, that's**
19 **fine.**
20     A    I've answered my -- your questions to
21 the best of my ability, yes, sir.
22 **Q    So you're not able to say whether it was**
23 **a primary factor or not; is that what you're saying?**
24     A    My statement is made. I've said what
25 are the contributing factors to Brett's death, and that

Page 168

1 didn't come by. And if you look at the remainder of my
2 statement, those are the issues.
3 **Q    Okay. But I'm asking -- I'm breaking it**
4 **down. I'm asking -- and I use the word "primary." Was**
5 **that a primary factor, the fact that this patient was**
6 **extubated too soon?**
7     MR. GILMER: I'm going to object to the
8 form.
9     THE WITNESS: I'm not going to give a
10 number because I think that would --
11 BY MR. JOHNSON:
12 **Q    I'm not asking you for a number. I said**
13 **was that a primary factor in what ultimately happened?**
14     A    I've made my statement, all my
15 statements of the contributing factors.
16 **Q    I'm asking you if that was a primary**
17 **factor.**
18     A    I've answered --
19 **Q    Yes, no, or you don't know?**
20     A    I've answered. I've made my statement.
21 **Q    No, no. We're going to stop then if**
22 **you're not going to answer. I get to ask the**
23 **questions. You get to answer. All right?**
24     **Now, I asked you: Was that a primary**
25 **factor that he was extubated too soon?**

Page 167

1 is one of the factors.
2 **Q    Was that the initial initiating factor?**
3     A    That was the first and -- from a time
4 line standpoint, yes.
5 **Q    Was it an important factor?**
6     A    Yes, sir, it was an important factor.
7 **Q    In the PACU, as you mentioned earlier,**
8 **sometimes it's one-on-one; sometimes it's one nurse for**
9 **two patients, correct?**
10     A    Yes, sir.
11 **Q    Is one-on-one, at least theoretically,**
12 **better than one-on-two?**
13     A    Theoretically, yeah.
14 **Q    Okay. In this case, it was one-on-one,**
15 **correct?**
16     A    Yes, sir.
17 **Q    And a PACU nurse is charged with the**
18 **responsibility of monitoring a patient's airway?**
19     A    Agree.
20 **Q    As far as surgeons, are surgeons charged**
21 **with the administration of what goes on in the PACU, or**
22 **is that an anesthesia function?**
23     A    Usually, it is the anesthesiologist that
24 is responsible in the ICU, but any physician,
25 especially a surgeon who operated on a patient, would

Page 169

43 (Pages 166 to 169)

A80609D

JASON D. KENNEDY, M.D.   JUNE 25, 2014

Page 170

1  be expected to act in a way that's appropriate for a
2  given patient.
3      Q      Okay.  But as far as the responsibility,
4  it's the anesthesiologist, correct?
5      A      The anesthesiologist should have checked
6  on the patient in the PACU, yes, sir.
7      Q      Okay.  And there's no requirement that a
8  surgeon even go to the PACU, correct?
9      A      No, there's not a requirement, but the
10  fact that he actually showed up, actually saw the
11  patient evaluated, is probably more concerning in that
12  he didn't take the action, due to convenience or
13  whatever reason.  That would be, you know, conjecture
14  on my part as to why he didn't do what a reasonable
15  physician, any physician, would have done in the same
16  situation.
17      Q      And is it your position that the fact
18  that the patient was prone -- that that was a situation
19  that Dr. Clemons should have rectified?
20      A      He made a comment about it.  Yeah, he
21  should have rectified it and he should have called the
22  anesthesiologist at that point when he noticed that the
23  patient was in a position that is not consistent with
24  what his previous patients -- that he had cared for.
25      Q      Well, but a patient who is prone with

Page 171

1  his head turned to the side -- that's a good position
2  for a post-tonsillectomy patient because they are not
3  going to aspirate, are not as likely to aspirate on
4  blood, correct?
5      A      Probably, in an 86-kilo
6  twelve-year-old -- probably not, no, sir.
7      Q      Okay.
8      A      And there was not clear evidence that
9  the patient had his head to the side.  There was some
10  debate about whether or not he was face-down or had his
11  head to the side.
12      Q      Did you read Nurse Kish's deposition?
13      A      There is one statement that she made at
14  one point that said the patient's head was turned.
15      Q      It was always turned to the side,
16  correct?
17      A      At one point, she said his face was in
18  the mattress.
19      Q      Did you not read where she said that it
20  was turned to the side the whole time?
21      A      I think there was a statement somewhere
22  in there -- and I forget exactly where -- where there
23  was something about the face being --
24      Q      "Question:  Was it to the side the
25  entire time that he was in there?"

Page 172

1      "Answer:  It was, it was."
2      That's what she said, isn't it?
3      MR. LEDBETTER:  I'm going to object.
4  She said in paragraph 6 of her plea that he was on his
5  face the whole time.  So there's a conflict.
6      MR. JOHNSON:  All right.  All right.  Do
7  not make any speaking objections, please.  If you're
8  going to do that, then let's start --
9      MR. LEDBETTER:  I made an objection --
10      MR. JOHNSON:  Let's just stop.  Then
11  we'll come back.
12      MR. LEDBETTER:  You can stop if you want
13  to.
14      MR. JOHNSON:  But I want you to stop.
15      MR. LEDBETTER:  What you're doing is
16  deceptive and unfair.
17      MR. JOHNSON:  Well, you can redirect.
18  You can redirect, if you want to, all right, but if you
19  want to object, you say "objection."  You don't make
20  speeches like you're doing.
21      MR. LEDBETTER:  I don't -- I'm free.  I
22  can state the basis for my objection.  If I don't, it's
23  not preserved.
24      MR. JOHNSON:  No.  It -- it didn't
25  state a -- you made a speaking objection where you

Page 173

1  wanted to comment on testimony or a document that we
2  haven't even talked about.
3      MR. LEDBETTER:  I'm sorry.  You want to
4  be deceptive, and I did make a comment.
5      MR. JOHNSON:  I'm not -- it's not --
6      MR. LEDBETTER:  Try not to be deceptive,
7  and I won't have to make that kind of comment anymore.
8      MR. JOHNSON:  Well, do you want to see
9  what's in the -- what I just read?  That was not
10  deceptive.
11      MR. LEDBETTER:  In Paragraph 6 of her
12  plea --
13      MR. JOHNSON:  I didn't read Paragraph 6
14  of her plea.
15      MR. LEDBETTER:  You sure --
16      MR. JOHNSON:  I read the deposition
17  testimony.
18      MR. LEDBETTER:  You sure did, and it's
19  under oath.
20  BY MR. JOHNSON:
21      Q      All right.  Did you see where she said
22  in her deposition that it was turned -- his head was
23  turned to the side the whole time?
24      A      I saw that, and also, I saw her plea
25  where she actually stated that the face was face down,

44 (Pages 170 to 173)

A80609D

JASON D. KENNEDY, M.D.   JUNE 25, 2014

1  too.
2      Q      Okay.  Then --
3      A      We've lost the order --
4      Q      But you're not --
5      A      Sorry.
6      Q      Yeah, but you're not saying that a
7  patient has a compromised airway if they are lying with
8  their face turned to the side, are you?
9      A      A compromised diaphragm.  So they can't
10  take normal tidal volumes, especially a child of his
11  size.
12      Q      Okay.  Well, are you saying then that
13  this patient had a compromised airway for the ninety
14  minutes that he is in the ICU -- I mean PACU.
15      A      A compromised diaphragm.  His ability to
16  ventilate was not preserved, as evidenced by the fact
17  that his CO2 was over 100.
18      Q      Okay.  And would Nurse Kish be expected
19  to monitor that?
20      A      Well, she wouldn't have a way to monitor
21  directly his CO2, per se, as we discussed already.
22      Q      But I'm talking about the airway.  Isn't
23  she charged with monitoring the airway?
24      A      Yes, sir.
25      Q      Okay.  And so presumably she was

Page 174

1  monitoring it, and if there had been a problem with
2  that, then she should have called somebody or done
3  something about it.
4              MR. LEDBETTER:  Object to the form.
5  BY MR. JOHNSON:
6      Q      Is that true?
7      A      I'm sorry.  Repeat one more time.
8      Q      Is it your opinion that if she was
9  monitoring the airway and there was a problem with the
10  airway, then she should have done something about it or
11  called someone to do something about it?
12      A      I think that's an accurate statement,
13  yes, sir.
14      Q      You're not able to say -- between the
15  time that you say he was extubated too soon and the
16  time of the code, you're not able to say in that time
17  frame when, let's say, the die was cast --
18      A      Yeah, that would be --
19      Q      -- and could not be resuscitated or
20  salvaged; is that correct?
21      A      That would be conjecture.
22      Q      Is that correct?
23      A      That is -- that would be conjecture.
24      Q      Okay.  You can't put a time --
25      A      No, sir, you cannot.

Page 175

1      Q      Okay.
2      A      And it could have been before or after
3  the ENT surgeon stopped by to see the patient, yes,
4  sir.
5      Q      It may have been too late by the time
6  Dr. Clemons even saw the patient in the PACU, correct?
7      A      That is not beyond the realm of
8  possibilities, correct.
9      Q      Okay.  You, I think, have said this, but
10  I'm going to put it in these terms.  You're not
11  qualified to give standard of care opinions as to the
12  practice of otolaryngology?
13      A      I'm not an ENT surgeon, no, sir.
14      Q      Okay.  Well, just say yes or no.  You're
15  not qualified to do that, are you?
16      A      I'm not qualified to give what the
17  standard of care for an ENT surgeon -- but I am
18  qualified to say what the standard of care for a
19  physician who sees a patient who's in an inappropriate
20  position and has a compromised airway.
21      Q      Okay.  Are you saying that if ... if he
22  had been lying on his back that this never would have
23  happened?
24      A      "If he was lying on his back, this would
25  have ..."  If he was lying in a position where he would

Page 176

1  be assessed and he was assessed, as appropriate, this
2  might not have happened, but to say that it never would
3  have happened would be conjecture.
4      Q      Okay.  Well, but you're saying that
5  it -- that he was lying prone, and you seem to complain
6  about that, that that was not a good position, correct?
7      A      I think that contributed to the
8  situation, yes, sir.
9      Q      Okay.  I'm asking you, if he had been
10  lying on his back, would this have happened?
11      A      Usually -- like I said before, usually
12  we don't keep them supine.  Usually, we do lateral or
13  the semi-lateral position.
14      Q      Well, all right.  We'll start with
15  supine.  If he were supine, would it have happened?
16      A      Don't know.  That would be conjecture.
17      Q      All right.  If he was lateral -- can you
18  say that if he had been lateral, lying on his side,
19  that this would not have happened?
20      A      No, sir.
21      Q      In your disclosure, it says, quote, I'm
22  familiar with the applicable standards of care and
23  issues in this case specifically regarding
24  anesthesiology treatment and care, medical, surgical
25  and post-surgical/PACU care."  Is that your statement?

Page 177

45 (Pages 174 to 177)

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

1    A    Are you referring to -- was this the
2 first page of my --
3    Q    Uh-huh, yeah.
4    A    At the bottom, sir?
5    Q    Yeah, uh-huh.
6    A    Yes, sir.
7    Q    Who decided when to extubate this
8 patient?
9    A    The anesthesiologist, I presume.
10 There's no clear documentation that he was present at
11 the extubation.
12    Q    Well, either the anesthesiologist --
13    A    -- or the CRNA.
14    Q    -- or the CRNA?
15    A    Not the surgeon.
16    Q    Right.  And what is the criteria that
17 you say was violated in this case by extubating this
18 patient, you say, too soon?
19    A    A -- sorry.  Rephrase the question.
20    Q    Yeah.  What is the criteria that you're
21 using to say that this patient was extubated too soon?
22    A    As I've stated before, his tidal volumes
23 were not adequate and he was hypercarbic, so he had
24 inadequate ventilation.
25         So when we're looking to extubate a

Page 178

1 patient, we look at -- you know, does he have reversal
2 or no muscle relaxant, you know, for doing it awake, as
3 they claim that they were doing.  Is he adequately
4 ventilating and oxygenating?  Is he adequately
5 following commands?  Those would be part of that.
6         So the fact that he was clearly not
7 adequately ventilating -- as the Anesthetic Care Record
8 documents would show that he was not -- met the
9 criteria, yes, sir.
10    Q    When a patient is in the PACU, who
11 decides when the patient can be discharged from the
12 PACU?
13    A    Usually, it's an anesthesiologist's
14 decision.  Frequently, though, the surgeons will weigh
15 on to whether or not they go home or whether they, you
16 know, stay in the hospital.
17    Q    Okay.  But the actual discharge
18 decision, though, is a responsibility of the
19 anesthesiologist, correct?
20    A    Usually, it's made in -- it's a combined
21 decision, but I'd say the weight goes towards the
22 anesthesiologist, yes, sir.
23    Q    Was this patient breathing during the
24 ninety minutes in the PACU?
25    A    It's charted that he was breathing in

Page 179

1 the ...
2    Q    And if he had an oximeter on the finger
3 that was operating properly, that would, what, confirm
4 that there is oxygenation?
5    A    It would confirm that there was some
6 oxygenation, but it has no -- it would not necessarily
7 confirm adequate ventilation.
8    Q    You mentioned that bleeding is probably
9 the number one postoperative complication in a patient
10 who has had a tonsillectomy or adenoidectomy, correct?
11    A    Yes, sir.
12    Q    And had that occurred, then that would
13 have required the surgeon to be called in and pressed
14 into service, correct?
15    A    Yeah.  And that could have been part of
16 the reason, you know.  Looking not from the
17 retrospective scope, which we have the privilege of
18 doing, but looking from the ante-scope -- you know,
19 looking forward, you know, Brett could have been -- you
20 know, with that blood pressure being low and everything
21 else going on -- I mean he could have bled, and it
22 could have went into his stomach, and you wouldn't have
23 seen it.
24    Q    Uh-huh.
25    A    I think his initial blood gas after he

Page 180

1 coded -- he had a lactate that was quite high, and the
2 significant acidosis had -- a lot of it was
3 respiratory, but there was some metabolic component --
4    Q    Okay.
5    A    -- and so that would be something, as an
6 anesthesiologist, I would evaluate, and I would expect
7 the surgeon to have to that -- you know, since it's the
8 most common.
9    Q    Well, we don't have any evidence,
10 though, that this patient had a postoperative bleeding?
11    A    No, sir, we don't.
12    Q    Is that right?
13    A    That's right.
14    Q    Okay.  Do patients move when they are in
15 the PACU?
16    A    Yeah.
17    Q    Can they move on their own?
18    A    Yes, sir, should be able to.
19    Q    Can patients who move breathe?
20    A    Yes.
21    Q    You've read Nurse Kish's deposition and
22 you've seen the other documentation that refer to her
23 treatment in this case, correct?
24    A    Yes, sir.
25    Q    You saw where she lost her license?

Page 181

46 (Pages 178 to 181)

A80609D

JASON D. KENNEDY, M.D.   JUNE 25, 2014

1    A    Yes, sir.
2    Q    She was terminated --
3    A    Yes, sir.
4    Q    -- from the hospital.  Did you ascertain
5  what occurred with regard to any problem with what
6  Nurse Kish did or Le Boneur Hospital did?
7    A    I'm sorry.  Could you ...
8    Q    Yeah.  Do you acknowledge that what
9  Nurse Kish did was a departure from the standard of
10 care for a PACU nurse?
11   A    Yeah, I would agree so, yes, sir.
12   Q    Okay.  And her employer was Le Boneur
13 Hospital, as far as you know, wasn't it?
14   A    As far as I know, yes.
15   Q    Okay.  Would they be responsible for
16 her?
17        MR. LEDBETTER:  Object.  It's a legal
18 opinion.
19        THE WITNESS:  I presume, but that would
20 be conjecture on my part.
21 BY MR. JOHNSON:
22   Q    Well, but you said that the
23 anesthesiologist is responsible, that you're
24 responsible for the nurses or the team that works under
25 you, correct?

                                         Page 182

1    A    Yes, sir.
2    Q    Okay.  Would that not be applicable to
3  Nurse Kish?
4        MR. LEDBETTER:  Object as to form.
5        THE WITNESS:  I'm trying to think of an
6  appropriate way to answer your question.  I'm not
7  trying to be evasive.  I'm just trying to answer your
8  question that -- from an operational standpoint of a
9  physician, regardless of who that nurse is paid for,
10 who her paycheck comes from --
11        MR. JOHNSON:  Uh-huh.
12        THE WITNESS:  -- she still answers to
13 the physician.  And physicians are still charged -- and
14 be it the ENT surgeon or the anesthesiologist or a
15 proctologist who happens to come by, it's still a
16 physician in the hospital and still has a certain
17 authority over the patient -- and especially the ENT
18 surgeon and the anesthesiologist.
19 BY MR. JOHNSON:
20   Q    Well, but -- but in your hospital here,
21 are the PACU nurses employees of you?
22   A    They are employers of the hospital.
23   Q    Okay.  You can't say that if somebody
24 had turned Brett over on his side that he would not
25 have experienced what occurred in this case, can you?

                                         Page 183

1    A    I can't say that.
2    Q    This thing that you brought with you
3  today, Smith's Anesthesia, states that agitation may be
4  caused by numerous factors, including emergence
5  delirium caused by anesthetic agents, pain, metabolic
6  disturbances, neurologic disturbances, a behavioral
7  response to sudden awakening in a strange environment,
8  separation anxiety.  So there are a whole lot of things
9  that, at least, explain agitation when a patient is
10 coming out of anesthesia, correct?
11   A    There are.  And usually the first things
12 you assess for there are hypoxemia and hypercarbia
13 because they are the most lethal of things.
14   Q    Okay.  Well, I'm just reading from what
15 you handed us today.
16   A    Yes, sir.
17   Q    All right.  Did I -- as far as you know,
18 did I read that correctly?
19   A    Yes, sir.
20   Q    Okay.  And there are multiple reasons
21 why a patient is thrashing around or becomes agitated
22 when waking up, correct?
23   A    There are.
24   Q    Did you see where this patient was
25 agitated when he was being waked up or was waking up in

                                         Page 184

1  the operating room?
2    A    As I remember, there were multiple
3  referrals that he turned over on his face and moved
4  around and was kind of -- knocked his probe off or
5  something like that.
6    Q    All right.  He was belligerent or
7  whatever you -- I don't know that "belligerent" is the
8  right word --
9    A    Probably not.
10   Q    -- but he was fighting it, wasn't he?
11   A    He was probably agitated and delirious,
12 which the first thing, as an anesthesiologist, you're
13 going to rule out is this --
14   Q    Okay.
15   A    -- hypoxemia and hypercarbia.
16   Q    Okay.  You were asked if anyone -- or
17 you said that anyone in a hospital setting or a health
18 care provider is capable of administering oxygen,
19 correct?
20   A    Any physician or nurse --
21   Q    Okay.
22   A    -- that was caring for a patient, yeah.
23   Q    Yeah.  Okay.  Is a nurse capable of
24 evaluating an airway?
25   A    To a limited extent of evaluating if

                                         Page 185

47 (Pages 182 to 185)

ATKINSON BAKER, INC.                    1-800-288-3376

## A80609D
## JASON D. KENNEDY, M.D.   JUNE 25, 2014

1  it's -- if a patient is moving air, I would expect so.
2  If it was actually done, yes.
3      Q      Okay.  And a PACU nurse would be -- that
4  would be one of the things that a PACU nurse would be
5  looking for, wouldn't it?
6      A      Yes, sir.
7      Q      You said that snoring can be an
8  indication of an obstruction, but if someone is
9  snoring, they are breathing, aren't they?
10     A      You're breathing, but you may not be
11 breathing adequately.
12     Q      Okay.  Well, but -- but there's air
13 passing through the airway, correct --
14     A      There --
15     Q      -- for a patient that's snoring?
16     A      By definition, yeah, but not necessarily
17 adequate.
18     Q      Okay.  But this patient's parents -- or
19 mother said that he was a snorer, correct?
20     A      Yes.
21     Q      And he had been snoring for -- it was
22 more than just that presentation at the hospital.  He
23 was snoring when he was at home, right?
24     A      Yes.
25     Q      Okay.

