# Curriculum Vitae

| | |
|---|---|
| Name: | Jason D. Kennedy |
| Work Email: | jason.d.kennedy@Vanderbilt.Edu |

## Education

| | |
|---|---|
| 08/1999 - 06/2003 | M.D. in Medicine from University of Alabama School of Medicine, Birmingham, AL |

## Training

| | |
|---|---|
| 1992 - 1999 | B.A. from UAB, Birmingham Alabama |
| 07/2003 - 06/2004 | Internship from Carraway Methodist Medical Center, Birmingham, AL |
| 07/2004 - 06/2007 | Residency in Anesthesiology from University of Alabama at Birmingham Medical Center, Birmingham, AL |
| 07/2008 - 07/2009 | Fellowship in Critical Care Anesthesiology from Emory University Medical Center, Atlanta, GA |
| 07/2009 - 07/2010 | Fellowship in Cardio-thoracic Anesthesiology from Emory University Medical Center, Atlanta, GA |

## Licensure and Certification

| | |
|---|---|
| N/A | American Board of Anesthesiology, Diplomat of the ABA of Not Specified |
| N/A | American board of anesthesiology, Speciality certification in Critical Care medicine of Not Specified |
| 2010 - 06/2020 | American Board of Echocardiography, Special Competence in Advanced Perioperative Transesophageal Echocardiography (2010-00022268) |
| 06/2010 - 06/2014 | Tennessee medical license, Medical License of Tennessee (46094) |

## Academic Appointments

| | |
|---|---|
| 07/2008 - 07/2009 | Instructor in Anesthesiology, Department of Anesthesiology, University of Alabama Birmingham-UAB (Birmingham, Alabama) |
| 07/2010 - Present | Assistant Professor of Clinical Anesthesiology, Vanderbilt University (Nashville, Tennessee) |

## Professional Organizations

American Society Of Anesthesiologist
Society of Cardiovascular Anesthesiologist

## Professional Activities

### Intramural

| | |
|---|---|
| 10/10 - Present | Therapeutic hypothermia, Medicine, Intensive care represeative to this group, Physician represenative to this group alongwith Dr. Wagner |
| 02/2011 - Present | Pharmacy and therapeutics, Pharmacology, represent intrest of the Department and the hospital to the P and T commitee. Full voting member., Anesthesiology represenative |
| 01/2012 - Present | ICU Ultrasound, Anesthesiology, Developing standardized ultrasound curriculum for Intensive Care Fellows and Anesthesiology Residents |

## Teaching Activities

| | |
|---|---|
| N/A | Hemodynamic Echo monitoring: Assesment of LV and RV function and clinical applicability, Simulation center |
| 05/2010 - Present | Lung Isolation in Thoracic Surgery, Instructor |
| 08/2010 - 2011 | Perioperative managment of Aortic Dissections, Lecture and Group discussion, Fellows lecture room |
| 08/2010 - 07/2011 | Postoperative managment of Cardiac surgery patients, lecture and group discussion, Fellows confrence room |
| 09/2010 - Present | Echo in the ICU |
| 10/2010 - Present | Neuroprotection and Cardiac Surgery |
| 11/2010 - Present | Modes of Ventilation in the ICU and OR |
| 12/2010 - Present | ICU for Cardiac Surgery |
| 02/2011 - 02/2011 | Vasoplegia in the Cardiac operating Rooms, Lecture and group discussion |
| 04/2011 - Present | ICU and Cardiac Surgery |
| 05/2011 - Present | ICU and Cardiac Surgery |
| 10/2011 - Present | ICU for Cardiac Surgery |
| 12/2011 - Present | Lung Isolation in Thoracic Surgery |
| 02/2012 - Present | Pulmonary Hypertension |
| 02/2012 - Present | Vasoplegia in the OR and ICU |
| 02/2012 - 02/2013 | Vasoplegia in Cardiac surgery, Lecturer, Monthly lecture on Vasoplegia in CT surgery and Critical Care |
| 09/2012 - Present | Echo Bootcamp for ICU fellows, Course Director, Vanderbilt University, Developed a two day course to acclimate and familirize fellows in the perioperative use of echocardiography and ultrasound for criticaly ill patients. |
| 12/2012 - 2013 | Right Heart Dysfunction in the Operating Room, Lecturer, Lectured for one hour on Right heart failure in the perioperative enviorment |
| 01/2013 - 01/2013 | Medical Student UImmersion COurse: Managment of valvular disorders, Lecturer, Vanderbilt University, Taught A small group case based one hour lecture on valvular abnormalities |

## Other Significant Activities

| | |
|---|---|
| 02/2012 | Blood conservation in the ICU: Developed evidence based approach to Factor VIIa utilization and product managment .This has led to the dramatic reduction in the utilization of Factor VIIa with a costs savings of about half a million dollars in factor VIIa alone. |
| 07/2012 | Course director for Critical Care fellows rotation in Ultrasound/echo: Developed syllabus, course and lecture series for ICU fellows to become proficent in the use of Cardiac, thoracic and occular ultrasound. |
| 11/2012 | Extra-Corpereal Life Support Course : Veno-venous ECMO Course for adult Respitory failure |
| 01/2013 | Medical director of Clinical Perfusion- Vanderbilt University: Clinicl Director of Perfusion- Act as a liason for perfusionist and help to develop protocls for ECMO and transfusion services for VHVI |

## Honors / Awards

| | |
|---|---|
| 2003 | Alpha Omega Alpha Honor Society |
| 2004 | Top Ten Teacher of the Year Award, Department of Anesthesiology UAB |

## Publications

### Non-Peer Reviewed Publications

#### Abstracts
1. Costello W, Billings F, Bick J, **Kennedy J**, Wagner C. Transesophageal Echocardiography as a Hemodynamic Monitor in Post Operative Cardiac Surgery Patients. 2011 Oct.

### Research Articles
1. **Kennedy JD**, Sweeney TA, Roberts D, O'Connor RE. Effectiveness of a medical priority dispatch protocol for abdominal pain. 2003 Jan;89-93. PMID: 12540150.

### Book Chapters
1. Wagner, Ashby, Kennedy. Anesthesiology: A comprehensive Review for the Written Boards and Recertification Edited by Kai Matthes, Richard Urman, and Jesse Ehrenfeld . 2012 Nov;Chapter 20.

## Presentations

### Invited Presentation - Regional
1. Tennessee perfusionist society. Nashville, Tennessee. 2011 Sep 24; Colloids vs. Crystaloids in Cardiac surgery.

### Internal Grand Rounds
1. Grand Rounds Department of Anesthesiology. Nashville, Tennessee. 2013 Feb 1; Perioperative managment of Right Ventricular failure.

### Presentations at Scientific Meetings
1. Costello, Bick, Wagner, Billings, ASA-SOCCA. American Society of Anesthesiologist; Chicago, Illinois, 2011 Oct; Transesophageal Echocardiography as a Monitor in Post Operative Cardiac Surgery Patients.