In the Matter Of:

DANIEL LOVELACE and HELEN LOVELACE Vs.

PEDIATRIC ANESTHESIOLOGISTS

ROBERT MARSCH

June 09, 2014



riverside
R E P O R T I N G

22 North Second Street/Suite 303, Memphis, TN, 38103  (901) 527-1100

```
 1        IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
 2     _____

 3    DANIEL LOVELACE and
      HELEN LOVELACE, Individually,
 4    and as Parents of BRETT LOVELACE,
      Deceased,
 5
         Plaintiff,
 6
      Vs.              Case No. 2:13-cv-02289 dkv
 7
      PEDIATRIC ANESTHESIOLOGISTS, PA;
 8    BABU RAO PAIDIPALLI and MARK P.
      CLEMONS,
 9
         Defendants.
10    _____

11

12        THE DEPOSITION OF ROBERT E. MARSCH, CPA
                      June 9, 2014
13                  VIDEO DEPOSITION

14

15

16

17

18

19

20

21
      _____
22              Madelyn E. Gray
                Court Reporter
23       Suite 303, 22 N. Second Street
           Memphis, Tennessee 38103
24              (901) 527-1100
```

1   The deposition of Robert E. Marsch taken
2   on behalf of the Defendants, pursuant to
3   Consent, on June 9, 2014, beginning at
4   approximately 1:30 PM in the law offices of
5   Mark Ledbetter, 254 Court Avenue, Suite 305,
6   Memphis, Tennessee.
7       This deposition is taken in accordance
8   with the terms and provisions of the Tennessee
9   Rules of Civil Procedure.
10      All forms and formalities are waived,
11  and objections as to relevancy, materiality
12  and competency are reserved, to be presented
13  at or before the hearing.  Objections as to
14  the form of the question must be made at the
15  time of the taking of the deposition.  The
16  signature of the witness is not waived.
17
18
19
20
21
22
23
24



Riverside Reporting Services | 901.527-1100

```
         DANIEL LOVELACE and HELEN LOVELACE Vs. PEDIATRIC ANESTHESIOLOGISTS
         MARSCH, ROBERT on 06/09/2014                                                3

 1                  - APPEARANCES -

 2     For the Plaintiff:

 3     MR. MARK LEDBETTER
       Attorney at Law
 4     254 Court Avenue, Suite 305
       Memphis, TN 38103
 5
       For the Defendants:
 6
       MR. KIMBROUGH JOHNSON
 7     Attorney at Law
       Lewis Thomason
 8     2900 One Commerce Square
       Memphis, TN 38103
 9
       For Pediatric Anesthesiologists:
10
       MR. W. BRADLEY GILMER
11     Attorney at Law
       The Hardison Law Firm
12     119 South Main Street, Suite 800
       Memphis, TN 38103
13

14

15

16

17

18

19

20

21

22

23

24
```



Riverside Reporting Services | 901.527-1100

```
 1
                      - INDEX -
 2
       WITNESS:                           PAGE NUMBER
 3
           ROBERT E. MARSCH, CPA
 4
       Direct Examination
 5     By Mr. Johnson--------------5

 6     Cross-Examination
       By Mr. Gilmer---------------73
 7
       Cross-Examination
 8     By Mr. Ledbetter------------82

 9
       EXHIBITS
10     Exhibit 1-----------------------6
       Exhibit 2-----------------------6
11     Exhibit 3-----------------------14
       Exhibit 4-----------------------14
12     Exhibit 5-----------------------15
       Exhibit 6  ---------------------16
13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1   Q.   Well, other than the fact that, that you
 2   understand that he was being home schooled, do
 3   you know anything else about his grades or
 4   educational accomplishments?
 5   A.   Not specifically.  No.
 6   Q.   Why did you ask for that information
 7   then?
 8   A.   Well, for instance, if his grades were
 9   such that it was, let's say he was seventeen
10   years old, had one, only one additional year
11   of high school, he was in college preparatory
12   classes, he was getting all A's and B's, then
13   I would probably make sure at least that I
14   included the calculation for a bachelors
15   degree.  Or sometimes, I mean, you could even
16   make perhaps a justification if he had a
17   specific career set out.  You could make a
18   justification for calculating an economic loss
19   based on a specific career aspiration.  So I
20   typically will ask for that information.  It
21   doesn't mean I always get it, but I'll often
22   ask for it.
23   Q.   Well, in this case, you didn't get it,
24   did you?
```



