**<u>EXHIBIT A</u>**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICTOF TENNESSEE
## WESTERN DIVISION

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

     Plaintiffs,

v.                      No. 2:13-cv-02289-dkv

PEDIATRIC ANESTHESIOLOGISTS, P.A.,
BABU RAO PAIDIPALLI AND MARK P. CLEMONS,

     Defendants.

## RULE 26(a)(2) EXPERT DISCLOSURES OF
## DEFENDANTS PEDIATRIC ANESTHESIOLOGISTS, PA,
## AND BABU RAO PAIDIPALLI, M.D.

COME NOW the defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D., by and through counsel of record, in accordance with *Fed. R. Civ P.* 26(a)(2) and the Scheduling Order entered in this cause, discloses expert witnesses and the expert opinions as follows:

The following experts are expected to testify at trial for these defendants in this cause under Federal Rules of Evidence 702, 703 and 705:

Timothy W. Martin, M.D. – Pediatric Anesthesiologist
Arkansas Children's Hospital
1 Children's Way
Sturgis - Slot 203
Little Rock, AR 72202
(501) 320-1100

Ira Landsman, M.D. – Pediatric Anesthesiologist
Tri-Star Centennial Women & Children's Hospital
315 Whitworth Way
Nashville, TN 37205
(615) 327-7870

Dwayne Accardo, CRNA – Medical Anesthesia Group
55 Clover Ridge Drive
Piperton, TN 38017
(901) 830-6644

Diane Dowdy, RN
Baptist Hospital Collierville, PACU nurse
1500 W. Poplar Avenue
Collierville, TN 38017
(901) 861-9000

Edward L. Brundick, III, Economist
6490 South Shadow Oaks Circle
Memphis, TN 38119
(901) 481-0059

These defendants may also rely on any treating physician or nurse previously identified or any treating physician called by the plaintiffs to offer testimony consistent with their medical records. These defendants reserve the right to elicit, by way of direct examination or cross-examination, opinion testimony from any experts designated and/or called by other parties to this lawsuit. In so cross-designating plaintiffs' and co-defendant's experts as witnesses these defendants may call, this shall not be deemed as an acknowledgement that such witnesses are qualified as experts in their respective fields of specialty or in the area in which these defendants may elicit testimony.

This designation is intended to provide a basic summary of the opinions which these defendants anticipate the witnesses will offer. It is not intended to be an exhaustive or complete recitation of each and every opinion or belief that the designated witness may offer. Many opinions may be offered in response to questions posed by opposing counsel and cannot

reasonably be anticipated until such time as the expert is deposed or questioned at the time of trial. In addition to the opinions set forth herein, these expert witnesses are expected to comment upon and refute the opinions, to the extent of their expertise, of any expert witness of the Plaintiff or another party who has opinions contrary to those set forth herein

This defendant reserves the right to supplement this designation as additional information becomes available. The experts identified by these defendants may adopt and rely upon the opinions expressed by all other experts disclosed by the defendants in this matter.

Pursuant to Federal Rule of Civil Procedure 26 (2) (B) (i) through (vi), and subject to the above, defendants have attached the written reports for each expert summarizing the opinions the witness will express and the basis for the opinion; the facts or data considered in forming their opinions, the witnesses' qualifications (CV's), testimonial history in the last four years, and fee schedule.

This defendant reserves the right to supplement this disclosure as may be warranted by further discovery or proof to be adduced in this case.

Respectfully submitted,

THE HARDISON LAW FIRM, P.C.

By:   s/ W. Bradley Gilmer
      JERRY O. POTTER (4284)
      W. BRADLEY GILMER (21490)
      Attorneys for Defendants,
      Pediatric Anesthesiologists, P.A. and
      Babu Rao Paidipalli, M.D.
      119 S. Main Street, Suite 800
      Memphis, Tennessee 38103
      (901) 525-8776
      jpotter@hard-law.com
      bgilmer@hard-law.com

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via the Court's electronic filing system upon:

Mark Ledbetter, Esq.                          J. Kimbrough Johnson, Esq.
Halliburton & Ledbetter                       Marcy Dodds Magee, Esq.
Attorney for Plaintiffs                       Attorneys for Defendant, Mark P.
254 Court Avenue                              Clemons, M.D.
Suite 305                                     Thomason, Hendrix, Harvey, Johnson &
Memphis, TN 38103                             Mitchell, PLLC
                                              2900 One Commerce Street
                                              Memphis, TN 38103


this 9th day of May, 2014.


                                    s/ W. Bradley Gilmer
                                    W. BRADLEY GILMER

# Arkansas Children's Hospital
## changing children's lives

®

1 Children's Way, Slot 203 • Little Rock, AR  72202-3591 • 501-364-1110 or TDD 501-364-1184
www.archildrens.org

**DIVISION OF PEDIATRIC ANESTHESIOLOGY AND PAIN MEDICINE**
**501-364-2933   •   FAX   501-364-2939**

Timothy W. Martin, MD, MBA, FAAP
Professor / Chief

Michael L. Schmitz, MD
Professor / Vice Chief

J. Michael Vollers, MD
Professor / Vice Chief

Jesus S. Apuya, MD
Professor

Winston Y. Ota, MO
Professor

Patti J. Kymer, MD
Associate Professor / Vice Chief

J. Grady Crosland, MD
Associate Professor

Shirley N. D'Souza, MD
Associate Professor

Abid Ul Ghafoor, MD
Associate Professor

Lisa Kulkarni, MD
Associate Professor

Anne Marie Oriisel, MD
Associate Professor

Tariq Patray, MD
Associate Professor

Taragih S. Sangari, MD
Associate Professor

M. Saif Siddiqui, MD
Associate Professor

W. Bryan Watkins, MD
Associate Professor

Edwin Abraham, MD
Assistant Professor

Jennifer Aunspaugh, MD
Assistant Professor

Robert C. "Rob" Baker, MD
Assistant Professor

Christie Burnett-Yarnell, MD
Assistant Professor

Rahul DasGupta, MD
Assistant Professor

Terry G. Fletcher, MD
Assistant Professor

Joe Jansen, MD
Assistant Professor

Jennifer Hamrick, MD
Assistant Professor

Justin Hamrick, MD
Assistant Professor

Hani Hanna, MD
Assistant Professor

James Hant, MD
Assistant Professor

Juliane Lee, MD
Assistant Professor

Robin Norris, MD
Assistant Professor

Whit Robben, MD
Assistant Professor

Kim Potest-Schwartz MD
Assistant Professor

Sara Tariq, MD
Assistant Professor

Lori Thompson, MD
Assistant Professor

Michael W. White, MD
Assistant Professor

Jonida Zeqo, MD
Assistant Professor

May 1, 2014

RE:     Report of Expert Opinions in the matter of *Daniel Lovelace and Helen Lovelace, Individually, and as Parents of Brett Lovelace, deceased v. Pediatric Anesthesiologists, P.A., Babu Rao Paidipalli, M.D. and Mark Clemons, M.D.*

I am Timothy W. Martin, M.D., a pediatric anesthesiologist practicing in Little Rock, Arkansas.  My qualifications, including a list of all publications authored in the previous 10 years, are set forth in my CV attached hereto.  I was licensed and practicing in a contiguous state to Tennessee within one year prior to the events subject to this lawsuit.

I have not testified in as an expert at trial or by deposition in the past 4 years. My charges for testifying are $100 per hour for review and $ 400 per hour for testifying at deposition or trial plus associated expenses.

In formulating the opinions I hold in this case I reviewed the following:

1.     Medical records for the hospitalization of March 12, 2012 through March 14, 2012 from LeBonheur Children's Medical Center;
2.     Deposition testimony of Dr. Paidipalli and Dr. Clemons;
3.     Deposition testimony of Helen Lovelace and Daniel Lovelace and siblings;
4.     Photographs of Brett Lovelace;
5.     Expert reports of Plaintiff's Experts;
6.     Agreed Order from the Tennessee Board of Nursing; and
7.     Complaint

I am familiar with the recognized standard of acceptable professional practice for anesthesiologists and CRNAs providing anesthesia care in a children's hospital to patients such as Brett Lovelace undergoing a tonsillectomy/adenoidectomy as it existed in March 2012 in Memphis, Shelby County, Tennessee.

*A major teaching affiliate of the University of Arkansas for Medical Sciences*

The facts considered in forming my opinions are as follows:

Brett Lovelace was a 12 year old male referred to in the records as obese, but who according to the records was 174 centimeters tall and weighed 81 kilograms, which equals a body mass index of approximately 24 – 26. The records indicate that the patient had asthma but had not had a recent wheezing episode. The patient was a reasonable candidate for the surgery performed – a tonsillectomy/adenoidectomy.

The patient was awake and ventilating adequately at the time of extubation. The vital signs recorded at the bottom right corner of the anesthesia record indicate that the patient was breathing adequately at the time the patient was leaving the OR. At that time (10:35 a.m.), the patient's recorded vital signs were: blood pressure – 126/47, pulse – 118, respiratory rate – 22, and oxygen saturation – 100% on room air, all of which are good. The care of the patient was then transferred to the PACU nurse, Kelly Kish. The initial records in the PACU also indicate that the patient was breathing adequately at that time. The patient was stable at the time of transfer to the PACU. According to the father, the pulse oximeter began beeping approximately 10 minutes after arrival in the PACU.

At some point, either while in route to the PACU or upon arrival in the PACU, Brett Lovelace turned to a prone position. Due to an airway obstruction that persisted over a period of 30 – 45 minutes or perhaps up to an hour while the patient was in the PACU, the patient suffered hypoxia, hypercarbia, cardiac arrest and ultimately death. The PACU nurse never attempted to notify the anesthesiologist of any problem until after the patient "coded", at which point the anesthesiologist (Dr. Paidipalli) promptly responded to the call, but the patient had to be resuscitated.

The opinions I will express at trial are as follows:

It is my opinion that the care and treatment provided by Dr. Paidipalli and the Anesthesia team complied with the recognized standard of acceptable professional practice in Memphis, Shelby County, Tennessee in March 2012. It is further my opinion that the PACU nurse, Kelly Kish deviated from the standard of care causing injury to the patient. My opinions are based upon my education, training, experience as well as my review of the records, pleadings and depositions in this case. I disagree with plaintiff's expert, Dr. Jason Kennedy and will refute those opinions.

Specifically, it is my opinion that Dr. Paidipalli met the standard of care in removal of the endotracheal tube. I disagree with Dr. Kennedy's opinions on the relevance of the tidal volumes. Tidal volumes increase rapidly during the last 5-10 minutes of the case and do not provide accurate data during extubation. The records show that the patient was awake and ventilating adequately. The patient was following commands to open his eyes and take a deep breath. It is my opinion that the patient was appropriately monitored in the OR and that the anesthesia care complied with the standard of care in all respects.

I disagree with the opinions of Dr. Kennedy regarding the patient's CO2 level. Dr. Kennedy states Brett's CO2 level was 56 (and opines that it was likely higher by speculating using the ABG's done at the time of the code) There was nothing unusual about Brett's CO2 level in the OR. CO2 retention is expected and normal for a patient like Brett who is obese and has sleep apnea and spontaneously ventilating at the end of a case.

Regarding the patient's repositioning himself to a prone position at some point following the surgery, it is my opinion that it is not unusual for children to roll onto their stomachs or onto their sides after extubation; generally patients turn to whatever position is most comfortable for the patient and it is not a deviation from the standard of care to allow a patient to reposition himself to a prone position so long as the patient is being monitored to insure that his head is turned to the side a little bit. The PACU nurse would have had the responsibility to monitor the patient's position and whether the patient's vital signs remained stable and airway patency in that position. In this case, the PACU nurse failed to properly monitor the positioning of the patient.

After the care of a stable patient is transferred to the PACU nurse, the standard of care for anesthesiologists is to remain available if requested to assist in the care of the patient in the PACU if notified of a problem with the patient. The standard of care does not require the anesthesiologist to assess, monitor, or assist with the care of the patient in the PACU, unless the PACU nurse requests the anesthesiologist to do so. Anesthesia personnel depend on the recovery room staff to adequately monitor the patient and that is in compliance with the standard of care.

I disagree with Dr. Kennedy's opinion that the standard of care required oxygen supplementation in the PACU. It is not the standard of care to require patients to be sent from the operating room to the PACU with supplemental oxygen and the majority of the time patients are not on supplemental oxygen. If the patient has difficulty maintaining SATs in the OR then the anesthesia provider may order oxygen supplementation. In this case, Brett's O2 sat was 100% when he left the OR and when he was brought to the PACU. The records show that Brett's O2 sat was still 100% when CRNA Freeman left the PACU after having turned over the care of the patient to the PACU nurse.

It is my opinion that the pre-operative management, intra-operative management, and post-operative management in the operating room, were appropriate and complied with the recognized standard of acceptable professional practice as it existed in Memphis, Tennessee in March 2012.

It is my opinion that there was gross negligence on the part of the PACU nurse, Kelly Kish as she failed to properly monitor the patient and failed to notify the anesthesia team when the patient's condition changed.

Timothy W. Martin, M.D., MBA
Professor of Anesthesiology
Cleveland C. Burton Endowed Chair in Pediatric
Anesthesiology
Vice Chair for Education and Administration
Department of Anesthesiology
UAMS College of Medicine

Chief, Division of Pediatric Anesthesia
Arkansas Children's Hospital

## Timothy W. Martin, M.D., MBA
Professor and Chief, Division of Pediatric Anesthesiology
Cleveland C. Burton Endowed Chair in Pediatric Anesthesiology
University of Arkansas for Medical Sciences
Arkansas Children's Hospital
Division of Pediatric Anesthesiology and Pain Medicine
1 Children's Way, Slot 203
Little Rock, Arkansas 72202
Office (501) 364-3933
Fax (501) 364-6263
martintimothyw@uams.edu

**Graduate Medical Education**

Pediatric Anesthesia Fellowship                                     July 1987-June 1988
Department of Anesthesiology
Children's Hospital Medical Center
University of Cincinnati College of Medicine
Cincinnati, Ohio

Anesthesiology Residency                                            July 1985-June 1987
Department of Anesthesiology
Wilford Hall USAF Medical Center
Lackland Air Force Base
San Antonio, Texas

Rotating Internship                                                 July 1984-June 1985
Department of Medicine
Wilford Hall USAF Medical Center
Lackland Air Force Base
San Antonio, Texas

**Education**

MBA (Master of Business Administration)                             Dec 1997-May 1999
College of Business
University of Arkansas at Little Rock
Little Rock, Arkansas

M.D. (Doctor of Medicine)                                           April 1978-June 1984
Combined six-year B.A./M.D. Program
School of Medicine
University of Missouri at Kansas City
Kansas City, Missouri

B.A. (Biology, with Distinction)                                    August 1978-July 1982
Combined six-year B.A./M.D. Program
College of Arts and Sciences
University of Missouri at Kansas City
Kansas City, Missouri

Revised 12/23/2013

**Academic Appointments**

Cleveland C. Burton Endowed Chair                                    March 2011-present
  in Pediatric Anesthesiology
  Arkansas Children's Hospital
  University of Arkansas for Medical Sciences

Professor of Anesthesiology (with Tenure)                            July  2003-present
Clinical Educator Pathway
Department of Anesthesiology
College of Medicine
University of Arkansas for Medical Sciences
Little Rock, Arkansas

                                                                     September  2002-present
Vice-Chair for Education and Administration
Department of Anesthesiology
College of Medicine
University of Arkansas for Medical Sciences
Little Rock, Arkansas

Associate Professor of Anesthesiology (with Tenure)                  July 1997-June 2003
Clinical Educator Pathway
Department of Anesthesiology
College of Medicine
University of Arkansas for Medical Sciences
Little Rock, Arkansas

Assistant Professor of Anesthesiology                                October 1993-June 1997
Clinical Educator Pathway
Department of Anesthesiology
University of Arkansas for Medical Sciences
Little Rock, Arkansas

Vice-Chairman                                                        July 1992-Sept 1993
Department of Anesthesiology
Wilford Hall USAF Medical Center
Lackland Air Force Base
San Antonio, Texas

**Other Positions and Employment**

Chief                                                                March 1996-present
Division of Pediatric Anesthesia and Pain Medicine
Arkansas Children's Hospital

**Other Positions and Employment, continued**

| | |
|---|---|
| Associate Chief<br>Division of Pediatric Anesthesia and Pain Medicine<br>Arkansas Children's Hospital | June 1995-March 1996 |
| Staff Anesthesiologist<br>Division of Pediatric Anesthesiology and Pain Medicine<br>Arkansas Children's Hospital | October  1993-present |
| Director of Clinical Anesthesia Services<br>Wilford Hall USAF Medical Center<br>Lackland AFB, San Antonio, Texas | July 1991-July, 1992 |
| Affiliate Faculty<br>Advanced Cardiac Life Support (ACLS)<br>American Heart Association<br>Wilford Hall USAF Medical Center<br>Lackland AFB, San Antonio, Texas | July 1990-Sept 1993 |
| Chief<br>Section of Pediatric Anesthesia<br>Department of Anesthesiology<br>Wilford Hall USAF Medical Center<br>Lackland AFB, San Antonio, Texas | August 1988-Sept 1993 |
| Staff Anesthesiologist<br>Department of Anesthesiology<br>Wilford Hall USAF Medical Center<br>Lackland AFB, San Antonio, Texas | August 1988-Sept 1993 |

**Military Service**

| | |
|---|---|
| United States Air Force Reserve (Retired)<br>Permanent Rank of Colonel<br>Air Reserve Personnel Center<br>Denver, Colorado | September  2004-present |
| United States Air Force Reserve (Medical Corps)<br>Individual Mobilization Augmentee (IMA)<br>Wilford Hall Medical Center / 59th Medical Wing<br>Lackland AFB, Texas | October 1993-Sept 2004 |
| United States Air Force (extended active duty, Medical Corps)<br>Wilford Hall Medical Center / 59th Medical Wing<br>Lackland AFB, Texas | June 1984-Sept 1993 |

**Military Service, continued**

United States Air Force Reserve (Medical Services Corp)          July 1980-May 1984
Health Professions Scholarship Program (HPSP)
Air Reserve Personnel Center (ARPC)
Denver, Colorado

## Certification and Licensure

Diplomate, American Board of Anesthesiology                    1988-indefinite
Recertification, American Board of Anesthesiology              2003-2013
Maintenance of Certification in Anesthesiology (MOCA)          2014-2023
Certification (subspecialty) in Pediatric Anesthesiology       2013-2023

Arkansas State Medical License (active)                        1993-present

Ohio State Medical License (active)                            1987-present

Texas State Medical License (active)                           1998-present

Kentucky State Medical License (inactive)                      2001-present

## Professional Memberships and Activities

Arkansas Medical Foundation, Board of Directors                2007-present
Vice-President                                                 2010-2013
Member                                                         2007-present

American Board of Anesthesiology (ABA)                         2006-present
Associate Examiner                                             2009-2016

Associate Editor: *Anesthesia and Analgesia*                   2011-2013

Journal Article Reviewer: *Anesthesia and Analgesia*           1996-present

Society for Education in Anesthesia (SEA)                       2006-present
Member

Journal Article Reviewer: *Pediatrics*                         2005-present

Journal Article Reviewer: *Journal of Pediatrics*              2013-present

Arkansas Medical Society                                       2003-present
Member

**Professional Memberships and Activities, continued**

| | |
|---|---|
| American College of Physician Executives (ACPE)<br>Member | 1995-present |
| Arkansas Society of Anesthesiologists (ARSA)<br>Member | 1994-present |
| Society for Pediatric Anesthesia (SPA)<br>Member | 1987-present |
| American Society of Anesthesiologists (ASA)<br>Member | 1986-present |
| International Anesthesia Research Society (IARS)<br>Member | 1986-present |
| American Medical Association (AMA)<br>Member | 1984-present |

**Honors and Awards**
**UAMS Faculty Service**

| | |
|---|---|
| Cleveland C. Burton Endowed Chair in Pediatric Anesthesiology<br>University of Arkansas for Medical Sciences<br>Arkansas Children's Hospital | 2011-present |
| "Red Sash" Award<br>Recognition for Excellence in Medical Student Education<br>University of Arkansas for Medical Sciences<br>College of Medicine | 1995<br>2012 |
| "Golden Apple" Award<br>Recognition for Excellence in Resident Education<br>University of Arkansas for Medical Sciences<br>College of Medicine | 2002, 2003 |
| Selected for inclusion in the list of "Best Doctors in the<br>United States"<br>Best Doctors, Inc.<br>Aiken, South Carolina | 1996, 1999, 2002<br>2004,2006,2008,<br>2010,2012 |

**Military Service**

| | |
|---|---|
| Meritorious Service Medal | 1993, 1999 |

**Military Service, continued**

| | |
|---|---|
| Outstanding Graduate<br>United States Air Force Air War College<br>Maxwell AFB, Alabama | 1998 |
| Staff Physician of the Quarter<br>Wilford Hall USAF Medical Center | 1991 |

**Business School**

| | |
|---|---|
| Voted "Outstanding EMBA Student" by faculty and other students<br>University of Arkansas at Little Rock<br>College of Business | 1999 |
| Inducted into Beta Gamma Sigma<br>The National Honor Society of the American Assembly of<br>Collegiate Schools of Business<br>University of Arkansas at Little Rock<br>College of Business | 1999 |

**Residency and Fellowship**

| | |
|---|---|
| Chief Resident, Department of Anesthesiology<br>Wilford Hall USAF Medical Center | 1986-1987 |
| Robert D. Dripps, M.D. Award<br>"Outstanding Graduate Resident" in Anesthesiology<br>University of Cincinnati College of Medicine | 1988 |

**Medical School and College**

| | |
|---|---|
| Phi Kappa Phi Honor Society | 1981 |
| Omicron Delta Kappa Honor Society | 1982 |
| John Hunter Award for Academic Excellence in Anatomy | 1981 |
| Vice-Chancellor for Student Affairs Honors Recognition Award | 1984 |
| Missouri State Medical Association Honors Graduate Award | 1984 |
| Inducted into Alpha Omega Alpha<br>National Medical Honor Society<br>(AOA Delta Chapter at UMKC School of Medicine Chartered after<br>1984) | 2002 |

**Community Service Awards**

| | |
|---|---|
| Governor's Volunteer Excellence Award | 2005 |
| State of Arkansas | |
| | |
| Louise Loughborough Award | 2005, 2011 |
| Historic Arkansas Museum | |
| Little Rock, Arkansas | |

