# EXHIBIT D

Le Bonheur "Operative Report," pp. 4-5, transcribed by two different employees at two different times



Methodist Hospital - Le Bonheur
50 North Dunlap
Memphis        TN        38103

Patient Name:   LOVELACE, BRETT S
Medical Record Number:   45854994
Financial Number:   68859557
Admit Date:   3/12/2012
Discharge Date:

## Clinical Documents

DOCUMENT NAME:  Operative Report
SERVICE DATE/TIME:  3/12/2012 18:10 CDT
RESULT STATUS:  Transcribed
PERFORMED INFORMATION:  Underwood-Vescovo, Lisa C as proxy for Clemons, Mark P, MD (3/12/2012 17:48 CDT)
SIGNED INFORMATION:

DATE OF SURGERY:  03/12/2012

PREOPERATIVE DIAGNOSIS
Tonsillar and adenoidal hypertrophy with upper airway obstruction.

POSTOPERATIVE DIAGNOSIS
Tonsillar and adenoidal hypertrophy with upper airway obstruction.

OPERATION
1.  Tonsillectomy.
2.  Adenoidectomy.

ATTENDING SURGEON
Dr. Mark Clemons.

ANESTHESIA
General with endotracheal (ET) tube.

ESTIMATED BLOOD LOSS
250 mL.

DESCRIPTION OF PROCEDURE
The patient was placed on the operating table in the supine position and anesthetized using general anesthesia.  Endotracheal tube was placed.  Sterile drapes were placed.  A Crowe-Davis mouth gag was inserted into the patient's mouth and was suspended from the Mayo stand.  Catheter placed through his nose and used to retract the soft palate.

The adenoid pad was visualized and found to be very large and obstructing the airway.  Tonsils were very large as well.  Using an adenoid curette, multiple passes were made removing a large amount of



Patient Name:   LOVELACE, BRETT S
Medical Record Number:   45854994
Financial Number:   68859557

Admit Date:   3/12/2012

Discharge Date:

Methodist Hospital -   Le Bonheur
50 North Dunlap
Memphis        TN        38103

**Clinical Documents**

adenoid tissue. A saline-soaked sponge was placed in the nasopharynx. The right tonsil was grasped with straight Allis and retracted medially. A 12 blade was used to incise the mucosa. Hurd dissector and Fischer knife were used to dissect the tonsil free and amputate the base with snare.

A saline-soaked sponge was placed in the fossa. This was removed and adequate hemostasis achieved using suction cautery. Sponges were placed in the fossa. The left tonsil was removed in a similar manner; however, this was removed in several pieces. Adequate hemostasis achieved using 3-0 plain interrupted suture in the inferior mid fossa as well as suction cautery.

The nasopharyngeal packs were removed. The nasopharynx was examined. A significant amount of adenoid tissue was still remaining in the posterior choanal region and area proximal to the nose. Using adenoid curettes and suction cautery, the tissue was removed opening up the posterior choanae. A saline-soaked sponge was placed back in the fossa. Marcaine 0.25% with epinephrine 1:200,000 was injected in both tonsillar fossae. A total 6 mL was used.

A catheter was run down the patient's mouth into his stomach removing stomach fluid. The nasopharyngeal pack was removed. Adequate hemostasis was achieved using a small amount of additional suction cautery. All instruments were removed. The patient was awakened from anesthesia, extubated, and taken to recovery. He tolerated the procedure itself without problems.

*Clemons , Mark P, MD*

D: 03/12/12 17:48  T: 03/15/12 09:46  (LCU)