# EXHIBIT "A-1"

J-54170

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually,
and as Parents of BRETT LOVELACE,
Deceased,

        Plaintiffs,

VS.

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

        Defendants.

NO. 2:13-cv-02289 dkv
JURY TRIAL DEMANDED

---

**DEFENDANT MARK P. CLEMONS, M.D.'S DESIGNATION OF FRCP 26(a)(2)(B)
EXPERT WITNESSES AND PHYSICIANS/MEDICAL PROVIDERS NOT EMPLOYED
AS EXPERTS**

---

Defendant, Mark P. Clemons, M.D., by and through the undersigned counsel of record, pursuant to FRCP 26(a)(2)(B), designates the following expert witnesses and treating physicians/medical providers who may be used at trial to present evidence under the aforesaid rule:

1. <u>Defense Expert Witnesses:</u> The following individuals may be used at trial to present evidence under Federal Rules of Evidence 702, 703 or 705:

    (A.) Jerome Thompson, M.D.
         Otolaryngologist
         UT LeBonheur Pediatric Specialists
         7945 Wolf River Blvd., Suite 220
         Germantown, TN 38138



EXHIBIT
A

      (i)     Subject matter, facts and opinions, and summary of grounds: See Exhibit "A" attached hereto.

      (ii)    Qualifications: See Exhibit "A" attached hereto.


(B.) Jay Werkhaven, M.D.
     Otolaryngologist
     Vanderbilt University Medical Center
     2200 Children's Way
     Doctor's Office Tower, 7th Floor
     Nashville, TN 37232

      (i)     Subject matter, facts and opinions, and summary of grounds: See Exhibit "B" (will be supplemented).

      (ii)    Qualifications: See Exhibit "B" attached hereto.


(C.) Dianne Dowdy, R. N.
     4855 Old Jackson Rd.
     Somerville, TN 38068

      (i)     Subject matter, facts and opinions, and summary of grounds: See Exhibit "C" attached hereto.

      (ii)    Qualifications: See Exhibit "C" attached hereto.

(D.)   Edward L. Brundick, III, Esq., CIMA, CFP
     6490 South Oak Shadow Circle
     Memphis, TN 38119

      (i)     Subject matter, facts and opinions, and summary of grounds: See Exhibit "D" attached hereto.

      (ii)    Qualifications: See Exhibit "D" attached hereto.


2. Treating Physicians/Medical Providers: The following treating physicians, including defendants, and medical providers and/or nurses are designated, who are not retained to provide expert testimony, but are expected and/or may be called to offer expert opinions at trial:

(A)     Dr. Mark Clemons (Defendant)

(B)     Dr. Babu Rao Paidipalli (Defendant)

(C)     Grace Freeman, CRNA (Pediatric Anesthesiologist, P-A employee and
        treating CRNA)

(D)     Kelly Kish, R.N. (Methodist LeBonheur PACU nurse assigned to care
        for Brett Lovelace on March 12, 2012)

(E)     LeBonheur PACU Staff; and

(F)     LeBonheur ICU Staff, including ICU physician, Dr. Mark Bugnitz

        The subject matter upon which these witnesses are expected to testify pursuant to

Federal Rules of Evidence 702, 703 or 705 includes the treatment rendered to Brett Lovelace

during the March 12, 2012, admission to LeBonheur.  A summary of the facts and opinions of

these witnesses is as follows: All treatment rendered to Brett Lovelace, with the exception of

treatment rendered by PACU nurse, Kelly Kish, R.N., was appropriate and complied with the

recognized standard of acceptable professional practice.  More specifically, all of the treatment

rendered by Dr. Clemons was appropriate for Brett Lovelace and complied with the standard of

care.  No treatment on the part of Dr. Clemons caused Brett Lovelace to suffer injuries or

damages which would not otherwise have occurred.  Further, these witnesses are expected to

testify that once Dr. Clemons completed the surgery in the operating room, he appropriately

transferred the care of the patient to anesthesia.  Once anesthesia transported the patient to

PACU, the recovery room nurse, Kelly Kish, assumed responsibility for Brett Lovelace.  While

Brett Lovelace was in the PACU, which was being staffed and monitored by Methodist

LeBonheur Hospital personnel, Kelly Kish was assigned to care for Brett Lovelace and she did

assume the care for the patient and remained at his bedside while he was in recovery.  Kelly

Kish was responsible for monitoring Brett Lovelace, which included maintaining an adequate

3

airway. Kelly Kish, R.N., an employee of Methodist LeBonheur Hospital, failed to appropriately monitor Brett Lovelace when his condition changed approximately ninety (90) minutes after his arrival in the PACU and nurse Kish failed to timely notify appropriate personnel of the change in circumstances.

Respectfully submitted,

LEWIS THOMASON

By: _/s/ Marcy D. Magee_____
     J. KIMBROUGH JOHNSON (7953)
     MARCY D. MAGEE (19360)
     Attorneys for Defendant,
     Mark P. Clemons, M.D.
     2900 One commerce Sq., 40 S. Main St.
     Memphis, TN 38103
     (901) 525-8721

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following has been served on Mark Ledbetter, Attorney for Plaintiffs, Halliburton & Ledbetter, 254 Court Avenue, Suite 305, Memphis, TN 38103, and Karen Koplon, Jerry Potter and Bradley Gilmer, Attorneys for Defendants, Babu R. Paidipalli & Pediatric Anesthesiologists, P.A., Hardison Law Firm, 119 S. Main St., Suite 800, Memphis, TN 38103, via U.S. Mail, postage prepaid, this 9th day of May, 2014.

_/s/ Marcy D. Magee_____
Marcy D. Magee

4811-9677-6475, v. 1

4

**JEROME WALTER THOMPSON, M.D., MBA**
**UT LeBonheur Pediatric Specialists**
**7945 Wolf River Blvd., Suite 220**
**Germantown, TN  38138**


**May 6, 2014**

**EXPERT WITNESS REPORT**

**LOVELACE v. PEDIATRIC ANESTHESIOLOGISTS, P.A.;**
**BABU RAO PAIDIPALLI; and MARK P. CLEMONS**


I, Jerome Thompson, M.D., have been retained to evaluate the medical treatment rendered by Mark Clemons, M.D. to Brett Lovelace on March 12, 2012, at LeBonheur Hospital. In 2012, I was licensed in Tennessee and practicing my speciality of Otolaryngology in Memphis, Shelby County, Tennessee, and was so licensed and practicing at least one year prior thereto.  I am familiar with the recognized standard of acceptable professional practice as it existed in March, 2012, in Memphis, Tennessee.

I graduated from the University of California Medical School in 1976. I did an Internship at the University of California School of Medicine within the Department of Surgery from 1976 to 1977.  Thereafter, I did my residency in Otolaryngology/Head and Neck Surgery at University of California School of Medicine.  After completing my residency, I did an additional two years of pediatric ENT training at L.A. Children's Hospital.  I have been board certified by the American Board of Otolaryngology since 1981.  I am currently the Chair of the Department of Otolaryngology-Head and Neck Surgery at the University of Tennessee Health Science Center.  I am also the division head of Pediatric Otolaryngology at St. Jude Children's Research Hospital. My additional qualifications are set forth in my *curriculum vitae* attached as Exhibit 1 to this report.

In forming my opinions, I reviewed the following:

1.      LeBonheur medical records of Brett Lovelace.

2.      Deposition of Dr. Mark Clemons.

3.      Dr. Mark Clemons' medical records.

4.      Complaint and Answer of Dr. Mark Clemons.

The facts I considered in forming opinions are as follows:

Brett Lovelace was admitted to LeBonheur on March 12, 2012, for a tonsillectomy and adenoidectomy, which was performed by Dr. Mark Clemons. Pre-operatively, appropriate risks were discussed. The patient was evaluated by the anesthesia personnel, including Dr. Paidipalli. The surgery was conducted as planned, and there were no complications intra-operatively.

When the surgery was finished, the patient was extubated by anesthesia, which was responsible for monitoring respiratory status. The patient was placed on supplemental oxygen and transported by anesthesia from the operating room to recovery (PACU), where the patient was assigned to the recovery room nurse, Kelly Kish, R.N. The patient was stable upon arrival to the PACU.

Nurse Kish assumed care of this patient upon arrival to the PACU and remained at his bedside while in recovery. One of the responsibilities of the recovery room nurse is to evaluate the patient's respiratory status and maintain the airway. The patient also had a pulse oximeter placed and vitals were to be taken and recorded by the PACU nurse every fifteen (15) minutes.

The patient remained in the recovery room for approximately ninety (90) minutes with no report of respiratory problems. After approximately ninety (90) minutes, it became apparent that the patient was in respiratory distress. No one called Dr. Clemons until after the code was initiated.

It is my opinion that Dr. Clemons complied with the recognized standard of acceptable professional practice for otolaryngologists in Memphis, Tennessee and similar communities with regard to the medical treatment he rendered to Brett Lovelace on March 12, 2012.  More specifically, Dr. Clemons complied with the standard of care based upon the following opinions:

1.      Dr. Clemons performed the tonsillectomy and adenoidectomy in accordance with the standard of care.   There were no intra-operative complications.

2.      Dr. Clemons appropriately relied upon the anesthesia personnel to evaluate the patient pre-operatively, to administer anesthesia, to extubate the patient, and to monitor the patient in recovery.  A surgeon such as Dr. Clemons is not expected to perform the functions of an anesthesiologist.

3.      The patient was taken from the operating room to recovery (PACU), where the patient was assigned 1:1 with a recovery room nurse.  The recovery room nurse, Kelly Kish, assumed care for the patient and  remained at his bedside while in recovery.  This was a hospital function, and the surgeon, Dr. Clemons, was not required or expected to reposition the patient or monitor the patient while the patient was in the recovery room.

4.      The recovery room personnel were responsible for monitoring the patient, which included maintaining the airway.  The patient was hooked up to a pulse oximeter and vitals were being taken by the recovery room nurse.  All of these actions were the responsibility of the recovery room nurse, not Dr. Clemons.

5.      Dr. Clemons performed the surgery entirely appropriately. The standard of care did not require Dr. Clemons to monitor this patient in the recovery room (PACU).   Dr. Clemons was never contacted by anyone from the recovery room about this patient during the ninety (90) minutes between arrival in PACU and when the code was initiated.

6.    Monitoring anesthesia and its after effects are not the surgeon's function or responsibility.  Further, monitoring and ensuring an adequate airway is the responsibility of the PACU personnel, not the surgeon.

7.    Once Dr. Clemons completed the surgery in the operating room, he appropriately transferred the care of the patient to anesthesia.  Once anesthesia transported the patient to PACU, the recovery room nurse assumed responsibility for Brett Lovelace.

8.    No medical treatment on the part of Dr. Clemons caused the patient, Brett Lovelace, to sustain injuries and damages which would not otherwise have occurred.

The opinions stated above regarding Dr. Clemons' compliance with the recognized standard of acceptable professional practice for otolaryngologists practicing in Memphis, Tennessee and similar communities in March, 2012, are based upon my education, training and experience, and based upon the medical records, testimony of Dr. Clemons, and other afore-referenced documents.

I intend to provide expert testimony in connection with the treatment rendered by Dr. Clemons, but not as to any other healthcare provider.

The Publications I have authored within the past ten (10) years are set forth in my *curriculum vitae* attached as Exhibit 1.

Within the past four (4) years, I have not testified by deposition or at trial as an expert witness.

I follow the fee schedule imposed by Vanderbilt University Medical School for expert review and testimony.   The hourly charge is $  375.00  for review of cases and $  500.00  testifying.

JEROME THOMPSON, M.D.

4844-5279-2090, v. 1

Thompson, JW

### CURRICULUM VITAE
**Jerome (Jerry) Walter Thompson, MD, MBA**

**PERSONAL DATA**
PLACE OF BIRTH:                          USA

**ACADEMIC POSITIONS:**            Chair, Dept of Otolaryngology-Head and Neck Surgery (Present)
Associate Dean, Graduate Medical Education (Past)
Associate Dean, Continuing Medical Education (Past)
*Division Head, Pediatric Otolaryngology, UTHSC (Present)*
*Division Head, Pediatric Otolaryngology, St. Jude Children's Hosp (Present)*
*Associate Chief Medical Office (Past)*

**OFFICE ADDRESS:**                    Department of Otolaryngology
University of Tennessee Health Science Center
910 Madison Madison, Suite 408
Memphis, TN 38163
(901) 448-5886 (Office); (901) 448-5120 (Fax)

**EDUCATION:**
*UNDERGRADUATE*
1968                                          University of Austria, Innsbruck
German Literature

1968-1972                                 University of California,(UCR)
Riverside,CA
Degree:  BA (with honors)

*GRADUATE/MEDICAL SCHOOL*
1972-1976                                 University of California Medical School,
(UCLA) Los Angeles, CA; Degree:  MD

*Internship:*
1976-1977                                 University of California School of Medicine,
(UCLA) Los Angeles, CA; Department of Surgery

*Residency:*
1977-1978                                 University of California School of Medicine,
(UCLA) Los Angeles, CA; Department of General Surgery & Otolaryngology

1978-1981                                 University of California School of Medicine,
(UCLA) Los Angeles, CA; Division of Head and Neck Surgery

*Postgraduate*:
1981-1983                                 Pediatric Otolaryngology
2yrs. additional Pediatric ENT Training
with Dr. Seymour R. Cohen @ LA Children's Hospital
Los Angeles, CA (ABMS did not recognize nor certify
Pediatric Fellowships until 1997)

1992-1994                                 University of California, Los Angeles
Anderson School of Business (UCLA) Los Angeles, CA
Degree:  MBA  - Finance

CURRICULUM VITAE                                    2                    Jerome  W. Thompson, MD

**BOARD CERTIFICATION:**
American Board of Otolaryngology, #17611                                          1981

**MEDICAL LICENSURES:**
Arkansas License #E0622                                                           1995
Tennessee License #O25322                                                         1994

**ACADEMIC AND PROFESSIONAL HONORS & AWARDS:**
JDRF Living and Giving Award                                                      3/31/12

Alpha Omega Alpha Honor Medical Society                                           2008

Empire's Who's Who Among Executives and Professionals in Education
Honor's Edition                                                                  2006-2007

American Academy of Otolaryngology Head & Neck Surgery Foundation               Sept 2005
Outstanding Contribution, Instruction Course Program

Awarded "Best Teacher", Dept. of Otolaryngology, University of Tennessee
Health Science Center                                                             2005

Awarded "Best Teacher", Dept. of Otolaryngology, University of Tennessee
Health Science Center                                                             2004

Chairman, Methodist Hospitals, Dept. of Otolaryngology Head & Neck
Surgery                                                                          2004-2011

Best Doctors in America's – 14 years in a row                                    1994-2010

American Academy of Otolaryngology, Honor Award Recipient                        2001

Awarded "Best Teacher", Dept. of Otolaryngology, UTHSC                           1999-2000

Medical Case Reviewer Cigna Health Care Plan                                     1998-2002

Awarded Best Medical Student Educator ENT Department                             1998

Awarded Best Basic Science Instructor ENT Department                            1998

County Mayor's Medical Advisory Subcommittee on Physician                        1997-2000
Affairs, Member

County Mayor's Medical Advisory Council, Member                                  1997-1999

Program Director, Otolaryngology Medical Student Clinical Clerkships             1997-2000

Medical Director, UT ENT Prudential Capitated Health Care Contract              1996-1998

Medical Director, Homework Hotline, Channel 5/UTMG                               1996-1998

