# EXHIBIT "C"

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE AND            )
HELEN LOVELACE,                )
INDIVIDUALLY AND AS            )
PARENTS OF BRETT               )
LOVELACE, DECEASED,            )
                               )
                               )
   Plaintiffs,                 )
VS.                            )    2:13-CV-02289dkv
                               )
                               )
PEDIATRIC                      )
ANESTHESIOLOGIST, P.           )
A. BABU RAO                    )
PAIDIPALLI, AND MARK           )
P. CLEMONS,                    )
                               )
                               )
   Defendants.                 )

---

DEPOSITION

OF

MARK CLEMONS, M.D.

February 6, 2014

COPY

MID-SOUTH REPORTING
Pepper Glenn, CCR
P. O. Box 609
Southaven, Mississippi 38671
(901) 525-1022

EXHIBIT C

1    Q.    Do you know what a lateral position
2    is?
3    A.    On their side.
4    Q.    Okay. Is that -- would that have been
5    a proper position for Brett to have been -- been
6    in, is on his side? Would that have been an
7    effective --
8    A.    Commonly.
9         MR. GILMER:  Object to the
10        form.
11   BY MR. LEDBETTER:
12   Q.    Would that have been an effective
13   position for him to have been in?
14   A.    On the side would have been a good
15   position.
16   Q.    All right. Now, at the time that you
17   departed the PACU after Brett Lovelace's surgery,
18   did you leave any orders for the attending nurse
19   in the PACU to put him in a different position
20   such as a lateral position or a Fowler's
21   position?
22   A.    I don't routinely tell the nurse to
23   put them in any particular position. The
24   recovery room has its procedures to get people

1   awake and kids move around, but I had no -- I
2   don't believe I had any orders for any particular
3   position.
4       Q.      Now, would you agree that the lateral
5   position, which is also a Sims' position I'll
6   reference, you would have been able to observe
7   whether or not Brett Lovelace's airway was
8   functional -- his upper airway was functional,
9   could you not have?
10      A.      What you would better observe is
11  whether he was drooling or bleeding in the
12  lateral position, whether he was breathing or
13  not. I don't know that that would have helped
14  you.
15      Q.      Okay. Now, had you left him with
16  orders for supplemental oxygen, that would also
17  have been prudent if no one had, would it not
18  have?
19              MR. JOHNSON:  Objection.
20      A.      My experience is they roll out of the
21  operating room on oxygen whether I order it or
22  not.
23  BY MR. LEDBETTER:
24      Q.      But you did not verify that?