IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

vs.	No. 2:13-cv-02289-JPM-dkv
    JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

    Defendants.

## JOINT REPORT OF ADR/MEDIATION

The parties, pursuant to Local Rule 16.2(d), respectfully submit the following report of their mediation.

1.    Pursuant to Scheduling Order entered by this Court, the Parties conducted mediation on August 25, 2014 with agreed mediator, Minton Mayer, Esq. at 5050 Poplar Avenue in Memphis.

2.    The mediation was attended by the following parties and representatives:

    a.    Plaintiffs, Helen and Daniel Lovelace, and Paul Mark Ledbetter, attorney for Plaintiffs;

    b.    Defendant, Dr. Rao Paidipalli, and, Jerry O. Potter, David M. Cook and W. Bradley Gilmer, attorneys for Defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D.;

    c.    Defendant, Dr. Mark Clemons, and J. Kimbrough Johnson and Marcy Dodds Magee, attorneys for Defendant, Mark P. Clemons, M.D.

    d. Jim Howell, Esq., claims representative for the Defendants' insurer.

3. Mediation was not successful.

4. At this time, it does not appear that another court ordered ADR would be beneficial.

          Respectfully submitted,


          s/P. Mark Ledbetter
          P. Mark Ledbetter (BPR #17637)
          Halliburton & Ledbetter
          254 Court Avenue
          Suite 305
          Memphis, TN 38103
          (901) 523-8153
          *Attorney for Plaintiffs*

          s/ W. Bradley Gilmer
          W. Bradley Gilmer (BPR #21490)
          Jerry O. Potter (BPR # 4284)
          Karen S. Koplon (BPR #16282)
          David M. Cook (BPR #5362)
          The Hardison Law Firm, P.C.
          119 S. Main Street, Suite 800
          Memphis, TN 38103-3685
          (901) 525-8776
          *Attorneys for Defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D.*


          s/J. Kimbrough Johnson
          J. Kimbrough Johnson (BPR #7953 )
          Marcy Dodds Magee (BPR #19360)
          Thomason, Hendrix, Harvey, Johnson & Mitchell, PLLC
          2900 One Commerce Square
          Memphis, TN 38103
          (901) 525-8721
          *Attorneys for Defendant, Mark P. Clemons, M.D.*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on <u>September 3</u>, 2014, a true and correct copy of the foregoing document was, upon information and belief, forwarded by electronic means through the Court's ECF System, and/or by U. S. Mail, postage prepaid to:

| | |
|---|---|
| Mark Ledbetter | J. Kimbrough Johnson |
| Halliburton & Ledbetter | Marcy Dodds Magee |
| Attorney for Plaintiffs | Lewis Thomason, PLLC |
| 254 Court Avenue | Attorneys for Defendant, Mark P. |
| Suite 305 | Clemons, M.D. |
| Memphis, TN 38103 | 2900 One Commerce Square |
| | Memphis, TN 38103 |
| *Attorney for Plaintiff* | |
| | *Attorneys for Defendant, Mark P. Clemons, M.D.* |

/s/ Brdley Gilmer
W. Bradley Gilmer

3