# HALLIBURTON & LEDBETTER
### ATTORNEYS AT LAW
### 254 COURT AVENUE – SUITE 305
### MEMPHIS, TENNESSEE 38103

Mark Ledbetter*
*Licensed in Tennessee & Arkansas

(901) 523-8153 - Phone
(901) 523-8115 - Fax
Email: mark794@aol.com

September 12, 2014

**VIA EMAIL AND U. S. MAIL**
The Honorable Sheryl H. Lipman
167 N. Main Street
Memphis, TN 38103

RE: Daniel Lovelace and Helen Lovelace, Individually, and as Parents of
Brett Lovelace, Deceased v. Pediatric Anesthesiologists, P.A.;
Babu Rao Paidipalli; and Mark P. Clemons, M.D.
U.S. District Court, Western District, Western Division, TN;
Docket No. 2:13cv02289

Dear Judge Lipman:

Please find enclosed Plaintiffs' draft Order for your consideration in light of the fact that the Plaintiffs' Motion for Partial Summary Judgment and Brief [D.E. 124] and Plaintiffs' Statement of Undisputed Material Facts [D.E. 125], filed and served upon all counsel on August 8, 2014, were not timely responded to by the Defendant, Clemons.

Respectfully submitted,

Mark Ledbetter

PML/mg
Enclosure
cc: J. Kimbrough Johnson (w/enc. – via email)
    Marcy Dodds Magee (w/enc. – via email)
    David Cook (w/enc. – via email)
    Brad Gilmer (w/enc. – via email)
    Jerry Potter (w/enc. – via email)
    Karen Koplon (w/enc. – email)