IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
_____

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

vs.     NO.: __2:13-cv-02289 dkv____
     JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI ; and,
MARK P. CLEMONS,

    Defendants.
_____

### ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
_____

    On this date came on for hearing the Plaintiffs' Motion For Partial Summary Judgment and Brief [D.E. 124] and Plaintiffs' Statement of Undisputed Materials Facts [D.E. 125], filed and served on August 8, 2014, to which there has been no response, from all of which the Court finds that said Motion should be granted.

    IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion for Partial Summary Judgment and Brief [D.E. 124], accompanied by Plaintiffs' Statement of Undisputed Material Facts [D.E. 125], is GRANTED against the Defendant, Mark P. Clemons, based upon the facts and law stated therein.

    ENTERED this ____ day of September, 2014.

                                         _____
                                         SHERYL H. LIPMAN
                                         U. S. District Judge