# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

J-54170

DANIEL LOVELACE and
HELEN LOVELACE, Individually,
and as Parents of BRETT LOVELACE,
Deceased,

Plaintiffs,

VS.

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

Defendants.

NO.  2:13-cv-02289 dkv
JURY TRIAL DEMANDED

## DEFENDANT MARK P. CLEMONS, M.D.'S DESIGNATION OF FRCP 26(a)(2)(B) EXPERT WITNESSES AND PHYSICIANS/MEDICAL PROVIDERS NOT EMPLOYED AS EXPERTS

Defendant, Mark P. Clemons, M.D., by and through the undersigned counsel of record, pursuant to FRCP 26(a)(2)(B), designates the following expert witnesses and treating physicians/medical providers who may be used at trial to present evidence under the aforesaid rule:

1. <u>Defense Expert Witnesses:</u> The following individuals may be used at trial to present evidence under Federal Rules of Evidence 702, 703 or 705:

   (A.) Jerome Thompson, M.D.
   Otolaryngologist
   UT LeBonheur Pediatric Specialists
   7945 Wolf River Blvd., Suite 220
   Germantown, TN 38138

(i)    Subject matter, facts and opinions, and summary of grounds:   See Exhibit "A" attached hereto.

(ii)   Qualifications:  See Exhibit "A" attached hereto.


(B.)  Jay Werkhaven, M.D.
      Otolaryngologist
      Vanderbilt University Medical Center
      2200 Children's Way
      Doctor's Office Tower, 7th Floor
      Nashville, TN 37232

   (i)    Subject matter, facts and opinions, and summary of grounds:   See Exhibit "B" attached hereto.

   (ii)   Qualifications:  See Exhibit "B" attached hereto.


(C.)  Dianne Dowdy, R. N.
      4855 Old Jackson Rd.
      Somerville, TN 38068

   (i)    Subject matter, facts and opinions, and summary of grounds:  See Exhibit "C" attached hereto.

   (ii)   Qualifications:  See Exhibit "C" attached hereto.

(D.)  Edward L. Brundick, III, Esq., CIMA, CFP
      6490 South Oak Shadow Circle
      Memphis, TN 38119

   (i)    Subject matter, facts and opinions, and summary of grounds:  See Exhibit "D" attached hereto.

   (ii)   Qualifications:  See Exhibit "D" attached hereto.


2.   <u>Treating Physicians/Medical Providers:</u>  The following treating physicians, including defendants, and medical providers and/or nurses are designated, who are not retained to provide expert testimony, but are expected and/or may be called to offer expert opinions at trial:

(A)    Dr. Mark Clemons (Defendant)

(B)    Dr. Babu Rao Paidipalli (Defendant)

(C)    Grace Freeman, CRNA (Pediatric Anesthesiologist, PA employee and
       treating CRNA)

(D)    Kelly Kish, R.N. (Methodist LeBonheur PACU nurse assigned to care
       for Brett Lovelace on March 12, 2012)

(E)    LeBonheur PACU Staff; and

(F)    LeBonheur ICU Staff, including ICU physician, Dr. Mark Bugnitz

       The subject matter upon which these witnesses are expected to testify pursuant to

Federal Rules of Evidence 702, 703 or 705 includes the treatment rendered to Brett Lovelace

during the March 12, 2012, admission to LeBonheur.  A summary of the facts and opinions of

these witnesses is as follows:  All treatment rendered to Brett Lovelace, with the exception of

treatment rendered by PACU nurse, Kelly Kish, R.N., was appropriate and  complied with the

recognized standard of acceptable professional practice.  More specifically, all of the treatment

rendered by Dr. Clemons was appropriate for Brett Lovelace and complied with the standard of

care.  No treatment on the part of Dr. Clemons caused Brett Lovelace to suffer injuries or

damages which would not otherwise have occurred.  Further, these witnesses are expected to

testify that once Dr. Clemons completed the surgery in the operating room, he appropriately

transferred the care of the patient to anesthesia.  Once anesthesia transported the patient to

PACU, the recovery room nurse, Kelly Kish, assumed responsibility for Brett Lovelace.  While

Brett Lovelace was in the PACU, which was being staffed and monitored by Methodist

LeBonheur Hospital personnel, Kelly Kish was assigned to care for Brett Lovelace and she did

assume the care for the patient and remained at his bedside while he was in recovery.  Kelly

Kish was responsible for monitoring Brett Lovelace, which included maintaining an adequate

3

airway.  Kelly Kish, R.N., an employee of Methodist LeBonheur Hospital, failed to appropriately monitor Brett Lovelace when his condition changed approximately ninety (90) minutes after his arrival in the PACU and nurse Kish failed to timely notify appropriate personnel of the change in circumstances.

Respectfully submitted,

LEWIS THOMASON

By:   /s/ Marcy D. Magee
      J. KIMBROUGH JOHNSON (7953)
      MARCY D. MAGEE (19360)
      Attorneys for Defendant,
      Mark P. Clemons, M.D.
      2900 One commerce Sq., 40 S. Main St.
      Memphis, TN 38103
      (901) 525-8721

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following has been served on Mark Ledbetter, Attorney for Plaintiffs, Halliburton & Ledbetter, 254 Court Avenue, Suite 305, Memphis, TN 38103, and Karen Koplon, Jerry Potter and Bradley Gilmer, Attorneys for Defendants, Babu R. Paidipalli & Pediatric Anesthesiologists, P.A., Hardison Law Firm, 119 S. Main St., Suite 800, Memphis, TN 38103, via U.S. Mail, postage prepaid, this 9th day of May, 2014.

      /s/ Marcy D. Magee
      Marcy D. Magee

4811-9677-6475, v. 1

**JEROME WALTER THOMPSON, M.D., MBA**
**UT LeBonheur Pediatric Specialists**
**7945 Wolf River Blvd., Suite 220**
**Germantown, TN 38138**

**May 6, 2014**

**EXPERT WITNESS REPORT**

**LOVELACE v. PEDIATRIC ANESTHESIOLOGISTS, P.A.;**
**BABU RAO PAIDIPALLI; and MARK P. CLEMONS**

I, Jerome Thompson, M.D., have been retained to evaluate the medical treatment rendered by Mark Clemons, M.D. to Brett Lovelace on March 12, 2012, at LeBonheur Hospital. In 2012, I was licensed in Tennessee and practicing my speciality of Otolaryngology in Memphis, Shelby County, Tennessee, and was so licensed and practicing at least one year prior thereto. I am familiar with the recognized standard of acceptable professional practice as it existed in March, 2012, in Memphis, Tennessee.

I graduated from the University of California Medical School in 1976. I did an Internship at the University of California School of Medicine within the Department of Surgery from 1976 to 1977. Thereafter, I did my residency in Otolaryngology/Head and Neck Surgery at University of California School of Medicine. After completing my residency, I did an additional two years of pediatric ENT training at L.A. Children's Hospital. I have been board certified by the American Board of Otolaryngology since 1981. I am currently the Chair of the Department of Otolaryngology-Head and Neck Surgery at the University of Tennessee Health Science Center. I am also the division head of Pediatric Otolaryngology at St. Jude Children's Research Hospital. My additional qualifications are set forth in my *curriculum vitae* attached as Exhibit 1 to this report.

In forming my opinions, I reviewed the following:

1.     LeBonheur medical records of Brett Lovelace.

2.     Deposition of Dr. Mark Clemons.

3.     Dr. Mark Clemons' medical records.

4.     Complaint and Answer of Dr. Mark Clemons.

The facts I considered in forming opinions are as follows:

Brett Lovelace was admitted to LeBonheur on March 12, 2012, for a tonsillectomy and adenoidectomy, which was performed by Dr. Mark Clemons. Pre-operatively, appropriate risks were discussed. The patient was evaluated by the anesthesia personnel, including Dr. Paidipalli. The surgery was conducted as planned, and there were no complications intra-operatively.

When the surgery was finished, the patient was extubated by anesthesia, which was responsible for monitoring respiratory status. The patient was placed on supplemental oxygen and transported by anesthesia from the operating room to recovery (PACU), where the patient was assigned to the recovery room nurse, Kelly Kish, R.N. The patient was stable upon arrival to the PACU.

Nurse Kish assumed care of this patient upon arrival to the PACU and remained at his bedside while in recovery. One of the responsibilities of the recovery room nurse is to evaluate the patient's respiratory status and maintain the airway. The patient also had a pulse oximeter placed and vitals were to be taken and recorded by the PACU nurse every fifteen (15) minutes.

The patient remained in the recovery room for approximately ninety (90) minutes with no report of respiratory problems. After approximately ninety (90) minutes, it became apparent that the patient was in respiratory distress. No one called Dr. Clemons until after the code was initiated.

It is my opinion that Dr. Clemons complied with the recognized standard of acceptable professional practice for otolaryngologists in Memphis, Tennessee and similar communities with regard to the medical treatment he rendered to Brett Lovelace on March 12, 2012. More specifically, Dr. Clemons complied with the standard of care based upon the following opinions:

1.     Dr. Clemons performed the tonsillectomy and adenoidectomy in accordance with the standard of care.  There were no intra-operative complications.

2.     Dr. Clemons appropriately relied upon the anesthesia personnel to evaluate the patient pre-operatively, to administer anesthesia, to extubate the patient, and to monitor the patient in recovery.  A surgeon such as Dr. Clemons is not expected to perform the functions of an anesthesiologist.

3.     The patient was taken from the operating room to recovery (PACU), where the patient was assigned 1:1 with a recovery room nurse.  The recovery room nurse, Kelly Kish, assumed care for the patient and remained at his bedside while in recovery.  This was a hospital function, and the surgeon, Dr. Clemons, was not required or expected to reposition the patient or monitor the patient while the patient was in the recovery room.

4.     The recovery room personnel were responsible for monitoring the patient, which included maintaining the airway.  The patient was hooked up to a pulse oximeter and vitals were being taken by the recovery room nurse.  All of these actions were the responsibility of the recovery room nurse, not Dr. Clemons.

5.     Dr. Clemons performed the surgery entirely appropriately. The standard of care did not require Dr. Clemons to monitor this patient in the recovery room (PACU).  Dr. Clemons was never contacted by anyone from the recovery room about this patient during the ninety (90) minutes between arrival in PACU and when the code was initiated.

6.      Monitoring anesthesia and its after effects are not the surgeon's function or responsibility. Further, monitoring and ensuring an adequate airway is the responsibility of the PACU personnel, not the surgeon.

7.      Once Dr. Clemons completed the surgery in the operating room, he appropriately transferred the care of the patient to anesthesia. Once anesthesia transported the patient to PACU, the recovery room nurse assumed responsibility for Brett Lovelace.

8.      No medical treatment on the part of Dr. Clemons caused the patient, Brett Lovelace, to sustain injuries and damages which would not otherwise have occurred.

The opinions stated above regarding Dr. Clemons' compliance with the recognized standard of acceptable professional practice for otolaryngologists practicing in Memphis, Tennessee and similar communities in March, 2012, are based upon my education, training and experience, and based upon the medical records, testimony of Dr. Clemons, and other afore-referenced documents.

I intend to provide expert testimony in connection with the treatment rendered by Dr. Clemons, but not as to any other healthcare provider.

The Publications I have authored within the past ten (10) years are set forth in my *curriculum vitae* attached as Exhibit 1.

Within the past four (4) years, I have not testified by deposition or at trial as an expert witness.

4

I follow the fee schedule imposed by Vanderbilt University Medical School for expert review and testimony.   The hourly charge is $ 375.00 _____ for review of cases and $ 500.00 _____ testifying.

_____
JEROME THOMPSON, M.D.

4844-5279-2090, v. 1

Thompson, JW

## CURRICULUM VITAE
Jerome (Jerry) Walter Thompson, MD, MBA

**PERSONAL DATA**
PLACE OF BIRTH:                    USA

**ACADEMIC POSITIONS:**            Chair, Dept of Otolaryngology-Head and Neck Surgery (Present)
                                   Associate Dean, Graduate Medical Education (Past)
                                   Associate Dean, Continuing Medical Education (Past)
                                   *Division Head, Pediatric Otolaryngology, UTHSC (Present)*
                                   *Division Head, Pediatric Otolaryngology, St. Jude Children's Hosp (Present)*
                                   *Associate Chief Medical Office (Past)*

**OFFICE ADDRESS:**                Department of Otolaryngology
                                   University of Tennessee Health Science Center
                                   910 Madison Madison, Suite 408
                                   Memphis, TN 38163
                                   (901) 448-5886 (Office); (901) 448-5120 (Fax)

**EDUCATION:**
*UNDERGRADUATE*
1968                               University of Austria, Innsbruck
                                   German Literature

1968-1972                          University of California,(UCR)
                                   Riverside,CA
                                   Degree: BA (with honors)

*GRADUATE/MEDICAL SCHOOL*
1972-1976                          University of California Medical School,
                                   (UCLA) Los Angeles, CA; Degree: MD

*Internship:*
1976-1977                          University of California School of Medicine,
                                   (UCLA) Los Angeles, CA; Department of Surgery

*Residency:*
1977-1978                          University of California School of Medicine,
                                   (UCLA) Los Angeles, CA; Department of General Surgery & Otolaryngology

1978-1981                          University of California School of Medicine,
                                   (UCLA) Los Angeles, CA; Division of Head and Neck Surgery

*Postgraduate:*
1981-1983                          Pediatric Otolaryngology
                                   2yrs. additional Pediatric ENT Training
                                   with Dr. Seymour R. Cohen @ LA Children's Hospital
                                   Los Angeles, CA (ABMS did not recognize nor certify
                                   Pediatric Fellowships until 1997)

1992-1994                          University of California, Los Angeles
                                   Anderson School of Business (UCLA) Los Angeles, CA
                                   Degree: MBA - Finance



2

**BOARD CERTIFICATION:**
American Board of Otolaryngology, #17611                                           1981

**MEDICAL LICENSURES:**
Arkansas License #E0622                                                            1995
Tennessee License #O25322                                                          1994

**ACADEMIC AND PROFESSIONAL HONORS & AWARDS:**
JDRF Living and Giving Award                                                       3/31/12

Alpha Omega Alpha Honor Medical Society                                            2008

Empire's Who's Who Among Executives and Professionals in Education
Honor's Edition                                                                    2006-2007

American Academy of Otolaryngology Head & Neck Surgery Foundation                  Sept 2005
Outstanding Contribution, Instruction Course Program

Awarded "Best Teacher", Dept. of Otolaryngology, University of Tennessee
Health Science Center                                                              2005

Awarded "Best Teacher", Dept. of Otolaryngology, University of Tennessee
Health Science Center                                                              2004

Chairman, Methodist Hospitals, Dept. of Otolaryngology Head & Neck
Surgery                                                                            2004-2011

Best Doctors in America's – 14 years in a row                                      1994-2010

American Academy of Otolaryngology, Honor Award Recipient                          2001

Awarded "Best Teacher", Dept. of Otolaryngology, UTHSC                             1999-2000

Medical Case Reviewer Cigna Health Care Plan                                       1998-2002

Awarded Best Medical Student Educator ENT Department                               1998

Awarded Best Basic Science Instructor ENT Department                               1998

County Mayor's Medical Advisory Subcommittee on Physician                          1997-2000
Affairs, Member

County Mayor's Medical Advisory Council, Member                                    1997-1999

Program Director, Otolaryngology Medical Student Clinical Clerkships               1997-2000

Medical Director, UT ENT Prudential Capitated Health Care Contract                 1996-1998

Medical Director, Homework Hotline, Channel 5/UTMG                                 1996-1998

3

**ACADEMIC AND PROFESSIONAL HONORS & AWARDS (continued):**

| | |
|---|---|
| Medical Director, UT Craniofacial Team | 1996-2004 |
| Associate Dean GME & CME UT | 1999-2001 |
| Associate Chief Medical Officer, UT Medical Group | 1995-1999 |
| Director, UT Pediatric ENT Fellowship | 1996-2011 |
| American College of Physician Executives, Fellow with Advanced Standing | 1994-present |
| Medical Director, Audiology and Speech Therapy, St. Jude Children's Research Hospital | 2007-present |
| Division Head, Pediatric Otolaryngology-HNS, St. Jude Children's Research Hospital | 1994-present |
| Division Head, Pediatric Otolaryngology-HNS, UT Memphis, LeBonheur | 1994-present |
| Division Head, Pediatric ENT L.A. Children's Hospital | 1993-1994 |
| Children's Hospital of LA Distinguished Physician Award | 1989 |
| American Society of Pediatric Otolaryngology, Founding Member | 1985 |
| UCLA Golden Apple Teaching Award | 1976 |
| NASA Environmental Research Award | 1968 |
| American Society of Pediatric Otolarynology, President | 2008-2009 |
| Chief of Surgery (Pediatrics) – LeBonheur Children's Medical Center | 2009-2013 |
| The Memphis Medical Society, President | 2011-2012 |
| The Memphis Medical Society, Board of Directors | 2003-2009 |
| The Memphis Medical Society, Treasurer | 2003-present |
| The Memphis Medical Society, Legislative Committee | 1995-2003 |
| American Society of Pediatric Otolaryngology (ASPO), Financial Committee Chairman | 1999-2006 |
| American Society of Pediatric Otolaryngology (ASPO), Bylaws Committee | 2009-2012 |
| Society of University Otolaryngologists, Committee on New Technology in Otolaryngology, Member | 1998-2002 |
| Society of University Otolaryngologists, Undergraduate Educ Committee Chair | 1998-2002 |

4

## COMMUNITY ACTIVITIES & BOARDS

| | |
|---|---|
| Coach, Independent Presbyterian Church girl's softball | 1998-2000 |
| Flag Football Coach, Germantown Youth Athletic Association | 2007-2009 |
| Juvenile Diabetes Research Foundation<br>Board of Director, Member | 2002-Present |

## NATIONAL MEDICAL SOCIETY ELECTED POSTS AND COMMITTEE MEMBERSHIPS

| | |
|---|---|
| Board of Communication Disorders and Sciences<br>State of Tennessee (Gov. Phil Bredensen) | 2008-2010 |
| ASPO-Ad Hoc Health Economics & Policies Committee (member) | 2008-Present |
| ASPO-Ad Hoc Sub Certification Committee (member) | 2012-2014 |
| American Academy of Otolaryngology - Audit Committee | 2006-2009 |
| Tennessee Medical Association – Insurance Committee (Chairman) | 2006-Present |
| Tennessee Medical Association – House of Delegates (Representative) | 2007-Present |
| Tennessee Medical Association – Chairman Membership Committee | 2012 |
| Tennessee Medical Association – Alternate Delegate | 2005-2006 |
| Juvenile Diabetes Research Foundation<br>Lay Review Committee | 2007- Present |
| Mayor's Medical Advisory Committee | 1998-2000 |
| American Academy Otolaryngology Head and Neck Surgery<br>RVU Committee Member | 1998-2004 |
| American Association of Medical Colleges (AAMC), MGMA<br>Advisory Committee on Faculty Productivity/Compensation | 1997-1998 |
| American Association of Medical Colleges (AAMC),<br>Advisory Committee Managed Care, Member | 1997-2000 |
| AAMC Academic Medical Center FTE Project,<br>Advisory Committee, Member | 1996-1997 |
| Amer. Society of Ped (ASPO), Audit Committee<br>Chairman | 1994-1998 |
| American Broncho-Esophagologic Association (ABEA),<br>Executive Council, Member | 1991-1992 |

5

## NATIONAL MEDICAL SOCIETY ELECTED POSTS AND COMMITTEE MEMBERSHIPS (continued)

| | |
|---|---|
| American Society of Pediatric Otolaryngology (ASPO), Local Arrangements, Chairman | 1986-1991 |
| American Society of Pediatric Otolaryngology (ASPO), CME Chairman | 1985-1988 |
| American Society of Pediatric Otolaryngology (ASPO), Education | 1981-1984 |
| American Society of Pediatric Otolaryngology (ASPO), Secretary | 1979-1980 |
| Shelby County Mayor's Medical Advisory Council – "Ghosts from the Nursery" Advisory Panel | 1999-2000 |
| Shelby County Mayor's Medical Advisory Council, Member | 1997-2000 |
| TLC Medical Advisory Committee (MAC), Member | 1996-1999 |
| TLC Credential Sub Committee, Member | 1996-1999 |
| TLC Capitation Conversion - Co-Chairman | 1996-1999 |

## MEDICAL SOCIETY MEMBERSHIPS:

| | |
|---|---|
| Arkansas Medical Society | 1999 |
| Society of University Otolaryngologists | 1997 |
| Southern Medical Society, Member #H03258 | 1996 |
| Shelby County Pediatric Society - Memphis | 1995 |
| Tennessee Medical Association - Memphis | 1994 |
| Memphis-Shelby County Otolaryngology Society | 1994 |
| American College of Surgeons, Fellow # 03017375 | 1992 |
| American Academy of Pediatrics, Fellow #139691 | 1989 |
| American Academy of Otolaryngology Head & Neck Surgery, Fellow #17611 | 1983 |
| American Medical Society, Member #H03258 | 1981 |

## UNIVERSITY, HOSPITAL & NATIONAL COMMITTEE MEMBERSHIPS

University of Tennessee Health Science Center

| | |
|---|---|
| UT- LCME Curriculum Management Committee | 2005-2007 |
| UTHSC Faculty Mentor | 2010-present |

6

## UNIVERSITY, HOSPITAL & NATIONAL COMMITTEE MEMBERSHIPS

| | |
|---|---|
| Methodist Medical Executive Committee | 2004-present |
| UT – Committee on Undergraduate Medical Education, Ex-Officio Member | 1999-2003 |
| UT County IDS Project, Advisor to Mayor Rout and Nancy Lawhead – Appointed by the Chancellor | 1998-1999 |
| UT – Medical School Curriculum Project for Associate Dean Peppler | 1998 |
| Neurology Dept. GME Internal Review, Committee, Chairman | 1998 |
| Neurology Dept. Internal Review Committee, Chairman | 1998 |
| Anesthesia Dept. Internal Review Committee, Member | 1997 |
| Pediatrics Dept. Internal Review Committee, Member | 1997 |
| UT ENT Advisor Resident Probation as Associate Dean | 1997-1999 |
| UT Craniofacial Team, Medical Director | 1996-2006 |
| Clinical Sub-Specialties Sub-Committee, Medical School, Member | 1996-1999 |
| Residency Down Sizing Committee, Member | 1996 |
| UT/West Tennessee Correctional Health Care Feasibility Study Committee, Chairman | 1996-1998 |

## LEBONHEUR COMMITTEES

| | |
|---|---|
| Division Head Consultant for Otolaryngology | 2003-present |
| Senior Leadership Committee member | 2009-present |
| Perioperative & Committee Meeting | 2006-present |
| Operative and Invasive Procedures Committee | 2006-present |
| Physician Advisory Council | 2006-present |
| Quality Assurance Committee, Member | 1998-1999 |
| Otolaryngology Consultant to Medical Staff (equivalent to Division Head) | 1997-2001 |
| Operating Room Committee, Member | 1997-present |
| Pharmacy Committee, Member | 1997-1999 |
| Infectious Disease Committee, Member | 1997-1998 |
| Performance Improvement Committee, Chairman | 1997-1998 |

**SERVICE/ADMINISTRATION UT MEDICAL GROUP INC**

| | |
|---|---|
| UTMG TLC (HMO) Credential Committee, Member | 1999-2000 |
| UTMG Credential Committee, Chairman | 1999-2001 |
| UTMG Shelby County Health Dept./UTMG Coverage Contract, Lead-Negotiator | 1988 |
| UTMG Impaired Physician Review Committee (Med. ER), Chairman | 1998-1998 |
| UTMG PruCare Otolaryngology Capitation Care Medical Director | 1997-1998 |
| UTMG Finance Committee, Member | 1997-2000 |
| UT Bowld/UTMG Strategic Planning Committee, Member | 1997-1999 |
| UTMG TLC-(HMO) Capitation Conversion Committee, Co-Chairman | 1997-1999 |
| UT/UTMG Tele-Medicine Feasibility Project /West Tennessee Rural Facility, Co-Chairman | 1997-1999 |
| UTMG Physician Performance Evaluation CMO's Office, Project Dir. | 1997-1999 |
| UTMG - Germantown Experience Phase I & Phase II Chairman | 1997-1999 |
| UT/UTMG Med. Peds. Practice Advisor | 1997-1999 |
| UTMG/UT Med. Psych ER Project | 1997-1998 |
| UTMG - Professional Accountability Committee, Member | 1997-1998 |
| UTMG-FTE Project for AAMC | 1997-1998 |
| UTMG - Medical Director Channel 5/UTMG Homework Hot Line | 1997-1998 |
| UTMG - Advance East Building Site Selection, Committee Member | 1997-1998 |
| UTMG Clinical Operations Committee, Member | 1995-1997 |
| Physician Compensation Project Steering Committee | 1995-1999 |
| UTMG Board of Directors, Member | 1995-2002 |
| UTMG - Peds ENT Division Head @ LeBonheur | 1995-present |

**UNIVERSITY APPOINTMENTS:**
Clinical Faculty (Volunteer) Member
Vanderbilt University School of Nursing — 2004-present

Telemedicine Hospital Consultant Appointment
University of Tennessee, Memphis — Present

8

## UNIVERSITY APPOINTMENTS (contd:

Chair, Otolaryngology-Head and Neck Surgery
University of Tennessee, Memphis, TN — 2001-present

Faculty Member, Department of Allergy & Immunology
University of Tennessee, Memphis, TN — 2001-present

Professor of Pediatrics
University of Tennessee, Memphis, TN — 2001-present

Program Director of Otolaryngology - Head & Neck Surgery
University of Tennessee, Memphis, TN — 2/2002-7/2004

Program Director of Otolaryngology - Head & Neck Surgery
University of Tennessee, Memphis, TN — 2/2006-6/2009

Adjunct Clinical Faculty Member
St. Jude Children's Research Hospital, Memphis, TN — 2001-present

Interim Chair, Department of Otolaryngology
University of Tennessee, Memphis, TN — 2000-2001

Associate Dean, Continuing Medical Education
University of Tennessee, Memphis, TN — 1999-2001

Associate Dean, Graduate Medical Education
University of Tennessee, Memphis, TN — 1999-2001

Adjunct Associate Professor of Hearing and Speech Pathology,
University of Memphis, Dept. of Hearing and Speech Pathology — 1998-present

Head, UT Division of Pediatric Otolaryngology,
St. Jude Children's Research Hospital, Memphis, TN — 1997-present

Head, UT Division of Pediatric Otolaryngology
LeBonheur Children's Hospital, University of Tennessee, Memphis, TN — 1994-present

Associate Professor of Otolaryngology - Head & Neck Surgery
University of Tennessee, Memphis, TN — 1994-2001

Associate Professor of Pediatrics, University of Tennessee,
Memphis, School of Medicine, Memphis, TN — 1994-2001

Associate Clinical Professor, University of Southern California
School of Medicine, Los Angeles, CA — March 1994

Assistant Clinical Professor, University of Southern California
School of Medicine, Los Angeles, CA — 1986-1994

9

## HOSPITAL APPOINTMENTS:

| | |
|---|---|
| Clinical Lecturer, University of Southern California School of Medicine, Los Angeles, CA | 1981-1986 |
| Dyersburg Regional Medical Center | 2004-present |
| LeBonheur East Surgery Center | 1995-present |
| LeBonheur Children's Medical Center | 1994-present |
| St. Jude Children's Research Hospital | 1994-present |
| Baptist Memorial Hospital | 1994-present |
| Methodist Hospital | 1994-present |
| Regional Medical Center | 1994-present |
| Veterans Administration Medical Center | 1994-present |
| CDD (Center for Developmental Disabilities) | 1994-present |

## PRACTICE EXPERIENCE:

2000 – Full time Academic Clinical Practice

1994-2000 -Full Time Academic Clinical Practice of Medicine, UT Memphis 1/2 Time. Medical Group Administration, UTMG Memphis 1/2 Time.

1983-94 - Clinical Practice of Medicine @ LA Children's Hospital, Clinical Staff USC.

1981-83 – Postgraduate Pediatric Otolaryngology (Fellowship) @ LA Children Hospital.