Page 186

1      A      But he also didn't sleep knee/chest, and
2  so as you stated earlier that if you're knee/chest,
3  you're more likely for, actually, that tissue to be out
4  of your way.  So you would be less likely to snore.  So
5  if he was really snoring in that position, his airway
6  was probably pretty obstructed.
7      Q      Okay.  Are you -- is it your opinion
8  that he was still asleep when he was extubated?
9      A      It's my opinion that he was likely still
10 anesthetized enough to suppress his respiratory drive
11 when he was extubated, yes, sir.
12     Q      Okay.  "Sleep," I guess, is a lay kind
13 of term, but do you know what I mean by when I say
14 "sleep" or --
15     A      Well, differentiating those --
16     Q      Was he still anesthetized to the point
17 that he wasn't awake?
18     A      He was anesthetized to the point where
19 he wasn't adequately ventilating.  And the subtleties
20 of that are very important.  So he might have moved
21 around.
22     Q      Uh-huh.
23     A      He might have coughed.  He might have
24 lifted his head.  He might have moved his arm, even
25 purposefully.

Page 187

1      Q      Uh-huh.
2      A      But that's not adequately awake.
3      Q      Okay.  Do you know that Nurse Kish has
4  taken responsibility for what happened to Brett?
5              MR. LEDBETTER:  Object as to form.
6              THE WITNESS:  I'm aware of her plea and
7  her losing her license.
8  BY MR. JOHNSON:
9      Q      Okay.  And didn't -- kept you from
10 reading her deposition and seeing the other
11 documentation in connection with losing her license,
12 that she was taking responsibility for this?
13             MR. LEDBETTER:  Object as to legal
14 opinion being asked.
15             THE WITNESS:  I think she was taking
16 responsibility for not assessing the patient.
17             MR. JOHNSON:  Okay.  That all I have.
18 Thank you.
19             MR. LEDBETTER:  I just have a few
20 questions.
21             VIDEOGRAPHER:  Do you want to change
22 tapes?
23             MR. LEDBETTER:  No.
24
25

Page 188

1              EXAMINATION
2  BY MR. LEDBETTER:
3      Q      You have had your opinion admitted as an
4  exhibit to the deposition.  And I just want to ask you
5  a couple of questions.
6              Are the opinions that you've expressed
7  in your expert witness report relative to the physician
8  and the oxygen supplementation and the extubation and
9  the deviation of the positions still your opinion in
10 this case, to a reasonable degree of medical certainty?
11     A      That's my medical opinion.
12     Q      Okay.  And with respect to any questions
13 where you were asked to speculate or engage in guess or
14 conjecture, that's not what you did in your report; do
15 you agree?
16     A      No, I based it upon the available data
17 that we had in the data points.
18             MR. LEDBETTER:  Okay.  That's all I
19 have.
20             MR. GILMER:  No follow-up.
21             VIDEOGRAPHER:  That's the end of --
22             MR. GILMER:  Don't walk off with that.
23             VIDEOGRAPHER:  That's the end of the
24 deposition.  Is everybody done?
25             MR. GILMER:  Yes, sir.

Page 189

48 (Pages 186 to 189)

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

```
 1        VIDEOGRAPHER:  That's the end of the
 2  deposition and Disc No. 2.  The time is 5:20.
 3
 4
 5  (Deposition concluded at 5:20 p.m.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                    Page 190
```

```
 1  STATE OF _____)
 2                             )
 3  COUNTY OF _____)
 4        I, the undersigned, declare under
 5  penalty of perjury that I have read the foregoing
 6  transcript, and I have made any corrections, additions,
 7  or deletions that I was desirous of making; that the
 8  foregoing is a true and correct transcript of my
 9  testimony contained therein.
10        EXECUTED this ____ day of
11  _____, _____, at
12  _____, _____.
13     (City)              (State)
14
15
16
17        _____
18           JASON D. KENNEDY, M.D.
19
20  Subscribed and sworn to before me
21  this ____ day of _____, _____.
22
23
24  Notary Public in and for said
25     County and State
```

```
 1
 2        REPORTER'S CERTIFICATE
 3
 4        I, IVA L. TALLEY, LCR 336, Court Reporter
 5  in the State of Tennessee, certify;
 6        That the foregoing proceedings were taken
 7  before me at the time and place therein set forth.
 8        That the statements made were recorded
 9  stenographically by me and were thereafter
10  transcribed;
11        That the foregoing is a true and correct
12  transcript of my shorthand notes so taken.
13        I further certify that I am not a relative
14  or employee of any attorney of the parties, nor
15  financially interested in the action.
16        I declare under penalty of perjury under
17  the laws of Tennessee that the foregoing is true and
18  correct.
19        Dated this 7th day of July, 2014.
20
21
22        _____
23        Iva L. Talley, Court Reporter and
              Notary Public at Large
24        Commission Expires: 7-21-16
25
                                    Page 191
```

49 (Pages 190 to 192)

**ATKINSON BAKER, INC.**          **1-800-288-3376**

A80609D

JASON D. KENNEDY, M.D.   JUNE 25, 2014

## A

abandoned 149:10 150:17 151:4
abandonment 151:5,11,15
ABG 118:12,15 119:13
abilities 149:11
ability 43:4 44:25 61:6 89:12 96:21 134:11 168:21 174:15
abionergy 114:10
able 19:5 37:11,13 78:19 128:17 150:15 165:5 168:22 175:14,16 181:18
abnormal 53:17 94:14
about's 84:13
absence 133:2 134:8,9
Absolutely 47:4 67:2 77:12 87:11 153:17,22
absorbed 69:18
AC 19:21
acceptable 75:21,21
accepted 25:16 143:1
access 81:17,18
accident 40:7
accompanied 107:8
accompany 65:6 106:18 107:23,24
accuracy 78:6
accurate 54:22 71:21 78:11 112:14,15 135:1 138:7 147:7 175:12
accurately 68:4,6,7
acidosis 110:20,24 181:2
acknowledge 182:8
act 140:24 170:1
acting 82:7
action 123:17 133:1,3 139:20 143:17 170:12 191:15
actions 135:21
acts 134:2
actual 179:17
add 43:21
added 17:12
addendum 39:24
addition 15:11 27:16 34:1 36:13 106:4,7 159:17
additional 11:1 17:12 22:10 25:6 30:23 39:11 54:21 54:24 157:23
additions 192:6
address 37:24
adenoid 13:18 15:13 91:4 108:16
adenoidectomies 158:7
adenoidectomy 51:23 52:7 60:6 61:16 90:14 180:10
adenoids 32:23 142:6
adequacy 61:5 122:4 132:24
adequate 60:23 89:13,13 89:14 118:10 119:4 121:9 122:1 130:22 132:7,17,18,22 134:8,10 135:15 137:4 141:7 142:8 149:11 150:21 178:23 180:7 186:17
adequately 110:16 120:21 124:15,16 132:17 135:3 135:10,12 149:25 150:14

179:3,4,7 186:11 187:19 188:2
adhered 154:2
administer 99:17
administered 44:17 123:22 124:19 162:1
administering 185:18
administration 44:13,16 62:11 97:18 169:21
admit 108:7,9,15
admitted 189:3
admittedly 130:24
Adobe 43:20
adult 8:17,18 28:1 57:23 77:20 96:13 107:19 129:12 157:7,9
adults 13:20 72:3 78:23
advance 33:15
advertise 57:24
advised 150:18
affect 11:6
affidavit 59:11 137:17 138:5
affidavits 76:14 138:24
affirmative 56:24 134:19 152:15
age 70:7 115:15
agent 72:15 75:6 82:5,6 99:15
agents 60:19 99:16 184:5
ages 23:11
agitated 94:18 121:4 122:25 184:21,25 185:11
agitation 184:3,9
ago 9:17 10:6 21:12 31:1 44:7 57:9 58:10 159:23
agree 14:3,6 40:1 42:9 58:2 63:16 68:11 98:15 107:13 116:16,20 122:11 126:6,7 145:25 153:14 153:20 154:1,4 155:22 169:19 182:11 189:15
agreed 80:12 98:19 105:11
agreement 5:5 6:1 46:23
ahead 17:17 48:17 150:11 166:3
air 70:19 81:12 116:4 123:9 186:1,12
airplane 73:10 142:13,18 143:22
airway 13:18 15:13 30:4 32:22 61:7 66:5,7 74:20 74:21,21 78:21,21 89:12 91:2 105:18 107:20 122:3,8,9,9,14,24 123:1 123:2,6 124:15,25 131:10 132:1,8,18,22 133:19 134:2 137:19 140:4,5,6,10,15 141:5,24 142:7 149:24 169:18 174:7,13,22,23 175:9,10 176:20 185:24 186:13 187:5
airway-type 131:17
al 105:22
Alabama 20:19,23 28:17,22 28:23 29:1,2,3 51:1,2,3
Alaska 75:23
allow 56:20 93:13 96:5 131:5,25 132:6,18 134:3

147:6
allowed 37:22 128:13 132:8 133:6
allows 134:2 144:19
altogether 125:16
alveoli 70:19
amended 81:12
amendment 81:12
American 19:22 28:5,6
amount 70:17 78:25 81:14 86:16 111:9,13 118:24 120:5 128:12 162:1
amounts 83:15 91:11
analogies 146:9
analogous 142:12
analogy 73:9 142:18 144:13 149:14 150:1,2
anatomy 87:14
anesthesia 4:16,21 8:1,3,4,5 8:9,17 12:14,17,17,18,19 21:25 22:2 23:10 25:6,16 27:23 28:2 30:10,14,23 32:20 34:6 35:11 36:13 53:2,2,3 60:6 63:3 80:25 81:3 90:11,13 92:12,17 92:18 93:9 104:12,13 139:18 142:22 144:5 150:25 152:5 154:25 156:9 157:21,22 158:20 160:21 161:21 162:11,16 162:21 163:2,3,12,15,24 169:22 184:3,10
anesthesiologist 8:16 13:4 14:17 22:12 25:1,3 29:18 53:25 56:7 63:25 65:5,11 66:10 74:2 79:7 89:6 97:2,20,23 104:3 105:16 107:16,18,19 125:23 126:4,19,23 127:19 129:20 139:21 140:16 141:9 142:19 143:13 145:12 147:18 149:18,23 150:20 151:23 152:6,13 158:1 160:19,23 161:2 161:13,16,23 162:7,13 162:17,23 163:18,25 164:3 166:25 169:23 170:4,5,22 178:9,12 179:19,22 181:6 182:23 183:14,18 185:12
anesthesiologist's 179:13
anesthesiology 8:12,14 15:12 23:3,8 25:9,14,15 26:2,12 27:16,17 151:2 177:24
anesthetic 12:7 14:24 30:12 54:8 62:6 64:21 66:2 69:13,17 70:5,11,14 71:16 72:14 74:7 82:4 87:4 89:22 90:15,22 91:7 92:10 93:18,21 97:12 99:12 110:9,18 113:5 119:8 123:11,13 129:13 142:5,22 143:16 151:20 179:7 184:5
anesthetics 12:8 75:24

86:25
anesthetize 129:3 147:15
anesthetized 75:4 117:24 187:10,16,18
anesthetizing 13:19 127:2 128:25
Angeles 99:23
answer 46:25 68:23 72:8 100:15 103:19 111:16 136:5 138:17 148:24 155:4 167:22,23 168:5,7 168:13,17,18 172:1 183:6,7
answered 46:19 103:2 146:4 167:18,20 168:6,8 168:12,20
answering 168:15
answers 7:8 183:12
ante-scope 180:18
anti-medic 82:19
anxiety 184:8
anybody's 137:17
anymore 34:17 61:21 103:7 173:7
apnea 12:9 13:20 15:13 18:24 59:23 60:1 63:7 70:8 79:3 83:20 85:12 87:4,13,16,19 89:25 107:17 118:11 124:24 128:2 129:15,18
apneic 87:14,23 111:18,19 120:8
appear 150:17
appeared 67:20 139:5
applicable 15:15 177:22 183:2
applied 27:19 50:20,22,23
applies 99:1
apply 14:12 45:7,9,15 67:14 157:16
applying 97:15 157:18
appropriate 16:18 64:13,18 64:24 66:7,25 80:7 89:11 90:13 110:19,22 119:3 124:25 136:15 139:21 142:11 170:1 177:1 183:6
appropriately 67:7 75:13 105:5,6 106:19,21,25 108:17,20 110:8,9 122:1 126:25 130:18,19 135:4 136:22 139:17,19,23 140:24 142:4,18 148:8 149:5,6 151:7 166:20
approximately 2:16 61:25
area 24:24 55:12 63:4 115:12
areas 147:15
argue 75:18 83:19,21
argument 91:14
Arkansas 152:13
arm 187:24
arousal 123:5
arouse 75:12 121:6
aroused 88:23
arranged 142:7
arrest 55:18 61:19 62:8 71:4 140:24
arrival 121:10
arrived 113:2 121:3 151:20

arterial 62:1,3 72:1 73:4 85:25 118:11 119:15 120:1,23 136:12,25
arteries 120:25
artificial 22:23
ASA 4:15 18:23 19:1,13,18 19:21 42:24 146:12 151:6
ascertain 156:10 182:4
asked 15:19 17:6 41:23,24 47:12 56:6,6,16 57:8,10 57:16,19 59:11 61:14 63:1 103:2 146:4 148:21 159:16,18,23 167:24 168:12 185:16 188:14 189:13
asking 44:4 132:12 166:9 167:3,4,12,16 177:9
asks 33:1 160:2
asleep 88:22 91:5 187:8
aspects 97:16 99:3
aspirate 171:3,3
asserting 126:22
assertion 110:18,22 128:4 128:5
assess 63:1,6 121:7,9 127:11 128:4 131:20 132:1,1 134:11,17 135:25 137:9,13 141:9 147:21 148:8 184:12
assessed 63:4 68:18 105:7 132:24,24 135:4,10 137:18,22 141:4 148:13 177:1,1
assesses 126:19
assessing 62:13 105:8 136:20,21 166:19 188:16
assessment 92:10 105:12 110:19,22 134:16,25 135:1 136:15
assessments 80:8 134:23
assigned 21:8 26:20,22
assist 93:14
assistant 23:20
assisted 125:12
assisting 93:18
associate 23:20
associated 13:19 25:7 35:6
assume 47:13 139:6
assumption 138:21
assured 105:13
asthma 60:3
ATKINSON-BAKER 1:22
Atlanta 73:14 98:22,23
atmosphere 71:8
attempt 28:9,15
attempted 132:5
attend 20:20 130:23 157:13
attended 30:2
attending 23:16 128:19
attention 53:8 68:8 78:25 110:19,23 142:24 143:3 143:15 148:17
attentive 146:10
attest 90:7
attestation 129:9
attested 134:25
attorney 11:18 57:13 191:14
Audiovisual 4:9,18 17:19

A80609D

**JASON D. KENNEDY, M.D.   JUNE 25, 2014**

36:5
authoritative 13:8,11 34:21
  34:22,24 144:25
authority 183:17
autopsy 10:2 46:3,4
available 12:5 14:11,13
  25:8 57:25 71:9 76:2
  100:6,7,16 101:9 102:13
  109:12,17 117:18 127:20
  127:24 128:7,14 129:8
  145:4 146:17,23 189:16
Avenue 3:4
awake 69:2 75:1,2 78:18
  83:22 89:10,10 99:12
  105:17 122:10 125:2
  134:4 141:5 179:2
  187:17 188:2
awakened 61:1 119:2
  139:18
awakening 184:7
aware 16:17 21:7 48:6
  66:10 76:18 90:2,18,20
  92:8 106:22 107:2 145:5
  151:17 162:4 188:6
A80609D 1:25

**B**

b 4:8 51:15
babies 96:9
Babu 1:8 2:8,15 3:7
bachelor's 20:22
back 8:23 12:6,22 29:3 31:9
  33:1 39:15 66:11 68:2
  72:8 83:25 93:20 98:11
  103:5 113:17 116:21
  118:3 121:18 125:7,18
  130:16 148:6 156:24
  159:14 165:7 172:11
  176:22,24 177:10
background 95:13
bad 108:11 154:1,7
balto 72:14
Baptist 102:10
base 11:14 84:11 100:1
  144:17 145:10,18 146:1
based 11:2 14:4,10,24
  65:16 69:2,9 74:10 84:12
  89:23 92:7 97:9 107:4,10
  117:2 124:21 142:14
  145:10 151:24 152:4
  156:11 189:16
baseline 60:14 115:15
bases 93:9
basically 23:11 25:17 43:3
  44:7 78:17 86:3 96:4
  134:1 151:1,6
basing 97:19 138:19,20
basis 22:12 26:19 44:9
  105:3 172:22
Baugh 105:22
bed 94:19
beds 100:16 102:12
bedside 32:1,2 120:1
  126:12,23 127:9 143:9
began 144:4
beginning 5:1 33:8 93:4
  164:20,25
behalf 2:13 9:25 33:10
  57:16,16
behavior 16:19

behavioral 184:6
believe 14:15,22 18:5 34:23
  34:25 35:3 44:20 53:12
  54:20 63:24 64:3 65:18
  65:20 68:3,6 73:19 84:3
  90:9 91:19 96:25 97:6,14
  98:25 106:12 109:11,16
  112:11 117:15,20 122:13
  124:17 127:23 133:22
  134:15 137:13,25 141:1
  148:2,7
belligerent 185:6,7
beneficial 13:14 55:6
benefit 146:7
benefits 75:16,16
best 37:13 43:4 68:8 96:16
  96:18 131:23 161:6
  168:21
better 150:3,25 169:12
beyond 117:16 145:12
  176:7
bgilmer@hard-law.com
  3:10
bicarbonate 118:14
big 88:8,20
billed 39:17,19
billing 89:21
bills 41:7
Birmingham 20:19,23
  21:23 23:24 98:20
bit 15:10 38:13 54:18 78:22
  84:2 88:11 91:13 123:4
  147:24
bled 114:12 117:9 180:21
bleed 117:10
bleeding 74:17,20 142:7
  180:8 181:10
blindsided 145:5
blocked 133:19
blocking 60:19 99:16
blood 61:25 62:14 69:19
  71:10,23 74:21 79:17
  111:7,14 113:24 114:6
  114:13,15,17,20,22,25
  115:21 116:1,9,18,22
  118:11,18 119:14,15,20
  120:1,23,25 131:6 133:6
  133:12 136:25 161:19
  171:4 180:20,25
blood-fat 69:21
blow-by 123:25 124:1,13
  124:14
blue 92:21
board 25:7 27:25 28:1,4,5,7
  82:3 86:16
boarded 25:4,5 28:7
boards 28:8,10
body 63:8 87:23 95:22
  96:10 107:10
bone 62:19
bones 24:4
Boneur 29:24 45:25 59:22
  182:6,12
Bonheur 9:4 38:9 66:9
  101:4,6 144:10
book 18:8,10,11
books 34:7
bottom 94:4 178:4
boy 52:20 59:19 63:8,9
  107:16 135:25

BP 115:5
brachycardia 81:24
Bradley 3:8
brain 62:13,15,16 69:20,22
  110:25 111:4,5,8
breach 119:6
break 80:17 92:25 156:16
breaking 167:3
breath 78:22
breathe 69:18 78:22 86:23
  181:19
breathing 67:11 78:7 82:2
  84:2 87:6 89:13 91:5
  93:17,19 111:20 119:9
  120:9,15,21 122:4
  123:13 125:3,16 141:6
  161:17 179:23,25 186:9
  186:10,11
breaths 59:24 72:20
Brett 1:4 2:4 59:19 64:10
  72:6,21 74:3 77:22 78:9
  78:15 81:10 84:10 95:15
  101:17 105:6,17 109:23
  110:8 111:22 114:12
  117:16 120:13 122:1,6
  123:8,19 124:9 130:25
  129:24 130:19,25 131:3
  133:5 137:1 139:5,17,20
  139:22,25 140:23 141:8
  143:17,23,25 148:12
  151:24 165:5 180:19
  183:24 188:4
Brett's 14:25 45:23 70:22
  71:16 72:25 87:6 95:21
  96:12,14 110:10,16
  118:11 125:10 131:17
  140:21 154:18 168:25
brief 59:17
briefly 21:19
bring 15:19 17:6 33:2,17
  57:3 75:8 98:5 142:21
  160:3,11
bringing 99:6
broaden 52:6
broadening 162:16
bronchodilator 60:4
brought 76:15,18 129:25
  160:13 184:2
buffer 125:20
building 7:16,20,21 8:3,7
  128:16
buildings 8:10
bunion 152:3
burn 82:7 157:13
burns 157:11
Bypass 18:13