DANIEL LOVELACE and HELEN LOVELACE Vs. PEDIATRIC ANESTHESIOLOGISTS
MARSCH, ROBERT on 06/09/2014                                              12

```
 1   A.   No.
 2   Q.   And so you didn't factor in his mental or
 3   educational accomplishments, or lack thereof.
 4   Is that a fair statement?
 5   A.   That's correct.  I treated him as the
 6   average statistical individual and provided
 7   earnings for a range of different educational
 8   attainments.
 9   Q.   In a broad sense, what are the, what are
10   these documents that are attached to the
11   e-mail that I just referenced?
12   A.   Those are work papers.  They're entitled
13   age earnings.  They are a set of documents for
14   different levels of educational attainment
15   that take statistical data on earnings by five
16   year intervals and enable me to compute what
17   the earnings would be at different ages.
18   Q.   All right.  I believe that what you
19   handed me, it's says preliminary draft dated
20   5/14.  Is this your most up-to-date report?
21   A.   It is.
22   Q.   Okay.  And then there's a stack of
23   documents that has some handwritten
24   information on the front.  Is that yours?
```



```
 1   assumptions will be, would be applicable in
 2   this case, do you?
 3   A.   I'm not going to second guess the jurors'
 4   decision with regard to where in that range of
 5   earnings it would be appropriate to put Brett.
 6   Q.   You could have made a fourth category --
 7   well, at least another calculation based on
 8   this statistical information involving a white
 9   male who does not complete high school,
10   couldn't you?
11   A.   I could have.  On the other hand, he is
12   home schooled.  And so the statistics
13   available for those who are home schooled are
14   not readily available.  In other words, I
15   don't have age earnings data for home schooled
16   children.  I do know that home schooled kids
17   have a somewhat higher likelihood of attending
18   college than a high school kid.  But I don't
19   have age earnings data for home schooled
20   children so I have not used it.
21   Q.   So the same source that you used for high
22   school graduate, some college, and college
23   graduate, it doesn't have that same
24   information regarding someone who has not
```



```
 1   completed high school?
 2   A.   Well, it has high school dropouts.  But I
 3   don't know how you become a home schooled
 4   dropout.  Assume that home schooled kids,
 5   they, they take tests which gives them some
 6   sort of certificate for essentially having
 7   completed high school.  But I don't know that
 8   they are what I would call a high school
 9   graduate.
10   Q.   Well --
11   A.   So I don't know what, you know, a home
12   schooled dropout would be.  And I'm not sure
13   at all a home school dropout would be the same
14   set of earnings as that for a, you know, high
15   school drop out.
16   Q.   Well, if you have a GED, doesn't that at
17   least tell someone that that person has the
18   equivalent of a high school education?
19   A.   Yes.  Some of those statistics combine
20   high school and GED educational attainments
21   together.  That's correct.
22   Q.   Okay.  But if someone drops out, whether
23   they're dropping out from home school or
24   dropping out from formal school, that's a high
```



DANIEL LOVELACE and HELEN LOVELACE Vs. PEDIATRIC ANESTHESIOLOGISTS
MARSCH, ROBERT on 06/09/2014
33

```
 1  school dropout, isn't it?
 2  A.   I don't know that I would consider that.
 3  I don't know -- you know, when you talk about
 4  ninth grade and tenth grade, I don't know
 5  where that comes within the home school side
 6  of things.  I'm simply not an expert on home
 7  school, and there's not a whole lot of
 8  statistics with regard to the educational
 9  attainment of those who are home schooled that
10  I feel comfortable relying on it.
11            Moreover, if you look at the
12  statistics for high school, you're talking
13  about 70 percent.  And you can compute them
14  based on the data that I gave you.  But you're
15  looking at -- well, let's be specific.
16            If you look at those with a high
17  school education -- excuse me.  Look at those,
18  I'm sorry, with a high school, ninth to
19  twelfth non-graduate.  Out of 54 million
20  people, there's only 2.298 that have ninth to
21  twelfth non-graduate.  And another 487,000
22  that have less than ninth grade.
23            So the numbers that you're talking
24  about, while you could have included a range
```