**Committee Assignments and Administrative Service**
**Arkansas Children's Hospital**

| | |
|---|---|
| Chief of Medical Staff | July 2011-June 2013 |
| Arkansas Children's Hospital | |
| | |
| Vice Chief of Medical Staff | January  2010-June 2011 |
| Arkansas Children's Hospital | |
| | |
| Medical Staff Leadership Committee | January 2010-present |
| Chair | July 2011-June 2013 |
| | |
| Patient Care Committee | August 1994-June 1999 |
| | July 2011-present |
| Peer Review and Risk | |
| Management Committee | July 2011-present |
| | |
| Quality and Patient Safety Committee Member | July 2011-present |
| | |
| Respiratory Care Services Council | July 2005-present |
| | |
| CEO Leadership Group | July 2005-June 2013 |
| Member | |
| | July 2011-June 2013 |
| Arkansas Children's Hospital Leadership Council | |
| | |
| Patient Safety Steering Committee | |
| Member | July 2008-June 2011 |
| (Now the Quality and Patient Safety Committee) | |
| | |
| Medical Staff Health Committee | |
| Co-Chair | July 2004-June 2011 |
| Member | March 1996-June 2011 |
| | |
| Procedural Sedation Committee | |
| Chair | April 2004-June 2011 |

**Committee Assignments and Administrative Service**
**Arkansas Children's Hospital, continued**

| | |
|---|---|
| Medication Security Committee<br>Member | July 2003-June 2005 |
| Search Committee, Chief Nursing Officer (CNO)<br>Member | Sept 2008-June 2009 |
| Medical Staff Executive Committee<br>Chair (Chief of Medical Staff)<br>Member | July 2011-June 2013<br>March 1996-present |
| Surgical Services Executive Committee<br>Member | March 1996-present |
| Surgical Affairs Committee<br>Member | March 1996-present |
| Children's Faculty Group Practice Committee<br>(Formerly Council of ACH Hospital Service Chiefs) | March 1996-present |
| Strategic Issues Committee<br>Member | July 1996-June 1997 |

**Committee Assignments and Administrative Service**
**Arkansas Children's Hospital Board of Directors**

| | |
|---|---|
| Member (first term)<br>Member (second term as Chief of Medical Staff) | October 1996-Sept 1997<br>July 2011-June 2013 |
| ACH Board Credentialing Committee<br>Member | July 2011-June 2013 |
| ACH Board Quality and Services Committee<br>Member | July 2011-June 2013 |
| ACH Board Finance Committee<br>Member | October 1996-Sept 1997 |
| ACH Board Executive Committee<br>Ex-Efficio Member | July 2011-June 2013 |

**Committee Assignments and Administrative Service**
**University of Arkansas for Medical Sciences (UAMS)**

College of Medicine Promotion and Tenure Committee
Member                                                    July 2008-June 2010

College of Medicine Dean's Executive Committee
Member                                                    July 2007-June 2009

Medical Staff Health Committee
University of Arkansas for Medical Sciences (UAMS)
Member                                                    July 2007-June 2009

Search Committee, Department of Pediatrics Chair
Member                                                    July 2006-March 2007

UAMS Faculty Group Practice
Executive Committee
Member                                                    July 2007-June 2010

UAMS Faculty Group Practice
Faculty Benefits Subcommittee
Chair                                                     September 2010-present

UAMS Faculty Group Practice                              July 1996-June 2001
Managed Care Subcommittee
Member

College of Medicine Medical School
Applicant Interview Team                                 June 1994-January 2010

Anesthesiology Resident Education Committee
Member                                                   October 1993-present

Anesthesiology Resident Peer Review/Evaluation Committee
(Formerly Clinical Competence Committee)
Member                                                   October 1993-present

Anesthesiology Resident Selection Committee
Member                                                   October 1993-present

Department of Anesthesiology Incentive Plan Committee
Chair                                                    July 1995-June 1997
Member                                                   July 2001-present

**Committee Assignments and Administrative Service**
**University of Arkansas for Medical Sciences (UAMS), continued**

Medical Student Education
Co-Director                                               October 1993-June 1995

**Committee Assignments and Administrative Services**
**Children's Healthcare System (ACH PHO)**

Physician-Hospital Organization (PHO) Board of Directors          July 2007-June 2009
President                                                 July 2005-June 2007
Vice-President                                            July 2003-June 2011
Member

Physician-Hospital Organization (PHO) Credentials Committee
Chair                                                    July 2004-present
Member                                                   July 1997-present

**Community Service**                                    2012-present

Historic Arkansas Museum Commission Member               2012-present

Historic Arkansas Museum Foundation, Inc., Board of Directors
President                                                January 2008-Dec 2009
Vice-President                                           January 2006-Dec 2007
Treasurer                                                January 2004-Dec 2005
Member                                                   January 2003-Dec 2010

Sequoyah National Research Center Friends Board Member    January 2011-Dec 2013

**Wilford Hall USAF Medical Center**

Resident Education Committee, Department of Anesthesiology
Chair                                                    1990-1992

Clinical Competence Committee, Department of Anesthesiology     1990-1993
Chair

**Abstracts and Presentations**
**Oral Presentations**
**National/International Meetings**

*Review of Pediatric Sedation Literature 2012-2013*      September 2013
*Dental Sedation Simulation Scenarios*
Pediatric Sedation 2013

**Abstracts and Presentations**
**Oral Presentations**
**National/International Meetings, continued**

Children's Hospital-Boston                                                September 2013
Harvard Medical School, New York, New York

*Peri-anesthetic Catastrophes: What Next for the Anesthesiologist*          March 2013
Problem-Based Learning Discussion (PBLD)
Society for Pediatric Anesthesia/American Academy of Pediatrics
Section on Anesthesiology
Winter Meeting
Las Vegas, Nevada

*Dental Sedation Simulation Scenarios*                                    September 2012
Pediatric Sedation 2012
Children's Hospital- Boston
Harvard Medical School
San Francisco, CA

*Dental Sedation Simulation Scenarios*                                    September 2011
Pediatric Sedation 2011
Children's Hospital- Boston
Harvard Medical School
Boston MA

*Desflurane and Sevoflurane in Pediatric Anesthesia*                       February 2011
Indian Association of Pediatric Anesthesiologists ( IAPA Annual
Meeting)
Indore, India

*Quality and Safety in Pediatric Anesthesia*                               February 2011
Indian Association of Pediatric Anesthesiologists (IAPA Annual
Meeting)
Indore, India

*Reinvigorating the Morbidity and Mortality (M & M) Conference*           November 2005
Problem – Based Learning Discussion (PBLD)
Association of American Medical Colleges (AAMC Annual
 Meeting)
Washington, D.C.

*Reinvigorating the Anesthesiology Morbidity and Mortality*               October 2005
*or Case Conference* Problem-Based Learning Discussion (PBLD)
 (presented twice)

**Abstracts and Presentations**
**Oral Presentations**
**National/International Meetings, continued**

American Society of anesthesiologists (ASA) Annual Meeting          October 2005
Atlanta, Georgia

*Medical Students and the Anesthesiology Rotation:*          October 2003
*What to do With the Medical Student*
*Rotating on Anesthesia for the First Time*
Problem-Based Learning Discussion (PBLD) (presented twice)
American Society of Anesthesiologists (ASA) Annual Meeting
San Francisco, California

*Anesthesia for Pediatric Trauma*          August 2003
70th Annual Meeting
American Association of Nurse Anesthetists (AANA)
Boston, Massachusetts

*Difficult Airway management in the Pediatric Patient*          May 2001
14th Annual Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
San Diego, California

*Pediatric Trauma:  Initial Recognition, Assessment, And Airway*          May 2000
*Management*
13th Annual Meeting
International Trauma Anesthesia and Critical Care Society
ITACCS)
Mainz, Germany

*What's New in Difficult Airway Management of the Child*          May 1999
12th Annual Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
Chicago, Illinois

*Intra-operative Management of the Pediatric Trauma patient*          October 1998
Annual Breakfast Panel
American Academy of Pediatrics Section on Anesthesiology
American Society of Anesthesiologists (ASA) Annual Meeting
Orlando, Florida

*Considerations in the Sedations and Anesthetizing of Children*          October 1998
*Outside of the Operating Room*

**Abstracts and Presentations**
**Oral Presentations**
**National/International Meetings, continued**

Moderator                                October 1998
American Society of Anesthesiologists (ASA) Annual Meeting
Orlando, Florida

*Initial Identification and Airway Management in the Severely*       May 1998
*Injured Child*
11th Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
Vienna, Austria

*Radiologic Evaluation of the Child with a Cervical Spine Injury*      May 1998
11th Annual Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
Vienna, Austria

*Identification and Management of the Injured Pediatric Patient*      May 1997
10th Annual Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
Baltimore, Maryland

*Radiologic Evaluation of the Injured Child*                   May 1997
10th Annual Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
Baltimore, Maryland

*Advances in Pediatrics/Anesthesia*                       February 1997
Moderator
Winter Meeting of the Society for Pediatric Anesthesia (SPA)
San Antonio, Texas

*Pediatric Trauma: Overview and Trends*              September 1996
Presented with A Multi-Disciplinary Approach to Traumatology
9th Annual Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
Las Vegas, Nevada

**Abstracts and Presentations**
**Oral Presentations**
**National/International Meetings, continued**

*Airway Management in Pediatric Trauma*                                      September 1996
Presented with A Multi-Disciplinary Approach to Traumatology
9th Annual Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
Las Vegas, Nevada

*Vascular Access and Fluid Management in Pediatric Trauma*                    September 1996
Presented with A Multi-Disciplinary Approach to Traumatology
9th Annual Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
Las Vegas, Nevada

*Post-Resuscitation Issues in Pediatric Trauma*                              September 1996
Presented with a Multi-Disciplinary Approach to Traumatology
9th Annual Meeting International Trauma Anesthesia and Critical
Care Society (ITACCS)
Las Vegas, Nevada

*Airway Management in Pediatric Trauma Patients*                                   May 1995
*Radiologic Evaluation of Cervical Spine Series, and Head, Chest*
*and Abdominal CT Scans in Pediatric Trauma Patients*
8th Annual Meeting
International Trauma Anesthesia and Critical Care Society
(ITACCS)
Baltimore, Maryland

**Local / Regional Meetings (non-intradepartmental)**

*Effects of Adverse Patient Events upon Health Care Professionals*
UAMS Department of Pediatrics Grand Rounds Series              September 2013
Little Rock, Arkansas

*Effects of Adverse Patient Events on Physicians*                               July 2013
Area Health Education Center Grand Rounds Series
Jonesboro, Arkansas

*Pediatric Procedural Sedation*                                              March 2012
Baxter Regional Medical Center
Mountain Home, Arkansas

**Local / Regional Meetings (non-intradepartmental), continued**

*Ethics and Professionalism Teaching in Graduate Medical*                           August 2010
*Education*
*What do we teach, and how do we teach it?*
UAMS Department of Pediatrics Faculty Development Day
University of Arkansas for Medical Sciences
Little Rock, Arkansas

*Introduction to Mentoring:*                                                        August 2005
*The Who, What, Why, When and How of the Mentoring Process*
Breaking the barriers of Research: Mentoring and Human Subjects
Protection
University of Arkansas for Medical Sciences
Little Rock, Arkansas

*The Morbidity and Mortality Conference: Learning from Adverse*                      June 2005
*Medical Errors and Death*
Teaching Scholars Program
University of Arkansas for Medical Sciences
Little Rock, Arkansas

*Adventures in the Pediatric PACU*                                                  May 2005
Topics in Pediatric Anesthesia
Sr. Jude's Research Hospital
Memphis, Tennessee

*Update on Pediatric Trauma Anesthesia*                                             May 2004
Topics in Pediatric Anesthesia
St. Jude Children's Research Hospital Memphis, Tennessee

*Morbidity and Mortality in Pediatric Anesthesia*                                   May 2003
Pediatric Anesthesia Update
St. Jude Children's Research Hospital
Memphis, Tennessee

*Difficulty Airway Management in the Child*                                         April 2002
SLAM 2002 (Street Level Airway Management)
Dallas, Texas

*Rapid Sequence Intubation of the Child*                                            March 2002
Slam 2002 (Street Level Airway Management)
Dallas, Texas

**Local / Regional Meetings (non-intradepartmental), continued**

*Pediatric Procedural Sedation*                                           March 2002
St. Joseph's Regional Medical Center
Hot Springs, Arkansas

*Sedation of the Pediatric Patient*                                  September 2001
Children's Hospital of Austin
Austin, Texas

*Credentials and Privilege for Pediatric Sedation*                  September 2001
 Children's Hospital of Austin
Austin, Texas

*Sedation of the Pediatric Patient for Procedures*                     March 2001
Arkansas Patient Safety Initiative
Arkansas Foundation for Medical Care
Little Rock, Arkansas

Initial Evaluation and Airway Management                               June 2000
In the Severely Injured Child
Anesthesia Review from St. Louis Children's Hospital
St. Louis, Missouri

*Intraoperative Management of the Pediatric Trauma Patient*            June 2000
Anesthesia Review from St. Louis Children's Hospital
St. Louis, Missouri

*Pediatric Trauma: Emerging Trends and Characteristics*                July 1996
Department of Anesthesiology
Wilford Hall USAF Medical Center, Lackland, AFB
San Antonio, Texas

*Pediatric Trauma*
Department of Anesthesiology
Wilford Hall USAF Medical Center, Lackland, AFB                        April 1995
San Antonio, Texas

*Anesthesia Vaporizers*                                                April 1995
Department of Anesthesiology
Wilford Hall USAF Medical Center, Lackland, AFB
San Antonio, Texas

*NPO—How Long Can We Go?*                                           November 1992
Fifth Annual Seminar, Texas Pediatric Study Group
Salado, Texas

**Local / Regional Meetings (non-intradepartmental), continued**

*Croup and Epiglottis*                                                          May 1992
19th Annual Postgraduate Seminar in Anesthesia
University of Cincinnati College of Medicine
Cincinnati, Ohio

*NPO-Are We Moving in the Right Direction*                                      May 1992
19th Annual Post graduate Seminar in Anesthesia
University of Cincinnati College of Medicine
Cincinnati, Ohio

*Current Topics in Neonatal Anesthesia*                                         September 1991
Texas Society of Anesthesiologists Annual Meeting
Galveston, Texas

Neonatal Anesthesia                                                             November 1990
Department of Pediatrics, Guest Lecturer Program
Wilford Hall USAF Medical Center
San Antonio, Texas

**Abstracts and Presentations**

Gruppo R, Leimer P, Martin TW, Alder E, Bailey W, Gibbons P. Hemostatic changes during cardiopulmonary bypass surgery in children with acyanotic and cyanotic congenital heart disease. *Thrombosis and Hemostasis* 62:362, 1989.

Sarracino S, Adler E. Gibbons PA, Gruppo R, Bailey WW. Martin TW. DDAVP does not decrease post-bypass bleeding in the acyanotic children. *Anesthesiology* 71:A1057, 1989.

**Martin, TW**, Morrow R. Continuous transtracheal Doppler cardiac output determination in pediatric patients: correlation with transthoracic continuous wave Doppler cardiac output. Anesthesiology: 73:A1126, 1990.

Fanurik D, Kymer PJ, Vollers JM, Schmitz ML, **Martin TW**, Mayhew JF. A comparison of the efficacy of ELA-Max®, ELA-Max® Plus Lidocaine, and Lidocaine for Pediatric IV Insertion— A Preliminary Study. Abstract, Winter SPA/AAP Meeting in Fort Meyers, Florida.  February 20-23, 2003.

Shroff P, **Martin TW**. Alternative Medicine Use in Pediatric Ambulatory Surgery Patients at Arkansas Children's Hospital. Abstract, Winter ASA/AAP Meeting, Phoenix, Arizona, March 4-7, 2004.

**Martin TW**, Klein, EF, Simpson P. Quality and Conduct of the Anesthesiology Departmental Morbidity and Mortality ("M&M") Conference—Faculty and Resident Opinions  Presented at 53rd meeting of Association of University Anesthesiologists, Tucson, Arizona, May 11-13, 2006.

**Poster Presentations**
**National International Meetings**

Hogan ML, **Martin TW**, Siddiqui MD, Apuya J. "Development of an Anesthetic Protocol for Patients with Known or Suspected Mitochondrial Disorders: A Quality Improvement Initiative" Presented at the Society for Pediatric Anesthesia/American Academy of Pediatrics 2014 Winter Meeting. Ft. Lauderdale, FL ............ March 2014

Suleman MI, AkbarAli AN, Kanarek V, Patel A, Li M, **Martin TW**. "Ultrasound-guided Penile Nerve Block for Circumcision: A New, Modified In-Plane Technique Suggesting Lower Anesthetic Volume and Narcotic Use" Presented at the Society for Pediatric Anesthesia/American Academy of Pediatrics 2014 Winter Meeting. Ft. Lauderdale, FL ............ March 2014

Ghafoor AU, Shah S, Parray T, **Martin TW**. "Endotracheal Tube Obstruction Caused by the Tube Orifice Abutting the Trachea—A Novel Technique Used to Resolve the Problem in a Pediatric Patient "Medically challenging case presentation, American Society of Anesthesiologists, Annual Meeting New Orleans, Louisiana ............ October 2009

Parray T, Shah S, **Martin TW**. "Type II Post Obstructive Pulmonary Edema after Tonsillectomy and Adenoidectomy" Medically challenging case presentation; American Society of Anesthesiologists Annual Meeting, New Orleans, Louisiana ............ October 2009

Parry T, Shah S, Ghafoor AU, **Martin TW**. "Incidental Finding of Innominate Artery Compression Syndrome and complete Tracheal Rings in an Asymptomatic Child" Medically challenging case presentation; American Society of Anesthesiologists Annual Meeting, New Orleans, Louisiana ............ October 2009

Shah S, Shah S., Sangari TS, **Martin TW**, Unusual Complication Following Laparoscopic Pyloromyotomy and a Classic Pediatric Anesthesia Dilemma. "Presented at the Society for Pediatric Anesthesia and American Academy of pediatrics, Section on Anesthesiology and Pain Medicine, Spring 2008 Meeting. San Diego, California ............ April 2008

**Poster Presentations**
**National International Meetings, continued**

Shah S, Shah S, Sangari TS, Qasim M, **Martin TW**. "Severe
Hypertension and Bradycardia after Dexmedetomidine for
Radiology Sedation in a Patient with Acute Transverse Myelitis."
Presented at the Society for Pediatric Anesthesia and American
Academy of Pediatrics, Section on Anesthesiology and Pain
Medicine, Spring 2008 Meeting, San Diego, California
April 2008

Ghafoor AU, **Martin TW**. "Endotracheal Tube Obstruction Caused by
The Tube Orifice Abutting the Trachea—A Novel Technique Used
to Resolve the Problem in a Pediatric Patient." Presented at the
Society for Pediatric Anesthesia and the American Academy of
Pediatrics, Section on Anesthesiology , 2008 Spring Meeting, San
Diego, California
April 2008

Sangari TS, **Martin TW**, Schmitz ML, Ullah S, Ghaleb A." Web-
Based Video Lectures for Medical Students: Anesthesiology
Clerkship at the University of Arkansas for Medical Sciences."
Presented at the Society for Pediatric Anesthesia and the Academy
of Pediatrics, Section on Anesthesiology and Pain Medicine Spring
Meeting, San Diego, California
April 2008

Sangari TS, Ghafoor AU, Shah S, **Martin TW**. "Management of an
Infant with Undiagnosed Critical Coarctation of Aorta Presenting
for Partially Obstructed Inguinal Hernia Repair." Presented at the
2007 American Society of Anesthesiologists' Annual Meeting, San
Francisco, California
October 2007

Gopalakrishan S, Apuya JS, Harea J, **Martin TW**. "Anesthetic
Management of a Pediatric Patient with Idiopathic Arterial
Calcification with Fused Cervical Spine Presenting for Dental
Rehabilitation." Presented at the 2007 American Society of
Anesthesiologists' Annual Meeting, San Francisco, California
October 2007

Sangari TS, **Martin TW**, Schmitz ML, Ghaleb A, Ullah S. Web-based
Lecture Series for Medical Students: Anesthesiology Clerkship at
the University of Arkansas for medical sciences. Presented at the
2007 American Society of Anesthesiologists; Annual Meeting, San
Francisco, California
October 2007

**Poster Presentations**                                                    March 2007
**National International Meetings, continued**

Hussain S, Al-Takrouri H, Siddiqui MS, **Martin TW**, McCarthy RE,
    Pierce CD, Killebrew PM. "Aprotinin Use in Healthy ASA 1 and 2
    Children Undergoing Posterior Spinal Arthrodesis with Harrington
    Rods for Idiopathic Scoliosis Did Not Result in Renal Insufficiency
    or Failure…A Retrospective Review. Presented at the Society of
    Pediatric Anesthesia Spring Meeting, Phoenix, Arizona

Gopalakrishnan S, Shah S, Sangari TS, **Martin TW**. "Anesthetic            March 2007
    Management of a neonate with Metatropic Dwarfism and Severe C-
    Spine Instability." Presented at the Society for Pediatric Anesthesia
    Spring Meeting, Phoenix, Arizona

**Martin TW**, Klein EF, Simpson P. "Quality and Conduct of the             May 2006
    Anesthesiology Department Morbidity and Mortality ("M&M")
    Conference—Faculty and Resident Opinions." Presented at 53rd
    Meeting of Association of University Anesthesiologists (AUA),
    Tucson, Arizona

Gopalakrishnan S, Siddiqui S, Schmitz ML, Hussain S, **Martin TW**.        March 2005
    "Is Epidural Analgesia Safe in Pediatric Patients Undergoing
    Thoracotomy for Empyema?" Poster presentation at the 8th
    America-Japan Annual Congress, Honolulu, Hawaii

Shroff P, **Martin TW**. "Alternative Medicine Use in Pediatric            March 2004
    Ambulatory Surgery Patients at Arkansas Children's Hospital.
    Poster Presentation Winter SPA/AAA Meeting, Phoenix, Arizona

Fanurik D, Kymer PJ, Vollers JM, Schmitz ML, **Martin TW**, Mayhew         February 2003
    JF. "A Comparison of the Efficacy of ELA-Max®, ELA-Max®
    Plus Lidocaine, and Lidocaine for Pediatric Insertion—a
    Preliminary Study. Poster Presentation at Winter SPA/AAA
    Meeting, Ft. Meyers, Florida

**Publications**
**Journal Articles**

1. Parsons DS, Lockett JS, **Martin TW**. Pediatric endoscopy: pediatric and surgical techniques. *Am J Otolaryngol* 1992 Sept-Oct; 13(5): 271-83.