CURRICULUM VITAE                    3                    Jerome W. Thompson, MD

**ACADEMIC AND PROFESSIONAL HONORS & AWARDS (continued):**

| | |
|---|---|
| Medical Director, UT Craniofacial Team | 1996-2004 |
| Associate Dean GME & CME UT | 1999-2001 |
| Associate Chief Medical Officer, UT Medical Group | 1995-1999 |
| Director, UT Pediatric ENT Fellowship | 1996-2011 |
| American College of Physician Executives, Fellow with Advanced Standing | 1994-present |
| Medical Director, Audiology and Speech Therapy, St. Jude Children's Research Hospital | 2007-present |
| Division Head, Pediatric Otolaryngology-HNS, St. Jude Children's Research Hospital | 1994-present |
| Division Head, Pediatric Otolaryngology-HNS, UT Memphis, LeBonheur | 1994-present |
| Division Head, Pediatric ENT L.A. Children's Hospital | 1993-1994 |
| Children's Hospital of LA Distinguished Physician Award | 1989 |
| American Society of Pediatric Otolaryngology, Founding Member | 1985 |
| UCLA Golden Apple Teaching Award | 1976 |
| NASA Environmental Research Award | 1968 |
| American Society of Pediatric Otolarynology, President | 2008-2009 |
| Chief of Surgery (Pediatrics) – LeBonheur Children's Medical Center | 2009-2013 |
| The Memphis Medical Society, President | 2011-2012 |
| The Memphis Medical Society, Board of Directors | 2003-2009 |
| The Memphis Medical Society, Treasurer | 2003-present |
| The Memphis Medical Society, Legislative Committee | 1995-2003 |
| American Society of Pediatric Otolaryngology (ASPO), Financial Committee Chairman | 1999-2006 |
| American Society of Pediatric Otolaryngology (ASPO), Bylaws Committee | 2009-2012 |
| Society of University Otolaryngologists, Committee on New Technology In Otolaryngology, Member | 1998-2002 |
| Society of University Otolaryngologists, Undergraduate Educ Committee Chair | 1998-2002 |

CURRICULUM VITAE                     4                    Jerome  W. Thompson, MD

**COMMUNITY ACTIVITIES & BOARDS**
Coach, Independent Presbyterian Church girl's softball                1998-2000

Flag Football Coach, Germantown Youth Athletic Association            2007-2009

Juvenile Diabetes Research Foundation
Board of Director, Member                                             2002-Present

**NATIONAL MEDICAL SOCIETY ELECTED POSTS**
**AND COMMITTEE MEMBERSHIPS**
Board of Communication Disorders and Sciences
State of Tennessee (Gov. Phil Bredensen)                              2008-2010

ASPO-Ad Hoc Health Economics & Policies Committee (member)           2008-Present

ASPO-Ad Hoc Sub Certification Committee (member)                     2012-2014

American Academy of Otolaryngology - Audit Committee                 2006-2009

Tennessee Medical Association – Insurance Committee (Chairman)        2006-Present

Tennessee Medical Association – House of Delegates (Representative)   2007-Present

Tennessee Medical Association – Chairman Membership Committee         2012

Tennessee Medical Association – Alternate Delegate                   2005-2006

Juvenile Diabetes Research Foundation
Lay Review Committee                                                 2007- Present

Mayor's Medical Advisory Committee                                  1998-2000

American Academy Otolaryngology Head and Neck Surgery
RVU Committee Member                                                1998-2004

American Association of Medical Colleges (AAMC), MGMA
Advisory Committee on Faculty Productivity/Compensation             1997-1998

American Association of Medical Colleges (AAMC),
Advisory Committee Managed Care, Member                             1997-2000

AAMC Academic Medical Center FTE Project,
Advisory Committee, Member                                          1996-1997

Amer. Society of Ped (ASPO), Audit Committee
Chairman                                                            1994-1998

American Broncho-Esophagologic Association (ABEA),
Executive Council, Member                                           1991-1992

CURRICULUM VITAE                    5                    Jerome W. Thompson, MD

**NATIONAL MEDICAL SOCIETY ELECTED POSTS
AND COMMITTEE MEMBERSHIPS (continued)**

| | |
|---|---|
| American Society of Pediatric Otolaryngology (ASPO), Local Arrangements, Chairman | 1986-1991 |
| American Society of Pediatric Otolaryngology (ASPO), CME Chairman | 1985-1988 |
| American Society of Pediatric Otolaryngology (ASPO), Education | 1981-1984 |
| American Society of Pediatric Otolaryngology (ASPO), Secretary | 1979-1980 |
| Shelby County Mayor's Medical Advisory Council – "Ghosts from the Nursery" Advisory Panel | 1999-2000 |
| Shelby County Mayor's Medical Advisory Council, Member | 1997-2000 |
| TLC Medical Advisory Committee (MAC), Member | 1996-1999 |
| TLC Credential Sub Committee, Member | 1996-1999 |
| TLC Capitation Conversion - Co-Chairman | 1996-1999 |

**MEDICAL SOCIETY MEMBERSHIPS:**

| | |
|---|---|
| Arkansas Medical Society | 1999 |
| Society of University Otolaryngologists | 1997 |
| Southern Medical Society, Member #H03258 | 1996 |
| Shelby County Pediatric Society - Memphis | 1995 |
| Tennessee Medical Association - Memphis | 1994 |
| Memphis-Shelby County Otolaryngology Society | 1994 |
| American College of Surgeons, Fellow # 03017375 | 1992 |
| American Academy of Pediatrics, Fellow #139691 | 1989 |
| American Academy of Otolaryngology Head & Neck Surgery, Fellow #17611 | 1983 |
| American Medical Society, Member #H03258 | 1981 |

**UNIVERSITY, HOSPITAL & NATIONAL COMMITTEE MEMBERSHIPS**
<u>University of Tennessee Health Science Center</u>

| | |
|---|---|
| UT- LCME Curriculum Management Committee | 2005-2007 |
| UTHSC Faculty Mentor | 2010-present |

CURRICULUM VITAE                                   6                          Jerome  W. Thompson, MD

**UNIVERSITY, HOSPITAL & NATIONAL COMMITTEE MEMBERSHIPS**

| | |
|---|---|
| Methodist Medical Executive Committee | 2004-present |
| UT – Committee on Undergraduate Medical Education, Ex-Officio Member | 1999-2003 |
| UT County IDS Project, Advisor to Mayor Rout and Nancy Lawhead – Appointed by the Chancellor | 1998-1999 |
| UT – Medical School Curriculum Project for Associate Dean Peppler | 1998 |
| Neurology Dept. GME Internal Review, Committee, Chairman | 1998 |
| Neurology Dept. Internal Review Committee, Chairman | 1998 |
| Anesthesia Dept. Internal Review Committee, Member | 1997 |
| Pediatrics Dept. Internal Review Committee, Member | 1997 |
| UT ENT Advisor Resident Probation as Associate Dean | 1997-1999 |
| UT Craniofacial Team, Medical Director | 1996-2006 |
| Clinical Sub-Specialties Sub-Committee, Medical School, Member | 1996-1999 |
| Residency Down Sizing Committee, Member | 1996 |
| UT/West Tennessee Correctional Health Care Feasibility Study Committee, Chairman | 1996-1998 |

**LEBONHEUR COMMITTEES**

| | |
|---|---|
| Division Head Consultant for Otolaryngology | 2003-present |
| Senior Leadership Committee member | 2009-present |
| Perioperative & Committee Meeting | 2006-present |
| Operative and Invasive Procedures Committee | 2006-present |
| Physician Advisory Council | 2006-present |
| Quality Assurance Committee, Member | 1998-1999 |
| Otolaryngology Consultant to Medical Staff (equivalent to Division Head) | 1997-2001 |
| Operating Room Committee, Member | 1997-present |
| Pharmacy Committee, Member | 1997-1999 |
| Infectious Disease Committee, Member | 1997-1998 |
| Performance Improvement Committee, Chairman | 1997-1998 |

CURRICULUM VITAE                              7                    Jerome W. Thompson, MD

**SERVICE/ADMINISTRATION UT MEDICAL GROUP INC**

| | |
|---|---|
| UTMG TLC (HMO) Credential Committee, Member | 1999-2000 |
| UTMG Credential Committee, Chairman | 1999-2001 |
| UTMG Shelby County Health Dept./UTMG Coverage Contract, Lead-Negotiator | 1988 |
| UTMG Impaired Physician Review Committee (Med. ER), Chairman | 1998-1998 |
| UTMG PruCare Otolaryngology Capitation Care Medical Director | 1997-1998 |
| UTMG Finance Committee, Member | 1997-2000 |
| UT Bowld/UTMG Strategic Planning Committee, Member | 1997-1999 |
| UTMG TLC-(HMO) Capitation Conversion Committee, Co-Chairman | 1997-1999 |
| UT/UTMG Tele-Medicine Feasibility Project /West Tennessee Rural Facility, Co-Chairman | 1997-1999 |
| UTMG Physician Performance Evaluation CMO's Office, Project Dir. | 1997-1999 |
| UTMG - Germantown Experience Phase I & Phase II Chairman | 1997-1999 |
| UT/UTMG Med. Peds. Practice Advisor | 1997-1999 |
| UTMG/UT Med. Psych ER Project | 1997-1998 |
| UTMG - Professional Accountability Committee, Member | 1997-1998 |
| UTMG-FTE Project for AAMC | 1997-1998 |
| UTMG - Medical Director Channel 5/UTMG Homework Hot Line | 1997-1998 |
| UTMG - Advance East Building Site Selection, Committee Member | 1997-1998 |
| UTMG Clinical Operations Committee, Member | 1995-1997 |
| Physician Compensation Project Steering Committee | 1995-1999 |
| UTMG Board of Directors, Member | 1995-2002 |
| UTMG - Peds ENT Division Head @ LeBonheur | 1995-present |

**UNIVERSITY APPOINTMENTS:**

| | |
|---|---|
| Clinical Faculty (Volunteer) Member Vanderbilt University School of Nursing | 2004-present |
| Telemedicine Hospital Consultant Appointment University of Tennessee, Memphis | Present |

CURRICULUM VITAE                           8                    Jerome W. Thompson, MD

**UNIVERSITY APPOINTMENTS (contd:**

| | |
|---|---|
| Chair, Otolaryngology-Head and Neck Surgery<br>University of Tennessee, Memphis, TN | 2001-present |
| Faculty Member, Department of Allergy & Immunology<br>University of Tennessee, Memphis, TN | 2001-present |
| Professor of Pediatrics<br>University of Tennessee, Memphis, TN | 2001-present |
| Program Director of Otolaryngology - Head & Neck Surgery<br>University of Tennessee, Memphis, TN | 2/ 2002-7/2004 |
| Program Director of Otolaryngology - Head & Neck Surgery<br>University of Tennessee, Memphis, TN | 2/2006-6/2009 |
| Adjunct Clinical Faculty Member<br>St. Jude Children's Research Hospital, Memphis, TN | 2001-present |
| Interim Chair, Department of Otolaryngology<br>University of Tennessee, Memphis, TN | 2000-2001 |
| Associate Dean, Continuing Medical Education<br>University of Tennessee, Memphis, TN | 1999-2001 |
| Associate Dean, Graduate Medical Education<br>University of Tennessee, Memphis, TN | 1999-2001 |
| Adjunct Associate Professor of Hearing and Speech Pathology,<br>University of Memphis, Dept. of Hearing and Speech Pathology | 1998-present |
| Head, UT Division of Pediatric Otolaryngology,<br>St. Jude Children's Research Hospital, Memphis, TN | 1997-present |
| Head, UT Division of Pediatric Otolaryngology<br>LeBonheur Children's Hospital, University of Tennessee, Memphis, TN | 1994-present |
| Associate Professor of Otolaryngology - Head & Neck Surgery<br>University of Tennessee, Memphis, TN | 1994-2001 |
| Associate Professor of Pediatrics, University of Tennessee,<br>Memphis, School of Medicine, Memphis, TN | 1994-2001 |
| Associate Clinical Professor, University of Southern California<br>School of Medicine, Los Angeles, CA | March 1994 |
| Assistant Clinical Professor, University of Southern California<br>School of Medicine, Los Angeles, CA | 1986-1994 |

CURRICULUM VITAE                         9                  Jerome W. Thompson, MD

## HOSPITAL APPOINTMENTS:

Clinical Lecturer, University of Southern California
School of Medicine, Los Angeles, CA                                1981-1986

Dyersburg Regional Medical Center
                                                                   2004-present

LeBonheur East Surgery Center
                                                                   1995-present

LeBonheur Children's Medical Center
                                                                   1994-present

St. Jude Children's Research Hospital
                                                                   1994-present

Baptist Memorial Hospital
                                                                   1994-present

Methodist Hospital
                                                                   1994-present

Regional Medical Center
                                                                   1994-present

Veterans Administration Medical Center
                                                                   1994-present

CDD (Center for Developmental Disabilities)
                                                                   1994-present

## PRACTICE EXPERIENCE:

2000 – Full time Academic Clinical Practice

1994-2000 -Full Time Academic Clinical Practice of Medicine, UT Memphis 1/2 Time.
Medical Group Administration, UTMG Memphis 1/2 Time.

1983-94 - Clinical Practice of Medicine @ LA Children's Hospital, Clinical Staff USC.

1981-83 – Postgraduate Pediatric Otolaryngology (Fellowship) @ LA Children Hospital.

## TEACHING and MENTORSHIP EXPERIENCE:

Research Preceptor
        "Epidemiology of Maxillofacial Injuries at a Level 1 Trauma Center in Memphis        2004

Career Day-Lectures:
        One-hour lecture each year on managed care - x 5 yrs                   1995-99
        One hour panel discussion each year - x 5 yrs                          5 hours
                                                                               5 hours

Grand Rounds UT Department of Pediatrics and Department of Family
        Medicine; 4 one hour presentations (1 per yr.)                        1995-98

UT Medical Student lectures for Edwin Cocke Research Symposium, June 27, 2003 - Mentor
        **Blake Williams, UT medical student**
        "Sensory Neural Hearing Loss Post Radiation Therapy (3-8 year onset):

        Cumulative Incidence of Hearing Loss"
        **Jonathan Hafner, UT medical student**
        "Case Study- Evaluation of a Unilateral Neck Mass in a Child"

CURRICULUM VITAE                                     10                        Jerome  W. Thompson, MD

UT Medical Student lectures for Edwin Cocke Research Symposium, June 27, 2004 – Mentor
   **Adam Willis, PhD, UT medical student**
   "Laryngopharyngeal Reflux and Obstructive Sleep Apnea"

UT Medical Student lectures for Edwin Cocke Research Symposium, June 27, 2005 – Mentor
   **Charles T. Wright-M4,  UT medical student**
   "Pediatric Retropharyngeal Infections"

UT Medical Student lectures for Edwin Cocke Research Symposium, June 27, 2005 – Mentor
   **Jonathan Haynes, M2, UT medical student**
   "Otoprotection by Alkalinized STS:  A Study in Progress"

   **James Chad Greene, M3, UT medical student**
   "Lipomatosis of the Neck – A Case Presentation"

   **Gabriel H. Phillips, M3, UT medical student**
   "Chemoprotection of Cisplatin Induced Ototoxicity by Administration of Sodium Thiosulfate: A
   Tale of Two Guinea Pigs"

UT Medical Student lectures for Edwin Cocke Research Symposium, June 27, 2006 – Mentor
   **Jonathan Haynes, M3, UT medical student**
   "Otoprotection by Alkalinized STS in the Setting of Cisplatin Ototoxicity"

   **David Gerth, M4, UT medical student**
   "The Prevalence of Depression in Head and Neck Cancer Patients at the Time of
   Diagnosis"

   **George DeHoff, M2, UT Medical Student**
   "Obstructive Sleep Apnea in the Pediatric Down Syndrome Patient"

   **Dawn Tottenham, M2, UT Medical Student**
   "Ostructive Sleep Apnea in Malignant Infantile Osteopetrosis"

UT Medical Student lectures for Edwin Cocke Research Symposium, June 27, 2007 – Mentor
   **George DeHoff, 3rd yr medical student**
   "Body Mass Index as an Indicator of Obstructive Sleep Apnea in Pediatric
   Down Syndrome Patients"

UT Medical Student lectures for Edwin Cocke Research Symposium, June 27, 2008 – Mentor
   **John Stites, UT medical student**
   "Obstructive Sleep Apnea in Sickle Cell Disease"

   **Jacqueline Angel, UT medical student**
   "Head and Neck Tumor Incidence and Survival: Tumor Registry for UT"

UT Medical Student lectures for Edwin Cocke Research Symposium, June 27, 2010 – Mentor
   **Ben Oberman, M4, UT medical student**
   "HPV and Oropharyngeal Carcinoma"

CURRICULUM VITAE                         11                    Jerome W. Thompson, MD

**Jessica Moskovitz-Somerville, M4**
"Non-otogenic lateral sinus thrombosis: A Complication of Acute Sphenoid Sinusitis"

UT Medical Student lectures **(M4) clinical skills curriculum**
"Hospital Structure & Healthcare Reform - Monday, March 7, 2011
920 Madison, 7th Floor, Memphis, TN

"Physician Employment & Healthcare Vocabulary - Monday, April 11, 2011
920 Madison, 7th floor , Memphis, TN

UT Medical Student lectures (M4) Kaplan Clinical Skills curriculum
"Healthcare Lecture-Basic Vocabulary #1" – Monday, September 26, 2011
GEB A304, Memphis, TN