## TEACHING and MENTORSHIP EXPERIENCE:

| | |
|---|---|
| Research Preceptor      "Epidemiology of Maxillofacial Injuries at a Level 1 Trauma Center in Memphis | 2004 |
| Career Day-Lectures:      One-hour lecture each year on managed care - x 5 yrs      One hour panel discussion each year - x 5 yrs | 1995-99 5 hours 5 hours |
| Grand Rounds UT Department of Pediatrics and Department of Family      Medicine; 4 one hour presentations (1 per yr.) | 1995-98 |

UT Medical Student lectures for Edwin Cocke Research Symposium, June 27, 2003 - Mentor
   **Blake Williams, UT medical student**
   "Sensory Neural Hearing Loss Post Radiation Therapy (3-8 year onset):

   Cumulative Incidence of Hearing Loss"
   **Jonathan Hafner, UT medical student**
   "Case Study- Evaluation of a Unilateral Neck Mass in a Child"

10

UT Medical Student lectures for Edwin Cocke Research Symposium, June 27, 2004  ~ Mentor
>    Adam Willis, PhD, UT medical student
>    "Laryngopharyngeal Reflux and Obstructive Sleep Apnea"

UT Medical Student lectures for Edwin Cocke Research Symposium, June 27, 2005  ~ Mentor
>    Charles T. Wright-M4,  UT medical student
>    "Pediatric Retropharyngeal Infections"

UT Medical Student lectures for Edwin Cocke Research Symposium, June 27, 2005  - Mentor
>    Jonathan Haynes, M2, UT medical student
>    "Otoprotection by Alkalinized STS:  A Study in Progress"

>    James Chad Greene, M3, UT medical student
>    "Lipomatosis of the Neck – A Case Presentation"

>    Gabriel H. Phillips, M3, UT medical student
>    "Chemoprotection of Cisplatin Induced Ototoxicity by Administration of Sodium Thiosulfate: A Tale of Two Guinea Pigs"

UT Medical Student lectures for Edwin Cocke Research Symposium, June 27, 2006 - Mentor
>    Jonathan Haynes, M3, UT medical student
>    "Otoprotection by Alkalinized STS in the Setting of Cisplatin Ototoxicity"

>    David Gerth, M4, UT medical student
>    "The Prevalence of Depression in Head and Neck Cancer Patients at the Time of Diagnosis"

>    George DeHoff, M2, UT Medical Student
>    "Obstructive Sleep Apnea in the Pediatric Down Syndrome Patient"

>    Dawn Tottenham, M2, UT Medical Student
>    "Ostructive Sleep Apnea in Malignant Infantile Osteopetrosis"

UT Medical Student lectures for Edwin Cocke Research Symposium, June 27, 2007 - Mentor
>    George DeHoff, 3rd yr medical student
>    "Body Mass Index as an Indicator of Obstructive Sleep Apnea in Pediatric Down Syndrome Patients"

UT Medical Student lectures for Edwin Cocke Research Symposium, June 27, 2008 - Mentor
>    John Stites, UT medical student
>    "Obstructive Sleep Apnea in Sickle Cell Disease"

>    Jacqueline Angel, UT medical student
>    "Head and Neck Tumor Incidence and Survival: Tumor Registry for UT"

UT Medical Student lectures for Edwin Cocke Research Symposium, June 27, 2010 - Mentor
>    Ben Oberman, M4, UT medical student
>    "HPV and Oropharyngeal Carcinoma"

11

**Jessica Moskovitz-Somerville, M4**
"Non-otogenic lateral sinus thrombosis: A Complication of Acute Sphenoid Sinusitis"

**UT Medical Student lectures (M4) clinical skills curriculum**
"Hospital Structure & Healthcare Reform - Monday, March 7, 2011
920 Madison, 7th Floor, Memphis, TN

"Physician Employment & Healthcare Vocabulary - Monday, April 11, 2011
920 Madison, 7th floor, Memphis, TN

UT Medical Student lectures (M4) Kaplan Clinical Skills curriculum
"Healthcare Lecture-Basic Vocabulary #1" – Monday, September 26, 2011
GEB A304, Memphis, TN

UT Medical Student lecture
"Pizza and Politics" – Dr. Jerome Thompson (Memphis Medical Society President)
GEB A1033 – Thursday, October 6, 2011

UT Medical Student lecture (M4) clinical skills curriculum
""New Health Care Reform" – Monday, January 23, 2012
GEB A304, Memphis, TN

"Hospital Economics" – Monday, February 13, 2012
GEB A304, Memphis, TN

"Practice Economics" – Monday, March 12, 2012
GEB A104, Memphis, TN

Women in Medicine and Science (WiMS) workshop - Interview Skills lecture
"Interview Skills 101 – Throw What You Thought Out the Window"
GEB A304 - Monday, March 19, 2012

UT Medical Student lecture (M4) clinical skills curriculum
""Future Healthcare of Job Opportunities" – Monday, March 26, 2012
GEB A304, Memphis, TN

""Basic Vocabulary #1" – Monday, September 24, 2012
GEB A204, Memphis, TN

""Basic Vocabulary #2" – Monday, October 22, 2012
GEB A204, Memphis, TN

UT Medical Student lecture (M4) clinical skills curriculum
""Current Healthcare System" – Monday, November 19, 2012
GEB A304, Memphis, TN

UT Medical Student lecture (M4) clinical skills curriculum
""New Health Care Reform" – Monday, January 28, 2013
GEB A304, Memphis, TN

12

"Hospital Economics" – Monday, February 11, 2013
GEB A304, Memphis, TN

"Practice Economics" – Monday, March 11, 2013
GEB A104, Memphis, TN

""Future Healthcare of Job Opportunities" – Monday, April 15, 2013
GEB A304, Memphis, TN

"Healthcare:"Basic Vocabulary #1" – Monday, September 23, 2013
GEB A204, Memphis, TN

"Healthcare:"Basic Vocabulary #2" – Monday, October 21, 2013
GEB A204, Memphis, TN

""Current Healthcare System" – Monday, November 25, 2013
GEB A304, Memphis, TN

""Healthcare --New Health Care Reform" – Monday, January 13, 2014
TBD, Memphis, TN

""Healthcare --Hospital Economics" – Monday, February 10, 2014
TBD, Memphis, TN

""Healthcare –Practice Economics" – Monday, March 10, 2014
TBD, Memphis, TN

""Healthcare –Future Healthcare Job Opportunities" – Monday, April 14, 2014
TBD, Memphis, TN

| | |
|---|---|
| UT Medical Student Lectures for Clinical Clerkships: | 1994-present |
| Otolaryngology fourth year mandatory rotation one hour lecture/ week for every UT Medical Student. 36 wks X 1 hr x 5 yrs = 180 hrs | 180 hrs/5 yrs |
| One four hour clinic with 1-2 Medical Students @ LeBonheur Ped ENT Clinic.36 wks x 4 hrs x 5 yrs = 720 hrs | 720 hrs/5 yrs |
| ICS course instruction of UT Medical Students in the basics of | 1994-present |
| Otolaryngology clinical exams. Two four-hour clinics two times per year:16 hrs x 5yrs = 80 hrs | 80 hrs/5 yrs |
| Director of Medical Student Education, UT ENT Department | 1994-present |
| Preceptor/Advisor for Residents on Probation in ENT (1-2 per yr.) | 1994-present |
| ENT Journal Club – Monthly | 1994-present |
| Pediatric ENT Journal Club Quarterly | 1994-present |

13

| | |
|---|---|
| Children's Hospital of Los Angeles, Attending Physician University of Southern California School of Medicine, Associate Clinical Professor (responsible for the pediatric ENT training for USC, UCLA & Martin Luther King, Jr., training program for 13 yrs). An average of three residents were on the service at any one time. | 1981-1994 |
| UCLA Resident Teaching Award | 1999 |
| UCLA Resident Teaching Award | 1981 |
| UCLA Golden Apple Award for teaching medical students | 1980 |
| Christian Brothers University Master of Science in Physician Assistant Studies (preceptor) | 2012- |

## INVITED LECTURES AND PANEL DISCUSSIONS:

1. **"Common ENT Problems in the School Age Child."** Seminars for School Physicians. Children's Hospital Los Angeles; May 2, 1983.

2. *"Use of the CO² Laser."* Children's Hospital Los Angeles, Department of Dentistry; May, 1983.

3. **"Common ENT Problems in the School Age Child."** Seminars for School Physicians, Children's Hospital Los Angeles; May 1985.

4. **"Pediatric Airway Emergencies."** Medical Staff Grand Rounds, Presbyterian Intercommunity Hospital, Whittier, California; November 1985

5. **"Airway Foreign Body Management."** Kaiser Permanente Hospital; January 1986.

6. **"Common Problems in Pediatrics."** Symposia Medicus., Newport Beach, California; April 3-5, 1986.

7. **"Head and Neck Masses in Children."** USC School of Medicine Resident Training Program; August 13, 1986.

8. **"ENT Problems in the School Age Child."** Seminars for School Physicians. Children's Hospital of Los Angeles; October 1986.

9. **"Respiratory Management of Infants and Children."** Grand Rounds Department of Pediatrics; October, 1986.

10. **"Differential Diagnosis of Neck Masses."** Children's Hospital Los Angeles; November 1986.

11. **"ENT Problems in the School Age Child."** Seminars for School Physicians, Children's Hospital Los Angeles; April 1987

12. **"Use of the Laser on the Oral Cavity."** Children's Hospital Pediatric Dental Group; May 16, 1987.

13. **"Upper Airway Anatomy."** Annual Clinical Conference in Pediatric Anesthesiology, Children's Hospital Los Angeles. Los Angeles, California; January 29-31, 1988.

14

14. **"Vasoform Tumors of Children."** Panel Discussion PCOAST Meeting, San Diego, California; June 28, 1988.

15. **"Upper Airway Anatomy."** Annual Clinical Conference in Pediatric Anesthesiology, Children's Hospital Los Angeles, Los Angeles, California; January 27-29, 1989.

16. **"Pediatric Airway Emergencies."** Simi Valley Adventist Hospital; February 1989.

17. **"Pediatric Airway Emergencies."** Tarzana Regional Medical Center; June 1989.

18. **"Pediatric Airway Emergencies."** Torrance Memorial Hospital; September 1989.

19. **"Complications of Ventilating Tubes."** Grand Rounds, Children's Hospital of Los Angeles. Los Angeles, California; February 23, 1990.

20. **"Chronic Otitis Media."** Medical Staff Grand Rounds, Tarzana Regional Medical Center;  April 9, 1990.

21. **"Pediatric Airway Emergencies."** Tarzana Regional Medical Center Medical Staff CME lecture 1991.

22. **"Upper Airway Obstruction in Children."** Southwestern Pediatric Society; May 9, 1992.

23. **"Panel Discussion on Foreign Bodies in the Pediatric Airway."** Pacific Coast Oto-Ophthalmologic 76th Annual Meeting: Invited. June 22, 1992.

24. **"Laser Safety and Pediatric Foreign Bodies."** Orange County Society of Otolaryngology Head and Neck Surgery. November 5, 1992.

25. **"Pediatric Airway Management."** 22nd Annual USC Faculty Update in Pediatrics, Pediatric Horizons, Pasadena, California; May 14-16, 1993.

26. **"Pediatric Airway Management."** Annual Clinical Conference in Pediatric Anesthesiology, Children's Hospital, Los Angeles. Los Angeles, California; January 28-30, 1994.

27. **"Carroll/Henry County Medical Group Meeting."** McKenzie Methodist Hospital. McKenzie, TN. November 21, 1994.

28. **"Out-Reach Program."** Pemiscot Memorial Hospital, Haiti, MI; December 12, 1995.

29. **"Otitis Media and Pediatric Ear Disease & Vent Tubes."** Twenty-Eighth Annual  Review Course for the Family Physician, University of Tennessee, Memphis, Memphis, TN; March 14, 1995.

30. **"Managed Care."** Alpha Epsilon Delta Pre-Health Honor Society as the Speaker of the Evening at The University of Memphis; March 28, 1995. Memphis, TN.

31. **"Pediatric Airways."** Eighteenth Annual Pediatric Symposium and Etteldorf Lectureship (Invited Lecturer), University of Tennessee, Memphis, TN; March 15, 1996.

32. **"Current Issues in Otolaryngology."** (Invited Lecturer). University of Tennessee, Memphis, Department of Otolaryngology-HNS; June 1-2, 1996.

15

33. **"Congenital Ear Anomalies."** Second Annual Research Forum, Baptist Conference Center. Memphis, TN; June 12, 1996.

34. **"Endoscopic Sinus Surgery Controversies."** Tennessee Thoracic Society and Tennessee Society of Allergy and Immunology Annual Conference (Invited Lecturer). Nashville, Tennessee; July 19-20, 1996.

35. **"What is New in Chronic Otitis Media, Tonsillectomy and Chronic Sinusitis in the Pediatric Population"** Grand Rounds at LeBonheur Children's Medical Center Memphis, 8/96.

36. **"Benchmarking Does Not Always Good Practice in Medicine."** NACHRI 1996, Patient Care FOCUS Group Findings Meeting as an Invited Lecturer. Washington, DC; September 12-13, 1996.

37. **"Anatomy of the Inner Ear and Genetic Hearing Loss"** Early Detection and Management of the Hearing Impaired Child Conference, (Invited Lecturer), Baptist Memorial Health Care, Memphis, TN , September 13-14, 1996.

38. **"Pediatric Neck Masses, Childhood Tumors of H/N."** Dept. of Otolaryngology-HNS University of Tennessee, Memphis-HNS, Didactic Lecture Series, Memphis TN; September 26, 1996.

39. **"Difficult Airway Management in Otolaryngologic Surgery."** 22nd Annual Course entitled, Washington DC; September 29 - October 2, 1996.

40. **"Airway Management of the Fetus, Neonate, Infant and Child."** 1996 Annual Meeting Instruction Course Program. October 1, 1996; Washington, DC.

41. **"Pediatric Airway."** Dept. of Otolaryngology-HNS, University of TN, Memphis, Didactic Lecture Series; October 10, 1996.

42. **"Career Day - Medical Economics"**, University of Tennessee, Memphis, October 31, 1996; Memphis, TN.

43. **"Team Presentation of a Child with Cleft Lip/Palate."** LeBonheur Regional Meeting. October 31, 1996; Memphis, TN.

44. **"Systemic Manifestation of Diseases in Children"**. University of Tennessee, Memphis, Dept. of Otolaryngology-HNS Didactic Lecture Series; November 14, 1996.

45. **"Fire in the Operating Room During Tracheotomy."** Report of Three Cases, Southern Medical Association 90th Annual Scientific Assembly, Baltimore, Maryland; November 22, 1996.

46. **"Symposium Participant at the M Preventative Medicine, Health Care Delivery Panel."** Memphis, Tennessee; December 5, 1996.

47. **"Managed Care."** M1 Preventive Medicine Health Care Delivery Panel (Invited Lecturer), Memphis, Tennessee. December 5, 1996.

48. **"Epistaxis Management."** (Invited Lecturer), Dept. of Medicine and Clinical Science Lectures, University of Tennessee, Memphis; March 18, 1997

49. **"Pediatric Sinusitis"** at the Otolaryngology for the Primary Care Physician Course Memphis, Tennessee; April 1997.

16

50.   "Tonsillectomy & Adenoidectomy." Otolaryngology for the Primary Care Physician Course, Dept. of Otolaryngology-HNS, University of Tennessee, Memphis. April 21, 1997.

51.   "Otitis Media Management for Primary Care." Otolaryngology for the Primary Care Physician Course, Dept. of Otolaryngology-HNS, University of Tennessee, Memphis; April 21, 1997.

52.   "Neonatal Airway Obstruction Management for Primary Care." Otolaryngology for the Primary Care Physician Course, Dept. of Otolaryngology-HNS, University of Tennessee, Memphis; April 21, 1997.

53.   "Update on Maternal Fetal Circulation Management of Neonatal Airway." Otolaryngology for the Primary Care Physician Course, Dept. of Otolaryngology-HNS, University of Tennessee, Memphis; April 21, 1997.

54.   "Neck Masses and Primary Care Practitioner." Otolaryngology for the Primary Care Physician Course, Dept. of Otolaryngology-HNS, University of Tennessee, Memphis; April 21, 1997.

55.   "Laryngeal Papilloma Update for Primary Care Practitioners." Otolaryngology for the Primary Care Physician Course, Dept. of Otolaryngology-HNS, University of Tennessee, Memphis. Tennessee; April 21, 1997.

56.   "The Predictive Value of Serum Interleukins of Recurrent Respiratory Papillomatosis-A Preliminary" First Annual Ed Cocke Symposium in Otolaryngology and the Sam Sanders Resident Research Forum Memphis, Tennessee, 6/11/99.

57.   "Complex Airway Management and/or Complex Tracheotomies." Arlington Developmental Center, Arlington, Tennessee; October 22, 1999.

58.   "Impact of Medicaid Managed Care on Utilization and Payor Mix of Elective Pediatric Surgery" Second Annual Ed Cocke Symposium in Otolaryngology and the Sam Sanders Resident Research Forum; Memphis, Tennessee 6/23/00.

59.   "Hearing Disorders: Assessment and Intervention." (Invited Lecturer) Boling Center for Developmental Disabilities, Memphis, Tennessee; January 20, 2000.

60.   "Rules governing state and federal loans and loan payback. UT rules regarding loans; impact of joining the military for financial reasons on long term career." (Invited Lecturer) Finances and Career Planning Seminar for M-1 Students. Memphis, Tennessee; February 23, 2000.

61.   "Difficult Pediatric Airway." 2000 Lecture Series for Otolaryngology Residents. Memphis, Tennessee. March 9, 2000.

62.   "Tonsils." 2000 Lecture Series for Otolaryngology Residents. Memphis, Tennessee; March 16, 2000.

63.   "Otis Media—Updated for Y2K." Thirty-Third Annual Review Course for the Family Physician. Memphis, Tennessee; March 17, 2000.

64.   "Angiofibroma." 2000 Lecture Series for Otolaryngology Residents. Memphis, Tennessee; April 10, 2000.

17

65. **"Current Issues in Pediatric Otolaryngology."** Moderator at the Second Annual Ed Cocke Symposium in Otolaryngology and the Sixth Annual Sam Sanders Resident Research Forum.   Baptist Memorial Hospital – Central, Groner Auditorium.  Sponsored by the Department of Otolaryngology – Head And Neck Surgery, University of Tennessee Health Science Center.  Memphis, Tennessee;  June 23, 2000.

66. **"Optimal Care for the Child With Dysphagia."**  The American Speech-Language-Hearing Association's 2000 Annual Convention in Washington, D.C;  November 16, 2000.

67. **The Future of the Department of Otolaryngology at the University of Tennessee Health Science Center."**  The Memphis Society of Otolaryngology-Head and Neck Surgery Physicians Meeting.  Memphis, TN;  June 28, 2001.

68. **The Impact of TennCare on Utilization and Payor Mix of Elective Pediatric Surgery"** Third Annual Ed Cocke Symposium in Otolaryngology and the Sam Sanders Resident Research Forum  Memphis, Tennessee, Tennessee 6/22/01.

69. **Epistaxis".**  In-service lecture to Nursing Staff.  St. Jude Children's Research Hospital Memphis, November 19, 2002.

70. **Antihistamine Therapy in Pediatrics."**  Pfizer, Memphis, TN October 27, 2003.

71. **Mucoepidermoid Carcinoma of Parotid Gland".**  42nd Annual Basic Science Course for Otolaryngology and Head and Neck Surgery.  Armed Forces Institute of Pathology at Walter Reed Army Medical Center.  Washington, DC.  February 25, 2004

72. **Airway Obstruction".**  In-service lecture at Le Bonheur Children's Research Hospital, Memphis, Tennessee, May 2004.

73. **Mangement in the Pediatric Airway".**  43rd Annual Basic Science Course for Otolaryngology and Head and Neck Surgery.  Armed Forces Institute of Pathology at Walter Reed Army Medical Center, Washington, DC, February 28, 2005.

74. **Intracranial Complications of Pediatric Sinusitis".**  American Academy of Otolaryngology-Head & Neck Surgery, Los Angeles, CA, September 25-28, 2005.

75. **"Management of Difficult Airway",** Pediatric Grand Rounds, LeBonheur Children's Medical Center, February 15, 2006.

76. **"Management of Difficult Pediatric Airway".**  Memphis Chapter of the Emergency Nurses Association, Brooklyn Bridge Italian Restaurant, Memphis, TN, May 11, 2006.

77. **"Pay for Performance",** Tennessee Medical Association (Town Hall Meeting), Knoxville, TN, October 19, 2007.

78. **"Management of Difficult Airway",** Greater Lake Medical Center, Grenada, MS, September 28, 2007.

79. **"Pay for Performance",** Tennessee Medical Association (Insurance Committee Meeting), Nashville, TN February 2, 2008

18

80. **"Management of Difficult Airway"**, Pediatric Grand Rounds, LeBonheur Children's Medical Center, February 13, 2008.

81. **"Lecture Series"**, Research Study Club of Los Angeles, Los Angeles, CA, January 11-12, 2008.

82. **"JDRF Research Innovative Review Panel"**, Teleconference, October 14, 2008.

83. **"Pediatric Tracheostomy"**, Schoettle Center, West Memphis, Arkansas, October 17, 2008.

84. **"Management of Difficult Airway"**, Grand Rounds (Pediatric Surgery Dept), LeBonheur Children's Medical Center, Memphis, TN, April 22, 2009.

85. **"Advances in Diabetes Research"**, Lecture (JDRF Annual Meeting), Carrabba's Italian Grill, Memphis, TN, June 9, 2009

86. **"Difficult Airway Management Course"**, Course Director - Medical Education & Research Institute (MERI), Memphis, TN, October 17, 2009.

87. **"Complications of Otitis Media"**, Grand Rounds (Pediatric Dept), LeBonheur Children's Medical Center, Memphis, TN, January 27, 2010.

88. **"Airway Course"**, Medical Education & Research Institute (MERI), Memphis, TN, February 8, 2010.

89. **"Airway Course"**, Medical Education & Research Institute (MERI), Memphis, TN, February 16, 2010.

90. **"Difficult Airway"**, (Guest Lecturer), Vanderbilt University Medical Center, (Vanderbilt Bill Wilkerson Center), Nashville, TN, February 26, 2010.

91. **"Healthcare Reform Bill"** (Guest Lecturer), Memphis Medical Society, (Folks Folly), Memphis, TN, April 20, 2010.

92. **"Healthcare Reform Bill"**, (Grand Rounds), U.T. Health Science Center, (Dept. of Neurology), Memphis, TN, May 14, 2010

93. **"Healthcare Reform Bill"** (Guest Lecturer), Bluff City Medical Society, (Crescent Club), Memphis, TN, May 19, 2010.

94. **"Update on the New Healthcare Reform Legislation"** (Guest Lecturer), Town Hall Meeting sponsored by Memphis Medical Society, St. Francis Hospital – Park Avenue (Longinotti Auditorium), July 29, 2010.

95. **"Healthcare Reform Bill"**, (Grand Rounds), U.T. Health Science Center, (Dept. of Surgery), Memphis, TN, August 25, 2010.

96. **"Healthcare Reform Bill"**, (Guest Lecturer) Germantown Country Club, Germantown, TN, September 16, 2010.

97. **"Lasers"**, (Grand Rounds), U.T. Health Science Center (Dept of Otolaryngology), Memphis, TN, September 24, 2010.

19

98. **"The Lipscomb & Pitts Breakfast Club Health Mixer"**, UT Medical Group-Germantown Campus, Germantown, TN, September 30, 2010.

99. **"Healthcare Reform"**, Tennessee College of Occupational Medicine, Marriott Hotel, 6015 Park Avenue, Memphis, TN, October 2, 2010.

100. AMA – Medical Student Section Region 4 Meeting, University of Tennessee (Student Alumni Center) lectured – **"Health Care Reform"**, University of Tennessee Health Science Center, Memphis, TN, January 15, 2011.

101. **"Healthcare Reform"**, (Grand Rounds), LeBonheur Children's Medical Center, (Dept. of Pediatrics), Memphis, TN, February 2, 2011.

102. **"Healthcare Reform"**, (Didactic Lecture), , UT Jackson Family Practice, Jackson, TN, March 10, 2011.

103. **"Healthcare Reform"**, (Grand Rounds), UT Health Science Center, Department of Obstetrics and Gynecology, Adams Building Pavillion, Ground Floor, Memphis, TN, March 10, 2011.

104. **"Healthcare Reform"**, (Grand Rounds), UT Health Science Center, Division of Pediatrics, LeBonheur Hospital, OR Conference Room (2nd Floor), Memphis, TN, March 23, 2011.

105. **"Healthcare Reform"**, (Grand Rounds), UT Health Science Center, Family Medicine Residents, St. Francis Family Medical Center, Memphis, TN, March 30, 2011.

106. **"Tracheostomies"** (Grand Rounds), UT Health Science Center, Division of Pediatric Surgery, Memphis, TN, April 13, 2011.

107. **"Upper Respiratory Abnormalities & Their Effects on Feeding"** (NICU & Beyond Conference), The Great Hall & Conference Center, 1900 S. Germantown Rd., Germantown, TN, April 15, 2011.

108. **"Accountable Care Organizations"** (Medical Group Management Association-MGMA monthly meeting), The Racquet Club of Memphis, Memphis, TN, October 20, 2011.

109. **"Managing the Difficult Pediatric Airway"** (Grand Rounds), ULPS, Division of Pediatric Surgery, Memphis, TN, September 26, 2012

110. **"Healthcare Reform"** (Grand Rounds), Department of Obstetrics and Gynecology, Memphis, TN, October 30, 2012.

111. **"Managing of Difficult Pediatric Airway"** (Grand Rounds), Department of Pediatrics, Memphis, TN, September 4, 2013.

## NATIONAL COURSES GIVEN:
1. Evaluation of Difficult Airway. **JW Thompson**, F Wong. American Academy of Otolaryngology, Washington, D.C., 1997

2. Management of Difficult Pediatric Airway. **JW Thompson**, RM Stocks. American Academy of Otolaryngology, Washington, D.C., 1997.

3. Management of Difficult Pediatric Airway. **JW Thompson**, RM Stocks. American Academy of Otolaryngology, San Francisco, CA, 1998.

20

4.  Evaluation of Difficult Airway. **JW Thompson**, F Wong. American Academy of Otolaryngology, San Francisco, CA, 1998.

5.  Evaluation of Difficult Airway. **JW Thompson**, F Wong. American Academy of Otolaryngology, New Orleans, LA, 1999.

6.  "Down Syndrome: What the Otolaryngologist Should Know", **JW Thompson**, R M Stocks. American Academy of Otolaryngology, Denver, CO, 2001.

7.  "Down Syndrome: What the Otolaryngologist Should Know", **JW Thompson**, R M Stocks. American Academy of Otolaryngology, San Diego, CA, 2002.

8.  "Down Syndrome: What the Otolaryngologist Should Know", **JW Thompson**, R M Stocks. American Academy of Otolaryngology, Orlando, FL, 2003.

9.  "Management of Difficult Pediatric Airway", **JW Thompson**, R M Stocks. American Academy of Otolaryngology, New York, NY, 2004.

10. "Down Syndrome: What the Otolaryngologist Should Know" **JW Thompson**, R M Stocks American Academy of Otolaryngology, New York, NY, 2004.

11. "Down Syndrome: What the Otolaryngologist Should Know" **JW Thompson**, R M Stocks American Academy of Otolaryngology, Los Angeles, CA, 2005.

12. "Management of Difficult Pediatric Airway", **JW Thompson**, R M Stocks. American Academy of Otolaryngology, Los Angeles, CA, 2005

13. "Management of Difficult Pediatric Airway", **JW Thompson**, RM Stocks. American Academy of Otolaryngology, Toronto, Ontario Canada, 2006.

14. "Down Syndrome: What the Otolaryngologist Should Know" **JW Thompson**, RM Stocks. American Academy of Otolaryngology, Toronto, Ontario Canada, 2006.

15. "Management of Difficult Pediatric Airway", **JW Thompson**, RM Stocks. American Academy of Otolaryngology, Washington, DC, 2007

16. "Down Syndrome: What the Otolaryngologist Should Know" **JW Thompson**, RM Stocks. American Academy of Otolaryngology, Washington, DC, 2007.

17. "Management of Difficult Pediatric Airway", **JW Thompson**, RM Stocks. American Academy of Otolaryngology, Chicago, IL, 2008.

18. "Management of Difficult Pediatric Airway", **JW Thompson**, RM Stocks, American Academy of Otolaryngology, San Francisco, CA, 2011.

19. : A Brief Summary", **JW Thompson**, American Academy of Otolaryngology, San Francisco, CA, 2011.

## LOCAL COURSES :

"Trachs Don't Have to Be Tricky", JW Thompson. St. Jude Children's Research Hospital, Memphis, TN March 8, 2013.

"Trachs Don't Have to Be Tricky", JW Thompson. St. Jude Children's Research Hospital, Memphis, TN, April 27, 2012.

"Trach Education Course". **JW Thompson**. St. Jude Children's Research Hospital, Memphis, TN, September 17, 2010

"Myringotomy for the Pediatrician," Course Direction. **JW Thompson**. LeBonheur Children's Medical Center, Memphis, TN, 1998

"Epidemic: Prescribers' Response to Tennessee's RX Drug Abuse Crisis". **JW Thompson**. Methodist LeBonheur Healthcare, Memphis, TN, April 13, 2012.

## BASIC SCIENCE RESEARCH EXPERIENCE:
**Research Asst.- Surgical Oncology Division,** UCLA, DNCB  (Dinitro Chloro Benzene) skin testing in Malignant Melanoma patients at UCLA to determine level of immune function, under Dr. Donald Morton, 1973-1974.

**Research Asst.- Cardiovascular Lab,** consisted of isotope labeled microscopic styrene beads injected for studies of subendocardial perfusion of the dog heart during cardiac arrest at UCLA under Dr. Gerald Buckberg, 1975-1976.

**Technician** -Viral DNA /RNA Hybridization with SSV/SSAV1 Simian Sarcoma Virus, Consisted of isotope labeling of cell lines and tissue culture maintenance at UCLA under Dr. Marcel Baluda Ph.D., 1974-1975.