**C**

C 3:1 49:5
call 21:10 70:18 72:4 78:16
  86:18 96:3 111:5 140:8
  141:19 159:9
called 12:16 33:24 56:25
  61:19 63:22 67:16,17
  69:21 71:25 77:22 79:16
  85:19 109:17 114:6
  139:11 141:8,13 146:12
  153:20 170:21 175:2,11
  180:13
calling 139:20

calls 76:1
cannula 78:8
cannulation 22:22
capable 126:24 185:18,23
capnography 100:5
captain 65:18 148:25
  149:14 150:2
car 40:6
cardiac 8:16,17 18:12
  21:25 22:8,9,14 27:10
  30:14 32:12 53:2 55:18
  61:19 62:8 102:20 111:8
  111:14 125:16
cardiologist 24:22 25:2
Cardiopulmonary 18:13
cardiothoracic 26:2,12,18
  26:22 27:17 30:11
care 7:15 8:18 11:10 12:7
  12:13 13:3,8 15:8,15
  16:25 17:3 23:7 24:13,19
  25:14,15,16,17,18,20,21
  25:24 26:18 27:2,4 28:4
  30:15,24 35:4,6,6 44:5
  48:4 53:3,12 64:14,15,23
  65:1,12,20,22 66:22 67:4
  67:8,12,16 73:23 74:2
  84:4,6 89:5,22 90:10
  91:8,12 93:11 94:8 95:23
  97:1,7,14,15 98:13 99:1
  100:2 101:16 102:23,24
  103:10,11,22,23 104:4,9
  105:5 106:13 107:4,14
  107:25 108:25 109:1,2,5
  109:24 110:7 113:5
  115:18 116:12,14 118:9
  119:7 121:13,25 122:2
  124:13,22,23 125:21
  126:5,11,17,24 127:6,17
  129:4,16 130:2,18,20
  131:8 132:10,20 133:23
  134:7,16 135:4 136:16
  139:16,17,20 140:2,3,12
  140:20 141:1 142:11
  143:25 146:2 147:17,19
  149:4,8,11,16,20 150:7
  150:21 151:2,7,14 152:5
  154:2,12,14,15,25 156:9
  157:10,22 158:20 176:11
  176:17,18 177:22,24,25
  179:7 182:10 185:18
cared 55:8 62:10 101:17
  106:25 140:15 144:9
  149:4,25 170:24
carefully 80:11
cares 139:24
caring 8:16 14:9 22:12
  23:10,17 27:9 45:15
  66:24 116:6,8 135:23
  141:19 185:22
Carraway 21:21
carried 64:13
carrier 48:10
case 5:23 6:10,12,16 9:25
  10:22,24 11:11,15,20
  12:14 13:15 15:1,19
  16:24 18:16,22 21:9
  32:19 33:3,23 34:1 36:10
  36:16 38:3,4 39:2 40:9
  44:10 45:4 46:15 53:11
  54:23 55:23 56:5,18 57:8

57:15 58:24 59:9,15,18
  60:21 62:23 66:5 68:12
  68:14 76:23 91:20 95:9
  95:16 96:12 97:6 98:14
  98:15 103:3 106:1
  108:14 109:23 112:14
  126:13 130:2 131:13
  135:5 136:11 138:12
  142:11,13 147:2 148:3
  152:4,10 154:14 155:1,8
  156:9 161:4 163:24
  164:6 169:14 177:23
  178:17 181:23 183:25
  189:10
cases 15:14 27:2 40:12 57:7
cast 175:17
cause 70:10 74:20 77:25
  111:10,12 123:4 133:16
  142:5 164:24 165:17
  166:14
caused 77:18,20 82:17 83:1
  117:1 164:19 184:4,5
causes 85:20 166:16
causing 80:1
cc's 70:20,20,24,25 71:2
  84:14,14 110:12
Centennial 102:10
center 7:22 21:22 62:17
  157:6
centers 91:3
centrally 82:7
cerebral 111:11
certain 16:17 23:25 37:23
  44:19 65:8 70:17 75:23
  86:21 87:17,18 97:16
  101:2 123:15 127:6
  147:14,17 149:18,20,24
  183:16
certainly 144:16,19
certainty 136:9,14 189:10
CERTIFICATE 191:2
certification 25:7
certified 27:25 28:1,4,5,7
certify 191:5,13
chairman 158:17,18
chance 17:13
change 10:17 11:2,5 68:14
  72:17,20 75:25 76:22
  77:1 96:21 113:21 116:4
  116:18 125:12 188:21
changed 10:19 11:4 24:2
  49:23 56:8 68:12,19
  104:20 123:7,16,19
  125:14 135:21 136:1,3
changes 49:17 72:19
chapter 18:8,10,11
charge 40:21 42:2,6,10
charged 161:10 162:8
  169:17,20 174:23 183:13
chart 89:24 92:5 113:9
  114:2 137:16 138:7
  152:20,23
charted 67:22 179:25
charts 84:18 88:16
check 64:8 65:2,7 106:23
  107:17,21,22 152:1
checked 107:6,11 136:14
  136:18 148:11 152:6
  170:5
checks 64:24

A80609D

**JASON D. KENNEDY, M.D.   JUNE 25, 2014**

**chest** 131:5
**child** 38:18 56:21 57:22
60:3,24 69:2,16 70:4,7,7
73:2 74:1 75:2 77:20
79:1,2 81:13,17 83:21
85:11 86:8,15 87:4,22
107:20 108:19 110:13
114:18 115:23 117:3
119:8 128:1 129:13
147:6 154:20 174:10
**children** 4:17 13:20 24:4
35:11 59:22 72:3 74:23
78:24 81:19 87:16 96:9
105:22 124:14 157:10
**children's** 9:4 23:22,23
38:9 50:12 97:11
**child's** 135:2 136:16
**choice** 75:20
**choices** 75:15 83:13
**choose** 150:5
**chose** 26:13 91:1
**chronically** 85:18
**circulating** 76:15
**circumstances** 37:24,25
**cite** 106:8
**cited** 47:17
**cites** 47:11
**cities** 99:2 100:3
**City** 192:13
**claim** 48:7,10 179:3
**Claims** 146:12,20
**clarify** 6:3 10:9 15:4 35:15
**class** 31:25
**classroom** 31:17
**clear** 7:3 72:21 73:1 79:9
95:6 119:6 120:18 171:8
178:10
**cleared** 11:23
**clearly** 69:5 70:4 71:3 73:2
73:18,24 74:1,5 78:15
86:3 90:2 108:19 117:23
129:19 134:5 135:11
139:8,9 143:16 162:5
179:6
**Clemons** 1:9 2:9 3:12 5:19
39:14 63:17,23 130:25
135:21 137:8,18 138:4
141:2 156:4 170:19
176:6
**clinic** 53:25 54:2,5,7
**clinical** 14:7,10 54:10,14
72:10 73:8,17 75:17,18
77:13 86:7 88:24 89:3,7
105:21 132:9 142:10,23
143:2,4 144:18 145:6
146:16
**clinician** 54:16,19
**close** 159:6
**closed** 65:10 146:12,20
**closer** 86:13
**closest** 7:18
**CMS** 127:17
**CNS** 82:8
**code** 61:18 105:9 109:20
118:17 139:11 175:16
**coded** 181:1
**cognizant** 78:19
**collaborative** 149:21
**collective** 4:19 48:20,21,25
**college** 20:20 28:6

**combined** 95:3 110:14
179:20
**come** 25:19 41:17,20,23,24
41:25 47:6 72:14 83:7
96:6 136:10 141:9,13
152:20 167:1 172:11
183:15
**comes** 183:10
**comfort** 131:19 132:7,16
**coming** 20:5 41:22 95:7
136:2 184:10
**commands** 89:13 136:23
179:5
**commencing** 2:15
**comment** 47:10 53:17
71:20 72:24 140:11
170:20 173:1,4,7
**commentary** 50:3
**commenting** 69:8
**Commerce** 3:14
**Commission** 191:24
**committee** 104:15
**common** 31:25 71:7 72:10
74:17,19 78:17 96:2
181:8
**commonly** 124:14
**communicate** 37:18
**communication** 37:21 65:9
**communications** 37:23
58:21
**community** 100:10 101:25
**compass** 73:11
**compensate** 86:6
**complain** 177:5
**complaint** 59:2
**complete** 122:7
**completed** 20:22 23:6
25:13 30:21 38:12 73:11
**completely** 56:25 75:2
83:22 96:8 133:19
**completion** 60:18
**complex** 150:4
**complication** 74:16 142:5
180:9
**complications** 64:22
**complied** 135:3
**component** 181:3
**compound** 103:15 135:8
165:23
**compromise** 13:18 15:13
140:22
**compromised** 174:7,9,13
174:15 176:20
**computer** 43:22 62:25
148:17
**computerized** 34:19
**concentration** 124:2
**concentrations** 72:10
**concern** 74:18,19 83:18
90:18 115:16 141:22,23
**concerned** 94:20 156:7
**concerning** 12:13 37:21
87:5 92:3 114:19 130:2
131:13 138:11 154:25
155:23 170:11
**concerns** 61:11 64:11 65:9
96:22
**concluded** 190:5
**concludes** 50:8
**condition** 55:12 65:4 74:3

137:10 142:25 151:25
**conditions** 87:6,7
**conducive** 66:7
**conference** 33:7
**confirm** 180:3,5,7
**conflict** 172:5
**congenital** 26:7
**conjecture** 118:2 120:3
135:19 137:12 165:3,11
165:15 170:13 175:21,23
177:3,16 182:20 189:14
**conjectures** 136:5
**connection** 188:11
**consider** 13:6,10 52:25
55:14 89:8 91:22 95:20
108:20
**considered** 34:20
**consistent** 59:23,25 60:16
60:23 61:3,5 62:6,13
63:5 66:8 70:14 71:2
82:10,13 85:1,10 86:7
95:20 99:5,21 100:3
115:15 119:1 134:7
140:14 170:23
**construct** 127:1
**contact** 56:1 58:8,17
**contacted** 62:18
**contain** 155:7
**contained** 8:6 34:24 35:21
58:12 119:12 155:6
192:9
**content** 111:7
**context** 95:4 114:13
**continue** 7:10 26:13 84:7
105:18 126:1
**continued** 115:19 116:2
122:5 168:14
**continues** 115:9
**continuous** 112:9
**contracts** 159:24
**contrary** 160:8
**contribute** 87:10
**contributed** 177:7
**contributing** 167:15 168:25
**control** 78:21 124:2
**controlled** 51:17
**convenience** 170:12
**conversant** 125:2,6 134:5
**conversations** 29:22
**convey** 64:10 151:14
**cookbook** 153:14
**copy** 17:7 38:8 39:25 89:20
95:11,12 112:20
**cor** 85:19
**cord** 74:22
**cords** 74:22
**corner** 94:4
**correct** 52:12 61:15 63:12
92:22 96:15 128:22
130:25 137:6 140:25
143:14 145:13 157:8,18
157:21 158:7 160:4,22
161:2,11 162:9,17
163:13,17,24 164:4,12
169:9,15 170:4,8 171:4
171:16 175:20,22 176:6
176:8 177:6 179:19
180:10,14 181:23 182:25
184:10,22 185:19 186:13
186:19 191:11,18 192:8

**corrected** 141:4
**corrections** 192:6
**correctly** 184:18
**correlate** 73:3
**correspondence** 58:13
**corrugated** 124:5
**coughed** 187:23
**coughs** 126:7
**counsel** 17:8 34:12 103:6
**country** 97:13 99:21
**County** 97:2 102:25 103:12
192:3,25
**couple** 10:6 20:6 29:20
34:4 36:17 66:13 98:15
100:11,12 147:9 154:17
189:5
**course** 37:9,12 64:22 67:21
68:19 114:21 123:16
133:1,3 135:21 143:16
154:6,9
**courses** 31:6
**court** 1:1,22 2:1,16 3:4 5:5
7:4 40:7 191:4,23
**cover** 27:1,10
**covered** 47:24
**CO2** 13:17 60:14,20 62:1,2
62:3,4 71:9,17,19,23,24
72:1,2,7,17,22 73:2,4
78:3,7,11 79:25,25 84:24
85:5,7,8 86:4,18,20,23
110:17 111:10,25 112:3
118:13,20,22 120:11
121:1 125:13 136:12,12
136:18 151:18 174:17,21
**CO2s** 85:16,25 87:2,2
**CPR** 61:23
**criteria** 178:16,20 179:9
**critical** 7:15 8:18 23:7
24:13 25:14,15,16 26:18
28:4 30:20,24 53:2
157:22 158:20
**criticism** 164:8
**criticisms** 83:14 89:16,24
90:9 92:11 108:14
131:12 134:22,24 154:18
154:21 164:9
**CRN** 106:20
**CRNA** 64:20 75:11 76:4,10
76:17 92:6,12 106:20
121:9 127:12 142:9
149:8 161:16,23 162:7
162:13,17 163:19,25
164:3 178:13,14
**CRNAs** 65:13 108:4 109:12
121:12,19 126:6
**cuffed** 78:10
**current** 12:7 17:7 30:7
64:21 124:21
**currently** 25:6 27:14,24
30:9 157:5
**curriculum** 4:11,14 17:22
18:15 19:13,17
**curve** 86:18 123:14
**customary** 97:21 98:1
143:1
**cutoff** 33:14
**C.V** 17:7,21 18:1 20:4,8
153:12,13

**D** 1:12 2:13 4:1 5:8 192:18
**daily** 22:12 147:4
**damage** 55:20 110:25
**DANIEL** 1:3 2:3
**data** 14:11,13 54:24 62:5
63:14 73:1,24 78:13 95:5
109:14 142:15 143:18,20
145:4 146:6,17 147:5
151:9 152:4 153:1
189:16,17
**Database** 146:12,21
**date** 5:3 17:10 144:8
**Dated** 191:19
**day** 68:24 153:21 191:19
192:10,21
**days** 27:6 33:15 35:17
**DEA** 51:9,18
**dead** 62:16 70:18 71:25
85:3
**deadline** 35:18
**dealing** 32:21
**death** 62:13 142:5 154:8
168:25
**debate** 88:8 171:10
**debated** 74:25
**Decadron** 82:13
**deceased** 1:4 2:4
**deceptive** 172:16 173:4,6
173:10
**decide** 74:13 88:25
**decided** 121:8 178:7
**decides** 164:4 179:11
**decision** 73:25 74:9,24
75:17,19 77:9,10 91:6
106:16,17 108:14 109:14
116:10 127:13 129:19
132:2,6,18 179:14,18,21
**decisions** 15:8 75:14 78:20
92:15 126:6,7 127:11
140:13
**declare** 191:16 192:4
**declared** 62:15
**decline** 112:9 114:20
**decrease** 82:15
**dedicated** 27:9 109:7
**deep** 75:4 89:10 99:12
119:2
**defendant** 3:12 118:8
130:17
**defendants** 1:10 2:10,14
3:6 9:5 105:4 110:6
121:24 122:3,5,7,8,10
**define** 16:20,21 17:2
**defined** 151:5
**definitely** 70:10 73:7
**definition** 16:24 122:19
128:15 140:5 186:16
**degree** 20:23 136:9,14
189:10
**deletions** 192:7
**delirious** 92:2 94:18 121:4
185:11
**delirium** 61:2 78:16 131:21
184:5
**delivered** 74:7 76:21,24
123:18
**delivery** 111:5 122:6
**demonstrates** 70:11
**denied** 50:24 51:3
**department** 7:24 8:1,2,5,9

D

**ATKINSON BAKER, INC.**

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

8:10,12 31:8,10
departure 182:9
dependent 65:4 111:4,6,9
depends 69:1 89:9 111:2,3 135:9
deposed 16:16
deposition 1:11 2:12 4:9,18 5:2,18 6:6,7,18,20 9:1,12 9:19 10:1,17,21,25 11:19 11:20 12:2 15:3,6 16:1,5 16:15 17:19,20,22 19:16 19:17,19 35:12,21 36:5,6 40:2 41:11 44:23 46:23 48:22 63:20 68:2 89:2 92:18 93:5 162:25 171:12 173:16,22 181:21 188:10 189:4,24 190:2,5
depositions 9:5,6,9 12:6 38:12,15 39:14 43:10,11 43:13 44:25 45:22 55:7,9 55:10,17 66:17 101:22 101:23
depress 83:23
depressed 80:1 86:24
depresses 71:14 86:17
depression 70:9 72:15 83:20
describe 20:14 150:5
designate 157:16
designated 65:3
designation 4:19 48:18,21
desirous 192:7
destroy 36:25
details 142:25 143:3
determination 70:24
determine 54:8 55:8 117:18
develop 37:5 155:23
developed 64:23
developing 77:4
developmental 59:20
develops 104:15
deviate 98:3
deviated 154:11,13,15
deviation 67:3,8,11,15 84:3 84:5 90:10 91:20,23 124:12 132:19 189:9
device 91:2
devices 80:4
de-saturating 94:2
diagnostics 73:20
diaphragm 123:12,12 174:9,15
diaphram 96:11
die 175:17
died 117:3
difference 13:25 14:1 24:16 79:13 109:5 136:11
differences 23:18
different 7:16 8:8 23:19 25:24 27:11 30:1 31:6 35:7 54:15 74:12 95:25 98:9 99:4,8 100:12 108:22 114:8 117:1,5 126:22 129:14,22 133:24 135:6 136:17 139:6 143:13 152:21
differentiate 78:2
differentiating 187:15
differently 46:24 86:25

difficult 14:12 116:22 130:21 131:10
difficulties 67:11
difficulty 77:15 121:4,5
digging 37:7
digital 34:17
Dilaudid 99:11
directly 41:6 108:9 174:21
director 23:1 53:5
disagree 152:18
disagreed 46:8,10
disc 43:17,17 58:15 93:1,5 190:2
discharge 179:17
discharged 150:24 179:11
disclosing 16:23
disclosure 33:23 155:6,7 177:21
discounting 112:12
discovery 33:14
discretion 128:12
discuss 30:4
discussed 32:20 49:18 55:23 81:8 100:3 103:10 106:5 130:5 154:24 156:8,11 174:21
discussing 140:3
discussion 106:11 156:11
discussions 31:22 104:3
displace 71:9,12
disregard 142:17
disregarded 143:20
distress 53:17 113:22 164:19
district 1:1,1 2:1,1 102:6
disturbances 184:6,6
divided 26:17
division 1:2 2:2 8:4,13,15 27:15,16,19 153:9 158:17,18
divorced 20:25
doctor 25:2 57:17 92:21 93:8 141:15
doctors 153:20
document 4:16 17:11 20:12 34:12 35:11 84:18,19,19 84:22 104:18 137:14 155:9 173:1
documentation 63:18 76:12 76:19 92:4,9,12,14 137:11,15,16 138:6 140:22 178:10 181:22 188:11
documented 70:5 71:19 84:9 110:11,14 111:23 119:24 124:24 138:1,1 143:15
documents 179:8
doing 17:14 26:13 30:23 42:15,17,18 65:25 87:24 89:9,10 90:18 97:10 98:2 126:25 127:5 129:22 134:13 143:8 144:14,14 144:21,21,23,24 146:7 149:2 151:11 161:10 166:20 172:15,20 179:2 179:3 180:18
donation 62:17
Doolittle 73:10
doses 82:11

dot 81:21
double 76:7
doubt 77:12 146:7
DO2 111:5,6
Dr 4:10,11,12,13,15,18 5:2 5:17 9:20 10:14 14:16,23 15:2,24 17:19,22 19:15 19:16,18 33:11,22 36:5 39:14 46:2 49:10 56:12 63:3,17,17,23 64:4,16 65:2 68:17 73:19 88:25 90:4 91:10 92:4 93:5,11 97:9,10 98:7,8 106:13 107:6 108:14 109:9,21 125:25 127:23 130:2,23 130:25 135:21 136:9 137:8 138:4 141:2 143:19,24 144:1 145:7,7 145:10 146:15 147:4,10 148:5,25 151:21 152:8 152:12 153:3,5 154:25 155:25 156:4 157:3 158:15,21 159:17 161:8 165:7 166:19 170:19 176:6
drafts 49:12
drain 131:6 133:7 134:3
drainage 133:12
dramatic 88:19
dramatically 79:1,5
draw 120:24
drawn 10:6 61:25 119:21 119:23,25
drive 86:18 93:14 125:11 187:10
drop 151:12
dropped 113:25 116:2
drug 83:13
drugs 83:14,15
Duane 5:16
due 87:17,18 146:1 170:12
duly 5:9
duration 60:21 125:1
duty 147:22 149:1,24 150:7 151:7