Riverside Reporting Services | 901.527-1100

```
 1   statistically, not only do I not have data for
 2   home school, the statistical number of those
 3   folks that don't graduate from high school is
 4   insignificant compared to the other ranges for
 5   which I've provided data.
 6   Q.    All right.  Do you think that it would be
 7   advantageous, from a potential earnings
 8   category, that Brett failed kindergarten, was
 9   diagnosed with a learning disability, by the
10   time he was in the sixth grade he could only
11   read on a second grade level?  Do you think
12   that that says a lot about his potential
13   earning --
14             MR. LEDBETTER:  Object as to form.
15   You can answer.
16             THE WITNESS:  I don't have an
17   opinion on that.  That requires the expertise
18   from a medical perspective or a vocational
19   expert perspective, and I'm not trained in
20   either fields.
21   Q.    (BY MR. JOHNSON:)  Well, you're using it
22   in part of your calculations there, a high
23   school graduate; correct?
24   A.    Correct.
```



Riverside Reporting Services | 901.527-1100

1  Q.   Okay.  If you can't read but on a second
2  grade level, you're not going to be a high
3  school graduate, are you?
4  A.   Well, it depends on what age you're
5  talking about and how long you have to get
6  through high school.  If you're talking about
7  someone who was in grade school or even in
8  ninth grade, they may well improve their
9  reading.  And in fact, I would have to say at
10 the University of Arkansas, we have folks that
11 start college whose reading, they had to go
12 through remedial reading just to survive in
13 college at Fayetteville.  And so I don't think
14 that's determinative of how far one would get
15 in their educational attainment.
16 Q.   It's not a good sign though, is it?
17 A.   Well, again, you're beyond my --
18 Q.   Would you answer me, sir, with you
19 answer.  It's not a good sign, is it, if you
20 can't read but on a second grade?
21           MR. LEDBETTER:  Object as to the --
22           THE WITNESS:  At what age?  If
23 you're saying at age, at sixth grade, if you
24 can't read --



```
 1   Q.   (BY MR. JOHNSON:)  Yes.
 2   A.   -- at seventh grade level.
 3   Q.   Yes.
 4   A.   No.  I would say if you, if your reading
 5   is slow, that's not a good sign.  Whether it
 6   means a difference in your earnings or not,
 7   no.  I don't have an opinion.
 8   Q.   If you wanted to, could you prepare a
 9   fourth column on people who have not graduated
10   from high school?
11   A.   Yes.  You could look at the same data
12   that I looked at and calculate the age
13   earnings data for a ninth to twelfth grade, or
14   a non-ninth grade graduate as to -- as I said,
15   the statistical likelihood of that is not
16   great, but you certainly can calculate it.
17   Q.   All right.  And in round numbers, the
18   overall earning capacity of someone in that
19   category, one who has not graduated from high
20   school, is what, in the range of 25 percent
21   less than a high school graduate?
22   A.   Average earnings of a graduate, including
23   GED, is 42,157.  High school, ninth to twelfth
24   is 26,833.  So 25 percent less.  Actually, it
```



1  shows less than ninth grade as being an
2  average of 33,659, even greater than that with
3  a ninth to twelfth grade non-grad.  But would
4  it be less?  Yes.  I haven't calculated
5  whether it would be 25 percent or not, but
6  that may be close.
7  Q.   In round numbers, that's good enough,
8  isn't it?
9  A.   That may be close.  I would like to
10 calculate it, but I am -- that may be correct.
11 Q.   Well, you said 42,000 versus?
12 A.   28.  Well, if you took the average of
13 them, you would be looking at the average of
14 33 and 26.  So I would say 30, 42 to 30,
15 that's 12 divided by 42.  Yeah.  It would be
16 25 percent.
17 Q.   Okay.  I'm not an economist, but I did
18 figure that up.  Will you accept that?
19 A.   Yes.
20 Q.   Okay.  Thank you.  Now, in making your
21 calculations, you intended to replace what
22 Brett might have earned in his lifetime;
23 correct?
24 A.   I didn't intend to replace.  I simply



Riverside Reporting Services | 901.527-1100