2. Koh JL, Harrison DR, Stephen S, Marchitto K, **Martin TW**. Local anesthesia by topical application of lidocaine after stratum corneum ablation with an ER: Yag Laser. *The Internet Journal of Anesthesiology 2003 volume 6number 2* http://ispub.com/ostia/index.php?xmFilepath=journals/ija/vol6n2/laser.xml

**Publications**
**Journal Articles, continued**

3. Al-Takrouri H, **Martin TW**, Mayhew JF, Hyperkalemic cardiac arrest following succinylcholine administration: The use of extracorporeal membrane oxygenated in an emergency situation. *J Clin Anesth* 2004 Sep; 16(6):449-51.

4. Ghafoor AU, **Martin TW**, Mayhew JF. Caring for the patients with Cervical Spine injuries: What Have We Learned? *J Clin Anesth* 2005 Dec; 17(8):640-649.

5. Shroff PK, **Martin TW**, Schmitz ML. Successful anesthetic management of a child with an extensive facial hemangioma and high output cardiac failure for placement of a central venous catheter. *Paediatr Anaesth* 2006 Jan; 16(1):77-81.

6. **Martin TW**. Hospital system institutes random drug test for physicians. *hcPRO Medical Staff Briefing* 2007 Feb; 17(2):4-6.

7. Shah S. **Martin TW**. Sangari TS. Qasim MY, Severe hypertension and bradycardia after dexmedetomidine for radiology sedation in a patient with acute transverse myelitis. *Paediatric Anesth* 2008 Oct; 2008 Jul; 18(7) 681-682.

8. Gopalakrishnan S., Shah S, Apuya JS, **Martin TW**. Anesthetic management of a patient with idiopathic arterial calcification of infancy and fused cervical spine. *Paediatr Anaesth* 2008 Jul;18(7) 681-682

9. Shah S, Shah S, Apuya J, Gopalakrishnan S, **Martin TW**. Combination of oral ketamine and midazolam as a premedication for a severely autistic and combative patient. *J Anesth* 2009; 23(1)126-128.

10. Shah S, Shah S, Apuya J. **Martin TW**. Use of Intralipid® in an infant with impending cardiovascular collapse due to local anesthetic toxicity. *J Anesth* 2009; 23:439-441.

11. Haret DM, **Martin TW**. Acute-recurrent subcutaneous emphysema after ventriculopleural shunt placement. *J Clin Anesth* 2009; 21:352-4.

12. **Martin TW**, Roy RC. Cause for Pause After a Perioperative Catastrophe: One, Two or Three Victims? (editorial) *Anesth Analg* 2012; 114:485-7.

13. **Martin TW**, Aunspaugh JP: The "other tube" in the airway: what do we know about it? (editorial) *Anesth Analg* 2014; 118; 501-3.

14. **Martin TW**, Block FE, Jr: When will we ever know our machine is adequately flushed? (editorial) *Anesth Analg* 2014 (in press).

**Publications**
**Journal Articles, continued**

15. Karkera MM, Aunspaugh JP, Harrison RD, **Martin TW**: Assessing adequacy of caudal block concentrations of bupivacaine with and without the addition at intravenous fentanyl on postoperative outcomes in pediatric patients: a retrospective review. *Am J Ther* 2014 (in press).

## Book Chapters

1. **Martin TW**, Sanders EG. "Anesthesia for Procedures in the Neonatal Intensive Care Unit." In: Anesthesia for Remote Locations", (Edited by Romanoff ME, Mirenda JV) volume (6) number 4 of Problems in Anesthesia. Philadelphia, J.B. Lippincott Co., 1992.

2. Sanders ET, **Martin TW**, "Anesthesia for Magnetic Resonance Imaging "In: "Anesthesia for Remote Locations", (edited by Romanoff ME, Mirenda JV) volume 6 number 4 of Problems in Anesthesia. Philadelphia J.B. Lippincott Co. 1992.

3. **Martin TW**. "The Neonate" In: Gravenstein NG, Kirby RR (eds), Clinical Anesthesia Practice. Philadelphia, W.B. Saunders Co., 1994.

4. **Martin TW**, Johnson VG. "The Pediatric Patient." In: Gravenstein NG, Kirby RR (eds), Clinical Anesthesia Practice. Philadelphia, W.B. Saunders Co., 1994.

5. **Martin TW**. "The Most Exceptional Feature." In: Bell MH (ed), Raising a Medical School: An Anecdotal History of the University of Missouri-Kansas City School of Medicine, 1970-1995. UMKC Office of Educational Resources, Kansas City, 1995.

6. **Martin TW**, Stoner JM. "The Neonate." In: Gravenstein NG, Kirby RR (eds.) Clinical Anesthesia Practice. (Second Edition) Philadelphia, W.B. Saunders Co., August 2001.

7. **Martin TW**, Stoner JM. "The Pediatric Patient." In: Gravenstein NG, Kirby RR (eds.) Clinical Anesthesia Practice. (Second Edition) Philadelphia, W.B. Saunders Co., August 2001.

8. Ghafoor, AU, **Martin TW**. "The Pediatric Airway" In: Rich, J (ed.) The Emergency Airway, New York, Prentice Hall, 2007.

9. Zabala LM, **Martin TW**. "Acute Anemia" In: (Lobato EB, Gravenstein N, Kirby RR, Editors) Complications in Anesthesiology, Philadelphia, Lippincott, Williams and Wilkins, 2008.

10. Parray T, **Martin TW**. "Specific Complications of Neuroradiological Interventions in Pediatric Patients" Brambrick A, Kirsch J (ed) Essentials of Neurosurgical Anesthesia and Critical Care, New York, Springer, 2012.

## Letters

1. Robinson DL, **Martin TW**, Schmitz ML, and Mayhew JF. Is fast-tracking for pediatric ambulatory surgery really beneficial? *Anesth Analg.* 2001 Nov; 93(5):1361.

2. Mohiuddin S, **Martin TW**, Mayhew JF. Difficult airway management of a child impaled through the neck. *Paediatr Anaesth.* 2002 May; 12(4):378; author reply 378-9.

3. **Martin TW**, Mayhew JF. Baclofen pumps: comment on Anderson et al. *Paediatr Anaesth.* 2003 Sep; 13(7):640; author reply 640-1.

4. **Martin TW**, Mayhew JF. Baclofen, hemodynamic instability and delayed emergence: our perspective. *Anesthesiology.* 2003 Sep; 99(3):758; author reply 759.

5. Onisei AM, Shroff P, **Martin TW**. Defective endotracheal tube--cause of airway obstruction. *Paediatr Anaesth.* 2003 Oct; 13(8)739-740.

6. Ghafoor AU, **Martin TW**. "RSI"--is it rapid sequence induction or rapid sequence intubation? *Pediatr Emerg Care.* 2004 Nov; 20(11):803.

7. **Martin TW**. Radiation therapy removes anesthesia provider from the treatment room. *Anesthesia Patient Safety Foundation Newsletter,* 2005:20(3):57.

8. Shah S, Sangari T, Qasim M, **Martin TW.** Severe hypertension and bradycardia after dexmedetomidine for radiology sedation in a patient with acute transverse myelitis. *Paediatr Anaesth.* 2008 July; 18(7):681-682.

9. Shah S, Shah S, Sangari T, **Martin TW**. An unusual complication following laparoscopic pyloromyotomy and a classic pediatric anesthesia dilemma. *Paediatr Anaesth.* 2008 Aug: 18(8):800-801.

10. Denisa M. Haret, Anna Maria Onisei, **Martin TW**. Acute-recurrent subcutaneous emphysema after ventriculopleural shunt placement. *Journal of Clinical Anesthesia.* 2009 Aug; 21(5), 352-354.

11. **Martin TW**. Anticipate and include other key stakeholders in ethics case discussions. Pediatrics *Official Journal of the American Academy of Pediatrics.* 2010 July 2 (126).

Ira S. Landsman, M.D.
315 Whitworth Way
Nashville, Tennessee 37205

**EXPERT REPORT**

Date of Report:      May 7, 2014

I am Ira Landsman, M.D., a pediatric anesthesiologist practicing my specialty in Nashville, Tennessee.  I have been retained as an expert for the defendants, Pediatric Anesthesisiologists, PA and Babu Rao Paidipalli, M.D. in the matter of *Daniel Lovelace and Helen Lovelace, individually and as parents of Brett Lovelace, deceased v. Pediatric Anesthesiologists, P.A., Babu Rao Paidipalli, M.D., and Mark P. Clemons, M.D.,* United States District Court, Western District of Tennessee, Docket No. 2:13-cv-02289 JPM-dkv.

In the year prior to the events at issue I was licensed and practicing as a pediatric anesthesiologist in the State of Tennessee.  I am familiar with the recognized standard of acceptable professional practice for a pediatric anesthesiologist and CRNAs providing anesthesia in a children's hospital to a patient such as Brett Lovelace undergoing a tonsillectomy/adenoidectomy as it existed in Memphis, Shelby County, Tennessee at the time of the Brett Lovelace's surgery in March 2012.   My CV is attached to this report and includes my qualifications, including a list of all publications I authored in the previous 10 years.

I reviewed the following documents to form the opinions I hold in this case:

1.   Complaint;
2.   Medical records of Brett Lovelace from LeBonheur Children's Medical Center from March 12, 2012 through March 14, 2012;
3.   Depositions of Helen Lovelace and Daniel Lovelace.
4.   Depositions of Dr. Paidipalli and Dr. Clemons;
5.   Photographs of Brett Lovelace;
6.   Agreed Order from the Tennessee Board of Nursing; and
7.   Expert reports of Plaintiff's Experts

In forming my opinions, I considered the following facts:

The patient was a 12 year old male weighing 81.4 kilograms and was overweight. The anesthesiologist treated the child with appropriate anesthesia medications. The child's endotracheal tube was removed after the child was breathing spontaneously and responded appropriately to stimulation. The patient exhibited normal vital signs and was transferred to PACU.   The patient repositioned

himself to a prone position. This occurred either on the way to PACU or in the PACU. Based on the facts stated in the Tennessee Nursing Board's "Agreed Order", which are admitted to be true by the PACU nurse, there was a lack of monitoring of the patient in the PACU by PACU nurse Kelly Kish. No attempt was made by the PACU nurse to notify anesthesia of any problem until the patient was noted in cardiorespiratory compromise, a "code" was called at which point the patient required cardiorespiratory resuscitation.

It is my opinion that the care and treatment provided by Dr. Paidipalli and the anesthesia team, including the CRNA, complied with the recognized standard of acceptable professional practice in Memphis, Shelby County, Tennessee in March 2012 and that no injury was caused by the care and treatment anesthesia provided. It is further my opinion that the PACU nurse, Kelly Kish deviated from the standard of care causing injury to the patient. My opinions are based upon my education, training, experience as well as my review of the records, pleadings and depositions in this case.

Specifically, I will testify as follows:

Dr. Paidipalli complied with the recognized standard of acceptable professional practice in extubating Brett Lovelace. The patient was properly monitored in the OR and all of the care and treatment provided by anesthesia personnel complied with the standard of care. The anesthesia records reflect that the patient was awake and ventilating adequately at the time of extubation, and the vital signs recorded show that the patient was breathing adequately at the time the patient left the OR. Tidal volumes can be unreliable measurements during emergence from anesthesia. The last recorded tidal volume of 180 cc as an isolated finding is not significant while a patient is bucking or coughing from the endotracheal tube irritating the trachea during emergence from anesthesia. Further, the $CO_2$ reading of 56 is not unreasonable. Anesthesia will blunt the human's response to elevated $PCO_2$ until appropriate recovery in the PACU.

There was no neuro-muscular blockade used so there was no neuro-muscular blockade to be reversed. The patient was awake and spontaneously ventilating adequately at the time of extubation. The vital signs recorded in the anesthesia record indicate that the patient was breathing adequately at the time the patient left the OR. At that time (10:35 a.m.), the patient's recorded vital signs were: blood pressure – 126/47, pulse – 118, respiratory rate – 22, and oxygen saturation – 100% on room air, all of which are good.

Regarding the patient's repositioning himself to a prone position at some point following the surgery, it is not unusual for children to reposition themselves onto their stomachs after extubation, and it is not a deviation from the standard of care to allow a patient to reposition himself to a prone position so long as the patient's head is turned to the side and the patient is breathing adequately. In fact, such a position may be better in some cases with regard the risk of aspiration. In this

2

case, at all times when the patient was under anesthesia's watch, the patient's position allowed him to breathe adequately. It would have been the PACU nurse's responsibility to monitor the positioning of the patient as well as the patient's vital signs to insure that his airway remained patent in that position.

The initial records in the PACU indicate that Brett Lovelace was breathing adequately when he arrived from the OR. The records indicate that the patient was stable at the time of transfer to the PACU. Once the CRNA, Grace Freeman transferred the care of Brett Lovelace to the PACU nurse, Kelly Kish, there was no obligation on the part of the anesthesiologist or the CRNA to monitor Brett Lovelace in the PACU or to check on the patient in the PACU unless called by the PACU nurse for assistance. Anesthesia personnel depend upon the PACU staff to monitor the patient and notify them of any changes. After a stable patient like Brett Lovelace transfers to the PACU, the standard of care does not require the anesthesiologist to assess, monitor or assist with the care of the patient in the PACU unless the PACU nurse calls the anesthesiologist for assistance. The record reflects that the PACU nurse did not attempt to notify the anesthesiologist of any problem until after the patient "coded", at which point the patient required cardiopulmonary resuscitation.

The recognized standard of acceptable professional practice does not require that a patient arriving to the PACU from the OR receive supplemental oxygen in the PACU. The standard of care only requires a patient to receive supplemental oxygen when the patient has difficulty maintaining oxygen saturation either in the operating room or during the time the patient is monitored in the PACU. On arrival to the PACU Brett's $O_2$ saturation in the OR was 100%. The medical records reflect that the patient maintained an $O_2$ sat of 100% when he arrived in the PACU and when the CRNA Grace Freeman left the PACU after turning over the care of this child to the PACU nurse, Kelly Kish.

I have reviewed the opinions of plaintiff's expert, Dr. Jason Kennedy and will offer testimony to refute those opinions.

I will further testify that the PACU nurse, Kelly Kish failed to properly monitor the patient in the PACU and failed to timely notify the anesthesia personnel when the patient's condition changed, all of which was grossly negligent.

I have not testified before as an expert at trial or by deposition. My charges for testifying are $500 per hour for review and $750 per hour for testifying at deposition or trial, plus expenses for travel.

Ira Landsman, M.D.

3

# Ira S. Landsman, MD
### June 2012

Division of Pediatric Anesthesiology
2200 Children's Way, Room 3115
Nashville, TN 37232-9070
work (615) 936-0023
fax  (615) 936-4294
ira.landsman@vanderbilt.edu

## Education and Training:

| | |
|---|---|
| 8/71-5/75 | B.A. Biology<br>State University of New York<br>Binghamton, NY |
| 7/75-6/79 | M.D.<br>State University of New York<br>Buffalo, NY |
| 7/79-6/83 | Residency, Pediatrics<br>Children's Hospital of Buffalo<br>Buffalo, NY |
| 7/82-6/83 | Chief Resident, Pediatrics<br>Children's Hospital of Buffalo<br>Buffalo, NY |
| 7/84-6/85 | Fellowship, Pediatric Critical Care<br>Texas Children's Hospital<br>Houston, TX |
| 7/85-6/86 | Fellowship, Pediatric Emergency Care<br>The Children's Mercy Hospital<br>Kansas City, MO |
| 1/91-12/92 | Residency, Anesthesiology<br>St. Luke's Hospital of Kansas City<br>Kansas City, MO |
| 1/93-12/93 | Fellowship, Pediatric Anesthesiology<br>Children's Hospital of Pittsburgh<br>Pittsburgh, PA |

## Academic Appointments:

| | |
|---|---|
| 7/86-12/90 | Assistant Professor, Department of Pediatrics<br>University of Missouri<br>Kansas City, MO |
| 1/94-7/01 | Assistant Professor, Department of Anesthesiology Critical Care Medicine<br>and Critical Care Medicine and Pediatrics<br>University of Pittsburgh School of Medicine<br>Pittsburgh, PA |

1

8/01-Present          Associate Professor, Department of Anesthesiology
                      Vanderbilt University School of Medicine
                      Nashville, TN

## Clinical Appointments:

7/83-6/84             Staff, Department of Pediatrics
                      Houston Northwest Hospital
                      Houston, TX

7/84-6/85             Clinical Fellow, Pediatric Critical Care
                      Texas Children's Hospital
                      Houston, TX

7/85-6/86             Clinical Fellow, Pediatric Emergency Care
                      The Children's Mercy Hospital
                      Kansas City, MO

7/86-12/90            Staff Pediatrician, Department of Pediatrics
                      University of Missouri
                      Kansas City, MO

1/93-12/93            Clinical Fellow, Pediatric Anesthesiology
                      Children's Hospital of Pittsburgh
                      Pittsburgh, PA

1/94-7/01             Staff Pediatric Anesthesiologist, Department of Anesthesiology
                      Critical Care Medicine and Critical Care Medicine and Pediatrics
                      University of Pittsburgh School of Medicine
                      Pittsburgh, PA

8/01-2/15/13          Staff Pediatric Anesthesiologist, Department of Anesthesiology
                      Vanderbilt University School of Medicine
                      Nashville, TN
2/1813               Member of the Anesthesia Medical Group, Nashville Tn – Staff anesthesiologist
                      at Centennial Medical Center

## Administrative Appointments:

7/88-12/90            Assistant Director, Emergency Services
                      The Children's Mercy Hospital
                      Kansas City, MO

1/95-07/01            Coordinator, Anesthesia Technicians
                      Department of Anesthesiology
                      Children's Hospital of Pittsburgh
                      Pittsburgh, PA

1/95-6/01             Director, Acute Pain Service
                      Department of Anesthesiology
                      Children's Hospital of Pittsburgh
                      Pittsburgh, PA

3/03-1/04             Clinical Director of Pediatric Anesthesiology

2

|               | Vanderbilt University Medical Center<br>Nashville, TN |
|---------------|------------------------------------------------------|
| 1/04-10/31/12 | Director, Division of Pediatric Anesthesiology<br>Vanderbilt University Medical Center<br>Nashville, TN |
| 1/04-10/31/12t | Program Director, Pediatric Anesthesia Fellowship<br>Vanderbilt University Medical Center<br>Nashville, TN |
| 1/04-10/31/12 | Medical Director of Pediatric Perioperative Enterprise<br>Vanderbilt University Medical Center<br>Nashville, TN |
| 1/04-10/31/12 | Medical Director of PATCH Clinic<br>Vanderbilt University Medical Center<br>Nashville, TN |
| 2/18/12 – present | Chief Division of Pediatric Anesthesiology Anesthesia Medical Group,<br>Nashville, TN. |

## Licensure and Certification:

New York Medical License
05/08/81
#145943

Texas Medical License
02/26/84
#G6200

Tennessee Medical License
05/22/01
#35199

DEA Registration # AL2091647

Diplomate, American Board of Anesthesiology
9/30/94

Diplomate, National Board of Medical Examiners
7/80

Diplomate, The American Board of Pediatrics
5/84

ACLS Certified
11/09-11/11

PALS Certified
04/11-04/13

ATLS Certified
02/07-01/11

**Professional Organizations:**

American Society of Anesthesiologists

Society for Pediatric Anesthesia

Tennessee Society of Anesthesiologists

**Department Committees:**

Member, Living Donor Liver Transplantation Committee
Department of Anesthesiology
Children's Hospital of Pittsburgh
Pittsburgh, PA
1996-2001

Member, Division Directors Committee
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
2003-Present

Member, Department of Anesthesiology Billing Committee
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
2003-2005

Member, Department of Anesthesiology Steering Committee
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
2003-Present

Member, Department of Anesthesiology Competency Committee
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
2006-Present

Member, Department of Anesthesiology Education Committee
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
2006-Present

Member, Perioperative Informatics Pediatric Integration Committee
Vanderbilt University Medical Center
Nashville, TN
2010-Present

4

Member, Sr. Leadership Value Analysis Working Group
Vanderbilt University Medical Center
Nashville, TN
2010-Present

## Institutional Committees:

Member, Pharmacy & Therapeutics Committee
Children's Hospital of Pittsburgh
Pittsburgh, PA
1998-2001

Member, Physicians Speakers' Bureau Committee
Children's Hospital of Pittsburgh
Pittsburgh, PA
1999-2001

Member, Pediatric Surgery Guidelines Committee
Children's Hospital of Pittsburgh
Pittsburgh, PA
1999-2001

Member, MCJCHV Planning Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Vanderbilt University Medical Center
Nashville, TN
2002-2004

Member, Perioperative and Procedural Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2003-Present

Member, MCJCHV OR Executive Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2003-Present

Member, Daily Operations Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2003-Present

Member, Vanderbilt Governance Committee
Vanderbilt University Medical Center
Nashville, TN
2003-Present

Member, Pharmacy & Therapeutics Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2005-Present

Member, PM&I Task Force Committee

5

Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2006-2007


Member, MCJCHV Credentials Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2006-Present

Member, MCJCHV International Medicine Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2007-present


Member, Liver Transplantation Selection Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2007-present

Member, PICU/Perioperative Task Force Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2010-present

Member, NICU Patient Transport Work Group Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2010-present

Member, MCJCHV Administrative Board Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2010-present

Member, MCJCHV Interventional Radiology Building Committee
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
2010-present


**Extramural Committees:**

Elected to the Emergency Physician Advisory Board:
Supervises EMS to the Kansas City metropolitan area.
Kansas City, MO
1986-1989

Division of Family Services Multidisciplinary
Child Abuse Team.
Kansas City, MO
1988-1989

President, Emergency Physicians Foundation.
Kansas City, MO
1989-1990

Jackson County Prosecuting Attorney's Task Force on
Child Sexual Abuse.
Kansas City, MO
1989-1990

Medical Director of the Advisory Board Committee of
The Western School of Health and Business Careers
Pittsburgh, PA
1996-1998