UT Medical Student lecture
"Pizza and Politics" – Dr. Jerome Thompson (Memphis Medical Society President)
GEB A1033 – Thursday, October 6, 2011

UT Medical Student lecture (M4) clinical skills curriculum
""New Health Care Reform" – Monday, January 23, 2012
GEB A304, Memphis, TN

"Hospital Economics" – Monday, February 13, 2012
GEB A304, Memphis, TN

"Practice Economics" – Monday, March 12, 2012
GEB A104, Memphis, TN

Women in Medicine and Science (WIMS) workshop - Interview Skills lecture
"Interview Skills 101 – Throw What You Thought Out the Window"
GEB A304 - Monday, March 19, 2012

UT Medical Student lecture (M4) clinical skills curriculum
""Future Healthcare of Job Opportunities" – Monday, March 26, 2012
GEB A304, Memphis, TN

""Basic Vocabulary #1" – Monday, September 24, 2012
GEB A204, Memphis, TN

""Basic Vocabulary #2" – Monday, October 22, 2012
GEB A204, Memphis, TN

UT Medical Student lecture (M4) clinical skills curriculum
""Current Healthcare System" – Monday, November 19, 2012
GEB A304, Memphis, TN

UT Medical Student lecture (M4) clinical skills curriculum
""New Health Care Reform" – Monday, January 28, 2013
GEB A304, Memphis, TN

CURRICULUM VITAE                    12                    Jerome W. Thompson, MD

"Hospital Economics" – Monday, February 11, 2013
GEB A304, Memphis, TN

"Practice Economics" – Monday, March 11, 2013
GEB A104, Memphis, TN

""Future Healthcare of Job Opportunities" – Monday, April 15, 2013
GEB A304, Memphis, TN

"Healthcare:"Basic Vocabulary #1" – Monday, September 23, 2013
GEB A204, Memphis, TN

"Healthcare:"Basic Vocabulary #2" – Monday, October 21, 2013
GEB A204, Memphis, TN

""Current Healthcare System" – Monday, November 25, 2013
GEB A304, Memphis, TN

""Healthcare –New Health Care Reform" – Monday, January 13, 2014
TBD, Memphis, TN

""Healthcare –Hospital Economics" – Monday, February 10, 2014
TBD, Memphis, TN

""Healthcare –Practice Economics" – Monday, March 10, 2014
TBD, Memphis, TN

""Healthcare –Future Healthcare Job Opportunities" – Monday, April 14, 2014
TBD, Memphis, TN

| | |
|---|---|
| UT Medical Student Lectures for Clinical Clerkships: | 1994-present |
| Otolaryngology fourth year mandatory rotation one hour lecture/ week for every UT Medical Student. 36 wks X 1 hr x 5 yrs = 180 hrs | 180 hrs/5 yrs |
| One four hour clinic with 1-2 Medical Students @ LeBonheur Ped ENT Clinic.36 wks x 4 hrs x 5 yrs = 720 hrs | 720 hrs/5 yrs |
| ICS course instruction of UT Medical Students in the basics of | 1994-present |
| Otolaryngology clinical exams.  Two four-hour clinics two times per year:16 hrs x 5yrs = 80 hrs | 80 hrs/5 yrs |
| Director of Medical Student Education, UT ENT Department | 1994-present |
| Preceptor/Advisor for Residents on Probation in ENT (1-2 per yr.) | 1994-present |
| ENT Journal Club – Monthly | 1994-present |
| Pediatric ENT Journal Club Quarterly | 1994-present |

CURRICULUM VITAE                          13                Jerome W. Thompson, MD

| | |
|---|---|
| Children's Hospital of Los Angeles, Attending Physician University of Southern California School of Medicine, Associate Clinical Professor (responsible for the pediatric ENT training for USC, UCLA & Martin Luther King, Jr., training program for 13 yrs). An average of three residents were on the service at any one time. | 1981-1994 |
| UCLA Resident Teaching Award | 1999 |
| UCLA Resident Teaching Award | 1981 |
| UCLA Golden Apple Award for teaching medical students | 1980 |
| Christian Brothers University Master of Science in Physician Assistant Studies (preceptor) | 2012- |

## INVITED LECTURES AND PANEL DISCUSSIONS:

1. **"Common ENT Problems in the School Age Child."** Seminars for School Physicians. Children's Hospital Los Angeles; May 2, 1983.

2. **"Use of the CO² Laser."** Children's Hospital Los Angeles, Department of Dentistry; May, 1983.

3. **"Common ENT Problems in the School Age Child."** Seminars for School Physicians, Children's Hospital Los Angeles; May 1985.

4. **"Pediatric Airway Emergencies."** Medical Staff Grand Rounds, Presbyterian Intercommunity Hospital, Whittier, California; November 1985

5. **"Airway Foreign Body Management."** Kaiser Permanente Hospital; January 1986.

6. **"Common Problems in Pediatrics."** Symposia Medicus., Newport Beach, California; April 3-5, 1986.

7. **"Head and Neck Masses in Children."** USC School of Medicine Resident Training Program; August 13, 1986.

8. **"ENT Problems in the School Age Child."** Seminars for School Physicians. Children's Hospital of Los Angeles; October 1986.

9. **"Respiratory Management of Infants and Children."** Grand Rounds Department of Pediatrics; October, 1986.

10. **"Differential Diagnosis of Neck Masses."** Children's Hospital Los Angeles; November 1986.

11. **"ENT Problems in the School Age Child."** Seminars for School Physicians, Children's Hospital Los Angeles; April 1987

12. **"Use of the Laser on the Oral Cavity."** Children's Hospital Pediatric Dental Group; May 16, 1987.

13. **"Upper Airway Anatomy."** Annual Clinical Conference in Pediatric Anesthesiology, Children's Hospital Los Angeles. Los Angeles, California; January 29-31, 1988.

14.  **"Vasoform Tumors of Children."** Panel Discussion PCOAST Meeting, San Diego, California; June 28, 1988.

15.  **"Upper Airway Anatomy."**  Annual Clinical Conference in Pediatric Anesthesiology, Children's Hospital Los Angeles, Los Angeles, California; January 27-29, 1989.

16.  **"Pediatric Airway Emergencies."**  Simi Valley Adventist Hospital; February 1989.

17.  **"Pediatric Airway Emergencies."**  Tarzana Regional Medical Center; June 1989.

18.  **"Pediatric Airway Emergencies."**  Torrance Memorial Hospital; September 1989.

19.  **"Complications of Ventilating Tubes."**  Grand Rounds, Children's Hospital of Los Angeles. Los Angeles, California; February 23, 1990.

20.  **"Chronic Otitis Media."**  Medical Staff Grand Rounds, Tarzana Regional Medical Center;  April 9, 1990.

21.  **"Pediatric Airway Emergencies."**  Tarzana Regional Medical Center Medical Staff CME lecture 1991.

22.  **"Upper Airway Obstruction in Children."**  Southwestern Pediatric Society; May 9, 1992.

23.  **"Panel Discussion on Foreign Bodies in the Pediatric Airway."**  Pacific Coast Oto-Ophthalmologic 76th Annual Meeting:  Invited. June 22, 1992.

24.  **"Laser Safety and Pediatric Foreign Bodies."**  Orange County Society of Otolaryngology Head and Neck Surgery. November 5, 1992.

25.  **"Pediatric Airway Management."**  22nd Annual USC Faculty Update in Pediatrics, Pediatric Horizons, Pasadena, California; May 14-16, 1993.

26.  **"Pediatric Airway Management."**  Annual Clinical Conference in Pediatric Anesthesiology, Children's Hospital, Los Angeles.  Los Angeles, California; January 28-30, 1994.

27.  **"Carroll/Henry County Medical Group Meeting."**  McKenzie Methodist Hospital. McKenzie, TN. November 21, 1994

28.  **"Out-Reach Program."**  Pemiscot Memorial Hospital, Haiti, MI; December 12, 1995.

29.  **"Otitis Media and Pediatric Ear Disease & Vent Tubes."**  Twenty-Eighth Annual Review Course for the Family Physician, University of Tennessee, Memphis, Memphis, TN; March 14, 1995.

30.  **"Managed Care."**  Alpha Epsilon Delta Pre-Health Honor Society as the Speaker of the Evening at The University of Memphis; March 28, 1995. Memphis, TN.

31.  **"Pediatric Airways."**  Eighteenth Annual Pediatric Symposium and Etteldorf Lectureship (Invited Lecturer), University of Tennessee, Memphis, TN; March 15, 1996.

32.  **"Current Issues in Otolaryngology."**  (Invited Lecturer).  University of Tennessee, Memphis, Department of Otolaryngology-HNS; June 1-2, 1996.

33. **"Congenital Ear Anomalies."** Second Annual Research Forum, Baptist Conference Center. Memphis, TN; June 12, 1996.

34. **"Endoscopic Sinus Surgery Controversies."** Tennessee Thoracic Society and Tennessee Society of Allergy and Immunology Annual Conference (Invited Lecturer). Nashville, Tennessee; July 19-20, 1996.

35. **"What is New in Chronic Otitis Media, Tonsillectomy and Chronic Sinusitis in the Pediatric Population"** Grand Rounds at LeBonheur Children's Medical Center Memphis, 8/96.

36. **"Benchmarking Does Not Always Good Practice in Medicine."** NACHRI 1996, Patient Care FOCUS Group Findings Meeting as an Invited Lecturer. Washington, DC; September 12-13, 1996.

37. **"Anatomy of the Inner Ear and Genetic Hearing Loss"** Early Detection and Management of the Hearing Impaired Child Conference, (Invited Lecturer), Baptist Memorial Health Care, Memphis, TN , September 13-14, 1996.

38. **"Pediatric Neck Masses, Childhood Tumors of H/N."** Dept. of Otolaryngology-HNS University of Tennessee, Memphis-HNS, Didactic Lecture Series, Memphis TN; September 26, 1996.

39. **"Difficult Airway Management in Otolaryngologic Surgery."** 22nd Annual Course entitled, Washington DC; September 29 - October 2, 1996.

40. **"Airway Management of the Fetus, Neonate, Infant and Child."** 1996 Annual Meeting Instruction Course Program. October 1, 1996; Washington, DC.

41. **"Pediatric Airway."** Dept. of Otolaryngology-HNS, University of TN, Memphis, Didactic Lecture Series; October 10, 1996.

42. **"Career Day - Medical Economics"**, University of Tennessee, Memphis, October 31, 1996; Memphis, TN.

43. **"Team Presentation of a Child with Cleft Lip/Palate."** LeBonheur Regional Meeting. October 31, 1996; Memphis, TN.

44. **"Systemic Manifestation of Diseases in Children"**. University of Tennessee, Memphis, Dept. of Otolaryngology-HNS Didactic Lecture Series; November 14, 1996.

45. **"Fire in the Operating Room During Tracheotomy."** Report of Three Cases, Southern Medical Association 90th Annual Scientific Assembly, Baltimore, Maryland; November 22, 1996.

46. **"Symposium Participant at the M Preventative Medicine, Health Care Delivery Panel."** Memphis, Tennessee; December 5, 1996.

47. **"Managed Care."** M1 Preventive Medicine Health Care Delivery Panel (Invited Lecturer), Memphis, Tennessee. December 5, 1996.

48. **"Epistaxis Management."** (Invited Lecturer), Dept. of Medicine and Clinical Science Lectures, University of Tennessee, Memphis; March 18, 1997

49. **"Pediatric Sinusitis"** at the Otolaryngology for the Primary Care Physician Course Memphis, Tennessee; April 1997.

50.    **"Tonsillectomy & Adenoidectomy."**  Otolaryngology for the Primary Care Physician Course, Dept. of Otolaryngology-HNS, University of Tennessee, Memphis. April 21, 1997.

51.    **"Otitis Media Management for Primary Care."**  Otolaryngology for the Primary Care Physician  Course, Dept. of Otolaryngology-HNS, University of Tennessee, Memphis; April 21, 1997.

52.    **"Neonatal Airway Obstruction Management for Primary Care."**  Otolaryngology for the PrimaryCare Physician Course, Dept. of Otolaryngology-HNS, University of Tennessee, Memphis;  April 21, 1997.

53.    **"Update on Maternal Fetal Circulation Management of Neonatal Airway."**  Otolaryngology for the Primary Care Physician Course, Dept. of Otolaryngology-HNS, University of Tennessee, Memphis; April 21, 1997.

54.    **"Neck Masses and Primary Care Practitioner."**  Otolaryngology for the Primary Care Physician Course, Dept. of Otolaryngology-HNS, University of Tennessee, Memphis; April 21, 1997.

55.    **"Laryngeal Papilloma Update for Primary Care Practitioners."**  Otolaryngology for the Primary Care Physician Course, Dept. of Otolaryngology-HNS, University of Tennessee, Memphis. Tennessee; April 21, 1997.

56.    **"The Predictive Value of Serum Interleukins of Recurrent Respiratory Papillomatosis-A Preliminary"**  First Annual Ed Cocke Symposium in Otolaryngology and the Sam Sanders Resident Research Forum Memphis, Tennessee, 6/11/99.

57.    **"Complex Airway Management and/or Complex Tracheotomies."**  Arlington DevelopmentalCenter, Arlington, Tennessee; October 22, 1999.

58.    **"Impact of Medicaid Managed Care on Utilization and Payor Mix of Elective  Pediatric Surgery"** Second Annual Ed Cocke Symposium in Otolaryngology and the Sam Sanders Resident Research Forum; Memphis, Tennessee 6/23/00.

59.    **"Hearing Disorders:  Assessment and Intervention."**  (Invited Lecturer) Boling Center for Developmental Disabilities, Memphis, Tennessee; January 20, 2000.

60.    **"Rules governing state and federal loans and loan payback.  UT rules regarding loans; impact of joining the military for financial reasons on long term career."**  (Invited Lecturer)  Finances and Career Planning Seminar for M-1 Students.  Memphis, Tennessee; February 23, 2000.

61.    **"Difficult Pediatric Airway."**  2000 Lecture Series for Otolaryngology Residents.  Memphis, Tennessee. March 9, 2000.

62.    **"Tonsils."**  2000 Lecture Series for Otolaryngology Residents. Memphis, Tennessee; March 16, 2000.

63.    **"Otis Media—Updated for Y2K."**  Thirty-Third Annual Review Course for the Family Physician.  Memphis, Tennessee; March 17, 2000.

64.    **"Angiofibroma."**  2000 Lecture Series for Otolaryngology Residents. Memphis, Tennessee; April 10, 2000.

CURRICULUM VITAE                    17                    Jerome W. Thompson, MD

65. **"Current Issues in Pediatric Otolaryngology."** Moderator at the Second Annual Ed Cocke Symposium in Otolaryngology and the Sixth Annual Sam Sanders Resident Research Forum. Baptist Memorial Hospital – Central, Groner Auditorium. Sponsored by the Department of Otolaryngology – Head And Neck Surgery, University of Tennessee Health Science Center. Memphis, Tennessee; June 23, 2000.

66. **"Optimal Care for the Child With Dysphagia."** The American Speech-Language-Hearing Association's 2000 Annual Convention in Washington, D.C; November 16, 2000.

67. **The Future of the Department of Otolaryngology at the University of Tennessee Health Science Center."** The Memphis Society of Otolaryngology-Head and Neck Surgery Physicians Meeting. Memphis, TN; June 28, 2001.

68. **The Impact of TennCare on Utilization and Payor Mix of Elective Pediatric Surgery"** Third Annual Ed Cocke Symposium in Otolaryngology and the Sam Sanders Resident Research Forum Memphis, Tennessee, Tennessee 6/22/01.

69. **Epistaxis".** In-service lecture to Nursing Staff. St. Jude Children's Research Hospital Memphis, November 19, 2002.

70. **Antihistamine Therapy in Pediatrics."** Pfizer, Memphis, TN October 27, 2003.

71. **Mucoepidermoid Carcinoma of Parotid Gland".** 42nd Annual Basic Science Course for Otolaryngology and Head and Neck Surgery. Armed Forces Institute of Pathology at Walter Reed Army Medical Center. Washington, DC. February 25, 2004

72. **Airway Obstruction".** In-service lecture at Le Bonheur Children's Research Hospital, Memphis, Tennessee, May 2004.

73. **Mangement in the Pediatric Airway".** 43rd Annual Basic Science Course for Otolaryngology and Head and Neck Surgery. Armed Forces Institute of Pathology at Walter Reed Army Medical Center, Washington, DC, February 28, 2005.