## INDEPENDENT BASIC RESEARCH STUDIES:
**Senior Resident Research Project,** 1978-1983  CHONDRO-NEO-GENESIS: Basic research in a dog laryngeal model surgery lab doing histological studies using cartilage fusion to correct superior laryngeal nerve paralysis. This

was done in the animal at UCLA under the direct supervision of Dr. Paul H. Ward, Chairman of the Department of Otolaryngology and Head and Neck Surgery. The data from this basic research was published in Otolaryngology and Head and Neck Surgery: (5)49:498-508, 1984.

## GRANT FUNDED RESEARCH:
Faculty Research Project, 1986-1989 ($10,000) S. R. COHEN FOUNDATION:
BOTULINUM TOXIN INJECTION & LARYNGEAL ELECTROMYOGRAPHY:
This was a second basic research project in the use of botulinum toxin to lateralize cord; A more specific target of the cricothyroideus muscle was used, in an attempt to increase the airway. The data from this basic research was published in Ann Otol Rhinol Laryngol: 98:213-16,1989.

## GRANT FUNDED RESEARCH(continued):
**Faculty Research Project,** 1981-1985 ($10,000) S.R. COHEN FOUNDATION: BOTULINUM TOXIN INJECTION:
Basic animal research lab study on the use of the neurotoxin. Botulinum, was injected into the larynx of canines to attempt to correct the compromised cord position in animals with induced vocal cord paralysis this was an effort to establish a larger, safer airway with a potential application to children with vocal cord paralysis. The data from this basic research was published in Ann Otol Rhinol Laryngol:96:534-41, 1987.

## RESEARCH AREA OF SPECIAL INTEREST:
1.   Pediatric Laryngology-Neurology, Virology
     On-going research with Malcomb Brennan, MD, initially at St. Jude Children's Research Hospital and now with Baylor, on sensitized lymphocytes for the treatment of laryngeal papilloma. Funded now by seed money from Baylor University.

2. Measurements of Serum Interlukins as Predictors of Severity of Disease in Laryngeal Papillomatosis (IRB-Approved ongoing research project).

3. I3C as a therapeutic agent in management of Recurrent Laryngeal Papilloma (IRB-Approved ongoing clinical research project).

4. Cidovir as a therapeutic agent in management of Recurrent Laryngeal Papilloma (IRB approved ongoing clinical research project).

5. Mumps Vaccine as a therapeutic agent in management of Recurrent Laryngeal Papilloma (IRB approved ongoing clinical research project)

## CURRENT RESEARCH IN PROGRESS:
### IRB Approved Studies
1. I3C in children with RRP prospectus, Controlled study (in progress) 3rd yr.

2. RRP National Registry, Long term follow-up study on course of RRP (in progress) 2nd yr.
3. IL-2 and IL-2S Interlukins as markers to determine severity of disease in RRP (completed), Award Winning Project 1st Place – Southern Section of Triologic Society

4. IL-10 and IL-12. Interlukins as markers to determine severity of disease in RRP (in progress)

5. Tonsillectomy in OSA, does it improve school performance as measured by pre-surgery and post-surgery T-Cap Scores. (in progress)

6. IL-2, IL-2S, IL-10 and TNF Correlation with histological typing of Laryngeal Papillomas as prognostic workers. (completed)

## PUBLICATIONS (Peer Review) JOURNALS:
1. "Acute Cholecystitis in the Elderly." A Surgical Emergency: Morrow DJ, Thompson JW, Wilson SE. **Arch Surg** 113:1149-52, 1978.

2. "Lateral Wall of Olfactory Fossa in Determining Intracranial Extension of sinus Carcinomas." Pagani JJ, **Thompson JW**, Mancuso A, Hanafee W. **Amer Jrnl Rad** 133:497-501, 1979.

3. "Pitfalls in Radiographic Diagnsosis of Stenosis of the Internal Auditory Canal." Pagani JJ, **Thompson JW**, Hanafee W. **Laryngoscope** 2:322-325, 1980.

4. "Inverting Papillomas of the Nose and Paranasal Sinuses." Calcaterra TE, **Thompson JW**, Paglia DE. **Laryngoscope** 1:53-60, 1980.

5. "Antral Ethmoid Decompression of the Nose and Paranasal Sinuses." Calcaterra TE, **Thompson JW**. **Laryngoscope** 12:1941-49, 1980.

6. "CT of Nasopharynx Normal and Variants of Normal." Bohman L, Mancuso A, **Thompson JW**, Hanafee W. **Radiol** 137:113-21, 1980.

## PUBLICATIONS (Peer Review) JOURNALS (continued):

7.   "Epidermolysis Bullosa Dystrophic of the Larynx and Trachea. Acute Airway Obstruction." **Thompson JW**, Amed AR, Dudley JP, **Ann Otol Rhinol Laryngol** 89:428-29, 1980.

8.   "ACT Approach to Benign Nasopharyngeal Masses." Bohman L, Mancuso A, **Thompson JW**, Hanafee W. **Amer Jrnl Roentgeneg** 136:137-80, 1981.

9.   "Papilloma of the larynx and tracheobronchial tree in children. A retrospective study." **Thompson JW**, Cohen SR, Geller, KA, Seltzer S. **Ann Otol Rhinol Laryngol_89(6pt1):497-503.**

10.  "Kimura's Disease – Angioblastic Lymphoid Hyperplasia-Laser Excision (Case and Literature Review)." **Thompson JW**, Coleman M, Ward PH. **Arch Otol Rhinol Laryngol** 107:316-19, 1981.

11.  "Successful Management of Narcotizing Fasciitis of Neck-Case Report." **Thompson JW**, Coleman M. **Ear Nose Throat Jrnl** 61:1, 1982

12.  "Laryngeal Paralysis in Children. A Long-Term Retrospective Study." Cohen SR, Geller KA, Birns JW, **Thompson JW. Ann Otol Rhinol Laryngol** 91:417-24, 1982.

13.  "Foregut Cysts in Children. Diagnsosis and Management." Cohen SR, Geller KA, Birns JW, **Thompson JW. Ann Otol Rhinol Laryngol** 91:622-27, 1982.

14.  "Voice Change in the Pediatric Patient." Cohen SR, Thompson JW, Geller KA, Birns JW, **Ann Otol Rhinol Laryngol** 92:437-44, 1983.

15.  "Experimental Surgical Correction of Superior Laryngeal Nerve Paralysis." **Thompson JW**, Ward PH, Schwartz IR. **Otolaryngol Head Neck Surg** 92:498-508, 1984.

16.  "Spontaneous Perforation of the Esophagus as a Manifestation of Dermatomyositis." **Thompson JW. Ann Otol Rhinol Laryngol** 93:464-67, 1984.

17.  "Head and Neck Manifestations of Goltz's Syndrome." **Thompson JW. Otol Rhinol Laryngol-Head and Neck Surgery** 2:1135-36, 1985.

18.  "Foregut Cysts Presenting as Neck Masses." A Report of Three Children. Cohen Sr, **Thompson JW**, Brennan LP. **Ann Otol Rhinol Laryngol** 94:433-36, 1985.

19.  "Lymphangiomas of the Larynx in Infants and Children. A Survey of Pediatric Lymphangioma." Cohen SR, **Thompson JW. Ann Otol Rhinol Laryngol Supp** 127:1-20, 1986.

20.  "Non-Hodgkin's Lymphoma of the Larynx in Children." Cohen SR, **Thompson JW**, Siegel SE. **Ann Otol Rhinol Laryngol** 96:357-61, 1987.

21.  "Variants of Mobius Syndrome and Central Neurologic Impairment. Lindeman Procedure in Children." Cohen SR, **Thompson JW. Ann Otol Rhinol Laryngol** 96:93-100, 1987.

22.  "The Use of Botulinum to Lateralize True Vocal Cords. A Biochemical Method to Relieve Bilateral Abductor Vocal Cord Paralysis." Cohen SR, **Thompson JW. Ann Otol Rhinol Laryngol** 96:534-41, 1987.

CURRICULUM VITAE                                    24

23. "Anesthesia Management of Microlaryngeal Laser Surgery in Children." Cohen SR, Herbert WI, Thompson JW. Ann Otol Rhinol Laryngol 98:347-48, 1988.

24. "Retropharyngeal Abscess in Children: A Retrospective and Historical Analysis." Thompson JW, Cohen SR, Reddix P. Laryngoscope 98:589-92, 1988.

25. "Congenital Stenosis of the Lower Esophagus Associated with Leiomyomata and Leiomyosarcoma of the Gastrointestinal Tract: A Report of a Family." Cohen SR, Thompson, JW, Sherman NJ. Ann Otol Rhinol Laryngol 97:454-59, 1988

26. "Transmastoid Encephaloceles: A Case Report." Thompson JW. Inter Jrnl Ped Otol Rhinol Laryngol 15:179-84, 1988.

27. "Anesthetic Management of Microlaryngeal Surgery in Children: Apneic Technique Anesthesia." Cohen SR, Herbert WI, Thompson JW. Laryngoscope 98(3):347-48, 1988.

28. "Cardiac Arrest Associated with Halothane Anesthesia in a Patient Receiving Theophylline." Richard W, Thompson JW, Lewis G. Ann of Allergy 61:83-84, 1988.

29. "Botulinum Toxin for Relief of Bilateral Abductor Paralysis of the Larynx: Histologic Study in an Animal Model." Cohen SR, Thompson JW, Camilon FS Jr. Ann Otol Rhinol Laryngol 98:213-1989.

30. "Management of Bilateral Carotid Body Tumors and a Glomus Jugular Tumor in a Child." Thompson JW, Cohen SR. Int Jrnl Ped Otol Rhinol Laryngol 17:75-87, 1989.

31. "Ventral Cleft of the Larynx. A Rare Congenital Laryngeal Defect. Symptoms and Diagnosis." Cohen SR, Thompson JW. Ann Otol Rhinol Laryngol 99:281-85, 1990.

32. "Vocal Cord Paralysis and Superior Laryngeal Nerve Dysfunction in Reye's Syndrome." Thompson JW, Rosenthal P, Camilon FS Jr. Archives of Otolaryngology 116:46-48, 1990.

33. "Otitic Candidiasis Iin Children. An Evaluation of the Problem and Effectiveness of Ketaconazole in 10 Patients." Cohen SR, Thompson JW. Ann Otol Rhinol Laryngol 99:427-431, 1990.

34. "Esophagotracheal Perforation During an Emergency Intubation." Reyes G, Galvis AG, Thompson JW. Am Jrnl Emerg Med 10(3):223-25, 1992.

35. "Association of Down's Syndrome and Segmental Tracheal Stenosis with Ring Tracheal Cartilages: A Review of Nine Cases." Wells TR, Landing BH, Shamszadeh MD, Thompson JW, Bove KE, Caron KH. Pediatric Pathology 12(5):673-82, 1992.

36. "Invasive Mucormycosis in an Otherwise Healthy Teenager." Thompson JW. The Proceedings of the Pacific Coast Oto-Ophthalmologic Society 77:240, 1992.

37. "Fatal Outcome in Absent Right Pulmonary Artery ENT Manifestations." Thompson JW. The Proceedings of the Pacific Coast Oto-Ophthalmologic Society 77:33-34, 1992.

38. "Endoscopic Vocal Cord Evaluation in Myelomeningocele Children." Thompson JW, Jacobs R. European J Peds Surgery 2:41-42, 1993.

25

39. "Effects of Global Competition on Health Care Administration in Finland and the United States." **Thompson JW**, Stocks RM, Shmerling JE, Dempsey J. **Arch Otol-HNS** 122:241-250, 1996.

40. "Antimicrobials Prescribed for Otitis Media in a Pediatric Medicaid Population." White LL, Holimon JT, Portner TS, Wan JY, **Thompson JW. Am Jrnl Health-Sys Pharm** 53:2963-9, 1996.

41. "Evaluation and Management of Hemoptysis in Infants and Children." **Thompson JW**, Stocks RM. **Ann Otol Rhinol Laryngol** 105:516-520, 1996.

42. "Airway Management of Neonates with Antenatally Detected Head and Neck Anomalies". Stocks RM, Egerman RS, Woodson GE, Bower CM, **Thompson JW**, Wiet GJ. **Archives of Otolaryngology Head and Neck Surgery**. 6:641-645, 1997; was selected to be in the trauma section of the 2002 home study course.

43. "Brief Bilateral Vocal Cord Paralysis After Insecticide Poisoning: A New Variant Toxicity Syndrome." **Thompson JW**, Stocks RM. **Arch Otol-HNS** 123:93-96, 1997.

44. "Pediatric Aerodigestive Foreign Body Ingestive and Complications: Relationship to Timeliness of Diagnosis." Reilly JS, **Thompson JW**, MacArthur C. **Laryngoscope** 107:17-20, 1997.

45. "Unusual Neck Masses Secondary to Jugular Venous Abnormalities: Case Report and Discussions." Stocks RM, **Thompson JW. Amer Surg** 4:305-309, 1997.

46. "Airways Management of Neonates with Antenatally Detected Head and Neck Anomalies."Stocks RM, Egerman RS, Woodson GE, Bower CM, **Thompson JW**, Wiet GJ. **Archives of Otolaryngology Head and Neck Surgery** 6:641-645, 1997.

47. "Fire in the Operating Room During Tracheostomy: Report of Three Cases." **Thompson JW**, Stocks RM. **Southern Medical Journal** 91:243-247, 1998.

48. "Successful Medical Therapy for Deeply Invasive Facial Injection due to Pythium Insidiosum in a Child." English BK, **Thompson, JW. Clin Infec Dis** 27:1388-93, 1998.

49. "Definitive Localization of Isolatedtracheoesophageal Fistula Using Bronchoscopy and Esophagoscopy for Guidelines Placement." Garcia NM, **Thompson JW**, Shout DB. **J Pediatric Surg** 27:1388-93, 1998.

50. "Malignant Infantile Osteoporosis-Otolaryngological Complications and Management." Stocks RM, **Thompson JW. Arch of Otolaryngology** 124:689-694, 1998.

51. "Recurrent Respiratory Papillomatosis." Derkay CS, Rimell FL, **Thompson JW. Head and Neck Surg** 20:418-24, 1998.

52. Preliminary results of the use of indole-3 carbinol for recurrent respiratory papillomatosis." Rosen CA, Woodson GE, **Thompson JW**, Hengesteg AP, Bradlow HL. **Otolaryngology Head and Neck Surg** 118:810-15.

53. "Presentation and Management of Cholesteotoma in Children." **Thompson JW**. Pediatric Review 20:134-136, 1999. "Chloesteatomas". **Thompson JW. Pediatric Rev.** 20 (4): 134-6, 1999.

54. "Pediatric Hospitals' and Physician Strategies for 21st Century." **Thompson JW**, Chesney RW, Stocks RM, Shmerling J, Herron P. **Clinical Pediatrics** 38:259-263, 1999.

26

55. "Pediatric Physician Strategy for the Next Century." **Thompson JW**, Chesney RW. **Clinical Pediatrics** 38:265-268, 1999.

56. "Severe Combined Immune Deficiency Presentation in Otolaryngology." Stocks RM, **Thompson JW. Annals of Oto Rhino Laryngol** 108:403-407, 1999.

57. "Initial Results from the National Registry for Juvenile-Onset Recurrent Respiratory Papillomatosis." Armstrong LR, Derkay CS, Reeves WC, Stocks RM, **Thompson JW. Archives of Otolaryngology-Head and Neck Surg** 125:743-748, 1999.

58. "Assessment of Gastric Electrical Activity and Autonomic Function Among Patients with Gastroesophageal Reflux", Jackson AL, Rashed H, Cardoso S, Wong F, Werkman R, **Thompson JW**, Abell TL. **Dig Dis Sci** 45:1727-30, 2000.

59. "Measuring Contribution to the Clinical Mission of Medical Schools and Teaching Hospitals", AAMC Report of the Clinical Panel. D'Alossandri RM, **Thompson JW. Academic Medicine** 75:1231-7, 2000.

60. Acquisition of Hearing Aids and Assistive Listening Devices Among the Pediatric Hearing-Impaired Population." Leake FS, **Thompson JW**, Simms E, Bailey J, Stocks RM, Murphy AM. **Int J Pediatr Otorhinolaryngol** 52:(3):247-51, 2000.

61. "Juvenile Arthritis and Autoimmunity to Type II collagen". **Thompson JW**, Myers LK, Higgins GC. Finkel TH, Reed AM, Walton RC, Hendrickson J, Kerr NC, Pandya-Lipman RK, Shlopov BV, Stastny P, Postlethwaite AE, Kang AH. **Arthritis Rheum** 44(8): 1775-81, 2001.

62. "The predictive value of serum interlukins in recurrent respiratory papillomatosis: a preliminary study." Snowden RT, **Thompson JW**, Horwitz E, Stocks RM. **Laryngoscope** 111:404-408, 2001.

63. "Vincristine-Induced Vocal Cord Paralysis In An Infant". Anghelescu DL, De Armendi AJ, **Thompson JW**, Sillos EMA, Pui CH, Sandlund JT. **Paediatric Anaesthesia** 12:168-170, 2002.

64. "Airway management of the severely retrognathic child: use of the laryngeal mask airway." Stocks RM, Egerman R, Thompson JW, Peery M. **Ear Nose Throat J.** 81:223-226, 2002.

65. "Reversal of obstructive sleep apnea in osteopetrosis following bone marrow transplantation." **Thompson JW**, Stocks R, Cannon CB, Wang WC, Horwitz EM. **Clinical Pediatric** 41:55-7, 2002.

66. "Childhood Primary Non-Hodgkin's Lymphoma with Direct Intracrainial Extension: A Case Report:." Hafner JW, Costello TH, Stocks RM Ibrahim F, **Thompson JW. Ear Nose Throat J.** 12:828-30, 843, 2004

67. "Ototoxic protection of sodium thiosulfate: Daily vs constant infusion", **Thompson JW**, Stocks RM, Gould HJ, Bush AJ, Dudney, Jr., BW, Pousson M. **Otolaryngology Head and Neck Surgery** 131:115-119 2004.

68. Manifestations of fungal cellulites of the orbit in children with neutropenia and fever." **Thompson, JW**, McCarty ML, Wilson, MW, Fleming, JC, Sandlund, JT, Flynn, PM, Knapp, K, Haik, BG. **Ophthal Plast Reconstr Surg.** 20:217-223, 2004.

69. "Adolescent with a Cheek Mass" **Thompson JW**, Whatley S, Chesney TM, Samant S, Joyner RE, Buckmiller L. Patient of the Month, **American Academy of Otolaryngology – Head and Neck Surgery,** 34(4):1-21,

27

70. "Hearing loss as a late complication of radiation therapy in children with brain tumors" **Thompson JW**, Williams GB, Kun L, Gould HJ, Stocks, RMS. **Ann Otol Rhinol Laryngol**, 114:328-331, 2005.

71. "Methicillin-resistant Staphylococcus aureus as a pathogen in deep neck abscesses: a pediatric case series."Naidu SI, Donepudi SK, Stocks RM, Buckingham SC, **Thompson JW. Int J Pediatr Otorhinolaryngol**. 69:1367-71, 2005.

72. "Airway Obstruction Secondary to Tracheobronchial Involvement of Asymptomatic Undiagnosed Crohn's Disease in a Pediatric Patient". Ahmed KA, **Thompson JW. Int J Pediatr Otorhinolaryngol**. 69:1003-1005, 2005.

73. "Aural involvement in Loxoscelism: case report and literature review ". Donepudi SK, Ahmed KA, Stocks RM, Nelson D, **Thompson JW. Int J Pediatr Otorhinolaryngol**. 69:1559-61, 2005. [Epub 2005, Jun 6].

74. "Frontal sinus fractures in children", **Thompson JW**, Chandra RK, Whatley S, Allison DW, Boop FA.  **Laryngoscope**, 115:1741-5, 2005.

75. "Salivary Gland Tumors in Survivor of Childhood Cancer". Whatley WS, **Thompson JW**, Rao B.  **Otolaryngology Head and Neck Surgery**, 134:385-8, 2006.

76. "Intracranial Complications of Pediatric Sinusitis". Glickstein JS, Chandra RK, **Thompson JW**. Otolarynolog Head **and Neck Surgery**, 134:733-6, 2006.

77. "Postoperative Swallowing Function After Posterior Fossa Tumor Resection in Pediatric Patients". **Thompson JW**, Boop FA, Newman LA, Sanford RA, Temple CK, Duntsch CD. **Childs Nerv Syst**. 10:1296-300, 2006. [Epub 2006 Jun 8].

78. "Health care reform: pediatric elective surgery payer mix and utilization under TennCare managed competition." Hall CJ, **Thompson JW**, Bailey J.  **Tenn Med**. 100:41-5, 2007.

79. "Health care reform: pediatric elective surgery payer mix and utilization under TennCare managed competition." Hall CJ, **Thompson JW**, Bailey J.  **Tenn Med**. 101:39-43, 2008.

80. "Spontaneous air in the retropharyngeal space presenting with hypoxemia and neck pain in a child with Neuroblastoma: A case report". Shete MM, Thompson JW. **International Journal of Pediatric Otorhinolaryngology Extra** 3:71-74, 2008.

81. "Recurrent Thyroglossal Duct Cyst Presenting as Upper Airway Obstruction: A Case Presentation and Review of the Literature". Shete MM, Thompson JW, Stocks RMS, Glickstein J. **International Journal of Pediatric Otorhinolaryngology Extra**, 3:31-34, 2008.

82. "Absorabable biomaterials used within paranasal sinuses: an animal study". Stumpe MR, Thompson JW, Handorf CR, Chandra RK. **Am J Rhinol**, 22:82-85, 2008.

83. "Uncommon Odynophagia:  An Unusual Presentation of Retropharyngeal Free Air in an Adolescent". Ellis DT, Godambe SA, Thompson JW, **J Emerg Med, 2008** Apr; 34(3) 333-4, [Epub 2007 Jul 20]

84. "Management of Supratomal Trachea Fibroma:  Introduction of a New Technique and Review of Other Techniques". Shires C, **Thompson JW**, Stocks RM. **International Journal of Pediatric Otorhinolaryngology** 2009 Jan;73(1):67-72. Epub 2008 Nov 13.

28

85. "Management of Post-Operative Swallowing Dysfunction After Ependymoma Surgery". Thompson JW, Newman L, Boop FA, Sanford RA. Childs Nerv Syst. 2009 Oct; 25(10): 1249-52. [Epub 2009 Apr 1].

86. "Tracheal Compression Secondary to Esophageal Dilatation After a Slipped Nissen Fundoplication." Rajan R, Thompson JW. Laryngoscope, Mar 2009, 119(S1):146 [Epub ahead of print].

87. "Methicillin-Resistant Staphylococcus Aureus as a Cause of Neonatal Suppurative Parotitis". Rohman GT, Thompson JW, Rajan R, Selph JP. Laryngoscope, March 2009; 119(S1):147. [Epub ahead of print].

88. "A Case Report and Literature Review". Shires C, Gorman M, Hodges JM, Thompson JW, Stocks R. Tessier Laryngoscope. 2009 Mar 30: 119 (S1): 148.

89. "TMA IIC keeping track of TennCare inequities". Thompson JW. Tenn Med. 2009 Apr:102:9.

90. "Cleft palate lateral synechia syndrome: an opportunity for unique surgical closure". Donepudi SK, Stocks RM, Pivnick EK, Mineck C, Thompson JW. Int J Pediatr Otorhinolaryngol 2009 Jun; 73(6):861-6. [Epub 2009 Apr 14].

91. "Recurrent stridor in a 9-year-old child after a choking and Aspiration Event". Sternberg TG, Thompson JW, Schoumacher RA, Lew DB. Allergy Asthma Proc. 2009 Aug [Epub ahead of print]

92. Cartoid artery spasm secondary to acute isolated sphenoid sinusitis: implications on workup and treatment". Arch Otolaryngol Head Neck Surg. Rohman GT, Thompson JW, Chandra RK, 2010 Feb; 136(2):197-9.

93. "Recurrent stridor in a 9-year-old child after a choking and Aspiration Event". Sternberg TG, Thompson JW, Schoumacher RA, Lew DB. Allergy Asthma Proc. 2010 Mar; 31(2):154-7.

94. "Alveolar soft part sarcoma of the thyroid gland in a child". International Journal of Pediatric Otorhinolaryngology, Volume 74, Issue 5, May 2010, Page 559

95. "Merge or Die". Thompson JW. Tenn Med 2010 Aug; 103(7):7.

96. "A Blessing and a Curse: Health care reform at a steep price". Thompson, JW. ENT Today 2011 Sept.

97. "Physician-driven accountable care organizations may be our salvation". Thompson JW. Tenn Med 2011 Aug; 104(7):7-8.

98. "Pediatric laryngeal trauma: A case series at tertiary children's hospital". Shires CB, Thompson JW, Preston T. Int J Pediatr Otorhinolaryngol, 2011 Mar; 75(3): 401-8. [Epub 2011 Jan 16].

99. "Every thing old is new again". Tenn Med. Thompson JW, 2011 Feb; 104(2):9.

100. "Reduction in reimbursement for pat B imaging services in non-hospital facilities." Tenn Med. Thompson JW, 2011 Jan; 104(1):9, 12.

101. "Dilated esophagus and tracheal compression secondary to a slipped Nissen Fundoplication: A case report". Rajan R, Thompson JW. Ear Nose Throat J. 2012 Jan; 91(1):26-7.

102. "Sublottic Stenosis in Juvenile Rheumatoid Arthritis". Tomeh C, Jones N, Velargo P, Thompson J. Int J Pediatr Otorhinolaryngol. 2012 Jan 12.

29

103. "A Fatal Presentation of Dermatomyositis with Facial Swelling". Dwivedi N, Michael C, Lew DB, Arnold S, Igarashi M, Bertorini T, **Thompson JW**, Myers LK, Brown ML. Int J Pediatr Otorhinolaryngol. 2012 Feb 27.

104. "Otolaryngologic manifestations of Pediatric Neutropenia". **Thompson JW**, Shete M, Naidu S, Stocks RM, Wang WC. Int J Pediatr Otorhinolaryngol. 2012 March; 76(3);392-5. [Epub 2012 Jan 16]

105. "Palatoglossal Flap: A Novel Approach to Cover Herniated Fat During Tonsillectomy". Velargo P, Thompson JW. ENT Journal. 2012 April; 91(4):152-154.

106. "Future Trending: the Employed Physician". **Thompson JW**. Tenn Med 2012 Aug; 105(7): 38-9.

107. "Methicillin-resistant Staphylococcus aureus as a cause of neonatal suppurative parotitis: a report of two cases and review of the literature". Donovan ST, Rohman GT, Selph JP, Rajan R, Stocks RM, **Thompson JW**. Ear Nose Throat J. 2013 June; 92(6); 269-71.

108. "Imaging of Acute Invasive Fungal Rhinosinusitis in a Patient with Gorlin Syndrome and Acute Lymphocytic Leukemia". Donovan ST, **Thompson JW**, Sandlund JT, Adderson EE, Pivnick EK, Harreld JH. Case Rep Otolaryngol. 2013; 2013: 272314. Doi 1155/2013/272314. Epub 2013 June 18.

109. "One-way ticket for the employed physician". **Thompson JW**. Tenn Med 2013 Oct; 106(9):9.

110. "Evaluation and Management of Massive Endotracheal Hemorrhage in Pediatric Patients: A Case Report and Review of Literature. Vaughn C, Shete M, Stocks RM, **Thompson JW**. Int J Pediatr Otorhinolaryngol. 2013,2, 236-239. [Epub 2013 November].

111. "Non-Otogenic Lateral Sinus Thrombosis: A Complication of Acute Sphenoid Sinusitis". Somerville JM, Thompson JW, Lyman EM, Stocks Rose Mary. Ear Nose Throat Journal (accepted for publication)

112. "Invasive rhino-orbito-palatal fungal disease in a child with Gorlin syndrome and ALL. Harreld J, Thompson JW (submitted for publication).

113. Increasing Incidence of Pediatric Mediastinitis as a Complication of MRSA Retropharyngeal Abscess". Thompson **JW.** (submitted for publication)

114. "The Prevalence of Hearing Loss Among the Siblings of a Hearing-Impaired Sibling". Leake F, **Thompson JW**. (submitted for publication).

115. "Explosive Projectile in the Esophagus". Hall C, **Thompson JW**. (submitted for publication)

116. "Descending Mediatinitis with Methicillin-Resistant Staphylococcus Aureaus: A Case Report". Stocks RM, **Thompson JW**, Naidu SI. (submitted for publication).

## Publications (NON-PEER REVIEW )
"VII IAPO Manual of Pediatric Otorhinolaryngology", Interamerican Association of Pediatric Otorhinolaryngology (IAPO), 2008.

## Interviews – Publications in Popular Magazines
"New Study Shows Reduced Hospital Stay and Improved Patient Outcomes in Pediatric Patients Treated with Omniguide's (R) Flexible CO2 Laser Fibers for Obstructive Airway Fibroma", www.Forbes.com, August 4, 2008.

30

"Relief From Insurance Issues: The TMA's New Priority", <u>Tennessee Medicine</u>, pp 19-23, November 2008.