E

E 3:1,1 4:1,8
ear 15:15 22:4
earlier 9:18 103:10 106:5 123:15 133:15 136:3,15 155:10,10 169:7 187:2
early 136:15
easily 19:5 162:6
East 7:22
echo 18:6,7 28:7 30:17 31:2 32:4
echocardiogram 62:14
echocardiography 28:6 31:2 53:3
ECMO 22:22 53:5 158:13
economist 10:14
edema 85:21
Edition 4:17 35:12
educated 106:21
education 143:12
effect 38:21 69:20 72:15 138:4 147:11
effective 71:1
effects 71:13 82:8 83:20

effort 55:18 112:2 149:21
eight 111:19
Eighth 4:17 35:11
either 27:12 36:21 64:19 65:6 73:21 75:10,19 94:7 106:18 107:7,24 136:24 150:17 153:2 157:17 161:23 162:16 178:12
elaborate 131:12 138:14
elevated 96:1,4
email 3:10,16 37:19
emerged 61:1 110:8
emergence 61:2 78:16 106:16 127:21 128:10 129:11 184:4
emergency 158:11
emerging 94:23
Emory 23:8,9 24:13 26:2,4
employed 4:20 48:19,22
employee 191:14
employees 183:21
employer 182:12
employers 183:22
endocrinology 101:16
endotracheal 60:7 78:8,10 90:25 110:10 123:11
end-tidal 13:17 60:20 71:17 71:24 72:17 73:3 78:3,11 84:24 85:8 87:3 110:17 121:1
engage 189:13
ensure 65:24 66:2 67:6 105:6 106:18,20,24 110:8 118:9 122:1 124:15 130:19,21 139:21 147:23 149:1,3 150:20
ensured 147:10 150:23
ensures 126:24
ensuring 80:6 127:4
ENT 22:14 53:12,15,18 74:14 96:24 97:19 98:8 101:11 139:7,15,23 140:2,4,8,9,19 141:25 150:25 163:19 165:9 166:19 176:3,13,17 183:14,17
entered 11:10
entire 31:25 38:18 126:13 138:22 171:25
entirety 124:19 127:9
entitled 4:16 35:11 37:1
envelope 58:15
environment 184:7
error 153:23
errors 146:15
esophagus 32:10
especially 63:6 64:9 66:4,6 74:14 79:1 83:24,25 84:22 119:8 125:23 134:8 141:24 148:12 169:25 174:10 183:17
Esq 3:3,8,13
essence 149:10
establish 35:5 107:13
establishes 35:3
establishing 13:8
estimation 121:1
et 105:22
Europe 73:13
evaluate 61:20 135:22

141:13 181:6
evaluated 170:11
evaluating 185:24,25
evaluation 54:6 89:17 142:8 160:24 161:7
evasive 183:7
event 111:1 125:1,17 133:7 165:5
events 12:4 37:10,12
eventual 94:3
eventually 48:16 111:11 125:15,15
everybody 152:21 189:24
evidence 36:25 89:1 119:24 120:18 132:22 143:21 151:16 171:8 181:9
evidenced 174:16
exact 49:9 114:1 129:9 144:8
exactly 32:7 49:19 76:20 81:3 117:12 128:14 171:22
exam 59:25 134:14 137:19 137:19
examination 4:2,3,5 5:12 157:1 160:22 161:1 189:1
examined 5:9
example 142:16
exams 80:9
excess 52:9 62:3 112:8,8 144:11
exchange 70:20 71:1 112:2
exchanging 85:3
excuse 126:7
EXECUTED 192:10
exercise 132:9 144:17 150:16
exhibit 17:20,22 19:9,15,17 19:18 35:9,12 36:4,6,14 48:20,22,25 49:1,2,5,5 59:8 92:17,18 189:4
exhibiting 67:11
exhibits 19:11
exited 69:3
expect 16:15 73:12 85:14 116:8 141:14,18 181:6 186:1
expectation 141:24 142:1 143:13 147:8
expected 74:5 87:2 126:3 140:17 148:13 170:1 174:18
expecting 126:12
expended 39:2
experience 143:24 162:3
experienced 145:3,9,17 147:16 183:25
experiences 144:2 145:11 146:1
expert 4:20 5:20 9:6 33:24 34:1 37:22 39:24 40:10 40:15 42:25 48:14,18,21 49:6 52:25 57:7,25 71:20 72:23 144:25 189:7
expertise 53:13
experts 4:20 9:6 12:19 48:19,22
expiration 35:18
expire 29:2

ATKINSON BAKER, INC.

A80609D

**JASON D. KENNEDY, M.D. JUNE 25, 2014**

expired 69:13
Expires 191:24
explain 81:3 105:3 122:11 184:9
explaining 133:15
explains 115:10
explanation 89:4 117:4
expressed 53:10 189:6
extent 159:6 185:25
extubate 74:1,9 77:10 88:25 93:12 106:16,17 121:22 164:4,13 178:7 178:25
extubated 77:2 86:10 88:13 88:23 107:9 108:17 119:2 147:6 164:15,16 167:6,25 175:15 178:21 187:8,11
extubating 55:13 89:6 178:17
extubation 75:1 89:10,11 99:13 107:9 108:10 110:11,16 119:3 131:11 165:16 166:13 178:11 189:8
eye 11:21 35:25
E-C-M-O 53:6
e-mail 58:14

**F**

face 61:14 96:14,17,20 131:1 171:17,23 172:5 173:25,25 174:8 185:3
Facebook 62:25 66:25 148:16
faced 123:22
face-down 171:10
fact 33:13 77:1 88:22 90:7 95:19 101:1 102:11 117:2,14 125:3 134:25 148:5 166:21,25 167:5 170:10,17 174:16 179:6
factor 165:2 167:5,13,17 167:25 168:2,4,10,23 169:2,5,6
factors 63:7 111:3 167:15 168:1,3,25 169:1 184:4
facts 11:3 38:2 56:5,18 58:23 59:17 62:20,22 66:14 67:20 74:3,7 151:10
faculty 28:24
fail 85:21
failed 63:2 105:4,5 110:6,7 118:8,9 121:24,25 122:3 122:8 130:17,18 139:16 139:16,18 140:19,20
failing 67:6,10,14
failure 65:16 77:5,10 85:16 85:17,22,23 131:7 142:24
fair 47:8 128:12
faithful 43:4
fall 117:22,23
falling 61:10
false-charted 135:14
familiar 13:2 16:24 29:23 43:7 66:21,23 97:1,6 140:1,9 177:22
family 21:1,3,25 24:21

101:15 141:15
far 19:10,11 39:6,20 55:10 59:5 72:6 95:24 99:20 112:13 115:22 123:20 126:11,18 147:9 156:10 169:20 170:3 182:13,14 184:17
fashion 61:4
fast 94:16,17
fat 69:23
father 20:25
Federal 37:21 58:21
feeling 145:6
fell 117:20
fellows 23:16,19 30:13,20 30:20 31:3 32:2
fellowship 23:7 24:12,17,24 25:22 26:1 98:24
fellowships 25:8 26:5
felt 150:6
fentanyl 60:10 70:4 82:11 82:16,23 83:19 91:14 99:10
fiduciary 147:22
field 53:13
fields 53:1
fifteen 61:25 65:7 107:11 108:1 144:11
fifth 7:23
fifty 52:9
fighting 185:10
figure 37:7 42:11
figured 58:6
FILE 1:25
filed 4:18 15:18,21 17:19 33:8,10 35:21 36:5 48:8 159:23
filled 111:20,23
final 49:13
financial 26:8 42:15,18
financially 191:15
find 7:19 13:25 37:9 62:22 76:19 101:14 112:24 113:9,13
fine 44:1 47:20 92:14 145:21 168:19
finger 61:10 129:18 180:2
finish 7:6,7
finished 154:16
FiO2 85:6
FIRM 3:8
first 5:9 6:24 12:2 15:20 16:2 20:14 23:12 28:9,15 40:1,9,17,18,19,19 44:4 48:13 58:8,17 74:13 79:9 83:13 84:8 95:12 104:19 104:25 105:19 112:7 113:3 115:12 118:18 120:11 125:24 132:24,25 164:3 169:3 178:2 184:11 185:12
firsthand 56:1
first-hand 101:19
fitness 54:8
five 39:11 62:2 165:5
flags 115:25
flew 73:10
floor 7:23
flow 16:17 62:15
fluid 82:19 162:1

fluids 99:17
fly 73:7 142:18 143:22
follow 89:12 105:4 110:6 118:8 121:24 130:17 131:7 136:22 139:16 140:20
followed 142:4
following 30:4 179:5
follows 5:10
follow-up 142:8 189:20
footnote 105:20
footnoted 106:6
foregoing 191:6,11,17 192:5,8
foremost 54:19
forensic 9:24
foreseeable 95:7
forget 171:22
form 14:18 38:7 68:20 76:6 89:22 95:15 103:1,13 120:10 123:20 132:11 135:7 145:14 146:3 153:18 165:19 167:8 175:4 183:4 188:5
formed 11:15
forming 106:1,3
formulate 11:1 46:14 147:2
formulated 10:22,23 38:3
forth 191:7
forty-five 115:13 156:18
forward 180:19
found 13:14 62:20 113:1 119:24
four 8:21 13:24 15:11 30:11,22 39:11 99:1 145:13
fourteen 116:1,5
frame 107:5 175:17
free 172:21
frequently 31:6 57:14 65:1 72:14 146:11,14 162:4 163:18 179:14
friends 159:6
front 147:5
full 23:20 28:25
fully 61:5 69:2 75:2 88:23 110:8 122:10 125:2 139:18 151:17
function 18:12 32:12 79:23 169:22
fundamental 141:17
further 71:15 121:7 122:7 122:7,25 136:24 138:15 151:21 191:13

**G**

gas 61:25 70:20 71:1,7 75:5 81:11 112:2,7 118:11,18 119:15,15,20 120:1,24 136:25 180:25
gasping 59:24 90:1
gastroscope 32:9
general 12:17 25:1 30:10 39:4 60:6 90:11,22,25 91:7 99:4 119:7 129:13 158:1
generate 36:15 37:16
generated 33:3
getting 77:4 79:4 81:19 85:2 86:4 98:11 125:9

152:3
Gilmer 3:8 4:2 5:13 14:21 17:21,24 19:20 20:13 33:21 34:13 35:8,15,19 36:2,8 38:1 42:1 47:14 47:18,20,23 48:24 49:2,4 50:4,7 58:22 68:22 76:8 80:14,18,21,24 92:16,20 92:24 93:7 103:5,8,14,18 113:11,19 130:11,13,15 132:14 133:4 135:13 136:7 145:16 153:19 155:13,16,19,21 167:7 189:20,22,25
give 7:10 38:2 43:3 51:15 53:21 58:23 59:17 71:11 82:13 83:22 84:13 88:9 97:25 121:1 146:6 154:17 167:9 176:11,16
given 6:6,7,19,20 32:18 40:2 54:23,25 74:2 82:14 88:15 91:16,16 125:17 125:20 151:14 162:1 166:6 170:2
gives 125:8,8
giving 53:11,14 75:24 83:25 165:14
glad 11:23
glottis 91:3
glycopyrrolate 77:23 95:2 115:10
go 16:11 17:17 26:4,11 39:12,15 40:7 41:3 47:14 47:21 48:17 55:2 56:21 66:11,12 69:20 75:6 77:25 80:13 81:2,4,7 84:20,21 95:8 104:24 110:1 113:12 114:4 116:19,21 118:3 119:11 120:11 121:18 130:7,16 143:18 147:15 148:5 150:11 153:15 166:3 170:8 179:15
goes 32:9 41:6 69:19 73:8 125:7,18 169:21 179:21
going 23:9 26:21 29:3 49:21 67:19 68:18,23 69:6 74:14 75:19 79:22 80:22,22 84:25 85:1,12 86:4,5 88:10 90:8 92:2 94:2 108:18 109:6 112:24 113:14 115:16 120:16 125:11 129:13,22 130:7 154:20 156:21 160:18,21 162:24 165:18 167:7,9,21,22 168:5,7,11 168:17,18 171:3 172:3,8 176:10 180:21 185:13
golf 104:11
good 38:21 80:16 81:23 100:11 143:7,10 171:1 177:6
GPS 73:13
grab 80:23
gradient 85:12
gradual 86:1 112:9
grammar 162:25
grand 29:12 31:22
great 141:8 146:5
greater 118:22 120:14

144:7 145:18 146:1
grew 20:18
ground 6:22
group 31:21,22
guess 15:25 16:18 41:16,19 58:15 63:13 68:25 73:9 88:12 144:8,13 152:21 152:24 187:12 189:13
Guideline 105:21
guidelines 44:2 104:15 124:22 131:9 151:2
gurney 96:20
gut 143:18 145:6 146:16
guys 160:14

**H**

h 4:8 53:6
habitus 95:22 107:10
HALLIBURTON 3:3
hand 20:11
handed 76:4 184:15
handwriting 92:8
hand-delivered 120:2
hand-off 64:19 76:18
happen 16:18 83:23 141:11 154:1
happened 36:11 37:6 55:21 95:6 145:7 154:5 165:2 165:17 167:13 176:23 177:2,3,10,15,19 188:4
happens 74:21 86:21 87:1 88:18 183:15
happy 17:16 41:25 138:17 155:4
hard 78:2 128:15 154:23 159:12
HARDISON 3:8
Harvey 61:19
head 7:11 39:23 96:1,4 171:1,9,11,14 173:22 187:24
head-down 131:5
health 185:17
healthy 129:12,17 152:2
hear 55:3
heart 32:10,12 60:13 77:23 77:25 81:20,21 84:20 85:15,17,20 88:6 94:16 102:19 115:9,15
heart/lung 22:23
Heidi 56:12,12
height 70:23 184:22
HELEN 1:3 2:3
help 15:4 16:20 46:14 95:15
helped 49:11,25 50:5
helpful 54:21 55:19 113:10
helping 16:21
helps 35:5 150:3
hemodynamically 89:15
hemoglobin 79:14,14
hepatology 101:16
hide 93:25
hides 81:24
high 60:1 63:7 64:10 74:23 87:2 109:4 110:16 111:10 115:10 124:10 140:21 151:18 183:1
higher 71:19 72:2 79:5 85:16 86:23 87:1 118:21

A80609D
JASON D. KENNEDY, M.D.   JUNE 25, 2014

124:11 141:23,25
**history** 59:22 64:21 90:3
122:20 148:16 160:25
**Hold** 56:11
**hole** 55:15
**holes** 55:9
**home** 6:13 36:22 128:16
143:23 159:16 179:15
186:23
**honest** 43:4 66:19
**honestly** 20:7 21:11 35:24
42:4 66:19 90:7
**hospital** 9:4 21:22 23:22,23
25:25 27:11 29:15,24
38:9 44:2 45:8 50:13,24
59:22 97:11 100:19
101:4,15 102:12 157:8,9
157:21 158:4 179:16
182:4,6,13 183:16,20,22
185:17 186:22
**hospitals** 29:9 50:10 100:14
100:17 102:5,8,9 157:3
**hour** 16:10,14 40:22,24
41:15 42:7 105:10
**hours** 39:8,12,21 41:13
62:12 72:13 165:13
166:7
**Huh-uh** 41:5
**hung** 110:21
**hurting** 92:2
**hypercarbia** 71:13 77:19
78:1 79:8 81:8,24 85:18
88:7 110:15 112:3 117:8
118:25 120:5 184:12
185:15
**hypercarbic** 69:6 71:4,8
77:4 79:24 85:2 94:21
125:11 135:11 178:23
**hypoc** 93:25
**hypocarbia** 87:10
**hypothermic** 18:7
**hypoventilating** 86:8
108:19 120:15,18
**hypoventilation** 119:1
120:6
**hypovolemic** 114:11
**hypoxemia** 62:7 77:5 79:8
79:21 110:20,24 184:12
185:15
**hypoxemic** 71:13 111:4
125:9
**hypoxia** 125:8
**hypoxic** 111:1

**I**

**ICU** 8:19 25:25 26:23,24
27:3 30:20 62:9 94:7
108:8,10,15,21,23,24
109:7 139:12 157:13
169:24 174:14
**ICUs** 109:6
**ICU/PACU** 94:6
**idea** 76:10 120:3
**ideal** 84:11
**identified** 5:20 9:24 139:7
**ignore** 73:18
**ignored** 73:20,21
**ignoring** 76:2
**illiterate** 43:22
**ILMA** 91:1 99:11

**image** 32:10,11
**immediate** 109:22 127:8
**immediately** 55:1 107:7,25
114:16 115:11 127:20,24
128:7,14 129:8 141:4,9
**impact** 77:6 107:2
**important** 14:8 69:22 77:17
80:5,10 133:10,14 165:1
169:5,6 187:20
**impossible** 69:24
**inadequate** 62:7 73:4 77:2
150:6 178:24
**inappropriate** 166:21
176:19
**inaudible** 120:25
**inciting** 165:4
**include** 41:10 158:6,9,14
160:25 163:3
**included** 8:3 9:3 14:4 18:1
**includes** 80:8
**including** 12:5,15 21:24
22:13 45:17,18 62:14
137:18 138:5 158:12
184:4
**incorporated** 93:20
**incorrect** 20:3
**increase** 77:23 86:1 144:22
**increased** 85:19 87:13
**increases** 144:16,19
**increasing** 73:2,3
**incredible** 118:24 120:4
**independent** 46:3 102:23
103:11,22
**indicate** 69:12 94:12 114:7
114:9 116:5
**indicated** 5:3 44:18 67:20
127:22 128:10,11 129:11
129:12
**indicates** 112:12
**indicating** 81:10,22 84:1
92:7 95:11 112:6
**indication** 113:21 186:8
**indications** 77:14,14
**individual** 65:4 126:21
**individually** 1:4 2:4 104:25
**induce** 81:13
**induces** 85:18
**inducing** 123:3
**induction** 60:7,11,14 82:5,6
127:21 128:9 129:10
**inevitable** 77:5
**infant** 77:19,20
**Infants** 4:17 35:11
**inform** 47:11
**information** 21:9 34:23
54:21 66:16 106:11
119:12 142:15 150:22
151:9
**informed** 76:5
**inhalation** 60:7
**inhaled** 69:17 75:5
**inhales** 124:3
**initial** 26:6,7 60:13 83:13
118:11,20 119:13,14,15
169:2 180:25
**initially** 9:3,16 39:9 111:10
**initiating** 169:2
**initiation** 105:9 158:13
**ink** 92:22
**insight** 15:7

**instance** 24:22 25:2 72:12
97:17 112:21 134:14
143:9
**institution** 31:13 100:23
**institutions** 119:22
**instructor** 23:10,11,12,14
28:25
**instrumentation** 142:14
**instruments** 73:6 142:17
143:21
**insurance** 48:9 119:3
**intend** 33:20 41:17,20
**intensive** 25:17,21 26:23
101:16 108:25
**intensivist** 157:25
**intention** 29:3
**interact** 127:12
**interacting** 75:3 134:5
**interaction** 147:4
**interest** 27:22 32:13 131:23
**interested** 191:15
**interesting** 23:24 55:16
69:15
**interests** 32:15
**interjected** 63:15
**internal** 21:24 24:20,23
25:1 101:15
**international** 73:12
**internet** 19:6 34:15
**internist** 24:19
**internship** 21:20,21 22:1
**interpret** 161:8
**interpretation** 30:17
**interval** 106:24
**intervene** 139:19,25 140:20
**interventions** 114:16
**Intraoperative** 18:11
**intra-operatively** 55:21
**intrinsic** 114:10
**introduction** 5:5
**intubate** 91:6 127:3 140:8
162:14,18 163:19,20
**intubated** 61:24 118:17
119:16,17 164:9
**intubates** 162:11 163:12
**intubation** 60:15 163:16
**invites** 68:21
**involve** 6:11 57:22
**involved** 55:18 64:20 66:23
149:16
**involves** 57:23 158:11
**Ira** 152:8
**irrespective** 148:18
**Isoflurane** 69:16 72:12
**isolated** 72:22,24,25 84:17
114:13,17 115:21 116:22
**issue** 18:16 32:19 33:13
48:4,4 60:20 70:16 78:15
82:18 96:11 111:13,15
115:7 116:24 125:18
**issues** 15:4 18:15,22 43:7
51:7 59:20,20 61:9 63:3
83:7 88:20 90:17 99:5
103:3 106:22 107:1,2
115:1 164:21 166:22,23
166:24 167:2 177:23
**item** 33:9
**items** 33:9,18 35:22
**IV** 82:3