SPA Education Committee
Society for Pediatric Anesthesia
2005-Present

SPA Program Directors Committee
Society for Pediatric Anesthesia
2005-Present

Special Olympics
Team USA Volunteer
Nashville, TN
July 2007

Chairman of PAPD Subcommittee of Education
Society for Pediatric Anesthesia
2008-Present

Shalom Foundation Medical Board
Shalom Foundation
Nashville, TN
10/2008-Present

Co-Chairman Shalom Working Action Group
Shalom Foundation
Nashville, TN
01/2009-Present

ASA PBLD Review Committee
American Society of Anesthesiologists
2008-2010

SPA PBLD Review Committee
Society for Pediatric Anesthesia
2008-Present

Member at Large
SPA Program Directors Committee
Society for Pediatric Anesthesia
2011-Present

Orphan Anesthesia
German Society of Anaesthesiology
2011-Present

7

**Awards and Recognition:**

Housestaff Award for Excellence in Teaching
State University of New York at Buffalo
1981-1982

Appreciation for contribution to the EMS system in Kansas City
1987

First Place Winner, Resident Research Competition
The Western Pennsylvania Society of Anesthesiologists
1994

Listed in Pittsburgh magazine as one of Pittsburgh's "Top Docs" pp. 42-54.
1996

Listed in Nashville Business Journal as 2011-2012 Best Doctors
July 2011

**Editorial Appointments:**

Anesthesia & Analgesia Reviewer
1999

Anesthesia & Analgesia Reviewer
2004-Present

Journal Surgical and Radiologic Anatomy Reviewer
2008-Present

Pediatric Anesthesia Reviewer
2008-Present

Society for Pediatric Anesthesia Newsletter Contributor
2008-Present

Clinical Decision Support System on Anesthesiology Contributor
2011-Present

**Teaching Activities:**

- **Clinical Teaching:**

  7/86-12/90   Weekly lectures to residents and student nurse anesthetists concerning management of the pediatric surgical patient.
  University of Missouri
  Kansas City, MO

  1/94-7/01   Weekly lectures to residents and student nurse anesthetists concerning management of the pediatric surgical patient
  University of Pittsburgh School of Medicine
  Pittsburgh, PA

8

| 1/94-7/01 | Lecturer at preoperative rounds, Departmental didactic sessions, in-service conferences, and Fellow Conferences for the Department of Anesthesiology at Children's Hospital of Pittsburgh. Pittsburgh, PA |
| 1/94-7/01 | Daily intraoperative teaching of residents and student nurse anesthetists. University of Pittsburgh School of Medicine Pittsburgh, PA |
| 08/01-Present | Weekly lectures to residents and student nurse anesthetists concerning management of the pediatric surgical patient. Vanderbilt University Medical Center Nashville, TN |
| 08/01-Present | Daily intraoperative teaching of residents and student nurse anesthetists. Vanderbilt University Medical Center Nashville, TN |

- **Research Participation:**

Study: Demographic Predictors of NPO Violations in Elective Pediatric Surgery
PI: Jesse Ehrenfeld, MD
Assistant Professor, Anesthesiology
IRB#:110838
Expires N/A

Study Title: Methylphenidate and Wake-Up Time
PI: Jesse Ehrenfeld, MD
Assistant Professor, Anesthesiology
IRB#110766
Expires 06/30/2012

Study Title: A Phase 2 Randomized placebo-controlled trial of Levodopa in Angelman Syndrome
PI: Gregory Barnes, MD
Assistant Professor, Pediatric Surgery
IRB#110297
Expires N/A

Study Title: Radiographic Imaging for Potential Cervical Spine Instability in Patients with Down Syndrome
PI: Jesse Ehrenfeld, MD
Assistant Professor, Anesthesiology
IRB#110262
Expires 03/06/2012

Study Title: Number of Attempts for Successful Peripheral Intravenous Catheterization in Pediatric Surgical Patients
PI: Steven Samoya, MD
Assistant Professor, Clinical Anesthesiology
IRB# 110234
Expires 02/28/2012

Study Title: Anesthetic Management of Newborns for Embolization of Vein of Galen Malformations
PI: Thomas Austin, MD
Pediatric Anesthesiology Clinical Fellow
IRB# 101666

Expires N/A

Study Title: Rett Syndrome disorders and Angelman Syndrome as genetic models of autism spectrum disorders
PI: Sarika Peters, PhD
IRB# 101088
Expires 09/20/2011

Study Title: Pediatric Anesthesia Neurodevelopment Assessment Study (PANDAS)
PI: John Algren, MD
Professor, Anesthesiology and Pediatrics
IRB# 080605
Expires 06/06/2012

Study Title: Angelman Syndrome Natural History Study
PI: Elisabeth Dykens, PhD
IRB#071239
Expires 05/16/2012

Study Title: An Open-label, Randomized, Phase IIIB, Multicenter Trial to Evaluate the Pharmacodynamic Parameters of Intubation Bolus, and Bolus and Infusion Maintenance Doses of Zemuron in Pediatric and Adolescent Subjects
PI: Jayant Deshpande, MD
Professor, Anesthesiology and Pediatrics
IRB# 060834
Expires 09/24/2008

- **Research Supervision:**

Study: Post-Anesthesia Care in Children with Communication Disorders: Does Utilizing the r-FLACC Improve Quality of Care and Parental Satisfaction?
PI: Elisabeth Lee, MD
Pediatric Anesthesia Clinical Fellow
IRB#: 100792
Expires 03/02/2012

Study Title: Anesthetic Management of Newborns for Embolization of Vein of Galen Malformations
PI: Thomas Austin, MD
Pediatric Anesthesiology Clinical Fellow
IRB# 101666
Expires N/A

- **Continuing Medical Education:**

Grand Rounds: The Assessment of the Child with Skeletal Trauma.
The University of Kansas Medical Center
Pediatric Attending Grand Rounds
Kansas City, MO
October 5, 1988

Grand Rounds: Anesthesia for Pediatric Liver Transplantation.
New Jersey Medical School
Newark, NJ
November 28, 1994
Lecturer

10

Grand Rounds: Pain Management in Children.
Fairview General Hospital
Cleveland, OH
September 20, 1995
Lecturer

Grand Rounds: Pain Management in the Pediatric Patient.
Department of Anesthesiology
New York University Medical Center
New York, NY
January 4, 1996
Lecturer

Grand Rounds: The Use of the Laryngeal Mask Airway in Children.
Department of Anesthesiology
Children's Hospital
Boston, MA
March 27, 1996
Lecturer

Grand Rounds: Pain Management in Children.
St. Luke's Hospital
Kansas City, MO
March 20, 1997
Lecturer

Grand Rounds: Coarctation of the Aorta.
University of Pittsburgh
Department of Anesthesiology/Critical Care Medicine
Pittsburgh, PA
March 23, 2000
Lecturer

Grand Rounds: LMA and Airway Management.
Robert C. Byrd Health Science Center of West Virginia University.
Department of Anesthesiology
Morgantown, WV
February 7, 2000
Lecturer

Pediatric Anesthesia Education Conference: Pharmacokinetics and Pharmacodynamics
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 5, 2003
Lecturer

Pediatric Anesthesia Education Conference: ENT Surgery
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 19, 2003
Lecturer

11

Pediatric Anesthesia Education Conference: ENT Surgery Case Discussion
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 10, 2003
Lecturer

Pediatric Anesthesia Education Conference: PACU Problems
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 17, 2003
Lecturer

Pediatric Anesthesia Education Conference: Journal Club
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 24, 2003
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 29, 2003
Lecturer

Pediatric Anesthesia Education Conference: Cardiac Surgery
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
October 1, 2003
Lecturer

Pediatric Anesthesia Education Conference: Journal Club
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
October 21, 2003
Lecturer

Pediatric Anesthesia Education Conference: PACU Problems
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 17, 2003
Lecturer

Pediatric Anesthesia Education Conference: ENT Surgery/Airway Management

Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
December 8, 2003
Lecturer

Pediatric Anesthesia Education Conference: The Difficult Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
December 30, 2003
Lecturer

Pediatric Anesthesia Education Conference: The Pediatric Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
March 8, 2004
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
April 12, 2004
Lecturer

Pediatric Anesthesia Education Conference: The Difficult Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
April 21, 2004
Lecturer

Pediatric Anesthesia Education Conference: ENT Surgery
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 5, 2004
Lecturer

Pediatric Anesthesia Education Conference: The Difficult Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 17, 2004
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology

Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
July 5, 2005
Lecturer


Pediatric Anesthesia Education Conference: Approach to the Pediatric Difficult Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
July 20, 2005
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease Part I
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 8, 2005
Lecturer

Grand Rounds: Laryngospasm
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 12, 2005
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 29, 2005
Lecturer

Pediatric Anesthesia Education Conference: Pediatric Difficult Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 7, 2005
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease Part 2
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
October 17, 2005
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology

Vanderbilt University Medical Center
Nashville, TN
October 24, 2005
Lecturer


Pediatric Anesthesia Education Conference: Pediatric Difficult Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 14, 2005
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 21, 2005
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease Part 1
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
December 6, 2005
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease Part 2
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
December 7, 2005
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
December 19, 2005
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease Part 1
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
January 4, 2006
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease Part 2
Division of Pediatric Anesthesiology

Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
January 11, 2006
Lecturer


Pediatric Anesthesia Education Conference: Pediatric Difficult Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
January 18, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 7, 2006
Lecturer

Pediatric Anesthesia Education Conference: The Difficult Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 8, 2006
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 13, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 21, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 28, 2006
Lecturer

Pediatric Anesthesia Education Conference: The Difficult Airway
Division of Pediatric Anesthesiology

Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
March 6, 2006
Lecturer


Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
March 13, 2006
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease Part 1
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
March 27, 2006
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease Part 2
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
March 29, 2006
Lecturer

Pediatric Anesthesia Education Conference: Pediatric Difficult Airway
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
April 5, 2006
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease Part 1
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
April 19, 2006
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 10, 2006
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease
Division of Pediatric Anesthesiology

Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 17, 2006
Lecturer


Pediatric Anesthesia Education Conference: Anesthesia for Transplantation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 24, 2006
Lecturer

Pediatric Anesthesia Education Conference: ENT Surgery
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
June 29, 2006
Lecturer

Pediatric Anesthesia Education Conference: Congenital Heart Disease
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
July 19, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 16, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 23, 2006
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 30, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology

Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 6, 2006
Lecturer


Pediatric and Adult Airway Management Workshop
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 17, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 20, 2006
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 27, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
October 4, 2006
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
October 25, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 1, 2006
Lecturer

M&M: A Neonate with a Vein of Galen Aneurysmal Malformation (VGAM) and Congestive
Heart Failure Scheduled for Neuroembolization
Department of Anesthesiology

19

Vanderbilt University Medical Center
Nashville, TN
November 10, 2006
Lecturer


Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 15, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 22, 2006
Lecturer

Mock Oral Board Examiner
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
December 4, 2006
Examiner

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
December 6, 2006
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
January 3, 2007
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
April 4, 2007
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology

Vanderbilt University Medical Center
Nashville, TN
April 18, 2007
Lecturer


Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
April 25, 2007
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 2, 2007
Lecturer

Career Options in Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 15, 2007
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 16, 2007
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 23, 2007
Lecturer

Mock Oral Board Examiner
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 29, 2007
Examiner

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center

21

Nashville, TN
May 30, 2007
Lecturer


Pediatric Anesthesia Education Conference: Pediatric Trauma
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
July 18, 2007
Lecturer

Pediatric Anesthesia Education Conference: Pediatric Trauma
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
July 19, 2007
Lecturer

Pediatric Anesthesia Education Conference: Anesthesia for the Child with CHD
Undergoing Non-Cardiac Surgery I
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 15, 2007
Lecturer

Pediatric Anesthesia Education Conference: Anesthesia for the Child with CHD
Undergoing Non-Cardiac Surgery II
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
August 22, 2007
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 5, 2007
Lecturer

Pediatric and Adult Airway Management Workshop
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 21, 2007
Lecturer

Pediatric Anesthesia Education Conference: Fluid and Electrolyte Management

22

Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 5, 2007
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 19, 2007
Lecturer

Pediatric Anesthesia Education Conference: Life Long Learning Conference
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 26, 2007
Lecturer

Mock Oral Board Examiner
Department of Anesthesiology
Vanderbilt University Medical Center
December 14, 2007
Examiner

Pediatric Anesthesia Education Conference: Malignant Hyperthermia
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 4, 2008
Lecturer

Pediatric Anesthesia Education Conference: Fluid and Electrolyte Management
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
March 3, 2008
Lecturer

Pediatric Anesthesia Education Conference: Anesthesia for Transplantation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
March 24, 2008
Lecturer

Pediatric Liver Transplant
Perioperative Services
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN

March, 2008
Lecturer

Pediatric Anesthesia Education Conference: Anesthesia for Transplantation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 12, 2008
Lecturer

Pediatric Anesthesia Education Conference: ENT Surgery
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
June 16, 2008
Lecturer

Mock Oral Board Examiner
Department of Anesthesiology
Vanderbilt University Medical Center
August 13, 2008
Examiner

Pediatric and Adult Airway Management Workshop
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 13, 2008
Lecturer

Pediatric Anesthesia Education Conference: Prematurity and Apnea of Prematurity
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
October 6, 2008
Lecturer

Pediatric Liver Transplant
Perioperative Services
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
October 15, 2008
Lecturer

Pediatric Anesthesia Education Conference: Journal Club
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
October 29, 2008

Lecturer


Pediatric Anesthesia Education Conference: Journal Club
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 4, 2008
Lecturer

Journal Club: Post Operative Bleeding in Cardiac Surgery
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
November 19, 2008
Facilitator

Anesthetic Considerations for the Patient with Sickle Cell
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
December 1, 2008
Lecturer

Journal Club: Development and Psychometric Evaluation of the Pediatric Patient
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
February 18, 2009
Facilitator

Pediatric Anesthesia Education Conference: Coagulation and Blood Transfusion Issues
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 19, 2009
Lecturer

Pediatric Anesthesia Education Conference: Journal Club
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 25, 2009
Lecturer

Pediatric Anesthesia Education Conference: Liver Transplant Review
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN

April 29, 2009
Lecturer

Pediatric Anesthesia Education Conference: Pediatric Trauma
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
June 15, 2009
Lecturer

Pediatric Anesthesia Education Conference: Orientation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
July 27, 2009
Lecturer

Grand Rounds: ENT Anesthesia
Department of Anesthesia
University of Mississippi Medical Center
Jackson, MS
August 26, 2009
Invited Lecturer

Pediatric Anesthesia Education Conference: Sickle Cell Disease
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
September 14, 2009
Lecturer

Mock Oral Board Examiner
Department of Anesthesiology
Vanderbilt University Medical Center
October 8, 2009
Examiner

Division M&M/Peer Review
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
February 5, 2010
Lecturer

Career Options in Anesthesiology
AIG Meeting
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 09, 2010

Lecturer

Pediatric Anesthesia Education Conference: Pediatric Preoperative Evaluation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 21, 2010
Lecturer

Grand Rounds: Cricoid Pressure
"If You're Going to Perform Cricoid Pressure, Perform it Correctly"
Dallas Children's Hospital
Department of Anesthesiology
Dallas, TX
March 3, 2010
Lecturer

Pediatric Anesthesia Education Conference: Pediatric Trauma
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
April 1, 2010
Lecturer

Pediatric Anesthesia Fellow Education Conference: KISS
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 3, 2010
Lecturer

Fellow Education Conference:
Keeping It Simple and Safe
Department of Anesthesiology
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
May 10, 2010
Lecturer

PACU Staff Education Meeting
Pediatric Anesthesiology
Perioperative Services
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
June 30, 2010
Lecturer

Holding Room Staff Education Meeting
Pediatric Anesthesiology

Perioperative Services
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
June 30, 2010
Lecturer


Pediatric Anesthesia Education Conference: Pediatric Trauma
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
July 29, 2010
Lecturer

CRNA Education Meeting
Neonatal Transitions Part 1
Division of Pediatric Anesthesia
Department of Anesthesiology
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
September 29, 2010
Lecturer

Pediatric Anesthesia Education Conference: Pediatric Preoperative Evaluation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
October 5, 2010
Lecturer

Grand Rounds: The Difficult Pediatric Airway
Department of Anesthesiology
University of Vienna
Vienna, Austria
October 13, 2010
Invited Lecturer

Pediatric Anesthesia Education Conference: Journal Club
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
October 28, 2010
Lecturer

CRNA Education Meeting
Neonatal Transitions Part 2
Division of Pediatric Anesthesia
Department of Anesthesiology
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
November 10, 2010
Lecturer

Pediatric Anesthesia Education Conference: Pediatric Preoperative Evaluation

Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
November 11, 2010
Lecturer

Pediatric Sedation Services Meeting
Hot Topics Anesthesia
Division of Pediatric Sedation Services
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
December 7, 2010
Lecturer

Pediatric Anesthesia Fellow Lecture
Renal Transplantation
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
December 13, 2010
Lecturer

Pediatric Anesthesia Fellow Lecture
Difficult Airway
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
March 14, 2011
Lecturer

Pediatric Anesthesia Division Journal Club
Angelman's Syndrome
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
March 23, 2011
Lecturer

Mock Oral Board Examiner
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 18, 2011
Examiner

Lecture: The Reluctant Child
Department of Anesthesiology All Staff Meeting
Vanderbilt University Medical Center
Nashville, TN
July 7, 2011
Lecturer

Lecture: The Reluctant Child
All Staff Meeting
Department of Anesthesiology
Vanderbilt University Medical Center

29

Nashville, TN
July 27, 2011

M&M Presentation
PATCH Nurse Practitioners
Division of Perioperative Services
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
August 2, 2011

Pediatric Anesthesia Fellow Lecture
Important Issues in Pediatric Anesthesia
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
October 11, 2011
Lecturer

Pediatric Surgical Conference
Anesthesia and Its effect on Neurodevelopment
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
October 12, 2011
Lecturer

PATCH Nurse Practitioner Education Conference
Division of Perioperative Services
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
November 8, 2011

Pediatric Anesthesia Fellow Conference
The Difficult Airway
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
November 8, 2011
Lecturer

Pediatric Anesthesia Fellow Lecture
Simulation: Malignant Hyperthermia, Cricoid Pressure, Pneumothorax
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
November 15, 2011
Lecturer

Mock Oral Board Examiner
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
December 14, 2011

Examiner

Pediatric Anesthesia Education Conference: Preoperative Evaluation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
January 9, 2012
Lecturer

Pediatric Anesthesia Education Conference: Preoperative Evaluation
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
February 20, 2012
Lecturer

CRNA Education Meeting
Update on Sickle Cell Disease and Anesthetic Considerations
Division of Pediatric Anesthesia
Department of Anesthesiology
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
May 2, 2012
Lecturer

Pediatric Anesthesia Education Conference: Induction and Emergence
Division of Pediatric Anesthesiology
Department of Anesthesiology
Vanderbilt University Medical Center
Nashville, TN
May 21, 2012
Lecturer

Pediatric Anesthesia Fellow Lecture
Special Pediatric Anesthesia Problems
Division of Pediatric Anesthesia
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
May 22, 2012
Lecturer

PATCH Nurse Practitioner Education Conference
Update on Sickle Cell Disease and Anesthetic Considerations
Division of Pediatric Anesthesia
Department of Anesthesiology
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
June 5, 2012
Lecturer

CRNA Education Conference
Update Anesthetic Considerations
Division of Pediatric Anesthesia
Department of Anesthesiology
Monroe Carell Jr. Children's Hospital at Vanderbilt
Nashville, TN
June 6, 2012
Lecturer

## Publications and Presentations:

### Articles in refereed journals:

Landsman IS, Bricker T, et al.  Emergency gastrotomy: Treatment of choice for iron bezoar. J Pediatr Surg 22:184-185, 1987.

Landsman IS, Knapp J, et al. Injuries Associated With Downhill Sledding.  Pediatric Emergency Care 3:277-280, 1987.

Landsman IS: Pediatric Emergency Medicine. Journal of Emergency Medicine 6:541-542, 1988.

Landsman IS, Gronert BJ, Wiener ES, Ford HR: Fluoroscopy as an Aid to Anesthetic Management for Bronchogenic Cyst Resection. Anesth Analg 79:803-805, 1994.

Davis PJ, McGowan Jr. FX, Landsman I, Maloney K, Hoffmann P: Effect of Antiemetic Therapy on Recovery and Hospital Discharge Time. Anesthesiology 83:956-960, 1995.

Bond GR, Dowd MD, Landsman I, Rimsza M: Unintentional Perineal Injury in Prepubescent Girls:A Multicenter, Prospective Report of 56 Girls. Pediatrics 95:628-631, 1995.

Davis PJ, Lerman J, Suresh S, McGowan FX, Coté CJ, Landsman I, Henson LG: A Randomized Multicenter Study of Remifentanil Compared with Alfentanil, Isoflurane, or Propofol in Anesthetized Pediatric Patients Undergoing Elective Strabismus Surgery. Anesth Analg 84:982-989, 1997.

Landsman IS: Illustrated Textbook of Pediatric Emergency and Critical Care Procedures, Dieckman RA, Fiser DH, Selbst SM (eds.), Mosby, St. Louis, 1997. Anesth Analg 85:235, 1997.

Davis PJ, Wilson A, Pigula F, Siewers R,Landsman I: The Effects of Cardiopulmonary Bypass on Remifentanil in Pediatric Patients Undergoing a TrialSeptal Defect Repair  Anesth Analg 89:904-908, 1999.

Landsman IS:  Cricoid pressure: indications and complications.  Pediatric Anesthesia 14:43-47, 2004.

Landsman IS, Karsanac CJ: Case Discussion: Pediatric Liver Retransplantation on an ECMO Dependant Child. Anesth Analg 111:1275-8, 2010.

Landsman IS, Mitzel HM, Peters SU, Bichell TJ: Are children with Angelman syndrome at high risk for anesthetic complications? Pediatric Anesthesia 22(3):263-267, 2012.

**Books, book chapters, invited review articles:**

Landsman IS: Pediatric Critical Care Illness and Injury (Assessment and Care), Pierog JE and Pierog LJ (eds.), Aspen Publications, 1984. Annals of Emergency Medicine 15:222, 1986.

Wasserman GS, Landsman IS: Pediatric Emergencies Manual, Eichlberger MR, Stossel-Patch G (eds.), University Park Press, 1984.  Annuals of Emergency Medicine 15:985, 1986.

Landsman IS: Comment on Intraosseous Infusions. Pediatric Therapeutics and Toxicology 9:36, 1987.