74. **Intracranial Complications of Pediatric Sinusitis".** American Academy of Otolaryngology-Head & Neck Surgery, Los Angeles, CA, September 25-28, 2005.

75. **"Management of Difficult Airway",** Pediatric Grand Rounds, LeBonheur Children's Medical Center, February 15, 2006.

76. **"Management of Difficult Pediatric Airway".** Memphis Chapter of the Emergency Nurses Association, Brooklyn Bridge Italian Restaurant, Memphis, TN, May 11, 2006.

77. **"Pay for Performance",** Tennessee Medical Association (Town Hall Meeting), Knoxville, TN, October 19, 2007.

78. **"Management of Difficult Airway",** Greater Lake Medical Center, Grenada, MS, September 28, 2007.

79. **"Pay for Performance",** Tennessee Medical Association (Insurance Committee Meeting), Nashville, TN February 2, 2008

80. **"Management of Difficult Airway"**, Pediatric Grand Rounds, LeBonheur Children's Medical Center, February 13, 2008.

81. **"Lecture Series"**, Research Study Club of Los Angeles, Los Angeles, CA, January 11-12, 2008.

82. **"JDRF Research Innovative Review Panel"**, Teleconference, October 14, 2008.

83. **"Pediatric Tracheostomy"**, Schoettle Center, West Memphis, Arkansas, October 17, 2008.

84. **"Management of Difficult Airway"**, Grand Rounds (Pediatric Surgery Dept), LeBonheur Children's Medical Center, Memphis, TN, April 22, 2009.

85. **"Advances in Diabetes Research"**, Lecture (JDRF Annual Meeting), Carrabba's Italian Grill, Memphis, TN, June 9, 2009

86. **"Difficult Airway Management Course"**, Course Director - Medical Education & Research Institute (MERI), Memphis, TN, October 17, 2009.

87. **"Complications of Otitis Media"**, Grand Rounds (Pediatric Dept), LeBonheur Children's Medical Center, Memphis, TN, January 27, 2010.

88. **"Airway Course"**, Medical Education & Research Institute (MERI), Memphis, TN, February 8, 2010.

89. **"Airway Course"**, Medical Education & Research Institute (MERI), Memphis, TN, February 16, 2010.

90. **"Difficult Airway"**, (Guest Lecturer), Vanderbilt University Medical Center, (Vanderbilt Bill Wilkerson Center), Nashville, TN, February 26, 2010.

91. **"Healthcare Reform Bill"** (Guest Lecturer), Memphis Medical Society, (Folks Folly), Memphis, TN, April 20, 2010.

92. **"Healthcare Reform Bill"**, (Grand Rounds), U.T. Health Science Center, (Dept. of Neurology), Memphis, TN, May 14, 2010

93. **"Healthcare Reform Bill"** (Guest Lecturer), Bluff City Medical Society, (Crescent Club), Memphis, TN, May 19, 2010.

94. **"Update on the New Healthcare Reform Legislation"** (Guest Lecturer), Town Hall Meeting sponsored by Memphis Medical Society, St. Francis Hospital – Park Avenue (Longinotti Auditorium), July 29, 2010.

95. **"Healthcare Reform Bill"**, (Grand Rounds), U.T. Health Science Center, (Dept. of Surgery), Memphis, TN, August 25, 2010.

96. **"Healthcare Reform Bill"**, (Guest Lecturer) Germantown Country Club, Germantown, TN, September 16, 2010.

97. **"Lasers"**, (Grand Rounds), U.T. Health Science Center (Dept of Otolaryngology), Memphis, TN, September 24, 2010.

CURRICULUM VITAE                    19                    Jerome W. Thompson, MD

98. **"The Lipscomb & Pitts Breakfast Club Health Mixer"**, UT Medical Group-Germantown Campus, Germantown, TN, September 30, 2010.

99. **"Healthcare Reform",** Tennessee College of Occupational Medicine, Marriott Hotel, 6015 Park Avenue, Memphis, TN, October 2, 2010.

100. AMA – Medical Student Section Region 4 Meeting, University of Tennessee (Student Alumni Center) lectured – **"Health Care Reform"**, University of Tennessee Health Science Center, Memphis, TN, January 15, 2011.

101. **"Healthcare Reform"**, (Grand Rounds), LeBonheur Children's Medical Center, (Dept. of Pediatrics), Memphis, TN, February 2, 2011.

102. **"Healthcare Reform"**, (Didactic Lecture), , UT Jackson Family Practice, Jackson, TN, March 10, 2011.

103. **"Healthcare Reform"**, (Grand Rounds), UT Health Science Center, Department of Obstetrics and Gynecology, Adams Building Pavillion, Ground Floor, Memphis, TN, March 10, 2011.

104. **"Healthcare Reform",** (Grand Rounds), UT Health Science Center, Division of Pediatrics, LeBonheur Hospital, OR Conference Room (2nd Floor), Memphis, TN, March 23, 2011.

105. **"Healthcare Reform"**, (Grand Rounds), UT Health Science Center, Family Medicine Residents, St. Francis Family Medical Center, Memphis, TN, March 30, 2011.

106. **"Tracheostomies"** (Grand Rounds), UT Health Science Center, Division of Pediatric Surgery, Memphis, TN, April 13, 2011.

107. **"Upper Respiratory Abnormalities & Their Effects on Feeding"** (NICU & Beyond Conference), The Great Hall & Conference Center, 1900 S. Germantown Rd., Germantown, TN, April 15, 2011.

108. **"Accountable Care Organizations"** (Medical Group Management Association-MGMA monthly meeting), The Racquet Club of Memphis, Memphis, TN, October 20, 2011.

109. **"Managing the Difficult Pediatric Airway"** (Grand Rounds), ULPS, Division of Pediatric Surgery, Memphis, TN, September 26, 2012

110. **"Healthcare Reform"** (Grand Rounds), Department of Obstetrics and Gynecology, Memphis, TN, October 30, 2012.

111. **"Managing of Difficult Pediatric Airway"** (Grand Rounds), Department of Pediatrics, Memphis, TN, September 4, 2013.

**NATIONAL COURSES GIVEN:**

1. Evaluation of Difficult Airway. **JW Thompson**, F Wong.  American Academy of Otolaryngology, Washington, D.C., 1997

2. Management of Difficult Pediatric Airway. **JW Thompson**, RM Stocks.  American Academy of Otolaryngology, Washington, D.C., 1997.

3. Management of Difficult Pediatric Airway. **JW Thompson**, RM Stocks.  American Academy of Otolaryngology, San Francisco, CA, 1998.

CURRICULUM VITAE                    20                Jerome W. Thompson, MD

4.  Evaluation of Difficult Airway. **JW Thompson**, F Wong. American Academy of Otolaryngology, San Francisco, CA, 1998.

5.  Evaluation of Difficult Airway. **JW Thompson**, F Wong. American Academy of Otolaryngology, New Orleans, LA, 1999.

6.  "Down Syndrome: What the Otolaryngologist Should Know", **JW Thompson,** R M Stocks. American Academy of Otolaryngology, Denver, CO, 2001.

7.  "Down Syndrome: What the Otolaryngologist Should Know", **JW Thompson,** R M Stocks. American Academy of Otolaryngology, San Diego, CA, 2002.

8.  "Down Syndrome: What the Otolaryngologist Should Know", **JW Thompson,** R M Stocks. American Academy of Otolaryngology, Orlando, FL, 2003.

9.  "Management of Difficult Pediatric Airway", **JW Thompson,** R M Stocks. American Academy of Otolaryngology, New York, NY, 2004.

10.  "Down Syndrome: What the Otolaryngologist Should Know" **JW Thompson,** R M Stocks American Academy of Otolaryngology, New York, NY, 2004.

11.  "Down Syndrome: What the Otolaryngologist Should Know" **JW Thompson,** R M Stocks American Academy of Otolaryngology, Los Angeles, CA, 2005.

12.  "Management of Difficult Pediatric Airway", **JW Thompson,** R M Stocks. American Academy of Otolaryngology, Los Angeles, CA, 2005

13.  "Management of Difficult Pediatric Airway", **JW Thompson,** RM Stocks. American Academy of Otolaryngology, Toronto, Ontario Canada, 2006.

14.  "Down Syndrome: What the Otolaryngologist Should Know" JW Thompson, RM Stocks. American Academy of Otolaryngology, Toronto, Ontario Canada, 2006.

15.  "Management of Difficult Pediatric Airway", **JW Thompson**, RM Stocks. American Academy of Otolaryngology, Washington, DC, 2007

16.  "Down Syndrome: What the Otolaryngologist Should Know" JW Thompson, RM Stocks. American Academy of Otolaryngology, Washington, DC, 2007.

17.  "Management of Difficult Pediatric Airway", **JW Thompson**, RM Stocks. American Academy of Otolaryngology, Chicago, IL, 2008.

18.  "Management of Difficult Pediatric Airway", **JW Thompson**, RM Stocks, American Academy of Otolaryngology, San Francisco, CA, 2011.

19.  : A Brief Summary", **JW Thompson**, American Academy of Otolaryngology, San Francisco, CA, 2011.

**LOCAL COURSES :**
"Trachs Don't Have to Be Tricky", JW Thompson. St. Jude Children's Research Hospital, Memphis, TN March 8, 2013.

"Trachs Don't Have to Be Tricky", JW Thompson. St. Jude Children's Research Hospital, Memphis, TN, April 27, 2012.

"Trach Education Course". **JW Thompson**. St. Jude Children's Research Hospital,  Memphis, TN, September 17, 2010

"Myringotomy for the Pediatrician," Course Direction. **JW Thompson**. LeBonheur Children's Medical Center, Memphis, TN, 1998

"Epidemic: Prescribers' Response to Tennessee's RX Drug Abuse Crisis". **JW Thompson**. Methodist LeBonheur Healthcare, Memphis, TN, April 13, 2012.

## BASIC SCIENCE RESEARCH EXPERIENCE:
**Research Asst.- Surgical Oncology Division,** UCLA, DNCB  (Dinitro Chloro Benzene) skin testing in Malignant Melanoma patients at UCLA to determine level of immune function, under Dr. Donald Morton, 1973-1974.

**Research Asst.- Cardiovascular Lab,** consisted of isotope labeled microscopic styrene beads injected for studies of subendocardial perfusion of the dog heart during cardiac arrest at UCLA under Dr. Gerald Buckberg, 1975-1976.

**Technician** -Viral DNA /RNA Hybridization with SSV/SSAV1 Simian Sarcoma Virus,  Consisted of isotope labeling of cell lines and tissue culture maintenance at UCLA under Dr. Marcel Baluda Ph.D., 1974-1975.

## INDEPENDENT BASIC RESEARCH STUDIES:
**Senior Resident Research Project,** 1978-1983  CHONDRO-NEO-GENESIS:  Basic research in a dog laryngeal model surgery lab doing histological studies using cartilage fusion to correct superior laryngeal nerve paralysis. This was done in the animal at UCLA under the direct supervision of Dr. Paul H. Ward, Chairman of the Department of Otolaryngology and Head and Neck Surgery.  The data from this basic research was  published in Otolaryngology and Head and Neck Surgery: (5)49:498-508, 1984.

## GRANT FUNDED RESEARCH:
**Faculty Research Project,** 1986-1989 **($10,000) S. R. COHEN FOUNDATION: BOTULINUM TOXIN INJECTION & LARYNGEAL ELECTROMYOGRAPHY:**
This was a second basic research project in the use of botulinum toxin to lateralize cord; A more specific target of the cricothyroideus muscle was used, in an attempt to increase the airway. The data from this basic research was published in Ann Otol Rhinol Laryngol: 98:213-16,1989.

## GRANT FUNDED RESEARCH(continued):
**Faculty Research Project,** 1981-1985 **($10,000) S.R. COHEN FOUNDATION: BOTULINUM TOXIN INJECTION:**
Basic animal research lab study on the use of the neurotoxin. Botulinum, was injected into the larynx of canines to attempt to correct the compromised cord position in animals with induced vocal cord paralysis this was an effort to establish a larger, safer airway with a potential application to children with vocal cord paralysis. The data from this basic research was published in Ann Otol Rhinol Laryngol:96:534-41, 1987.

## RESEARCH AREA OF SPECIAL INTEREST:
1.   Pediatric Laryngology-Neurology, Virology
     On-going research with Malcomb Brennan, MD, initially at St. Jude Children's Research Hospital and now with Baylor, on sensitized lymphocytes for the treatment of laryngeal papilloma. Funded now by seed money from Baylor University.

2.   Measurements of Serum Interlukins as Predictors of Severity of Disease in Laryngeal Papillomatosis (IRB-Approved ongoing research project).

3.   I3C as a therapeutic agent in management of Recurrent Laryngeal Papilloma (IRB-Approved ongoing clinical research project).

4.   Cidovir as a therapeutic agent in management of Recurrent Laryngeal Papilloma (IRB approved ongoing clinical research project).

5.   Mumps Vaccine as a therapeutic agent in management of Recurrent Laryngeal Papilloma (IRB approved ongoing clinical research project)

## CURRENT RESEARCH IN PROGRESS:
### IRB Approved Studies

1.   I3C in children with RRP prospectus, Controlled study (in progress) 3rd yr.

2.   RRP National Registry, Long term follow-up study on course of RRP (in progress) 2nd yr.

3.   IL-2 and IL-2S Interlukins as markers to determine severity of disease in RRP (completed), Award Winning Project 1st Place – Southern Section of Triologic Society

4.   IL-10 and IL-12.  Interlukins as markers to determine severity of disease in RRP (in progress)

5.   Tonsillectomy in OSA, does it improve school performance as measured by pre-surgery and post-surgery T-Cap Scores.  (in progress)

6.   IL-2, IL-2S, IL-10 and TNF Correlation with histological typing of Laryngeal Papillomas as prognostic workers. (completed)

## PUBLICATIONS (Peer Review) JOURNALS:

1.   "Acute Cholecystitis in the Elderly."  A Surgical Emergency:  Morrow DJ, **Thompson JW**, Wilson SE. **Arch Surg** 113:1149-52, 1978.

2.   "Lateral Wall of Olfactory Fossa in Determining Intracranial Extension of sinus Carcinomas."  Pagani JJ, **Thompson JW**, Mancuso A, Hanafee W. **Amer Jrnl Rad** 133:497-501, 1979.

3.   "Pitfalls in Radiographic Diagnsosis of Stenosis of the Internal Auditory Canal." Pagani JJ, **Thompson JW**, Hanafee W. **Laryngoscope** 2:322-325, 1980.

4.   "Inverting Papillomas of the Nose and Paranasal Sinuses."  Calcaterra TE, **Thompson JW**, Paglia DE. **Laryngoscope** 1:53-60, 1980.

5.   "Antral Ethmoid Decompression of the Nose and Paranasal Sinuses."  Calcaterra TE, **Thompson JW**. **Laryngoscope** 12:1941-49, 1980.

6.   "CT of Nasopharynx Normal and Variants of Normal."  Bohman L, Mancuso A, **Thompson JW**, Hanafee W.  **Radiol** 137:113-21, 1980.

CURRICULUM VITAE                    23                    Jerome W. Thompson, MD

## PUBLICATIONS (Peer Review) JOURNALS (continued):

7.   "Epidermolysis Bullosa Dystrophic of the Larynx and Trachea. Acute Airway Obstruction." **Thompson JW**, Amed AR, Dudley JP, **Ann Otol Rhinol Laryngol** 89:428-29, 1980.

8.   "ACT Approach to Benign Nasopharyngeal Masses." Bohman L, Mancuso A, **Thompson   JW**, Hanafee W. **Amer Jrnl Roentgeneg** 136:137-80, 1981.

9.   "Papilloma of the larynx and tracheobronchial tree in children.  A retrospective study." **Thompson JW**, Cohen SR, Geller, KA, Seltzer S. **Ann Otol Rhinol Laryngol**_89(6pt1):497-503.

10.  "Kimura's Disease – Angioblastic Lymphoid Hyperplasia-Laser Excision (Case and Literature Review)." **Thompson JW**, Coleman M, Ward PH. **Arch Otol Rhinol Laryngol** 107:316-19, 1981.

11.  "Successful Management of Narcotizing Fasciitis of Neck-Case Report." **Thompson JW**, Coleman M. **Ear Nose Throat Jrnl** 61:1, 1982

12.  "Laryngeal Paralysis in Children.  A Long-Term Retrospective Study." Cohen SR, Geller  KA, Birns JW, **Thompson JW. Ann Otol Rhinol Laryngol** 91:417-24, 1982.