"More Insurers Rating Quality of Doctor's Care", Medical Economics, **www.medical economics.modern.com**, December 5, 2008.

"Complexities of Health Reform Act Center Stage on Eve of Exchange Meetings". Memphis Business Journal, October 21, 2010.

"Insurance Exchanges Focus of Critical State Meeting" The Daily News, October 2010.

### Interviews – Television
"HPV A Danger to Mother and Child" – LeBonheur Diagnoses, Treat Daughter. Fox Memphis, October 29, 2010.

## PUBLICATIONS
### BOOK CHAPTERS:
1. Neonatal Airway Problems, Thompson JW. Cohen SR. First edition <u>Pediatric Care of the ICN Graduate</u> Editor – Ballard R WB Saunders, 1988.

2. Pediatric Allergy & Otitis Media, Thompson JW. First Edition, <u>Pediatric Allergy</u> Editor, Rachelefskey, G; WB Saunders, 1996.

3. Problems in Pediatric Otolaryngology. Snowden RT, Samant S, Thompson JW.  Essentials of Pediatrics Fifth Edition.  Interprint-New Delhi, 2000.

4. History of Pediatric Sinus Surgery, Thompson JW. First Edition, <u>Pediatric Sinus Surgery</u> Editor, Lazar R; WB Saunders, February, 2000.

5. Inhalational Injury, Thompson JW. First Edition, <u>The Larynx</u>, Editor, Ossoff R., Shapshay S., Woodson G., Netterville JL; Lippincott, Williams and Wilkins, April, 2000.

6. Diseases of Ear, Nose and Throat.  Snowden RT, Samant S, **Thompson JW**. Reprint from GHAI Essential Pediatrics, 5th Edition, Chapter 14, pages 332-343.  July, 2000.

7. Deep Neck Infection. Thompson JW, Vieira FOM.  Otolaryngologic Clinics of North America, 41(3):  pages 459-83.  June 2008

8. Ludwig Angina. Encyclopedia of Infectious Disease. Thompson JW (online).  www.onlinelibrary.wiley.com

## PUBLICATIONS
### PUBLISHED ABSTRACTS:
1. "Evaluation of Oxygen Delivery Device by Measurement of Tracheal Air  Samples." Carson SA, Shapiro BJ, **Thompson JW**.  Abstracted in <u>American Review of Respiratory  Diseases</u> Vol. 119, 4(2), 1979.

2. Inverting Papilloma of Nose and Sinuses." Calcaterra TC, **Thompson JW**.  Abstracted in <u>Yearbook of Otolaryngology</u> 1981.

3. "Intrapartum Management of Fetuses with Antenatally Diagnosed Neck Masses." Southern Medical Association Annual Meeting.  Stocks RM. Egerman B, **Thompson JW**.  Abstracted in <u>Southern Medical Journal</u> 89:S68, 1996.

31

4.   "Intrapartum Management of Fetuses with Antenatally Diagnosed Neck Masses." Stocks RM, Edgerman R, **Thompson JW**. Abstracted in <u>Southern Medical Journal</u> 89(10):S68, 1996

5.   "Hemoptysis in Infancy and Childhood." **Thompson JW**, Stocks RM. Abstracted in <u>Ann Otol Rhinol Laryngol</u> July 1996.

6.   "Strategies of Pediatric Hospitals to Enter the 21st Century and their Effect on Otolaryngologic Practices." **Thompson JW**, Stocks RM. Southern Medical Association Annual Meeting. Abstracted in Southern Medical Journal 90:S88, 1997.

7.   "Otolaryngologic Manifestation of Severe Combined Immune Deficiency Syndrome." Stocks, RM, **Thompson JW**. Southern Medical Association Annual Meeting. Abstracted in Southern Medical Journal 90:S88, 1997.

8.   "Otolaryngologic Manifestations of Severe Combined Immune Deficiency Syndrome, Abstracted in Southern Medical Journal 0:588, 1997.

9.   "Fire in the Operating Room During Tracheotomy." Stocks RM, **Thompson JW**. Abstracted in Southern Medical Journal 90:S96, 1997.

10.  "Strategies of Pediatric Hospital to Enter the 21st Century and Their Effect on Otolaryngology Practices." Stocks RM, **Thompson JW**. Abstracted in Southern Medical Journal 90:S88, 1997.

11.  "Otolaryngology Manifestation of Severe Combined Immune Deficiency Syndrome." Stocks RM, **Thompson JW**. Abstracted in Southern Medical Journal 90 (10):S88, 1997.

12.  "Preliminary Results of the use of Indole-3-Carbinol for Recurrent Respiratory Papillomatosis." Rosen CA, Woodson GE, **Thompson JW**, Hengesteg AP, Bradlow HL. Abstracted in Pediatrics  September, 748: June 1998.

13.  "Immune Therapy (Sensitized Lymphocytes for Laryngeal Papillomatosis and a Progress Report." **Thompson JW**, Brenner M, Rooney C, Stocks RM. Abstracted in <u>Pediatrics</u> S748, June, 1998.

14.  "Compensation Performance Models at UT/UTMG, AAMC Spring Conference. **Thompson JW**. Abstracted in <u>Academic Medicine</u> S10, August 1998.

15.  "Immune Therapy (Sensitized Lymphocytes) for Laryngeal Papillomatosis and a Progress Report." **Thompson JW**, Brenner M, Rooney C, Stocks RM. Abstracted in <u>Pediatrics S</u> September, 748, 1998

16.  Infantile Osteopetrosis." Stocks RM, **Thompson JW**. Abstracted in <u>Southern Medical Journal</u> 91:S75-76, October, 1998.

17.  **Stocks RM**, Dudney BW, Gould H, Bush A, Thompson JW "Continuous Regional Chemoprotection against Cisplatin Induced Hearing Loss "American Society of Pediatric Otolaryngologist Scottsdale, Arizona 5/11/01

18.  "Airway Management of the Severely Retrognathic Child:  Use of the Laryngeal Mask Airway." Stocks RMS, Egerman R, **Thompson JW**, Peery, M . Abstracted in ENT Ear Nose & Throat Journal Vol 81, 4, 2002.

19.  Graduate Medical Education", **Thompson JW**, Mirvis, DM. Center Health Services Research, UT Memphis 17:1-8, December 2003.

32

## PUBLICATIONS
## POSTER PRESENTATIONS:

1. Transmostoid Encephalocele; A case Report. **Thompson JW.** Poster @ American Society of Pediatric Otolaryngology Colorado Springs, Colorado. May 1, 1987.

2. Unusual Neck Masses Due to Jugular Venous Abnormalities. Stocks RM, Milburn MA, **Thompson JW.** @ Southeastern Surgical Association. Tampa, Florida, February 15, 1996.

3. Brief Bilateral Vocal Cord Paralysis after Insecticide Poisoning: A New Variant Toxicity Syndrome. @ **Thompson JW,** Stocks RM. American Society of Pediatric Otolaryngology (ASPO). Orlando, Florida, May 9, 1996.

4. New Perspectives in Management of Bacterial Tracheitis. Milburn MA, Stocks RM, **Thompson JW.** @ American Society of Pediatric Otolaryngology (ASPO). Orlando, FL, May 9, 1996.

5. Pediatric Hospitals' and Physician Strategies for the 21st Century. **Thompson JW,** Stocks RM, @ Ambulatory Pediatric Association. Washington, D.C., May 5, 1997.

6. Pediatric Hospitals, and Physician Strategies for the 21st Century. **Thompson JW.** @ American Society of Ambulatory Child Health. Mclean, VA, on May 5, 1997.

7. I3C Toxicity. Report of Four Cases. **Thompson JW,** Stocks RM, Rosen C, @ 17th International Papillomavirus Conference. Charleston, South Carolina USA, January 9-15, 1999.

8. Aural Involvement in Loxoscelism. Donepudi S @ Annual Meeting of the Triological Society, Southern Section. Miami, FL on May 13-15, 2005.

9. Myofibrosarcoma of the Head and Neck in Children. **Thompson JW** @ Amercian Broncho-Esophagological Association. Boca Raton, FL, on May 13-14, 2005.

10. Laryngeal Granular Cell tumor Presenting as Airway Obstruction in a Pediatric Patient. Thompson JW, Ahmed A @ Combined Otolaryngology Spring Meetings (COSM). Chicago, IL, on May 19, 2006.

11. Alkalinized Sodium Thiosulfate as a Locally Delivered Otoprotective Agent Against Cisplatin in the Guinea Pig. **Thompson JW,** Donepudi S @ Association for Research in Otolaryngology-Midwinter Meeting. Baltimore, MD on February 8, 2006.

12. "Vocal Cord Dysfunction Precipitated by a Choking and Aspiration Event". Sternberg TG, **Thompson JW,** Schoumacher RA, Lew DB @ American College of Allergy, Asthma and Immunology. Seattle, WA on November 6-11, 2008.

13. Missed Diagnoses in Otolaryngology" Gorman ME, **Thompson JW,** Giel DW @ American Academy of Otolaryngology. Chicago, IL on September 21-24, 2008.

14. "Tracheal Compensation After Esophageal Dilatation After a Slipped Nissen" **Rajan R,** Thompson JW @ Triologic Southern Section. Bonita Springs, FL on January 8, 2009.

15. "Arterioesophageal Fistulae—Case Report and Review of the Literature. Shires C, **Thompson JW** @ Combined Otolaryngology Spring Meetings (COSM), Chicago, IL, April 27-May 1, 2011.

33

16. "Juvenile Rheumatoid Athritis, Subglottic Stenosis and Uveitis: A New Syndrome". Tomeh C, **Thompson JW** @ Combined Otolaryngology Spring Meetings (COSM), Chicago, IL, April 27-May 1, 2011

17. "A Novel Hydraulic Technique for the Removal of Bronchial Casts in Plastic Bronchitis After Fontan Procedure", Lyman E, **Thompson JW** @ Combined Otolaryngology Spring Meetings (COSM), Chicago, IL, April 27-May 1, 2011.

18. "Otolaryngologic Significance of the Hutchinson Sign". Velargo P, **Thompson JW** @ Combined Otolaryngology Spring Meetings (COSM), Chicago, IL, April 27-May 1, 2011.

19. "Vincristine-Induced Cranial Neuropathy During Therapy For Pediatric Malignancies". Brennan RC, Eftink A, Strachota K, Ness K, Wu J, Spunt S, Qaddoumi I, Wilson MW, Thompson JW. Children's Oncology Group meeting (Young Investigator Session), September 13, 2012.

**ORAL PRESENTATIONS:**
**INTERNATIONAL & NATIONAL AND REGIONAL:**

1. **"Acute Cholecystitis in the Elderly:  A Surgical Emergency,"** Southern California Chapter of the American College of Surgeons, Santa Barbara, California, Jan. 20-22, 1978.

2. **"Inverting Papillary of Nose and Sinuses:  Western Section Triologic Society,"** Scottsdale, Arizona, Feb 1979.

3. **"Epidermolysis Bullosa, & Acute Airway Obstruction,"** ABEA, West Palm Beach, California, May 11, 1979.

4. **"Evaluation of Oxygen Delivery Device by Measurement of Tracheal Air Sample,"** Association American Thoracic Society and Congress of Lung Association, Las Vegas, Nevada, May 13-16, 1979.

5. **"Kimura's Disease:  Angioblastic Lymphoid Hyperplasia - Laser Excision,"** American College of Surgeons Head and Neck Section, Palm Springs, California, Feb 1980.

6. **"Papilloma of the Larynx and Tracheobronchial Tree in Children,"** American Laryngological Association, Miami, Florida, March 1980.

7. **"Experimental Surgical Correction of Superior Laryngeal Nerve Paralysis:  Original Research,"** American Academy of Otol Rhinol Laryngol, New Orleans, Louisiana, Sept 1981.

8. **"Foregut Cysts in the Pediatric Age Group:  Airway Problems: Diagnosis and Management,"** American Broncho Esophagological Association, West Palm Beach, Florida, May 1982.

9. **"Paralysis of the Larynx in Children,"** American Laryngological Association, West Palm Beach, Florida, May 1982

10. **"Dermatomyositis Pediatric Head and Neck Manifestation,"** American Broncho Esophagological Association, Miami Beach, Florida, May 1984.

11. **"Foregut Cysts Presenting as Neck Masses:  A Report of Three Children",** American Broncho Esophagological Association,. Miami Beach, Florida, May 24-25, 1985.

12. **"Management of an Unusual Case of Bilateral Carotid Body Tumor and Glomus Jugulare in a Child,"** American Society of Pediatric Otolaryngology, Santa Barbara, California, April 16-20, 1986.

34

13. "Botulism in the Treatment of Laryngeal Paralysis," A Report on Research American Society of Pediatric Otolaryngology, Santa Barbara, California, April 16-20, 1986.

14. "Non-Hodgkin's Lymphoma of the Larynx in Children," American Society of Pediatric Otolaryngology, Santa Barbara, California. April 16-20, 1986.

15. "Otolaryngological Manifestations and the Problem of Aspiration in Children with Variants of Mobius Syndrome and Central Nerve Impairment", The Lindeman Diversion Procedure in Children: Report of Four Patients", Miami Beach, Florida, May 5-6, 1986.

16. "Anesthesia Management of Microlaryngeal Laser Surgery in Children," Western Section Amer. Otol Rhinol Laryngol Association, Los Angeles, California, January 9-11, 1987.

17. "Retropharyngeal Abscess in Children. A Retrospective and Historical Analysis," Western Section American Laryngological, Rhinological and Otological Society, Los Angeles, California, January 10, 1987.

18. "The Use of Botulinum to Lateralize True Vocal Cords; A Biochemical Method to Relieve Bilateral Abductor Vocal Cord Paralysis," American Laryngological Association, Denver, Colorado, April 25-26, 1987.

19. "Transmastoid Encephalocele," A Case Report. American Society of Pediatric Otolaryngology, Colorado Springs, Colorado, May 1-2, 1987.

20. "Pediatric Airway Problems for the Anesthesiologist," Annual Update of Pediatric Anesthesiology, Los Angeles, California, January 16, 1988.

21. "Otitic Candidiasis in Children: An Evaluation of the Problem and Effectiveness of Ketaconazole in 10 Patients," American Society of Pediatric Otolaryngology, Kiawah Island, South Carolina, April 20-24, 1988.

22. "Congenital Stenosis of the Lower Esophagus Associated with Leiomyomata and Leiomyosarcoma of the Gastrointestinal Tract," A Report of a Family. American Bronch Esophagological Association, West Palm Beach, Florida, April 23-25, 1988.

23. "Further Studies on the Effect of Botulinum Toxin to Relieve Bilateral Abductor Paralysis of the Larynx: An Animal Model, with Histological Studies of the Injected Muscles," American Laryngological Association, West Palm Beach, Florida, April 23-25, 1988.

24. "Otolaryngologic Manifestations of TG4 Deficiency," Pacific Coast Oto-Ophthalmology Society, Coronado, California, June 16, 1988.

25. "Otolaryngology Manifestations of IgG4 Subclass Deficiency," Pacific Coast Oto-Opthalmology Society Meeting, San Diego, California, June 28, 1988.

26. "Ventral Cleft of the Larynx: A Rare Congenital Laryngeal Defect. Symptoms and Diagnosis," American Society of Pediatric Otolaryngology, San Diego, California, May 18-20, 1989.

27. "Pediatric Airway Update," USC Pediatric Update, Pasadena, California, May 14, 1992

28. "Fatal Outcome in Absent Right Pulmonary Artery ENT Manifestations," 77th Annual Pacific Coast Oto-Ophthalmologic Society Meeting, Portland, Oregon. June 20, 1992

35

29. "Invasive Mucormycosis in an Otherwise Healthy Teenager", 77th Annual Pacific Coast Oto-Ophthalmologic Society Meeting, Portland, Oregon, June 23, 1992.

30. "Endoscopic Vocal Cord Evaluation in Myelomeningocele Children," The Society for Research into Hydrocephalus and Spina Bifida, Stromberg (Mainz), Germany, July 15-18, 1992.

31. "Surgical Treatment of Sinus and Ear Disease in Children", 50th Annual Meeting American Academy of Allergy And Immunology, March 5, 1994. Anaheim, California.

32. "Pulmonary Hemorrhage in Infants & Children," American Bronco-Esophagological Association, Palm Desert, CA, Apr 28-May 6,1995

33. "Socialized Medical Care System and Social Welfare Faltering Under Weak Finnish economy," American Society of Pediatric Otolaryngology 10th Annual Meeting, Durango, Colorado, May 1995.

34. "Fire in the Operating Room During Tracheotomy," Report of Three Cases. The Pacific Coast Oto-Ophthalmological Society Meeting Maui, Hawaii, June 1995.

35. "Antibiotic Therapy for First Occurrence Otitis Media," A Retrospective Evaluation of Physician Prescribing   Patterns in a Pediatric Medicaid Population. 30th Annual American Society of Hospital Pharmacy Midyear Clinical Meeting, Dec 5, 1995, Las Vegas, NV.

36. "Managed Care & Medical Students," Career Day. University of Tennessee, Memphis, TN, January 1996.

37. "Unusual Neck Masses Secondary to Jugular Venous Abnormalities," Annual Meeting of the Southeastern Surgical Congress, Tampa, FL, February 1996.

38. "Airway Management of Neonates with Antenatally Detected Head and Neck Anomalies,"   American Society of Pediatric Otolaryngology (ASPO) Meeting,. Orlando, FL, May 9, 1996.

39. "New perspectives in Management of Bacterial Tracheiis", American Society of Pediatric Otolaryngology (ASPO) Annual Meeting, Orlando, FL, May 6, 1996.

40. "Strategies of Pediatric Hospitals to Enter the 21st Century Otolaryngological Practices," American Society Of Pediatric Otolaryngology  (ASPO), Orlando, FL, May 9, 1996.

41. "The Sources of Fire in the Operating Room During Tracheotomy:Report of Three Cases," Pacific Coast Oto-Ophthalmological Society Meeting, Maui, Hawaii, June 27, 1996.

42. "Airway Management of the Fetus, Neonate, Infant, and Child", American Academy of Otolaryngology-HNS, Oct 1, 1996.

43. "Fire in the Operating Room During Tracheotomy: Report of Three Cases," Southern Medical Association 90th Annual Scientific Assembly, Baltimore, Maryland, November 22, 1996.

44. "Ambulatory Peds Responds to TennCare Care," American Society of Ambulatory Patients, Washington DC. April 1997.

45. **"Peds, ENT & TennCare Care a 6 Year Experience,"** The American Society of  Pediatric Otolaryngology, Scottsdale, Arizona. May 1997.

46. **"SCIDS, ENT Manifestations,"** American Society of Pediatric Otolaryngology, Scottsdale, Arizona, May, 1997.

47. **"Malignant Infantile Osteoporosis,"** Pacific Coast Oto-Ophthalmological Society Annual Meeting, San Diego, California, June 21, 1997.

48. **"Scientific Presentations,"** American Academy of Pediatrics, San Francisco, California. Oct, 1998.

49. **"Preliminary results of the use of Indole-3-carbinol for Recurrent  Respiratory Papillomatosis,"** Scientific Presentations, American Academy of Pediatrics.  San Francisco, California, Oct 1998.

50. **"Immune Therapy (Sensitized Lymphocytes) for Laryngeal Papillomatosis and a Progress Report."** American Academy of Pediatrics, Annual Meeting, San Francisco, California, October 18, 1998.

51. **"Malignant Infantile Osteopetrosis,"** Southern Medical Association 92nd Annual Scientific Assembly, New Orleans, Louisiana, November 20, 1998.

52. **"Acquisition of Hearing Aids and Assistive Listening Devices the Pediatric Hearing-Impaired Indigent Population".** Society of Ear, Nose and Throat and Audiology for Children (SENTAC) 26th Annual Meeting, Portland Oregon, December 4, 1998.

53. **"I3C Toxicity:  Report of Four Cases ",** Thompson JW, Stocks RM, Rosen C. 17th International Papillomavirus Conference,.  Charleston, South Carolina USA , January 19, 1999

54. **"Airway Management of the Severely Retrognatic Infant and Child,"** Pacific Coast Oto-Ophthalmologic Society Meeting, Victoria, British Columbia, June 22, 1999.

55. **"Drug Delivery System for Daily Middle Ear Space Injections in Guinea Pig",** Association for Research in Otolaryngology, New Orleans, Louisana, September 27, 1999.

56. **"Manifestations of Cranial Fasciitis in Pediatric Otolaryngology",** American Academy of Pediatrics, Annual Meeting.  Washington, D.C., September 29, 1999.

57. **"Detection and Management of Chronic Neutropenia in Pediatric Otolaryngology,"** American Academy of Pediatrics, , Annual Meeting. Washington, D.C., September 29, 1999.

58. **"Chronic Neutropenia in Children: A Report on the Otolaryngological Manifestations in 42 Patients,"** American Academy of Pediatrics:  Otolaryngology Section, Washington, DC. , October 10, 1999.

59. **"The Predictive Value of Serum Interleukins of Recurrent Respiratory Papillomatosis-A Preliminary Study,"** American Laryngological, Rhinological, and Otological Society-Southern Section, St. Petersburg, Florida, January 15, 2000.

60. **"Local Delivery of D-methionine, L-methionine, D/L-methionine Provides  No Protection against Systemic Cisplatin",** Association For Research in Otolaryngology St. Petersburg, Florida, February  2000.

37

61. "Correlation of Postoperative Symptoms with Polysomngrams", American Society of Pediatric Otolaryngologist, Orlando, Florida May 16, 2000.

62. "Regional Chemoprotection against Cisplatin-induced Hearing Loss", American Society of Pediatric Otolaryngologist, Orlando, Florida, May 16, 2000.

63. "What the Otolaryngologist Should Know", Instructional Course at the American Academy of Otolaryngologist, Orlando, Florida, September 26, 2000.

64. "Down Syndrome: What the Otolaryngologist Should Know," American Academy of Otolaryngology,. Annual Meeting, September 11, 2001, Denver, CO.

65. "Magnetic Resonance Imaging and Computed Tomography in Diagnosing and Managing Patients with Fungal Cellulitis", American Academy of Ophthalmic Plastic and Reconstructive Surgery (ASOPRS) Scientific Symposium, Orlando, FL, October 2002.

66. "Magnetic Resonance Imaging and Computed Tomography in Diagnosing and Managing Patients with Fungal Cellulitis," American Academy of Ophthalmic (AAO), Orlando, FL, Octobert 2002.

67. "The Difficult Pediatric Airway," American Academy of Otolaryngology (AAO), Annual Meeting, San Diego, CA, September 22, 2002.

68. "Down Syndrome", American Academy of Otolaryngology (AAO), Annual Meeting, San Diego, CA, September 22, 2002.

69. "Down Syndrome, American Academy of Otolaryngology (AAOAnnual Meeting, Orlando, FL), September 23, 2003.

70. "The Difficult Pediatric Airway", American Academy of Otolaryngology (AAO), 2002 Annual Meeting, Orlando, FL, September 23, 2003.

71. "Case Report – "Explosive Pharyngeal Trauma – Firework Hall CH, Thompson JW, Stocks RM, 2004 Edwin W. Cocke Jr., Symposium, June 27, 2003.

72. "Sensory Neural Hearing Loss Post Radiation Therapy (3-8 year onset): Cumulative Incidence of Hearing Loss", June 2003.

73. "Methicillin-resistant Staphlococcus Aureus as a Pathogen in Deep Neck Space Abscesses: A Pediatric Case Series", American Society of Pediatric Otolaryngology, Phoenix, AZ. May 2, 2004

74. "D-methionine as Chemoprotectant Against Cisplatin-induced Ototoxicity in the Quinea Pig Model", Ahmed KA, Thompson JW, Stocks RM, Donepudi SK. 2004 Edwin W. Cocke, Jr., Symposium, June 25, 2004.

75. "Pediatric Salivary Gland Malignancy", Whatley S, Thompson JW, Edwin W. Cocke, Jr., Symposium, June 25, 2004.

76. "Otolaryngologic Manifestations of Chronic Neutropenia in Children" Naidu S, Thompson JW, Edwin W. Cocke, Jr., Symposium, June 25, 2004.

38

77. "Treatment of Pediatric Acute Mastoiditis with Subperiosteal Abscess: Cortical Mastoidectomy vs. Incision and Drainage", Hall CH, Thompson JW, Stocks RM. Edwin W. Cocke, Jr., Symposium, June 2004

78. "The Difficult Pediatric Airway", American Academy of Otolaryngology (AAO), 2004 Annual Meeting, Orlando, FL, Sept 2004

79. "Down Syndrome", American Academy of Otolaryngology (AAO), 2004 Annual Meeting, Orlando, FL, September 2004.

80. "Management of Difficult Pediatric Airway", Neonatal-Perinatal Medicine Conference (The Med), Memphis, TN, May 3, 2005.

81. "Frontal Sinus Fractures in Children", Triologic Middle Section Meeting, Chicago, IL, February 2005.

82. "Salivary Gland Tumors in Survivor of Childhood Cancer", American Academy of Otolaryngology, Los Angeles, CA, September 2005.

83. Increasing Incidence of Pediatric Mediastinitis as a Complication of MRSA Retropharyngeal Abscess", American Society of Pediatric Otolaryology (ASPO), Chicago, IL, "May 2006.

84. "Intralesional Injection of Cidofovir for Recurrent Respiratory Papilloma in an Infant",

85. "Difficult Pediatric Airway", American Academy of Otolaryngology, Chicago, IL, September 21-24, 2008.

86. "Difficult Pediatric Airway", American Academy of Otolaryngology, San Francisco, CA, September 11-14, 2011.

87. "Healthcare Reform", American Academy of Otolaryngology, Vancouver, BC, September 29-October 2, 2013.

MANUSCRIPT EDITORIAL REVIEW:
"A Rare Presentation: Double Thyroglossal Duct Cyst Drived from Single Tract", International Journal of Pediatric Otolarynology, #IJPORL-D-08-00241, 07/6/09

"Nasopharyngeal Cysts", Laryngoscope, # lscope-08-0487, 12/26/08.

"Airway obstruction secondary to esophageal mucoceles: 2 rare pediatric cases and a review of the literature" International Journal of Pediatric Otolaryngology, #IJPORL-D-08-00241, 6/17/08.

"Management of Patient with Xerroderma Pigmentosum for Esophageal Dilation", International Journal of Pediatric Otolaryngology, #IJPORL-D-07-00451, 2/11/08.

"Sphenochoanal polyp: current diagnosis and management", International Journal of Pediatric Otolaryngology #IJPORL-D-07-00442, 11/16/ 2007.

"Malpractice Claims and Tonsillectomy: Outcomes of 156 litigated Cases", Otolaryngology Head and Neck Surgery, #OTO-07682,09/10/2007.

"Comparison the effect of oral paracetamol and clonidine on pediatric's preoperative anxiety in adenotonsillectomy", International Journal of Pediatric Otorhinolaryngology , #IJPORL-D-0700279, 07/19/2007

39

"**Father Knows Best:  The Role of Parental Perception**", International Journal of Pediatric Otorhinolaryngology #IJPORL-D-07-00159, 04/30/2007

"**Aggressive and traumatic hperplastic dental follicle: report of bilateral case**" International Journal of Pediatric Otorhinolaryngology # IJPORL-D-07-00051, 03/062007

"**Primitive Neuroectodermal Tumor Presenting as Neck Mass**" International Journal of Pediatric Otorhinolaryngology , # IJPORL-D-06-00489, 12/7/2006

"**An Ususual Maxillofacial Injury Caused by a Nail in a Child**", International Journal of Pediatric Otorhinolaryngology ,#IJPORL-D-06-00272, 10/6/06

"**Salivary Gland Surgery for Chronic Plumonary Aspiration in Children**", International Journal of Pediatric Otorhinolaryngology, #IJPORL-D-06-00217, 10/2/06.

"**Complications of Tracheotomy in Patients with Mucopolysaccharidoses Type II (Hunter Syndrome)**", International Journal of Pediatric Otorhinolaryngology, #IJPORL-D-06-00144, 05/29./05

"**Congenital Segmental Absence of Tracheal Rings,**" International Journal of Pediatric Otorhinolaryngology , # IJPORL-D-05-00494, 12/6/05.

"Urbach-Wiethe Disease,"International Journal of Pediatric Otorhinolaryngology, # IJPORL-D-05-00154, 11/23/05.

"**A Case Of Holoprosencephaly And Cebocephaly Due to Torch Infection,**" International Journal of Pediatric Otorhinolaryngology , # IJPORL-D-05-00073, 3/23/05.

"**Clivus Osteomyclitis Secondary to Enterococcus Faecium Infection in a 6 Year Old Girl**", for International Journal of Pediatric Otorhinolaryngology , # IJPORL-D-04-0009, 3/22/05

"**Paranasal Sinusitis Following Allogeneic Bone Marrow Transplantation,**" The Journal Bone Marrow.

"**Neonatal Airway Evaluation,**" The Journal Neonatology.

"**Congential Epulis**", International Journal of Pediatric Otolaryngology, # IJPORL-D-11-00575, 01/27/12.

"MRSA bacteremia associated with Lemierre's syndrome:  case report and literature review". International Journal of Pediatric Otorhinolaryngology, # IJPORL-D-12-00006, 01/27/12.