**Iva** 1:24 2:16 191:4,23
**I.V** 60:8 81:17,18 82:4

**J**

**J** 3:13
**Jackson** 20:24
**Jacksonville** 20:21
**Japan** 73:10
**Jason** 1:12 2:13 4:18 5:2,8
5:16 36:5 93:5 192:18
**Jay** 10:14
**JD** 15:25
**Jimmy** 73:10
**job** 26:11 65:25 147:21
149:2,6
**Johnson** 3:13 4:4 35:25
47:5 156:2,4,17,20 157:2
160:1,10 164:14 165:20
165:22,25 166:2 167:11
168:15,16 172:6,10,14
172:17,24 173:5,8,13,16
173:20 175:5 182:21
183:11,19 188:8,17
**jotted** 36:17
**judgment** 14:7,10,13 73:8
73:17 76:1 89:3 129:19
132:9 142:10,12,13,23
143:2,5,7,10,11,17
144:18 145:2 146:15,16
147:6 150:16 153:23
**judgments** 14:8 153:21
**July** 191:19
**jump** 88:21
**June** 1:14 2:15 5:3 29:5
**jury** 24:15,16

**K**

**keep** 39:1 75:4 80:21,22
112:3 130:7 177:12
**keeping** 93:17
**Kelly** 9:13 45:17,18
**Kennedy** 1:12 2:13 4:10,12
4:15,18 5:2,8,16,17
17:19 19:15,18 33:22
36:5 93:5 157:3 192:18
**Kennedy's** 4:11,13 17:22
19:16
**kept** 89:2 188:9
**key** 63:13,13
**kicks** 81:17
**kidney** 85:22
**kids** 78:17 87:19
**kilo** 70:6,21 82:12 84:14
**kilograms** 79:3
**kilos** 52:20 84:10,13 128:2
**Kimbrough** 3:13
**kind** 16:17,19 22:14 31:21
32:9 37:6 65:10 86:23
93:25 96:4 98:2 115:25
146:8,18 150:10 158:9
173:7 185:4 187:12
**Kish** 9:13 45:17,18 61:20
62:24 63:16 64:13,17
68:4,11 76:5,11,16,16
96:2,19 97:20 98:7
109:13,24 114:6 115:18
116:16 134:15 137:3
138:7 143:10 147:10
148:4,16 150:6 151:17

**Iva** 1:24 2:16 191:4,23
**I.V** 60:8 81:17,18 82:4

174:18 182:6,9 183:3
188:3
**Kish's** 10:16 68:2 97:10
171:12 181:21
**kjohnson@lewisthomaso...**
3:16
**knee** 129:23
**knee-to-chest** 57:2 61:13
**knee/chest** 96:7 130:21
131:14 134:6 138:22
140:23 187:1,2
**knocked** 185:4
**knocking** 61:4
**know** 6:23 10:7 20:5 21:8
21:10,11 32:21 35:24
38:17,22 43:5 46:21,22
47:1,3 55:11 57:18 58:3
60:8 66:6 69:1,5 71:5
72:21,24 73:7,10,23
74:13,15 75:3,7,12 76:4
77:18 78:12,13,23 79:6
79:11,18 81:25 83:6
84:10,20,24 85:11 86:8
87:17,24 88:8,12,13,15
88:17,21,24 90:17 92:7
94:9,18 96:20 97:25 98:1
98:6,7 99:15 100:9,15,16
100:19,21,25 101:8,10
102:5,11,12,15,17,19,21
108:7 111:15 115:21,22
116:21,25 117:5,7,9,10
119:23,25 122:16 123:14
124:6,8,9 125:10,21
127:18 128:3,15 129:10
129:14,19,21,21,23
135:9 136:6 137:9 138:6
139:1 143:12 144:1,3,4,8
144:9,12 147:13,19,21
148:15,19 151:6,12
152:8,25 153:2,5 155:11
156:3,17 158:15 159:5,7
159:17 162:3,24 164:23
164:23,24 165:3,5,8
166:12 167:19 170:13
177:16 179:1,2,16
180:16,18,19,20 181:7
182:13,14 184:17 185:7
187:13 188:3
**knowledge** 11:14 14:11
15:2 65:17 101:3,19,24
102:22,24 103:11,21,23
144:17 145:10,18,25
149:11
**known** 59:22 131:7 135:16
139:24
**knows** 159:11

**L**

**L** 1:24 2:16 191:4,23
**lab** 62:5 69:12 120:2
**labs** 79:16 161:1
**lack** 65:17 139:19
**lactate** 181:1
**Lactated** 99:11
**laid** 159:14
**land** 142:21 143:22
**Landsman** 152:8 153:3,5
**lapse** 20:2 51:2
**lapsed** 33:14 51:2
**lapses** 122:11

A80609D

**JASON D. KENNEDY, M.D.   JUNE 25, 2014**

large 31:20 63:9 71:6
  191:23
largest 74:16
laryngeal 91:1
laryngeus 133:16,18
laryngospasm 123:3
larynx 133:13
late 176:5
lateral 131:4 132:5 133:21
  133:25 177:12,17,18
laughing 81:11
Laughs 11:25
law 3:8 160:9
laws 191:17
lawsuit 48:5,8
lay 146:6 160:18 187:12
laying 61:13 70:14 96:11
LCR 1:24 191:4
Le 9:4 29:24 38:9 45:25
  59:21 66:9 101:4,6
  144:10 182:6,12
lead 70:8
learn 5:22 153:15
learning 59:20
leave 20:24 31:3 109:7
leaving 149:7
lectures 31:19,20,21,24
led 49:10 55:22 62:7 77:10
  136:23
Ledbetter 3:3,3 4:5 6:23
  13:1 14:18 15:25 21:5,9
  33:7 35:10,16 37:19,20
  38:2 41:8,22 46:25 47:10
  47:15,19 49:1,3,10,18,25
  50:2 55:24 58:3,20 68:20
  76:6 103:1,13,15 116:19
  130:10,12 132:11,21
  135:7,18 145:14 146:3
  153:18 155:9,14,17
  156:15,19 159:22 160:8
  164:13 165:18,21,23
  168:11 172:3,9,12,15,21
  173:3,6,11,15,18 175:4
  182:17 183:4 188:5,13
  188:19,23 189:2,18
Ledbetter's 159:18
left 72:6 77:7 120:19,22
  131:3 135:12 136:13
  159:16
legal 182:17 188:13
legs 85:22
length 126:18 141:8
lethal 184:13
let's 17:17 19:10 20:8 35:8
  36:3 40:1 59:15 92:16
  95:8,13 98:15 104:18
  110:1 112:17,22 119:11
  121:23 130:16 172:8,10
  175:17
level 64:13,19,24 109:4
  110:17 121:15 142:1
  143:11
levels 70:1 111:10
LEWIS 3:13
license 11:10 28:20,22,23
  28:25 29:1,2 50:25 51:1
  51:3 181:25 188:7,11
licensed 28:18 29:4 106:20
lidocaine 60:10 82:4
lied 68:10

life 26:8
lifted 187:24
light 15:7
likelihood 144:22
limitations 80:5,7 158:2
limited 24:7 143:11 157:20
  161:8 185:25
line 37:6 97:11 169:4
linear 79:19 86:19
lines 49:24 62:10
lipid 69:24,24
list 4:12 13:1 19:10,15
  33:17,17 35:22
listed 18:15 20:4 33:9,9
literature 14:11
liters 81:12,12
little 15:7 19:10 54:18
  78:22 84:2 88:11 91:13
  94:15,17 115:23,24
  123:4 147:24
live 126:14
liver 24:1 85:22
local 82:4 90:13,15,23
locations 8:8 27:11 138:3
long 8:20 16:8 22:1 110:24
  120:6 125:7 144:9,12,14
  144:22 146:8 150:22
  156:16
longer 21:23 75:5 153:3
look 17:9 18:3 32:12 41:14
  55:16 57:20 62:15 71:16
  75:1 86:9 88:5 104:18
  112:7,17,22 121:23
  152:20,23 159:3,4 167:1
  179:1
looked 43:1,13
looking 34:5 57:20 79:15
  92:8 111:3 113:3 117:3
  178:25 180:16,18,19
  186:5
looks 85:10 130:6
loop 65:9
Los 99:23
losing 188:7,11
loss 74:19,20 142:7
lost 11:10 174:3 181:25
lot 21:1 34:18 35:7 63:14
  69:22 74:12 81:20 84:5
  91:16 95:25 111:2 114:8
  114:14 117:1 119:12
  123:3 146:6,6,8 181:2
  184:8
loud 90:1
Louis 99:23
Lovelace 1:3,3,4 2:3,3,4
  5:18 105:17 122:6 131:3
  151:24
Lovelace's 130:25
low 70:16 93:25 180:20
lower 73:4 86:4 124:8
low-grade 115:14
LR 82:19
lung 79:23
lungs 32:11 70:18 71:6
  111:20,23
lying 174:7 176:22,24,25
  177:5,10,18

**M**

MAC 72:4

machine 22:23 93:18,21
Main 3:9,14
maintain 44:19 75:6 122:8
  123:6
maintaining 105:18 119:4
  121:5
maintenance 30:4
majority 101:14
making 54:22 73:25 80:7
  112:1 127:6,13 147:13
  156:8 159:24 192:7
malignant 24:4
malpractice 6:12 48:1
management 18:24 30:16
  32:22 131:10 140:10,13
mandate 42:21
maneuvers 122:9
manually 93:19
map 73:11
March 10:14,14 97:3
marching 72:21
mark 1:9 2:9 3:3,12 17:18
  35:8 36:3 48:18 92:16
marked 17:19,22 19:15,17
  19:18 35:12 36:6,14
  39:25 48:22 92:18
Martin's 152:12
mask 78:7 88:10 91:1 122:6
  123:18,24
mask-ventilating 137:1
material 6:8
math 39:22
matter 5:18 13:22 32:19
  39:6 75:23 141:16
mattress 171:18
maximum 42:7 81:14
mcg 70:6 82:11 84:1
MD 21:15
mean 7:20 15:14,24 25:15
  25:17 30:22 42:8 45:13
  49:10 52:13 54:16 73:1
  76:16 79:9 80:21 88:6,15
  88:16 89:20 96:17 99:12
  101:13 103:4 108:24
  109:4 112:8 113:3 114:8
  114:11,14 120:17 121:15
  126:21 127:16 128:8,16
  130:5 131:25 134:10
  135:20 144:14 145:19
  151:3,8 162:23 174:14
  180:21 187:13
meaning 111:19
means 23:14 24:3 94:15
  120:9 121:14 138:1
  147:24 149:5
measured 72:16 78:7
measurement 72:25 78:9
measurements 84:17
medical 6:12 7:22 9:2,3,6
  11:3 15:5 21:22 28:21,21
  31:5,7 39:9,16 43:14
  46:11 57:3 58:16 59:4,6
  64:21 69:9 71:3 80:23
  92:15 100:10 101:22,24
  101:25 102:6 105:1
  136:9 140:13 151:25
  157:5,17 177:24 189:10
  189:11
medically 75:21,21 150:23
medical/legal 57:12

medications 162:1
medicine 14:4 21:15,24
  24:21,23 25:2,24 28:5,18
  53:1 62:11 77:22 81:19
  83:22 88:8 98:18,20 99:5
  101:15,17 104:10 144:4
  153:16
medicines 91:10 99:9
meet 16:8
meeting 7:18 104:13
meetings 29:20 30:1,3
  100:12 104:7
member 19:25 28:24
  147:22
members 31:10 147:20
  148:20
membership 20:2
membranes 69:24
Memphis 3:4,9,15 29:13,16
  29:19 75:22 97:2,7 98:18
  100:10,12,14,17,20,24
  101:25 102:2,16,18,24
  103:12,23,25 104:4,5,6
  mention 60:2 67:25 76:13
mentioned 66:13 147:9
  162:9 169:7 180:8
mere 110:12 137:15
met 15:24 16:2 29:18,25
  100:11 179:8
metabolic 181:3 184:5
method 136:20
Methodist 21:22 100:21
  101:3,6
micrograms 60:10 70:6
middle 86:12
mildly 87:2
Miller's 12:16,24 13:6,13
  18:21
milligrams 60:9,10 82:8,9
  82:18
million 102:4
mind 18:3 73:24 116:21
  117:6 156:19 163:2
mine 149:15
minimal 60:23 108:17
  112:2
minimum 42:7 89:13
  125:19
minor 22:19
minute 39:4 89:13 108:18
  114:5 120:12,12 125:19
minutes 16:8 49:22 61:25
  62:2 64:9 65:8 77:11
  80:20,22 88:14,14
  107:11 108:1 109:25
  111:19 115:5,12,13
  116:1,5 118:16 119:16
  128:1,18 136:3 148:6,11
  151:22 152:2 154:17
  156:18 165:6 174:14
  179:24
misguided 145:5
misled 47:15
mission 73:11
mistakes 146:18
Mm-hmm 83:5
modified 10:20
modifier 43:21
modify 10:17 11:5
moment 135:25

momentary 156:16
money 41:3
monitor 68:9 69:25 70:1
  72:9 75:10 78:3 79:21
  80:11 120:1 130:21
  161:21,24 179:19,20
monitored 62:24 75:12,13
  105:7 130:19
monitoring 13:17 18:12
  62:11 67:1,20 72:22
  73:16 76:2 77:14 80:4
  99:20 100:2 105:12,14
  107:3 108:23 134:8,10
  162:8 169:18 174:23
  175:1,9
monitors 61:5 67:6 74:10
  79:12,20 126:19 161:17
  162:5 163:16
month 9:17 22:3
months 20:6 26:21 30:11
  31:1
morning 34:5 36:11 41:13
  58:6
Morphine 99:10
mother 186:19
motivations 152:22
mounted 32:8
mouth 32:9 134:3
move 131:24 132:3 181:14
  181:17,19
moved 131:18 132:4,15
  185:3 187:20,24
moving 61:4 94:24 123:9
  141:7 186:1
multifactorial 83:4
multiple 8:9 12:15 13:12
  21:24 62:13 63:1 68:13
  83:7 111:3 138:3 149:16
  164:21 184:20 185:2
muscle 122:12 179:2
M.D 1:12 2:13,15 3:7,12
  5:8 192:18

**N**

N 3:1 4:1
name 5:14,16 12:23 22:14
  46:5 76:17 159:1,8,12
named 6:15 55:9
names 19:12 29:21 30:2
narcotic 82:12
narcotics 86:24
nasal 78:8
Nashville 1:13 75:22 98:21
  102:3,8,9,11,13,17,23
nasopharyngeal 123:2,16
national 97:15 103:9,22
  124:22
nature 53:19 59:12
nebulizer 60:4
necessarily 72:19 87:20
  131:23,25 144:22 148:24
  180:6 186:16
necessary 105:12 122:14
  131:6 150:23
need 156:15 165:22,25
needed 45:7,11 105:16
  123:9 155:20
needle 120:24
needs 161:2
negate 24:25

**ATKINSON BAKER, INC.**                                    **1-800-288-3376**

A80609D
**JASON D. KENNEDY, M.D.   JUNE 25, 2014**

negligence 153:24
neither 105:12 122:10
142:3,7 150:14
net 121:18
network 101:1
neural 134:13
neurologic 136:21 137:19
184:6
neurological 134:17,23
135:5,15 137:5
neurologically 134:13
141:5
Neurology 101:18
neuromuscular 60:19
99:16
neurons 69:23
never 16:16 40:2,3 45:8
48:1,11 50:23 51:21
56:20 61:1 63:4,16,22,22
90:15 96:13 98:17
103:25 104:5 154:8,22
176:22 177:2
news 81:23
ninety 64:9 77:11 109:25
127:25 148:6,11 151:22
174:13 179:24
nitrogen 71:7,12
nitrous 81:11
nods 7:11 56:24
nonmembers 19:6
non-clinical 27:6
non-fully 119:2
non-training 28:25
Nope 42:23 94:13
norm 70:21
normal 60:16 61:9 62:3,4
67:20,22 81:13 84:11
85:25 93:14 97:21 98:1
99:18 174:10
normally 84:22 97:11,12
98:2,10
North 7:23
nose 15:16 22:4
Notary 191:23 192:24
notations 43:15
note 85:11 118:17 137:17
noted 62:25 89:25 90:1
103:14 116:3 166:21
notes 33:2 34:2 36:15 37:3
37:15 43:11,15,21 53:8
114:3 159:15 160:3
161:8 191:12
note-taking 53:8
notice 4:9,18 11:18,20
15:18,20 17:6,18,19 33:1
35:17,20,23 36:3,5 50:9
83:9 160:2,5,8
noticed 61:21 170:22
notified 63:17,19,23 68:17
116:17 137:3
notify 63:20 64:1,5,7 96:22
115:19 135:16 150:8
noting 63:10
noun 162:21 163:5,7,11,15
nowadays 32:1
number 6:22 15:19 24:7
27:9,10 47:24 51:9,11,18
84:19 86:21,22 98:17
99:18 105:2 130:8,10,16
139:14 140:18 142:2,3

150:10 167:10,12 180:9
numbered 92:17
numbers 143:15
numerous 184:4
nurse 9:13 10:16 45:1,6,13
45:18 62:24 63:16,25
64:4,13,16 66:22,24 68:4
68:11 76:5,11,15 80:11
97:20 98:7 106:20 107:1
109:13,24 114:6 115:18
116:7,16 126:1 127:12
134:15 137:3 138:7
141:18 143:9,9 147:10
148:3,4,10,16 149:8
150:6 151:9,17 169:8,17
171:12 174:18 181:21
182:6,9,10 183:3,9
185:20,23 186:3,4 188:3
nurses 55:7 65:13 126:5
147:12,13,14,16 151:13
182:24 183:21
nurse's 128:5
nurse-anesthetist 127:4
nursing 6:13 142:9 150:18

O

oath 6:25 173:19
obese 87:20 118:10 119:8
124:24
object 14:18 50:2 68:20
76:6 103:1,13 116:19
132:11,21 135:7,18
145:14 146:3 165:18
166:1 167:7 168:11,14
172:3,19 175:4 182:17
183:4 188:5,13
objected 159:22
objection 33:8,10 35:10
36:24 37:20 58:21
103:14 153:18 159:23
160:9 172:9,19,22,25
objections 68:24 103:6
172:7
objective 142:15,20 143:20
obligation 149:3
observed 150:15
obstruct 78:21
obstructed 187:6
obstructing 122:15,16
123:9
obstruction 122:19 186:8
obstructive 70:8 79:3 128:2
129:15
obvious 64:11,12 147:5
obviously 6:24 61:15
101:10 128:3,24 139:5
145:6
occasional 54:7
occasionally 22:19 27:1
54:4
occasions 63:2 163:19
occurred 55:19 105:14
109:20 112:13 180:12
182:5 183:25
offhand 12:23 14:2 21:13
46:9 49:16,20 51:14 58:5
office 7:13,15,16,20,21,22
33:5 36:22,22
offices 8:8,9
often-referenced 35:1

Oh 53:7 80:21 130:13
153:6
okay 5:24,25 6:10,15,18,22
7:5,11,17,24 8:25 10:11
11:17,23 13:6 16:4,7
17:15 19:8 20:8 21:14
22:25 23:3 24:6,12 27:22
28:3,8,14,20 29:4 31:16
32:17 33:6 34:8 36:23
37:2,18 39:1,5,19 40:9
41:2,6 42:6,14,17 43:18
43:24 47:7,19 49:3,12
50:25 51:18,21,25 52:23
54:3 59:15 68:25 72:5
79:14 80:18 81:4 83:3,17
84:7 86:21 88:1 89:16,19
91:10,25 92:16,24 94:11
98:23,25 104:24 109:3
110:6 111:10 112:17,25
113:6 114:23 118:3
119:19 130:12 133:18
139:1 147:1 156:6,19
157:12,24 158:2 159:10
159:13,20 160:15,17,25
161:9,13 162:15,20
163:9,11,21 164:2,18
165:1,20 166:23 167:3
168:2 169:14 170:3,7
171:7 174:2,12,18,25
175:24 176:1,9,14,21
177:4,9 179:17 181:4,14
182:12,15 183:2,23
184:14,20 185:14,16,21
185:23 186:3,12,18,25
187:7,12 188:3,9,17
189:12,18
old 6:9 20:15
older 146:14
one 24:3
once 78:12 81:18 123:20
124:15 134:4
ones 102:11
one's 61:7 145:25
one-on-one 109:1,2,25
169:8,11,14
one-on-two 109:2 169:12
ongoing 46:18
online 4:15 19:3,14,18
open 21:23
opened 124:15
opening 141:6
openly 146:23
operate 22:17 72:5
operated 135:24 169:25
operates 140:5
operating 22:11,18 27:7,8
30:17,18 32:3 55:7 69:3
72:6 77:7,8 81:10 95:7
108:5,9 109:8 115:11
120:16,19,22 142:13
149:17 151:19 180:3
185:1
operating-room-type 31:18
operational 183:8
opinion 10:23 14:1 35:1
43:3 45:6 53:14,15 56:7
69:10 77:1 92:3 93:10
117:25 124:18,23 138:19
138:20 152:21 165:15
166:13 168:10 175:8