Landsman IS:  Respiratory Distress.  In: May HL, ed. Emergency Medicine, 2nd Edition Little, Brown and Company,  Boston, MA. pp. 1782-1786, 1992.

Rahman WM, Landsman IS:  Bone Development and Pediatric Considerations.  In: Reisdorff EJ, et al eds. Pediatric Emergency Medicine, W.B. Saunders Company, Philadelphia: pp. 928-934, 1992.

Landsman IS, Cook DR: Post-operative Pain Control in Infants and Children.  In: Breivik H, ed. Baillière's Clinical Anesthesiology: Post-operative Pain Management. W.B. Saunders Company Ltd, London: Vol. 9, No. 3, pp. 513-537, September 1995.

Landsman IS:  Acetaminophen.  In: Roizen MF and Fleisher LA, eds. Essence of Anesthesia Practice.  W.B. Saunders Company, Philadelphia:  p. 467, 1997.

Landsman IS, Davis PJ:  Pharmacologic and Physiologic Considerations.  In: White PF, ed. Ambulatory Anesthesia and Surgery. W.B. Saunders Company Ltd, London: pp. 541-558, 1997.

Landsman IS, Davis, PJ, Badgwell JM:  General Anesthesia Maintenance, Emergence, and Tracheal Extubation. In: Badgwell JM, ed. Clinical Pediatric Anesthesia. Lippincott-Raven, Philadelphia: pp. 145-161, 1997.

Landsman IS:  The Laryngeal Mask Airway. In: Borland LM, ed. International Anesthesiology Clinics. Lippincott-Raven, Philadelphia: pp. 49-65, 1997.

Landsman IS: Mechanisms and Treatment of Laryngospasm. In: Borland LM, ed. International Anesthesiology Clinics. Lippincott-Raven, Philadelphia: pp. 67-73, 1997.

Landsman IS, Cook DR: Pediatric Anesthesia. In: O'Neill JA, Rowe MI, Grosfeld JL, et al ed. Pediatric Surgery. Mosby-Year Book, St. Louis: pp.197-228, 1998.

Joffe D, Davis PJ, Landsman IS, Firestone S: Early Extubation After Cardiac Operations in Neonates and Young Infants. Letters to the Editor, J Thorac Cardiovasc Surg 116(3):536, 1998.

Landsman IS, Hays SR, Vustar M: Pediatric Anesthesia. In: O'Neill JA, Grosfeld JL, et al  Pediatric Surgery. Elsevier, Philadelphia, PA. pp. 221-247, 2006.

Landsman IS, Wekhaven J: Anesthesia for Pediatric Otorhinolaryngologic Surgery. In Motoyama EK and Davis PJ ed.  Smith's Anesthesia for Infants and Children. Mosby, New York: pp. 789-822, 2006.

Landsman IS: Anesthesia for Pediatric Otorhinolaryngologic Surgery. In Motoyama EK and Davis PJ ed.  Smith's Anesthesia for Infants and Children. Mosby, Philadelphia: pp. 786-820, 2011.

33

Landsman IS: Pediatric Anesthesia. In: O'Neill JA, Grosfeld JL, et al  Pediatric Surgery. Elsevier, Philadelphia, PA. 7th Edition, in press.

Landsman IS, Deshpande JK, Zeigler L: Anesthesia for Genitourianary Surgery. In: Andropoulos DB, and Gregory, GA ed. Gregory's Pediatric Urology. Blackwell. London 5th Edition, in press.


## Letters to editor, book reviews, editorials:


## Abstracts:

Landsman IS:  Bacterial contamination of previously opened containers of saline irrigation solution. Pediatric Emergency Care 5:284, 1989.

Landsman IS, Davis PJ, McGowan Jr. FX, Maloney KM.  Comparison of the effects of desflurane or halothane anesthesia on the timing for removal of the laryngeal mask airway in pediatric patients undergoing outpatient surgery.  Abstract published in the syllabus as presented at the 1st joint winter meeting of the Society for Pediatric Anesthesia and American Academy of Pediatrics Section on Anesthesiology, p. 168, February 17-19, 1995.


Davis PJ, McGowan FX, Landsman IS, Maloney K, Hoffmann P. Ondansetron decreases the incidence of emesis following opioid anesthesia in children but does not effect PACU or hospital discharge time. Abstract published in the syllabus as presented at the 1st joint winter meeting of the Society for Pediatric Anesthesia and American Academy of Pediatrics Section on Anesthesiology, p. 69, February 17-19, 1995.

Davis PJ, McGowan Jr. FX, Landsman IS, Maloney KM, Hoffmann PC. Ondansetron decreases the incidence of emesis following opioid anesthesia in children but does not effect PACU or hospital discharge time.  Anesthesiology 83:A8, 1995.

Brandom BW, Lloyd ME, Woelfel SK, Simhi E, Landsman IS, Cook DR.  Comparison of the Datex EMG and Paragraph Monitors During Recovery From Pancuronium in Anesthetized Pediatric Patients. Anesth Analg 84:S228, 1997.

Davis PJ, Wilson AS, Landsman IS, Pigula F, Siewers R, Fertal KM. The Effects of Cardiopulmonary Bypass on Remifentanil Pharmacokinetics.  Anesthesiology 89:A1319, 1998.


## Presentations at Scientific Meetings:

Conference: Life Lines
Septic Shock. "Emergency Care of Children".
Sponsored by The Children's Mercy Hospital
Kansas City, MO
April 15, 1986

Conference: "Pediatric Advanced Life Support"
"Pediatric Advanced Life Support".  Sponsored by
The Children's Mercy Hospital and St. Luke's Hospital
Kansas City, MO
November 21-22, 1986

Conference: Pharmacological Approach to the Critically Ill Child.
Wound Management. "Pediatric Emergencies".
The National Conference for Practitioners
Chicago, IL

October 19-20, 1987

Conference: Coma. "Emergency Care of Children".
Sponsored by The Children's Mercy Hospital
Kansas City, MO
April 15, 1988

Conference: Carbon Monoxide Poisoning and Smoke Inhalation.
Wound Management. (3) Intravascular Access.
"Topics in Emergency Pediatrics"
St. Louis, MO
October 27-29, 1988

Conference: Life Lines and Intraosseous Infusions.
Humana Hospital of Dodge City Medical Staff Meeting
Dodge City, KS
March 21, 1989

Conference: Drowning and Hypothermia.
Intraosseous Infusion.
Kansas Emergency Technicians Association
Garden City, KS
April 6-8, 1989

Conference: Managing Pediatric Emergencies Focus on Respiratory, Orthopaedic and Abdominal
Problems.
Williamsburg, VA
April 19-20, 1990

Conference: The Language of Pediatric Orthopedics (Orthopedic-eze).
Emergency Department Evaluation of Sexual Abuse.
"Emergency Care of Children"
Sponsored by The Children's Mercy Hospital
Kansas City, MO
April 27, 1990

Ambulatory Pediatric Association Workshop: Wound Care for the Pediatrician Abrasions to Z-
Plasty.
Anaheim, CA
May 10, 1990.

Conference: Managing Pediatric Emergencies Focus on Respiratory, Orthopaedic and Abdominal
Problems.
Atlantic City, NJ
June 11-12, 1990

Conference: Managing Pediatric Emergencies Focus on Respiratory, Orthopaedic and Abdominal
Problems.
Toronto, Ontario, Canada
September 17-18, 1990

Conference: Managing Pediatric Emergencies Focus on Respiratory, Orthopaedic and Abdominal
Problems.
St. Louis, MO
October 15-16, 1990

35

Conference: Managing Pediatric Emergencies Focus on Respiratory, Orthopaedic and Abdominal Problems.
Atlanta, GA
November 5-6, 1990

Conference: Epiglottitis, Croup, Intraosseous Access.
Maricopa Medical Center
Phoenix, AZ
August 9, 1993

Abstract Presentation: Case Study: Fluoroscopy as an Aid in Anesthetic Management of Bronchogenic Cyst Resection. Sponsor: The Western Pennsylvania Society of Anesthesiologists.
Pittsburgh, PA
May 5, 1994

CA2 Didactic Seminar:
Current Controversies in Pediatric Anesthesia.
University of Pittsburgh Medical Center
Pittsburgh, PA
April 17, 1995

Conference:
Rocuronium and the Pediatric Patient.
The Laryngeal Mask Airway & the Pediatric Patient.
Hamot Medical Center
Erie, PA
June 3, 1995

Lecture: Pharmacokinetics and Pharmacodynamics of Muscle Relaxants in Children.
Valley Hospital
Ridgewood, NJ
September 12, 1995

Oral Board Review in Pediatrics
University of Pittsburgh Anesthesia Resident Program
CA-2 Residents
Pittsburgh, PA
October 17, 1995

Visiting Professor Lecture: Clinical Case Discussion.
Department of Anesthesia
New York University Medical Center
New York, NY
January 3, 1996

Lecture: Post-Op Pain Management in Pediatric Patients.
Las Vegas, NV
January 17, 1996

Lecture: Post-Op Pain Management in Pediatric Patients.
Cooper Hospital/University Medical Center Conference on Clinical Issues in Anesthesiology.
Stratton Mountain, VT
February 1, 1996

Lecture: The LMA: Use in the Pediatric Population.
West Virginia Association of Nurse Anesthetists
Annual State Meeting at The Greenbrier.
White Sulphur Springs, WV
March 23, 1996

Panel on Pediatric Pain Management:
Controversies in the Use of PCA and Spinal Axis Opioids in Children.
ASA Annual Meeting
New Orleans, LA
October 21, 1996

Conference:
The Laryngeal Mask Airway and Mechanisms and Treatment of Laryngospasm.
The 3rd International Symposium on the Pediatric Airway
Orlando, FL
November 15, 1996

Lecture: Pain Management.
Pediatric Surgery Department
Children's Hospital of Pittsburgh
Pittsburgh, PA
January 7, 1997

Workshop: LMA'S: Light Wands.
Society for Pediatric Anesthesiology Meeting
San Antonio, TX
February 14, 1997

Lecture: LMA in Children.
St. Francis Medical Center
Kansas City, MO
March 19, 1997

Lecture: Pain Management.
Anesthesia Nursing Graduate Program
University of Pittsburgh
Pittsburgh, PA
July 9, 1997

Lecture: Airway Workshop: LMA/Lightwand.
American Academy of Pediatrics/Society for Pediatric
Anesthesia Winter Meeting
Phoenix, AZ
February 13-14,1998

Workshop: Pain Nursing Series.
Children's Hospital of Pittsburgh
Pittsburgh, PA
April 20, 1998

Lecture: Pediatric Pain Management.
Nurse Anesthesia Program
University of Pittsburgh
Pittsburgh, PA

July 8, 1998

Workshop: Bullard Laryngoscope.
American Academy of Pediatrics/Society for Pediatric
Anesthesia Annual Meeting
Las Vegas, NV
February 18-21, 1999

Lecture: Airway Nightmares.
American Academy of Pediatrics/Society for Pediatric
Anesthesia Annual Meeting
Las Vegas, NV
February 18-21, 1999

Lecture: Difficult Airway Workshop.
Society for Pediatric Anesthesia Meeting
Sanibel Harbor, FL
February 25-26, 2000

Lecture: Cardiovascular Physiology and Congenital Heart Disease.
University of Pittsburgh, PA
May 17, 2000

Lecture: Pediatric Pain Management.
University of Pittsburgh Anesthesia
Nursing Graduate Program
Pittsburgh, PA
May 17, 2000

Lecture: ICU Anesthesia Pre-OP
Hot Topics in Pediatric Anesthesia
Vanderbilt University Medical Center
Nashville, TN
January 8, 2002 & January 14, 2002

Lecture: Current Controversies in Pediatric Anesthesia
Tennessee Society of Anesthesiologist Annual Scientific Meeting
Franklin, TN
February 2002

Lecture: ASATT Presentation in Orlando
Topic: Airway Issues in Pediatric Anesthesia
Disney's Coronado Springs Resort,
Lake Buena Vista, FL
October 12, 2002

Lecture: ASA Panel Anesthetic & Critical Care Issues in
Solid Organ Transplantation
Topic: Pediatric Lung Transplantation
Orange County Convention Center
October 14, 2002

Lecture: Keeping It Safe & Simple "KISS"
Tennessee Society of Anesthesiologists Meeting
Hilton Suites Nashville Downtown, Nashville, TN

38

February 8, 2003

Conference: Topics in Pediatric Anesthesia
New Mexico Society of Anesthesiologists Annual Meeting
La Posada de Albuquerque
Albuquerque, NM
May 17, 2003

Conference: Topics in Pediatric Anesthesia
St. Jude Children's Research Hospital
Memphis, TN
May 23-24, 2003

Lecture: Pediatric ENT Anesthesia
Tennessee Society of Anesthesiologists Meeting
Vanderbilt Lowe's Hotel
Nashville, TN
February 21, 2004

PBLD: A Neonate with a Vein of Galen Aneurysmal Malformation (VGAM) and
Congestive Heart Failure Scheduled for Neuroembolization
American Society of Anesthesiologists Annual Meeting
Chicago, IL
October 16-17, 2006

PBLD: Anesthetic Implications of Neonatal Vein of Galen Aneurysmal Malformation (VGAM)
Society for Pediatric Anesthesia Annual Winter Meeting
Phoenix, AZ
March 2007

Lecturer: Premier Anesthesia Seminars
Contemporary Anesthesia Review and ACLS/PALS Recertification
Problem based learning pediatric anesthesia vignettes
How to approach the pediatric difficult airway
Laryngospasm
Cricoid Pressure
Hot Topics in Pediatric Anesthesia
CE credit from American Association of Nurse Anesthetists
Lake Buena Vista, FL
July 1-6, 2007

Lecturer: Premier Anesthesia Seminars
Contemporary Anesthesia Review and ACLS/PALS Recertification
Problem based learning pediatric anesthesia vignettes
How to approach the pediatric difficult airway
Laryngospasm
Cricoid Pressure
Hot Topics in Pediatric Anesthesia
CE credit from American Association of Nurse Anesthetists
Fairmont Southampton
Hamilton, Bermuda
August 26-30, 2007

PBLD: Anesthetic Implications of Neonatal Vein of Galen Aneurysmal Malformation (VGAM)
American Society of Anesthesiologists Annual Meeting

39

San Francisco, CA
October 14-15, 2007

Gunn, D, Landsman IS, Chester M.
Poster Presentation: Pediatric Wada Testing
American Society of Anesthesiologists Annual Meeting
Chicago, Illinois
October 2007

Lecturer: Premier Anesthesia Seminars
Contemporary Anesthesia Review and ACLS/PALS Recertification
Problem based learning pediatric anesthesia vignettes
How to approach the pediatric difficult airway
Laryngospasm
Cricoid Pressure
Hot Topics in Pediatric Anesthesia
CE credit from American Association of Nurse Anesthetists
Caesar's Palace
Las Vegas, Nevada
May 7-8, 2008

Poster Presentation: Double Lumen Tube Placement in Pediatric ICU Patients for Differential Lung Ventilation
Johnstone, S, Kulkarni, M, Landsman, I
American Society of Anesthesiologists Annual Meeting
Orlando, Florida
October 20, 2008

Lecturer: Premier Anesthesia Seminars
Contemporary Anesthesia Review and ACLS/PALS Recertification
Problem based learning pediatric anesthesia vignettes
How to approach the pediatric difficult airway
Laryngospasm
Cricoid Pressure
Hot Topics in Pediatric Anesthesia
CE credit from American Association of Nurse Anesthetists
The Atlantis Resort
Paradise Island, Bahamas
October 22, 2008

Lecturer: Premier Anesthesia Seminars
Anesthesia Review and ACLS/PALS Recertification
Hot Topics in Pediatric Anesthesia
Cricoid Pressure
Laryngospasm
How to approach the pediatric difficult airway
Problem based learning pediatric anesthesia vignettes
CE credit from American Association of Nurse Anesthetists
The Atlantis Resort
Paradise Island, Bahamas
January 21, 2009

Lecturer: Pediatric Pain Management
Fundamentals of Pediatric Anesthesia Meeting

40

Society for Pediatric Anesthesia Annual Winter Meeting
Jacksonville, FL
March 21, 2009

PBLD: A 1 year old with a failed Kasai Procedure, Acute Renal Failure and Portal Vein
Thrombosis for Liver Transplant
Society for Pediatric Anesthesia Annual Winter Meeting
Jacksonville, FL
March 22, 2009

Lecturer: Northwest Anesthesia Seminars, Inc.
Current Topics in Pediatric Anesthesia
How to Approach the Pediatric Difficult Airway
Cricoid Pressure
Pediatric ENT Anesthesia
Malignant Hyperthermia
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Memphis, TN
March 26-29, 2009

Lecturer: Premier Anesthesia Seminars
Hot Topics in Anesthesia
Cricoid Pressure
Laryngospasm
How to Approach the Pediatric Difficult Airway
Problem Based Learning Pediatric anesthesia Vignettes
Group Discussion
CE credit from American Association of Nurse Anesthetists
Coronado, CA
June 10, 2009
Lecturer: Premier Anesthesia Seminars
Malignant hyperthermia
Transitional tasks of the Newborn
Pediatric ENT
Review of Congenital Heart Disease
Problem Based Learning – Pediatric Trauma
Group Discussion
CE credit from American Association of Nurse Anesthetists
Coronado, CA
June 11, 2009

Lecturer: Northwest Anesthesia Seminars, Inc.
Current Topics in Pediatric Anesthesia
How to Approach the Pediatric Difficult Airway
Cricoid Pressure
Pediatric ENT Anesthesia
Malignant Hyperthermia
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Las Vegas, NV
September 5-6, 2009

PBLD: Postoperative Complications
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Dallas, TX

March 4-7, 2010

Lecturer: Northwest Anesthesia Seminars, Inc.
Anesthesia Update Meeting
Hot Topics in Pediatric Anesthesia
How to Approach the Pediatric Difficult Airway
LaryNasngospasm
Cricoid Pressure
Pediatric ENT
Problem Based Learning Pediatric Anesthesia Vignettes
Malignant Hyperthermia
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Dallas, TX
March 4-7, 2010

PBLD: Anesthetic Implications of Neonatal Vein of Galen Aneurysmal Malformation
Society for Pediatric Anesthesia Annual Winter Meeting
San Antonio, TX
April 18, 2010

Poster Presentation: Liver Transplantation While on ECMO
Landsman, IS, and Karsanac CJ
Society for Pediatric Anesthesia Annual Winter Meeting
San Antonio, TX
April 18, 2010

Lecturer: Premier Anesthesia Seminars
Current Topics in Pediatric Anesthesia
How to Approach the Pediatric Difficult Airway
Pediatric ENT Anesthesia
Malignant Hyperthermia
Laryngospasm
PBLD: Postoperative Complications
CE credit from American Association of Nurse Anesthetists
St. John, Virgin Islands
April 26-28, 2010

Lecturer: Northwest Anesthesia Seminars, Inc.
Current Controversies in Pediatric Anesthesia
Pediatric ENT Anesthesia
PBLD: Pediatric Anesthesia Vignettes
Webb Roberts Center for Continuing Medical Education, Baylor Health Care System
Nashville, TN
May 20, 2010

Lecturer: Northwest Anesthesia Seminars, Inc.
How to Approach the Pediatric Difficult Airway
Airway Nightmares
Problem Based Learning Pediatric Anesthesia Vignettes
Current Controversies in Pediatric Anesthesia
Pediatric ENT Anesthesia
Keeping It Safe & Simple: KISS

Laryngospasm
Post-Op Pain Management in Pediatric Patients
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
New York, NY
May 25-27, 2010

Lecturer: Northwest Anesthesia Seminars, Inc.
How to Approach the Pediatric Difficult Airway; Cricoid Pressure; Laryngospasm; Keeping it Safe
& Simple aKISS@; PBLD: Pediatric Anesthesia Vignettes; The Pediatric Patient with a Single
Ventricle; Hot Topics in Pediatric Anesthesia; ICU Anesthesia Pre-Op; Pediatric Renal Transplant;
Pediatric Liver Transplant
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Alaska Cruise Northbound via The Inside Passage
August 8-15, 2010

Lecturer: Northwest Anesthesia Seminars, Inc.
Pharmacologic Management of Laryngospasm
KISS Pediatric Anesthesia
Hot Pharmacology Topics in Pediatric Anesthesia
Postoperative Pain Management in Pediatric Patients
Pharmacologic Approach to the Difficult Pediatric Airway
Pharmacology in the Treatment of Malignant Hyperthermia
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Las Vegas, NV
September 6-9, 2010

Lecturer: Northwest Anesthesia Seminars, Inc.
Current Controversies in Pediatric Anesthesia
Pediatric ENT Anesthesia
Too Cool for School: Complications from Unintentional Hypothermia
LMA and Airway Management
Keeping It Safe & Simple "KISS"
Problem Based Learning Pediatric Anesthesia Vignettes
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Paradise Island, Bahamas
October 4-7, 2010

PBLD: Anatomy of a Pediatric Transplant
American Society of Anesthesiologist Annual Meeting
San Diego, CA
October 16, 2010 (accepted but not presented)

Poster Presentation: Vein of Galen Repair in 38 Week Newborn with High-Output Cardiac Failure
Korzyniowski, A, Landsman I
American Society of Anesthesiologist Annual Meeting
San Diego, CA
October 18, 2010

PBLD: Anesthetic Implications of Neonatal Vein of Galen Aneurysmal Malformation (VGAM)
American Society of Anesthesiologist Annual Meeting
San Diego, CA

October 18, 2010 (accepted but not presented)

Lecturer: Northwest Anesthesia Seminars, Inc.
Cricoid Pressure Controversies in Pediatric Anesthesia
Hot Topics in Pediatric Anesthesia
"KISS": Keeping it Safe and Simple
How to Approach the Pediatric Difficult Airway
Post-Op Pain Management in Pediatric Patients
Problem Based Learning Pediatric Anesthesia Vignettes
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Las Vegas, NV
January 24-27, 2011

Abstract Presentation: Anesthetic Implications of Angelman's Syndrome
Landsman I, Mitzel H
Society for Pediatric Anesthesia Annual Spring Meeting
San Diego, CA
March 31 - April 3, 2011

PBLD: An Anatomy of a Liver Transplant
Landsman, IS
Society for Pediatric Anesthesia Annual Spring Meeting
San Diego, CA
April 3, 2011