13.  "Foregut Cysts in Children.  Diagnsosis and Management." Cohen SR, Geller KA, Birns JW, **Thompson JW. Ann Otol Rhinol Laryngol** 91:622-27, 1982.

14.  "Voice Change in the Pediatric Patient." Cohen SR, **Thompson JW**, Geller KA,  Birns JW,  **Ann Otol Rhinol Laryngol** 92:437-44, 1983.

15.  "Experimental Surgical Correction of Superior Laryngeal Nerve Paralysis." **Thompson JW**,  Ward PH, Schwartz IR. **Otolaryngol Head Neck Surg** 92:498-508, 1984.

16.  "Spontaneous Perforation of the Esophagus as a Manifestation of Dermatomyositis." **Thompson JW. Ann Otol Rhinol Laryngol** 93:464-67, 1984.

17.  "Head and Neck Manifestations of Goltz's Syndrome." **Thompson JW. Otol Rhinol Laryngol-Head and Neck Surgery** 2:1135-36, 1985.

18.  "Foregut Cysts Presenting as Neck Masses." A Report of Three Children. Cohen Sr, **Thompson JW**, Brennan LP. **Ann Otol Rhinol Laryngol** 94:433-36, 1985.

19.  "Lymphangiomas of the Larynx in Infants and Children.  A Survey of Pediatric Lymphangioma." Cohen SR, **Thompson JW. Ann Otol Rhinol Laryngol Supp** 127:1-20, 1986.

20.  "Non-Hodgkin's Lymphoma of the Larynx in Children." Cohen SR, **Thompson JW**, Siegel SE. **Ann Otol Rhinol Laryngol** 96:357-61, 1987.

21.  "Variants of Mobius Syndrome and Central Neurologic Impairment.  Lindeman Procedure in Children." Cohen SR, **Thompson JW. Ann Otol Rhinol Laryngol** 96:93-100, 1987.

22.  "The Use of Botulinum to Lateralize True Vocal Cords.  A Biochemical Method to Relieve Bilateral Abductor Vocal Cord Paralysis." Cohen SR, **Thompson JW. Ann Otol Rhinol Laryngol** 96:534-41, 1987.

23. "Anesthesia Management of Microlaryngeal Laser Surgery in Children." Cohen SR, Herbert WI, **Thompson JW**. **Ann Otol Rhinol Laryngol** 98:347-48, 1988.

24. "Retropharyngeal Abscess in Children: A Retrospective and Historical Analysis." **Thompson JW**, Cohen SR, Reddix P. **Laryngoscope** 98:589-92, 1988.

25. "Congenital Stenosis of the Lower Esophagus Associated with Leiomyomata and Leiomyosarcoma of the Gastrointestinal Tract: A Report of a Family." Cohen SR, **Thompson, JW**, Sherman NJ. **Ann Otol Rhinol Laryngol** 97:454-59, 1988

26. "Transmastoid Encephaloceles: A Case Report." **Thompson JW**. **Inter Jrnl Ped Otol Rhinol Laryngol** 15:179-84, 1988.

27. "Anesthetic Management of Microlaryngeal Surgery in Children: Apneic Technique Anesthesia." Cohen SR, Herbert WI, **Thompson JW**. **Laryngoscope** 98(3):347-48, 1988.

28. "Cardiac Arrest Associated with Halothane Anesthesia in a Patient Receiving Theophylline." Richard W, **Thompson JW**, Lewis G. **Ann of Allergy** 61:83-84, 1988.

29. "Botulinum Toxin for Relief of Bilateral Abductor Paralysis of the Larynx: Histologic Study in an Animal Model." Cohen SR, **Thompson JW**, Camilon FS Jr. **Ann Otol Rhinol Laryngol** 98:213–1989.

30. "Management of Bilateral Carotid Body Tumors and a Glomus Jugular Tumor in a Child." **Thompson JW**, Cohen SR. **Int Jrnl Ped Otol Rhinol Laryngol** 17:75-87, 1989.

31. "Ventral Cleft of the Larynx. A Rare Congenital Laryngeal Defect. Symptoms and Diagnosis." Cohen SR, **Thompson JW**. **Ann Otol Rhinol Laryngol** 99:281-85, 1990.

32. "Vocal Cord Paralysis and Superior Laryngeal Nerve Dysfunction in Reye's Syndrome." **Thompson JW**, Rosenthal P, Camilon FS Jr. **Archives of Otolaryngology** 116:46-48, 1990.

33. "Otitic Candidiasis Iin Children. An Evaluation of the Problem and Effectiveness of Ketaconazole in 10 Patients." Cohen SR, **Thompson JW**. **Ann Otol Rhinol Laryngol** 99:427-431, 1990.

34. "Esophagotracheal Perforation During an Emergency Intubation." Reyes G, Galvis AG, **Thompson JW**. **Am Jrnl Emerg Med** 10(3):223-25, 1992.

35. "Association of Down's Syndrome and Segmental Tracheal Stenosis with Ring Tracheal Cartilages: A Review of Nine Cases." Wells TR, Landing BH, Shamszadeh MD, **Thompson JW**, Bove KE, Caron KH. **Pediatric Pathology** 12(5):673-82, 1992.

36. "Invasive Mucormycosis in an Otherwise Healthy Teenager." **Thompson JW**. The Proceedings of the **Pacific Coast Oto-Ophthalmologic Society** 77:240, 1992.

37. "Fatal Outcome in Absent Right Pulmonary Artery ENT Manifestations." **Thompson JW**. The Proceedings of the **Pacific Coast Oto-Ophthalmologic Society** 77:33-34, 1992.

38. "Endoscopic Vocal Cord Evaluation in Myelomeningocele Children." **Thompson JW**, Jacobs R. **European J Peds Surgery** 2:41-42, 1993.

39. "Effects of Global Competition on Health Care Administration in Finland and the United States." **Thompson JW,** Stocks RM, Shmerling JE, Dempsey J. **Arch Otol-HNS** 122:241-250, 1996.

40. "Antimicrobials Prescribed for Otitis Media in a Pediatric Medicaid Population."   White LL, Holimon JT, Portner TS, Wan JY, **Thompson JW. Am Jrnl Health-Sys Pharm** 53:2963-9, 1996.

41. "Evaluation and Management of Hemoptysis in Infants and Children." **Thompson JW,**Stocks RM. **Ann Otol Rhinol Laryngol** 105:516-520, 1996.

42. "Airway Management of Neonates with Antenatally Detected Head and Neck Anomalies".  Stocks RM, Egerman RS, Woodson GE, Bower CM, **Thompson JW,** Wiet GJ. **Archives of Otolaryngology Head and Neck Surgery.** 6:641-645, 1997; was selected to be in the trauma section of the 2002 home study course.

43. "Brief Bilateral Vocal Cord Paralysis After Insecticide Poisoning:  A New Variant Toxicity Syndrome." **Thompson JW,** Stocks RM. **Arch Otol-HNS** 123:93-96, 1997.

44. "Pediatric Aerodigestive Foreign Body Ingestive and Complications:  Relationship to Timeliness of Diagnosis." Reilly JS, **Thompson JW,** MacArthur C. **Laryngoscope** 107:17-20, 1997.

45. "Unusual Neck Masses Secondary to Jugular Venous Abnormalities:  Case Report and Discussions." Stocks RM, **Thompson JW. Amer Surg** 4:305-309, 1997.

46. "Airways Management of Neonates with Antenatally Detected Head and Neck Anomalies."Stocks RM, Egerman RS, Woodson GE, Bower CM, **Thompson JW,** Wiet GJ. **Archives of  Otolaryngology Head and Neck Surgery** 6:641-645, 1997.

47. "Fire in the Operating Room During Tracheostomy:  Report of Three Cases." **Thompson JW,** Stocks RM. **Southern Medical Journal** 91:243-247, 1998.

48. "Successful Medical Therapy for Deeply Invasive Facial Injection due to Pythium Insidiosum in a Child." English BK, **Thompson, JW. Clin Infec Dis** 27:1388-93, 1998.

49. "Definitive Localization of Isolatedtracheoesophageal Fistula Using Bronchoscopy and Esophagoscopy for Guidelines Placement." Garcia NM, **Thompson JW,** Shout DB. **J Pediatric Surg** 27:1388-93, 1998.

50. "Malignant Infantile Osteoporosis-Otolaryngological Complications and Management."  Stocks RM, **Thompson JW. Arch of Otolaryngology** 124:689-694, 1998.

51. "Recurrent Respiratory Papillomatosis." Derkay CS, Rimell FL, **Thompson JW. Head and Neck Surg** 20:418-24, 1998.

52. Preliminary results of the use of indole-3 carbinol for recurrent respiratory papillomatosis." Rosen CA, Woodson GE, **Thompson JW,** Hengesteg AP, Bradlow HL. **Otolaryngology Head and Neck Surg** 118:810-15.

53. "Presentation and Management of Cholesteatoma in Children." **Thompson JW.** Pediatric Review 20:134-136, 1999. "Chloesteatomas". **Thompson JW. Pediatric Rev.** 20 (4): 134-6, 1999.

54. "Pediatric Hospitals' and Physician Strategies for 21st Century." **Thompson JW,** Chesney RW,  Stocks RM, Shmerling J, Herron P. **Clinical Pediatrics** 38:259-263, 1999.

55. "Pediatric Physician Strategy for the Next Century." **Thompson JW**, Chesney RW. **Clinical Pediatrics** 38:265-268, 1999.

56. "Severe Combined Immune Deficiency Presentation in Otolaryngology." Stocks RM, **Thompson JW. Annals of Oto Rhino Laryngol** 108:403-407, 1999.

57. "Initial Results from the National Registry for Juvenile-Onset Recurrent Respiratory Papillomatosis." Armstrong LR, Derkay CS, Reeves WC, Stocks RM, **Thompson JW. Archives of Otolaryngology-Head and Neck Surg** 125:743-748, 1999.

58. "Assessment of Gastric Electrical Activity and Autonomic Function Among Patients with Gastroesophageal Reflux", Jackson AL, Rashed H, Cardoso S, Wong F, Werkman R, **Thompson JW**, Abell TL. **Dig Dis Sci** 45:1727-30, 2000.

59. "Measuring Contribution to the Clinical Mission of Medical Schools and Teaching Hospitals", AAMC Report of the Clinical Panel. D'Alossandri RM, **Thompson JW. Academic Medicine** 75:1231-7, 2000.

60. Acquisition of Hearing Aids and Assistive Listening Devices Among the Pediatric Hearing-Impaired Population." Leake FS, **Thompson JW**, Simms E, Bailey J, Stocks RM, Murphy AM. **Int J Pediatr Otorhinolaryngol** 52:(3):247-51, 2000.

61. "Juvenile Arthritis and Autoimmunity to Type II collagen". **Thompson JW**, Myers LK, Higgins GC. Finkel TH, Reed AM, Walton RC, Hendrickson J, Kerr NC, Pandya-Lipman RK, Shlopov BV, Stastny P, Postlethwaite AE, Kang AH. **Arthritis Rheum** 44(8): 1775-81, 2001.

62. "The predictive value of serum interlukins in recurrent respiratory papillomatosis: a preliminary study." Snowden RT, **Thompson JW**, Horwitz E, Stocks RM. **Laryngoscope** 111:404-408, 2001.

63. "Vincristine-Induced Vocal Cord Paralysis In An Infant". Anghelescu DL, De Armendi AJ, **Thompson JW**, Sillos EMA, Pui CH, Sandlund JT. **Paediatric Anaesthesia** 12:168-170, 2002.

64. "Airway management of the severely retrognathic child: use of the laryngeal mask airway." Stocks RM, Egerman R, Thompson JW, Peery M. **Ear Nose Throat J.** 81:223-226, 2002.

65. "Reversal of obstructive sleep apnea in osteopetrosis following bone marrow transplantation." **Thompson JW**, Stocks R, Cannon CB, Wang WC, Horwitz EM. **Clinical Pediatric** 41:55-7, 2002.

66. "Childhood Primary Non-Hodgkin's Lymphoma with Direct Intracrainial Extension: A Case Report:." Hafner JW, Costello TH, Stocks RM Ibrahim F, **Thompson JW. Ear Nose Throat J.** 12:828-30, 843, 2004

67. "Ototoxic protection of sodium thiosulfate: Daily vs constant infusion", **Thompson JW**, Stocks RM, Gould HJ, Bush AJ, Dudney, Jr., BW, Pousson M. **Otolaryngology Head and Neck Surgery** 131:115-119 2004.

68. Manifestations of fungal cellulites of the orbit in children with neutropenia and fever." **Thompson, JW**, McCarty ML, Wilson, MW, Fleming, JC, Sandlund, JT, Flynn, PM, Knapp, K, Haik, BG. **Ophthal Plast Reconstr Surg** 20:217-223, 2004.

69. "Adolescent with a Cheek Mass" **Thompson JW**, Whatley S, Chesney TM, Samant S, Joyner RE, Buckmiller L. Patient of the Month, **American Academy of Otolaryngology – Head and Neck Surgery**, 34(4):1-21.

70. "Hearing loss as a late complication of radiation therapy in children with brain tumors" Thompson JW, Williams GB, Kun L, Gould HJ, Stocks, RMS. **Ann Otol Rhinol Laryngol**. 114:328-331, 2005.

71. "Methicillin-resistant Staphylococcus aureus as a pathogen in deep neck abscesses: a pediatric case series."Naidu SI, Donepudi SK, Stocks RM, Buckingham SC, **Thompson JW**. **Int J Pediatr Otorhinolaryngol**. 69:1367-71, 2005.

72. "Airway Obstruction Secondary to Tracheobronchial Involvement of Asymptomatic Undiagnosed Crohn's Disease in a Pediatric Patient". Ahmed KA, **Thompson JW**. **Int J Pediatr Otorhinolaryngol**. 69:1003-1005, 2005.

73. "Aural involvement in Loxoscelism: case report and literature review ". Donepudi SK, Ahmed KA, Stocks RM, Nelson D, **Thompson JW**. **Int J Pediatr Otorhinolaryngol**. 69:1559-61, 2005. [Epub 2005, Jun 6].

74. "Frontal sinus fractures in children", **Thompson JW**, Chandra RK, Whatley S, Allison DW, Boop FA. **Laryngoscope**, 115:1741-5, 2005.

75. "Salivary Gland Tumors in Survivor of Childhood Cancer". Whatley WS, **Thompson JW**, Rao B. **Otolaryngology Head and Neck Surgery**, 134:385-8, 2006.

76. "Intracranial Complications of Pediatric Sinusitis". Glickstein JS, Chandra RK, **Thompson JW**. **Otolarynolog Head and Neck Surgery**, 134:733-6, 2006.

77. "Postoperative Swallowing Function After Posterior Fossca Tumor Resection in Pediatric Patients". **Thompson JW**, Boop FA, Newman LA, Sanford RA, Temple CK, Duntsch CD. **Childs Nerv Syst**. 10:1296-300, 2006.  [Epub 2006 Jun 8].

78. "Health care reform: pediatric elective surgery payer mix and utilization under TennCare managed competition." Hall CJ, **Thompson JW**, Bailey J.  **Tenn Med.** 100:41-5, 2007.

79. "Health care reform: pediatric elective surgery payer mix and utilization under TennCare managed competition." Hall CJ, **Thompson JW**, Bailey J.  **Tenn Med.** 101:39-43, 2008.

80. "Spontaneous air in the retropharyngeal space presenting with hypoxemia and neck pain in a child with Neuroblastoma: A case report". Shete MM, Thompson JW. **International Journal of Pediatric Otorhinolaryngology Extra** 3:71-74, 2008.

81. "Recurrent Thyroglossal Duct Cyst Presenting as Upper Airway Obstruction:  A Case Presentation and Review of the Literature". Shete MM, Thompson JW, Stocks RMS, Glickstein J. **International Journal of Pediatric Otorhinolaryngology Extra**, 3:31-34, 2008.

82. "Absorabable biomaterials used within paranasal sinuses: an animal study". Stumpe MR, Thompson JW, Handorf CR, Chandra RK. **Am J Rhinol**, 22:82-85, 2008.