"Tracheal Compression in an Infant:  An Innovative Approach to Anesthetic Care" Laryngoscope, #lscope-13-1662.

"**Thermal Effect of Flexible Fiber CO2 Laser Delivery on Head and Neck Tissue**"
"**Postoperative Recurrent Tracheoesophageal Fistula: An Unusual Complication of Oxidized Regenerated Cellulose**" Journal of Pediatric Otorhinolaryngology # IJPORL-D-13-00723, 10/29/13

## POST GRADUATE CONTINUING EDUCATION CERTIFICATES
AMA Physician Recognition Award: 1988-1990, 1986-1988, 1984-1986, 1982-1984

CMA CME Certificate:   1996-1998, 1994-1996, 1992-1994, 1990-1992, 1988-1990, 1986-1988 1984-1986, 1982-1984.

40

California Medical Society Physician Recognition Award: 1992-1994, 1990-1992, 1988-1990, 1986-1988, 1984-1986, 1982-1984.

## VIDEO RECORDED PRESENTATION
"Healthcare Reform" – presentation recording at AAO-HNSF Annual Meeting, September 30, 2013.

## MEETINGS

1.  **Neonatal-Respiratory Disease Update,** Division Children's Hospital Los Angeles. March 15-16, 1984

2.  **American Broncho Esophagological Association,** Annual Meeting, May 1984-1994.

3.  **American Academy of Pediatrics,** Annual Meeting, 1985, 1984.

4.  **American Society of Pediatric Otolaryngology (ASPO).** Founding meeting of Bermuda, April 2, 1985.

5.  **Common Problems in Pediatrics.** Symposia Medicus, Newport Beach, California, April 3-5, 1986.

6.  **American Society of Pediatric Otolaryngology (ASPO),** Santa Barbara, California. April 16-20, 1986.

7.  **Hollywood Presbyterian Medical Center ENT & Continuing Education,** January-December, 1986.

8.  **Triological Society Western Section Meeting,** January 9-11, 1987.

9.  **Los Angeles Society of Otolaryngology Head and Neck Surgery,** February 24, 1986-87.

10. **American Society of Pediatric Otolaryngology (ASPO),** Colorado Springs, Colorado, May 1-3, 1987, Triological Society Annual Meeting. May 6-8, 1986-1999.

11. **American Society of Pediatric Otolaryngology (ASPO),** Kiawah Island, South Carolina, April 20-24, 1988.

12. **Pacific Coast Oto-Ophthalmological Society Meeting,.** Coronado, CA, June 1988.

13. **American Society of Pediatric Otolaryngology (ASPO),** San Diego, California, May 17-20, 1989.

14. **Pacific Coast Oto-Ophthalmological Society Meeting.** Portland, OR. June 1989.

15. **Pediatric Anesthesiology Conference,** Children's Hospital Los Angeles, Los Angeles, CA, January 27-29, 1989.

16. **American Society of Pediatric Otolaryngology (ASPO),** Denver, CO, May 15-17, 1990.

17. **Pediatric Review Course, Pediatric Otolaryngology II,** . Los Angeles, CA, Aug. 16-21, 1993.

18. **1994 Medicare Physicians Course,** Memphis Cook Convention Center, Memphis, Tennessee, May 4, 1994.

19. **American Society of Pediatrics Otolaryngology (ASPO).** Durango, CO, May 20, 1995.

20. **American Laryngological Association Meeting,** 1996, 1995, 1989, 1988, 1987

CURRICULUM VITAE                              41

21.   Medical/Surgical FOCUS Group 2nd Meeting NACHRI, Phoenix, AZ, February 1-2, 1996.

22.   Combined Otolaryngological Spring Meeting, Orlando, Florida, May 4-10, 1996.

23.   American Society of Pediatric Otolaryngology, Orlando, Florida, May 6- 9, 1996

24.   AAMC/MGMA Advisory Project Committee Meeting, Washington, DC, June 4, 1996.

25.   National Association of Children's Hospitals and Related Institutions (NACHRI), Medical/Surgical FOCUS Group , 3rd Meeting, Dartmouth, New Hampshire, June 20-21, 1996.

26.   National Association of Children's Hospitals and Related Institutions (NACHRI) Patient Care FOCUS Groups Finding Meeting, Course Attended, Washington, DC., September 12-13, 1996.

27.   AAO/HNSF 100th Annual Meeting, Washington, DC., September 29 - October 2, 1996.

28.   Advanced Endoscopic Sinus Surgery '96 Course, Philadelphia, PA. November 7-9, 1996.

29.   Southern Medical Association 90th Annual Scientific Assembly. November 20-24, 1996- 97.

30.   ABEA, Scottsdale, Arizona, May 5-10, 1997.

31.   Triologic Meeting, Scottsdale, Arizona, May 5-10, 1997.

32.   ASPO Spring Meeting, Scottsdale, Arizona, May 5-10, 1997.

33.   AAMC/MCMA - Advisory Project Committee Meeting, Washington DC, June 6, 1997.

34.   American Academy of Otolaryngology-HNS 1999 Annual Meeting, New Orleans, LA. , September 26-29, 1999.

35.   AAMC Advisory Project on Productivity,. Washington DC, September 30, 1999

36.   American Academy of Pediatricians Meeting, Washington, DC, October 8–9, 1999.

37.   ASPO Spring Meeting, San Francisco, CA. May 16-18, 2000.

38.   American Medical Association Meeting, Chicago, IL. June 9-10, 2000.

39.   American Academy of Otolaryngology 2000 Annual Meeting, Washington, D.C., September 23-27, 2000.

40.   ASHA Annual Convention, Washington, DC, November 15-19, 2000

41.   AAMC Residents Conference, Scottsdale, AZ, April 28-May 2, 2001

42.   ASPO Spring Meeting, Scottsdale, AZ, May 9-12, 2001.

43.   AAO-HNS Annual Meeting, Denver, CO, September 8-12, 2001

44.   Combined Otolaryonology Spring Meeting (COSM), Boca Raton, FL, May 10-14, 2002.

45.   AAO-HNS, Annual Meeting, Boca Raton, FL, May 10-14, 2002.

46.   Combined Otolarynology Spring Meeting (COSM), Nashville, TN, May 2-6, 2003.

47.   American Academy of Otolaryngology Annual Meeting, Orlando, FL, September 19-23, 2003.

48.   Le Bonheur Children's Medical Center's Perioperative Services' Equipment Fair, Memphis,TN, December 11, 2003.

49.   Combined Otolaryngology Spring Meetings (COSM), Phoenix, AZ, April 30-May 4, 2004.

50.   American Academy of Otolaryngology Annual Meeting, New York, NY, September 19-23, 2004.

51.   Le Bonheur Children's Medical Center's Perioperative Services' Equipment Fair, Memphis,TN, December 11, 2004.

52.   Memphis Medical Society "Doctor's Day on the Hill", Nashville, TN, March 8, 2005.

53.   ASPO 20th Annual Meeting, Las Vegas, NV, May 26-30, 2005.

54.   American Academy of Otolarynology Annual Meeting, Los Angeles, CA, September 17-20, 2005, overall score instruction course 3.90 excellent in all areas.

55.   American Academy of Otolaryngology Annual Meeting and Postgraduate Courses. 2012, 2011, 2010, 2009, 2008, 2007, 2006, 2005, 2004, 2003, 2002, 2001, 2000, 1999, 1998, 1997, 1996, 1995, 1994, 1993, 1992, 1991, 1990, 1989, 1988, 1987, 1986, 1984, 1983, 1982, 1981, 1980, 1979, 1978.

56.   Effective Residency Program Management Administrators' Workshop, Boston, MA, October 5-6, 2006.

57.   American Academy of Otolaryngology Annual meeting, Ontario, Canada, September 17-20, 2006.

58.   American Academy of Otolaryngology (Washington Advocacy Conference) – Audit Committee, Alexandria, VA, March 3-4, 2007

59.   Combined Otolaryngology Spring Meetings (COSM), San Diego, CA, April 26-29, 2007.

60.   Juvenile Diabetes Research Foundation (Lay Review Committee Meeting), New York, NY, May 17-19, 2007.

61.   Tennessee Medical Association (Annual Meeting), Atlanta, GA, June 21, 2007.

62.   American Academy of Otolaryngology (Annual Meeting), Washington, DC, September 16-19, 2007.

63.   Tennessee Medical Association (Town Hall Meeting), Knoxville, TN, October 19-20, 2007

64.   American Academy of Otolaryngology (Leadership Strategic Planning Meeting), Washington, DC, November 28-December 4, 2007

65.   Tennessee Medical Association (Annual Meeting), Nashville, TN, April 19-20, 2008.

66.   Combined Otolaryngology Spring Meetings (COSM), Orlando, FL, May 1-4, 2008.

43

67. American Academy of Otolaryngology (Subspecialty Summitt), Washington, DC, May 30-31, 2008

68. Tennessee Communication & Disorders Meeting, Nashville, TN, August 18-19, 2008

69. American Academy of Otolaryngology (Annual Meeting) Chicago, IL, September 21-24, 2008

70. Juvenile Diabetes Research Foundation (Lay Review Committee meeting), New York, NY, November 20-22, 2008.

71. SENTAC (Pan Leadership Meeting), Boston, MA, December 5-7, 2008

72. Tennessee Communication & Disorders Meeting, Nashville, TN, February 10, 2009

73. American Academy of Otolaryngology (Specialty Society Advisory Council Meeting ), Washington, DC, March 20-22, 2009

74. American Society of Pediatric Otolaryngology (Annual Meeting), Seattle Washington, May 22-25, 2009.

75. Juvenile Diabetes Research Foundation (Lay Review Committee meeting), Chantilly, VA, December 4-5, 2009.

76. Memphis Medical Society, (Annual Meeting), Washington, DC. March 1-3, 2010.

77. Tennessee Medical Association (Annual Meeting), Nashville, TN, April 9-11, 2010.

78. Combined Otolaryngology Spring Meetings (COSM) – Annual Meeting, Las Vegas, NV April 28-May 2, 2010.

79. American Academy of Otolaryngology -Annual Meeting, Boston, MA, September 26-29, 2010.

80. Combined Otolaryngology Spring Meetings (COSM) – Annual Meeting, Chicago, IL, April 27-May 1, 2011.

81. American Academy of Otolaryngology -Annual Meeting, San Francisco, CA, September 11-14, 2011.

82. Tennessee Medical Association- Annual Meeting, Nashville, TN, April 13-15, 2012.

83. Combined Otolaryngology Spring Meetings (COSM) – Annual Meeting, San Diego, CA, April 19-22, 2012.

84. American Academy of Otolaryngology – Annual Meetings, Washington, DC, September 9-12, 2012.

85. Tennessee Medical Association- Annual Meeting, Nashville, TN, April 5-7, 2013.

86. American Society of Pediatric Otolaryngology (Annual Meeting), Arlington, VA, April 25-28, 2013

87. AAOA Basic Course Allergy & Immunology, Lake Tahoe, CA, July 11-13, 2013.

88. American Academy of Otolaryngology (Annual Meeting) – , Vancouver, BC, September 29-October 3, 2013

89. ASPO/COSM (Annual Meeting) – Las Vegas, Nevada; May 14-18, 2014

Revised 01/10/14

44

4812-1995-9066, v. 1

JAY WERKHAVEN, M.D.                                        J-54170
Vanderbilt University Medical Center
2200 Children's Way
Doctors Office Tower, 7th Floor
Nashville, Tennessee 37232

May 9, 2014

EXPERT WITNESS REPORT

LOVELACE v. PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and MARK P. CLEMONS

I, Jay Werkhaven, M.D. have been retained to evaluate the medical treatment rendered by Mark Clemons, M.D. to Brett Lovelace on March 12, 2012, at LeBonheur Hospital. In 2012, I was licensed in Tennessee and a practicing otolaryngologist in Nashville, Tennessee, and was so licensed and practicing at least one year prior thereto. I am familiar with the recognized standard of acceptable professional practice for otolaryngologists in March, 2012, in Memphis, Tennessee. My qualifications are set forth in my *curriculum vitae*.

In forming my opinions, I reviewed the following:

1.      LeBonheur medical records of Brett Lovelace.

2.      Medical records of Dr. Clemons.

3..      Deposition of Dr. Mark Clemons.

The facts I considered in forming opinions are as follows:

The patient, Brett Lovelace, age twelve (12) was obese and had a past history of asthma. He was admitted to LeBonheur on March 12, 2012, for a tonsillectomy and adenoidectomy which was performed by Dr. Mark Clemons. Pre-operatively, the patient was worked up and evaluated by the anesthesia personnel including Dr. Paidipalli. There were no problems intra-operatively, and Dr. Clemons completed the surgical aspects of the case.

When the case was over, the patient was extubated by anesthesia, which was responsible for monitoring respiratory status. The patient was placed on supplemental oxygen and taken from the operating room to recovery (PACU), where the patient was assigned to the recovery room nurse.

In the recovery room, Nurse Kish was assigned to this patient and remained at his bedside throughout. One of the responsibilities of the recovery room nurse is to evaluate the patient's respiratory status and maintain an airway. In addition to the nurse being present, the patient was hooked up to a pulse oximeter.

The patient remained in the recovery room for approximately ninety (90) minutes with no report or indication of respiratory problems, but after approximately ninety (90) minutes, it became apparent that the patient was in respiratory distress. No one called Dr. Clemons until after the code.

It is my opinion that Dr. Clemons complied with the recognized standard of acceptable professional practice for otolaryngologists in Memphis, Tennessee and similar communities with regard to the medical treatment he rendered to Brett Lovelace on March 13, 2012 in the following particulars:

1.      Dr. Clemons performed the surgical procedures of tonsillectomy and adenoidectomy in accordance with the standard of care, and there were no intra-operative problems or complications.

2.      Dr. Clemons appropriately relied upon the anesthesia personnel to evaluate the patient pre-operatively to administer anesthesia, to extubate the patient, and to monitor and assess the patient in recovery. A surgeon such as Dr. Clemons is not expected to perform the functions of an anesthesiologist.

3.      The patient was taken from the operating room to recovery (PACU), where the patient was assigned one-on-one with a recovery room nurse, who remained at the patient's bedside throughout. This was a hospital function, and the surgeon, such as Dr. Clemons, was not required or expected to position the patient or monitor the patient while the patient was in the recovery room (PACU).

4.      The recovery room personnel were responsible for monitoring the patient which includes insuring that the airway is maintained and the patient is oxygenated. The patient was hooked up to a pulse oximeter, all of which are not functions to be performed by the surgeon such as Dr. Clemons.

5.      Dr. Clemons performed the surgery appropriately, and the standard of care did not require Dr. Clemons to monitor this patient in the recovery room (PACU), and Dr. Clemons was never contacted by anyone from the recovery room about this patient during the ninety (90) minutes between arrival in PACU and the respiratory code.

6.      Monitoring anesthesia and its after effects are not the surgeon's function or responsibility. Further, monitoring and insuring a functioning airway is the responsibility of the PACU personnel, not the surgeon.

7.      No medical treatment on the part of Dr. Clemons caused the patient, Brett Lovelace, to sustain injuries and damages which would not otherwise have occurred.

The opinions stated above regarding Dr. Clemons' compliance with the recognized standard of acceptable professional practice for otolaryngologists practicing in Memphis, Tennessee and similar communities in March, 2012, are based upon my education, training and experience based upon the medical records and testimony of Dr. Clemons.

I intend to provide expert testimony in connection with the treatment rendered by Dr. Clemons, but not as to any other healthcare provider.

Within the past four (4) years, I have not testified at trial, but have testified by deposition in one case styled _Evans_ vs. _Williams_, in the _Circuit_ Court of _Gibson County_.

My publications for the past ten (10) years are contained in my CV attached.

I follow the fee schedule imposed by Vanderbilt University Medical School for expert review and testimony. The hourly charge is basically $600.00 for review of cases and $7,500.00 per day for out-of-town court testimony.

JAY WERKHAVEN, M.D.

4841-6482-4158 v. 2

# CURRICULUM VITAE

Jay Werkhaven., M.D.

Department of Otolaryngology-Pediatric

The Vanderbilt Bill Wilkerson Center at
Monroe Carell Jr. Children's Hospital at Vanderbilt

2200 Children's Way

7th Floor, Doctor's Office Tower

Nashville, Tennessee   37232-9307

JULY 3, 2013


EXHIBIT
B

# CURRICULUM VITAE

## JAY WERKHAVEN, M.D.

### PERSONAL INFORMATION

Business Address:

The Vanderbilt Bill Wilkerson Center for Otolaryngology and Communication Sciences
Department of Otolaryngology-Head & Neck Surgery
2200 Children's Way
7th Floor, Doctors' Office Tower
Nashville, Tennessee   37232-9307

| | |
|---|---|
| Wendy Crumley | 615-875-3737 (Office Assistant IV) |
| Office: | 615-875-0584 |
| Fax: | 615-875-0101 |
| E-Mail: | jay.werkhaven@vanderbilt.edu |

Date of Birth:        August 11, 1956

### EDUCATION

Medicine:

Doctor of Medicine
Bowman Gray School of Medicine
Wake Forest University
Winston-Salem, North Carolina
1982

Pre-Med

Wittenburg University
Bachelor of Arts – Chemistry
Magna Cum Laude
Springfield, OH
1978

### POST-GRADUATE TRAINING

Internship:

General Surgery
University of Illinois at Chicago
Chicago, IL
1982-1983

Residency:

Otolaryngology
University of Illinois at Chicago Medical Center
Chicago, IL
1983-1987

Fellowship:

Pediatric Otolaryngology
NIH Training Grant Research Fellow
Children's Hospital in Pittsburgh
Pittsburgh, PA
1987-1988

| | |
|---|---|
| Fellowship (Continued): | Pediatric Otolaryngology<br>Children's Hospital of Pittsburgh<br>Pittsburgh, PA<br>1988-1989 |
| **LICENSURE** | Tennessee<br>1989-Present<br>License Number: MD 019508 |
| **BOARD CERTIFICATION** | American Board of Otolaryngology, Pediatric, 1987<br>American Board of Otolaryngology, 1985<br>National Board of Medical Examiners, 1983 |

**ACADEMIC APPOINTMENTS**

| | |
|---|---|
| *1987-1988* | *Assistant Instructor*<br>Department of Otolaryngology<br>University of Pittsburgh School of Medicine |
| *1988-1989* | *Instructor*<br>Department of Otolaryngology<br>University of Pittsburgh School of Medicine |
| 1989-1991 | *Assistant Professor*<br>Department of Otolaryngology<br>Vanderbilt Bill Wilkerson Center at Monroe Carrel's Children's Hospital<br>Vanderbilt University School of Medicine |
| 1992-2000 | *Assistant Professor*<br>Department of Otolaryngology<br>Vanderbilt Bill Wilkerson Center at Monroe Carrel's Children's Hospital<br>Vanderbilt University School of Medicine |
| 2000-Present | *Associate Professor*<br>Department of Otolaryngology<br>Vanderbilt Bill Wilkerson Center at Monroe Carrel's Children's Hospital<br>Vanderbilt University School of Medicine |
| 2006-2013 | *Director*<br>Division of Pediatric Otolaryngology<br>Vanderbilt Bill Wilkerson Center at Monroe Carrel's Children's Hospital<br>Vanderbilt University School of Medicine |
| 2013-Present | Director of Analytics<br>Division of Pediatric Otolaryngology<br>Vanderbilt Bill Wilkerson Center at Monroe Carrel's Children's Hospital<br>Vanderbilt University School of Medicine |

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1991-1992 | Staff<br>Division of Pediatric Otolaryngology<br>Nemours Children's Clinic<br>Jacksonville, FL |
| 2006-2013 | Director – Division of Pediatric Otolaryngology<br>Monroe Carell Jr. Children's Hospital at Vanderbilt<br>2200 Children's Way<br>Nashville, Tennessee  37232 |
| 2013-Present | Director of Analytics – Division of Pediatric Otolaryngology<br>Monroe Carell Jr. Children's Hospital at Vanderbilt<br>2200 Children's Way<br>Nashville, Tennessee  37232 |
| 2001-2011 | Active Staff<br>St. Thomas Hospital<br>4220 Harding Road<br>Nashville, Tennessee  37205 |
| 2012-2014 | Active Staff<br>Baptist Hospital<br>200 Church Street<br>Nashville, Tennessee  37201 |

## PROFESSIONAL ORGANIZATIONS

American Medical Association
Tennessee Medical Association
Nashville Academy of Medicine
American Academy of Otolaryngology-Head and Neck Surgery
Society for Ear, Nose and Throat Advances in Children
American Society of Pediatric Otolaryngology
American Broncho-Esophological Association
American Society for Laser Medicine and Surgery
Wilderness Medical Society
Society of University Otolaryngologists - Head and Neck Surgeons
Nashville Academy of Otolaryngology - Head and Neck Surgery
Optical Society of America
American Society for Photobiology
Society of Photo-Optical Instrumentation Engineers (SPIE)
Biomedical Optics Society

## HONORS AND AWARDS

Undergraduate:

| | |
|---|---|
| 1975 | Phi Eta Sigma Honorary |
| 1977 | Outstanding Chemistry Student |
| 1978 | American Chemical Society Award |

Graduate:
1978-1982          Charles Alva Strickland Scholarship

Professional:
1994          Named to list of Best Doctors in America
1994          American Academy of Otolaryngology - Head and Neck Surgery Honor Award
1995          Named to list of Best Doctors in America: Midwest Region (1996-1997)
1998          Named to list of Best Doctors in America
2004-2005          Named to list of Best Doctors in America
2010          Named to Guide to America's Top Physicians
2011          Named to list of Best Doctors in America
2013          Named to list of Best Doctors in America
2013          Aerodigestive Conference Panel Member
2013          Nashville Business Journal, Best Doctors List
2014          Named to list of Best Doctors in America
2014          Castle Connoly Americas Top Doctors

**POSTERS**

1.  *Ewings Sarcoma.* Presented as a Poster. American Society for Pediatric Otolaryngology, annual meeting, Kiawah, SC, April 1988 (with K. Chan).
2.  MRI and CT Imaging of Foreign Bodies in the Aerodigestive Tract. Presented as a Poster. American Society for Pediatric Otolaryngology Annual Meeting, Kiawah, SC, 1988 (with K. Chan).
3.  *Infectious Mononucleosis with Airway Obstruction and Cranial Nerve Paralysis.* Presented as a Poster. American Society for Pediatric Otolaryngology Fourth Annual Meeting, San Diego, CA, May 17-20, 1989, (with B. Maddern and S.Stool).
4.  *The Effect of Steroids or Tissue Precooling on Edema and Tissue Thermal Coagulation after $CO_2$ Laser Impact.* Presented as a poster at the American Academy of Otolaryngology--Head and Neck Surgery / Association for Research in Otolaryngology Research Forum, San Diego, CA, September 9 - 13, 1990, (with L. Sheppard, S. Mickelson, J. Crissman, E. Peterson, and G. Jacobsen).
5.  *Internal Carotid Artery Aneurysms Presenting as Neck Masses.* Presented as a poster at the American Academy of Otolaryngology--Head and Neck Surgery Annual Meeting, San Diego, CA, September 9 - 13, 1990, ( with D. Haynes, J. Netterville, and M. Schwaber).
6.  *$CO_2$ Laser Micromanipulator Parallax Error Resolved.* Presented as a poster at the American Academy of Otolaryngology Annual Meeting, Kansas City, MO, September 22-26,1991, (with J. Duncavage, R. Ossoff, and S. Shapshay).
7.  *$CO_2$ Laser Microtrapdoor Flap Excision of Subglottic Stenosis.* Presented as a poster to the American Society of Pediatric Otolaryngology. Annual Meeting, Combined Otolaryngological Spring Meetings, Palm Desert, CA, April 13-15, 1992, (with D. Weed and R. Ossoff).
8.  *Sarcoidosis of the Pediatric Larynx.* Presented as a poster at the American Society of Pediatric Otolaryngology, Combined Otolaryngology Spring Meeting, May 12-13, 1999, Palm Beach, FL ( by T Kenny with JL Netterville ).
9.  *Bilateral Lemierre's Syndrome: A Case Report and Review of the Literature.* Presented as a poster at the Southern Section Meeting, Triologic Society, Jan 11-13,2001,Marco Island, FL, (by Brian A. Moore with Catherine Dekle).
10. *Mafucci's Syndrome and Cartilaginous Neoplasms of the Trachea.* Presented as a poster at the American Academy of Otolaryngology - Head and Neck Surgery, 105th Annual Meeting, Denver, CO, Sept 9-12,2001, (by Brian A. Moore with Michael J. Rutter and Robin T. Cotton).

11. *Nasal Crusting as a Presenting Symptom of Ectodermal Dysplasia.* Presented as a poster to the American Society of Pediatric Otolayngologists. May 27-28, 2005, Las Vegas, NV, (with J Wittkopf and MD Latev).

12. *Jugular Vein Phlebectasia,* Accepted as a poster to the American Academy of Otolaryngology - Head and Neck Surgery, Annual Meeting, Sept 17-20, 2006, Toronto, Ontario, Canada, by Vikas Singh (with J Cutler).

## TEACHING: COURSES, SYMPOSIA, AND SEMINARS

1. *Current Applications in Laser Treatment for Cancer,* Midwest Bio-Laser Institute, Wenske Laser Center, Ravenswood Hospital Medical Center, Chicago, IL, October 12-13, 1985.

2. *Laser Applications in Podiatric Medicine,* Midwest Bio-Laser Institute, Ravenswood Hospital Medical Center, Chicago, IL, February 15, 1986.

3. *The Use of Lasers in Ophthalmology and Dermatology/Plastic,* 21st Annual Meeting, Association for the Advancement of Medical Instrumentation, Chicago, IL, April 12-16, 1986.

4. *Argon Laser Therapy,* Lasers in Podiatric Medicine, Wenske Laser Center, Ravenswood Hospital Laser Center, Chicago, IL, May 10, 1986.

5. *Argon Laser Therapy,* Lasers in Podiatric Medicine, Wenske Laser Center, Ravenswood Hospital Laser Center, Chicago, IL, June 21, 1986.

6. *Argon Laser Therapy,* Lasers in Podiatric Medicine, Wenske Laser Center, Ravenswood Hospital Laser Center, Chicago, IL, August 2, 1986.

7. *Argon Laser Therapy,* Lasers in Podiatric Medicine, Wenske Laser Center, Ravenswood Hospital Laser Center, Chicago, IL, September 13, 1986.

8. *The YAG Laser: Applications in Gynecology.* Wenske Laser Center, Ravenswood Hospital Medical Center, Chicago, IL, September 19-20, 1986.

9. *The Use of Argon Laser in Medicine and Surgery,* Ravenswood Hospital Medical Center, Chicago, IL, October 11, 1986.

10. *Argon Laser Therapy, Lasers in Podiatric Medicine,* Wenske Laser Center, Ravenswood Hospital Laser Center, Chicago, IL, October 25, 1986.

11. *Argon Laser Therapy, Lasers in Podiatric Medicine,* Wenske Laser Center, Ravenswood Hospital Laser Center, Chicago, IL, December 6, 1986.

12. *Lasers in Podiatric Medicine and Cutaneous Disease,* Midwest Bio-Laser Institute and Wenske Laser Center, Ravenswood Hospital Medical Center, Chicago, IL, February 21, 1987.

13. *Basic Science Section,* Seventh Annual Meeting, American Society of Laser Medicine and Surgery (Moderator), San Francisco, CA, April 1987.

14. *Lasers in Podiatric Medicine and Cutaneous Disease,* Midwest Bio-Laser Institute and Wenske Laser Center, Ravenswood Hospital Medical Center, Chicago, IL, May 9, 1987.

15. *Argon Laser Applications, Lasers in Surgery and Gynecology,* Wenske Laser Center, Ravenswood Hospital Medical Center, Chicago, IL, March 18-20, 1988.

16. *ENT Skill Session. Family Practice Refresher Course.* University of Pittsburgh, June 11, 1988.

17. *Argon Laser Applications, Lasers in Surgery and Gynecology,* Wenske Laser Center, Ravenswood Hospital Medical Center, Chicago, IL, July 16-17, 1988.

18. *Sleep Apnea in Children; Current Studies in Otitis Media.* Grand Rounds and Resident Teaching Rounds, Department of Otolaryngology-Head and Neck Surgery, Vanderbilt University, Nashville, TN, October 6, 1988.

19. *Upper Respiratory Papillomas in Children, Etiologic, Clinical and Therapeutic Aspects,* Magee-Womens Hospital, Department of Pathology and University of Pittsburgh, Pittsburgh, PA, October 15, 1988.

20. *Sinusitis in Children.* Grand Rounds, Department of Otolaryngology-Head and Neck Surgery, University of Michigan, Ann Arbor, MI, November 9, 1988.

21. $CO_2$ *Laser Applications in Otolaryngology.* Grand Rounds, Department of Otolaryngology-Head and Neck Surgery, University of Minnesota, Minneapolis, MN, December 10, 1988.

69. *Physical Exam of the Head and Neck.* Physical Diagnosis instruction to Second Year Medical Students, Vanderbilt University School of Medicine, Jan.-Apr., 1994.

70. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck Surgery (Part I and II),* Vanderbilt University Medical Center, Department of Otolaryngology, April 28-29, 1994.

71. *Argon Lasers in Otolaryngology - Head and Neck Surgery, Lasers in Otolaryngology - Head and Neck Surgery (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, April 30,1994.

72. *Otitis Media: Medical vs. Surgical Management.* Eleventh Annual Family Medicine/Primary Care Update, Vanderbilt University Medical Center, May 20,1994.

73. *$CO_2$ Laser - Larynx/subglottic Area.* Hands-On Multi-Wavelength Laser Workshop, UCLA School of Medicine, UCLA Medical Center, June 3-4,1994.

74. *Controversies in Pediatric ENT.* Grand Rounds, Bedford Co. Hospital, Shelbyville, TN, March 2, 1995.

75. *Advanced Skills Session, Otitis Media with Effusion: Sharpening Your Clinical Skills.* National Association of Pediatric Nurse Associates and Practitioners, 16th Annual Nursing Conference on Pediatric Primary Care, Nashville, TN, March 15-16, 1995.

76. *Physical Exam of the Head and Neck.* Physical Diagnosis instruction to Second Year Medical Students, Vanderbilt University School of Medicine, Jan.-Apr., 1995.

77. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck Surgery (Part I and II),* Vanderbilt University Medical Center, Department of Otolaryngology, April 20-22, 1995.

78. *Nd:YAG Laser in Otolaryngology - Head and Neck Surgery. Lasers in Otolaryngology - Head and Neck Surgery (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, April 22,1995.

79. *Holmium Laser in Otolaryngology - Head and Neck Surgery. Lasers in Otolaryngology - Head and Neck Surgery (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, April 22,1995.

80. *Pediatric Sinus Disease. Endoscopic Sinus Surgery Workshop,* Vanderbilt University Medical Center, Department of Otolaryngoglogy, May 18-19, 1995.

81. *Update in the Use of Lasers in Medicine.* 12th Annual Family Medicine Primary Care Update, Vanderbilt University Medical Center, May 18-21,1995.

82. *Pediatric Sinusitis.* Grand Rounds, Harton Regional Medical Center, Tullahoma, TN, June 15, 1995.

83. *Pediatric Sinusitis.* Grand Rounds, Clarksville Memorial Hospital, Clarksville, TN, August 18, 1995.

84. *Otitis Media: Medical vs. Surgical Treatment.* Grand rounds, Bowling Green Hospital, Bowling Green, KY, October 18, 1995.

85. *Medical versus Surgical Management of Pediatric Otitis and Sinusitis.* Seventh Annual Infectious Disease Conference for Primary Care Practitioners, University of Alabama, Huntsville Program, Huntsville, AL, October 19, 1995.

86. *Holmium Laser in Otolaryngology - Head and Neck Surgery.* and KTP Laser in Otolaryngology - Head and Neck Surgery, Lasers in Otolaryngology - Head and Neck Surgery (Part II), Vanderbilt University Medical Center, Department of Otolaryngology, November 4,1995.

87. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck Surgery (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, November 4, 1995.

88. *Physical Exam of the Head and Neck.* Physical Diagnosis instruction to Second Year Medical Students, Vanderbilt University School of Medicine, Jan.-Apr., 1996.

89. *Holmium Laser in Otolaryngology - Head and Neck Surgery. and KTP Laser in Otolaryngology - Head and Neck Surgery, Lasers in Otolaryngology - Head and Neck Surgery (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, March 30,1996.

90. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck Surgery (Part II),* Vanderbilt University Medical Center, Department of Otolaryngology, March 30, 1996.

91. *Pediatric Sinus Disease. Endoscopic Sinus Surgery Workshop,* Vanderbilt University Medical Center, Department of Otolaryngoglogy, April 18-19, 1996.

92. *Otitis Media.* Grand Rounds, Clarksville Memorial Hospital, Clarksville, TN, September 20, 1996.

93. *Otitis Media.* Grand Rounds, Harton Regional Medical Center, Tullahoma, TN, October 17, 1996.

94. *Lasers in Pediatric Otolaryngology, Lasers in Otolaryngology - Head and Neck Surgery*, Vanderbilt University Medical Center, Department of Otolaryngology, October 31, 1996.

95. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck Surgery*, Vanderbilt University Medical Center, Department of Otolaryngology, October 31, 1996.

96. *Moderator*, Pediatric Otolaryngology, The Triologic Society Southern Section Meeting, Captiva Island, FL, January 16-18, 1997.

97. *Pediatric Sinus Disease. Endoscopic Sinus Surgery Workshop*, Vanderbilt University Medical Center, Department of Otolaryngology, April 11, 1997.

98. *Physical Exam of the Head and Neck.* Physical Diagnosis instruction to Second Year Medical Students, Vanderbilt University School of Medicine, Jan.-Apr., 1997.

99. *Lasers in Pediatric Otolaryngology, Lasers in Otolaryngology - Head and Neck Surgery*, Vanderbilt University Medical Center, Department of Otolaryngology, April 25,1997.

100. *Laboratory Instructor, Lasers in Otolaryngology - Head and Neck Surgery (Part II)*, Vanderbilt University Medical Center, Department of Otolaryngology, April 25,1997.

101. *Pediatric Sinus Disease. Endoscopic Sinus Surgery Workshop*, Vanderbilt University Medical Center, Department of Otolaryngology, August 8, 1997.

102. *Lasers in Pediatric Otolaryngology, Lasers in Otolaryngology - Head and Neck Surgery*, Vanderbilt University Medical Center, Department of Otolaryngology, November 14,1997.

103. *Physical Exam of the Head and Neck.* Physical Diagnosis instruction to Second Year Medical Students, Vanderbilt University School of Medicine, Jan.-Apr., 1998.

104. *Pediatric Otitis Media.* Tennessee Academy of Physician Assistants annual conference. Gatlinberg, TN, October 14, 1998.

105. *Physical Exam of the Head and Neck.* Physical Diagnosis instruction to Second Year Medical Students, Vanderbilt University School of Medicine, Jan.-Apr., 1999.

106. *The Changing Face of Otitis Media: An Interactive Presentation.* Cumberland pediatric Foundation, Vanderbilt University, August 14, 1999.

107. Vanderbilt OR Nurses Lecture, December 13, 2013

<u>RESEARCH</u>

## Principal Investigator

- Superpulse $CO_2$ Histologic Effects; Minnesota Laser, Roseville, MN. Co-Investigator: David M. Harris, Ph.D. Funded $973.

- A Histological Study of Superpulse $CO_2$ Laser Tissue Effects; Research Advisory Committee, Children's Hospital of Pittsburgh, Pittsburgh, PA. Co-Investigators: Bruce R. Madden , M.D. and David M. Harris, Ph.D. Funded $6,282.

- Incidence of Otic Barotrauma in Scuba Divers; Vanderbilt University Otolaryngology Research Fund. Co-Investigators: Michael J. Koriwchak, M.D., Mark R. Widick, M.D.

- Effect of Low Dose He-Ne Laser Illumination on Skin Flap Survival; Dynatronics, Salt Lake City, Utah. Co-Investigator: Donald Weed, M.D., Brian Burkey, M.D., David M. Harris, Ph.D. Funded $1,528.60.

- Spectroscopy and Ablation of Dental Hard Tissues, Department of Defense, Medical Free Electron Laser. Other Principal Investigators: David M. Harris, Ph.D., Louis Reinisch, Ph.D., Charles Arcoria, D.D.S., Leo Miserendino, D.D.S., Michael Yessick, Ph.D. Funded $30,000.

**Co-Investigator**

- Comparison of Oral Cefpodoxime Proxetil (U-76, 252, CD-807) and Penicillin VK in the Treatment of Pharyngitis/Tonsillitis. Upjohn Company. Principal Investigator: Bruce R. Madden, M.D. Co-Investigator: Jay Werkhaven, M.D. Funded $29,300.
- The Modification of Edema and Depth of Thermal Coagulation in Tissue after Application of $CO_2$ Laser: Effect of Tissue Pre-cooling vs. Steroids. Henry Ford Foundation. Principal Investigator: Lisa Sheppard, M.D. Co-Investigator: Sam Mickelson, M.D., John Crissman, M.D., Jay Werkhaven, M.D. Funded $29,478.70.

**UNDERGRADUATE RESEARCH**

- Lab Assistant, National Institutes of Health, Bethesda, MD, Section on Endocrinology and Reproduction. Angiotensin II Hormone Receptor Analysis, September 1976-December 1976.

- While serving as a control subject for human research in the Normal Volunteer Program, National-Institutes of Health, Bethesda, MD. Research Assistant, Section of Psychiatry, Effects of Cocaine and Lidocaine on Kindling in the Rat Limbic System, March 1977-June 1977.

- Assistant, U.S. Department of Agriculture, Delaware, OH, field station. Analysis of sulfur content of plants in urban environments, cultivation and data on tree growth, June 1977-August 1977.

**PUBLICATIONS: ARTICLES**

1. Werkhaven JA, Harris DM, Krol G, Hill JH: **Light Dosimetry in Animal Models, Application to Photodynamic Therapy in Otolaryngology.** Laryngoscope, 96:1058-61, 1986.
2. Harris DM, Hill JH, Werkhaven JA, Applebaum EL: **Porphyrin Fluorescence and Photosensitization in Head and Neck Cancer.** Arch Otolaryngol 112:1194-99, 1986.
3. Werkhaven JA, Harris DM, Lambert DC: **Progress Report on the Transmission of 630nm Light Through Human Skin In Vivo.** L.I.A., Volume 55 (ICALEO 1986) pp 8-10.
4. Werkhaven JA, Holinger LD: **Bronchial Casts in Children.** Ann Otol Rhinol Laryngol 96:86-92, 1987.
5. Harris DM, Werkhaven JA: **Endogenous Porphyrin Fluorescence in Tumors.** Lasers Surg Med 7:467-472, 1987.
6. Hill JH, Werkhaven JA, DeMay R: **Hürthle Cell Variant of Papillary Carcinoma of the Thyroid Gland.** Otolaryngol Head Neck Surg 98:338-341, 1988.
7. Werkhaven JA, Harris DM: **Superpulse $CO_2$ Laser Tissue Effects.** Proceedings of the 2nd International Laser Surgery Congress, Nashville, TN, June 22-24, 1988.
8. Maddern BR, Werkhaven JA, McBride TP: **Lingual Thyroid in a Young Infant Presenting as Airway Obstruction:** Report of a Case. Int J Pediatr Otorhinolaryngol 16:77-82, 1988.
9. Harris DM, Werkhaven JA: **Clinical Consequences of Laser/Tissue Interactions.** Proceedings of IEEE Special Symposium on Maturing Technology and Emerging Horizons, New Orleans, LA, Nov 4-7,1989, pp 26-29.
10. Yerman HM, Werkhaven JA, Schild JA: **The Evaluation of Laryngeal Calcium Deposition: A New Methodology.** Ann Otol Rhinol Laryngol, 97:516-520, 1988.
11. Werkhaven J, Maddern BR, Stool SE: **Posttracheotomy Granulation Managed by Carbon Dioxide Laser Excision.** Ann Otol Rhinol Laryngol,98:890-895,1989.

12. Maddern BR, **Werkhaven J**, Wessel HB, Yuniz E: **Infectious Mononucleosis with Airway Obstruction and Multiple Cranial Nerve Paresis.** Otolaryngology Head Neck Surg 104:529-532,1991.

13. Ossoff RH, Tucker J, **Werkhaven JA: Neonatal and Pediatric Microsubglottiscope Set.** Ann Otol Rhinol Laryngol, 100:325-326,1991.

14. **Werkhaven JA**, Lee-Polis S: **Bronchoscopy Methods Make Pediatric Cases Practical.** Clinical Laser Monthly 9:119-121,1991.

15. Ossoff RH, **Werkhaven JA**, Raif J, Abraham M: **Advanced Microspot Microslad for the CO$_2$ Laser,** Otolaryngology Head and Neck Surg 105:411-414,1991.

16. Ossoff RH, **Werkhaven JA**, Dere H: **Soft Tissue Complications of Laser Surgery for Recurrent Respiratory Papillomatosis,** Laryngoscope 101:1162-1166,1991.

17. Sheppard L, **Werkhaven J**, Mickelson S, Crissman JD, Peterson E, Jacobsen G: **The Effect of Steroids or Tissue Precooling on Edema and Tissue Thermal Coagulation After CO$_2$ Laser Impact.** Lasers Surg Med 12:137-146,1992.

18. **Werkhaven JA**, Ossoff RH: **Applications of the Microspot Micromanipulator to Pediatric Otolaryngology.** Operative Techniques in Otolaryngol Head Neck Surg. 3(2): 114-116, 1992.

19. **Werkhaven JA**, Ossoff RH: **Carbon Dioxide Laser Microtrapdoor Flap for Anterior Glottic Webs.** Operative Techniques in Otolaryngol Head Neck Surg. 3(2): 120-122, 1992.

20. **Werkhaven JA**, Weed DT, Ossoff RH: **Carbon Dioxide Laser Serial Microtrapdoor Flap Excision of Subglottic Stenosis.** Arch Otolaryngol 119:676-679,1993.

21. **Werkhaven JA**, Reinisch L, Sorrell M, Tribble J, Ossoff RH: **Non Invasive Optical Diagnosis of Bacteria Causing *Otitis Media*.** Laryngoscope 104:264-268,1994.

22. Sorrell MJ, Tribble J, Reinisch L, **Werkhaven JA**, Ossoff RH: **Bacteria Identification of Otitis Media with Fluorescence Spectroscopy.** Lasers Surg Med 14:155-163,1994.

23. **Werkhaven JA**, Weed DT, Ossoff RH: **Carbon Dioxide Laser Serial Microtrapdoor Flap Excision of Subglottic Stenosis.** Arch Otolaryngol 119:676-679,1993. Reviewed and discussed in Oto J Club J 1:8-9,1994.

24. Edwards G, Logan R, Copeland M, Reinisch L, Davidson J, Johnson B, Maciunas R, Mendenhall M, Ossoff R, Tribble J, **Werkhaven J**, O'Day D: **Tissue Ablation by a Free-Electron Laser Tuned to the Amide II Band.** Nature 371:416-419,1994.

25. Ossoff RH, Coleman JA, Courey MS, Duncavage JA, **Werkhaven JA**, Reinisch L: **Clinical Applications of Lasers in Otolaryngology-Head and Neck Surgery.** Lasers Surg Med 15:217-248,1994.

26. Koriwchak MJ, **Werkhaven JA: Middle Ear Barotrauma in Scuba Divers.** J Wilderness Med 5:389-398,1994.

27. Edwards G, Logan L, Copeland M, Reinisch L, Johnson J, Mendenhall M, Ossoff R, Tribble J, **Werkhaven J**, O'Day D: **Two Years of FEL Applications Research in Biological Physics.** Longer Wavelength Lasers and Applications, Spie Proceedings Vol 2138, 35-40,1994.

28. Hall JW, Prentice CH, Smiley G, **Werkhaven J: Auditory Dysfunction in Selected Syndromes and Patterns of Malformations: Review and Case Findings.** J Am Acad Audiology 6: 80-92, 1995.

29. Weed DT, **Werkhaven J: Pediatric Pharyngeal and Peritonsillar Abcess: Diagnosis and Management.** Sem Ped Inf Dis 6: 96-106, 1995.

30. Tobias J, Rasmussen G, O'Dell N, Lowe S, Hersey S, **Werkhaven J: Analgesia Following PE Tube Placement: Preoperative Administration of Acetaminophen Versus Acetaminophen with Codeine.** Analgesia and Anesthesia 81: 496-500, 1995.

31. Lano C, **Werkhaven JA: Airway Management in a Patient with Hecht's Syndrome.** Southern Medical Journal 90:1241-1243,1997.

32. Bryant GL, Ossoff RH, Reinisch L, **Werkhaven JA: Ablation of Teflon Granuloma with the Free-Electron Laser Emitting in the Eight- to Nine-Micron Range.** Annal Otol Rhinol Laryngol, 107,269-274,1998.

33. Clymer MA, Fortune DS, Reinisch L, Toriumi DM, **Werkhaven JA,** Ries WR: **Interstitial Nd:YAG Photocoagulation for Vascular Malformations and Hemangiomas in Childhood.** Arch Otolaryngol, 124,431-436,1998.

34. Lano CF, Reinisch L, Ossoff RH, Garrett CG, Kuo T, Bryant GL, **Werkhaven JA: Ablation of Teflon Granulomas in the Canine Larynx with the Free-Electron Laser.** Annal Otol Rhinol Laryngol, 108,17-23,1999.

35. Spector JE,**Werkhaven JA,** Spector NC, Huang S, Page RN, Baranowski B, Luther M, McGehee, Reinisch L: **Preservation of Function and Histologic Appearance in the Injured Glottis with Topical Mitomycin C.** Laryngoscope, 109,1125-1129,1999.

36. KennyTJ, **Werkhaven JA,** Netterville JL: **Sarcoidosis of the Pediatric Larynx.** Arch Otolaryngol, 126,536-539,2000.

37. SpectorBC, Reinisch L, Smith D, **Werkhaven JA: Noninvasive Fluorescent Identification of Bacteria Causing Acute Otitis Media in a Chinchilla Model.** Laryngoscope, 110,1119-1123,2000.

38. Spector JE, **Werkhaven JA,** Spector NC, Huang S, Sanders D, Reinisch L: **Prevention of Anterior Glottic Restenosis in a Canine Model with Topical Mitomycin-C.** Ann Otol Rhinol Laryngol, 110, 1007-10010, 2001.

39. Boyaka PN, Wright PF, Marinaro M, Kiyono H, Johnson JE, Gonzales R, Ikizler MR, **Werkhaven JA,** Jackson RJ, Fujihashi K, DiFabia S, Staats HF, McGhee JR: **Human Nasopharyngeal-Associated Lymphoreticular Tissues: Functional Analysis of Subepithelial and Intraepithelial B and T Cells From Adenoids and Tonsils.** Am J Pathology, 157, 2023-2035, 2000.

40. Moore BA, Dekle C, Werkhaven JA: **Bilateral Lemierre's Syndrome: A Case Report and Review of the Literature.** Ear Nose and Throat Journal, 81,234-252,2002.

41. Moore BA, Rutter MJ, Cotton R, **Werkhaven J. Maffucci's syndrome and cartilaginous neoplasms of the trachea.** Otolaryngol Head Neck Surg. 2003 Apr; 128(4):583-6.Review.

42. Werkhaven,J: **Microlaryngoscopy-Airway Management with Anesthetic Techniques for CO2Laser.** Pediatr Anesth, 14, 90-94, 2004.

43. Wright PF, Ikizler MR, GonzalezRA, Carroll KN, Johnson JE, **Werkhaven JA: The Growth of Respiratory Syncytial Virus in Primary Epithelial Cells from the Human Respiratory Tract.** Journal of Virology, 79,8651-8654,2005.

44. **Werkhaven,J:** Author's Reply. Pediatr Anesth,15,82-83, 2005.

45. Vos JD, Latev MD, Labadie RF, Cohen SM,Wright PF, **Werkhaven JA,** Haynes DS: **The Use of Alloderm in Type 1 Tympanoplasty: A Comparison with Native Tissue Grafts.** Laryngoscope, 115, 1599-1602, 2005.

46. Wooten CT, French LC, Thomas RG, Neblett WW3rd, **Werkhaven JA,** Cofer SA: **Tracheotomy in the First Year of Life: Outcomes in Term Infants, the Vanderbilt Experience.** Otolaryngol Head Neck Surg, 134, 365-369, 2006.

47. Sato M, Li H, Ikizler MR, **Werkhaven JA,** Williams JV, Chappell JD, Tang YW, Wright PF: **Detection of viruses in the human adenoid tissues by use of multiplex PCR.** J Clin Microbiol, 47(3):771-3, Mar 2009.

48. Athavale SM, Rangarajan SV, **Werkhaven J,** Tylor DA: **Silly Putty of the tympanic cavity: the migrating "earplug".** Submitted Laryngoscope, Oct 2010.

49. Moss JR, Cofer S, Hersey S, Goudy S, **Werkhaven J,** Swanson E, Mantle C, Stowell N, Byrne D, Wan L, Labadie R: **Comparison of Clonidine, Local Anesthetics & Placebo in Pediatric Tonsillectomy.** Accepted Arch Otolaryngology, January 2011.

50. Kuo CY, Wootten, CT, Tylor DA, **Werkhaven JA**, Huffman KF, Goudy SL. **Prevention of pressure ulcers after pediatric tracheotomy using a Mepilex Ag dressing.** Laryngoscope 2013 July 29. doi: 10.1002/lary.24094.

**PUBLICATIONS: ABSTRACTS**
1. **Werkhaven JA**, Plant R, Harris DM, Fitzgibbons J: **Determination of Light Dosimetry in an Animal Model of Photodynamic Therapy.** Lasers Surg Med 5:140, 1985.
2. Harris DM, **Werkhaven JA**: **Endogenous Porphyrin Fluorescence, (Potential False-Positive Tumor Localization).** Lasers Surg Med 6:235, 1986.
3. Hill JH, **Werkhaven JA**, DeMay RM: **Hurthle Cell Variant Papillary Carcinoma of the Thyroid Gland.** Otolaryngol Head Neck Surg 95:91,1986.
4. **Werkhaven JA**, Harris DM, Grossweiner LI: **Superpulse $CO_2$ Laser - Tissue Interaction (A Histologic Study).** Lasers Surg Med 7:69-70, 1987.
5. **Werkhaven JA**, Maddern BR, Harris DM, Kardatzke D: **A Histologic Comparison of Superpulse $CO_2$ and Chopped Continuous Wave $CO_2$ Laser Tissue Effects.** Lasers Surg Med Suppl 2:9,1990.
6. Werkhaven JA, Vrabec JT, Ries WR. **Quantitative Measurement of the Edema Effect of Argon and Nd:YAG Laser Impact on Rat Skin.** Lasers Surg Med Suppl 2:48,1990.
7. **Werkhaven JA: Lasers in Pediatric Otolaryngology.** Lasers Surg Med Suppl 4:62, 1992.
8. Sorrell M, Tribble J, Reinisch L, **Werkhaven J**, Ossoff RH: **Bacteria Identification of Otitis Media with Fluorescence Spectroscopy.** Lasers Surg Med Suppl 5:39,1993.
9. Reinisch L, Edwards G, Tribble J, **Werkhaven JA**: **Infrared Spectral Analysis of Laryngeal Tissue.** Lasers Surg Med Suppl 6:65,1994.
10. Lano C, Werkhaven JA, Stokes D: **Fiber Optic Laser Approaches for Unique and Difficult Upper Airway Lesions.** Lasers Surg Med Suppl 9:24,1997.

**PUBLICATIONS: BOOK CHAPTERS**
1. Harris DM, **Werkhaven JA**: **Biophysics and Applications of Medical Lasers.** In: EN Myers, CD Bluestone (Eds). Advances in Otolaryngology-Head and Neck Surgery, Volume 3. Chicago, Year Book Medical Publishers, 1989, pp 91-123.
2. **Werkhaven J**, Ossoff RH: **Surgery for Benign Lesions of the Glottis.** In: JA Koufman, G Isaacson (Eds). The Otolaryngologic Clinics, WB Saunders Co., Philadelphia, August 1991, pp 1179-1199.
3. **Werkhaven J**, Ossoff RH: **Lasers in Otolaryngology-Head and Neck Surgery.** In: WL Meyerhoff, DH Rice (Eds). Otolaryngology: Head and Neck Surgery, WB Saunders Co. , Philadelphia, 1992, pp 995-1006.
4. **Werkhaven J: Pediatric Laryngotracheal Laser Surgery.** In CD Bluestone, SE Stool (Eds.). Atlas of Pediatric Otolaryngology, WB Saunders Co., Philadelphia, 1995, pp 481-514.
5. **Werkhaven J**, Beste D: **Diagnosis and Management of Pediatric Laryngeal Stenosis.** In: J Coleman, J Duncavage (Eds.). The Otolaryngologic Clinics, WB Saunders Co., Philadelphia, 1995, pp 797-808.
6. **Werkhaven J: Laser Physics, Safety and Applications in Pediatric Otolaryngology.** In CD Bluestone, SE Stool,MA Kenna (Eds). Pediatric Otolaryngology, Third Edition, WB Saunders Co., Philadelphia, 1996, pp1415-1423.
7. **Werkhaven J: Myringotomy Tube Placement and Removal.** In B Bailey (Ed.). Atlas of Head and Neck Surgery - Otolaryngology, JB Lippincott Co., Philadelphia, 1996, pp 302-303.
8. Hall JW, Chase PA, **Werkhaven JA: Sensorineural Hearing Loss in Children: Etiology and Pathology.** In Martin FN, Clark JG (Eds.). Hearing Care for Children, Allyn and Bacon, Needham Heights, MA,1996, pp73-91.

9. Ossoff RH, Coleman JA, Courey MS, Duncavage JA, **Werkhaven JA**, Reinisch L: **Clinical Applications of Lasers in Otolaryngology - Head and Neck Surgery**. In Puliafito CA (Ed.). Laser Surgery and Medicine, Principles and Practice, Wiley-Liss, New York, 1996, pp307-338.

10. **Werkhaven JA: Laser Applications in Pediatric Laryngeal Surgery**. In Ossoff RH, Reinisch L (Eds.). The Otolaryngologic Clinics, WB Saunders Co., Philadelphia, 1996, pp1005-1010.

11. Thompson J, Pham DM, **Werkhaven JA**, Sanella E, Ikizler M, Wright PF: **Optimal Collection and Assay of Upper Respiratory Specimens for Determination of Mucosal Immune Responses to Influenza**. In LE Brown, AW Hampson and RG Webster (Ed.). Options for the Control of Influenza II, Elsevier Science B.V., 1996, pp263-270.

12. **Werkhaven JA: Adenotonsillar Disease**. In Alper CM, Myers EN, Eibling DE (Ed.). Decision Making in Ear, Nose, and Throat Disorders, WB Saunders Co., Philadelphia, 2001, pp146-147.

13. **Werkhaven J: Myringotomy Tube Placement and Removal**. In B Bailey and Calhoun KH (Ed.). Atlas of Head and Neck Surgery - Otolaryngology, JB Lippincott Co., Philadelphia, 2001, pp 304-305.

14. **Werkhaven J: Pediatric Laryngotracheal Laser Surgery**. In CD Bluestone, RM Rosenfeld (Eds.). Surgical Atlas of Pediatric Otolaryngology, WB Saunders Co., Philadelphia, 2002, pp 633-669.

15. Landsman IS, **Werkhaven J**, Motoyama E: **Anesthesia for Pediatric Otorhinolaryngologic Surgery**. In Motoyama, EK and Davis, PJ ed. Smith's Anesthesia for Infants and Children. Mosby, New York: pp. 789-822, 2006.

16. **Werkhaven J: Laser Physics, Safety and Applications in Pediatric Otolaryngology**. In CD Bluestone, SE Stool, MA Kenna (Eds.). Pediatric Otolaryngology, Fifth Edition, WB Saunders Co., Philadelphia, In Press.

17. Landsman IS, **Werkhaven J**, Motoyama E: **Anesthesia for Pediatric Otorhinolaryngologic Surgery**. In Motoyama, EK and Davis, PJ ed. Smith's Anesthesia for Infants and Children. Mosby, New York: In Press.

## PUBLICATIONS: INVITED ARTICLES

1. **Werkhaven J: A Brief Overview of Pediatric Sinusitis**. Sinus Newsletter, J Duncavage (Ed.), Vanderbilt University, February, 1995.

## PRESENTATIONS

1. *Photoradiation Therapy in Head and Neck Cancer.* Presented at the 40th Annual Midwest Clinical Conference, March 1984, Chicago, IL (presented by J. Hill).

2. *Determination of Light Dosimetry in an Animal Model of Photodynamic Therapy.* American Society for Laser Medicine and Surgery, 5th Annual Meeting, Orlando, FL, May 1985, ( with R. Plant, D. Harris, and J Fitzgibbons).

3. *Light Dosimetry in Animal Models, Application to Photodynamic Therapy in Otolaryngology.* Presented at the Triologic Society Middle Section meeting, January 24-26, 1986, Chicago, IL, ( with D. Harris, G. Krol, and J. Hill).

4. *Endogenous Porphyrin Fluorescence (Potential False-Positive Tumor Localization).* American Society for Laser Medicine and Surgery, 6th Annual Meeting, Boston, MA, May 1986 (with D. Harris).

5. *Bronchial Casts in Children.* Presented to the American Bronchoesophologic Association, Combined Otolaryngologic Spring Meeting, May 1986, (with L. Holinger).

6. *Late Metastases of Hürthle Cell Carcinoma (Papillary Pattern) of the Thyroid Gland.* Presented as a poster to the American Academy of Otolaryngology-Head and Neck Surgery Annual Meeting, September 1986 (with J. Hill).

7. *Porphyrin Fluorescence and Photodynamic Therapy.* Presented as a scientific exhibit to the American Academy of Otolaryngology-Head and Neck Surgery Annual Meeting, September 1986 (with J. Hill).

8. *Progress Report on the Transmission of 630 nm Light Through Human Skin Irz Vivo.* Presented to the Laser Institute of America, ICALEO 1986, Washington, D.C., November 1 986 (presented by D. Harris).