182:18 187:7,9 188:14
189:3,9,11
opinions 5:22 9:6 10:17,20
10:22 11:1,6,15 13:14,25
16:23 38:3,4,7 44:10
46:14 53:10,11 54:22
71:21 76:23 93:10 95:15
97:5 98:14 99:25 106:1,3
123:19 130:1,4 138:11
147:2,3 152:18 154:24
155:5,8,22 156:9 165:14
166:7 176:11 189:6
opportunity 5:21 137:6
options 133:25
oral 28:15 122:13,24 123:1
order 11:9,12 44:8,18
70:18 113:10,10 127:18
142:21 144:17 149:5
174:3
orders 45:5 46:12
organ 62:17
organization 19:25 104:14
organizational 104:15
organs 62:19
original 35:20,23 36:3
104:20 163:4
originally 20:17 38:6
oro-nasopharyngeal 122:9
ortho 24:3
orthopedics 22:14
otolaryngology 105:23
176:12
outcome 68:12,14 74:5,6
94:3 135:5 136:3,11,17
154:7 166:15,17
output 111:8,14
outside 15:1 25:25 27:3
30:18 100:4 115:22
143:18
overcome 71:12
overestimate 71:22
overlap 26:19
oversaw 31:1
ox 84:21
oximeter 180:2
oximetry 121:5
oxygen 44:14,16,17,21,23
45:1,7,9,16 61:8 67:14
71:9,11 76:22,25 79:11
79:14,17,20 93:22,24
97:18,25 105:14 111:5,7
111:14,21,22,24 118:13
122:1,6 123:18,23 124:1
124:3,5,7,13,18 125:1,5
125:14,17 126:2 131:2
161:25 185:18 189:8
oxygenated 139:22
oxygenating 139:22 179:4
oxygenation 125:19 130:22
180:4,6
o'clock 61:18
O2 67:20 68:4 112:8,21
114:24 116:3 125:4

P

P 1:9 2:9 3:1,1,12
PACU 9:13 38:18 44:5,8,21
44:23 45:1,5,6 46:12
55:11 61:20 62:24 63:25
64:4 66:22,24 67:15,21

68:5 76:11,15,21 77:15
78:3 80:11 88:2,13 105:7
107:8,22 108:5,15,19,23
108:24 109:24 112:13,18
113:2,4,20 121:10
123:20 124:20 126:1,13
126:20 130:24 132:16
134:17 135:12 136:19
138:23 139:25 140:23
141:19 147:12 148:10
149:19 150:15,18,24
151:20 154:9,19 165:6,7
169:7,17,21 170:6,8
174:14 176:6 179:10,12
179:24 181:15 182:10
183:21 186:3,4
page 4:1 6:4 104:19,24
178:2
pages 155:10
paid 183:9
Paidipalli 1:8 2:8,15 3:7
5:19 14:16,23 33:11 63:3
63:17,22 64:4,16 65:2
68:17 73:19 88:25 91:10
92:4 93:11 98:7 106:13
107:6 109:9,21 125:25
127:23 130:23 136:2,9
139:6 143:24 145:7,7,10
146:15 147:10 148:5,25
151:21 154:25 155:25
159:17 165:7
Paidipalli's 15:2 39:14 90:4
97:9 108:14 130:2
143:19 144:1 147:4
161:8
pain 83:22 184:5
Pandha 158:21
Pandharipande 158:21
PaO2 79:16,22 80:2
paper 36:18 88:16 160:13
paragraph 172:4 173:11,13
paragraphs 95:12
paramedic 6:9,13 40:4
parents 1:4 2:4 9:10 20:25
38:14,17,22 55:17 56:2
61:2,11,14 63:1 66:15
154:19 186:18
part 20:18 25:23 27:3
38:23 42:19 54:18 64:7
69:7 73:6 80:5 101:1
104:14 109:19 118:2
120:3 127:15,16 147:21
165:4,12 170:14 179:5
180:15 182:20
partial 79:17 118:12,13
participate 31:8 71:1
particular 12:14 14:9 106:9
150:19
particularly 13:13
parties 191:14
partners 57:11
party 6:15
pass 28:8,14
passed 20:12 28:10
passes 34:12
passing 104:9 186:13
patency 122:3,8
pathologist 9:25 141:16
patient 14:9,14 15:9 45:15
51:22,22 52:8 53:16 54:7

A80609D

**JASON D. KENNEDY, M.D.   JUNE 25, 2014**

55:8,11 56:17 57:13,16
60:17 61:13,18,20,22
62:6,24 63:4,6,11 64:1,5
64:8,10,23,25 65:2,6,12
65:21,22 66:2,6,24 67:1
67:7,10 68:19 69:12 74:8
74:9 75:9,11 76:5,10,15
76:21,24,25 77:1,15 80:8
80:11 83:20 88:25 89:6
89:17 90:11,21 93:12
95:21,24 98:5,6 99:20
105:8,17 106:14,17,23
106:23 107:6,8,9,18,22
107:23,24 108:15 110:25
113:22 114:11 116:7,8,9
118:10 119:1,7 121:3,9
121:18 122:10,25 123:22
124:3,6,7,23 126:13,19
126:21,23,25 127:2,6,11
127:12,25 128:4,11,25
129:3,16 130:20,24
131:16,17,18,20 132:6
132:15,24 133:8,21
134:16 135:10,22,24
136:10 137:9,14,18,22
140:21 141:10,12,13,19
142:21,25 143:22 147:23
148:6,7,11,18 149:4,7,9
149:12,17,17,19,20,25
150:7,15,16,19,22,23
151:3,5,8,10,12,19,22
152:2 160:17,20 161:14
162:12,14,18 163:12,22
164:4,10,22 165:8,10
166:20,21 167:5 169:25
170:2,6,11,18,23,25
171:2,9 174:7,13 176:3,6
176:19 178:8,18,21
179:1,10,11,23 180:9
181:10 183:17 184:9,21
184:24 185:22 186:1,15
188:16
**patients** 8:17,18 12:8,11
13:17,19 15:13 18:7,12
18:24 22:13 23:10,17,18
24:10 25:17,18,25 27:4,9
27:13 30:16 31:17 32:24
44:18 50:15,16 52:17
53:24,25 54:2,4,6 72:14
79:6 82:14 87:13 97:25
108:5,9 121:20 123:4
124:4 133:11 139:24
140:15 142:6 143:25
144:10 145:11 146:2
147:15,17 169:9 170:24
181:14,19
**patient's** 55:12 61:15 64:20
65:4 93:13 117:9 133:19
137:10 147:19 162:2
169:18 171:14 186:18
**pattern** 73:1
**pay** 53:7 78:25 142:24
143:3
**paycheck** 183:10
**paying** 68:8 143:7,15
148:17
**Pc** 112:8
**PDF** 43:19
**pediatric** 1:7 2:7,14 3:6 8:2
8:4,12,14 12:10,14,18,19

13:4,9 14:16 15:12 24:3
24:10 25:3,5,9 27:13,16
27:23 32:24 35:1,4 51:22
52:8,15,21 56:7 79:7
89:6 101:11,16,18
107:19 124:4 153:9
**pediatrics** 26:8 34:21,22
**pediatric-specific** 12:20
**pen** 81:9
**penalty** 191:16 192:5
**people** 24:7 27:1,2 68:13
78:20 83:21 91:4 150:4
159:24 162:6
**percent** 60:12,12 79:23
80:3 81:14 101:2 111:22
114:25 116:4 124:9,10
125:4
**percentage** 124:7,9
**percutaneously** 22:24
**Peretti** 9:20,24
**Peretti's** 46:2
**perform** 90:21 91:7 160:23
**performed** 64:19 118:15
**performs** 160:21
**period** 62:12 64:25 70:9
105:9 118:25 120:6,7
152:7
**periods** 72:20 87:14,23
**peripheral** 60:8
**perjury** 191:16 192:5
**persistent** 115:14
**person** 106:19 163:12
**personal** 139:19
**personally** 129:1,1,5 153:2
**personnel** 163:3
**pertain** 37:22
**pertaining** 151:10
**pertinent** 106:11,23 131:8
**pH** 118:12,22
**phonetic** 72:15
**photographs** 95:15
**physical** 59:25 74:3 80:9
142:17
**physically** 127:14
**physician** 8:19 14:8,23 17:4
24:20 45:13 46:5 53:12
53:15,16 57:11 65:14,20
66:10 75:11 105:11
109:6 121:6,16 123:21
124:23 125:22 126:12
128:7,12,13,19 135:23
136:24 137:21 140:4,14
140:14 141:3,14,24
142:3,14 145:3,9,17,19
148:13 150:14,17 153:15
169:24 170:15,15 176:19
183:9,13,16 185:20
189:7
**physicians** 4:20 9:22 21:2
42:20,22 48:19,21 56:5
100:11 109:12 132:8,23
135:16 137:4 139:6
146:10,14 148:1,3
149:16,22 150:8 153:2
183:13
**physician's** 44:18
**physiologic** 71:25 75:24
**physiology** 142:20
**picky** 162:22
**picture** 86:7 95:3 96:16,18

138:24
**pictures** 38:24 139:2,9,11
**piece** 37:13 153:1 160:13
**pieces** 63:14 143:21
**pillow** 131:5
**pilot** 73:13 142:12,15,16,19
**pink** 11:21
**place** 131:15 191:7
**placed** 60:8 62:10
**places** 90:17 100:7
**Placing** 131:3
**plaintiff** 5:1
**plaintiffs** 1:5 2:5 3:2 10:13
11:18
**plaintiff's** 4:19 36:24 48:18
48:21
**plan** 26:6,7 90:4
**plane** 73:7 142:21
**plasmalyte** 99:18
**play** 143:4
**played** 83:2
**playing** 66:25
**plea** 172:4 173:12,14,24
188:6
**please** 5:15 18:3 35:9 36:4
45:3 110:5 132:13 166:5
172:7
**plumber** 143:6
**point** 46:6,19 54:25 55:20
61:12,23 65:6,9 72:1
74:13,24 77:2,3,6 91:20
93:15 94:25 113:20
116:11 117:15,17,20,22
118:1 127:10 137:24
139:1 141:2 170:22
171:14,17 187:16,18
**points** 63:14 73:25 74:13
76:3 78:13 143:18
189:17
**police** 42:20
**policies** 44:3 104:16 150:25
**poor** 61:15 63:11 140:21
143:10
**population** 102:2,15
**portend** 116:23
**portion** 38:21 71:6 92:6
**position** 53:17 56:8,23 57:1
57:1 61:16 63:11 66:7
68:12,14 95:19,21 96:3,7
96:22,23 97:18 130:21
131:1,4,14,15,19,19,24
132:1,5,7,16,19 133:5,6
133:22,22 134:1,1,6
138:22 140:21,23 154:22
159:18 165:16 166:22
170:17,23 171:1 176:20
176:25 177:6,13 187:5
**positioning** 56:17 95:24
105:13 131:13 138:11,21
**positions** 189:9
**positive** 118:16
**possibilities** 176:8
**possibility** 136:6 142:4
144:20
**Possibly** 136:3
**postoperative** 56:17 70:9
131:21 180:9 181:10
**postoperatively** 25:18
74:17
**post-adenoidectomy** 30:5

**post-adenoidectomy/tons...**
133:8
**post-anesthesia** 94:8 122:2
130:20
**post-anesthetic** 142:11
**post-op** 64:25 90:17 139:10
**post-recovery** 56:8
**post-resection** 87:23
**post-surgical/PACU**
177:25
**post-tonsillectomy** 95:21
171:2
**potency** 72:5
**potent** 82:11
**PO2** 112:7
**practice** 12:8 14:4 15:8
21:25 24:21 26:14,15,16
26:17 28:18 29:23 53:15
53:16,18,20 54:9,10,14
63:5 72:10 97:12,21 98:1
98:3 99:4 101:15 104:10
104:12 105:21 108:8
141:15 153:16 176:12
**practiced** 28:17 97:8,12
98:17,20 103:25 104:5
**practices** 14:25 15:2
**practicing** 17:5 35:1 65:5
97:2,23 144:3,4 145:13
**Pratik** 158:21 159:9
**preceding** 52:10
**precipitating** 165:17
**premarked** 112:23
**preoperative** 54:6
**preparation** 41:11
**prepare** 8:25 12:2 49:8
**prepared** 41:12 49:9
**prescribing** 51:16
**presence** 127:9
**present** 11:3 14:12 69:9
72:16 95:6 106:15 121:8
121:21,22 126:9,11
127:14,20 128:9,21
129:2,10,10 152:4,5
178:10
**presentation** 186:22
**presentations** 32:17
**presented** 59:21
**preserve** 36:24
**preserved** 172:23 174:16
**pressed** 180:13
**pressure** 79:17 113:24
114:6,13,15,17,21,22,25
115:21 116:2,9,18,23
118:13,13,16 180:20
**pressures** 161:19
**presumably** 174:25
**presume** 178:9 182:19
**pretty** 43:22 62:12 70:2
78:17 85:10 99:5,21
140:9 187:6
**prevent** 94:2 125:9
**prevented** 94:1 110:20,23
164:21
**prevents** 81:19,23
**previous** 24:25 49:12 55:10
57:12 115:8,8 170:24
**previously** 11:20
**pre-anesthesia** 89:17
**Pre-Anesthetic** 74:4
**pre-op** 92:9 139:4,8 160:22

160:24
**pre-oxygenated** 111:17
**pre-pink** 35:25
**primarily** 32:11 53:20
54:19 92:5
**primary** 24:18,19 26:24
32:13 79:7 82:6 91:4
111:13 123:12 136:20
166:14 167:4,5,13,16,24
168:2,4,10,23
**prior** 10:21 12:24 13:2
15:25 16:5,23 23:9 35:17
40:12,16 51:2 60:13 87:6
106:1,2 110:9,11 140:24
**private** 21:22
**privilege** 180:17
**privileges** 50:9,21,22,24
157:4,15,16,20,25
**probably** 9:16 16:10 29:25
34:20 36:21 37:17 39:3,7
39:7,11 41:15 52:1,4,9
55:6,20 58:14,14 68:7
74:15 77:17 82:17 83:1
85:25 88:16,22 91:21
98:3 100:5 101:13 109:5
111:23 115:7,12 136:16
144:7 151:19 162:21
164:24 170:11 171:5,6
180:8 185:9,11 187:6
**probation** 51:4
**probe** 61:10 185:4
**problem** 108:18 135:17
140:7 175:1,9 182:5
**problems** 21:1 63:17 64:1,5
68:1 157:17 164:20,25
**procedure** 25:20 129:1
158:12,13 161:17 163:17
**procedures** 22:19 23:25
24:1,8 27:10 44:3 52:6
52:11 104:16 127:22
128:10,21,23 129:11
**proceedings** 191:6
**process** 17:14 42:19
**processes** 90:8
**proctologist** 183:15
**produce** 33:20 159:19
**producing** 33:19
**professor** 23:20
**program** 23:1 31:2 53:5
**progressed** 111:15
**progressively** 60:21
**prolonged** 118:25 120:6,7
**prone** 56:8,21 57:1 61:13
78:24 96:8,14 97:18 98:5
130:20 131:1 140:23
170:18,25 177:5
**pronounce** 159:7,12
**proper** 105:4,13,13,14
110:7 121:25 130:17
142:24 150:24
**properly** 180:3
**propofol** 60:9 82:6
**propounded** 11:17
**protect** 89:12
**protected** 147:23
**provide** 13:1 19:6 38:6
44:9 142:15
**provided** 11:11 17:8 33:23
48:4,17 83:15 105:15
106:11

**ATKINSON BAKER, INC.**

**1-800-288-3376**

A80609D
# JASON D. KENNEDY, M.D.   JUNE 25, 2014

provider 149:8,10 151:8 185:18
providers 45:24 65:24
prudent 107:15 125:22 129:20 136:23 141:3 148:13 151:23 152:5
Public 191:23 192:24
publication 18:5 106:9
publications 17:12 18:1,14
published 19:3 49:14 54:17
pull 36:10,11 75:4
pulled 19:5 34:14,16,19 36:9 41:15
pulmonale 85:19
pulmovasculature 85:20
pulse 84:21 114:22,25 115:5 116:2 121:5
purposefully 187:25
purposes 108:25
put 37:11 42:4,12 43:15 50:15 51:3,22 52:14,19 56:12 60:1 81:11 90:11 90:21 91:4,5 93:20 121:20 123:1,2 124:5 127:2 138:7 145:19 160:18,21 175:24 176:10
puts 161:14
P-A-N 159:4
P-A-N-D-H-A-R-I-P-A-N... 159:5
P.A 1:8 2:8,14 3:6
p.m 2:16 5:4 61:24 93:3 190:5

---

## Q

qualified 158:3 176:11,15 176:16,18
question 7:8 14:20,25 37:24 45:2 46:19 64:2 68:21,23 72:9 76:7 81:5 98:11 103:2,5,16,19 108:11 111:16 125:7 126:16 141:20 145:15,17 145:22 148:21 165:24 166:4,10 168:5 171:24 178:19 183:6,8
questions 5:22 6:2 7:7 37:20 83:10 138:17 154:16 156:2 166:10 167:23 168:6,8,20 188:20 189:5,12
quick 113:12
quicker 148:14
quickly 81:16 109:21
quite 37:8 38:13 70:4 71:3 112:4 181:1
quote 43:2 177:21

---

## R

R 3:1
raise 115:16,25
raised 61:11
ran 119:21
random 84:19 86:2
Rao 1:8 2:8,15 3:7
rate 60:13 70:12,12 77:24 77:25 81:20,21 84:20,25 86:5,20,20,23 88:6 89:14 94:16,16 114:24 115:6,9

---

115:15 116:3 119:4 132:2 161:25
rational 78:19
read 46:2,4,7 55:5 61:9 73:23 89:18 90:5,6 105:2 116:21 117:6 118:8 139:15 142:3 150:13,14 152:10,12 171:12,19 173:9,13,16 181:21 184:18 192:5
reading 10:25 11:12 44:22 44:25 104:21 143:19 144:6 184:14 188:10
reaffirm 122:3
real 113:12
really 34:9 58:7 61:1 85:25 87:15,24 88:21,23 89:3 108:24 111:4,25 114:18 124:6 125:18 143:6 187:5
realm 112:5 136:6 176:7
reason 14:15,22 68:9 109:16 148:2 170:13 180:16
reasonable 47:8 64:6 74:2 75:15 82:10 84:15 96:6 107:18 115:23 121:6 123:21 125:25 126:1 127:18 133:1,2 136:8,14 152:7 161:6 170:14 189:10
reasonably 17:4 107:15 125:22 129:20 136:23 151:23 156:10 161:7
reasons 184:20
reassess 116:9 121:18
reassessed 165:8
reassessing 144:20
recall 6:21 9:11,21 10:10 10:19 14:2 15:22 16:21 20:7 30:6 38:16 40:5 46:9 53:14 58:7 60:2 61:24 63:21 66:18,20 114:1,16
receive 39:24
received 9:3 12:5 21:14 50:23 60:19 69:16 70:4 76:25 77:22
receiving 35:17
Recess 93:3 113:16 156:23
recognize 139:17
recognized 13:3 25:4
recollection 15:6
recommendations 124:22
recommended 127:16
recompensate 41:4
record 4:21 5:15 7:3 15:5 17:25 23:16 35:14,16 39:16 46:7 47:22 62:6 70:5,11 71:3,16 74:4 78:4 80:23,25 81:3 84:22 88:2,3,4 89:22 92:13,17 92:18,21 93:9 101:24 110:18 112:18,20 113:5 113:15,17 123:11 143:16 152:5 156:22,24 179:7
recorded 68:4,7,7 110:17 118:12 119:13 191:8
records 9:2,3 12:5 14:25 33:2 34:2 36:15 37:15