Lecturer: Northwest Anesthesia Seminars, Inc.
Current Controversies in Pediatric Anesthesia
Keeping It Safe & Simple "KISS"
How to Approach the Pediatric Difficult Airway
Pediatric ENT Anesthesia
Cricoid Pressure Controversies
Post-Op Pain Management in Pediatric Patients
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Las Vegas, NV
April 4-7, 2011

Lecturer: Guatemala City Society of Pediatrics
Preoperative Quandaries in Pediatric Anesthesia
Guatemala City, Guatemala
March 28, 2011

Abstract Presentation: Pediatric Liver Retransplantation on ECMO
Landsman, IS
Joint International Congress of ILTS
Valencia, Spain
June 22, 2011

Lecturer: Northwest Anesthesia Seminars, Inc.
Hot Topics in Pediatric Anesthesiology
How to Approach the Pediatric Difficult Airway

44

Pediatric ENT Anesthesia
Keeping it Safe and Simple
PBLD: Pediatric Anesthesia Vignettes
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Williamsburg, VA
July 2011

Abstract Presentation: Anesthetic Implications of Angelman's Syndrome
Landsman, IS
American Society of Anesthesiologists Annual Meeting
Chicago, IL
October 16, 2011

Abstract Presentation: Pierre Robin Syndrome: A Difficult Airway in a Neonate
Landsman, IS
American Society of Anesthesiologists Annual Meeting
Chicago, IL
October 16, 2011

Abstract Presentation: Your Epidural Paralyzed My Patient.
Landsman, IS
Annual NYSSA-PGA Meeting
New York, NY
December 10, 2011

Lecture: Con- RSI in Pediatrics
Landsman, IS
National Conference of Indian Association of Paediatric Anaesthesiologists
Annual Meeting
Hyderabad, India
February 11, 2012

Lecture: Preoperative Dilemmas
Landsman, IS
National Conference of Indian Association of Paediatric Anaesthesiologists
Annual Meeting
Hyderabad, India
February 11, 2012

Moderator: Difficult Airway Symposia
Landsman, IS
National Conference of Indian Association of Paediatric Anaesthesiologists
Annual Meeting
Hyderabad, India
February 12, 2012

PBLD: Your Epidural Paralyzed My Patient
Landsman, IS, Hays SR
Society for Pediatric Anesthesia Annual Meeting
Tampa, FL
February 22, 2012

Abstract Presentation: Institution of a Quality Assurance Program in Off-Site Anesthesia for Pediatric MRI.
Landsman, IS
Society for Pediatric Anesthesia Annual Meeting
Tampa, FL
February 22, 2012

Abstract Presentation: Innovative practice model for anticipatory guidance, preparation and education for pediatric patients requiring sedation for MRI.
Landsman, IS, Kinch, J
NAPNAP Annual Meeting
San Antonio, TX
March 2012

Abstract Presentation: How do you build a pediatric sedation service?  A description of a multidisciplinary approach to pediatric sedation services at Monroe Carell Jr. Children's Hospital at Vanderbilt.
Landsman, IS, Kinch J
NAPNAP Annual Meeting
San Antonio, TX
March 2012

Lecturer: Northwest Anesthesia Seminars, Inc.
Hot Topics in Pediatric Anesthesia
Pediatric Anesthesia Vignettes
How to Approach the Pediatric Difficult Airway
Cricoid Pressure Controversies
Pediatric ENT Anesthesia
Malignant Hyperthermia
PACU Pain and Emergence Agitation
Webb Roberts Center for Continuing Medical Education
Baylor Health Care System
Las Vegas, NV
April 16-19, 2012

46

Expert Witness Report


*Daniel Lovelace and Helen Lovelace, Individually, and as Parents of Brett Lovelace,
deceased v. Pediatric Anesthesiologists, P.A., Babu Rao Paidipalli, M.D. and Mark
Clemons, M.D.*, No. 2:13-cv-02289 dkv, United States District Court for the Western
District of Tennessee, Western Division at Memphis


April 28, 2014


I have been asked to review the medical records, depositions and discovery documents in
the above referenced case to provide an opinion regarding whether the anesthesia care
provided to Brett Lovelace met the recognized standard of acceptable professional
practice for anesthesia providers in this community as it existed in March 2012.

*Qualifications:*

My Curriculum Vitae outlining my education, training and experience is attached. Prior
to becoming a CRNA I was a PACU nurse so I am familiar with the interplay between
anesthesia staff and PACU nursing from both sides. I am familiar with the recognized
standard of acceptable professional practice for anesthesiology treatment and care and
post-op anesthesia care of pediatric patients in Memphis, Shelby County, Tennessee as it
existed in March 2012.

*Compensation:*

I am being compensated at a rate of $200 per hour for reviewing the records and drafting
this report.  I will be compensated at a rate of $250 per hour plus expenses for testifying
at trial.  The compensation is based solely upon the hours worked on the case and is not
contingent on my conclusions or the outcome of the litigation.

*Prior Cases:*

In the past 4 years I have testified in the following cases:

*Mary Stanley v. Anesthesia Consultants Exchange, et. al,* Docket No. 10-C-1282; Circuit
Court of Hamilton County, Tennessee. In that case I was an expert for the Defendant. I
gave a discovery deposition and testified live a trial.

*Charles Martin v. Melissa LeFave and Anesthesia Specialists,* Docket No.  6686, Circuit
Court of Tipton County, Tennessee.  Expert for Defendants. In that case I gave a
discovery deposition.

*Willie Mann v. Delta Medical Center, et. al.,* Docket No.: CT-004799-08, Circuit Court of Shelby County, Tennessee. Expert for Plaintiff. In that case I gave a discovery deposition.

*Sources of Information:*

In forming my opinions, I have relied upon the medical records of Brett Lovelace from his March 12, 2012 hospitalization at Lebonheur Children's Medical Center, the depositions of the parties, opinions of plaintiffs' experts, discovery, and pleadings as well as my education, training and experience in providing anesthesia care to patients like Brett Lovelace over the course of my career.

To the extent new information becomes available in this case, I reserve the right to modify or add to this opinion.

*A. Factual Background*

On March 12, 2012, Brett Lovelace underwent a tonsillectomy and adenoidectomy performed at Lebonheur Children's Hospital by ENT specialist, Dr. Mark Clemons. Dr. Rao Paidipalli provided anesthesia care. At the conclusion of the surgery, Dr. Paidipalli extubated Brett at which time the patient was awake and ventilating adequately. He was then transferred from the operating room to the PACU by Grace Freeman, CRNA. During or shortly after transfer to the PACU, Brett moved himself to a prone position. Ms. Freeman assessed Brett's vital signs and oxygen saturation in the PACU before handling over care to the PACU nurse. When Ms. Freeman left the PACU, the patient was stable, breathing normally and resting comfortably.

*B. Opinions*

It is my opinion that the anesthesia care provided by Dr. Paidipalli and Pediatric Anesthesiologists, P.A. conformed to the recognized standard of acceptable professional practice for anesthesiologists and CRNA's practicing in Memphis, Shelby County, Tennessee in March 2012. It is further my opinion that the PACU nurse, Kelly Kish, grossly deviated from the standard of care by failing to monitor the patient properly and by failing to notify the anesthesia team when there was a problem with the patient's respiratory status.

PACU nurses are specifically trained to monitor and care for patients post-anesthesia. That is their function. They must be qualified to work in a PACU. Such qualifications include being ACLS certified, and, in a pediatric setting, PALS certified. The job of the PACU nurse is to monitor the patient as they fully awaken from anesthesia and to notify anesthesia if any problems arise. It is this not the standard of care in this community for a CRNA or anesthesiologist to remain with a patient in the PACU. PACU's are staffed by nurses not CRNA's.

2

It is my opinion that Brett was appropriately monitored in the operating room. The method of extubation (awake extubation) performed by Dr. Paidipalli was appropriate and complied with the standard of care for extubating of an obese child undergoing a tonsillectomy. If Dr. Paidipalli had chosen to perform a deep extubation, that would have complied with the standard of care as well. It is a judgment call on the part of the anesthesia provider as to which method to choose.

The medical records and deposition testimony of Dr. Paidipalli indicate that the patient was awake and breathing well. He was able to follow commands to open his eyes and take a deep breath, which indicates the patient was awake enough to be extubated. If Brett Lovelace was able to turn himself to a prone position during transfer that shows he was awake. Pediatric patients do not move to a prone position unless they are awake. Brett Lovelace was awake and ventilating adequately after being extubated.

The standard of care then requires, as was done here, that the patient be transferred to the PACU to fully recover from the anesthesia. It is my opinion, based upon the medical records, that Brett Lovelace was in stable condition at the time Grace Freeman, CRNA turned the patient's care over to the PACU nurse. It is further my opinion that Brett was appropriately assessed by the CRNA, Grace Freeman prior to her leaving the PACU. She documented that Brett was awake without difficulty with spontaneous ventilation and his vital signs were stable. She further documented his O2 sats remained at 100% and his vital signs were still stable when she turned over care to the PACU nurse, Kelly Kish. It is my opinion that the Grace Freeman, CRNA adequately transferred care to the PACU nurse and remained with the patient as long as was medically necessary and in compliance with the standard of care. The standard of care does not require continuous anesthesia supervision of patients in the PACU.

If Brett turned himself to a prone position either shortly before or shortly after the time of transfer of the patient to PACU, it was not a deviation from the standard of care for the CRNA to allow the patient to remain in a prone position. As long as the patient is comfortable and the vital signs are stable, the prone position is an acceptable position for a post-tonsillectomy patient.  It is not unusual for a patient to reposition himself to a prone position after extubation and it is not a deviation from the standard of care to allow a patient to remain in the prone position following extubation.

It is my opinion that Kelly Kish, the PACU nurse failed to properly monitor Brett resulting in the failure to detect the breathing problems he began to experience in PACU, and failed to notify anesthesia of a problem, resulting in the unfortunate outcome in this case. The medical records show a deterioration of the patient's condition and a failure to act on the part of the PACU nurse. The deviations from the standard of care by the PACU nurse are not attributable to Pediatric Anesthesiologists, P.A. since the patient was in stable condition at the time of transfer of the patient from Pediatric Anesthesiologists, P.A. personnel to the PACU hospital nurse and the anesthesia team.
I strongly disagree with the opinions of the plaintiff's anesthesiology expert, Jason Kennedy, M.D. Specifically I disagree with Dr. Kennedy's opinion that the defendants failed to appropriately insure that Brett had fully emerged from and recovered

3

appropriately from the anesthetic prior to removal of the endotracheal tube. Tidal volumes are not good indicators of a patient breathing spontaneously (as opposed to being on a ventilator). The tidal volumes are not going to be accurate for awake extubation because the ET cuff is down and there is no seal. The patient, therefore, is pulling air from inside the tube and around the tube causing unreliable readings of tidal volumes on the monitor.

I also disagree with Dr. Kennedy's opinion about the CO2 level. The CO2 level for a normal patient is in the 35-45 range. For a patient like Brett, who is obese and has sleep apnea, CO2 retention occurs and readings in the 50's are normal for this patient population. In other words, hypercarbia is the norm for a patient who is obese with sleep apnea. It is not unusual for a patient under anesthesia to have a CO2 level in the 50's before they are fully awake. It was appropriate and within the standard of care to extubate Brett Lovelace at the time Dr. Paidipalli extubated him.

I further disagree with Dr. Kennedy's suggestion that Brett's initial arterial blood gas (ABG) recording a pH of 6.70 measured after Brett coded has any relevance to what occurred in the operating room. By the time the ABG's were drawn it was already too late. It is expected that you would see lactic acidosis at the time of the code. Dr. Kennedy's opinions using the ABG's to form a conclusion on what the initial CO2 would have been at an earlier point in time is mere speculation and conjecture.

I disagree with Dr. Kennedy's opinions regarding oxygen supplementation in the PACU. The recognized standard of acceptable professional practice in this community does not require that a patient be sent to the PACU on supplemental oxygen. In fact, the greater majority of patients do not receive supplemental O2 in route. The only time supplemental oxygen is mandated by the standard of care is when the patient is not maintaining their SATs in the OR. Here, Brett's oxygen saturation at the time he left the OR, when he arrived in the PACU, and when CRNA Freeman left the PACU, was 100%. Therefore, the anesthesia team complied with the standard of care in all respects with regard to monitoring the patient's oxygen level. The records indicate that Grace Freeman sent the patient to the PACU with a Jackson Reese O2 delivery system, which can provide "blow by" oxygen (a tube blowing oxygen by his face). As stated above, the standard of care does not require that a patient receive supplemental oxygen in route to the PACU. The fact that the CRNA sent him to the PACU with the Jackson Reese is over and above what is required by the standard of care.

*C. Conclusion*

All of the care and treatment provided to Brett Lovelace by Dr. Paidipalli and Grace Freeman, CRNA complied with the recognized standard of professional practice in Memphis, Shelby County, Tennessee in March 2012.

Dwayne Accardo, CRNA

4

CURRICULUM VITAE

NAME: DWAYNE L. ACCARDO
EDUCATION:

Undergraduate:
    Hinds Community College - 1991-1993 - Associate of Arts (December 1993)
    University of Mississippi- 1994 - 1995 - Bachelor of Science in Nursing (December 1995)
Graduate/Professional School:
    Webster University 1998 – 2001 - Master of Science in Nurse Anesthesia (March 2001)
    University of Tennessee 2006 – 2007 – Doctorate of Nursing Practice (December 2007)

HONORS/AWARDS:
Honorary Organizations
    Undergraduate:
        Who's Who Among Students In American Universities And Colleges 1994-1995
        Deans list University of Mississippi 1994-1995
        National Deans list 1995-1996.
    Graduate:
        Who's Who Among Students In American Universities And Colleges 1999-2000
        Helen Lamb Clinical Achievement recipient 2001
        Sigma Theta Tau International – 2007

        Recipient 2011 UTHSC Student Government Association Excellence in Teaching Award

BOARD CERTIFICATION:
    National Board on Certification and Recertification of Nurse Anesthetists (NBCRNA) - April 2001

LICENSURE:
    Nursing – Tennessee, RN0000129678 — Current
    Nursing – Tennessee, APN 0000010349 -- Current

SOCIETY MEMBERSHIPS:
    Sigma Theta Tau International – Beta Theta-at-Large Chapter
    Tennessee Association of Nurse Anesthetists
    Association of Women's Health, Obstetrics and Neonatal Nurses

UNIVERSITY (AND COLLEGE) APPOINTMENTS:
    Assistant Professor and Associate Program Director, Nurse Anesthesia Option, University of Tennessee Health Science Center, College of Nursing, Memphis, TN, January 2008 – Present
    Instructor, University of Tennessee Health Science Center, College of Nursing, Memphis, TN, January 2006 – December 2007

HOSPITAL/CLINICAL APPOINTMENTS:
    Methodist LeBonheur Healthcare – CRNA/Allied Staff Active, August 2002 - Present
    Baptist Healthcare Systems – CRNA/Allied Staff Inactive, January 2001 – January 2008
    Regional Medical Center – CRNA/Allied Staff Inactive, Sept. 2001 – December 2005
    Mississippi Baptist Medical Center – RN Inactive, January 1996 – August 1998

PRACTICE/PROFESSIONAL EXPERIENCE:
     Medical Anesthesia Group – 2002 – Present
     Regional Medical Center 2001 -- 2005
     Metropolitan Anesthesia Associates -- 2004 – 2008

TEACHING EXPERIENCE:
Winter Spring 2006
     Pharmacology II: Anesthesia: PHAR 828 – 4 credits – 25 students – Course director
Summer Fall 2006
     Principles of Anesthesia Practice III, ANES 870 – 2 credits – 25 students – Course director
Winter Spring 2007
     Pharmacology II: Anesthesia: PHAR 828 – 4 credits – 13 students – Course director
Summer Fall 2007
     Principles of Anesthesia Practice III, ANES 870 – 2 credits – 13 students – Course director
Winter Spring 2008
     Pharmacology II: Anesthesia: PHAR 828 – 4 credits – 15 students – Course director
Summer Fall 2008
     Principles of Anesthesia Practice III, ANES 870 – 2 credits – 13 students – Course director
Winter Spring 2009
     Pharmacology II: Anesthesia: PHAR 828 – 4 credits – 19 students – Course director
Summer Fall 2009
     Principles of Anesthesia Practice III, ANES 870 – 2 credits – 19 students – Course director
Winter Spring 2010
     Pharmacology II: Anesthesia: PHAR 828 – 4 credits – 19 students – Course director
Summer Fall 2010
     Principles of Anesthesia Practice III, ANES 870 – 2 credits – 19 students – Course director
     DNP Pharmacology I: Anesthesia: PHAR 831 -- 4 credits – 15 students – Course director
Winter Spring 2011
     DNP Pharmacology II: Anesthesia: PHAR 832 -- 4 credits – 15 students – Course director
Summer Fall 2011
     DNP Pharmacology I: Anesthesia: PHAR 831 – 4 credits – 15 students – Course director
Winter Spring 2012
     DNP Pharmacology II: Anesthesia: PHAR 832 – 4 credits – 15 students – Course director
     Principles of Anesthesia Practice III, ANES 882 – 2 credits – 15 students – Course director
Summer Fall 2012
     DNP Pharmacology I: Anesthesia: PHAR 831 – 4 credits – 18 students – Course director
Winter Spring 2013
     DNP Pharmacology II: Anesthesia: PHAR 832 – 4 credits – 18 students – Course director
     Principles of Anesthesia Practice III, ANES 882 – 2 credits – 18 students – Course director
Summer Fall 2013
     DNP Pharmacology I: Anesthesia: PHAR 832 – 4 credits – 16 students – Course director

Winter Spring 2014
    DNP Pharmacology II: Anesthesia:  PHAR 832 – 4 credits – 16 students – Course director
    Principles of Anesthesia Practice III, ANES 882 – 2 credits – 17 students – Course director


VISITING PROFESSORSHIPS AND INVITED LECTURES:
    Webster University, St. Louis, MO – Keynote Speaker, March 8, 2008
    Lower Alabama Continuing Education, Gulf Shores, AL – Lecturer, June, 2010
    Tennessee Association of Nurse Anesthetists, Murfreesboro, TN – Lecturer, October, 2011
    Lower Alabama Continuing Education, Gulf Shores, AL – Lecturer, March, 2012
    Lower Alabama Continuing Education, Huntsville, AL – Lecturer, March, 2012
    Baxter Pharmaceuticals Lecturer
    Cadence Pharmaceuticals Lecturer
    Tennessee Association of Nurse Anesthetists, Murfreesboro, TN – Lecturer, October 2012
    Lower Alabama Continuing Education, Huntsville, AL – Lecture, November, 2013
    Lower Alabama Continuing Education, Gulf Shores, AL – Lecturer, June, 2014

EDITORIAL APPOINTMENTS:
    Chapter Review Management of Pain During Birth in Contemporary Maternal – Newborn Nursing Care: Princeton Hall Books, August 2007
    Anesthesia Evidence-Based Guideline Revision Team – Association of Women's Health, Obstetrics and Neonatal Nurses
    Chapter Author, Anesthesia Pharmacology—Essential Pharmacology for Nurses, Ongoing

COMMITTEES AND OFFICES HELD:
    Education Committee – Tennessee Association of Nurse Anesthetists
    District I Director---Tennessee Association of Nurse Anesthetists, 2008-2010, 2010-2012
    Education Chair – Tennessee Association of Nurse Anesthetists, 2012-2013

Dianne Dowdy, RN
4855 Old Jackson Road
Somerville, Tennessee 38068

May 1, 2014

**EXPERT WITNESS REPORT**

LOVELACE V. PEDIATRIC ANESTHESIOLOGISTS, ET. AL,

I have been retained to provide expert testimony in this case on behalf of the defendants, Pediatric Anesthesiologists, PA, Babu Rao Paidipalli, M.D. and Mark Clemons, M.D.. I am familiar with the recognized standard of acceptable professional practice for a PACU nurse providing care to a patient such as Brett Lovelace as it existed in March 2012 in Memphis, Shelby County, Tennessee. My qualifications are set forth in my curriculum vitae attached to this report.

In forming my opinions I reviewed the following:

1.  Complaint
2.  Medical Records of Brett Lovelace
3.  Agreed Order entered by Tennessee Board of Nursing from investigation of Kelly Kish, RN
4.  Photographs of Brett Lovelace

The facts I considered in forming my opinions are as follows:

At approximately 10:35 a.m. on March 12, 2012, the care of Brett Lovelace, a 12 year old male, was transferred to Lebonheur's PACU nurse Kelly Kish, RN who at that point in time became the primary caregiver for the patient. Brett Lovelace had undergone surgery to remove his tonsils and adenoids. On admission to the PACU his vital signs were normal. At some point either during transfer to the PACU or upon arrival in the PACU, the patient had repositioned himself to a prone position. The patient's blood pressure at 11:03 a.m. was recorded as 118/56; at 11:20 a.m. it was 106/53. At 11:34 a.m. his blood pressure dropped to 84/42. Kelly Kish did not contact anesthesia to notify them of drop in blood pressure. Brett Lovelace coded at 12:15 p.m.

It is my opinion that the PACU nurse, Kelly Kish, deviated from the recognized standard of acceptable professional practice by:

1)  failing to put Brett Lovelace on a cardiac monitor upon admission to the PACU, based upon the type of surgery that was performed;

2) failing to raise the head of the bed to facilitate drainage from the area of surgery;

3) failing to insure that the patient's head was turned to the side when he was in a prone position and allowing him to lie face down;

4) failing to notify Anesthesia personnel when the patient's blood pressure dropped to 84/42 as recorded by Kelly Kish at 11:34 a.m.;

5) failing to check the patient's vital signs every five minutes or more often, after 11:34 a.m. when his blood pressure dropped to 84/42;

6) failing to replace the probe in the pulse oximeter when she became aware that the pulse oximeter was not working properly and if she determined the probe was not the problem (as stated in the Agreed Order), failing to switch out the machine and to assess the patient's respiratory status;

7) failing to arouse the patient when she checked vital signs (in the Agreed Order Kelly Kish admitted that while she recorded that Brett was "arousable" when she checked vital signs she admitted she did not attempt to arouse the patient at those times resulting in an incorrect Aldrette score). A PACU nurse should attempt to arouse the patient each time the nurse checks and records the vital signs, which should be done q 15 minutes during the first hour of admission to PACU and q 30 minutes during the second hour of admission;

8) her making false entries in the medical chart;

9) relying upon readings from an automated blood pressure cuff instead of rechecking the blood pressure or using a stethoscope to manually check the blood pressure. Also, not using a stethoscope to assess the breath sounds, front and back; and

10) failing to take any action when she heard "gasping sounds". The standard of care required her to reposition the patient to a supine position and assess the airway.