83. "Uncommon Odynophagia:  An Unusual Presentation of Retropharyngeal Free Air in an Adolescent". Ellis DT, Godambe SA, Thompson JW, **J Emerg Med, 2008** Apr; 34(3) 333-4, [Epub 2007 Jul 20]

84. "Management of Supratomal Trachea Fibroma:  Introduction of a New Technique and Review of Other Techniques". Shires C, **Thompson JW**, Stocks RM. **International Journal of Pediatric Otorhinolaryngology** 2009 Jan;73(1):67-72. Epub 2008 Nov 13.

CURRICULUM VITAE                    28                    Jerome W. Thompson, MD

85. "Management of Post-Operative Swallowing Dysfunction After Ependymoma Surgery". **Thompson JW**, Newman L, Boop FA, Sanford RA. **Childs Nerv Syst**. 2009 Oct; 25(10): 1249-52. [Epub 2009 Apr 1].

86. "Tracheal Compression Secondary to Esophageal Dilatation After a Slipped Nissen Fundoplication." Rajan R, **Thompson JW. Laryngoscope**, Mar 2009, 119(S1):146 [Epub ahead of print].

87. "Methicillin-Resistant Staphylococcus Aureus as a Cause of Neonatal Suppurative Parotitis". Rohman GT, Thompson JW, Rajan R, Selph JP. **Laryngoscope**, March 2009; 119(S1):147. [Epub ahead of print].

88. "A Case Report and Literature Review". Shires C, Gorman M, Hodges JM, **Thompson JW,** Stocks R. Tessier **Laryngoscope**. 2009 Mar 30: 119 (S1): 148.

89. "TMA IIC keeping track of TennCare inequities". **Thompson JW. Tenn Med**. 2009 Apr:102:9.

90. "Cleft palate lateral synechia syndrome: an opportunity for unique surgical closure". Donepudi SK, Stocks RM, Pivnick EK, Mineck C, **Thompson JW**. Int J Pediatr Otorhinolaryngol 2009 Jun; 73(6):861-6. [Epub 2009 Apr 14].

91. "Recurrent stridor in a 9-year-old child after a choking and Aspiration Event". Sternberg TG, **Thompson JW**, Schoumacher RA, Lew DB. Allergy Asthma Proc. 2009 Aug [Epub ahead of print]

92. Cartoid artery spasm secondary to acute isolated sphenoid sinusitis: implications on workup and treatment". Arch Otolaryngol Head Neck Surg. Rohman GT, **Thompson JW, Chandra RK, 2010 Feb; 136(2):197-9.**

93. "Recurrent stridor in a 9-year-old child after a choking and Aspiration Event". Sternberg TG, **Thompson JW**, Schoumacher RA, Lew DB. Allergy Asthma Proc. 2010 Mar; 31(2):154-7.

94. "Alveolar soft part sarcoma of the thyroid gland in a child". International Journal of Pediatric Otorhinolaryngology, Volume 74, Issue 5, May 2010, Page 559

95. "Merge or Die". **Thompson JW**. Tenn Med 2010 Aug; 103(7):7.

96. "A Blessing and a Curse: Health care reform at a steep price". Thompson, JW. ENT Today 2011 Sept.

97. "Physician-driven accountable care organizations may be our salvation". **Thompson JW**. Tenn Med 2011 Aug; 104(7):7-8.

98. "Pediatric laryngeal trauma: A case series at tertiary children's hospital". Shires CB, **Thompson JW**, Preston T. Int J Pediatr Otorhinolaryngol, 2011 Mar; 75(3): 401-8. [Epub 2011 Jan 16].

99. "Every thing old is new again". Tenn Med. **Thompson JW**, 2011 Feb; 104(2):9.

100. "Reduction in reimbursement for pat B imaging services in non-hospital facilities." Tenn Med. Thompson JW, 2011 Jan; 104(1):9, 12.

101. "Dilated esophagus and tracheal compression secondary to a slipped Nissen Fundoplication: A case report". Rajan R, **Thompson JW**. Ear Nose Throat J. 2012 Jan; 91(1):26-7.

102. "Sublottic Stenosis in Juvenile Rheumatoid Arthritis". Tomeh C, Jones N, Velargo P, **Thompson J**. Int J Pediatr Otorhinolaryngol. 2012 Jan 12.

CURRICULUM VITAE                    29                    Jerome W. Thompson, MD

103. "A Fatal Presentation of Dermatomyositis with Facial Swelling". Dwivedi N, Michael C, Lew DB, Arnold S, Igarashi M, Bertorini T, **Thompson JW**, Myers LK, Brown ML. Int J Pediatr Otorhinolaryngol. 2012 Feb 27.

104. "Otolaryngologic manifestations of Pediatric Neutropenia". **Thompson JW**, Shete M, Naidu S, Stocks RM, Wang WC. Int J Pediatr Otorhinolaryngol. 2012 March; 76(3);392-5. [Epub 2012 Jan 16]

105. "Palatoglossal Flap: A Novel Approach to Cover Herniated Fat During Tonsillectomy". Velargo P, Thompson JW. ENT Journal. 2012 April; 91(4):152-154.

106. "Future Trending: the Employed Physician". **Thompson JW**. Tenn Med 2012 Aug; 105(7): 38-9.

107. "Methicillin-resistant Staphylococcus aureus as a cause of neonatal suppurative parotitis: a report of two cases and review of the literature". Donovan ST, Rohman GT, Selph JP, Rajan R, Stocks RM, **Thompson JW**. Ear Nose Throat J. 2013 June; 92(6): 269-71.

108. "Imaging of Acute Invasive Fungal Rhinosinusitis in a Patient with Gorlin Syndrome and Acute Lymphocytic Leukemia". Donovan ST, **Thompson JW**, Sandlund JT, Adderson EE, Pivnick EK, Harreld JH. Case Rep Otolaryngol. 2013; 2013: 272314. Doi 1155/2013/272314. Epub 2013 June 18.

109. "One-way ticket for the employed physician". **Thompson JW**. Tenn Med 2013 Oct; 106(9):9.

110. "Evaluation and Management of Massive Endotracheal Hemorrhage in Pediatric Patients: A Case Report and Review of Literature. Vaughn C, Shete M, Stocks RM, **Thompson JW**. Int J Pediatr Otorhinolaryngol. 2013,2, 236-239. [Epub 2013 November].

111. "Non-Otogenic Lateral Sinus Thrombosis: A Complication of Acute Sphenoid Sinusitis". Somerville JM, **Thompson JW**, Lyman EM, Stocks Rose Mary. Ear Nose Throat Journal (accepted for publication)

112. "Invasive rhino-orbito-palatal fungal disease in a child with Gorlin syndrome and ALL. Harreld J, **Thompson JW** (submitted for publication).

113. Increasing Incidence of Pediatric Mediastinitis as a Complication of MRSA Retropharyngeal Abscess". **Thompson JW**. (submitted for publication)

114. "The Prevalence of Hearing Loss Among the Siblings of a Hearing-Impaired Sibling". Leake F, **Thompson JW**. (submitted for publication).

115. "Explosive Projectile in the Esophagus". Hall C, **Thompson JW**. (submitted for publication)

116. "Descending Mediatinitis with Methicllin-Resistant Staphylococcus Aureaus: A Case Report". Stocks RM, **Thompson JW**, Naidu SI. (submitted for publication).

## Publications (NON-PEER REVIEW )
"VII IAPO Manual of Pediatric Otorhinolaryngology", Interamerican Association of Pediatric Otorhinolaryngology (IAPO), 2008.

## Interviews – Publications in Popular Magazines
"New Study Shows Reduced Hospital Stay and Improved Patient Outcomes in Pediatric Patients Treated with Omniguide's (R) Flexible CO2 Laser Fibers for Obstructive Airway Fibroma", www.Forbes.com, August 4, 2008.

"Relief From Insurance Issues: The TMA's New Priority", Tennessee Medicine, pp 19–23, November 2008.

"More Insurers Rating Quality of Doctor's Care", Medical Economics, **www.medicaleconomics.modern.com**, December 5, 2008.

"Complexities of Health Reform Act Center Stage on Eve of Exchange Meetings". Memphis Business Journal, October 21, 2010.

"Insurance Exchanges Focus of Critical State Meeting" The Daily News, October 2010.

### Interviews – Television
"HPV A Danger to Mother and Child" – LeBonheur Diagnoses, Treat Daughter. Fox Memphis, October 29, 2010.

## PUBLICATIONS
### BOOK CHAPTERS:

1. Neonatal Airway Problems, Thompson JW. Cohen SR. First edition Pediatric Care of the ICN Graduate Editor – Ballard R WB Saunders, 1988.

2. Pediatric Allergy & Otitis Media, Thompson JW. First Edition, Pediatric Allergy Editor, Rachelefskey, G; WB Saunders, 1996.

3. Problems in Pediatric Otolaryngology. Snowden RT, Samant S, Thompson JW. Essentials of Pediatrics Fifth Edition. Interprint-New Delhi, 2000.

4. History of Pediatric Sinus Surgery, Thompson JW. First Edition, Pediatric Sinus Surgery Editor, Lazar R; WB Saunders, February, 2000.

5. Inhalational Injury, Thompson JW. First Edition, The Larynx, Editor, Ossoff R., Shapshay S., Woodson G., Netterville JL; Lippincott, Williams and Wilkins, April, 2000.

6. Diseases of Ear, Nose and Throat. Snowden RT, Samant S, **Thompson JW**. Reprint from GHAI Essential Pediatrics, 5th Edition, Chapter 14, pages 332-343. July, 2000.

7. Deep Neck Infection. Thompson JW, Vieira FOM. Otolaryngologic Clinics of North America, 41(3): pages 459-83. June 2008

8. Ludwig Angina. Encyclopedia of Infectious Disease. Thompson JW (online). www.onlinelibrary.wiley.com

## PUBLICATIONS
### PUBLISHED ABSTRACTS:

1. "Evaluation of Oxygen Delivery Device by Measurement of Tracheal Air Samples." Carson SA, Shapiro BJ, **Thompson JW**. Abstracted in American Review of Respiratory Diseases Vol. 1 19, 4(2), 1979.

2. Inverting Papilloma of Nose and Sinuses." Calcaterra TC, **Thompson JW**. Abstracted in Yearbook of Otolaryngology 1981.

3. "Intrapartum Management of Fetuses with Antenatally Diagnosed Neck Masses." Southern Medical Association Annual Meeting. Stocks RM. Egerman B, **Thompson JW**. Abstracted in Southern Medical Journal 89:S68, 1996.

4.  "Intrapartum Management of Fetuses with Antenatally Diagnosed Neck Masses." Stocks RM,  Edgerman R, **Thompson JW**. Abstracted in <u>Southern Medical Journal</u> 89(10):S68, 1996

5.  "Hemoptysis in Infancy and Childhood." **Thompson JW**, Stocks RM. Abstracted in <u>Ann Otol Rhinol Laryngol</u> July 1996.

6.  "Strategies of Pediatric Hospitals to Enter the 21st Century and their Effect on Otolaryngologic Practices." **Thompson JW**, Stocks RM. Southern Medical Association Annual Meeting. Abstracted in Southern Medical Journal 90:S88, 1997.

7.  "Otolaryngologic Manifestation of Severe Combined Immune Deficiency Syndrome." Stocks, RM, **Thompson JW**. Southern Medical Association Annual Meeting. Abstracted in Southern Medical Journal 90:S88, 1997.

8.  "Otolaryngologic Manifestations of Severe Combined Immune Deficiency Syndrome, Abstracted in Southern Medical Journal 0:588, 1997.

9.  "Fire in the Operating Room During Tracheotomy." Stocks RM, **Thompson JW**. Abstracted in Southern Medical Journal 90:S96, 1997.

10. "Strategies of Pediatric Hospital to Enter the 21st Century and Their Effect on Otolaryngology Practices." Stocks RM, **Thompson JW**. Abstracted in Southern Medical Journal 90:S88, 1997.

11. "Otolaryngology Manifestation of Severe Combined Immune Deficiency Syndrome." Stocks RM, **Thompson JW**. Abstracted in Southern Medical Journal 90 (10):S88, 1997.

12. "Preliminary Results of the use of Indole-3-Carbinol for Recurrent Respiratory Papillomatosis." Rosen CA, Woodson GE, **Thompson JW**, Hengesteg AP, Bradlow HL. Abstracted in Pediatrics  September, 748: June 1998.

13. "Immune Therapy (Sensitized Lymphocytes for Laryngeal Papillomatosis and a Progress Report." **Thompson JW**, Brenner M, Rooney C, Stocks RM. Abstracted in <u>Pediatrics</u>  S748, June, 1998.

14. "Compensation Performance Models at UT/UTMG, AAMC Spring Conference. **Thompson JW**. Abstracted in <u>Academic Medicine</u> S10, August 1998.

15. "Immune Therapy (Sensitized Lymphocytes) for Laryngeal Papillomatosis and a Progress Report." **Thompson JW**, Brenner M, Rooney C, Stocks RM. Abstracted in <u>Pediatrics S</u> September, 748, 1998

16. Infantile Osteopetrosis." Stocks RM, **Thompson JW**. Abstracted in <u>Southern Medical Journal</u> 91:S75-76, October, 1998.

17. **Stocks RM**, Dudney BW, Gould H, Bush A, Thompson JW "Continuous Regional Chemoprotection against Cisplatin Induced Hearing Loss "American Society of Pediatric Otolaryngologist Scottsdale, Arizona 5/11/01

18. "Airway Management of the Severely Retrognathic Child:  Use of the Laryngeal Mask Airway." Stocks RMS, Egerman R, **Thompson JW**, Peery, M . Abstracted in ENT Ear Nose & Throat Journal Vol 81, 4, 2002.

19. Graduate Medical Education", **Thompson JW**, Mirvis, DM. Center Health Services Research, UT Memphis 17:1-8, December 2003.

CURRICULUM VITAE                    32                    Jerome W. Thompson, MD

## PUBLICATIONS
## POSTER PRESENTATIONS:

1. Transmostoid Encephalocele; A case Report. **Thompson JW**. Poster @ American Society of Pediatric Otolaryngology Colorado Springs, Colorado. May 1, 1987.

2. Unusual Neck Masses Due to Jugular Venous Abnormalities. Stocks RM, Milburn MA, **Thompson JW**. @ Southeastern Surgical Association. Tampa, Florida, February 15, 1996.

3. Brief Bilateral Vocal Cord Paralysis after Insecticide Poisoning: A New Variant Toxicity Syndrome. @ **Thompson JW**, Stocks RM. American Society of Pediatric Otolaryngology (ASPO). Orlando, Florida, May 9, 1996.

4. New Perspectives in Management of Bacterial Tracheitis. Milburn MA, Stocks RM, **Thompson JW**. @ American Society of Pediatric Otolaryngology (ASPO). Orlando, FL, May 9, 1996.

5. Pediatric Hospitals' and Physician Strategies for the 21st Century. **Thompson JW**, Stocks RM, @ Ambulatory Pediatric Association. Washington, D.C., May 5, 1997.

6. Pediatric Hospitals, and Physician Strategies for the 21st Century. **Thompson JW.** @ American Society of Ambulatory Child Health. Mclean, VA, on May 5, 1997.

7. I3C Toxicity. Report of Four Cases. **Thompson JW**, Stocks RM, Rosen C, @ 17th International Papillomavirus Conference. Charleston, South Carolina USA, January 9-15, 1999.

8. Aural Involvement in Loxoscelism. Donepudi S @ Annual Meeting of the Triological Society, Southern Section. Miami, FL on May 13-15, 2005.

9. Myofibrosarcoma of the Head and Neck in Children. **Thompson JW** @ Amercian Broncho-Esophagological Association. Boca Raton, FL, on May 13-14, 2005.

10. Laryngeal Granular Cell tumor Presenting as Airway Obstruction in a Pediatric Patient. **Thompson JW**, Ahmed A @ Combined Otolaryngology Spring Meetings (COSM). Chicago, IL, on May 19, 2006.

11. Alkalinized Sodium Thiosulfate as a Locally Delivered Otoprotective Agent Against Cisplatin in the Guinea Pig. **Thompson JW**, Donepudi S @ Association for Research in Otolaryngology-Midwinter Meeting. Baltimore, MD on February 8, 2006.

12. "Vocal Cord Dysfunction Precipitated by a Choking and Aspiration Event". Sternberg TG, **Thompson JW,** Schoumacher RA, Lew DB @ American College of Allergy, Asthma and Immunology. Seattle, WA on November 6-11, 2008.

13. Missed Diagnoses in Otolaryngology" Gorman ME, **Thompson JW**, Giel DW @ American Academy of Otolaryngology. Chicago, IL on September 21-24, 2008.