9. *Superpulse CO2 Laser - Tissue Interaction (A Histologic Study).* 7th Annual Meeting, American Society for Laser Medicine and Surgery, San Francisco, CA, April 11-13, 1987 (with D. Harris).

10. *Laser Applications in Otolaryngology--HNS.* 44th Annual Midwest Clinica l Conference of the Chicago Medical Society, Chicago, IL, March 4-6, 1988.

11. *Lasers and the Future.* 44th Annual Midwest Clinical Conference of the  Chicago Medical Society, Chicago, IL, March 4-6, 1988.

12. *Superpulse CO2 Laser.* 2nd International Laser Surgery Congress, Vanclerbilt University Medical Center, Nashville, TN, June 22-24, 1988.

13. *CO2 Laser and Potentially Hemorrhagic Lesions.* Mini-Seminars in Otolaryngology, Eye and Ear Institute of Pittsburgh, Pittsburgh, PA, March 8, 1989.

14. *Post-Tracheotomy Suprastomal Granulation Managed by Carbon Dioxide Laser Excision.* Annual Meeting of the American Broncho-Esophagological Association, San Francisco, CA, April 3, 1989, (presented by B. Maddern with S.Stool).

15. *AIDS--ENT.* Pennsylvania Academy of Ophthalmology and Otolaryngology 45th Annual Meeting, Pittsburgh, PA, April 13-15, 1989.

16. *Choosing a Laser for Your Practice.* Instructional course, American Academy of Otolaryngology--Head and Neck Surgery Annual Meeting, New Orleans, LA, September 24,  1989 (with B. Maddern and D. Harris).

17. *Familial Laryngeal Webs,* Southern Medical Association, Washington, D.C., October 14-16,1989, (presented by A. Aly  with J. Netterville).

18. *A Histologic Comparison of Superpulse CO2 and Chopped Continuous Wave CO2 Laser Tissue Effects,* Tenth Annual Meeting, American Society for Laser Medicine and Surgery, Nashville, TN, April 6-8,1990, (with B. Maddern and D. Harris).

19. *Quantative Measurement of the Edema Effect of Argon and Nd:YAG Laser Impact on Rat Skin,* Tenth Annual Meeting, American Society for Laser Medicine and Surgery, Nashville, TN, April 6-8,1990, (with R. Ries and J. Vrabec).

20. *Cervical Aneurysms Masquerading as Inflammatory Neck Masses, Tennessee Medical Association* 155th Annual Meeting, Knoxville, TN, April 4-7,1990, (presented by D. Haynes with J. Netterville).

21. Neonatal and Pediatric Microsubglottiscope Set, Annual Meeting of the American Broncho-Esophalogical Association, Palm Beach, FL, May 2-3, 1990, (presented by R.  Ossoff with J. Tucker).

22. *New Horizons for Laser Research in Otolaryngology.* Instructional Course, American Academy of Otolaryngology -- Head and Neck Surgery Annual Meeting, San Diego, CA,  September 12,1990  (with R. Ossoff and D. Gonzalez).

23. *Choosing a Laser for Your Practice.* Instructional course, American Academy of Otolaryngology--Head and Neck Surgery Annual Meeting, San Diego, CA,  September 12,1990 (with B. Maddern and D. Harris).

24. *Choosing a Laser for Your Practice.* Instructional course, American Academy of Otolaryngology--Head and Neck Surgery Annual Meeting, , Kansas City, MO, September 22-26,1991, ( with B. Maddern and D. Harris )

25. *Comprehensive Management of Subglottic-Tracheal Stenosis: Open and Closed Techniques.* Instructional course,American Academy of Otolaryngology--Head and Neck Surgery Annual Meeting, Kansas City, MO, September 22-26,1991 ( with J. Duncavage and R. Ossoff).

26. *New Horizons for Laser Research in Otolaryngology.* Instructional Course, American Academy of Otolaryngology  - Head and Neck Surgery Annual Meeting, Kansas City, MO, September 22-26,1991, ( with R. Ossoff and D. Gonzalez).

27. *Middle Ear Barotrauma in Scuba Divers.* Annual Meeting of the Triological Society, Combined Otolaryngological Spring Meetings, Palm Desert, CA, April 16 1992, (presented by M. Koriwchak).

28. *Lasers in Pediatric Otolaryngology.* Twelfth Annual Meeting, American Society for Laser Medicine and Surgery. Lake Buena Vista, FL, May 17-19,1992.

29. *New Horizons for Laser Research in Otolaryngology.* Instructional Course, American Academy of Otolaryngology -- Head and Neck Surgery Annual Meeting, Washington, DC, September 13-17,1992, ( with R. Ossoff and D. Gonzalez).

30. *Comprehensive Management of Subglottic-Tracheal Stenosis: Open and Closed Techniques.* Instructional course,American Academy of Otolaryngology--Head and Neck Surgery Annual Meeting, Washington, DC, September 13-17, 1992, ( with J. Duncavage and R. Ossoff).

31. *Soft Tissue Ablation with the Vanderbilt Free-Electron Laser.* American Physical Society, Seattle, WA, March,1993, (presented by G. Edwards, with B. Johnson, M. Mendenhall, J.Tribble, R. Logan, D. O'Day, M. Coplan, R. Maciunas, R. Ossoff, and L. Reinisch).

32. *Pediatric Endoscopic Laryngology.* Annual Meeting of the Tennessee Academy of Otolaryngology - Head and Neck Surgery, Knoxville, TN, April 16, 1993.

33. *Bacteria Identification of Otitis Media with Fluorescence Spectroscopy.* American Society for Laser Medicine and Surgery, New Orleans, LA, April 18-20,1993, (presented by M. Sorrell, with J. Tribble , L. Reinisch, and R. Ossoff).

34. *Interstitial Nd:YAG Photocoagulation for Vascular Malformations and Cavernous Hemangiomas.* American Academy of Facial Plastic and Reconstructive Surgery, 6th International Symposium of Facial Plastic Surgery, San Francisco, CA, June 17,1993, ( presented by R. Ries, with V. Quatela, and D.Toriumi).

35. *Comprehensive Management of Subglottic-Tracheal Stenosis: Open and Closed Techniques.* Instructional course,American Academy of Otolaryngology--Head and Neck Surgery Annual Meeting, Minneapolis, MN, October 2-6,1993,( with J. Duncavage and R. Ossoff).

36. *Infrared Spectral Analysis of Laryngeal Tissue.* American Society for Laser Medicine and Surgery, Toronto, Canada, April 8-10,1994, (presented by L. Reinisch, with G. Edwards, and J. Tribble).

37. *Transient Blindness Associated with Sinus Barotrauma in a Scuba Diver.* Presented as a poster at the American Academy of Otolaryngology--Head and Neck Surgery Annual Meeting, San Diego, CA, September 18-21, 1994, ( with M. Koriwchak).

38. *Comprehensive Management of Subglottic-Tracheal Stenosis: Open and Closed Techniques.* Instructional course,American Academy of Otolaryngology--Head and Neck Surgery Annual Meeting, San Diego, CA, September 18-21,1994, ( with J. Duncavage and R. Ossoff).

39. *Analgesia Following PE Tube Placement: Preoperative Administration of Acetaminophen Versus Acetaminophen with Codeine.* International Anesthesia Research Society, Honolulu, HA, March 1995, (presented by J. Tobias with G. Rasmussen, N. O'Dell, S. Lowe and S. Hersey).

40. *Comprehensive Management of Subglottic-Tracheal Stenosis: Open and Closed Techniques.* Instructional course,American Academy of Otolaryngology--Head and Neck Surgery Annual Meeting, New Orleans, LA, September 17-21,1995, ( with J. Duncavage and R. Ossoff).

41. *Otolaryngologic Implications of a Patient with Hecht Syndrome.* Presented as aposter at the Southern Medical Association 90th Annual Scientific Assembly, Baltimore, MD, November 20-24, 1996, ( presented by C. Lano ).

42. *Fiber Optic Laser Approaches for Unique and Difficult Upper Airway Lesions.* American Society for Laser Medicine and Surgery, Phoenix, AZ, April 3-6.1997, ( with C. Lano and D. Stokes ).

43. *Ablation of Teflon Granuloma near 8.5 Microns Using the Free-electron Laser.* American Broncho-esophologic Association, Phoenix, AZ, May 13-14, 1997, ( presented by G.L. Bryant with R.H. Ossoff and L. Reinisch ).

44. *Critical Issues in Respiratory Infections - Drug Resistancance and Drug Utilization.* American Academy of Otolaryngology - Head and Neck Surgery, 101st Annual Meeting, San Francisco, CA, September 8,1997, ( with R. Otto and M. Poole ).

45. *Preservation of Function and Histologic Appearance in the Injured Glottis with Topical Mitomycin* C. 1st Prize: James A. Harrill Award, Southern Section Meeting, Triologic Society, Jan 14-16,1999, New Orleans,

LA, ( Presented by JE Spector with L Reinisch, S Huang, NC Spector, RN Page, B Baranowski, and B McGehee).

46. *Maffucci's Syndrome and Cartilaginous Neoplasms of the Trachea.* Presented at the American Academy of Pediatrics Annual Meeting, San Francisco, CA, October 19-21, 2001, (by Brian A. Moore with Michael J. Rutter and Robin T. Cotton).

47. *Microlaryngoscopy: Airway Management with Anesthetic Techniques and $CO_2$ Laser.* Presented at the 4th International Symposium on the Pediatric Airway. Pittsburgh, PA, April 26-28, 2002.

48. *Use of Alloderm in Type I Tympanoplasty: A Comparison to Native Tissue Grafts.* Southern Section Meeting, Triologic Society, Jan 13-15, 2005,Miami, FL. (by Jeremy D. Vos, with MD Latev, RF Labadie, SM Cohen, and DH Haynes).

49. *Tracheotomy in the First Year of Life: Outcomes in Term Infants, the Vanderbilt experience.* American Academy of Otolaryngology - Head and Neck Surgery, Annual Meeting, Sept 25-29, 2005, Los Angeles, CA, by Christopher Wooten, (with L French, R Thomas, W Neblett 3rd, and S Cofer).

50. *Tracheotomy in the Preschool Population – Indications and Outcomes.* Accepted American Academy of Otolaryngology - Head and Neck Surgery, Annual Meeting, Sept 17-20,2006, Toronto, Ontario, Canada, by Christopher Wooten, (with L French, W Neblett 3rd, and S Cofer).

**OTHER ACTIVITIES**

Journal Editorial Review Board
1.    Otolaryngology-Head and Neck Surgery, 1991-

Journal Refereeing
    1.    Otolaryngology-Head and Neck Surgery, ( Case reports ), 1988

Committees
1.    American Academy of Otolaryngology, SIPac Faculty 1991- 1995
2.    American Broncho-Esophalogical Association, Technology Assessment Committee 1997-1999.
3.    EPSDT (Early Periodic Screeening, Detection and Treatment) Committee, State of Tennessee, Department of Health, Bureau of Tenncare, Oct 1998-Sept 1999.
4.    Credentials Committee, Vanderbilt University Medical Center, 2000- present.
5.    Credentials Committee, Vanderbilt Medical Group, 2000- present.
6.    Credentials Committee, Vanderbilt Children's Hospital, 2001- 2008.
7.    Credentials Committee, Cigna Healthcare, Midsouth Section, 2001- 2002.
8.    Perioperative Services Committee, Vanderbilt Children's Hospital, 2001- present.
9.    EPSDT (Early Periodic Screeening, Detection and Treatment) Committee, State of Tennessee, Department of Health, Bureau of Tenncare, 2003-2004.
10.   Credentials Committee, Chairman, Vanderbilt Children's Hospital, 2004- 2005.
11.   Credentials Committee, Deputy Chairman, Vanderbilt Children's Hospital, 2005- 2008.
12.   Head and Neck Cancer Screen, Vanderbilt Medical Center, 2013
13.   Star Panel "Combo" Evaluation Program, 2013

Elected Positions
1.    Secretary/Treasurer, Nashville Otolaryngologic Society, 1997-1999.
2.    President, Nashville Otolaryngologic Soiety, 2000-2001.

Dianne Dowdy, RN
4855 Old Jackson Road
Somerville, Tennessee 38068

May 1, 2014

**EXPERT WITNESS REPORT**

LOVELACE V. PEDIATRIC ANESTHESIOLOGISTS, ET. AL,

I have been retained to provide expert testimony in this case on behalf of the defendants, Pediatric Anesthesiologists, PA, Babu Rao Paidipalli, M.D. and Mark Clemons, M.D.. I am familiar with the recognized standard of acceptable professional practice for a PACU nurse providing care to a patient such as Brett Lovelace as it existed in March 2012 in Memphis, Shelby County, Tennessee. My qualifications are set forth in my curriculum vitae attached to this report.

In forming my opinions I reviewed the following:

1.      Complaint
2.      Medical Records of Brett Lovelace
3.      Agreed Order entered by Tennessee Board of Nursing from investigation of Kelly Kish, RN
4.      Photographs of Brett Lovelace

The facts I considered in forming my opinions are as follows:

At approximately 10:35 a.m. on March 12, 2012, the care of Brett Lovelace, a 12 year old male, was transferred to Lebonheur's PACU nurse Kelly Kish, RN who at that point in time became the primary caregiver for the patient.  Brett Lovelace had undergone surgery to remove his tonsils and adenoids.  On admission to the PACU his vital signs were normal.  At some point either during transfer to the PACU or upon arrival in the PACU, the patient had repositioned himself to a prone position.  The patient's blood pressure at 11:03 a.m. was recorded as 118/56; at 11:20 a.m. it was 106/53.  At 11:34 a.m. his blood pressure dropped to 84/42.  Kelly Kish did not contact anesthesia to notify them of drop in blood pressure. Brett Lovelace coded at 12:15 p.m.

It is my opinion that the PACU nurse, Kelly Kish, deviated from the recognized standard of acceptable professional practice by:

1)      failing to put Brett Lovelace on a cardiac monitor upon admission to the PACU, based upon the type of surgery that was performed;



2) failing to raise the head of the bed to facilitate drainage from the area of surgery;

3) failing to insure that the patient's head was turned to the side when he was in a prone position and allowing him to lie face down;

4) failing to notify Anesthesia personnel when the patient's blood pressure dropped to 84/42 as recorded by Kelly Kish at 11:34 a.m.;

5) failing to check the patient's vital signs every five minutes or more often, after 11:34 a.m. when his blood pressure dropped to 84/42;

6) failing to replace the probe in the pulse oximeter when she became aware that the pulse oximeter was not working properly and if she determined the probe was not the problem (as stated in the Agreed Order), failing to switch out the machine and to assess the patient's respiratory status;

7) failing to arouse the patient when she checked vital signs (in the Agreed Order Kelly Kish admitted that while she recorded that Brett was "arousable" when she checked vital signs she admitted she did not attempt to arouse the patient at those times resulting in an incorrect Aldrette score). A PACU nurse should attempt to arouse the patient each time the nurse checks and records the vital signs, which should be done q 15 minutes during the first hour of admission to PACU and q 30 minutes during the second hour of admission;

8) her making false entries in the medical chart;

9) relying upon readings from an automated blood pressure cuff instead of rechecking the blood pressure or using a stethoscope to manually check the blood pressure. Also, not using a stethoscope to assess the breath sounds, front and back; and

10) failing to take any action when she heard "gasping sounds". The standard of care required her to reposition the patient to a supine position and assess the airway.

There were no deviations by any other provider.

The opinions stated above regarding the deviations from the recognized standard of acceptable professional practice of a PACU nurse practicing in Memphis, Shelby County, Tennessee in March 2012 are based upon my education, my training and experience, my review of the medical records, Agreed Order entered by the Tennessee Board of Nursing, and the photographs of Brett Lovelace.

I will offer additional opinions in this case as follows:

Physicians and CRNA's rely upon the skill level of a PACU nurse as it requires specialized skills. Medical providers rely upon the hospital to appropriately staff the PACU with experienced, qualified, skilled nurses.

It is my opinion that Grace Freeman, CRNA properly and in accordance with the standard of care, transferred care of Brett Lovelace to Kelly Kish at the time she

2

gave report to Kelly Kish, RN at approximately 10:35 a.m. on March 12, 2012. At that point Kelly Kish became the primary caregiver for the patient and the standard of care required that she notify the Anesthesia team if there was any kind of problem with the patient's breathing.

It is acceptable, and within the standard of care, to allow Brett Lovelace to remain in a prone position after he naturally repositioned himself to that position. The medical records show that the patient was adequately ventilating in this position and that his vital signs were good at the time Grace Freeman, CRNA left the PACU after turning over the care to Kelly Kish. The standard of care required Kelly Kish to monitor his vital signs and airway status in order to judge whether to leave him in the prone position or move him to a supine position.

I have not testified in a deposition or at trial in the past four years.

I charge $75 per hour for review of cases and $275 per hour for testifying.

DIANNE DOWDY, RN

3

**DIANNE DOWDY**
4855 Old Jackson Rd
Somerville, TN 38068
901-262-3251
Dianne.Dowdy@bmhcc.org

utcottonmom@aol.com

## PROFESSIONAL SUMMARY

**Registered Nurse**

- Highly skilled career professional with 26 years experience in hospital, outpatient surgery, and Infection Prevention / Employee Health experience.
- Enthusiastic caregiver-Experience includes Critical Care, PACU, Ambulatory Care.
- Previous manager in ICU and PACU/Ambulatory areas-able to manage teams in both areas; successful outcomes in patient and employee satisfaction. Flexible staffing efforts, PI, evaluation of staff, coaching/mentoring new graduates. Caring for critically ill and post-op patients independently and along with other health care teams.
- Infection Prevention: Computer skilled; knowledge in use of Theradoc programs, reporting to Health Department and NHSN. Employee health Nurse for 400+ employees. Reporting and guidance for work related injuries, immunizations and health screens.

## CREDENTIALS

| | |
|---|---|
| License-State of TN | |
| | 1987 |
| ACLS Instructor | |
| CPR Instructor | |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| RN staff nurse Infection Control/Employee Health | |
| *Baptist Hospital, Collierville, TN* | 10/2008-current |
| **RN staff nurse-PACU/Ambulatory supplemental staffing** | |
| *Baptist Hospital, Collierville, TN* | 2001-current |
| **Head Nurse-PACU/Ambulatory** | |
| *Baptist Hospital, Collierville, TN* | 1999-2001 |
| **RN-supplemental staffing ICU/PACU** | |
| OR Nurses, INC, Memphis, TN | |
| **Head Nurse-PACU** | |
| East Memphis Surgery Center Memphis, TN | 1998-1999 |
| **RN staff nurse-PACU** | 1992-1998 |
| Baptist Hospital, Germantown, TN | |
| | 1991-1992 |
| **Head Nurse, SICU** | |
| Baptist Memorial Hospital, Memphis, TN | |
| | 1990-1991 |
| **RN Staff Nurse SICU** | |
| | 1987-1990 |
| Baptist Memorial Hospital, Memphis, TN | |

## EDUCATION

**South University**
Online program to obtain BSN-schedule to complete 7/14                 2013-current
**Diploma in Nursing-RN**
*Baptist Memorial Hospital School of Nursing*                                  1987
**Memphis State University**
Undergraduate pre-requisite courses for nursing                         1982-1984

## AFFILIATIONS

**APIC**                                                                      2012-current
**Member of Fayette County Board of Health**                                  2010-current


## COMMUNITY SERVICE

**CPR classes in community**
**Community Health Fairs**                                                    2000-current
**Community event first aid tents**


References:

Lynne Lancaster, RN CIC  Manager, Infection Control/Employee Health

Baptist Hospital Collierville (901-861-8880)

Margie Tubbs, BSN, RN Head Nurse Ambulatory

Baptist Hospital Collierville (901-861-8830)

EXPERT WITNESS REPORT

May 5, 2014

RE:     Report of Expert Opinions in the matter of *Daniel Lovelace and Helen Lovelace, Individually, and as Parents of Brett Lovelace, deceased v. Pediatric Anesthesiologists, P.A., Babu Rao Paidipalli, M.D. and Mark Clemons, M.D.*

I have been asked to review the report of Jay Marsh concerning Brett Lovelace and the economic impact of his death on March 14, 2012 at age 12 years 6 months. Additionally, I have reviewed depositions, medical records, and discovery documents concerning the deceased. My qualifications are listed in my resume, which is incorporated by reference. I have also created two Excel Spreadsheet Tables, which are referenced below, to help explain my opinions and they are incorporated by reference.

I have no previous testimonial history.

I am being compensated at a rate of $200 per hour for review and formulating my opinions. I will be compensated at a rate of $200 per hour plus expenses for trial. The compensation is based solely on the hours I have worked on the case and is not contingent on the outcome of the litigation.

The following is a summary of my opinions to a reasonable degree of economic certainty:

Mr. Marsh offers six tables representing various assumptions in regards to the likely earning capacity of Brett S. Lovelace, should he have survived. There are numerous assumptions made within each of the table groupings worthy of recalculation, but let me address the two table groupings first.

Table grouping 1, which encompasses tables 1, 3, and 5, represents a full time, year round white male worker. The tables are additionally bound by an assumption that Mr. Lovelace would become employed at age 18.69, and continue working until retirement age of either 66.69 or 69.69. Table 1 further assumes a high school diploma, table 3 assumes some college education, and table 5 assumes a bachelor's degree.

Table grouping 1 does not take into account any periods of unemployment, underemployment, or other circumstances that occur at various stages in one's employable lifecycle and which would prevent Mr. Lovelace, at least periodically, from earning a paycheck commiserate with his skills and educational level. This omission alone warrants dismissal of Table Grouping 1 without further evaluating the numerous assumptions made within this table grouping.

Table grouping 2, which encompasses tables 2, 4, and 6, adds two additional components to those tables offered in table grouping 1; 1) A Survival and Labor Force Participation Factor; and 2) An Employment Factor. These two factors better represent periods of unemployment, underemployment and other factors that would prevent Mr. Lovelace from periodically earning a paycheck commiserate with his skill and educational level. His "worklife" is calculated from age 18.69 through 76.69.

Accepting the infrastructure of table grouping 2 as more representative of the likelihood of Mr. Lovelace's earning capacity over his working lifetime, further review of the three tables within table grouping 2 is required.



The presumption that a 6th grade child that was diagnosed with Oppositional Defiant Disorder (ODD), was diagnosed with a learning disability called Non-Verbal Transfer Disorder (NVLD) (cannot understand what he reads), was diagnosed with Attention Deficient Hyperactivity Disorder (ADHD), was held back in kindergarten, was assigned to special education classes, was reading at a 2nd grade level while attending the 6th grade, and intended to drop out of school after the 10th grade, prevents me from accepting the notion that Mr. Lovelace might eventually attain a bachelor's degree as a legitimate representation of his true earning capacity. Therefore table 6 has no relevancy.

Furthermore, I believe it just as likely that Mr. Lovelace would not complete his high school education as he would attend college for some period of time. He professed on several occasions to his mental health professionals that "I'm gonna drop out of school in the 10th grade", that he "sleeps in his classes because he is bored", and he "doesn't care if I fail this year" among other signs of the lack of educational aspirations. Because of his educational attitude, along with his aforementioned disabilities and diagnoses, table 4 has little relevance.

Using Table 2 (Present Value of High School Earnings Net of Personal Maintenance, Worklife – Expected Value) as the closest offered representation of the likely earning power of Mr. Lovelace should he have survived, looking at the other assumptions made within it is worthwhile. Accepting columns A (Beginning of Year Age), B (Fraction of Year), E (Survival and Labor Force Participation Factor), and F (Employment Factor) as offered, and columns G (Total Adjusted Net Earnings – Current $), I (Present Value of Net Earnings – Current $), and J ( Cumulative Present Value of Net Earnings – Current $) as calculations based on the variable inputs, we must then look at columns C (Annual Earnings – Current $), D (Personal Maintenance Factor), and H (Present Value Factor).

Column C (Annual Earnings – Current $) for the first illustration, I have left the offered numbers of Mr. Marsh unchanged (high school diploma). For the second illustration, 9th to 12th grade – no diploma, appropriate numbers from the aforementioned Census Data are used. As previously mentioned, the lack of a high school diploma or GED reduces, on average, earning potential by 25%.

Column D (Personal Maintenance Factor) is offered at 27.34%. This is based on a percentage of income before taxes ($32,780) versus personal expenses including the annual cost of food ($3,460), apparel ($975), transportation ($4,182), and personal care products ($345). What is fails to include, from the same offered source, is alcoholic beverages ($355), housing ($11,388), healthcare ($2,007), entertainment ($1,510), reading ($87), education ($492), tobacco ($253), miscellaneous ($565), cash contributions ($1,268), and personal insurance and pensions ($2,518), which equates to average annual expenditures of $29,405 or 89.70%. Furthermore, another questionable assumption made is that Mr. Lovelace would be a one person consumer unit without kids, spouse, or any other dependent, other than himself, for life. Any additional dependents would further raise the Personal Maintenance Factor. For the purposes of my illustrations I will use the 89.70%, more accurate factor.

Column H (Present Value Factor) or net discount rate is offered at 2.414008%, assuming an annual cost of living earnings increase of 3.69% and interest rate of 6.19%. The present value factor greatly affects the calculation of column 9 (Present Value of Net Earnings – Current $) as it represents the discount rate when calculating the present value of future earnings. A higher Present Value Factor will correspondingly mean a lower Present Value of Net Earnings – Current $. A more appropriate discount rate would be higher than the offered 2.4% rate. What that rate should be is arguable, but raising the discount rate to 3%, by way of example, would lower the Cumulative Present Value of Net Earnings – Current $ from $74,191.92 to



$63,211.68. Using a 4% discount would lower it to $48,765.60. Even 4% could be considered an overly conservative discount rate, but for the purposes of my illustrations I have used a discount rate of 3.5%.

In illustration 1 (excel tab "High School") I used Mr. Marsh's offering in Table 2 as a baseline but amended columns D and H to more accurately reflect a true representation of the variables Personal Maintenance Factor and Present Value Factor. The amended calculations result in Column J (Cumulative Present Value Net Earnings – Current $) showing a value of $55,489.64 rather than the $524,638.37 offered by Mr. Marsh.

Mr. Marsh chose not to create a table within Table group 2 that represents Mr. Lovelace's earning capacity, if Mr. Lovelace were to fail to complete his high school education, despite the fact that the information was readily available from the same source in which the other three categories of educational attainment were acquired (source is the United States Department of Commerce, Census Bureau, Table PINC-04, Educational Attainment - People 18 Years Old and Over, by Total Money Earnings in 2010, Work Experience in 2010, Age, Race, white Origin and Sex). As represented by those same statistics and source, on average, failure to attain a high school degree or GED would reduce one's earning capacity by 25% versus a high school diploma or GED.

In illustration 2 (excel tab "9th to 12th Grade – No Diploma) I used Mr. Marsh's offering in Table 2 as a baseline but amended columns C, D and H to more accurately reflect a true representation of the variables Annual Earnings – Current $, Personal Maintenance Factor and Present Value Factor. The amended calculations result in Column J (Cumulative Present Value Net Earnings – Current $) showing a value of $41,617.23.

In summary, and in consideration of all variables and statistics utilized, I place the appropriate evaluation of economic losses in the case of Brett Spencer Lovelace between $41,617.23 and $55,489.64.