---

38:9 39:1,4,10 43:14,16 45:21,24,24 46:13 57:3,9 57:20,21 58:16 59:4,6 69:3,9 101:5,22 105:1,8 117:19
record-s 37:8
recover 66:3
recovered 110:9 114:15
recovering 66:2
recovery 55:12 56:17 57:1 60:25 61:8 63:4 64:25 65:7 67:15 75:9 105:8 106:18,21 112:23 115:12 120:15 122:7 127:7 128:1 147:16 148:12 149:25 151:13
rectified 170:19,21
rectify 66:9 126:8
red 115:25
redirect 172:17,18
refer 130:6 131:9 151:1 181:22
referenced 58:19 59:8
referrals 185:3
referred 57:12,13 153:12
referring 10:4 178:1
reflection 135:1
refused 62:18
regard 160:17,20 182:5
regarding 12:13 18:22 44:2 44:25 56:7 81:8 97:17 104:3 177:23
regardless 137:21 183:9
regards 57:13 146:16
regret 117:1
regularly 106:24
reiterating 33:16
related 21:5 25:19 32:18 38:3 39:16
Relating 44:13
relationship 6:8 12:10 13:16 79:18 86:6
relative 189:7 191:13
relaxant 179:2
relevant 18:15 55:21 62:23 106:10 151:10
reliable 13:7,10 34:24,25
relied 64:4
rely 63:25 64:6 108:4 126:1 128:20 145:1,4
remain 132:19 150:22
remainder 167:1
remember 9:22 11:12 12:23 21:10,12 36:18 38:20 40:6 44:4,5,6 46:23,24,24 49:16,17,19 49:23 51:13,14,16 58:5,8 58:17 59:5 61:17 69:14 71:17 76:17 89:2,2 113:8 113:24 139:3,4,12 144:6 144:7,12 153:12 154:14 185:2
removal 110:10 111:25
removed 78:12 152:3
removing 94:19
renew 58:20
renewal 20:6
repeat 103:20 175:7
repetition 168:14
repetitive 26:19

---

Rephrase 178:19
report 10:2 33:24 34:2 39:25 46:3,4 47:12 48:16 49:6,13,22 59:7,14,23 66:12 69:15,25 88:15 95:8 104:20 152:10,12 189:7,14
reported 1:24 63:22 76:11 118:18,21 122:18
reportedly 130:24
reporter 2:17 5:6 7:4 191:4 191:23
REPORTERS 1:22
REPORTER'S 191:2
reports 59:9 61:1 69:11,12
reposition 61:10
reputable 14:16
request 33:14 45:19 54:5 65:2 89:5,8 93:11 95:23 115:18 116:15 126:11,18 127:8,10 129:4,7
required 106:13 122:12 133:23 141:2 180:13
requirement 170:7,9
requires 116:13 127:18,19 128:6 143:3 160:2
research 18:19,22 72:11
researcher 54:17
resect 87:21
residency 23:3,6 24:16,18 24:20,23 25:14 28:11,12 31:25
resident 28:24 48:3 52:2
residents 23:15,19 30:10 31:20 32:2 128:20,20 159:11
resistance 85:19
respect 36:15 55:4 64:16 106:14 189:12
respiration 61:6 86:17 90:2 132:25
respirations 71:15 75:7 115:1 122:19
respiratory 70:9,12 77:4,10 80:1 83:19 84:25 86:5,18 90:3 93:14 94:16 112:1 114:24 115:6 116:3 119:4 125:11 140:22 149:9 161:25 164:19 181:3 187:10
respond 33:7 128:17
response 18:6 162:2 184:7
responses 7:11
responsibilities 23:18 30:8 31:11 109:9 149:18,20
responsibility 25:23 26:25 64:8 65:11,13,14,21,24 66:1,4,5 135:23 147:19 148:19 149:13,23 169:18 170:3 179:18 188:4,12 188:16
responsible 30:9,15,19,24 65:15 121:14,17 169:24 182:15,23,24
responsive 108:20
rest 97:13 114:13
restate 14:20 45:2 64:2 132:13 166:4
result 112:13

---

resulting 118:25 120:5,5
results 154:1
resuscitated 175:19
retrospective 136:4 180:17
return 93:14
reversal 89:11 99:15 179:1
review 9:15 12:12 13:14,22 13:24 14:24 15:14,22 19:2 36:9 40:22 45:23 57:8,16 69:3 89:23 113:23 146:20
reviewed 4:12,15 9:2,4,8,9 9:12,16,17,19,22 10:16 11:9 12:4,6,9 13:7,21 15:3 18:21,23 19:1,12,14 19:15,18 40:12,18,19 43:10 44:1 45:5,20,21,22 46:12,14 66:16 95:14,14 101:5 105:1,25 106:2 155:2
reviewing 10:21 12:24 13:2 15:11 39:10,14 44:6 45:4 57:6 101:21
Reviews 17:11
revoked 51:3
reward 42:16,18
re-assess 148:6
re-cycle 116:9
re-intubated 118:17
right 5:17 7:13 12:23 14:2 19:4 20:4 21:12 23:8 26:13 27:3 31:4,14 32:5 36:18 41:20 43:3 46:7 47:9 48:13,14 49:16,20 50:8 51:14 53:7 55:1 56:11 57:7 58:5 59:14 60:2 61:18,24 63:21 71:17,18 80:23 83:8 84:7 85:15,20 88:10,20 91:23 92:7 98:18,21 107:14 111:17 115:4 117:11 127:5 132:10 133:8 135:6,17 138:8,18 144:15 148:21 152:14 156:11,13 157:7,15 158:15,22 160:20 161:19 162:11 164:6,8 166:3,12 166:18 167:23 172:6,6 172:18 173:21 177:14,17 178:16 181:12,13 184:17 185:6,8 186:23
right-hand 94:4
Ringer's 99:17
risen 60:21
risk 13:17,19 15:13 60:2 63:7,7 64:10 72:15 74:23 87:13 129:24 140:22
risks 150:18
road 37:1
Robinul 81:18,23 82:4 88:7 88:9
role 8:20,21 40:13 155:11
roles 27:12
rolling 165:6
room 7:18 22:11 27:7,8 30:18,18 32:3 55:7 60:25 61:8 64:20 65:7 69:4 72:7 75:5,9 77:7,8 81:11 95:7 105:9 106:18,21 108:5,9 112:23 115:11

A80609D

**JASON D. KENNEDY, M.D.   JUNE 25, 2014**

116:4 120:15,16,19,22
125:9 127:7 128:1,21,24
129:5 136:13 147:16
148:12 149:17,25 151:13
151:19 161:24 162:6
185:1
**rooms** 109:8
**root** 164:23
**rotate** 25:23 31:6
**rotating** 21:21
**rotation** 22:2,4,7,8,9 30:11
**round** 50:16
**rounding** 31:17
**rounds** 29:13 31:23
**routinely** 56:20 78:4 98:9
98:10 139:23
**rule** 33:13 79:8 185:13
**rules** 6:23 37:21 58:21
**running** 55:2

**S**

**S** 3:1,9 4:8
**safeguards** 143:1
**safely** 105:6 142:21 143:23
144:23
**safest** 98:3
**safety** 121:18
**salient** 63:14 66:14
**saline** 99:18
**salvaged** 175:20
**sample** 118:21,22
**sat** 165:13
**sats** 79:22 112:22 114:24
116:3 125:4
**saturation** 61:9 79:11,13
79:20 80:3 85:7
**saturations** 44:19 68:5
161:25
**save** 113:12
**saved** 117:16 164:22 165:5
165:11
**saw** 10:2 44:5 53:16 55:4
61:13 63:18 66:6 69:9
76:14 85:7 92:9 101:22
119:24 120:17 131:1
137:11 139:25 140:23
151:17 152:21 153:1,1
153:11 170:10 173:24,24
176:6 181:25
**saying** 47:16 77:9 122:14
148:25 168:23 174:6,12
176:21 177:4
**says** 104:25 105:20 138:4
177:21
**schedule** 26:21
**scheduled** 12:3
**school** 28:21 45:24
**scope** 180:17
**screen** 5:4
**se** 13:12 65:3 68:10 116:23
144:23 153:15 174:21
**second** 4:9 7:1 11:18 17:19
20:9 28:10,12 56:11
72:17,18,19,20 74:19
82:21
**secretions** 96:6 131:6 133:6
133:13,16 134:3
**section** 13:18 36:14 88:13
**sections** 12:18
**sedative** 72:4

**see** 34:10 35:22 38:24
53:24 54:4 63:19 70:2
76:12 78:4,23 81:10,20
84:8,16,23,24 85:9,14,21
85:24 86:1 88:18 89:1
94:1 95:13 104:19,23
105:21 107:25 114:2,21
123:10 127:25 136:10
137:8,20 141:5,12 159:5
162:6 165:10 173:8,21
176:3 184:24
**seeing** 9:11 10:10 15:22
38:16,20 39:16 113:8
124:7 139:3,4,12 144:12
153:12 154:20 188:10
**seen** 10:1,4 15:20 54:7 55:5
55:17 69:11 90:15 96:8
115:2 180:23 181:22
**sees** 176:19
**semester** 20:21
**semi-lateral** 56:23 96:3
177:13
**semi-prone** 56:22 131:4
**semi-surgical** 158:13
**send** 17:14 38:12,14 59:1,2
**sending** 108:20
**senior** 57:11
**sense** 55:10 135:24 142:20
**senses** 142:17
**sensitive** 79:12
**sent** 9:7 38:8 49:15 58:16
59:5,13 120:2
**sentence** 110:21 112:11
**separate** 38:11 76:3
**separated** 28:21
**separation** 184:8
**series** 12:4
**service** 180:14
**services** 21:24
**serving** 42:25
**set** 44:8 66:8 74:3,6 115:8
191:7
**setting** 31:18 185:17
**settled** 48:11
**seven** 33:15 35:17
**Sevo** 82:2
**sevoflurane** 60:11 69:16,17
70:1,3,10 72:9 81:14,15
86:11,16,17,22 91:17
**shape** 120:10 123:20
**share** 81:9
**shared** 66:3 149:23
**shed** 15:7
**Shelby** 97:2 102:25 103:12
**shift** 86:22
**shifts** 86:17
**ship** 65:19 149:1,14 150:2
**shorthand** 191:12
**shortly** 61:17
**shot** 86:2
**show** 21:14 70:1 75:16
179:8
**showed** 62:1,2 160:5
170:10
**shown** 72:12 138:25
**shows** 71:3 73:2 95:13
**sic** 97:10
**side** 9:25 96:5,15 98:6
171:1,9,11,15,20,24
173:23 174:8 177:18

183:24
**sign** 59:11 95:3
**significant** 59:18 62:21,23
70:8 85:15 86:16 88:1
117:8 181:2
**signs** 81:24 88:10,24 89:7
94:10,11 112:22 113:7
113:21 115:2,8,9
**similar** 17:5 33:9 140:16
142:14 148:1
**simple** 122:9 136:25 137:2
141:16
**simply** 59:1
**single** 13:11 74:16 83:6
95:3 107:24 108:3
114:17
**sir** 6:17 7:9,12 8:5,24 9:11
10:8,12,15,24 11:8,13,16
11:22 15:23 16:6 18:18
19:24 20:10 21:16,18
23:5 24:11,14 25:12 26:3
27:14 28:13,19 29:6,8,11
29:14 31:12,15 32:6,25
33:25 40:14,20,23 41:1
46:1,17 49:7 50:14,17,19
51:5,8 52:16,18 59:10
81:1 83:12,16 91:9 92:23
95:10 98:16,19 100:18
102:1 115:3 118:4,7
121:11,24 122:23 129:6
133:9 134:21 137:7
138:9 139:15 140:19
148:23 150:12 156:1,12
156:14 157:14,19 158:5
158:8,16 160:6,16,24
161:3,12,15 162:10,14
162:19 163:1,6,8,10,14
164:5,11,16,17 166:8
168:17,21 169:6,10,16
170:6 171:6 174:24
175:13,25 176:4,13
177:8,20 178:4,6 179:9
179:22 180:11 181:11,18
181:24 182:1,3,11 183:1
184:16,19 186:6 187:11
189:25
**sit** 46:16 134:5
**sits** 91:2
**situation** 16:19 17:5 66:9
70:22 91:15 121:7 124:1
125:10 126:8 129:21
131:22 135:2 140:25
141:4 145:8 151:18,24
154:19 170:16,18 177:8
**situations** 148:1
**six** 26:21 49:3
**size** 8:10 56:21 60:17,24
63:8 83:24 95:22 99:14
107:10 131:17 174:11
**sketch** 53:21
**skills** 53:9
**skin** 67:19
**sleep** 12:9 13:20 15:12
18:24 50:15 51:22 52:17
59:23 60:1 63:7 70:8
79:3 83:20 85:12 87:4,13
87:15,19 89:25 90:11,22
107:17 118:11 121:20
124:24 127:2 128:2
129:15,18 160:18,21

161:14 187:1,12,14
**sleeping** 96:5
**sleepy** 71:16 114:9
**sleep-deprived** 119:9
**slept** 61:14
**slightly** 86:25 96:4 131:4
**slowly** 119:11
**small** 31:21,22 70:13 99:3
110:12
**smaller** 31:21 96:10
**smell** 72:14
**Smith** 56:12,12
**Smith's** 4:16 34:6,6 35:11
36:13 184:3
**snore** 187:4
**snored** 90:1
**snorer** 186:19
**snoring** 59:24 61:21 63:7
122:18,19,20 186:7,9,15
186:21,23 187:5
**Society** 19:22 131:10
**solely** 14:4 74:10
**solubility** 69:22
**somebody** 21:11 115:21
116:17 126:14 175:2
183:23
**somebody's** 114:9
**somewhat** 69:7
**soon** 164:10,15,16 165:16
166:14 167:6,25 175:15
178:18,21
**sorry** 19:21 43:25 50:4
53:23 88:4 98:12 122:23
134:21 154:10 164:15
173:3 174:5 175:7
178:19 182:7
**sort** 58:19 89:9
**sound** 14:11,16,23
**sounds** 109:22 126:11
**sources** 12:15 13:12 47:11
**South** 3:14
**space** 70:18 71:5,25 85:3
**spasm** 133:16,18
**spasms** 74:22
**speak** 16:4 55:15 65:19
**speaking** 64:16 103:6 172:7
172:25
**specialist** 54:5
**specializes** 24:24
**specialties** 101:8,14 102:17
157:17
**specialty** 25:5 137:22
**specific** 14:1 15:1,15 16:12
18:19 24:24 32:22,24
44:2 79:12,21 81:5 83:10
97:4 107:2 138:17 144:1
154:6,14 168:13
**specifically** 9:23 12:9,10
13:16 18:6,17 44:12,15
47:21 56:16 59:16,24
66:10 80:8 81:7 97:5
99:10 101:16 108:8,19,25
131:16 151:18 155:4
177:23
**specify** 86:12
**speculate** 69:8 189:13
**speculation** 68:21 69:7
**speculative** 166:11
**speeches** 172:20
**speed** 15:12

**Spell** 159:1
**spend** 23:22 39:10
**spent** 20:21 23:9,13 39:6
**spite** 80:6
**spontaneous** 93:13
**spot** 56:13
**Square** 3:14
**St** 99:23
**stable** 89:15
**staff** 50:9,20,22,23 142:9
150:18
**stamp** 139:3,12
**stand** 88:21
**standard** 5:4 13:3,8 15:15
16:25 17:2 35:4,6,6 43:6
53:12 64:15 65:1 66:21
67:3,8,12,15 84:4,6 89:5
89:7 90:10 91:8,12 93:11
95:20,23 97:1,7,14,15
98:13 99:1,25 100:1
102:23,24 103:9,11,22
103:23 104:4,8 105:5
106:13 107:4,14 110:7
115:18 116:12,14 119:6
121:25 122:12 124:12
125:21 126:10,17 127:17
127:17 128:6 129:4
130:18 132:10,20 133:23
134:7 135:4 140:1,3
141:1 142:20 154:2,11
154:13,15 176:11,17,18
182:9
**standards** 4:15 12:7,13
18:23 19:1,13,18 42:24
66:8 99:21 118:9 124:21
126:15 131:8 139:16
140:12,20 177:22
**standpoint** 26:8,9 30:12
102:20 139:10 169:4
183:8
**start** 172:8 177:14
**started** 61:23 85:9 112:6,9
**starting** 60:11
**state** 2:17 5:14 20:22,24
75:9 119:2 121:4 151:19
172:22,25 191:5 192:1
192:13,25
**stated** 106:24 173:25
178:22 187:2
**statement** 14:6 35:16 110:2
110:3 112:16 117:2
118:6 143:19 163:4
167:2,14,20 168:24
171:13,21 175:12 177:25
**statements** 96:19 97:10,19
98:8 118:5 167:15 191:8
**states** 1:1 2:1 90:16 100:5,8
184:3
**status** 123:23 132:2 134:12
134:17 135:5,15 136:21
137:5
**stay** 75:5,10,11 126:23
131:25 179:16
**stenographically** 191:9
**steps** 122:12
**stick** 72:12 120:24
**sticky** 43:15
**stimulation** 162:2
**stomach** 180:22
**stop** 82:20 105:19 167:21

**ATKINSON BAKER, INC.**

A80609D
## JASON D. KENNEDY, M.D.   JUNE 25, 2014

172:10,12,14
stopped 63:10 125:15
141:12 165:10 176:3
stories 128:17
storm 142:16
strange 184:7
Street 3:9
strengths 147:14,20 148:19
stretch 91:21,22
students 31:5,7
studied 146:13
studies 74:25 75:15
study 62:15 146:19
subject 13:22 32:18 36:23
submitted 41:7,9 155:3
subpoenaed 41:19,21,24
Subscribed 192:20
subsequent 77:5 110:20,23
113:7
subsequently 62:9
subspecializing 30:14
subspecialties 25:24
substances 51:17
substitute 142:24
subsumed 54:12
subtleties 97:24 99:7
187:19
subtly 99:4
suction 86:10
sudden 111:18 184:7
sue 48:9
sued 47:25 51:21
sufficient 93:23
suggestion 142:10
suit 48:1,2
suite 3:4,9 27:3
summary 59:17
summoned 109:13
supervise 65:12,21 121:13
121:19 127:14 129:1
149:6
supervises 128:19 149:4
supervising 65:14 126:5
127:4 129:2 147:18
supervision 105:16 106:14
127:19
supine 96:1 177:12,15,15
supplement 12:25 17:15
supplemental 4:12,13,15
19:9,11,15,16,18 45:1
67:14 71:11 76:22 93:22
93:24 105:14 124:18
125:5,17 126:2
supplementation 122:2
189:8
supplemented 123:23
support 61:6 66:8 74:5
75:6 77:3 93:19 110:18
110:22 118:10 123:10
131:2 134:2
supportive 74:1
supposed 155:7
supposition 109:19
suppress 187:10
suppressed 84:1
sure 6:3 7:1,3 17:9 18:4
40:1,11 42:8 47:2,25
51:15 52:22 54:22,24
58:10 63:15 64:13,18
75:13 90:16 91:17

103:21 104:22 107:1
109:9 112:19 131:20
144:16 149:7 155:16
156:8 173:15,18
surely 108:6
surgeon 15:16 53:18 61:12
63:9 66:3 96:24 97:20
139:7,15,23 140:2,4,4,8
140:9,19 141:12,25
149:19,22 150:25 162:4
163:20 165:9 166:19
169:25 170:8 176:3,13
176:17 178:15 180:13
181:7 183:14,18
surgeons 169:20,20 179:14
surgeon's 98:8
surgeries 22:13
surgery 15:14 21:25 22:5,7
22:8,9,10,15 52:8 60:18
74:15 77:24 87:7,8 90:21
91:7 107:20 124:25
129:18,23 131:16,17
133:11 140:12,15 158:9
158:14 161:22 163:13
164:2
surgical 25:20 64:22,22
140:11 162:2 177:24
surprise 74:6 152:17,19
surprised 47:6
surprises 5:23 152:19
surrounded 69:23
suspended 51:3
swear 5:6
swelling 82:15
swing 78:20
sworn 5:9 6:25 192:20
symptoms 59:23 85:21
syndrome 87:20
system 69:13
systems 73:16 100:19