There were no deviations by any other provider.

The opinions stated above regarding the deviations from the recognized standard of acceptable professional practice of a PACU nurse practicing in Memphis, Shelby County, Tennessee in March 2012 are based upon my education, my training and experience, my review of the medical records, Agreed Order entered by the Tennessee Board of Nursing, and the photographs of Brett Lovelace.

I will offer additional opinions in this case as follows:

Physicians and CRNA's rely upon the skill level of a PACU nurse as it requires specialized skills. Medical providers rely upon the hospital to appropriately staff the PACU with experienced, qualified, skilled nurses.

It is my opinion that Grace Freeman, CRNA properly and in accordance with the standard of care, transferred care of Brett Lovelace to Kelly Kish at the time she

gave report to Kelly Kish, RN at approximately 10:35 a.m. on March 12, 2012. At that point Kelly Kish became the primary caregiver for the patient and the standard of care required that she notify the Anesthesia team if there was any kind of problem with the patient's breathing.

It is acceptable, and within the standard of care, to allow Brett Lovelace to remain in a prone position after he naturally repositioned himself to that position.  The medical records show that the patient was adequately ventilating in this position and that his vital signs were good at the time Grace Freeman, CRNA left the PACU after turning over the care to Kelly Kish. The standard of care required Kelly Kish to monitor his vital signs and airway status in order to judge whether to leave him in the prone position or move him to a supine position.

I have not testified in a deposition or at trial in the past four years.

I charge $75 per hour for review of cases and $275 per hour for testifying.

DIANNE DOWDY, RN

3

**DIANNE DOWDY**
4855 Old Jackson Rd
Somerville, TN 38068
901-262-3251
Dianne.Dowdy@bmhcc.org

utcottonmom@aol.com

## PROFESSIONAL SUMMARY

**Registered Nurse**
- Highly skilled career professional with 26 years experience in hospital, outpatient surgery, and Infection Prevention / Employee Health experience.
- Enthusiastic caregiver-Experience includes Critical Care, PACU, Ambulatory Care.
- Previous manager in ICU and PACU/Ambulatory areas-able to manage teams in both areas; successful outcomes in patient and employee satisfaction. Flexible staffing efforts, PI, evaluation of staff, coaching/mentoring new graduates. Caring for critically ill and post-op patients independently and along with other health care teams.
- Infection Prevention: Computer skilled; knowledge in use of Theradoc programs, reporting to Health Department and NHSN. Employee health Nurse for 400+ employees. Reporting and guidance for work related injuries, immunizations and health screens.

## CREDENTIALS

| | |
|---|---|
| License-State of TN | 1987 |
| ACLS Instructor | |
| CPR Instructor | |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| **RN staff nurse Infection Control/Employee Health** | 10/2008-current |
| *Baptist Hospital, Collierville, TN* | |
| **RN staff nurse-PACU/Ambulatory supplemental staffing** | 2001-current |
| *Baptist Hospital, Collierville, TN* | |
| **Head Nurse-PACU/Ambulatory** | 1999-2001 |
| *Baptist Hospital, Collierville, TN* | |
| **RN-supplemental staffing ICU/PACU** | |
| OR Nurses, INC, Memphis, TN | |
| **Head Nurse-PACU** | 1998-1999 |
| East Memphis Surgery Center Memphis, TN | |
| | 1992-1998 |
| **RN staff nurse-PACU** | |
| Baptist Hospital, Germantown, TN | 1991-1992 |
| **Head Nurse, SICU** | |
| Baptist Memorial Hospital, Memphis, TN | 1990-1991 |
| **RN Staff Nurse SICU** | 1987-1990 |
| Baptist Memorial Hospital, Memphis, TN | |

**EDUCATION**

    **South University**                                                           2013-current
    Online program to obtain BSN-schedule to complete 7/14
    **Diploma in Nursing-RN**                                   1987
    *Baptist Memorial Hospital School of Nursing*
    **Memphis State University**                             1982-1984
    Undergraduate pre-requisite courses for nursing

**AFFILIATIONS**

    **APIC**                                                         2012-current
    **Member of Fayette County Board of Health**               2010-current

**COMMUNITY SERVICE**

    **CPR classes in community**                            2000-current
    **Community Health Fairs**
    **Community event first aid tents**

    References:

    **Lynne Lancaster, RN CIC**  Manager, Infection Control/Employee Health

    Baptist Hospital Collierville (901-861-8880)

    **Margie Tubbs, BSN, RN** Head Nurse Ambulatory

    Baptist Hospital Collierville (901-861-8830)

EXPERT WITNESS REPORT

May 5, 2014

RE:     Report of Expert Opinions in the matter of *Daniel Lovelace and Helen Lovelace, Individually, and as Parents of Brett Lovelace, deceased v. Pediatric Anesthesiologists, P.A., Babu Rao Paidipalli, M.D. and Mark Clemons, M.D.*

I have been asked to review the report of Jay Marsh concerning Brett Lovelace and the economic impact of his death on March 14, 2012 at age 12 years 6 months. Additionally, I have reviewed *depositions, medical records,* and *discovery documents* concerning the deceased. My qualifications are listed in my resume, which is incorporated by reference. I have also created two Excel Spreadsheet Tables, which are referenced below, to help explain my opinions and they are incorporated by reference.

*I have no previous testimonial history.*

I am being compensated at a rate of $200 per hour for review and formulating my opinions. I will be compensated at a rate of $200 per hour plus expenses for trial. The compensation is based solely on the hours I have worked on the case and is not contingent on the outcome of the litigation.

The following is a *summary of* my opinions to a reasonable degree of economic certainty:

Mr. Marsh offers six tables representing various assumptions in regards to the likely earning capacity of Brett S. Lovelace, should he have survived.  There are numerous assumptions made within each of the table groupings worthy of recalculation, but let me address the two table groupings first.

Table grouping 1, which encompasses tables 1, 3, and 5, represents a full time, year round white male worker.  The tables are additionally bound by an assumption that Mr. Lovelace would become employed at age 18.69, and continue working until retirement age of either 66.69 or 69.69.  Table 1 further assumes a high school diploma, table 3 assumes some college education, and table 5 assumes a bachelor's degree.

Table grouping 1 does not take into account any periods of unemployment, underemployment, or other circumstances that occur at various stages in one's employable lifecycle and which would prevent Mr. Lovelace, at least periodically, from earning a paycheck commiserate with his skills and educational level. This omission alone warrants dismissal of Table Grouping 1 without further evaluating the numerous *assumptions* made within this table grouping.

Table grouping 2, which encompasses tables 2, 4, and 6, adds two additional components to those tables offered in table grouping 1; 1) A Survival and Labor Force Participation Factor; and 2) An Employment Factor.  These two factors better represent periods of unemployment, underemployment and other factors that would prevent Mr. Lovelace from periodically earning a paycheck commiserate with his skill and educational level.  His "worklife" is calculated from age 18.69 through 76.69.

Accepting the infrastructure of table grouping 2 as more representative of the likelihood of Mr. Lovelace's earning capacity over his working lifetime, further review of the three tables within table grouping 2 is required.

1



The presumption that a 6th grade child that was diagnosed with Oppositional Defiant Disorder (ODD), was diagnosed with a learning disability called Non-Verbal Transfer Disorder (NVLD) (cannot understand what he reads), was diagnosed with Attention Deficient Hyperactivity Disorder (ADHD), was held back in kindergarten, was assigned to special education classes, was reading at a 2nd grade level while attending the 6th grade, and intended to drop out of school after the 10th grade, prevents me from accepting the notion that Mr. Lovelace might eventually attain a bachelor's degree as a legitimate representation of his true earning capacity.  Therefore table 6 has no relevancy.

Furthermore, I believe it just as likely that Mr. Lovelace would not complete his high school education as he would attend college for some period of time.  He professed on several occasions to *his mental health professionals* that "I'm gonna drop out of school in the 10th grade", that he "sleeps in his classes because he is bored", and he "doesn't care if I fail this year" among other signs of the lack of educational aspirations. Because of his educational attitude, along with his aforementioned disabilities and diagnoses, table 4 has little relevance.

Using Table 2 (Present Value of High School Earnings Net of Personal Maintenance, Worklife – Expected Value) as the closest offered representation of the likely earning power of Mr. Lovelace should he have survived, looking at the other assumptions made within it is worthwhile. Accepting columns A (Beginning of Year Age), B (Fraction of Year), E (Survival and Labor Force Participation Factor), and F (Employment Factor) as offered, and columns G (Total Adjusted Net Earnings – Current $), I (Present Value of Net Earnings – Current $), and J ( Cumulative Present Value of Net Earnings – Current $) as calculations based on the variable inputs, we must then look at columns C (Annual Earnings – Current $), D (Personal Maintenance Factor), and H (Present Value Factor).

Column C (Annual Earnings – Current $) for the first illustration, I have left the offered numbers of Mr. Marsh unchanged (high school diploma).  For the second illustration, 9th to 12th grade – no diploma, appropriate numbers from the aforementioned Census Data are used.  As previously mentioned, the lack of a high school diploma or GED reduces, on average, earning potential by 25%.

Column D (Personal Maintenance Factor) is offered at 27.34%.  This is based on a percentage of income before taxes ($32,780) versus personal expenses including the annual cost of food ($3,460), apparel ($975), transportation ($4,182), and personal care products ($345).  What is fails to include, from the same offered source, is alcoholic beverages ($355), housing ($11,388), healthcare ($2,007), entertainment ($1,510), reading ($87), education ($492), tobacco ($253), miscellaneous ($565), cash contributions ($1,268), and personal insurance and pensions ($2,518), which equates to average annual expenditures of $29,405 or 89.70%.  Furthermore, another questionable assumption made is that Mr. Lovelace would be a one person consumer unit without kids, spouse, or any other dependent, other than himself, for life.  Any additional dependents would further raise the Personal Maintenance Factor.  For the purposes of my illustrations I will use the 89.70%, more accurate factor.

Column H (Present Value Factor) or net discount rate is offered at 2.414008%, assuming an annual cost of living earnings increase of 3.69% and interest rate of 6.19%.  The present value factor greatly affects the calculation of column 9 (Present Value of Net Earnings – Current $) as it represents the discount rate when calculating the present value of future earnings.  A higher Present Value Factor will correspondingly mean a lower Present Value of Net Earnings – Current $.  A more appropriate discount rate would be higher than the offered 2.4% rate.  What that rate should be is arguable, but raising the discount rate to 3%, by way of example, would lower the Cumulative Present Value of Net Earnings – Current $ from $74,191.92 to

2



$63,211.68.  Using a 4% discount would lower it to $48,765.60.  Even 4% could be considered an overly conservative discount rate, but for the purposes of my illustrations I have used a discount rate of 3.5%.

In illustration 1 (excel tab "High School") I used Mr. Marsh's offering in Table 2 as a baseline but amended columns D and H to more accurately reflect a true representation of the variables Personal Maintenance Factor and Present Value Factor.  The amended calculations result in Column J (Cumulative Present Value Net Earnings – Current $) showing a value of $55,489.64 rather than the $524,638.37 offered by Mr. Marsh.

Mr. Marsh chose not to create a table within Table group 2 that represents Mr. Lovelace's earning capacity, if Mr. Lovelace were to fail to complete his high school education, despite the fact that the information was readily available from the same source in which the other three categories of educational attainment were acquired (source is the United States Department of Commerce, Census Bureau, Table PINC-04, Educational Attainment - People 18 Years Old and Over, by Total Money Earnings in 2010, Work Experience in 2010, Age, Race, white Origin and Sex).  As represented by those same statistics and source, on average, failure to attain a high school degree or GED would reduce one's earning capacity by 25% versus a high school diploma or GED.

In Illustration 2 (excel tab "9th to 12thGrade – No Diploma) I used Mr. Marsh's offering in Table 2 as a baseline but amended columns C, D and H to more accurately reflect a true representation of the variables Annual Earnings – Current $, Personal Maintenance Factor and Present Value Factor.  The amended calculations result in Column J (Cumulative Present Value Net Earnings – Current $) showing a value of $41,617.23.

In summary, and in consideration of all variables and statistics utilized, I place the appropriate evaluation of economic losses in the case of Brett Spencer Lovelace between $41,617.23 and $55,489.64.

Edward L. Brundick, III

3

**9th to 12th Grade - No Diploma**

Cumulative
Present
Value
Net
Earnings
(Current $)
Age 76

$ 41,617.23

| Beginning of Year Age | Fraction of Year | Annual Earnings (Current $) | Personal Maintenance Factor 89.70% | Survival and Labor Force Participation Factor | Employment Factor |
|---|---|---|---|---|---|
| 12.69 | 0.00 | $ - | 1.000000 | 0.999873 | 0.000000 |
| 13.69 | 0.00 | $ - | 1.000000 | 0.999606 | 0.000000 |
| 14.69 | 0.00 | $ - | 1.000000 | 0.999202 | 0.000000 |
| 15.69 | 0.00 | $ - | 1.000000 | 0.998653 | 0.000000 |
| 16.69 | 0.00 | $ - | 1.000000 | 0.980013 | 0.825000 |
| 17.69 | 0.00 | $ - | 1.000000 | 0.846636 | 0.825000 |
| 18.69 | 0.92 | $ 12,631.86 | 0.102959 | 0.753054 | 0.861000 |
| 19.69 | 1.00 | $ 14,288.40 | 0.102959 | 0.736388 | 0.861000 |
| 20.69 | 1.00 | $ 15,902.55 | 0.102959 | 0.736635 | 0.913000 |
| 21.69 | 1.00 | $ 17,460.77 | 0.102959 | 0.758469 | 0.913000 |
| 22.69 | 1.00 | $ 18,963.01 | 0.102959 | 0.784422 | 0.913000 |
| 23.69 | 1.00 | $ 20,409.21 | 0.102959 | 0.815532 | 0.913000 |
| 24.69 | 1.00 | $ 21,799.34 | 0.102959 | 0.832369 | 0.913000 |
| 25.69 | 1.00 | $ 23,133.32 | 0.102959 | 0.833842 | 0.953000 |
| 26.69 | 1.00 | $ 24,411.13 | 0.102959 | 0.841527 | 0.953000 |
| 27.69 | 1.00 | $ 25,632.70 | 0.102959 | 0.847274 | 0.953000 |
| 28.69 | 1.00 | $ 26,797.99 | 0.102959 | 0.850649 | 0.953000 |
| 29.69 | 1.00 | $ 27,906.95 | 0.102959 | 0.853476 | 0.953000 |
| 30.69 | 1.00 | $ 28,959.53 | 0.102959 | 0.856574 | 0.953000 |
| 31.69 | 1.00 | $ 29,955.67 | 0.102959 | 0.855076 | 0.953000 |
| 32.69 | 1.00 | $ 30,895.34 | 0.102959 | 0.860727 | 0.953000 |
| 33.69 | 1.00 | $ 31,778.47 | 0.102959 | 0.86754 | 0.953000 |
| 34.69 | 1.00 | $ 32,605.03 | 0.102959 | 0.871185 | 0.953000 |
| 35.69 | 1.00 | $ 33,374.96 | 0.102959 | 0.868665 | 0.964000 |
| 36.69 | 1.00 | $ 34,088.20 | 0.102959 | 0.863633 | 0.964000 |
| 37.69 | 1.00 | $ 34,744.72 | 0.102959 | 0.857428 | 0.964000 |
| 38.69 | 1.00 | $ 35,344.46 | 0.102959 | 0.848545 | 0.964000 |
| 39.69 | 1.00 | $ 35,887.37 | 0.102959 | 0.843694 | 0.964000 |
| 40.69 | 1.00 | $ 36,373.40 | 0.102959 | 0.832609 | 0.964000 |

| | | | | | |
|---|---|---|---|---|---|
| 41.69 | 1.00 | $ 36,802.51 | 0.102959 | 0.818714 | 0.964000 |
| 42.69 | 1.00 | $ 37,174.64 | 0.102959 | 0.804725 | 0.964000 |
| 43.69 | 1.00 | $ 37,489.73 | 0.102959 | 0.797453 | 0.964000 |
| 44.69 | 1.00 | $ 37,747.76 | 0.102959 | 0.797165 | 0.964000 |
| 45.69 | 1.00 | $ 37,948.66 | 0.102959 | 0.795666 | 0.965000 |
| 46.69 | 1.00 | $ 38,092.10 | 0.102959 | 0.789387 | 0.965000 |
| 47.69 | 1.00 | $ 38,178.88 | 0.102959 | 0.783058 | 0.965000 |
| 48.69 | 1.00 | $ 38,208.10 | 0.102959 | 0.771316 | 0.965000 |
| 49.69 | 1.00 | $ 38,180.00 | 0.102959 | 0.761729 | 0.965000 |
| 50.69 | 1.00 | $ 38,094.51 | 0.102959 | 0.752316 | 0.965000 |
| 51.69 | 1.00 | $ 37,951.61 | 0.102959 | 0.730047 | 0.965000 |
| 52.69 | 1.00 | $ 37,751.24 | 0.102959 | 0.709433 | 0.965000 |
| 53.69 | 1.00 | $ 37,493.33 | 0.102959 | 0.690955 | 0.965000 |
| 54.69 | 1.00 | $ 37,177.86 | 0.102959 | 0.672892 | 0.965000 |
| 55.69 | 1.00 | $ 36,804.76 | 0.102959 | 0.653713 | 0.963000 |
| 56.69 | 1.00 | $ 36,373.99 | 0.102959 | 0.63317 | 0.963000 |
| 57.69 | 1.00 | $ 35,885.50 | 0.102959 | 0.597273 | 0.963000 |
| 58.69 | 1.00 | $ 35,339.24 | 0.102959 | 0.552459 | 0.963000 |
| 59.69 | 1.00 | $ 34,735.15 | 0.102959 | 0.506133 | 0.963000 |
| 60.69 | 1.00 | $ 34,073.19 | 0.102959 | 0.451887 | 0.963000 |
| 61.69 | 1.00 | $ 33,353.31 | 0.102959 | 0.392075 | 0.963000 |
| 62.69 | 1.00 | $ 32,575.46 | 0.102959 | 0.338965 | 0.963000 |
| 63.69 | 1.00 | $ 31,739.59 | 0.102959 | 0.290938 | 0.963000 |
| 64.69 | 1.00 | $ 30,845.66 | 0.102959 | 0.255208 | 0.963000 |
| 65.69 | 1.00 | $ 29,893.59 | 0.102959 | 0.234105 | 0.965000 |
| 66.69 | 1.00 | $ 28,883.36 | 0.102959 | 0.216511 | 0.965000 |
| 67.69 | 1.00 | $ 27,814.91 | 0.102959 | 0.201023 | 0.965000 |
| 68.69 | 1.00 | $ 26,688.20 | 0.102959 | 0.195457 | 0.965000 |
| 69.69 | 1.00 | $ 26,177.33 | 0.102959 | 0.17963 | 0.965000 |
| 70.69 | 1.00 | $ 26,177.33 | 0.102959 | 0.159306 | 0.965000 |
| 71.69 | 1.00 | $ 26,177.33 | 0.102959 | 0.153022 | 0.965000 |
| 72.69 | 1.00 | $ 26,177.33 | 0.102959 | 0.174036 | 0.965000 |
| 73.69 | 1.00 | $ 26,177.33 | 0.102959 | 0.303814 | 0.965000 |
| 74.69 | 1.00 | $ 26,177.33 | 0.102959 | 0.973465 | 0.965000 |
| 75.69 | 1.00 | $ 26,177.33 | 0.102959 | 0.772022 | 0.965000 |
| 76.69 | 1.00 | $ 26,177.33 | 0.102959 | 0.115737 | 0.965000 |