14. "Tracheal Compensation After Esophageal Dilatation After a Slipped Nissen" **Rajan R, Thompson JW** @ Triologic Southern Section. Bonita Springs, FL on January 8, 2009.

15. "Arterioesophageal Fistulae—Case Report and Review of the Literature. Shires C, **Thompson JW** @ Combined Otolaryngology Spring Meetings (COSM), Chicago, IL, April 27-May 1, 2011.

16.  "Juvenile Rheumatoid Athritis, Subglottic Stenosis and Uveitis: A New Syndrome". Tomeh C, **Thompson JW** @ Combined Otolaryngology Spring Meetings (COSM), Chicago, IL, April 27-May 1, 2011

17.  "A Novel Hydraulic Technique for the Removal of Bronchial Casts in Plastic Bronchitis After Fontan Procedure", Lyman E, **Thompson JW** @ Combined Otolaryngology Spring Meetings (COSM), Chicago, IL, April 27-May 1, 2011.

18.  "Otolaryngologic Significance of the Hutchinson Sign". Velargo P, **Thompson JW** @ Combined Otolaryngology Spring Meetings (COSM), Chicago, IL, April 27-May 1, 2011.

19.  "Vincristine-Induced Cranial Neuropathy During Therapy For Pediatric Malignancies". Brennan RC, Eftink A, Strachota K, Ness K, Wu J, Spunt S, Qaddoumi I, Wilson MW, Thompson JW.  Children's Oncology Group meeting (Young Investigator Session), September 13, 2012.

## ORAL PRESENTATIONS:
## INTERNATIONAL & NATIONAL AND REGIONAL:

1.  **"Acute Cholecystitis in the Elderly:  A Surgical Emergency,"** Southern California Chapter of the American College of Surgeons, Santa Barbara, California, Jan. 20-22, 1978.

2.  **"Inverting Papillary of Nose and Sinuses:  Western Section Triologic Society,"** Scottsdale, Arizona, Feb 1979.

3.  **"Epidermolysis Bullosa, & Acute Airway Obstruction,"** ABEA, West Palm Beach, California, May 11, 1979.

4.  **"Evaluation of Oxygen Delivery Device by Measurement of Tracheal Air Sample,"** Association American Thoracic Society and Congress of Lung Association, Las Vegas, Nevada, May 13-16, 1979.

5.  **"Kimura's Disease:  Angioblastic Lymphoid Hyperplasia - Laser Excision,"** American College of Surgeons Head and Neck Section, Palm Springs, California, Feb 1980.

6.  **"Papilloma of the Larynx and Tracheobronchial Tree in Children,"** American Laryngological Association, Miami, Florida, March 1980.

7.  **"Experimental Surgical Correction of Superior Laryngeal Nerve Paralysis:  Original Research,"** American Academy of Otol Rhinol Laryngol, New Orleans, Louisiana, Sept 1981.

8.  **"Foregut Cysts in the Pediatric Age Group:  Airway Problems: Diagnosis and Management,"** American Broncho Esophagological Association, West Palm Beach, Florida, May 1982.

9.  **"Paralysis of the Larynx in Children,"** American Laryngological Association, West Palm Beach, Florida, May 1982

10.  **"Dermatomyositis Pediatric Head and Neck Manifestation,"** American Broncho Esophagological Association, Miami Beach, Florida, May 1984.

11.  **"Foregut Cysts Presenting as Neck Masses:  A Report of Three Children",**  American Broncho Esophagological Association,. Miami Beach, Florida, May 24-25, 1985.

12.  **"Management of an Unusual Case of Bilateral Carotid Body Tumor and Glomus Jugulare in a Child,"** American Society of Pediatric Otolaryngology, Santa Barbara, California, April 16-20, 1986.

CURRICULUM VITAE                          34                    Jerome W. Thompson, MD

13. **"Botulism in the Treatment of Laryngeal Paralysis,"** A Report on Research American Society of Pediatric Otolaryngology, Santa Barbara, California, April 16-20, 1986.

14. **"Non-Hodgkin's Lymphoma of the Larynx in Children,"** American Society of Pediatric Otolaryngology, Santa Barbara, California. April 16-20, 1986.

15. **"Otolaryngological Manifestations and the Problem of Aspiration in Children with Variants of Mobius Syndrome    and Central Nerve Impairment",** The Lindeman Diversion Procedure in Children: Report of Four Patients", Miami Beach, Florida, May 5-6, 1986.

16. **"Anesthesia Management of Microlaryngeal Laser Surgery in Children,"** Western Section Amer. Otol Rhinol Laryngol Association, Los Angeles, California, January 9-11, 1987.

17. **"Retropharyngeal Abscess in Children. A Retrospective and Historical Analysis,"** Western Section American Laryngological, Rhinological and Otological Society, Los Angeles, California, January 10, 1987.

18. **"The Use of Botulinum to Lateralize True Vocal Cords: A Biochemical Method to Relieve Bilateral Abductor Vocal Cord Paralysis,"** American Laryngological Association, Denver, Colorado, April 25-26, 1987.

19. **"Transmastoid Encephalocele," A Case Report.** American Society of Pediatric Otolaryngology, Colorado Springs, Colorado, May 1-2, 1987.

20. **"Pediatric Airway Problems for the Anesthesiologist,"** Annual Update of Pediatric Anesthesiology, Los Angeles, California, January 16, 1988.

21. **"Otitic Candidiasis in Children: An Evaluation of the Problem and Effectiveness of Ketaconazole in 10 Patients,"** American Society of Pediatric Otolaryngology, Kiawah Island, South Carolina, April 20-24, 1988.

22. **"Congenital Stenosis of the Lower Esophagus Associated with Leiomyomata and Leiomyosarcoma of the Gastrointestinal Tract,"** A Report of a Family. American Bronch Esophagological Association, West Palm Beach, Florida, April 23-25, 1988.

23. **"Further Studies on the Effect of Botulinum Toxin to Relieve Bilateral Abductor Paralysis of the Larynx: An Animal Model,with Histological Studies of the Injected Muscles,"** American Laryngological Association, West Palm Beach, Florida, April 23-25, 1988.

24. **"Otolaryngologic Manifestations of TG4 Deficiency,"** Pacific Coast Oto-Ophthalmology Society, Coronado, California, June 16, 1988.

25. **"Otolaryngology Manifestations of IgG4 Subclass Deficiency,"** Pacific Coast Oto-Opthalmology Society Meeting, San Diego, California, June 28, 1988.

26. **"Ventral Cleft of the Larynx: A Rare Congenital Laryngeal Defect. Symptoms and Diagnosis,"** American Society of Pediatric Otolaryngology, San Diego, California, May 18-20, 1989.

27. **"Pediatric Airway Update,"** USC Pediatric Update, Pasadena, California, May 14, 1992

28. **"Fatal Outcome in Absent Right Pulmonary Artery ENT Manifestations,"** 77th Annual Pacific Coast Oto-Ophthalmologic Society Meeting, Portland, Oregon. June 20, 1992

29. **"Invasive Mucormycosis in an Otherwise Healthy Teenager",** 77th Annual Pacific Coast Oto-Ophthalmologic Society Meeting, Portland, Oregon, June 23, 1992.

30. **"Endoscopic Vocal Cord Evaluation in Myelomeningocele Children,"** The Society for Research into Hydrocephalus and Spina Bifida, Stromberg (Mainz), Germany, July 15-18, 1992.

31. **"Surgical Treatment of Sinus and Ear Disease in Children",** 50th Annual Meeting American Academy of Allergy And Immunology, March 5, 1994. Anaheim, California.

32. **"Pulmonary Hemorrhage in Infants & Children,"** American Bronco-Esophagological Association, Palm Desert, CA, Apr 28-May 6,1995

33. **"Socialized Medical Care System and Social Welfare Faltering Under Weak Finnish economy,"** American Society of Pediatric Otolaryngology 10th Annual Meeting, Durango, Colorado, May 1995.

34. **"Fire in the Operating Room During Tracheotomy,"** Report of Three Cases. The Pacific Coast Oto-Ophthalmological Society Meeting Maui, Hawaii, June 1995.

35. **"Antibiotic Therapy for First Occurrence Otitis Media,"** A Retrospective Evaluation of Physician Prescribing Patterns in a Pediatric Medicaid Population. 30th Annual American Society of Hospital Pharmacy Midyear Clinical Meeting, Dec 5, 1995, Las Vegas, NV.

36. **"Managed Care & Medical Students,"** Career Day. University of Tennessee, Memphis, TN, January 1996.

37. **"Unusual Neck Masses Secondary to Jugular Venous Abnormalities,"** Annual Meeting of the Southeastern Surgical Congress, Tampa, FL, February 1996.

38. **"Airway Management of Neonates with Antenatally Detected Head and Neck Anomalies,"** American Society of Pediatric Otolaryngology (ASPO) Meeting,. Orlando, FL, May 9, 1996.

39. **"New perspectives in Management of Bacterial Tracheiis",** American Society of Pediatric Otolaryngology (ASPO) Annual Meeting, Orlando, FL, May 6, 1996.

40. **"Strategies of Pediatric Hospitals to Enter the 21st Century Otolaryngological Practices,"** American Society Of Pediatric Otolaryngology (ASPO), Orlando, FL, May 9, 1996.

41. **"The Sources of Fire in the Operating Room During Tracheotomy:Report of Three Cases,"** Pacific Coast Oto-Ophthalmological Society Meeting, Maui, Hawaii, June 27, 1996,

42. **"Airway Management of the Fetus, Neonate, Infant, and Child",** American Academy of Otolaryngology-HNS, Oct 1, 1996.

43. **"Fire in the Operating Room During Tracheotomy: Report of Three Cases,"** Southern Medical Association 90th Annual Scientific Assembly, Baltimore, Maryland, November 22, 1996.

44. **"Ambulatory Peds Responds to TennCare Care,"** American Society of Ambulatory Patients, Washington DC. April 1997.

45. **"Peds, ENT & TennCare Care a 6 Year Experience,"** The American Society of Pediatric Otolaryngology, Scottsdale, Arizona. May 1997.

46. **"SCIDS, ENT Manifestations,"** American Society of Pediatric Otolaryngology, Scottsdale, Arizona, May, 1997.

47. **"Malignant Infantile Osteoporosis,"** Pacific Coast Oto-Ophthalmological Society Annual Meeting, San Diego, California, June 21, 1997.

48. **"Scientific Presentations,"** American Academy of Pediatrics, San Francisco, California. Oct, 1998.

49. **"Preliminary results of the use of Indole-3-carbinol for Recurrent Respiratory Papillomatosis,"** Scientific Presentations, American Academy of Pediatrics. San Francisco, California, Oct 1998.

50. **"Immune Therapy (Sensitized Lymphocytes) for Laryngeal Papillomatosis and a Progress Report."** American Academy of Pediatrics, Annual Meeting, San Francisco, California, October 18, 1998.

51. **"Malignant Infantile Osteopetrosis,"** Southern Medical Association 92nd Annual Scientific Assembly, New Orleans, Louisiana, November 20, 1998.

52. **"Acquisition of Hearing Aids and Assistive Listening Devices the Pediatric Hearing-Impaired Indigent Population".** Society of Ear, Nose and Throat and Audiology for Children (SENTAC) 26th Annual Meeting, Portland Oregon, December 4, 1998.

53. **"I3C Toxicity:  Report of Four Cases ",** Thompson JW, Stocks RM, Rosen C.  17th International Papillomavirus Conference,. Charleston, South Carolina USA , January 19, 1999

54. **"Airway Management of the Severely Retrognatic Infant and Child,"** Pacific Coast Oto-Ophthalmologic Society Meeting, Victoria, British Columbia, June 22, 1999.

55. **"Drug Delivery System for Daily Middle Ear Space Injections in Guinea Pig''**, Association for Research in Otolaryngology, New Orleans, Louisana, September 27, 1999.

56. **"Manifestations of Cranial Fasciitis in Pediatric Otolaryngology"**, American Academy of Pediatrics, Annual Meeting. Washington, D.C., September 29, 1999.

57. **"Detection and Management of Chronic Neutropenia in Pediatric Otolaryngology,"** American Academy of Pediatrics, , Annual Meeting. Washington, D.C., September 29, 1999.

58. **"Chronic Neutropenia in Children: A Report on the Otolaryngological Manifestations in 42 Patients,"** American Academy of Pediatrics: Otolaryngology Section, Washington, DC. , October 10, 1999.

59. **"The Predictive Value of Serum Interleukins of Recurrent Respiratory Papillomatosis-A Preliminary Study,"** American Laryngological, Rhinological, and Otological Society-Southern Section, St. Petersburg, Florida, January 15, 2000.

60. **"Local Delivery of D-methionine, L-methionine, D/L-methionine Provides No Protection against Systemic Cisplatin"**, Association For Research in Otolaryngology St. Petersburg, Florida, February 2000.

61. **"Correlation of Postoperative Symptoms with Polysomngrams"**, American Society of Pediatric Otolaryngologist, Orlando, Florida May 16, 2000.

62. **"Regional Chemoprotection against Cisplatin-induced Hearing Loss"**, American Society of Pediatric Otolaryngologist, Orlando, Florida, May 16, 2000.

63. **"What the Otolaryngologist Should Know"**, Instructional Course at the American Academy of Otolaryngologist, Orlando, Florida, September 26, 2000.

64. **"Down Syndrome: What the Otolaryngologist Should Know,"** American Academy of Otolaryngology,. Annual Meeting, September 11, 2001, Denver, CO.

65. **"Magnetic Resonance Imaging and Computed Tomography in Diagnosing and Managing Patients with Fungal Cellulitis"**, American Academy of Ophthalmic Plastic and Reconstructive Surgery (ASOPRS) Scientific Symposium, Orlando, FL, October 2002.

66. **"Magnetic Resonance Imaging and Computed Tomography in Diagnosing and Managing Patients with Fungal Cellulitis,"** American Academy of Ophthalmic (AAO), Orlando, FL, Octobert 2002.

67. **"The Difficult Pediatric Airway,"** American Academy of Otolaryngology (AAO), Annual Meeting, San Diego, CA, September 22, 2002.

68. **"Down Syndrome"**, American Academy of Otolaryngology (AAO), Annual Meeting, San Diego, CA, September 22, 2002.

69. **"Down Syndrome,** American Academy of Otolaryngology (AAOAnnual Meeting, Orlando, FL), September 23, 2003.

70. **"The Difficult Pediatric Airway"**, American Academy of Otolaryngology (AAO), 2002 Annual Meeting, Orlando, FL, September 23, 2003.

71. **"Case Report – "Explosive Pharyngeal Trauma – Firework** Hall CH, Thompson JW, Stocks RM, 2004 Edwin W. Cocke Jr., Symposium, June 27, 2003.

72. **"Sensory Neural Hearing Loss Post Radiation Therapy (3-8 year onset): Cumulative Incidence of Hearing Loss"**, June 2003.

73. **"Methicillin-resistant Staphlococcus Aureus as a Pathogen in Deep Neck Space Abscesses: A Pediatric Case Series"**, American Society of Pediatric Otolaryngology, Phoenix, AZ. May 2, 2004

74. **"D-methionine as Chemoprotectant Against Cisplatin-induced Ototoxicity in the Quinea Pig Model"**, Ahmed KA, Thompson JW, Stocks RM, Donepudi SK. 2004 Edwin W. Cocke, Jr., Symposium, June 25, 2004.

75. **"Pediatric Salivary Gland Malignancy"**, Whatley S, Thompson JW, Edwin W. Cocke, Jr., Symposium, June 25, 2004.

76. **"Otolaryngologic Manifestations of Chronic Neutropenia in Children"** Naidu S, Thompson JW, Edwin W. Cocke, Jr., Symposium, June 25, 2004.

77. **"Treatment of Pediatric Acute Mastoiditis with Subperiosteal Abscess: Cortical Mastoidectomy vs. Incision and Drainage",** Hall CH, Thompson JW, Stocks RM.  Edwin W. Cocke, Jr., Symposium, June 2004

78. **"The Difficult Pediatric Airway",** American Academy of Otolaryngology (AAO), 2004 Annual Meeting, Orlando, FL, Sept  2004

79. **"Down Syndrome",** American Academy of Otolaryngology (AAO), 2004 Annual Meeting, Orlando, FL, September 2004.

80. **"Management of Difficult Pediatric Airway",** Neonatal-Perinatal Medicine Conference (The Med), Memphis, TN, May 3, 2005.