Edward L. Brundick, III

3

**9th to 12th Grade - No Diploma**

Cumulative
Present
Value
Net
Earnings
(Current $)
Age 76

$ 41,617.23

| Beginning of Year Age | Fraction of Year | Annual Earnings (Current $) | Personal Maintenance Factor 89.70% | Survival and Labor Force Participation Factor | Employment Factor |
|---|---|---|---|---|---|
| 12.69 | 0.00 | $ - | 1.000000 | 0.999873 | 0.000000 |
| 13.69 | 0.00 | $ - | 1.000000 | 0.999606 | 0.000000 |
| 14.69 | 0.00 | $ - | 1.000000 | 0.999202 | 0.000000 |
| 15.69 | 0.00 | $ - | 1.000000 | 0.998653 | 0.000000 |
| 16.69 | 0.00 | $ - | 1.000000 | 0.980013 | 0.825000 |
| 17.69 | 0.00 | $ - | 1.000000 | 0.846636 | 0.825000 |
| 18.69 | 0.92 | $ 12,631.86 | 0.102959 | 0.753054 | 0.861000 |
| 19.69 | 1.00 | $ 14,288.40 | 0.102959 | 0.736388 | 0.861000 |
| 20.69 | 1.00 | $ 15,902.55 | 0.102959 | 0.736635 | 0.913000 |
| 21.69 | 1.00 | $ 17,460.77 | 0.102959 | 0.758469 | 0.913000 |
| 22.69 | 1.00 | $ 18,963.01 | 0.102959 | 0.784422 | 0.913000 |
| 23.69 | 1.00 | $ 20,409.21 | 0.102959 | 0.815532 | 0.913000 |
| 24.69 | 1.00 | $ 21,799.34 | 0.102959 | 0.832369 | 0.913000 |
| 25.69 | 1.00 | $ 23,133.32 | 0.102959 | 0.833842 | 0.953000 |
| 26.69 | 1.00 | $ 24,411.13 | 0.102959 | 0.841527 | 0.953000 |
| 27.69 | 1.00 | $ 25,632.70 | 0.102959 | 0.847274 | 0.953000 |
| 28.69 | 1.00 | $ 26,797.99 | 0.102959 | 0.850649 | 0.953000 |
| 29.69 | 1.00 | $ 27,906.95 | 0.102959 | 0.853476 | 0.953000 |
| 30.69 | 1.00 | $ 28,959.53 | 0.102959 | 0.856574 | 0.953000 |
| 31.69 | 1.00 | $ 29,955.67 | 0.102959 | 0.855076 | 0.953000 |
| 32.69 | 1.00 | $ 30,895.34 | 0.102959 | 0.860727 | 0.953000 |
| 33.69 | 1.00 | $ 31,778.47 | 0.102959 | 0.86754 | 0.953000 |
| 34.69 | 1.00 | $ 32,605.03 | 0.102959 | 0.871185 | 0.953000 |
| 35.69 | 1.00 | $ 33,374.96 | 0.102959 | 0.868665 | 0.964000 |
| 36.69 | 1.00 | $ 34,088.20 | 0.102959 | 0.863633 | 0.964000 |
| 37.69 | 1.00 | $ 34,744.72 | 0.102959 | 0.857428 | 0.964000 |
| 38.69 | 1.00 | $ 35,344.46 | 0.102959 | 0.848545 | 0.964000 |
| 39.69 | 1.00 | $ 35,887.37 | 0.102959 | 0.843694 | 0.964000 |
| 40.69 | 1.00 | $ 36,373.40 | 0.102959 | 0.832609 | 0.964000 |
| 41.69 | 1.00 | $ 36,802.51 | 0.102959 | 0.818714 | 0.964000 |
| 42.69 | 1.00 | $ 37,174.64 | 0.102959 | 0.804725 | 0.964000 |

| | | | | | |
|---|---|---|---|---|---|
| 43.69 | 1.00 | $ 37,489.73 | 0.102959 | 0.797453 | 0.964000 |
| 44.69 | 1.00 | $ 37,747.76 | 0.102959 | 0.797165 | 0.964000 |
| 45.69 | 1.00 | $ 37,948.66 | 0.102959 | 0.795666 | 0.965000 |
| 46.69 | 1.00 | $ 38,092.38 | 0.102959 | 0.789387 | 0.965000 |
| 47.69 | 1.00 | $ 38,178.88 | 0.102959 | 0.783058 | 0.965000 |
| 48.69 | 1.00 | $ 38,208.10 | 0.102959 | 0.771316 | 0.965000 |
| 49.69 | 1.00 | $ 38,180.00 | 0.102959 | 0.761729 | 0.965000 |
| 50.69 | 1.00 | $ 38,094.51 | 0.102959 | 0.752316 | 0.965000 |
| 51.69 | 1.00 | $ 37,951.61 | 0.102959 | 0.730047 | 0.965000 |
| 52.69 | 1.00 | $ 37,751.24 | 0.102959 | 0.709433 | 0.965000 |
| 53.69 | 1.00 | $ 37,493.33 | 0.102959 | 0.690955 | 0.965000 |
| 54.69 | 1.00 | $ 37,177.86 | 0.102959 | 0.672892 | 0.965000 |
| 55.69 | 1.00 | $ 36,804.76 | 0.102959 | 0.653713 | 0.963000 |
| 56.69 | 1.00 | $ 36,373.99 | 0.102959 | 0.63317 | 0.963000 |
| 57.69 | 1.00 | $ 35,885.50 | 0.102959 | 0.597273 | 0.963000 |
| 58.69 | 1.00 | $ 35,339.24 | 0.102959 | 0.552459 | 0.963000 |
| 59.69 | 1.00 | $ 34,735.15 | 0.102959 | 0.506133 | 0.963000 |
| 60.69 | 1.00 | $ 34,073.19 | 0.102959 | 0.451887 | 0.963000 |
| 61.69 | 1.00 | $ 33,353.31 | 0.102959 | 0.392075 | 0.963000 |
| 62.69 | 1.00 | $ 32,575.46 | 0.102959 | 0.338965 | 0.963000 |
| 63.69 | 1.00 | $ 31,739.59 | 0.102959 | 0.290938 | 0.963000 |
| 64.69 | 1.00 | $ 30,845.66 | 0.102959 | 0.255208 | 0.963000 |
| 65.69 | 1.00 | $ 29,893.59 | 0.102959 | 0.234105 | 0.965000 |
| 66.69 | 1.00 | $ 28,883.36 | 0.102959 | 0.216511 | 0.965000 |
| 67.69 | 1.00 | $ 27,814.91 | 0.102959 | 0.201023 | 0.965000 |
| 68.69 | 1.00 | $ 26,688.20 | 0.102959 | 0.195457 | 0.965000 |
| 69.69 | 1.00 | $ 26,177.33 | 0.102959 | 0.17963 | 0.965000 |
| 70.69 | 1.00 | $ 26,177.33 | 0.102959 | 0.159306 | 0.965000 |
| 71.69 | 1.00 | $ 26,177.33 | 0.102959 | 0.153022 | 0.965000 |
| 72.69 | 1.00 | $ 26,177.33 | 0.102959 | 0.174036 | 0.965000 |
| 73.69 | 1.00 | $ 26,177.33 | 0.102959 | 0.303814 | 0.965000 |
| 74.69 | 1.00 | $ 26,177.33 | 0.102959 | 0.973465 | 0.965000 |
| 75.69 | 1.00 | $ 26,177.33 | 0.102959 | 0.772022 | 0.965000 |
| 76.69 | 1.00 | $ 26,177.33 | 0.102959 | 0.115737 | 0.965000 |

Differing assumptions from Mr. Marsh's Chart 2

| Total Adjusted Net Earnings (Current $) | Present Value Factor 0.035 | Present Value of Net Earnings (Current $) | Cumulative Present Value Net Earnings (Current $) |
|---|---|---|---|
| $ - | 0.966184 | $ - | $ - |
| $ - | 0.933511 | $ - | $ - |
| $ - | 0.901943 | $ - | $ - |
| $ - | 0.871442 | $ - | $ - |
| $ - | 0.841973 | $ - | $ - |
| $ - | 0.813501 | $ - | $ - |
| $ 775.80 | 0.785991 | $ 609.77 | $ 609.77 |
| $ 932.74 | 0.759412 | $ 708.33 | $ 1,318.10 |
| $ 1,101.17 | 0.733731 | $ 807.96 | $ 2,126.06 |
| $ 1,244.91 | 0.708919 | $ 882.54 | $ 3,008.60 |
| $ 1,398.27 | 0.684946 | $ 957.74 | $ 3,966.34 |
| $ 1,564.60 | 0.661783 | $ 1,035.42 | $ 5,001.77 |
| $ 1,705.67 | 0.639404 | $ 1,090.61 | $ 6,092.38 |
| $ 1,892.69 | 0.617782 | $ 1,169.27 | $ 7,261.65 |
| $ 2,015.64 | 0.596891 | $ 1,203.12 | $ 8,464.77 |
| $ 2,130.96 | 0.576706 | $ 1,228.94 | $ 9,693.71 |
| $ 2,236.71 | 0.557204 | $ 1,246.31 | $ 10,940.01 |
| $ 2,337.01 | 0.538361 | $ 1,258.16 | $ 12,198.17 |
| $ 2,433.96 | 0.520156 | $ 1,266.04 | $ 13,464.21 |
| $ 2,513.28 | 0.502566 | $ 1,263.09 | $ 14,727.30 |
| $ 2,609.25 | 0.485571 | $ 1,266.98 | $ 15,994.28 |
| $ 2,705.08 | 0.469151 | $ 1,269.09 | $ 17,263.37 |
| $ 2,787.10 | 0.453286 | $ 1,263.35 | $ 18,526.72 |
| $ 2,877.50 | 0.437957 | $ 1,260.22 | $ 19,786.94 |
| $ 2,921.97 | 0.423147 | $ 1,236.42 | $ 21,023.36 |
| $ 2,956.84 | 0.408838 | $ 1,208.87 | $ 22,232.23 |
| $ 2,976.72 | 0.395012 | $ 1,175.84 | $ 23,408.07 |
| $ 3,005.17 | 0.381654 | $ 1,146.93 | $ 24,555.01 |
| $ 3,005.85 | 0.368748 | $ 1,108.40 | $ 25,663.41 |
| $ 2,990.55 | 0.356278 | $ 1,065.47 | $ 26,728.88 |
| $ 2,969.18 | 0.344230 | $ 1,022.08 | $ 27,750.96 |

| | | | | | | |
|---|---|---|---|---|---|---|
| $ | 2,967.29 | 0.332590 | $ | 986.89 | $ | 28,737.85 |
| $ | 2,986.63 | 0.321343 | $ | 959.73 | $ | 29,697.58 |
| $ | 2,999.99 | 0.310476 | $ | 931.42 | $ | 30,629.00 |
| $ | 2,987.58 | 0.299977 | $ | 896.21 | $ | 31,525.21 |
| $ | 2,970.36 | 0.289833 | $ | 860.91 | $ | 32,386.12 |
| $ | 2,928.06 | 0.280032 | $ | 819.95 | $ | 33,206.06 |
| $ | 2,889.54 | 0.270562 | $ | 781.80 | $ | 33,987.86 |
| $ | 2,847.44 | 0.261413 | $ | 744.36 | $ | 34,732.22 |
| $ | 2,752.79 | 0.252572 | $ | 695.28 | $ | 35,427.50 |
| $ | 2,660.94 | 0.244031 | $ | 649.35 | $ | 36,076.85 |
| $ | 2,573.93 | 0.235779 | $ | 606.88 | $ | 36,683.73 |
| $ | 2,485.55 | 0.227806 | $ | 566.22 | $ | 37,249.95 |
| $ | 2,385.52 | 0.220102 | $ | 525.06 | $ | 37,775.01 |
| $ | 2,283.51 | 0.212659 | $ | 485.61 | $ | 38,260.62 |
| $ | 2,125.12 | 0.205468 | $ | 436.64 | $ | 38,697.26 |
| $ | 1,935.75 | 0.198520 | $ | 384.28 | $ | 39,081.55 |
| $ | 1,743.11 | 0.191806 | $ | 334.34 | $ | 39,415.89 |
| $ | 1,526.63 | 0.185320 | $ | 282.92 | $ | 39,698.80 |
| $ | 1,296.58 | 0.179053 | $ | 232.16 | $ | 39,930.96 |
| $ | 1,094.80 | 0.172998 | $ | 189.40 | $ | 40,120.36 |
| $ | 915.57 | 0.167148 | $ | 153.04 | $ | 40,273.39 |
| $ | 780.51 | 0.161496 | $ | 126.05 | $ | 40,399.44 |
| $ | 695.31 | 0.156035 | $ | 108.49 | $ | 40,507.94 |
| $ | 621.33 | 0.150758 | $ | 93.67 | $ | 40,601.61 |
| $ | 555.54 | 0.145660 | $ | 80.92 | $ | 40,682.53 |
| $ | 518.28 | 0.140734 | $ | 72.94 | $ | 40,755.47 |
| $ | 467.19 | 0.135975 | $ | 63.53 | $ | 40,818.99 |
| $ | 414.33 | 0.131377 | $ | 54.43 | $ | 40,873.43 |
| $ | 397.99 | 0.126934 | $ | 50.52 | $ | 40,923.94 |
| $ | 452.64 | 0.122642 | $ | 55.51 | $ | 40,979.46 |
| $ | 790.18 | 0.118495 | $ | 93.63 | $ | 41,073.09 |
| $ | 2,531.85 | 0.114487 | $ | 289.86 | $ | 41,362.95 |
| $ | 2,007.92 | 0.110616 | $ | 222.11 | $ | 41,585.06 |
| $ | 301.02 | 0.106875 | $ | 32.17 | $ | 41,617.23 |

**Edward Louis Brundick, III, Esq., CIMA®, CFP®**
**6490 South Oak Shadows Circle, Memphis, TN 38119 ▪ (901) 481-0059 ▪ ebrundickiii@bellsouth.net**

## PROFESSIONAL EXPERIENCE

**2011 – 2013    Managing Director / Producer, Private Client Group, Duncan-Williams, Inc.**
Responsible for branch network development, recruiting, recruiting protocols, training, and payout structures for producers and support staff in the Private Client Group. Opened the firm's first non-Memphis PCG branch in Akron, Ohio. Developed a profit and expense sharing payout plan for new recruits and brought in industry leading training to educate Financial Advisors on the 13 Wealth Management issues. Additionally responsible for systems development, product development, paperwork reduction and other operational efficiencies in support of the group. Lead the research and selection of FolioDynamix as the firm's fee-based platform. New products include ETFs, UITs and various insurance types.

**2004 - Present    Adjunct Professor, Finance Department, The University of Memphis**
Instructor for Finance 4350 (Undergraduate) - Real Estate Investment, and Finance 6340 (Graduate) - Real Estate Appraisal classes. Taught undergraduate and graduate students basic terminology, principles and practices, investment strategy, ownership forms, tax implications, cash flow analysis, measures of return, risk management, nature of value, the appraisal process, market / cost / capitalization of income / gross rent multiplier approaches, and property selection.

**2010 - 2011    Chief Operating Officer, Waddell & Associates, Inc.**
Reported to the Chief Executive Officer and had overall strategic and operational responsibility for company programs. Participated in an extensive industry survey that helped us gain insights into best practices and the efficiencies of the firm in relation to peers. Provided strategic planning and implemented new strategic initiatives including a client satisfaction and needs survey. Lead, coached, developed, and retained the firm's high-performance producers with an emphasis on developing capacity through the addition of new product types. Developed alliances that increased the overall efficiency of the firm in non-proprietary product types. Prepared and submitted an annual operational budget, managed effectively within that budget, and reported on progress made and challenges encountered.

**2005 - 2010    Sr. Vice President / Director – Wealth Management, Morgan Keegan & Company Inc.**
Director of Operations and Reporting. Supervised a team of 55 who carried out account administration, trading, billing, and performance measurement of advisory fee-based accounts totaling $9.5 billion in assets. Approved and supervised Firm's discretionary accounts and financial advisors. Acted as the 529/municipal securities principal and was responsible for the successful selection, purchase and implementation of the APL Trading and Caliper Performance Reporting Systems. Implemented additional Private Client Group technology projects including the premium statement redesign, the Microsoft contact management system, and the Unified Managed Account initiative. Other responsibilities included a $6.0 million annual budget and approval of money manager and mutual fund agreements.

**2004 - 2005    Vice President / Staff Attorney – Asset Management, Morgan Keegan & Company Inc.**
In-house Attorney for the Regions / Morgan Keegan Proprietary Mutual Funds, Regions Registered Investment Advisor - Morgan Asset Management, Regions Morgan Keegan Trust, Morgan Keegan Trust FSB, and Morgan Keegan's Registered Investment Advisor - Wealth Management Services. Co-developed and wrote the Firms Code of Ethics and Policies and Procedures for the Registered Investment Advisor arm of Morgan Keegan.

1

**2003 - 2004   Associate Attorney – Regulatory Affairs, Morgan Keegan &  Company Inc.**
Managed the Firm's compliance with applicable laws and various regulatory and self-regulatory rules and regulations.  Responsible for the Firm's adherence to and completion of the 2003 NASD breakpoint analysis directive and implemented the Firm's B & C share policies for mutual funds transactions.  Additionally drafted and was signatory for the SEC required opinion letters as part of several proprietary closed-end fund formations.

## PROFESSIONAL LICENSES, CERTIFICATIONS & REGISTRATIONS

Licenses:   Admitted to the Bar – Jurisdictions of Tennessee, Arkansas, and the District of Columbia. Tennessee Insurance – Life, Accident & Health

Certifications:  CIMA® - Certified Investment Management Analyst; CFP® - Certified Financial Planner

Registrations:  FINRA - Series (4) Registered Options Principal, (7) General Securities Representative, (10) General Securities Sales Supervisor, (24) General Securities Principal, (31) Futures Managed Funds, (53) Municipal Securities Principal, and (66) Uniform Combined State Law

## EDUCATION

2003   The University of Memphis, Juris Doctor
1999   The University of Memphis, Master of Business Administration (Finance & Marketing)
1998   The University of Memphis, Bachelor of Business Administration (Management)

## HONORS, AWARDS, AND SERVICE

University of Memphis Cecil C. Humphreys Law School Alumni Board of Directors; AutoZone Liberty Bowl Board of Directors; AmSouth Investment Management Company (RIA) Board of Directors; Search and Selection Committee member for the U of M Fogelman Real Estate Chair of Excellence; Highest Law School Grades in International Finance, Products Liability, & Alternate Dispute Resolution; Cali & Dean's Excellence Awards; Director TVA Investment Challenge; U of M President's Academic Dishonesty Committee

## PERSONAL

Married twelve years (Ginny); 3 children (Mary Olivia - 10, Annie - 8, Louis - 7)
Hobbies – coaching children, tennis, hunting

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

J-54170

DANIEL LOVELACE and
HELEN LOVELACE, Individually,
and as Parents of BRETT LOVELACE,
Deceased,

         Plaintiffs,

VS.

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

         Defendants.

NO.  2:13-cv-02289 dkv
JURY TRIAL DEMANDED

---

**DEFENDANT MARK P. CLEMONS, M.D.'S SUPPLEMENTAL
DESIGNATION OF FRCP 26(a)(2)(B) EXPERT WITNESSES AND
PHYSICIANS/MEDICAL PROVIDERS NOT EMPLOYED AS EXPERTS**

---

Defendant, Mark P. Clemons, M.D., by and through the undersigned counsel of record, pursuant to FRCP 26(a)(2)(B), supplements his Designation of FRCP 26(a)(2)(B) Expert Witnesses and Physicians/Medial Providers Not Employed as Experts filed herein on May 9, 2014, as follows:

1. <u>Defense Expert Witnesses:</u>  The following individuals may be used at trial to present evidence under Federal Rules of Evidence 702, 703 or 705:

    (B.)  Jay Werkhaven, M.D.
        Otolaryngologist
        Vanderbilt University Medical Center
        2200 Children's Way
        Doctor's Office Tower, 7th Floor
        Nashville, TN 37232

(i)     Subject matter, facts and opinions, and summary of grounds:  See Exhibit "B" attached hereto.

Respectfully submitted,

LEWIS THOMASON

By:  /s/ J. Kimbrough Johnson
         J. KIMBROUGH JOHNSON (7953)
         MARCY D. MAGEE (19360)
         Attorneys for Defendant,
         Mark P. Clemons, M.D.
         2900 One commerce Sq., 40 S. Main St.
         Memphis, TN 38103
         (901) 525-8721

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following has been served on Mark Ledbetter, Attorney for Plaintiffs, Halliburton & Ledbetter, 254 Court Avenue, Suite 305, Memphis, TN 38103, and Karen Koplon, Jerry Potter and Bradley Gilmer, Attorneys for Defendants, Babu R. Paidipalli & Pediatric Anesthesiologists, P.A., Hardison Law Firm, 119 S. Main St., Suite 800, Memphis, TN 38103, via U.S. Mail, postage prepaid, this 12th day of May, 2014.

/s/ J. Kimbrough Johnson
Marcy D. Magee

4813-4869-3787, v. 1

**JAY WERKHAVEN, M.D.**
**Vanderbilt University Medical Center**
**2200 Children's Way**
**Doctors Office Tower, 7th Floor**
**Nashville, Tennessee  37232**

J-54170

**May 9, 2014**

## EXPERT WITNESS REPORT

## LOVELACE v. PEDIATRIC ANESTHESIOLOGISTS, P.A.: BABU RAO PAIDIPALLI; and MARK P. CLEMONS

I, Jay Werkhaven, M.D. have been retained to evaluate the medical treatment rendered by Mark Clemons, M.D. to Brett Lovelace on March 12, 2012, at LeBonheur Hospital.  In 2012, I was licensed in Tennessee and a practicing otolaryngologist in Nashville, Tennessee, and was so licensed and practicing at least one year prior thereto.  I am familiar with the recognized standard of acceptable professional practice for otolaryngologists in March, 2012, in Memphis, Tennessee.  My qualifications are set forth in my *curriculum vitae*.

In forming my opinions, I reviewed the following:

1.      LeBonheur medical records of Brett Lovelace.

2.      Medical records of Dr. Clemons.

3..      Deposition of Dr. Mark Clemons.

The facts I considered in forming opinions are as follows:

The patient, Brett Lovelace, age twelve (12) was obese and had a past history of asthma. He was admitted to LeBonheur on March 12, 2012, for a tonsillectomy and adenoidectomy which was performed by Dr. Mark Clemons.  Pre-operatively, the patient was worked up and evaluated by the anesthesia personnel including Dr. Paidipalli.  There were no problems intra-operatively, and Dr. Clemons completed the surgical aspects of the case.

When the case was over, the patient was extubated by anesthesia, which was responsible for monitoring respiratory status. The patient was placed on supplemental oxygen and taken from the operating room to recovery (PACU), where the patient was assigned to the recovery room nurse.

In the recovery room, Nurse Kish was assigned to this patient and remained at his bedside throughout. One of the responsibilities of the recovery room nurse is to evaluate the patient's respiratory status and maintain an airway. In addition to the nurse being present, the patient was hooked up to a pulse oximeter.

The patient remained in the recovery room for approximately ninety (90) minutes with no report or indication of respiratory problems, but, after approximately ninety (90) minutes, it became apparent that the patient was in respiratory distress. No one called Dr. Clemons until after the code.

It is my opinion that Dr. Clemons complied with the recognized standard of acceptable professional practice for otolaryngologists in Memphis, Tennessee and similar communities with regard to the medical treatment he rendered to Brett Lovelace on March 12, 2012 in the following particulars:

1.      Dr. Clemons performed the surgical procedures of tonsillectomy and adenoidectomy in accordance with the standard of care, and there were no intra-operative problems or complications.

2.      Dr. Clemons appropriately relied upon the anesthesia personnel to evaluate the patient pre-operatively to administer anesthesia, to extubate the patient, and to monitor and assess the patient in recovery. A surgeon such as Dr. Clemons is not expected to perform the functions of an anesthesiologist.

3.     The patient was taken from the operating room to recovery (PACU), where the patient was assigned one-on-one with a recovery room nurse, who remained at the patient's bedside throughout. This was a hospital function, and the surgeon, such as Dr. Clemons, was not required or expected to position the patient or monitor the patient while the patient was in the recovery room (PACU).

4.     The recovery room personnel were responsible for monitoring the patient which includes insuring that the airway is maintained and the patient is oxygenated. The patient was hooked up to a pulse oximeter, all of which are not functions to be performed by the surgeon such as Dr. Clemons.

5.     Dr. Clemons performed the surgery appropriately, and the standard of care did not require Dr. Clemons to monitor this patient in the recovery room (PACU), and Dr. Clemons was never contacted by anyone from the recovery room about this patient during the ninety (90) minutes between arrival in PACU and the respiratory code.

6.     Monitoring anesthesia and its after effects are not the surgeon's function or responsibility. Further, monitoring and insuring a functioning airway is the responsibility of the PACU personnel, not the surgeon.

7.     No medical treatment on the part of Dr. Clemons caused the patient, Brett Lovelace, to sustain injuries and damages which would not otherwise have occurred.

The opinions stated above regarding Dr. Clemons' compliance with the recognized standard of acceptable professional practice for otolaryngologists practicing in Memphis, Tennessee and similar communities in March, 2012, are based upon my education, training and experience based upon the medical records and testimony of Dr. Clemons.

I intend to provide expert testimony in connection with the treatment rendered by Dr. Clemons, but not as to any other healthcare provider.

Within the past four (4) years, I have not testified at trial, but have testified by deposition in one case styled _Evans_ vs. _Williams_ , in the _Circuit_ Court of _Gibson County_ .

My publications for the past ten (10) years are contained in my CV attached.

I follow the fee schedule imposed by Vanderbilt University Medical School for expert review and testimony. The hourly charge is basically $600.00 for review of cases and $7,500.00 per day for out-of-town court testimony.


JAY WERKHAVEN, M.D.


4841-6482-6138. v. 2

J-54170

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually,
and as Parents of BRETT LOVELACE,
Deceased,

       Plaintiffs,

VS.

                                NO.  2:13-cv-02289 dkv
                                JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

       Defendants.

## DEFENDANT MARK P. CLEMONS, M.D.'S
## DESIGNATION OF FRCP 26(a)(2)(B) SUPPLEMENTAL EXPERT WITNESSES AND
## PHYSICIANS/MEDICAL PROVIDERS NOT EMPLOYED AS EXPERTS

Defendant, Mark P. Clemons, M.D., by and through the undersigned counsel of record, pursuant to FRCP 26(a)(2)(B) files the following Supplemental Expert Witness and Treating Physicians/Medical Provider Disclosures who may be used at trial to present evidence under the aforesaid rule:

1.   Defendant would adopt and incorporate by reference his prior FRCP 26(a)(2)(B) expert disclosures previously filed as if set forth verbatim herein.

2.   Defendant, Dr. Mark P. Clemons, hereby cross-identifies all experts identified by co-defendants Dr. Babu Rao Paidipalli and Pediatric

Anesthesiologists, P.A., and incorporates by reference all opinions disclosed for those experts, including any subsequent deposition testimony, as if stated verbatim herein.

3. Defendant also reserves the right to supplement these disclosures in accordance with applicable Federal Rules of Civil Procedure as may be warranted by additional discovery or proof adduced in this cause, including, but not limited to, the opinions contained in the defense experts' discovery depositions.

This _13th_ day of May, 2014.

LEWIS THOMASON

By:   /s/ Marcy D. Magee
        J. Kimbrough Johnson (No. 7953)
        Marcy D. Magee (No. 19360)
        Attorneys for Defendant,
        Mark P. Clemons, M.D.
        2900 One Commerce Square, 40 S. Main Street
        Memphis, TN 38103
        901-525-8721

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following has been served on Mark Ledbetter, Attorney for Plaintiffs, Halliburton & Ledbetter, 254 Court Avenue, Suite 305, Memphis, TN 38103, and Jerry Potter, Bradley Gilmer and Karen Koplon, Attorneys for Defendants, Babu R. Paidipalli & Pediatric Anesthesiologists, P.A., Hardison Law Firm, 119 S. Main St., Suite 800, Memphis, TN 38103, via U.S. Mail, postage prepaid, this _13th_ day of May, 2014.

        /s/ Marcy D. Magee
        Marcy D. Magee

4814-8867-9963, v. 1

Case 2:13-cv-02289-SHL-dkv   Document 137-2   Filed 09/15/14   Page 102 of 103    PageID
2166
Case 2:13-cv-02289-SHL-dkv   Document 106   Filed 05/13/14   Page 1 of 2   PageID 778

J-54170

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually,
and as Parents of BRETT LOVELACE,
Deceased,

          Plaintiffs,

VS.

                                    NO.  2:13-cv-02289 dkv
                                    JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

          Defendants.

## DEFENDANT MARK P. CLEMONS, M.D.'S
## DESIGNATION OF FRCP 26(a)(2)(B) SUPPLEMENTAL EXPERT WITNESSES AND
## PHYSICIANS/MEDICAL PROVIDERS NOT EMPLOYED AS EXPERTS

Defendant, Mark P. Clemons, M.D., by and through the undersigned counsel of record,

pursuant to FRCP 26(a)(2)(B) files the following Supplemental Expert Witness and Treating

Physicians/Medical Provider Disclosures who may be used at trial to present evidence under the

aforesaid rule:

    1.   Defendant would adopt and incorporate by reference his prior FRCP

        26(a)(2)(B) expert disclosures previously filed as if set forth verbatim herein.

    2.   Defendant, Dr. Mark P. Clemons, hereby cross-identifies all experts

        identified by co-defendants Dr. Babu Rao Paidipalli and Pediatric

Anesthesiologists, P.A., and incorporates by reference all opinions disclosed for those experts, including any subsequent deposition testimony, as if stated verbatim herein.

3. Defendant also reserves the right to supplement these disclosures in accordance with applicable Federal Rules of Civil Procedure as may be warranted by additional discovery or proof adduced in this cause, including, but not limited to, the opinions contained in the defense experts' discovery depositions.

This 13th day of May, 2014.

LEWIS THOMASON

By:  /s/ Marcy D. Magee
     J. Kimbrough Johnson (No. 7953)
     Marcy D. Magee (No. 19360)
     Attorneys for Defendant,
     Mark P.  Clemons, M.D.
     2900 One Commerce Square, 40 S. Main Street
     Memphis, TN 38103
     901-525-8721

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following has been served on Mark Ledbetter, Attorney for Plaintiffs, Halliburton & Ledbetter, 254 Court Avenue, Suite 305, Memphis, TN 38103, and Jerry Potter, Bradley Gilmer and Karen Koplon, Attorneys for Defendants, Babu R. Paidipalli & Pediatric Anesthesiologists, P.A., Hardison Law Firm, 119 S. Main St., Suite 800, Memphis, TN 38103, via U.S. Mail, postage prepaid, this 13th day of May, 2014.

/s/ Marcy D. Magee
Marcy D. Magee

4814-8867-9963, v.  1

2