___

**T**

T 4:8
table 129:25
tachycardia 77:18,19 81:25
115:14,19
tachycardiac 94:15 95:1
115:24,24
tailor 129:16
take 4:9,18 5:18 11:18 17:9
17:19 27:1 31:7 35:20
36:5 54:18 80:17 84:13
92:24 95:5 107:25
110:24 124:5 125:7
150:7 156:15 157:9
170:12 174:10
taken 2:13 60:25 62:9 71:6
93:3 112:4 113:16
135:22,25 139:2 156:23
188:4 191:6,12
takes 8:23
talk 16:13 47:6,21 49:24
56:14 59:15 79:15
104:10 134:14 148:7
talked 7:2 18:20 30:6 45:21
45:22 46:11,12,15 48:9
50:25 56:4 93:9 95:14
104:6,8 105:2 123:15
138:10 141:7 150:10
159:15 173:2

talking 19:22 89:3 104:11
104:11 134:4 139:5
174:22
talks 94:5
Talley 1:24 2:16 191:4,23
tape 113:12,12
tapes 188:22
teach 23:15
teaches 31:14
teaching 29:13 30:7,9,15
30:19 31:11,13,16,17,18
32:1,1 54:10,12 100:23
team 147:20,22 148:20
182:24
tech 155:14
technical 155:15
technology 100:6,7
telephone 3:5,10,15 16:5
tell 6:25 17:25 21:19 23:14
24:15 29:21 30:2 46:5
49:22 56:11 57:19 58:11
96:16 100:9 112:17
113:11 161:6
telling 66:14 79:13
temporary 31:3
ten 65:7 88:14,14 107:11
108:1 111:19 118:16
144:11 152:1
tend 77:23 123:4 146:10
tends 146:9
Tennessee 1:1,13 2:1,17
3:4,9,15 29:5,10 51:1,6
75:22 97:3 102:25
103:12 104:6 191:5,17
tent 124:5
term 160:18 187:13
terminated 182:2
terms 16:20,22 176:10
terrible 53:8
terribly 114:18
test 134:23
testified 5:10 40:18,20
116:17
testify 41:18 42:22
testifying 40:10 43:8
testimony 10:5 11:5 40:25
42:3 45:4 173:1,17 192:9
testing 120:20
tests 62:14 136:24
text 13:12 15:14 18:20
34:24 36:9 46:11
textbook 12:16,17 14:5
34:20,21
textbooks 4:12 12:20,21
19:12,15 34:17,17,19,22
texts 13:2,7,21,25 15:11
106:5
Thank 156:13 188:18
theoretically 169:11,13
therapist 149:9
thing 13:23 23:24 35:16
43:3 46:18 58:19 69:15
86:24 92:6 96:2 98:2
125:24 127:5,7 155:15
184:2 185:12
things 15:20 34:4 35:7
36:17,20 40:1 47:16
49:25 66:12 77:21,24
79:7,10 87:18,19 94:19
98:15 111:6 113:10

114:8 117:1,7 129:22
133:2 137:6 160:3 162:5
162:8 184:8,11,13 186:4
think 9:7,16,18 10:3,6 11:2
11:7,7 12:15 14:10 17:11
18:17 20:1,5 29:17,20
31:4 35:5 36:17 38:8
39:21,21 41:7,9,12 42:19
43:12 44:6,7 45:20 46:16
46:17 47:24 49:15 50:8
55:1,6 59:13,13,14,17,20
62:12,14,17 64:6 68:1,2
68:7,10,13,16 69:2 71:20
72:23 76:14,25 84:5
85:11 86:9,13 89:21
90:24,24 91:3,14 96:19
97:16 100:25 101:1
102:3 107:15,18 114:15
115:20 117:18 119:14,15
119:17,17 120:11,17
121:6 123:21 124:21,25
126:3 133:24 134:25
138:13,16,18 146:5
148:1,3,18 150:10 153:4
154:6 155:19 156:16
160:5 167:10 171:21
175:12 176:9 177:7
180:25 183:5 188:15
thinking 26:4 52:1 58:6
third 7:3 26:7 110:3,4
thirteen 119:16
thirty 114:5 115:12 156:17
thirty-five 115:13
THOMASON 3:13
thoracic 32:20
thoracostomy 158:12
thought 37:12 42:4,12 50:4
87:17,18 90:6,8 106:10
thrashing 61:3 94:22
184:21
threatened 48:9
three 12:20,25 13:1 18:21
128:17 165:13 166:7
throat 15:16 22:5 52:7
133:7,11
thumbnail 53:21
tidal 60:15,16,22 70:13,16
71:1 73:5 84:9,9,11,15
84:25 86:4 88:6 89:14
93:25 108:17 110:11,12
119:4 123:7 134:12
161:24 174:10 178:22
tie 39:15
tied 73:17
tight 124:2
time 5:3 12:2 16:2 20:1
23:21,21 24:2,11 27:8
31:20 37:5 38:18,21 39:1
39:2,5,10,13,17 40:21
41:10 54:19 61:23 65:3
69:13 71:4 72:1 78:23
80:16 81:21 84:23 88:13
88:16 91:17 93:2,6
103:20 107:5 110:16
111:16 113:15,18 114:1
114:21 117:16 119:21,21
120:19 122:15,17 124:19
125:8 126:13,18 127:10
137:10,19 138:22 139:1
139:3,12,25 144:14,22

145:23 146:8 147:7
152:7 156:22,25 169:3
171:20,25 172:5 173:23
175:7,15,16,16,24 176:5
190:2 191:7
times 38:11 66:13 86:9
100:13 147:9
timing 69:1 119:20 139:10
tissue 187:3
titrating 60:12
today 5:18,21 6:2,25 7:14
9:1 16:1,2,9 18:2 35:22
39:7 46:20 57:4 160:3,5
184:3,15
today's 5:3 41:11
told 33:17 120:21 164:18
tone 114:10
tonsil 108:16 131:4 134:1
tonsilar 158:14
tonsillectomies 158:6
tonsillectomy 52:7 60:5
61:16 90:14 105:21
119:10 180:10
tonsillectomy/adenoidect...
59:21
tonsils 13:18 32:22 79:4
82:14 87:21 91:4 107:17
114:12 142:6
torr 110:17
total 96:10
totality 95:5
touch 58:4
Tower 7:23
toxicology 69:11,15,25
trach 140:8
Tracheal 131:10
tracks 54:15
train 147:11,13
trained 17:4 63:25 106:19
106:21 139:21 147:11
151:7
training 24:18,25 25:7
28:23 30:22,24 31:2
121:15 145:11
transcribed 191:10
transcript 10:1 191:12
192:6,8
transesophageal 18:7 30:17
32:4
transfer 107:22 150:21
151:7,9
transferred 76:10 151:11
transferring 128:11
transpired 64:9
transplants 24:1 102:20
transport 108:4
transported 55:11
trashing 94:19
treatment 177:24 181:23
trees 34:18
trend 84:20 86:3
trial 5:24 4:17 42:2 47:6
triple 28:7
trips 100:12
trouble 95:4 98:4 158:24
true 119:8 133:12 138:3
175:6 191:11,17 192:8
truth 6:25
try 7:7 48:13 173:6
trying 9:7 10:9 37:5,7,9

# A80609D
## JASON D. KENNEDY, M.D.   JUNE 25, 2014

39:12 40:6 42:11 54:8
71:12 81:16 86:5 113:8
116:21 162:22,25 183:5
183:7,7
TSV 84:9
tube 60:7 75:4 78:8,10,12
90:25 91:1,5 93:17 99:14
110:10 123:11
tubes 158:12
tubing 124:5
tumors 24:4
turn 112:21
turned 61:20 86:10 96:15
171:1,14,15,20 173:22
173:23 174:8 183:24
185:3
twelve 39:8,21 119:16
129:14
twelve-year-old 52:20
59:19 63:8,9 79:2 85:15
88:9 107:16 114:18
117:3 129:15 171:6
twenty 115:4 144:7,24
twenty-five 80:20,22
two 12:20 17:12 18:1 23:25
24:9 26:5,21 30:11 31:1
40:1 41:7,12 76:3 77:17
77:24 79:19 87:15 105:2
111:6 128:18 129:22
149:22 166:24 169:9
type 22:22 25:19 29:13
52:7 58:12 87:16,16,17
87:18 157:17 158:11,14
types 22:13 23:25 24:9
87:15 147:17
typical 108:16 131:15
T&A 87:22
T&A's 74:16

**U**

UAB 20:23 21:15 23:4,11
24:5 50:22
Uh 39:3 51:12 54:11 89:1
159:2
uh-huh 87:9 122:21 134:19
152:15 178:3,5 180:24
183:11 187:22 188:1
uh-huhs 7:11
Uh-uh 129:6
uh-uhs 7:11
ultimate 164:19 166:15,16
ultimately 65:15 121:16
165:2,17 167:13
ultrasound 32:8
uncomfortable 92:1
uncoordinated 61:4
underestimate 71:22
undergo 22:13
undergoes 119:9
undergoing 8:17,18 12:8
129:13 142:6
undergone 119:7
undersigned 192:4
understand 6:2 7:1 11:19
26:10 33:19 143:8 150:3
understanding 8:11 15:8
44:22,24 65:17 100:1
112:6
understands 24:15
understood 90:7

underwent 60:5
uneventful 152:3
unexpected 154:9
unfair 172:16
uninterpretable 90:5 92:10
unit 25:18,21 64:8 94:8,9
108:25 122:2 130:20
150:24
United 1:1 2:1 90:16 100:4
100:7
university 20:22 27:15
157:5
unmeasurable 62:3 118:23
unreasonable 63:24 64:3
untimely 33:15
update 155:22
up-to-date 4:13 19:13,16
use 13:16 14:13 18:6 30:16
32:8 43:20 45:1 51:16
70:23 73:7,13 80:4 82:5
91:6,20 93:22 95:12 99:9
99:10,11,11,15,16
112:21 121:12 124:13
126:2 142:17,25 145:3
149:14 150:1 163:2
164:23 167:4 168:13
uses 142:12
usually 22:23 27:5 31:19,21
32:11 72:1 84:18 90:24
98:4 104:11,12 124:4,10
128:18,23 157:10 162:5
163:23 164:5 169:23
177:11,11,12 179:13,20
184:11
UT 101:1

**V**

Vanderbilt 8:22 23:2 29:7
30:8 32:14,16 41:3,3
42:21 50:10,12 53:20
54:16 102:10 157:5,21
158:3
variable 111:17
variables 75:24 142:20
variety 77:21
vasculatures 111:11
vasoconstriction 111:9,12
vasodilation 111:11
venous 62:2,4 118:22
119:14
ventilate 174:16
ventilating 77:16 79:24
110:15 111:24 120:10
124:16 132:17 135:11
139:23 179:4,7 187:19
ventilation 60:23 61:6 62:7
73:4 77:3 93:18 94:1
108:18 118:16 123:24,25
125:19 132:17,25 141:7
163:16 178:24 180:7
ventilator 93:20
ventilatory 86:20 118:10
123:10,23 132:2 134:12
verbal 7:10
verified 105:13
versus 54:10 78:8 94:8
108:15,23 129:17,22
video 5:4
VIDEOGRAPHER 5:1
80:16,19 93:1,4 113:14

113:17 156:21,24 188:21
189:21,23 190:1
videotaped 1:11 2:12 5:2
violated 178:17
visceral 62:19
visible 162:6
vitae 4:11,14 17:22 18:15
173:21
vital 94:10,11 95:3 112:22
113:7,20 115:2,8,9
vitals 113:1,4
vocal 74:22
volatile 70:14 86:25
volume 70:17 93:25 110:13
volumes 60:15,16,22 70:13
71:2 72:17 73:5 84:9,9
84:11,15,25 86:4 88:6
89:14 108:17 110:11
119:5 123:8 134:12
161:24 174:10 178:22
voluminous 37:8
vs 1:6 2:6 5:19

**W**

W 3:8
wait 7:6,7 108:11
waived 5:5
wake 74:10 123:5 136:22
waked 184:25
wakes 92:2
waking 134:13 184:22,25
walk 20:8 127:3,5 189:22
walked 36:12 66:6
walking 85:16 165:6
want 5:23 33:12 35:15 42:8
42:11 47:5 49:22 55:3
62:18 80:13 81:4 103:25
104:24 149:14 155:3,11
155:18 166:12 172:12,14
172:18,19 173:3,8
188:21 189:4
wanted 16:16 24:19,21
41:14 173:1
wanting 168:12
washed 91:17
wasn't 72:22 94:2 111:24
125:11 131:21 138:1,2
147:3 182:13 185:10
187:17,19
wasted 34:18
waveform 68:1
way 10:18,20 11:6 21:6
45:23 46:19 62:23 68:3
72:9 74:25 75:21,22
81:13 90:20 91:4 93:19
95:20 98:3 120:10 126:8
170:1 174:20 183:6
187:4
ways 72:11 96:1
weakened 123:13
weaknesses 147:14,20
148:19
WEDNESDAY 1:14
week 9:18 27:4,5 57:8
weeks 10:6 159:23
weigh 179:14
weighed 52:20
weighs 79:2
weight 70:23 83:24 84:11
96:10,11 179:21

well-documented 70:3 74:4
87:12
well-explained 87:12
well-trained 148:4
went 12:6 93:8 100:4
120:14 143:20 180:22
weren't 139:7
Werkhaven 158:15
WESTERN 1:1,2 2:1,2
we'll 15:10 16:7 19:9 47:20
48:17 49:24 66:11 70:24
84:12 105:19 130:7
172:11 177:14
we're 5:17 6:3 7:14 19:22
26:23 33:19 49:21 79:15
80:7 104:10,11 112:23
113:14,17 156:21,24
167:21 178:25
we've 7:2 45:20,22 46:11
59:7,16 71:12 95:14
105:1 141:7 150:10
155:2 163:11 166:9
174:3
whatsoever 150:16
wheezing 60:3
whichever 73:14
wife 26:9
willing 69:8
wise 91:15
wish 150:1
witness 5:6 6:8 14:19 20:12
33:16,24 34:1,12 36:1
40:6,10 41:23 42:25
47:11 48:14 49:6 57:7,25
103:2,4,17 116:20
132:12,23 135:9,20
145:15 146:5 159:24
167:9 182:19 183:5,12
188:6,15 189:7
witnessed 6:14
witnesses 4:20 33:20 37:22
48:19,21 72:23
wonder 88:14
wondering 17:8 66:15
word 162:15 164:23 167:4
168:13 185:8
wording 49:10 50:5
words 48:8 65:23 108:11
108:13 149:15
work 8:12,13,15 22:10
23:12 27:12 57:12
147:25 153:3,7 159:25
worked 21:23 24:10 29:9
29:12
working 27:23 33:3 67:7
68:9 109:7
works 31:14 69:18 153:4
182:24
wouldn't 73:12 77:1 85:14
115:22 120:13 122:25
123:7 128:16 136:22
174:20 180:22 186:5
writing 88:17
writings 46:13
written 12:19 28:14 84:22
155:2
wrote 34:4 43:12 159:16
www.depo.com 1:23

**X**

x 4:1,8 86:13,20

**Y**

yeah 6:5 14:19 36:1 38:13
39:3,4 47:20 48:15 52:4
52:24 54:7,13 67:9,13
68:16 81:6 82:25 87:11
94:7 95:2,17 109:4
124:16 129:9 145:24
146:25 150:9 153:8,11
154:10 155:24 158:19,25
159:9 166:6 169:13
170:20 174:6 175:18
178:3,5,20 180:15
181:16 182:8,11 185:20
185:23 186:16
year 21:12,17 23:10,12,13
28:10,12 30:22,23 44:7
52:10 58:10
years 6:8 8:21 30:22 53:21
144:8,12,25 145:13
Yep 43:9 82:22 99:24
young 24:3 96:9,9 145:18
146:9,18
Y'all 159:6

**Z**

zero 42:12
Zofran 82:18

**$**

$350 40:21
$4,200 39:22
$500 40:24 42:6

**1**

1 4:9 17:18,20 72:4 87:16
87:17 93:2
1.2 70:6 82:12
1.25 70:6
1:28 5:4
1:30 2:16
10 150:10,13
10:15 86:11
10:26 86:10 88:13 93:12
10:30 86:11,14
10:35 94:6,8,9
10:36 94:8,10
10:49 114:21
100 60:9,10 70:5 71:2
79:25,25 82:8,11 101:2
111:22 112:8 114:25
174:17
106/53 115:5
11:03 114:25
11:20 115:4
11:34 114:3 116:18
11:59 117:21,22,23
110 81:22
114 116:2
118 94:16 115:6
118/56 114:25
119 3:9
12 61:18 118:14
12-year-old 129:17
12:04 61:24 118:18 119:18
12:18 118:19 119:17
120 70:24,25 114:22
122 115:1

A80609D
**JASON D. KENNEDY, M.D.   JUNE 25, 2014**

**129/63** 114:22
**130** 62:3 118:23
**145** 84:16 110:12
**150** 70:20
**157** 4:4
**160s** 60:22
**17** 4:10,11
**180** 84:17 110:12
**189** 4:5
**19** 4:12,14,15

**2**

**2** 4:11 17:21,22 70:20
   87:16,18 93:5 104:24
   105:20 190:2
**2:13-cv-02289-SHL-dkv**
   1:6 2:6
**200** 60:9 82:8 84:16
**2000** 52:1
**2003** 21:17
**2004** 52:3
**2005** 52:2
**2006** 52:2,3
**2010** 8:23 29:5
**2011** 52:11,14
**2012** 52:10,14 97:3
**2014** 1:14 2:15 4:18 5:3
   36:5 191:19
**21** 6:8
**22** 4:18 36:5 70:12,13
   94:17
**22nd** 35:21
**24** 114:24 115:1,6 116:3
**24/7** 27:5
**25** 1:14 2:15 5:3 124:9
**254** 3:4
**26** 33:13
**27-man** 26:23
**288-3376** 1:23
**2900** 3:14

**3**

**3** 60:12 81:12
**3-A** 4:12 19:15
**3-B** 4:13 19:17
**3-C** 4:15 19:18
**3:07** 93:2,3
**3:15** 93:3,6
**3:43** 113:15
**3:46** 113:18
**30** 33:13 124:9
**300** 79:22
**305** 3:4
**336** 191:4
**34** 33:13
**35** 4:17
**36** 4:18
**38103** 3:4,9,15

**4**

**4** 4:16 35:12 36:14 52:1
   82:18 85:13 118:6
   120:12
**4:37** 156:22
**4:44** 156:25
**40** 3:14 20:16 60:15 62:4
**41** 85:10
**416** 84:16
**420** 84:14

**446** 84:10,16
**45** 62:4 86:1 87:3 136:2
**450** 60:16
**48** 4:20 62:12

**5**

**5** 4:2,18 36:6 45:19,19 49:1
   85:13 121:23
**5:20** 190:2,5
**50** 82:16,23 84:1 124:10
**502** 118:14
**523-8153** 3:5
**525-8776** 3:10
**54** 71:17,24
**56** 87:4 110:17
**577-6125** 3:15

**6**

**6** 4:19 48:22 49:2,5 59:8
   72:2 84:14 130:10,14,16
   172:4 173:11,13
**6.5** 78:10
**6.59** 118:22
**6.70** 118:12
**60** 72:2 124:10 136:13

**7**

**7** 4:21 47:24 81:12 92:18
   130:8,8 139:14
**7th** 191:19
**7-21-16** 191:24
**70** 60:14 84:13
**72** 72:13
**747** 73:12
**75** 80:2

**8**

**8** 60:11 81:14 120:11
   140:18
**80** 72:3 80:2 81:22
**80-something** 79:2 84:10
**800** 1:23 3:9
**81** 52:20
**81-kilogram** 110:13
**81-kilos** 96:12
**82** 96:12
**82-kilo** 107:16 129:14
**84/42** 114:7 116:2
**86** 128:2
**86-k** 63:8
**86-kilo** 171:5

**9**

**9** 142:2,3
**901** 3:5,10,15
**92** 4:21
**96** 62:1 72:13 118:13
**99** 79:23 80:3 116:4 125:4

**ATKINSON BAKER, INC.**                    **1-800-288-3376**