**Differing assumptions from Mr. Marsh's Chart 2**

| Total Adjusted Net Earnings (Current $) | Present Value Factor 0.035 | Present Value of Net Earnings (Current $) | Cumulative Present Value Net Earnings (Current $) |
|---|---|---|---|
| $ - | 0.966184 | $ - | $ - |
| $ - | 0.933511 | $ - | $ - |
| $ - | 0.901943 | $ - | $ - |
| $ - | 0.871442 | $ - | $ - |
| $ - | 0.841973 | $ - | $ - |
| $ - | 0.813501 | $ - | $ - |
| $ 775.80 | 0.785991 | $ 609.77 | $ 609.77 |
| $ 932.74 | 0.759412 | $ 708.33 | $ 1,318.10 |
| $ 1,101.17 | 0.733731 | $ 807.96 | $ 2,126.06 |
| $ 1,244.91 | 0.708919 | $ 882.54 | $ 3,008.60 |
| $ 1,398.27 | 0.684946 | $ 957.74 | $ 3,966.34 |
| $ 1,564.60 | 0.661783 | $ 1,035.42 | $ 5,001.77 |
| $ 1,705.67 | 0.639404 | $ 1,090.61 | $ 6,092.38 |
| $ 1,892.69 | 0.617782 | $ 1,169.27 | $ 7,261.65 |
| $ 2,015.64 | 0.596891 | $ 1,203.12 | $ 8,464.77 |
| $ 2,130.96 | 0.576706 | $ 1,228.94 | $ 9,693.71 |
| $ 2,236.71 | 0.557204 | $ 1,246.31 | $ 10,940.01 |
| $ 2,337.01 | 0.538361 | $ 1,258.16 | $ 12,198.17 |
| $ 2,433.96 | 0.520156 | $ 1,266.04 | $ 13,464.21 |
| $ 2,513.28 | 0.502566 | $ 1,263.09 | $ 14,727.30 |
| $ 2,609.25 | 0.485571 | $ 1,266.98 | $ 15,994.28 |
| $ 2,705.08 | 0.469151 | $ 1,269.09 | $ 17,263.37 |
| $ 2,787.10 | 0.453286 | $ 1,263.35 | $ 18,526.72 |
| $ 2,877.50 | 0.437957 | $ 1,260.22 | $ 19,786.94 |
| $ 2,921.97 | 0.423147 | $ 1,236.42 | $ 21,023.36 |
| $ 2,956.84 | 0.408838 | $ 1,208.87 | $ 22,232.23 |
| $ 2,976.72 | 0.395012 | $ 1,175.84 | $ 23,408.07 |
| $ 3,005.17 | 0.381654 | $ 1,146.93 | $ 24,555.01 |
| $ 3,005.85 | 0.368748 | $ 1,108.40 | $ 25,663.41 |

| | | | |
|---|---|---|---|
| $ 2,990.55 | 0.356278 | $ 1,065.47 | $ 26,728.88 |
| $ 2,969.18 | 0.344230 | $ 1,022.08 | $ 27,750.96 |
| $ 2,967.29 | 0.332590 | $ 986.89 | $ 28,737.85 |
| $ 2,986.63 | 0.321343 | $ 959.73 | $ 29,697.58 |
| $ 2,999.99 | 0.310476 | $ 931.42 | $ 30,629.00 |
| $ 2,987.58 | 0.299977 | $ 896.21 | $ 31,525.21 |
| $ 2,970.36 | 0.289833 | $ 860.91 | $ 32,386.12 |
| $ 2,928.06 | 0.280032 | $ 819.95 | $ 33,206.06 |
| $ 2,889.54 | 0.270562 | $ 781.80 | $ 33,987.86 |
| $ 2,847.44 | 0.261413 | $ 744.36 | $ 34,732.22 |
| $ 2,752.79 | 0.252572 | $ 695.28 | $ 35,427.50 |
| $ 2,660.94 | 0.244031 | $ 649.35 | $ 36,076.85 |
| $ 2,573.93 | 0.235779 | $ 606.88 | $ 36,683.73 |
| $ 2,485.55 | 0.227806 | $ 566.22 | $ 37,249.95 |
| $ 2,385.52 | 0.220102 | $ 525.06 | $ 37,775.01 |
| $ 2,283.51 | 0.212659 | $ 485.61 | $ 38,260.62 |
| $ 2,125.12 | 0.205468 | $ 436.64 | $ 38,697.26 |
| $ 1,935.75 | 0.198520 | $ 384.28 | $ 39,081.55 |
| $ 1,743.11 | 0.191806 | $ 334.34 | $ 39,415.89 |
| $ 1,526.63 | 0.185320 | $ 282.92 | $ 39,698.80 |
| $ 1,296.58 | 0.179053 | $ 232.16 | $ 39,930.96 |
| $ 1,094.80 | 0.172998 | $ 189.40 | $ 40,120.36 |
| $ 915.57 | 0.167148 | $ 153.04 | $ 40,273.39 |
| $ 780.51 | 0.161496 | $ 126.05 | $ 40,399.44 |
| $ 695.31 | 0.156035 | $ 108.49 | $ 40,507.94 |
| $ 621.33 | 0.150758 | $ 93.67 | $ 40,601.61 |
| $ 555.54 | 0.145660 | $ 80.92 | $ 40,682.53 |
| $ 518.28 | 0.140734 | $ 72.94 | $ 40,755.47 |
| $ 467.19 | 0.135975 | $ 63.53 | $ 40,818.99 |
| $ 414.33 | 0.131377 | $ 54.43 | $ 40,873.43 |
| $ 397.99 | 0.126934 | $ 50.52 | $ 40,923.94 |
| $ 452.64 | 0.122642 | $ 55.51 | $ 40,979.46 |
| $ 790.18 | 0.118495 | $ 93.63 | $ 41,073.09 |
| $ 2,531.85 | 0.114487 | $ 289.86 | $ 41,362.95 |
| $ 2,007.92 | 0.110616 | $ 222.11 | $ 41,585.06 |
| $ 301.02 | 0.106875 | $ 32.17 | $ 41,617.23 |

**High School Diploma**

| | | | | Cumulative<br>Present<br>Value<br>Net<br>Earnings<br>(Current $)<br><u>Age 76</u> |
|---|---|---|---|---|
| | | | | $ 55,489.64 |

| Beginning<br>of Year<br><u>Age</u> | | Fraction<br>of Year<br><u>of Year</u> | Annual<br>Earnings<br><u>(Current $)</u> | Personal<br>Maintenance<br>Factor<br><u>89.70%</u> | Survival<br>and<br>Labor<br>Force<br>Participation<br><u>Factor</u> | Employment<br><u>Factor</u> |
|---|---|---|---|---|---|---|
| | 12.69 | 0.00 | $ - | 1.000000 | 0.999873 | 0.000000 |
| | 13.69 | 0.00 | $ - | 1.000000 | 0.999606 | 0.000000 |
| | 14.69 | 0.00 | $ - | 1.000000 | 0.999202 | 0.000000 |
| | 15.69 | 0.00 | $ - | 1.000000 | 0.998653 | 0.000000 |
| | 16.69 | 0.00 | $ - | 1.000000 | 0.980013 | 0.825000 |
| | 17.69 | 0.00 | $ - | 1.000000 | 0.846636 | 0.825000 |
| | 18.69 | 0.92 | $ 16,842.48 | 0.102959 | 0.753054 | 0.861000 |
| | 19.69 | 1.00 | $ 19,051.20 | 0.102959 | 0.736388 | 0.861000 |
| | 20.69 | 1.00 | $ 21,203.40 | 0.102959 | 0.736635 | 0.913000 |
| | 21.69 | 1.00 | $ 23,281.03 | 0.102959 | 0.758469 | 0.913000 |
| | 22.69 | 1.00 | $ 25,284.01 | 0.102959 | 0.784422 | 0.913000 |
| | 23.69 | 1.00 | $ 27,212.28 | 0.102959 | 0.815532 | 0.913000 |
| | 24.69 | 1.00 | $ 29,065.78 | 0.102959 | 0.832369 | 0.913000 |
| | 25.69 | 1.00 | $ 30,844.43 | 0.102959 | 0.833842 | 0.953000 |
| | 26.69 | 1.00 | $ 32,548.17 | 0.102959 | 0.841527 | 0.953000 |
| | 27.69 | 1.00 | $ 34,176.93 | 0.102959 | 0.847274 | 0.953000 |
| | 28.69 | 1.00 | $ 35,730.65 | 0.102959 | 0.850649 | 0.953000 |
| | 29.69 | 1.00 | $ 37,209.26 | 0.102959 | 0.853476 | 0.953000 |
| | 30.69 | 1.00 | $ 38,612.70 | 0.102959 | 0.856574 | 0.953000 |
| | 31.69 | 1.00 | $ 39,940.89 | 0.102959 | 0.855076 | 0.953000 |
| | 32.69 | 1.00 | $ 41,193.78 | 0.102959 | 0.860727 | 0.953000 |
| | 33.69 | 1.00 | $ 42,371.29 | 0.102959 | 0.86754 | 0.953000 |
| | 34.69 | 1.00 | $ 43,473.37 | 0.102959 | 0.871185 | 0.953000 |
| | 35.69 | 1.00 | $ 44,499.94 | 0.102959 | 0.868665 | 0.964000 |
| | 36.69 | 1.00 | $ 45,450.93 | 0.102959 | 0.863633 | 0.964000 |
| | 37.69 | 1.00 | $ 46,326.29 | 0.102959 | 0.857428 | 0.964000 |
| | 38.69 | 1.00 | $ 47,125.94 | 0.102959 | 0.848545 | 0.964000 |
| | 39.69 | 1.00 | $ 47,849.82 | 0.102959 | 0.843694 | 0.964000 |
| | 40.69 | 1.00 | $ 48,497.87 | 0.102959 | 0.832609 | 0.964000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 41.69 | 1.00 | $ | 49,070.01 | 0.102959 | 0.818714 | 0.964000 |
| 42.69 | 1.00 | $ | 49,566.18 | 0.102959 | 0.804725 | 0.964000 |
| 43.69 | 1.00 | $ | 49,986.31 | 0.102959 | 0.797453 | 0.964000 |
| 44.69 | 1.00 | $ | 50,330.34 | 0.102959 | 0.797165 | 0.964000 |
| 45.69 | 1.00 | $ | 50,598.21 | 0.102959 | 0.795666 | 0.965000 |
| 46.69 | 1.00 | $ | 50,789.84 | 0.102959 | 0.789387 | 0.965000 |
| 47.69 | 1.00 | $ | 50,905.17 | 0.102959 | 0.783058 | 0.965000 |
| 48.69 | 1.00 | $ | 50,944.13 | 0.102959 | 0.771316 | 0.965000 |
| 49.69 | 1.00 | $ | 50,906.66 | 0.102959 | 0.761729 | 0.965000 |
| 50.69 | 1.00 | $ | 50,792.68 | 0.102959 | 0.752316 | 0.965000 |
| 51.69 | 1.00 | $ | 50,602.15 | 0.102959 | 0.730047 | 0.965000 |
| 52.69 | 1.00 | $ | 50,334.98 | 0.102959 | 0.709433 | 0.965000 |
| 53.69 | 1.00 | $ | 49,991.11 | 0.102959 | 0.690955 | 0.965000 |
| 54.69 | 1.00 | $ | 49,570.48 | 0.102959 | 0.672892 | 0.965000 |
| 55.69 | 1.00 | $ | 49,073.01 | 0.102959 | 0.653713 | 0.963000 |
| 56.69 | 1.00 | $ | 48,498.65 | 0.102959 | 0.63317 | 0.963000 |
| 57.69 | 1.00 | $ | 47,847.33 | 0.102959 | 0.597273 | 0.963000 |
| 58.69 | 1.00 | $ | 47,118.98 | 0.102959 | 0.552459 | 0.963000 |
| 59.69 | 1.00 | $ | 46,313.53 | 0.102959 | 0.506133 | 0.963000 |
| 60.69 | 1.00 | $ | 45,430.92 | 0.102959 | 0.451887 | 0.963000 |
| 61.69 | 1.00 | $ | 44,471.08 | 0.102959 | 0.392075 | 0.963000 |
| 62.69 | 1.00 | $ | 43,433.95 | 0.102959 | 0.338965 | 0.963000 |
| 63.69 | 1.00 | $ | 42,319.45 | 0.102959 | 0.290938 | 0.963000 |
| 64.69 | 1.00 | $ | 41,127.54 | 0.102959 | 0.255208 | 0.963000 |
| 65.69 | 1.00 | $ | 39,858.12 | 0.102959 | 0.234105 | 0.965000 |
| 66.69 | 1.00 | $ | 38,511.15 | 0.102959 | 0.216511 | 0.965000 |
| 67.69 | 1.00 | $ | 37,086.55 | 0.102959 | 0.201023 | 0.965000 |
| 68.69 | 1.00 | $ | 35,584.26 | 0.102959 | 0.195457 | 0.965000 |
| 69.69 | 1.00 | $ | 34,903.10 | 0.102959 | 0.17963 | 0.965000 |
| 70.69 | 1.00 | $ | 34,903.10 | 0.102959 | 0.159306 | 0.965000 |
| 71.69 | 1.00 | $ | 34,903.10 | 0.102959 | 0.153022 | 0.965000 |
| 72.69 | 1.00 | $ | 34,903.10 | 0.102959 | 0.174036 | 0.965000 |
| 73.69 | 1.00 | $ | 34,903.10 | 0.102959 | 0.303814 | 0.965000 |
| 74.69 | 1.00 | $ | 34,903.10 | 0.102959 | 0.973465 | 0.965000 |
| 75.69 | 1.00 | $ | 34,903.10 | 0.102959 | 0.772022 | 0.965000 |
| 76.69 | 1.00 | $ | 34,903.10 | 0.102959 | 0.115737 | 0.965000 |

**Differing assumptions from Mr. Marsh's Chart 2**

| Total Adjusted Net Earnings (Current $) | Present Value Factor 0.035 | Present Value of Net Earnings (Current $) | Cumulative Present Value Net Earnings (Current $) |
|---|---|---|---|
| $          - | 0.966184 | $          - | $          - |
| $          - | 0.933511 | $          - | $          - |
| $          - | 0.901943 | $          - | $          - |
| $          - | 0.871442 | $          - | $          - |
| $          - | 0.841973 | $          - | $          - |
| $          - | 0.813501 | $          - | $          - |
| $    1,034.40 | 0.785991 | $     813.03 | $      813.03 |
| $    1,243.65 | 0.759412 | $     944.44 | $    1,757.47 |
| $    1,468.23 | 0.733731 | $   1,077.28 | $    2,834.75 |
| $    1,659.88 | 0.708919 | $   1,176.72 | $    4,011.47 |
| $    1,864.37 | 0.684946 | $   1,276.99 | $    5,288.46 |
| $    2,086.13 | 0.661783 | $   1,380.57 | $    6,669.03 |
| $    2,274.23 | 0.639404 | $   1,454.15 | $    8,123.17 |
| $    2,523.59 | 0.617782 | $   1,559.03 | $    9,682.20 |
| $    2,687.52 | 0.596891 | $   1,604.16 | $   11,286.36 |
| $    2,841.28 | 0.576706 | $   1,638.59 | $   12,924.94 |
| $    2,982.28 | 0.557204 | $   1,661.74 | $   14,586.68 |
| $    3,116.02 | 0.538361 | $   1,677.54 | $   16,264.23 |
| $    3,245.28 | 0.520156 | $   1,688.05 | $   17,952.28 |
| $    3,351.04 | 0.502566 | $   1,684.12 | $   19,636.40 |
| $    3,479.00 | 0.485571 | $   1,689.30 | $   21,325.70 |
| $    3,606.77 | 0.469151 | $   1,692.12 | $   23,017.82 |
| $    3,716.13 | 0.453286 | $   1,684.47 | $   24,702.29 |
| $    3,836.66 | 0.437957 | $   1,680.29 | $   26,382.59 |
| $    3,895.95 | 0.423147 | $   1,648.56 | $   28,031.15 |
| $    3,942.46 | 0.408838 | $   1,611.83 | $   29,642.97 |
| $    3,968.96 | 0.395012 | $   1,567.79 | $   31,210.76 |
| $    4,006.89 | 0.381654 | $   1,529.25 | $   32,740.01 |
| $    4,007.80 | 0.368748 | $   1,477.87 | $   34,217.88 |

| | | | | | |
|---|---|---|---|---|---|
| $ | 3,987.40 | 0.356278 | $ | 1,420.63 | $ 35,638.50 |
| $ | 3,958.90 | 0.344230 | $ | 1,362.77 | $ 37,001.28 |
| $ | 3,956.38 | 0.332590 | $ | 1,315.85 | $ 38,317.13 |
| $ | 3,982.17 | 0.321343 | $ | 1,279.64 | $ 39,596.77 |
| $ | 3,999.98 | 0.310476 | $ | 1,241.90 | $ 40,838.67 |
| $ | 3,983.45 | 0.299977 | $ | 1,194.94 | $ 42,033.61 |
| $ | 3,960.48 | 0.289833 | $ | 1,147.88 | $ 43,181.49 |
| $ | 3,904.08 | 0.280032 | $ | 1,093.27 | $ 44,274.75 |
| $ | 3,852.72 | 0.270562 | $ | 1,042.40 | $ 45,317.15 |
| $ | 3,796.59 | 0.261413 | $ | 992.48 | $ 46,309.63 |
| $ | 3,670.39 | 0.252572 | $ | 927.04 | $ 47,236.67 |
| $ | 3,547.92 | 0.244031 | $ | 865.80 | $ 48,102.47 |
| $ | 3,431.90 | 0.235779 | $ | 809.17 | $ 48,911.64 |
| $ | 3,314.06 | 0.227806 | $ | 754.96 | $ 49,666.60 |
| $ | 3,180.69 | 0.220102 | $ | 700.08 | $ 50,366.68 |
| $ | 3,044.68 | 0.212659 | $ | 647.48 | $ 51,014.16 |
| $ | 2,833.49 | 0.205468 | $ | 582.19 | $ 51,596.35 |
| $ | 2,580.99 | 0.198520 | $ | 512.38 | $ 52,108.73 |
| $ | 2,324.15 | 0.191806 | $ | 445.79 | $ 52,554.51 |
| $ | 2,035.51 | 0.185320 | $ | 377.22 | $ 52,931.73 |
| $ | 1,728.77 | 0.179053 | $ | 309.54 | $ 53,241.28 |
| $ | 1,459.74 | 0.172998 | $ | 252.53 | $ 53,493.81 |
| $ | 1,220.76 | 0.167148 | $ | 204.05 | $ 53,697.86 |
| $ | 1,040.68 | 0.161496 | $ | 168.07 | $ 53,865.92 |
| $ | 927.09 | 0.156035 | $ | 144.66 | $ 54,010.58 |
| $ | 828.44 | 0.150758 | $ | 124.89 | $ 54,135.47 |
| $ | 740.72 | 0.145660 | $ | 107.89 | $ 54,243.37 |
| $ | 691.04 | 0.140734 | $ | 97.25 | $ 54,340.62 |
| $ | 622.92 | 0.135975 | $ | 84.70 | $ 54,425.32 |
| $ | 552.44 | 0.131377 | $ | 72.58 | $ 54,497.90 |
| $ | 530.65 | 0.126934 | $ | 67.36 | $ 54,565.26 |
| $ | 603.52 | 0.122642 | $ | 74.02 | $ 54,639.28 |
| $ | 1,053.57 | 0.118495 | $ | 124.84 | $ 54,764.12 |
| $ | 3,375.80 | 0.114487 | $ | 386.49 | $ 55,150.61 |
| $ | 2,677.23 | 0.110616 | $ | 296.14 | $ 55,446.75 |
| $ | 401.35 | 0.106875 | $ | 42.89 | $ 55,489.64 |

Edward Louis Brundick, III, Esq., CIMA®, CFP®

6490 South Oak Shadows Circle, Memphis, TN 38119 ■ (901) 481-0059 ■ ebrundickiii@bellsouth.net

## PROFESSIONAL EXPERIENCE

2011 – 2013   **Managing Director / Producer, Private Client Group, Duncan-Williams, Inc.**
Responsible for branch network development, recruiting, recruiting protocols, training, and payout structures for producers and support staff in the Private Client Group. Opened the firm's first non-Memphis PCG branch in Akron, Ohio. Developed a profit and expense sharing payout plan for new recruits and brought in industry leading training to educate Financial Advisors on the 13 Wealth Management issues. Additionally responsible for systems development, product development, paperwork reduction and other operational efficiencies in support of the group. Lead the research and selection of FolioDynamix as the firm's fee-based platform. New products include ETFs, UITs and various insurance types.

2004 - Present   **Adjunct Professor, Finance Department, The University of Memphis**
Instructor for Finance 4350 (Undergraduate) - Real Estate Investment, and Finance 6340 (Graduate) - Real Estate Appraisal classes. Taught undergraduate and graduate students basic terminology, principles and practices, investment strategy, ownership forms, tax implications, cash flow analysis, measures of return, risk management, nature of value, the appraisal process, market / cost / capitalization of income / gross rent multiplier approaches, and property selection.

2010 - 2011   **Chief Operating Officer, Waddell & Associates, Inc.**
Reported to the Chief Executive Officer and had overall strategic and operational responsibility for company programs. Participated in an extensive industry survey that helped us gain insights into best practices and the efficiencies of the firm in relation to peers. Provided strategic planning and implemented new strategic initiatives including a client satisfaction and needs survey. Lead, coached, developed, and retained the firm's high-performance producers with an emphasis on developing capacity through the addition of new product types. Developed alliances that increased the overall efficiency of the firm in non-proprietary product types. Prepared and submitted an annual operational budget, managed effectively within that budget, and reported on progress made and challenges encountered.

2005 - 2010   **Sr. Vice President / Director – Wealth Management, Morgan Keegan & Company Inc.**
Director of Operations and Reporting. Supervised a team of 55 who carried out account administration, trading, billing, and performance measurement of advisory fee-based accounts totaling $9.5 billion in assets. Approved and supervised Firm's discretionary accounts and financial advisors. Acted as the 529/municipal securities principal and was responsible for the successful selection, purchase and implementation of the APL Trading and Caliper Performance Reporting Systems. Implemented additional Private Client Group technology projects including the premium statement redesign, the Microsoft contact management system, and the Unified Managed Account initiative. Other responsibilities included a $6.0 million annual budget and approval of money manager and mutual fund agreements.

2004 - 2005   **Vice President / Staff Attorney – Asset Management, Morgan Keegan & Company Inc.**
In-house Attorney for the Regions / Morgan Keegan Proprietary Mutual Funds, Regions Registered Investment Advisor - Morgan Asset Management, Regions Morgan Keegan Trust, Morgan Keegan Trust FSB, and Morgan Keegan's Registered Investment Advisor - Wealth Management Services. Co-developed and wrote the Firms Code of Ethics and Policies and Procedures for the Registered Investment Advisor arm of Morgan Keegan.

1

2003 - 2004   **Associate Attorney – Regulatory Affairs, Morgan Keegan & Company Inc.**
Managed the Firm's compliance with applicable laws and various regulatory and self-regulatory rules and regulations. Responsible for the Firm's adherence to and completion of the 2003 NASD breakpoint analysis directive and implemented the Firm's B & C share policies for mutual funds transactions. Additionally drafted and was signatory for the SEC required opinion letters as part of several proprietary closed-end fund formations.

## PROFESSIONAL LICENSES, CERTIFICATIONS & REGISTRATIONS

Licenses:   Admitted to the Bar – Jurisdictions of Tennessee, Arkansas, and the District of Columbia. Tennessee Insurance – Life, Accident & Health

Certifications:   CIMA® - Certified Investment Management Analyst; CFP® - Certified Financial Planner

Registrations:   FINRA - Series (4) Registered Options Principal, (7) General Securities Representative, (10) General Securities Sales Supervisor, (24) General Securities Principal, (31) Futures Managed Funds, (53) Municipal Securities Principal, and (66) Uniform Combined State Law

## EDUCATION

2003   The University of Memphis, Juris Doctor
1999   The University of Memphis, Master of Business Administration (Finance & Marketing)
1998   The University of Memphis, Bachelor of Business Administration (Management)

## HONORS, AWARDS, AND SERVICE

University of Memphis Cecil C. Humphreys Law School Alumni Board of Directors; AutoZone Liberty Bowl Board of Directors; AmSouth Investment Management Company (RIA) Board of Directors; Search and Selection Committee member for the U of M Fogelman Real Estate Chair of Excellence; Highest Law School Grades in International Finance, Products Liability, & Alternate Dispute Resolution; Cali & Dean's Excellence Awards; Director TVA Investment Challenge; U of M President's Academic Dishonesty Committee

## PERSONAL

Married twelve years (Ginny); 3 children (Mary Olivia - 10, Annie - 8, Louis - 7)
Hobbies – coaching children, tennis, hunting

2