81. **"Frontal Sinus Fractures in Children",** Triologic Middle Section Meeting, Chicago, IL, February  2005.

82. **"Salivary Gland Tumors in Survivor of Childhood Cancer",** American Academy of Otolaryngology, Los Angeles, CA, September 2005.

83. **Increasing Incidence of Pediatric Mediastinitis as a Complication of MRSA Retropharyngeal Abscess",** American Society of Pediatric Otolarynology (ASPO), Chicago, IL, "May 2006.

84. **"Intralesional Injection of Cidofovir for Recurrent Respiratory Papilloma in an Infant",**

85. **"Difficult Pediatric Airway",** American Academy of Otolaryngology, Chicago,  IL, September 21-24, 2008.

86. **"Difficult Pediatric Airway",** American Academy of Otolaryngology, San Francisco, CA, September 11-14, 2011.

87. **"Healthcare Reform",** American Academy of Otolaryngology, Vancouver, BC,  September 29-October 2, 2013.

<u>MANUSCRIPT EDITORIAL REVIEW:</u>
**"A Rare Presentation:  Double Thyroglossal Duct Cyst Drived from Single Tract",** International Journal of Pediatric Otolaryngology, #IJPORL-D-08-00241, 07/6/09

**"Nasopharyngeal Cysts",** Laryngoscope, # Iscope-08-0487, 12/26/08.

**"Airway obstruction secondary to esophageal mucoceles:  2 rare pediatric cases and a review of the literature"** International Journal of Pediatric Otolaryngology, #IJPORL-D-08-00241, 6/17/08.

**"Management of Patient with Xerroderma Pigmentosum for Esophageal Dilation",** International Journal of Pediatric Otolaryngology, #IJPORL-D-07-00451, 2/11/08.

**"Sphenochoanal polyp:  current diagnosis and management",** International Journal of Pediatric Otolaryngology #IJPORL-D-07-00442, 11/16/ 2007.

**"Malpractice Claims and Tonsillectomy: Outcomes of 156 litigated Cases",** Otolaryngology Head and Neck Surgery, #OTO-07682,09/10/2007.

**"Comparison the effect of oral paracetamol and clonidine on pediatric's preoperative anxiety in adenotonsillectomy",**  International Journal of Pediatric Otorhinolaryngology , #IJPORL-D-0700279, 07/19/2007

CURRICULUM VITAE                          39                    Jerome W. Thompson, MD

**"Father Knows Best:  The Role of Parental Perception",** International Journal of Pediatric Otorhinolaryngology #IJPORL-D-07-00159, 04/30/2007

**"Aggressive and traumatic hperplastic dental follicle:  report of bilateral case"** International Journal of Pediatric Otorhinolaryngology # IJPORL-D-07-00051, 03/062007

**"Primitive Neuroectodermal Tumor Presenting as Neck Mass"** International Journal of Pediatric Otorhinolaryngology , # IJPORL-D-06-00489, 12/7/2006

**"An Ususual Maxillofacial Injury Caused by a Nail in a Child",** International Journal of Pediatric Otorhinolaryngology , #IJPORL-D-06-00272, 10/6/06

**"Salivary Gland Surgery for Chronic Plumonary Aspiration in Children",** International Journal of Pediatric Otorhinolaryngology, #IJPORL-D-06-00217, 10/2/06.

**"Complications of Tracheotomy in Patients with Mucopolysaccharidoses Type II (Hunter Syndrome)",** International Journal of Pediatric Otorhinolaryngology, #IJPORL-D-06-00144, 05/29/05

**"Congenital Segmental Absence of Tracheal Rings,"** International Journal of Pediatric Otorhinolaryngology , # IJPORL-D-05-00494, 12/6/05.

**"Urbach-Wiethe Disease,"**International Journal of Pediatric Otorhinolaryngology, #  IJPORL-D-05-00154, 11/23/05.

**"A Case Of Holoprosencephaly And Cebocephaly Due to Torch Infection,"** International Journal of Pediatric Otorhinolaryngology , # IJPORL-D-05-00073, 3/23/05.

**"Clivus Osteomyclitis Secondary to Enterococcus Faecium Infection in a 6 Year Old Girl",** for International Journal of Pediatric Otorhinolaryngology , # IJPORL-D-04-0009, 3/22/05

**"Paranasal Sinusitis Following Allogeneic Bone Marrow Transplantation,"** The Journal Bone Marrow.

**"Neonatal Airway Evaluation,"** The Journal Neonatology.

**"Congential Epulis",** International Journal of Pediatric Otolaryngology, # IJPORL-D-11-00575, 01/27/12.

**"MRSA bacteremia associated with Lemierre's syndrome:  case report and literature review".** International Journal of Pediatric Otorhinolaryngology, # IJPORL-D-12-00006, 01/27/12.

**"Tracheal Compression in an Infant:  An Innovative Approach to Anesthetic Care"** Laryngoscope, #lscope-13-1662.

**"Thermal Effect of Flexible Fiber CO2 Laser Delivery on Head and Neck Tissue"**
**"Postoperative Recurrent Tracheoesophageal Fistula: An Unusual Complication of Oxidized Regenerated Cellulose"** Journal of Pediatric Otorhinolaryngology # IJPORL-D-13-00723, 10/29/13

## POST GRADUATE CONTINUING EDUCATION CERTIFICATES
AMA Physician Recognition Award: 1988-1990, 1986-1988, 1984-1986, 1982-1984

CMA CME Certificate:   1996-1998, 1994-1996, 1992-1994, 1990-1992, 1988-1990, 1986-1988 1984-1986, 1982-1984.

CURRICULUM VITAE                    40                    Jerome W. Thompson, MD

California Medical Society Physician Recognition Award: 1992-1994, 1990-1992, 1988-1990, 1986-1988, 1984-1986, 1982-1984.

## VIDEO RECORDED PRESENTATION
"Healthcare Reform" – presentation recording at AAO-HNSF Annual Meeting, September 30, 2013.

## MEETINGS

1. **Neonatal-Respiratory Disease Update**, Division Children's Hospital Los Angeles. March 15-16, 1984

2. **American Broncho Esophagological Association**, Annual Meeting, May 1984-1994.

3. **American Academy of Pediatrics**, Annual Meeting, 1985, 1984.

4. **American Society of Pediatric Otolaryngology (ASPO)**. Founding meeting of Bermuda, April 2, 1985.

5. **Common Problems in Pediatrics**. Symposia Medicus, Newport Beach, California, April 3-5, 1986.

6. **American Society of Pediatric Otolaryngology (ASPO)**, Santa Barbara, California. April 16-20, 1986.

7. **Hollywood Presbyterian Medical Center ENT & Continuing Education**, January-December, 1986.

8. **Triological Society Western Section Meeting**, January 9-11, 1987.

9. **Los Angeles Society of Otolaryngology Head and Neck Surgery**, February 24, 1986-87.

10. **American Society of Pediatric Otolaryngology (ASPO)**, Colorado Springs, Colorado, May 1-3, 1987, Triological Society Annual Meeting. May 6-8, 1986-1999.

11. **American Society of Pediatric Otolaryngology (ASPO)**, Kiawah Island, South Carolina, April 20-24, 1988.

12. **Pacific Coast Oto-Ophthalmological Society Meeting**,. Coronado, CA, June 1988.

13. **American Society of Pediatric Otolaryngology (ASPO)**, San Diego, California, May 17-20, 1989.

14. **Pacific Coast Oto-Ophthalmological Society Meeting**. Portland, OR. June 1989.

15. **Pediatric Anesthesiology Conference**, Children's Hospital Los Angeles, Los Angeles, CA, January 27-29, 1989.

16. **American Society of Pediatric Otolaryngology (ASPO)**, Denver, CO, May 15-17, 1990.

17. **Pediatric Review Course, Pediatric Otolaryngology II**, . Los Angeles, CA, Aug. 16-21, 1993.

18. **1994 Medicare Physicians Course**, Memphis Cook Convention Center, Memphis, Tennessee, May 4, 1994.

19. **American Society of Pediatrics Otolaryngology (ASPO)**. Durango, CO, May 20, 1995.

20. **American Laryngological Association Meeting**, 1996, 1995, 1989, 1988, 1987

CURRICULUM VITAE                      41                      Jerome W. Thompson, MD

21.  **Medical/Surgical FOCUS Group 2nd Meeting NACHRI**, Phoenix, AZ, .February 1-2, 1996.

22.  **Combined Otolaryngological Spring Meeting**, Orlando, Florida, May 4-10, 1996.

23.  **American Society of Pediatric Otolaryngology**, Orlando, Florida, May 6- 9, 1996

24.  **AAMC/MGMA Advisory Project Committee Meeting**, Washington, DC, June 4, 1996.

25.  **National Association of Children's Hospitals and Related Institutions (NACHRI), Medical/Surgical
FOCUS Group , 3rd Meeting**, Dartmouth, New Hampshire, June 20-21, 1996.

26.  **National Association of Children's Hospitals and Related Institutions (NACHRI) Patient Care
FOCUS Groups Finding Meeting**, Course Attended, Washington, DC., September 12-13, 1996.

27.  **AAO/HNSF 100th Annual Meeting**, Washington, DC., September 29 - October 2, 1996.

28.  **Advanced Endoscopic Sinus Surgery** '96 Course, Philadelphia, PA. November 7-9, 1996.

29.  **Southern Medical Association 90th Annual Scientific Assembly.** November 20-24, 1996- 97.

30.  **ABEA**, Scottsdale, Arizona, May 5-10, 1997.

31.  **Triologic Meeting**, Scottsdale, Arizona, May 5-10, 1997.

32.  **ASPO Spring Meeting**, Scottsdale, Arizona, May 5-10, 1997.

33.  **AAMC/MCMA - Advisory Project Committee Meeting**, Washington DC, June 6, 1997.

34.  **American Academy of Otolaryngology-HNS 1999** Annual Meeting, New Orleans, LA. , September 26-
29, 1999.

35.  **AAMC Advisory Project on Productivity**,. Washington DC, September 30, 1999

36.  **American Academy of Pediatricians Meeting**, Washington, DC, October 8–9, 1999.

37.  **ASPO Spring Meeting**, San Francisco, CA. May 16-18, 2000.

38.  **American Medical Association Meeting**, Chicago, IL. June 9-10, 2000.

39.  **American Academy of Otolaryngology 2000** Annual Meeting, Washington, D.C., September 23-27, 2000.

40.  **ASHA  Annual Convention**, Washington, DC, November 15-19, 2000

41.  **AAMC Residents Conference**, Scottsdale, AZ, April 28-May 2, 2001

42.  **ASPO Spring Meeting**, Scottsdale, AZ, May 9-12, 2001.

43.  **AAO-HNS Annual Meeting**, Denver, CO, September 8-12, 2001

44.  **Combined Otolarynology Spring Meeting (COSM)**, Boca Raton, FL, May 10-14, 2002.

45.   **AAO-HNS**, Annual Meeting, Boca Raton, FL, May 10-14, 2002.

46.   **Combined Otolarynology Spring Meeting (COSM)**, Nashville, TN, May 2-6, 2003.

47.   **American Academy of Otolaryngology** Annual Meeting, Orlando, FL, September 19-23, 2003.

48.   **Le Bonheur Children's Medical Center's Perioperative Services' Equipment Fair,** Memphis,TN, December 11, 2003.

49.   **Combined Otolaryngology Spring Meetings (COSM),** Phoenix, AZ, April 30-May 4, 2004.

50.   **American Academy of Otolaryngology** Annual Meeting, New York, NY, September 19-23, 2004.

51.   **Le Bonheur Children's Medical Center's Perioperative Services' Equipment Fair**, Memphis,TN, December 11, 2004.

52.   **Memphis Medical Society** "Doctor's Day on the Hill", Nashville, TN, March 8, 2005.

53.   **ASPO 20th** Annual Meeting, Las Vegas, NV, May 26-30, 2005.

54.   **American Academy of Otolarynology** Annual Meeting, Los Angeles, CA, September 17-20, 2005, overall score instruction course 3.90 excellent in all areas.

55.   **American Academy of Otolaryngology Annual Meeting and Postgraduate Courses**. 2012, 2011, 2010, 2009, 2008, 2007, 2006, 2005, 2004, 2003, 2002, 2001, 2000, 1999, 1998, 1997, 1996, 1995, 1994, 1993, 1992, 1991, 1990, 1989, 1988, 1987, 1986, 1984, 1983,  1982, 1981, 1980, 1979, 1978.

56.   **Effective Residency Program Management Administrators' Workshop**, Boston, MA, October 5-6, 2006.

57.   **American Academy of Otolaryngology** Annual meeting, Ontario, Canada, September 17-20, 2006.

58.   **American Academy of Otolaryngology** (Washington Advocacy Conference) – Audit Committee, Alexandria, VA, March 3-4, 2007

59.   **Combined Otolaryngology Spring Meetings (COSM)**, San Diego, CA, April 26-29, 2007.

60.   **Juvenile Diabetes Research Foundation (Lay Review Committee Meeting),** New York, NY, May 17-19, 2007.

61.   **Tennessee Medical Association** (Annual Meeting), Atlanta, GA, June 21, 2007.

62.   **American Academy of Otolaryngology** (Annual Meeting), Washington, DC, September 16-19, 2007.

63.   **Tennessee Medical Association** (Town Hall Meeting), Knoxville, TN, October 19-20, 2007

64.   **American Academy of Otolaryngology** (Leadership Strategic Planning Meeting), Washington, DC, November 28-December 4, 2007

65.   **Tennessee Medical Association** (Annual Meeting), Nashville, TN, April 19-20, 2008.

66.   **Combined Otolaryngology Spring Meetings (COSM)**, Orlando, FL, May 1-4, 2008.

67.  **American Academy of Otolaryngology** (Subspecialty Summitt), Washington, DC, May 30-31, 2008

68.  **Tennessee Communication & Disorders Meeting,** Nashville, TN, August 18- 19, 2008

69.  **American Academy of Otolaryngology** (Annual Meeting) Chicago, IL, September 21-24, 2008

70.  **Juvenile Diabetes Research Foundation (Lay Review Committee meeting),** New York, NY, November 20-22, 2008.

71.  **SENTAC (Pan Leadership Meeting),** Boston, MA, December 5-7, 2008

72.  **Tennessee Communication & Disorders Meeting,** Nashville, TN, February 10, 2009

73.  **American Academy of Otolaryngology** (Specialty Society Advisory Council Meeting ), Washington, DC, March 20-22, 2009

74.  **American Society of Pediatric Otolaryngology** (Annual Meeting), Seattle Washington, May 22-25, 2009.

75.  **Juvenile Diabetes Research Foundation (Lay Review Committee meeting),** Chantilly, VA, December 4-5, 2009.

76.  **Memphis Medical Society,** (Annual Meeting), Washington, DC. March 1-3, 2010.

77.  **Tennessee Medical Association** (Annual Meeting), Nashville, TN, April 9-11, 2010.

78.  **Combined Otolaryngology Spring Meetings (COSM)** – Annual Meeting, Las Vegas, NV April 28-May 2, 2010.

79.  **American Academy of Otolaryngology** -Annual Meeting, Boston, MA, September 26-29, 2010.

80.  **Combined Otolaryngology Spring Meetings (COSM)** – Annual Meeting, Chicago, IL, April 27-May 1, 2011.

81.  **American Academy of Otolaryngology** -Annual Meeting, San Francisco, CA, September 11-14, 2011.

82.  **Tennessee Medical Association**- Annual Meeting, Nashville, TN, April 13-15, 2012.

83.  **Combined Otolaryngology Spring Meetings (COSM)** – Annual Meeting, San Diego, CA, April 19-22, 2012.

84.  **American Academy of Otolaryngology – Annual Meetings,** Washington, DC, September 9-12, 2012.

85.  **Tennessee Medical Association**- Annual Meeting, Nashville, TN, April 5-7, 2013.

86.  **American Society of Pediatric Otolaryngology** (Annual Meeting), Arlington, VA, April 25-28, 2013

87.  **AAOA Basic Course Allergy & Immunology,** Lake Tahoe, CA, July 11-13, 2013.

88.  **American Academy of Otolaryngology** (Annual Meeting) – , Vancouver, BC, September 29-October 3, 2013

89.  **ASPO/COSM** (Annual Meeting) – Las Vegas, Nevada; May 14-18, 2014

CURRICULUM VITAE                    44                    Jerome W. Thompson, MD