# EXHIBIT B

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE AND
HELEN LOVELACE,
INDIVIDUALLY AND AS
PARENTS OF BRETT
LOVELACE, DECEASED,

          Plaintiffs,

VS.                          2:13-CV-02289AA

PEDIATRIC
ANESTHESIOLOGIST, P.
A., BABU RAO
PAIDIPALLI, AND MARK
P. CLEMONS,

          Defendants.

DEPOSITION
OF
MARK CLEMONS, M.D.

February 6, 2014

MID-SOUTH REPORTING
Pepper Glenn, CCR
P. O. Box 609
Southaven, Mississippi 38671
(901) 525-1022

MID-SOUTH REPORTING
(901) 525-1022

**Page 2**

1        The deposition of MARK CLEMONS,
2   M.D. is taken on this 02/06/2014,
3   on behalf of the Plaintiffs,
4   pursuant to notice and consent of
5   counsel, beginning at approximately
6   10:00 a.m. in the law offices of
7   Thomason, Hendrix, Harvey, Johnson
8   & Mitchell.
9        This deposition is taken
10  pursuant to the terms and
11  provisions of the Tennessee Rules
12  of Civil Procedure.
13       All forms and formalities,
14  including the signature of the
15  witness, are waived, and objections
16  alone as to matters of competency,
17  irrelevancy and immateriality of
18  the testimony are reserved to be
19  presented and disposed of at or
20  before the hearing.
21
22
23
24

MID-SOUTH REPORTING
(901) 525-1022

**Page 3**

1                  A P P E A R A N C E S

4   FOR THE PLAINTIFF:

6             Mark Ledbetter, Esq.
              Halliburton & Ledbetter
7             254 Court Avenue
              Memphis, Tennessee 38103
8             Phone: (901) 523-8153

11  FOR THE DEFENDANT:

13            J. Kimbrough Johnson, Esq.
              Marcy Dodds Magee, Esq.
14            Thomason Hendrix, et al
              2900 One Commerce Square
15            Memphis, TN 38103
              901-525-8721

17            Brad Gilmore, Esq.
              The Hardison Law Firm
18            119 S. Main Street
              Suite 800
19            Memphis, TN 38103
              901-525-8776

21  COURT REPORTING FIRM:

22            MID-SOUTH REPORTING
              Pepper Glenn, CCR
23            P. O. Box 609
              Southaven, Mississippi 38671
24            (901) 525-1022

MID-SOUTH REPORTING
(901) 525-1022

**Page 4**

1                  I N D E X

3   WITNESS:   MARK CLEMONS, M.D.

6   DIRECT EXAMINATION
    BY MR. LEDBETTER                     5
7   CROSS-EXAMINATION                   65
    BY MR. JOHNSON
8   ERRATA SHEET                        67

12  EXHIBIT NO. 1                        6
    EXHIBIT NO. 2                        7
13  EXHIBIT NO. 3                        7
    EXHIBIT NO. 4                       64

21  CERTIFICATE PAGE                    68

MID-SOUTH REPORTING
(901) 525-1022

5

1      VIDEO SPECIALIST:  This is the
2   video deposition of Dr. Mark
3   Clemons.  This is February 6, 2014.
4   We are on the record at 10:17.
5      Counsel, would each of you
6   please state your appearances for
7   the record which will then be
8   followed by the swearing in of the
9   witness by the court reporter.
10      MR. LEDBETTER:  Mark Ledbetter,
11   counsel for Plaintiffs.
12      MR. JOHNSON:  Kim Johnson for
13   Dr. Clemons.
14      MS. MAGEE:  Marcie Magee for
15   Dr. Clemons.
16      MR. GILMORE:  Brad Gilmore for
17   Dr. Paidipalli and Pediatric
18   Anesthesiologists.
19      MARK CLEMONS,
20   called as a witness, having been first duly
21   sworn, was examined and testified as follows:
22          DIRECT EXAMINATION
23   BY MR. LEDBETTER:
24      Q.      Dr. Clemons, I'm Mark Ledbetter and

MID-SOUTH REPORTING
(901) 525-1022

6

1   we've previously met.  And I have passed to you
2   and to your counsel three items which I've
3   proposed to make exhibits to your deposition.
4   The first item is the anesthesia medication
5   record.  And do you have that before you?
6      A.      Yes.
7      (WHEREUPON, THE ABOVE-MENTIONED
8      DOCUMENT WAS MARKED AS EXHIBIT NO. 1
9      TO THE TESTIMONY OF THE WITNESS AND
10      IS ATTACHED HERETO.)
11      Q.      Okay.  Is that a document you have
12   previously seen or you're familiar with?
13      A.      No.
14      Q.      Okay.  Do you have any reason to
15   believe that that record is inaccurate or does
16   not apply to this patient?
17      A.      I do not give any of these drugs.  I'm
18   not an anesthesiologist.  I've never seen this
19   record before.
20      Q.      Okay.  Number 2, this is a history of
21   current problems for the patient.  And do you
22   identify that as a document that you've created?
23      A.      That is my document.
24      (WHEREUPON, THE ABOVE-MENTIONED

MID-SOUTH REPORTING
(901) 525-1022

7

1      DOCUMENT WAS MARKED AS EXHIBIT NO. 2
2      TO THE TESTIMONY OF THE WITNESS AND
3      IS ATTACHED HERETO.)
4      Q.      Okay.  And beneath it, you will see
5   that there are several pages that purport to be
6   an op note or an operatory narrative that you
7   also wrote.
8      A.      Yes, I did.
9      Q.      Okay.  And Exhibit Number 3 is a
10   series of photographs that I will represent to
11   you were taken by the parents of Brett Lovelace.
12   And let me ask if you can identify any of the
13   people in the photograph -- in the photograph
14   particularly on the first page.  Can you identify
15   that as Brett Lovelace?
16      A.      That is Brett Lovelace.
17      (WHEREUPON, THE ABOVE-MENTIONED
18      DOCUMENT WAS MARKED AS EXHIBIT NO. 3
19      TO THE TESTIMONY OF THE WITNESS AND
20      IS ATTACHED HERETO.)
21      Q.      Could you identify who is in the left
22   corner?
23      A.      Do not know.
24      Q.      Could that be his father, Daniel

MID-SOUTH REPORTING
(901) 525-1022

8

1   Lovelace?
2      A.      Might be, but I do not know.
3      Q.      Okay.  On the second page, who do you
4   see on the top left of the top photograph on the
5   second page?
6      A.      I believe that's the nurse
7   anesthetist.
8      Q.      Okay.  That would be Grace Freeman?
9      A.      Yes.
10      Q.      Okay.  And below that, do you note who
11   the blonde lady is in the picture on Page 2?
12      A.      One of the pre-op nurses.
13      Q.      Okay.
14      A.      I do not know her name.
15      Q.      Would that be her in the -- on the
16   Page 3?
17      A.      Yes.
18      Q.      Okay.  And on Page 4, would that be
19   her on the top of Page 4 with Brett Lovelace?
20      A.      Appears to be.
21      Q.      Okay.  And the bottom picture on
22   Page 4, is that Dr. Paidipalli?
23      A.      Looking at the bottom of the page
24   where you have -- no clue who that is.

MID-SOUTH REPORTING
(901) 525-1022

9

1   Q.    Okay, and on Page 5, who is that?

2   A.    That is Dr. Paidipalli.

3   Q.    Paidipalli.  And on the next page, who

4 is that in the top photograph with Brett?

5   A.    I think that is Dr. Paidipalli.

6   Q.    Okay.  And on the bottom of page -- of

7 that page, who is it?

8   A.    That's me.

9   Q.    Okay.  And on the next page, is that

10:30:13 10 you also in the top and bottom photograph?

11   A.    That is still me.

12   Q.    And on the last page, is that still

13 you with --

14   A.    Still me.

10:30:22 15   Q.    Okay.  And then on the next page, it's

16 the nurse with him, correct?

17   A.    Correct.

18   Q.    And on the last page, you see two

19 photographs.  What is going on there or can you

10:30:35 20 tell?

21   A.    Top one, he is yawning.  The bottom

22 one, I do not know.

23   Q.    Okay.  But you don't know the timing

24 or the sequence of it?

10

1   A.    I don't understand what the question

2 is.

3   Q.    Okay.  All right, sir.  Now, prior to

4 today's deposition, Dr. Clemons, have you ever

10:31:00 5 been an expert witness in a malpractice case?

6   A.    No.

7   Q.    Have you ever testified either for a

8 Plaintiff against a doctor or in favor of a

9 doctor in a malpractice case?

10:31:16 10   A.    No.

11   Q.    Have you ever consulted for a

12 Plaintiff or for a Defendant in a malpractice

13 case?

14   A.    I reviewed a record or two, but that's

10:31:28 15 about it.

16   Q.    Okay.  Now, let me just ask you a

17 general question about the practice of medicine.

18 Do you agree that a lack of knowledge in a doctor

19 could be dangerous in the medical field?

10:31:46 20   A.    Medicine is an ongoing learning

21 process.  Every day you learn a little something

22 new and you use it.

23   Q.    But do you agree that lack of information

24 knowledge as a part of your fund of information

11

1 can be dangerous as you go about your daily

2 practice?  Is that a good general rule that you

3 would agree with?

10:32:11 4   A.    There is always something that you

5 don't know.

6   Q.    Okay.  Well, then, do you approve of a

7 lack of knowledge among medical practitioners or

8 do you think that medical practitioners should

9 yearn and seek to improve and increase their

10:32:25 10 knowledge?

11   A.    Everyone should work to improve their

12 knowledge.

13   Q.    Okay.  Do you think a lack of

14 knowledge is dangerous in the medical field?

10:32:45 15   A.    We always strive to learn more, to

16 know more.

17   Q.    Okay.  I understand that, but can you

18 answer my question as it is posited to you?  Why

19 is a lack of knowledge dangerous or is a lack of

10:32:59 20 knowledge dangerous in the medical field?

21   A.    A lack of knowledge, it sounds like a

22 Rumsfeld question.  We always need to know more

23 even under the best of circumstances.

24 Information you don't have is always important

12

1 and so sometimes, you don't have everything you

2 would like and that can be a problem.

3   Q.    Well, let me ask you maybe a general

4 kind of question that may move you a little

10:33:33 5 further with this.  In this case, would the lack

6 of knowledge of some vital statistics about Brett

7 Lovelace have been dangerous such as his weight,

8 81 kilograms or 180 --

9   A.    We knew his weight.

10:33:48 10   Q.    Excuse me?

11   A.    We knew his -- we knew he was

12 overweight.

13   Q.    Okay.  But would a lack of knowledge

14 of that have been dangerous in his case perhaps?

10:33:54 15   A.    What is your question?  You're giving

16 me a hypothetical.

17   Q.    I am giving you a hypothetical, but

18 you have to answer questions that are posited to

19 you that are fair.  Would a lack of knowledge of

10:34:04 20 the patient's weight have been dangerous?  You

21 said you had that knowledge.  My question is

22 simply whether a lack of it would have been

23 dangerous.

24   A.    Sometimes lack of knowledge is

13

1  important and you are missing it, and it is
2  important.
3    Q.    Okay.  Do you agree that weight is
4  important to know for a patient like Brett?
5    A.    Weight is always important to know.
6    Q.    Okay.  All right.  And would you agree
7  that if you had lacked knowledge of his asthma,
8  his snoring, apnea, mouth breathing, if you had
9  lacked knowledge of those things, that could have
10  been dangerous in his case, could it not have?
11    A.    We knew this.
12    Q.    So I'm asking you had you not known
13  that, could that have been dangerous to his
14  health and safety?
15    A.    But we knew this.
16    Q.    I understand you knew that, but you're
17  not answering my question.  I'm the examiner, not
18  you.  You're not entitled to ask yourself
19  questions you want.  Do you understand that?
20        MR. JOHNSON:  Well, you ask him
21      questions and then let him answer.
22        MR. LEDBETTER:  He's not
23      answering them.
24        MR. JOHNSON:  Well, he's

MID-SOUTH REPORTING
(901) 525-1022

14

1  answering them because you've asked
2  him something that he said he
3  already has -- or he knows.
4  BY MR. LEDBETTER:
5    Q.    Okay.  Would the lack of knowledge of
6  these -- this history have been dangerous in
7  Brett's case?
8        MR. JOHNSON:  Let me ask you,
9      lack of knowledge by whom?
10        MR. LEDBETTER:  By the surgeon
11      or the practitioners involved.
12  BY MR. LEDBETTER:
13    Q.    Would that have been dangerous had
14  they lacked that information?
15        MR. JOHNSON:  Objection.
16        MR. GILMORE:  Object to the
17      form.
18        MR. JOHNSON:  Objection.
19  BY MR. LEDBETTER:
20    Q.    They have objected to the form.  Is it
21  your testimony --
22    A.    For this particular case --
23    Q.    Yes.
24    A.    This is all important information that

MID-SOUTH REPORTING
(901) 525-1022

15

1  one should have.  If you didn't have it, it would
2  be a problem.
3    Q.    Okay.  Thank you.  Now, had you
4  previously worked or performed surgery with
5  Dr. Paidipalli?
6    A.    I have operated with Dr. Paidipalli
7  many times.
8    Q.    Before this incident, how many times
9  had you worked with him in surgery?
10    A.    Can't count --
11    Q.    Just do your best.
12    A.    I have been operating at LeBonheur for
13  almost 20 years.  You know, if I said 100, I
14  could be off by 100.  I have operated with the
15  man many, many times.
16    Q.    Okay.  And had you worked with Grace
17  Freeman on many occasions prior to this episode?
18    A.    Several.  More than five, best I can
19  tell you.
20    Q.    Were they social acquaintances of
21  yours or people that you saw outside the context
22  of LeBonheur?
23    A.    I only work with them.  Did not know
24  them otherwise.

MID-SOUTH REPORTING
(901) 525-1022

16

1    Q.    Okay.  All right.  Now -- so would it
2  say -- be fair to say that at the time of this
3  procedure, you had a certain level of comfort or
4  trust with Dr. Paidipalli and the CRNA, Grace
5  Freeman?
6    A.    Yes, it was a team.
7    Q.    Okay.  And now, before the surgery on
8  March 12, 2012, Dr. Clemons, did you meet with
9  Dr. Paidipalli or Grace Freeman, the nurse
10  anesthetist, to discuss the anesthesia plan?
11    A.    No.
12    Q.    Did you meet with them prior to the
13  surgery to discuss the patient's medical history?
14    A.    No.
15    Q.    Okay.  Were you aware prior to today
16  the specific medications that are listed on
17  Exhibit 1 that I provided to you and your counsel
18  that were used to facilitate the induction or the
19  anesthesia for this patient?  Were you aware of
20  these medications?
21    A.    Anesthesia chooses the drugs they want
22  to use according to their needs -- according to
23  the patient's needs.  I may ask periodically what
24  they have given just for my own knowledge, but

MID-SOUTH REPORTING
(901) 525-1022

17

1  no, I'm not aware of these -- actually what they
2  use on any given case.
3      Q.     Okay.  So would it be fair to say that
4  prior to 3-12-2012, you did not routinely have
5  discussions with Dr. Paidipalli in prior meetings
6  about what his anesthesia medication record would
7  be?
8      A.     Correct.
9      Q.     Okay.  All right.  Now, did you have
10  any knowledge on March 12, 2012 of the prior
11  claims against Dr. Paidipalli that have been
12  raised or made for prior malpractice cases?
13      A.     No knowledge of any.
14      Q.     So in summary, before the operation on
15  Brett Lovelace, Dr. Clemons, you did not have a
16  knowledge of what his planned approach or
17  medications would be with your patient, Brett
18  Lovelace.  You agree?
19      A.     No.  And normally, I don't.
20      Q.     Okay.  And as we sit here, you did not
21  know what drugs or dosages he used and the
22  rationale for it for the anesthesia, do you?
23      A.     He gives -- he decides what the drugs
24  are.  He knows these drugs.  I do not.

MID-SOUTH REPORTING
(901) 525-1022

18

1      Q.     Okay.  Now, at the time of Brett
2  Lovelace's T&A, which I guess -- may I use that
3  as a term?
4      A.     Sure.
5      Q.     Okay.  This T&A, did you approve of
6  the joint use of Propofol and Fentanyl?
7      A.     I had -- I don't tell anesthesia what
8  drugs to use.
9      Q.     So the answer, then, is that you did
10  not approve or disapprove of the use of Propofol
11  or Fentanyl?
12      A.     Correct.  But I did not know what
13  drugs they were going to use either.
14      Q.     Dr. Clemons, were you aware on
15  3-12-2012 of the interaction of these drugs if
16  given conjointly?
17      A.     Which drugs are we talking about?
18      Q.     Talking about Propofol and Fentanyl.
19      A.     Historically, I think they have been
20  used together many, many times.
21      Q.     Were you aware of the interaction of
22  the drugs?  In other words, what synergy or what
23  they --
24      A.     Which interaction are we talking

MID-SOUTH REPORTING
(901) 525-1022

19

1  about?
2      Q.     We're talking about any interaction
3  that the two drugs have, how one affects the
4  other, whether it exaggerates it or whether it
5  minimizes it.
6      A.     This is an anesthesia pharmacology
7  question.  I don't know.
8      Q.     All right.  You agree, then, you did
9  not know at the time of Brett Lovelace's surgery
10  what drugs were to be given by Dr. Paidipalli or
11  how they interacted and might or could adversely
12  affect Brett Lovelace?
13      A.     I have no knowledge of any of that.
14      Q.     Now, how many surgeries did you
15  perform on average in 2012 at LeBonheur?
16      A.     Probably about 200.
17      Q.     Did you have other surgeries scheduled
18  on 3-12 of 2012 besides this surgery?
19      A.     I don't believe so.
20      Q.     Okay.
21      A.     You know, I just don't know if I did a
22  case.  I probably may have done a case or two
23  beforehand.
24      Q.     Okay.  All right.  Now, I asked you

MID-SOUTH REPORTING
(901) 525-1022

20

1  about the drug Propofol.  Do you know what the
2  drug Propofol is, whether it's an anesthetic or
3  an analgesic, or what it is?
4      A.     It's a drug used for general
5  anesthesia.
6      Q.     And with respect to Fentanyl, do you
7  know what class it is or what kind of drug it is?
8      A.     It's a rapid acting narcotic.
9      Q.     Okay.  Are you aware that Fentanyl was
10  and is an opiate that has 150 times the potency
11  of morphine.
12      A.     It is significantly more potent than
13  morphine.
14      Q.     Okay.  Now, were you aware that
15  Propofol and Fentanyl interact and that the
16  combination delays recovery from anesthesia?
17      A.     Well, both are used for general
18  anesthesia, so certainly, they would both affect
19  general anesthesia.
20      Q.     My question was, were you aware that
21  the combination delayed a recovery from
22  anesthesia?
23      MR. GILMORE:  Same objection.
24      A.     No.

MID-SOUTH REPORTING
(901) 525-1022

21

BY MR. LEDBETTER:

Q.    Were you aware that Fentanyl causes rigidity to the muscles of respiration?

A.    No.

Q.    So it's true that you lack the knowledge of it's use in this case, as well as the fact that it is hampering respiration?

A.    Anesthesia decided what to use. I do not know whether he used it or not.

Q.    Were you aware as a surgeon performing this T&A that Fentanyl leaves respiratory -- leaves a respiratory depressant effect which is evident for three to four hours?

A.    No, I did not.

Q.    Had Dr. Paidipalli ever discussed or tell you that?

A.    Over the years, we've never had that kind of discussion.

Q.    Were you aware as a surgeon in this case that even a minor degree of airway obstruction could be hazardous to a patient given Fentanyl to put them to sleep?

MR. GILMORE:  Object to the form.

MID-SOUTH REPORTING
(901) 525-1022

22

A.    Fentanyl is -- Fentanyl is commonly used on people for general anesthesia. The Propofol is commonly used for ENT cases because it wears off so quickly. Lots of people like Propofol because it's rapidly -- metabolized and rapidly gone. So the use of them together is not -- my sense is it's not uncommon, but not being an anesthesiologist, I couldn't tell you how common.

BY MR. LEDBETTER:

Q.    Okay. Were you aware that a minor degree of airway obstruction in a patient who's undergoing surgery could be hazardous to a patient who was given Fentanyl?

A.    All narcotics can cause some --

Q.    Would your answer --

A.    -- increase of respiration.

Q.    Would your answer then be yes, that you were aware that a minor degree of airway obstruction could be hazardous with a patient given Fentanyl, an opiate?

A.    Airway obstruction after narcotics is always a concern.

Q.    Were you aware at the time of Brett

MID-SOUTH REPORTING
(901) 525-1022

23

Lovelace's surgery on March 12, 2012 that airway compromise is the major cause of death or major injury in claims that arise after a tonsillectomy?

A.    I did not know that.

Q.    Were you aware that Fentanyl is specifically contraindicated where there is upper airway obstruction?

MR. GILMORE:  Object to the form.

A.    I did not know that.

BY MR. LEDBETTER:

Q.    Were you aware of that?

A.    No.

Q.    Were you aware that Fentanyl is contraindicated where there is asthma?

MR. GILMORE:  Object to the form.

A.    I did not know that.

BY MR. LEDBETTER:

Q.    Were you aware that Fentanyl itself can cause slow, shallow respiration and apnea?

MR. GILMORE:  Object to the form.

MID-SOUTH REPORTING
(901) 525-1022

24

A.    All narcotics probably can do that.

BY MR. LEDBETTER:

Q.    Were you aware that Fentanyl specifically could?

A.    No.

Q.    Were you aware that a dose of BIMU-8 or Narcan were fast acting antidotes to any Fentanyl respiratory suppression?

A.    I don't understand what the question was.

Q.    Are you familiar with BIMU-8 or Narcan?

A.    Narcan, yes.

Q.    Were you aware that if there is a respiratory suppression by Fentanyl, that that is an antidote, that Narcan --

A.    Narcan is an antidote for narcotics, correct.

Q.    Do you agree that it would have been Dr. Paidipalli's choice to use the Fentanyl and the Propofol, not yours? That was his choice.

A.    That would have been his choice.

Q.    Okay. Now, before the 3-12-2012 T&A procedure that you performed on Brett Lovelace,

MID-SOUTH REPORTING
(901) 525-1022

25

```
 1    did you ever look at the Physicians' Desk
 2    Reference to study Fentanyl's warnings?
 3         A.    No, as I don't give Fentanyl.
 4         Q.    Did you, on March 12, 2012, know that
 5    there were specific warnings about respiratory
 6    suppression, an alteration in the respiratory
 7    rate of patients given the drugs?
 8         A.    No, I did not know this.
 9         Q.    So you lack knowledge of the FDA
10    approved warnings that applied to these drugs
11    that were given to Brett Lovelace by
12    Dr. Paidipalli?
13         A.    Correct.
14         Q.    Now, when Brett Lovelace reached the
15    recovery room -- which I'm going to call PACU or
16    I may call it recovery.
17         A.    We prefer recovery room, too.
18         Q.    Okay. It's interchangeable. He was
19    not -- this is a question, not an answer. He was
20    not on supplemental oxygen at that time, was he?
21         A.    My experience at LeBonheur is
22    everybody leaving the operating room is on
23    supplemental oxygen.
24         Q.    Do you recall him --
```

MID-SOUTH REPORTING
(901) 525-1022

26

```
 1         A.    But they went to recovery room and I
 2    went to change my clothes, so I don't know.
 3         Q.    Okay. Now, when he reached the
 4    recovery room, did you give a doctor's order that
 5    he was to remain on supplemental oxygen to Nurse
 6    Kish or whoever would have been the nurse
 7    attending?
 8         A.    Generally speaking, anesthesia orders
 9    in the recovery room will say they should be on
10    oxygen to keep their saturation up above 90 to 92
11    percent.
12         Q.    Okay. Did you, at any time, specify
13    that the PACU continue supplemental oxygen for
14    him? Did you?
15         A.    I don't believe so.
16         Q.    Okay. Did you -- when you went to the
17    recovery room or PACU, did you visit with Grace
18    Freeman or see Grace Freeman there?
19         A.    I don't remember.
20         Q.    Okay. Now, I have asked this same
21    question earlier, but I'm going to ask it again,
22    so I'm just warning you. But were you aware that
23    Fentanyl suppressed respiration and for a patient
24    with any upper airway or breathing problems,
```

MID-SOUTH REPORTING
(901) 525-1022

27

```
 1    there was a risk of delayed respiratory
 2    suppression?
 3              MR. GILMORE:  Object to the
 4         form.
 5    BY MR. LEDBETTER:
 6         Q.    Were you aware of that risk of delayed
 7    respiratory suppression?
 8         A.    No, but that's why we have recovery
 9    rooms, so the patient can be watched.
10         Q.    Okay. So you agree that when Brett
11    Lovelace was anesthetized, you and Dr. Paidipalli
12    had no discussion about his asthma, did you? Did
13    you have any discussion with Dr. Paidipalli about
14    the asthma?
15         A.    No, but he knew he had asthma and I
16    knew he had asthma.
17         Q.    Did you have any discussion with him
18    about his sleep-deprived breathing in his medical
19    history?
20         A.    No, but according to -- his history
21    would have picked up and my history picked that
22    up. That's why we do tonsillectomy and
23    adenoidectomy.
24         Q.    Did you have a discussion with
```

MID-SOUTH REPORTING
(901) 525-1022

28

```
 1    Dr. Paidipalli about his apnea?
 2         A.    No. I don't believe the mother ever
 3    talked to me about apnea either.
 4         Q.    Did you have any discussion with
 5    Dr. Paidipalli about his snoring and mouth
 6    breathing?
 7         A.    No, but all these kids with big
 8    tonsils and adenoids have snoring and mouth
 9    breathing. There would never have been a need to
10    discuss this.
11         Q.    And in your note of his history, you
12    say his tonsils are enlarged three plus. What
13    does that mean?
14         A.    Means they are very large, but they
15    are not quite touching.
16         Q.    Okay.
17         A.    It's a relative size.
18         Q.    I understand. Now, again, you had no
19    discussion with Dr. Paidipalli about the potent
20    opiate Fentanyl and any effect it might have on
21    Brett's breathing, did you?
22         A.    No.
23         Q.    Did Dr. Paidipalli ever solicit your
24    opinion on how to put Brett Lovelace to sleep and
```

MID-SOUTH REPORTING
(901) 525-1022

29

1  keep him safe?
2  A.      The anesthesiologist never ask the ENT
3  doc how to do his own job.
4  Q.      Did you ever ask Grace Freeman or
5  Dr. Paidipalli about what drugs they planned to
6  use?
7  A.      No.
8  Q.      Now, when you went to the recovery
9  room, you did not see Dr. Paidipalli there, did
10  you?
11  A.      I don't think so.
12  Q.      Best of your knowledge, he did not
13  accompany the patient to the recovery room, did
14  he?
15  A.      I don't know. I went one direction.
16  They went another direction.
17  Q.      Have you ever seen Dr. Paidipalli, in
18  these many procedures that you've had with him,
19  go with the patient to the recovery room? Have
20  you ever seen him do that?
21  A.      Yes.
22  Q.      Okay. Most of the time or half the
23  time? How many times?
24          MR. GILMORE: Object to the
                MID-SOUTH REPORTING
                   (901) 525-1022

30

1  form.
2  A.      I have no idea. I mean, this is a
3  routine thing that happens every day. It's sort
4  of like background noise.
5  BY MR. LEDBETTER:
6  Q.      Would you say it was common for him to
7  go to the recovery room in cases that you've had
8  with him or uncommon?
9  A.      It's a mixed bag. Sometimes he goes.
10  Sometimes he doesn't.
11  Q.      Now, are you familiar with the Glasgow
12  Coma Scale?
13  A.      I've heard of it, but I really
14  don't -- I really don't know how its evaluation
15  is.
16  Q.      Can you give us any assessment using
17  the Glasgow Coma Scale for Brett Lovelace when he
18  was extubated?
19  A.      I can't do anything about the Glasgow
20  Coma Scale except I have heard about it.
21  Q.      It would be fair to say that when he
22  arrived in the recovery room or PACU, you could
23  not give us a Glasgow Coma Scale rating for him
24  there either?
                MID-SOUTH REPORTING
                   (901) 525-1022

31

1  A.      I cannot give it to you because I
2  don't know what the numbers are in the coma
3  scale.
4  Q.      Now, you have -- in Exhibit Number 2
5  after the first page, Dr. Clemons, you have your
6  op note or your operative report.
7  A.      Correct.
8  Q.      Do you see that?
9  A.      Correct.
10  Q.      Okay. Now, do you know when this was
11  written? I see that the date of service was
12  March 12th, but the date it was signed was
13  March 19th. Do you know when this was written by
14  you or dictated?
15  A.      It probably would have been that day
16  or the next day, the day after surgery.
17  Transcription could tell you that. I don't know.
18  Q.      I think I see it. Turn to the last
19  page and let me ask you --
20  A.      Dictated.
21  Q.      Yeah, it's a D. Does that mean that
22  it was dictated March 12 at 5:48 p.m. or when,
23  5:48 a.m.?
24  A.      It certainly wasn't 5:48 a.m.
                MID-SOUTH REPORTING
                   (901) 525-1022

32

1  Q.      Well, is that what it shows, is that
2  you dictated it before the surgery?
3  A.      No. I would never dictate anything
4  before a surgery.
5  Q.      Okay. But I'm saying is that what the
6  record shows?
7  A.      I don't know. I can barely tell what
8  it says.
9  Q.      It says D 03-12-12. That would be the
10  correct date of the surgery.
11  A.      Right.
12  Q.      And then it says 0548, and that would
13  be 5:00 a.m., would it not?
14  A.      True. But more likely, it was
15  dictated at 5:00 p.m.
16  Q.      But 5:00 p.m. would be 1748, would it
17  not?
18  A.      Correct.
19  Q.      And it shows that it's transcribed at
20  what, 6:10 a.m.?
21  A.      Right.
22  Q.      Okay. Who is SC?
23  A.      Person transcribing it, I guess.
24  Q.      Okay. So the record itself shows that
                MID-SOUTH REPORTING
                   (901) 525-1022

33

1  it was -- it was dictated before -- dictated and
2  transcribed before the surgery; is that correct?
3      A.    That's what it says, but it wasn't.
4      Q.    All right.  Now, did you ever go back
5  after it was dictated and make any changes to it
6  before it was made a permanent record?
7      A.    Not that I know of, but I'm sure I
8  read it and might have changed a "wa" to a -- I
9  change words like "we" to "I," but I couldn't
10  tell you if I changed a word or two.
11      Q.    Well, do you think on the last page,
12  you might have changed the word -- the last
13  sentence from reading, "He tolerated the
14  procedure without problems" to read "He tolerated
15  the procedure itself without problems"?  Could
16  you have made that change by adding the word
17  "itself" after he died or after he had problems?
18      A.    Well, when I talk about the procedure,
19  I'm talking about the operative procedure.
20      Q.    Right.
21      A.    We did the surgery.  We woke him up,
22  extubated him and took him to the recovery room.
23      Q.    Well, my point is, where it says he
24  tolerated the procedure itself, do you think

MID-SOUTH REPORTING
(901) 525-1022

34

1  after he coded, that you might have added the
2  word "itself" or do you think that would have
3  occurred maybe in a later revision, or do you
4  know?
5      A.    I'm not as smart as you to think about
6  that one.
7      Q.    Now, in your note -- in your note
8  about the procedure, you agree that if you
9  dictated this at 5:48 in the morning, you
10  certainly couldn't predict the outcome of the
11  surgery and how well he did in it, could you?
12      A.    I wasn't up at 5:48 that morning, so
13  it couldn't have been dictated at 5:48 that
14  morning.
15      Q.    Then you would agree that it couldn't
16  have been dictated -- it couldn't have been
17  correct if it was dictated then, right?
18      A.    It wasn't dictated then.
19      Q.    Okay.  Now, did you have a
20  conversation with Brett when he was in the
21  operating room and when he was extubated?  Did
22  you visit with him?  Did he respond to you
23  verbally?
24      A.    When Brett woke up -- teenagers are

MID-SOUTH REPORTING
(901) 525-1022

35

1  likely to do this -- he started trying to climb
2  off the operating table.  But -- so people were
3  there to keep him from falling off the table,
4  hurting himself.  And this is common with
5  teenagers.  And so we got him calmed down and he
6  woke up a little more and was breathing on his
7  own.  They moved him to the stretcher and then
8  took him to the recovery room.  At that point,
9  nobody is having a conversation with the patient.
10      Q.    All right.  At that point, did you do
11  any sort of -- you've said previously you didn't
12  know how to do an assessment under the Glasgow
13  Coma Scale.  Did you do any sort of assessment of
14  him using either the modified Aldrete or the
15  Aldrete scale to determine his motor activity or
16  his mental activity or his physical activity
17  relative to pain?  Did you do any assessment like
18  that?
19      A.    Up until reading these reports, I had
20  never seen that second scale.  And I'm in the
21  room.  If there is an airway issue, I try and
22  stay in the room if there is an airway issue when
23  they extubate them.  And they got the young man
24  extubated.  He was breathing on his own at that

MID-SOUTH REPORTING
(901) 525-1022

36

1  point.  I personally did not do an assessment
2  beyond that.
3      Q.    Did you observe him being connected to
4  supplemental oxygen after the extubation?  Do you
5  remember seeing that happen?
6      A.    Routinely, that happens on these kids
7  and it's like I said before, this is like
8  background noise.  They do it routinely and you
9  don't pay attention to it.
10      Q.    Okay.  Would it be fair to say that
11  you do not specifically recall in this instance
12  the moment that did or did not occur?
13      A.    Correct.
14      Q.    Okay.  Now, when he was extubated, do
15  you recall whether Brett Lovelace obeyed
16  commands, like look at me or nod?
17      A.    I do not know.
18      Q.    Is there usually a test that you give
19  a patient when they have been extubated?
20      A.    Well, there are two ways to extubate
21  people.  One is deep and one is awake.  On little
22  bitty kids without significant airway problems,
23  they like to do it deep.  On older -- on people
24  with airway problems, you like to do more awake

MID-SOUTH REPORTING
(901) 525-1022

02/24/2014 09:43:58 AM

37

1   where they can follow commands.
2          Follow commands doesn't mean you
3   and I are having a conversation. It's more of,
4   you know, raise your hand, open your eyes, you
5   know, something that says yes, the person's awake
6   enough that we could move to the next step.
7       Q.    Okay. But would you say that -- which
8   sort of extubation was this? Was it deep or
9   what?
10         MR. GILMORE:  Object to the
11   form.
12  BY MR. LEDBETTER:
13      Q.    How would you characterize his
14  extubation?
15         MR. GILMORE:  Same objection.
16      A.    Not being the anesthesiologist or the
17  person giving the instructions at that moment, I
18  couldn't tell you which one they actually did.
19  BY MR. LEDBETTER:
20      Q.    Do you agree that you do not have a
21  test that you administer to your patients in the
22  OR when they are extubated to satisfy yourself
23  about their level of consciousness?
24      A.    I'm not the person doing this.

MID-SOUTH REPORTING
(901) 525-1022

38

1       Q.    Okay. Now, do you agree as we are
2   sitting here, that when he was extubated and upon
3   his arrival in the PACU, did you ever see Brett
4   Lovelace's face when he was in the PACU or was
5   his face concealed from view?
6       A.    When I got into the recovery room,
7   Brett had rolled over onto his stomach.
8       Q.    So you did not, at that point, see his
9   face or observe supplemental oxygen on him?
10      A.    I don't believe so.
11      Q.    Okay. Now, were you aware on
12  3-12-2012 or today that children who are at risk
13  for sleep apnea or obstructed sleep apnea should
14  not receive more than a half dose of an opiate
15  such as Fentanyl because of the respiratory
16  depressant effect of the drug?
17         MR. GILMORE:  Object to the
18  form.
19      A.    As stated before, I'm not conversant
20  with Fentanyl other than knowing that it's a
21  narcotic. It's rapid acting compared to others,
22  it wears off faster.
23  BY MR. LEDBETTER:
24      Q.    But you were not aware that it had a

MID-SOUTH REPORTING
(901) 525-1022

39

1   three to four-hour attenuated respiratory
2   suppressant or depressant effect?
3       A.    No.
4       Q.    Now, had you, prior to today, ever
5   read any medical articles that state that if a
6   patient has upper airway surgery, has
7   obstructions or apnea, that they should be
8   directed to the ICU for recovery under a doctor's
9   care instead of to the PACU or nursing assistance
10  only?
11      A.    There is all sorts of literature you
12  can find. Kids and adults every day have
13  tonsillectomy and adenoidectomy for upper airway
14  obstruction and sleep apnea. In kids, generally
15  speaking, that is the treatment for sleep apnea.
16  The first thing that you would want to do is get
17  them awake. It's extremely rare you would send
18  someone straight to the ICU unless you had them
19  on a ventilator.
20      Q.    Okay. Well, I mean, if they are on
21  supplemental oxygen --
22      A.    Everyone is on supplemental oxygen in
23  the recovery room when they get there.
24      Q.    Excuse me?

MID-SOUTH REPORTING
(901) 525-1022

40

1       A.    Almost everyone is on supplemental
2   oxygen for a short while in the recovery room
3   when they get there.
4       Q.    But you never saw Brett on
5   supplemental oxygen in the PACU, did you? You
6   said you didn't.
7       A.    In absolute terms, I couldn't tell
8   you.
9       Q.    And whose prerogative would it have
10  been, yours or Dr. Patdipalli's or both of you
11  jointly, to opt for ICU for Brett Lovelace
12  instead of the PACU? Whose call was that?
13      A.    Well, if a patient -- okay. In real
14  terms, patient is having immediate problems in
15  the operating room and you thought that you
16  really needed the ICU. You might even send them
17  straight -- you might try and get them straight
18  to the ICU. But in the real world here, postop
19  tonsillectomy, adenoidectomy in a healthy child
20  or adult even, you would go to the recovery room.
21  And then if you were having problems, then you
22  decide to either admit them or go to the ICU.
23      Q.    Okay. The question I asked was not
24  directly answered and it is, was it your

MID-SOUTH REPORTING
(901) 525-1022

41

```
 1   prerogative or would have it been
 2   Dr. Paidipalli's prerogative or a joint
 3   prerogative to have had Brett dispatched to the
 4   ICU?
 5           MR. JOHNSON:  At what time?  At
 6   what time?
 7       A.   At what time?  When?
 8           MR. JOHNSON:  At what time?
 9   When?
10       A.   When?
11   BY MR. LEDBETTER:
12       Q.   After surgery.
13           MR. JOHNSON:  When after
14   surgery?
15       A.   In the operating room or in the
16   recovery room or where?
17   BY MR. LEDBETTER:
18       Q.   Did you hear my question?  I said
19   after surgery.
20           MR. JOHNSON:  And he's asking
21   you --
22       A.   It's always my prerogative to admit
23   someone after surgery.
24   BY MR. LEDBETTER:
```

43

```
 1       A.   Supine.
 2   BY MR. LEDBETTER:
 3       Q.   Okay.  What is that position?
 4       A.   They are on their back.
 5       Q.   And what is a prone position?
 6       A.   On their belly.
 7       Q.   Do you know what the Fowler's position
 8   is?
 9       A.   Well, Semi-Fowler's is sort of a
10   sitting, laying position.  I don't know what the
11   Fowler's position is.
12       Q.   Okay.  Any reason why Brett was not in
13   a Fowler's position?
14           MR. GILMORE:  Object to the
15   form.
16       A.   Well, what is a Fowler's position?
17   BY MR. LEDBETTER:
18       Q.   I'm asking you, if you know what it is.
19       A.   I told you I don't know what a
20   Fowler's position is.  I know what Sub-Fowler's
21   is.
22       Q.   But you don't know what the Fowler's
23   position is?
24       A.   No.
```

42

```
 1       Q.   Okay.  That's the question I asked.
 2   Now, you're aware that he ended up in the ICU
 3   after he coded, correct?
 4       A.   Correct.
 5       Q.   Did you know Dr. Bugnitz who was in
 6   the ICU?
 7       A.   Never met him before.
 8       Q.   Never met him before.
 9           Okay.  Have you had any sort of
10   discussion with him since 3-12-2012?
11       A.   We may have talked a little bit right
12   after Brett was admitted, but that's -- beyond
13   that, nothing.
14       Q.   Okay.  Now, can you tell me whether or
15   not in your opinion -- or tell me what the Sims'
16   position is for a patient.  Are you familiar with
17   the term?
18       A.   I don't know what the Sims' position
19   is.
20       Q.   Okay.  Are you familiar with what the
21   supine position is?
22       A.   Supine.
23           MR. JOHNSON:  Do you want to
24   pronounce it right?
```

44

```
 1       Q.   Do you know what a lateral position
 2   is?
 3       A.   On their side.
 4       Q.   Okay.  Is that -- would that have been
 5   a proper position for Brett to have been -- been
 6   in, is on his side?  Would that have been an
 7   effective --
 8       A.   Commonly.
 9           MR. GILMORE:  Object to the
10   form.
11   BY MR. LEDBETTER:
12       Q.   Would that have been an effective
13   position for him to have been in?
14       A.   On the side would have been a good
15   position.
16       Q.   All right.  Now, at the time that you
17   departed the PACU after Brett Lovelace's surgery,
18   did you leave any orders for the attending nurse
19   in the PACU to put him in a different position
20   such as a lateral position or a Fowler's
21   position?
22       A.   I don't routinely tell the nurse to
23   put them in any particular position.  The
24   recovery room has its procedures to get people
```

MID-SOUTH REPORTING
(901) 525-1022

MID-SOUTH REPORTING
(901) 525-1022

MID-SOUTH REPORTING
(901) 525-1022

MID-SOUTH REPORTING
(601) 525-1022

11 of 25 sheets                    Page 41 to 44 of 66

02/24/2014 09:43:58 AM

45

1  awake and kids move around, but I had no -- I
2  don't believe I had any orders for any particular
3  position.
4      Q.     Now, would you agree that the lateral
5  position, which is also a Sims' position I'll
6  reference, you would have been able to observe
7  whether or not Brett Lovelace's airway was
8  functional -- his upper airway was functional,
9  could you not have?
10     A.     What you would better observe is
11 whether he was drooling or bleeding in the
12 lateral position, whether he was breathing or
13 not. I don't know that that would have helped
14 you.
15     Q.     Okay. Now, had you left him with
16 orders for supplemental oxygen, that would also
17 have been prudent if no one had, would it not
18 have?
19         MR. JOHNSON: Objection.
20     A.     My experience is they roll out of the
21 operating room on oxygen whether I order it or
22 not.
23 BY MR. LEDBETTER:
24     Q.     But you did not verify that?

MID-SOUTH REPORTING
(901) 525-1022

46

1      A.     No, I don't believe so.
2      Q.     Now, when it comes to doing this type
3  of surgery, what is called a T&A, do you agree
4  that it requires, between you and the
5  anesthesiologist, a high degree of cooperation
6  because you are sharing airway?
7      A.     We do share the airway.
8      Q.     Okay. And you must jointly assure
9  that oxygen is provided to the patient, agree?
10     A.     Oxygen should be provided to the
11 patient.
12     Q.     And must jointly assure that carbon
13 dioxide is eliminated?
14     A.     If you're ventilating the patient,
15 oxygen is going in and carbon dioxide is going
16 out.
17     Q.     Okay. But you understand -- you agree
18 that it's your joint goal to make sure that
19 carbon dioxide is eliminated? In other words, it
20 isn't pooled so that they develop hypercapnia
21 or --
22     A.     Respire. Oxygen goes in and carbon
23 dioxide goes out.
24     Q.     And you must both assure that there is

MID-SOUTH REPORTING
(901) 525-1022

47

1  adequate anesthesia, correct?
2      A.     Anesthesiologist is giving the
3  anesthesia. And if we get light -- which this
4  didn't happen. If we get light, then they note
5  it and they give them more anesthesia.
6      Q.     And you also must jointly see that
7  there is a rapid return of consciousness and
8  airway reflexes after the T&A. Do you agree?
9          MR. JOHNSON: Objection. I'm
10 going to ask you to be more
11 specific about when after the
12 surgery. It can be 24 hours,
13 six days. I mean, when you're
14 talking about after the surgery,
15 please be more precise about what
16 it is that you are asking or when
17 you are asking it.
18         MR. LEDBETTER: Okay.
19 BY MR. LEDBETTER:
20     Q.     The question that I'm going to reask
21 you will be with a view toward addressing
22 Mr. Johnson's points.
23         Do you agree that following surgery,
24 that it is crucial for the surgeon and the

MID-SOUTH REPORTING
(901) 525-1022

48

1  anesthesiologist to assure a rapid return of
2  consciousness as long as they are active and on
3  task?
4          MR. JOHNSON: Objection.
5          MR. GILMORE: Object to the
6  form.
7  BY MR. LEDBETTER:
8      Q.     Do you agree with that?
9      A.     During the operation, everyone has a
10 task. Okay. It's a team. Anesthesia puts them
11 to sleep, surgeon does the surgery, anesthesia
12 wakes them up and go to recovery room. Okay.
13 We're not all doing the same thing at the same
14 time.
15         So after doing that, we wake
16 them up. The child is breathing. If the child
17 is not breathing in the operating room, we put a
18 breathing tube back down. Now, we go to recovery
19 room. You go in the recovery room again to make
20 sure that they are awake. I went into -- so
21 then, again, the tasks are flowing down.
22         The recovery room nurse is now
23 watching the patient and the flow of information
24 at that point comes from the recovery room nurse

MID-SOUTH REPORTING
(901) 525-1022

49

1  when we -- after we leave.

2      Q.      Do you agree with me that when you

3  last parted company with Brett Lovelace, that he

4  was not, quote, fully awake when you last saw

5  him?

6      A.      Right.  He was not fully awake.

7      Q.      Okay.  And that prior to that time in

8  the OR when he was extubated, he was not fully

9  awake either?

10      A.      No, not awake in the sense that we

11  use -- the layman would use the term "awake."

12      Q.      Okay.  You never discussed sedative

13  options with Dr. Paidipalli?

14      A.      I don't tell him how to do his job.

15      Q.      Did you know that it was wise to let

16  sleep apnea patients remain in the ICU as a

17  precaution to an airway issue?

18      A.      Sleep apnea patients rarely go to the

19  ICU.

20      Q.      Really?  You mean you always send them

21  there?

22      A.      In the 30 years I have been doing

23  this, I can't remember one sleep apnea patient

24  that we sent to the ICU who woke up -- who woke

MID-SOUTH REPORTING
(901) 525-1022

50

1  up without any problems.

2      Q.      How about asthma patients?

3      A.      No.

4      Q.      Asthma is an incurable disease.  Do

5  you agree?  It has no --

6      A.      It's a chronic disease.  It's a

7  chronic disease.

8      Q.      But it's not curable, is it?

9      A.      Not to my knowledge.

10      Q.      And do you agree that surgery can be

11  an iatrogenic trigger for it?  It can trigger

12  asthma.

13      A.      Much of the anesthesia they use

14  actually will make the asthma component better,

15  at least while they are giving the particular

16  drugs.

17      Q.      Before this surgery when you saw him

18  in the office on the 5th of March, I believe, or

19  any time thereafter, did you perform any

20  spirometry on him or send him out to a third

21  party for spirometry?

22      A.      No, no, that's not routine.

23      Q.      Now, were you aware on 3-12-2012 that

24  in a group of 50 percent -- that in a group of

MID-SOUTH REPORTING
(901) 525-1022

51

1  children with OSA, that -- who were given

2  Fentanyl, 50 percent of the group developed

3  complete apnea as a result of the use of

4  Fentanyl?

5              MR. GILMORE:  Objection to the

6          form and foundation.

7  BY MR. LEDBETTER:

8      Q.      Did you know that?

9      A.      No.

10      Q.      In the prescription for 200 milligrams

11  of Fentanyl, if that had been -- that dosage had

12  been halved, what would it have been?

13      A.      Half of 200 is 100.

14      Q.      Okay.  And you weren't aware of any

15  medical literature that discussed having the

16  Fentanyl dosage in patients who had a history of

17  OSA?

18      A.      No.

19      Q.      Now, on March 12, 2012, Dr. Clemons,

20  did you follow any specific extubation criteria

21  or were you aware of one that Dr. Paidipalli was

22  following?

23      A.      No.  I leave it to the

24  anesthesiologist to decide when to extubate the

MID-SOUTH REPORTING
(901) 525-1022

52

1  patient.

2      Q.      And do you agree that on March 12,

3  2012 that asthma, sleep-deprived breathing,

4  obesity, hypertrophic tonsils and apnea were

5  among the medical history items that had been

6  brought to your attention by Brett Lovelace's

7  parents?

8      A.      Correct.

9      Q.      Now, do you agree that if he had been

10  extubated in a fully awake condition, once his

11  airway was restored and had been kept in a

12  Fowlers position or upright on supplemental

13  oxygen, that it's unlikely that what happened

14  here would have occurred?

15      A.      Conjecture.  Don't know.

16      Q.      You don't know.  Let me ask you this:

17  Are you aware of the use of each of these

18  different means?  In other words, extubated and

19  fully awake, are you aware -- do you know what

20  that means?

21      A.      When they say extubated and awake,

22  that means being able to follow commands.  It is

23  not fully awake like you and I talking to each

24  other.

MID-SOUTH REPORTING
(901) 525-1022

53

```
 1        Q.      But do you understand what extubated
 2   and fully awake means?
 3        A.      I think I do.
 4        Q.      Okay.  Do you know what being kept in
 5   an upright Fowler's position means?  Do you
 6   understand what that means?
 7        A.      You still haven't told me what a
 8   Fowler's position is.
 9        Q.      It's seated.  It's seated and it
10   varies from 15 to 90 degrees.
11        A.      Okay.
12        Q.      You got it?
13        A.      Got it.
14        Q.      Okay.  And you understand what
15   supplemental oxygen is because you're familiar
16   with it being used.
17        A.      Correct.
18        Q.      Okay.  All right.  These are various
19   things that did not occur in this patient, to
20   your knowledge, correct?
21               MR. JOHNSON:  What things?
22               MR. LEDBETTER:  Excuse me?
23               MR. JOHNSON:  What things?
24               MR. LEDBETTER:  I just went
                   MID-SOUTH REPORTING
                     (901) 525-1022
```

54

```
 1   through them.
 2               MR. JOHNSON:  Well, do it
 3   again.
 4               MR. LEDBETTER:  Extubated and
 5   fully awake.
 6   BY MR. LEDBETTER:
 7        Q.      He was not extubated and fully awake,
 8   was he?
 9        A.      According to what I understood.  He
10   was following commands, though.
11        Q.      He was not kept in an upright
12   position, was he?
13        A.      Not in the recovery.
14        Q.      And you did not witness him being on
15   supplemental oxygen in the recovery room, did
16   you?
17        A.      I don't know whether he was or wasn't.
18        Q.      Okay.  You're also aware that a
19   patient can be sent to the ICU instead of the
20   PACU at LeBonheur, if you had ordered it?  You're
21   aware that that's possible?
22        A.      Yeah.  That's conceivable, unlikely,
23   yeah.
24        Q.      Okay.
                   MID-SOUTH REPORTING
                     (901) 525-1022
```

55

```
 1        A.      Though all the monitoring done in the
 2   ICU is the same monitoring they do in the
 3   recovery room.
 4               MR. JOHNSON:  In ICU.
 5        A.      It's the same monitoring either place.
 6   BY MR. LEDBETTER:
 7        Q.      But they are physicians instead of
 8   nurses and that does make a difference.
 9   Otherwise, we would have nurses open --
10        A.      No.  The physician is not the person
11   monitoring.  It's the nurse.
12        Q.      So what you're saying is there was no
13   reason to or no need to send him to ICU until he
14   coded?
15        A.      Correct.
16        Q.      Okay.  Now, were you aware on
17   3-12-2012 that the proper post-op position for a
18   tonsillectomy is the lateral prone with the head
19   to one side?
20        A.      That is the preferred position.
21        Q.      Okay.  And would you agree that on
22   3-12-2012, that a patient with sleep apnea should
23   avoid intraoperative opiates, but where given,
24   should be completely awake with intact reflexes
                   MID-SOUTH REPORTING
                     (901) 525-1022
```

56

```
 1   and normal ventilatory patterns before
 2   extubation?
 3               MR. GILMORE:  Objection.
 4        A.      Read the question again.
 5   BY MR. LEDBETTER:
 6        Q.      Were you aware that on March 12, 2012,
 7   that patients with sleep apnea should avoid
 8   intraoperative opiates?
 9               MR. GILMORE:  Same objection.
10        A.      No.
11   BY MR. LEDBETTER:
12        Q.      Were you aware that the same patients
13   should be completely awake with intact reflexes
14   and normal breathing before they're extubated?
15               MR. GILMORE:  Objection.
16        A.      Routinely with sleep apnea -- and I
17   deal with a lot of adults with sleep apnea -- you
18   extubate them and then you follow them with the
19   monitors, the oxygen, the monitors, the EKG, the
20   CO2 monitor, and most of them do just fine right
21   then.
22        Q.      But you have them sitting up, do you
23   not, or in a --
24        A.      No, they are not sitting up.  No one
                   MID-SOUTH REPORTING
                     (901) 525-1022
```

57

```
1    is sitting up.
2        Q.      They are in the lateral position?
3        A.      Usually, the lateral position or
4    laying down.
5            VIDEO SPECIALIST:  We are off
6        the record at 11:15.
7            (Brief break)
8            VIDEO SPECIALIST:  We are back
9        on the record at 11:21.
10           MR. LEDBETTER:  Do we need to
11       re-identify or are we okay?
12           VIDEO SPECIALIST:  You're good.
13           MR. LEDBETTER:  We just go on?
14           VIDEO SPECIALIST:  Just go on.
15   BY MR. LEDBETTER:
16       Q.      Dr. Clemons, I don't mean to put
17   myself back in reverse and go back and continue
18   to beat something to death, but I just have a
19   series of questions that should be fairly simple
20   to answer.  In your op note, are there any late
21   entries in it, to your knowledge?  In other
22   words, any entries that would not have been made
23   in the first draft?
24       A.      Not to my knowledge.
```

MID-SOUTH REPORTING
(901) 525-1022

59

```
1    choice that you had yourself?  You had that
2    choice?
3        A.      It's extremely rare to send someone
4    from the operating room to the ICU.
5        Q.      But do you agree that the choice was
6    yours?
7        A.      I would have had to call the ICU
8    attending and talk to him and explain to him why
9    I wanted to send a patient up there, and he would
10   have to accept it.
11       Q.      Again, my question is, the choice
12   would have been yours to do?
13       A.      Correct.
14       Q.      And with respect to choosing an
15   anesthesiologist who had no record of suits, you
16   had a right to ask for an anesthesiologist who
17   has no previous record of malpractice suits,
18   didn't you?
19           MR. GILMORE:  Objection.
20       A.      I didn't know I had that right.
21   BY MR. LEDBETTER:
22       Q.      Okay.
23       A.      I can up and ask for a -- schedule a
24   case and the department decides who my anesthesia
```

MID-SOUTH REPORTING
(901) 525-1022

58

```
1        Q.      Are you aware that the JCAHO requires
2    that late entries must indicate that they are by
3    a late entry?
4        A.      What do you consider a late entry?
5    Hang on.  Hang on.  When you look at an op note,
6    you're supposed to review it before you signed
7    it --
8        Q.      Right.
9        A.      -- to make sure it is correct.
10       Q.      And so what you are saying is that
11   "itself" is not a late entry?
12       A.      That would be my concern because when
13   you dictate --
14       Q.      Your interpretation.
15       A.      -- it, sometimes there is misspellings
16   or other things that you can't correct until you
17   review it.
18       Q.      Okay.  But if you then sign it and go
19   back and change it, you think that would be a
20   late entry?
21       A.      Correct.
22       Q.      Okay.  Now, with respect to the
23   decision to send Brett Lovelace to the PACU or
24   the ICU, do you agree that that would have been a
```

MID-SOUTH REPORTING
(901) 525-1022

60

```
1    is.
2        Q.      You had a right to choose not to allow
3    the anesthesia medications, one or more of them
4    that were given, did you not?
5        A.      I don't tell anesthesia how to do
6    their job because I don't know how to do their
7    job.
8        Q.      Had you ever done any research to
9    determine the safety and efficacy of Propofol and
10   Fentanyl as anesthetic agents?
11       A.      No.
12       Q.      And were you aware that at the time he
13   was anesthetized, that he had some upper
14   respiratory compromise going on at the time the
15   surgery began?
16       A.      When he was asleep, he had a good
17   airway.  He was breathing very well.
18       Q.      Are you aware that you had a right to
19   choose the use of supplemental oxygen in the PACU
20   had you wanted to choose or specify that?
21       A.      Supplemental oxygen is on the list of
22   orders that I -- is on the lists of orders,
23   correct.
24       Q.      Okay.  I don't see it on the list of
```

MID-SOUTH REPORTING
(901) 525-1022

61

```
 1   orders for the PACU, so I'm asking you if you had
 2   a right to choose supplemental oxygen?
 3      A.      It's an order that I could do.
 4      Q.      Okay.  And you agree that you had a
 5   right to choose whether he was -- whether Brett
 6   Lovelace was in the lateral or the Sims' or the
 7   Fowler's position in the PACU, had a right to
 8   specify those positions as his surgeon, correct?
 9      A.      I could have ordered positions, but
10   leave it to the ICU (sic) nurses because the
11   patients tend to be moving around.
12      Q.      Do you agree that you have a right to
13   choose to read before the surgery and to learn
14   any information about the narcotics and opiates
15   that were used with Brett, but chose not to read
16   about them?
17      A.      I did not choose not to read about
18   them.
19      Q.      But you didn't choose to read about
20   them, did you?
21      A.      I did not make any -- I did not look
22   up these drugs to see how they had this effect.
23      Q.      And was one of the indications, I
24   guess, is the term for the surgery, the T&A
```
MID-SOUTH REPORTING
(901) 525-1022

62

```
 1   procedure, the fact that Brett Lovelace had what
 2   has been referred to as sleep-deprived breathing?
 3      A.      Sleep-deprived breathing, I've not
 4   heard that term.
 5      Q.      It's in a 2011 clinical guideline for
 6   ENT physicians, isn't it?
 7      A.      Referred to his upper airway -- upper
 8   airway obstructions.  Sleep-deprived breathing.
 9      Q.      Have you ever read the clinical
10   guideline for ENT surgeons for tonsillectomies
11   that came out in 2011?
12      A.      Not that particular guideline.
13      Q.      Now, in your -- in Exhibit Number 2,
14   it says toward the bottom for tonsillectomy and
15   adenoidectomy, discussed the risk of anesthesia.
16   Did you specifically discuss with the parents the
17   fact that Brett would be given Fentanyl and
18   Propofol?
19      A.      What I tell the families are there is
20   always a potential risk from anesthesia.  Not
21   knowing what drugs the patient is going to get, I
22   can't go into that kind of detail.
23      Q.      Okay.  Now, in July of 2013, I served
24   upon your attorneys requests for admissions and I
```
MID-SOUTH REPORTING
(901) 525-1022

63

```
 1   did not get an answer or objection to these until
 2   December of 2013, over five months later.  Are
 3   you aware of that?
 4      A.      No.
 5      Q.      Okay.  Can you tell me why neither you
 6   or your attorneys took five months to respond to
 7   requests for admission that were submitted to you
 8   by Plaintiff on July 3, 2013?
 9      A.      I have no idea.
10      Q.      Can you tell me whether or not you
11   ever received for your signature, before
12   December of 2013, a set of responses to sign to
13   my requests for admissions that were sent to you?
14      A.      I don't know.
15              MR. JOHNSON:  Objection.
16      You're misstating what's required
17      of a response to a request for
18      admission.
19              MR. LEDBETTER:  That's all.  I
20      want to make these exhibits.  I
21      would also like to make Exhibit 4
22      the late provided CV of
23      Dr. Clemons.
24          (WHEREUPON, THE ABOVE-MENTIONED
```
MID-SOUTH REPORTING
(901) 525-1022

64

```
 1   DOCUMENT WAS MARKED AS EXHIBIT NO. 4
 2   TO THE TESTIMONY OF THE WITNESS AND
 3   IS ATTACHED HERETO.)
 4          MR. MCGEE:  This actually was
 5   the same one that was provided
 6   previously to you with discovery;
 7   however, as a courtesy to you --
 8          MR. LEDBETTER:  I didn't have
 9   it.
10          MR. MCGEE:  -- as a courtesy to
11   you, I brought it today.
12          MR. LEDBETTER:  I stand
13   corrected, but I didn't have it.
14          MR. JOHNSON:  Well, it wasn't
15   late provided.  It was provided
16   earlier, but it was supplementally
17   provided today because we knew you
18   would show up without it.  How's
19   that?
20          MR. LEDBETTER:  Thank you.
21          MR. JOHNSON:  Okay.  Now, let
22   me ask --
23          MR. LEDBETTER:  I'm glad you
24   are demonstrating prudence.
```
MID-SOUTH REPORTING
(901) 525-1022

65

```
 1        MR. JOHNSON:  Let me ask
 2     Dr. Clemons --
 3            CROSS-EXAMINATION
 4   BY MR. JOHNSON:
 5     Q.     Dr. Clemons, you were asked some
 6   questions about who assigns anesthesia when you
 7   schedule surgery and it sounded like that y'all
 8   were talking over each other, and I'm not sure we
 9   cleared that up.  When you or your office
10   schedules surgery, who schedules the
11   anesthesiologist or anesthesia?
12     A.     I suspect the anesthesia department
13   itself decides who is going to do which cases
14   depending on needs and skills.
15     Q.     Okay.  So that's not something,
16   though, that you, Dr. Clemons, take upon yourself
17   to go and decide who is going to be administering
18   anesthesia; is that true?
19     A.     No.
20     Q.     Is that true?
21     A.     That's true.
22     Q.     Thank you.
23        MR. GILMORE:  No questions.
24        MR. LEDBETTER:  No more
```

66

```
 1   questions.
 2        VIDEO SPECIALIST:  This is the
 3   end of Tape 2 of two tapes.
 4     Counsel did waive the formal
 5   reading of the caption.  We are off
 6   the record at 11:32.
 7        (WHEREUPON, THE DEPOSITION WAS
 8   CONCLUDED AT APPROXIMATELY 11:40 A.M.
 9   AND FURTHER DEPONENT SAITH NOT.)
10        (SIGNATURE NOT WAIVED.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

67

```
 1            ERRATA SHEET
 2     I, the undersigned,          ,
 3   do hereby certify that I have read the foregoing
 4   deposition, and that to the best of my knowledge,
 5   said deposition is true and accurate with the
 6   exception of the following corrections listed
 7   below:
 8   Page No.  Line No.    Correction
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17            _____
18            (Deponent)
18   _____
     (Date)
19     SWORN TO AND SUBSCRIBED before me, this _____
20   day of _____, 2014.
21            _____
22              Notary Public
22   My Commission Expires:
24   _____
```

68

```
 1            C E R T I F I C A T E
 2   STATE OF TENNESSEE:
     COUNTY OF SHELBY:
 3     I, PEPPER GLENN, Court Reporter
     and Notary Public, Shelby County, Tennessee,
 4   CERTIFY:
 5     The foregoing proceedings were
     taken before me at the time and place stated in
 6   the foregoing styled cause with the appearances
     as noted.
 7
 8     Being a Court Reporter, I then
     reported the proceeding in Stenotype, and the
 9   foregoing pages contain a true and correct
     transcript of my said Stenotype notes then and
10   there taken.
11     I am not in the employ of and am
     not related to any of the parties or their
12   counsel, and I have no interest in the matter
     involved.
13
14     I further certify that in order
     for this document to be considered a true and
15   correct copy, it must bear my original signature
     and that any reproduction in whole or in part of
     this document is not authorized and not to be
16   considered authentic.
17     Witness my signature this the ____
     day of _____, 2014.
18
19            _____
              PEPPER GLENN, CCR
20   Notary Public at Large
     For the State of Tennessee
21   My Commission Expires:
     October 18, 2014
22
23
24
```

**0**

02/06/2014 [1] - 2:2
03-12-12 [1] - 32:9
0548 [1] - 32:12

**1**

1 [3] - 4:12, 6:8, 16:17
100 [3] - 15:13, 15:14, 51:13
10:00 [1] - 2:6
10:17 [1] - 5:4
11:15 [1] - 57:6
11:21 [1] - 57:9
11:32 [1] - 66:6
11:40 [1] - 66:8
12 [8] - 16:8, 17:10, 23:1, 25:4, 31:22, 51:19, 52:2, 56:6
12th [1] - 51:12
15 [1] - 63:10
150 [1] - 20:19
1748 [1] - 32:16
18 [1] - 66:21
180 [1] - 12:8
19th [1] - 31:13

**2**

2 [7] - 4:12, 6:20, 7:1, 8:11, 31:4, 62:13, 66:3
20 [1] - 15:13
200 [3] - 19:16, 51:10, 51:13
2011 [2] - 62:5, 62:11
2012 [9] - 16:8, 17:10, 19:15, 19:18, 23:1, 25:4, 51:19, 52:3, 56:6
2013 [4] - 62:23, 63:2, 63:8, 63:12
2014 [5] - 1:19, 5:3, 67:19, 68:17, 68:21
24 [1] - 47:12
254 [1] - 3:3
2900 [1] - 3:14
2:13-CV-02289dkv [1] - 1:7

**3**

3 [6] - 4:13, 7:9, 7:18, 8:16, 63:8
3-12 [1] - 19:18

3-12-2012 [5] - 17:4, 18:15, 24:23, 38:12, 42:10, 50:23, 55:17, 55:22
30 [1] - 49:22
38103 [3] - 3:7, 3:14
38671 [2] - 1:23, 3:22

**4**

4 [6] - 4:13, 8:15, 8:19, 8:22, 63:21, 64:1

**5**

5 [3] - 4:8, 9:1
50 [1] - 50:24, 51:2
523-8153 [1] - 3:7
525-1022 [2] - 1:23, 3:22
5:00 [1] - 32:13
32:15, 32:16
5:45 [6] - 31:22, 31:23, 31:24, 34:9, 34:12, 34:13
5th [1] - 50:18

**6**

6 [5] - 13:9, 4:12, 5:3
609 [2] - 1:22, 3:21
64 [1] - 4:13
65 [1] - 4:7
67 [1] - 4:8
68 [1] - 4:21
6:16 [1] - 32:20

**7**

7 [3] - 4:12, 4:13

**8**

8 [1] - 12:8

**9**

90 [2] - 28:10, 53:10
901 [5] - 1:23, 3:7, 3:22,
901-525-3721 [1] - 3:15
92 [1] - 26:10

**A**

A.M [1] - 68:8
a.m [5] - 2:6, 31:23, 31:24, 32:13, 32:20
abie [2] - 45:6, 52:22
ABOVE [4] - 6:7, 6:24, 7:17, 63:24
ABOVE-MENTIONED [4] - 6:7, 6:24, 7:17, 63:24
absolute [1] - 40:7
accept [1] - 59:10
accompany [1] - 29:13
according [4] - 16:22, 27:20, 54:9
accurate [1] - 67:5
acquaintances [1] - 15:20
acting [2] - 20:8, 24:7, 38:21
active [1] - 48:2
activity [3] - 35:15, 35:18
added [1] - 34:1
adding [1] - 33:16
addressing [1] - 47:21
adenoidectomy [1] - 27:23, 39:13, 40:19, 62:15
adenoids [1] - 28:8
adequate [1] - 47:1
administer [1] - 37:21
administering [1] - 65:17
admission [2] - 63:7, 63:18
admissions [2] - 62:24, 63:18
admit [2] - 40:22, 41:22
admitted [1] - 42:12
adult [1] - 40:20
adults [2] - 39:12, 56:17
adversely [1] - 19:11
affect [1] - 19:12, 20:18
affects [1] - 19:3
agents [1] - 60:10
agree [20] - 10:18, 10:23, 11:3, 13:3, 13:6, 17:18, 19:8, 24:19, 27:10, 34:8, 34:15, 37:20, 38:1, 46:4, 46:3, 46:9,

46:17, 47:8, 47:23, 48:8, 49:2, 50:5, 50:10, 52:2, 52:9, 55:21, 58:24, 59:5, 61:4, 61:12
airway [23] - 21:20, 22:12, 22:19, 22:22, 23:1, 23:8, 26:24, 35:21, 35:22, 36:22, 36:24, 39:6, 39:13, 45:7, 45:8, 46:6, 46:7, 47:8, 49:17, 52:11, 60:17, 62:7, 62:8
al [1] - 3:13
Aldrete [2] - 35:14, 35:15
allow [1] - 60:2
almost [2] - 15:13, 40:1
alone [1] - 2:16
alteration [1] - 25:6
analgesic [1] - 20:3
AND [3] - 1:3, 1:4, 1:10, 6:9, 7:2, 7:19, 64:2, 66:9, 67:19
anesthesia [31] - 6:4, 16:10, 16:19, 16:21, 17:6, 17:22, 18:7, 19:6, 20:5, 20:16, 20:18, 20:19, 20:22, 21:6, 22:2, 26:8, 47:1, 47:3, 47:5, 48:10, 48:11, 50:13, 59:24, 60:3, 60:5, 62:15, 62:20, 65:8, 65:11, 65:12, 65:18
anesthesiologist [1] - 6:18, 22:8, 29:2, 37:16, 46:5, 47:2, 48:1, 51:24, 59:15, 59:16, 65:11
AMESTHESIOLOGI ST [1] - 1:9
anesthesiologists [1] - 5:13
anesthesitized [1] - 60:13
anesthetic [1] - 20:2, 60:10
anusthetist [2] - 8:7, 10:10
anesthetized [1] - 27:11
answer [9] - 11:18, 12:13, 13:21, 18:9, 23:16, 23:18, 25:19, 57:20, 63:1
answered [1] - 40:24
answering [2] - 13:17, 13:23, 14:1

antidote [2] - 24:16, 24:17
antidotes [1] - 24:7
apnea [18] - 13:8, 23:22, 28:1, 28:3, 36:13, 39:7, 39:14, 39:15, 49:16, 49:18, 49:23, 51:3, 52:6, 55:22, 56:7, 56:16, 56:17
appearances [2] - 5:8, 68:6
applied [1] - 25:10
apply [1] - 6:16
approach [1] - 17:16
approve [3] - 11:6, 18:5, 18:10
approved [1] - 25:10
APPROXIMATELY [1] - 66:8
arise [1] - 23:3
arrival [1] - 38:3
arrived [1] - 30:22
articles [1] - 39:5
AS [5] - 1:4, 6:8, 7:1, 7:18, 64:1
asleep [1] - 60:16
assessment [6] - 30:16, 35:12, 35:13, 35:17, 36:1
assigns [1] - 65:6
assistance [1] - 39:9
assure [4] - 46:8, 46:10, 46:24, 48:1
asthma [1] - 13:7, 26:16, 27:12, 27:14, 27:15, 27:16, 50:2, 50:4, 50:12, 50:14, 50:3
AT [1] - 66:8
ATTACHED [4] - 6:10, 7:3, 7:20, 64:3
attending [3] - 26:7, 44:19, 59:8
attention [2] - 36:9, 52:9
attenuated [1] - 39:1
attorneys [2] - 62:24, 63:6
authentic [1] - 68:15
authorized [1] - 65:15
Avenue [1] - 3:6
average [1] - 19:15
avoid [1] - 55:23, 56:7
awake [20] - 36:21, 36:24, 37:5, 39:17, 45:1, 48:20, 49:4, 49:8, 49:9, 49:10,

49:11, 52:10, 52:19,
52:21, 52:23, 53:2,
54:5, 54:7, 55:24,
56:13

aware [40] - 16:15,
16:19, 17:1, 18:14,
18:21, 20:9, 20:14,
20:20, 21:2, 21:10,
21:19, 22:11, 22:19,
22:24, 23:6, 23:13,
23:15, 23:21, 24:3,
24:6, 24:14, 26:22,
27:6, 38:11, 38:24,
42:2, 50:23, 51:14,
51:21, 52:17, 52:19,
54:18, 54:21, 55:16,
56:6, 56:12, 58:1,
60:12, 60:18, 63:3

**B**

BABU [1] - 1:10
background [2] -
30:4, 36:8
bag [1] - 30:8
barely [1] - 32:7
bear [1] - 68:14
beat [1] - 57:18
beforehand [1] -
19:23
began [4] - 60:15
beginning [1] - 2:5
behalf [1] - 2:5
belly [1] - 43:5
below [2] - 8:10,
67:7
beneath [1] - 7:4
best [5] - 11:23,
15:11, 15:18, 29:12,
67:4
better [2] - 45:10,
50:14
between [1] - 46:4
beyond [2] - 36:2,
42:12
big [1] - 28:7
BIMU-8 [3] - 24:6,
24:11
bit [1] - 42:11
bitty [1] - 36:22
bleeding [1] - 45:11
blonde [1] - 8:11
bottom [5] - 8:21,
8:23, 9:6, 9:10, 9:21,
62:14
Box [2] - 1:22, 3:21
Brad [1] - 5:15
break [1] - 57:7
breathing [18] - 13:8,

26:24, 27:18, 28:6,
28:9, 28:21, 35:6,
35:24, 45:12, 48:16,
48:17, 48:18, 52:3,
58:14, 60:17, 62:2,
62:3, 62:8
Brett [39] - 7:11,
7:15, 7:16, 8:19, 9:4,
12:6, 13:4, 17:15,
17:17, 18:1, 19:9,
19:12, 22:24, 24:24,
25:11, 25:14, 27:10,
28:24, 30:17, 34:20,
34:24, 36:15, 38:3,
38:7, 40:4, 40:11,
41:3, 42:12, 43:12,
44:5, 44:17, 45:7,
49:3, 52:6, 55:23,
61:5, 61:15, 62:1,
62:17
BRETT [1] - 1:5
Brett's [2] - 14:7,
28:21
brief [1] - 57:7
brought [2] - 52:6,
64:11
Suenitz [1] - 42:5
57:22, 4:6, 4:7,
5:23, 14:4, 14:12,
14:19, 21:1, 22:10,
23:12, 23:20, 24:2,
27:3, 30:5, 37:12,
37:19, 38:23, 41:11,
43:17, 44:14, 45:2,
43:17, 44:14, 45:23,
47:19, 48:7, 55:1,
54:8, 55:9, 56:5,
56:11, 57:15, 59:21,
66:4

**C**

calmed [1] - 35:5
cannot [2] - 37:1
caption [1] - 66:6
carbon [1] - 48:12,
48:15, 56:19, 56:22
care [1] - 39:9
case [14] - 10:5,
10:8, 10:13, 12:5,
12:14, 13:19, 14:7,
14:22, 17:2, 19:22,
21:5, 21:20, 58:24
cases [2] - 17:12,
22:5, 30:7, 65:13
causes [1] - 2:2
CCR [4] - 1:20, 3:21,
68:19
certain [1] - 18:3

certainly [3] - 20:18,
31:24, 34:10
CERTIFICATE [1] -
4:21
certify [2] - 67:3,
68:13
CERTIFY [1] - 68:4
change [4] - 26:2,
33:9, 33:16, 58:19
changed [2] - 33:8,
33:10, 33:12
changes [1] - 33:5
characterize [1] -
37:13
child [3] - 40:19,
48:15
children [1] - 38:12
51:1
choice [1] - 24:20,
24:21, 24:22, 59:1,
59:3, 59:5, 59:11
choose [1] - 60:2,
60:19, 60:20, 61:2,
61:5, 61:13, 61:17,
61:12
chooses [1] - 16:21
choosing [1] - 59:14
chose [1] - 61:15
chronic [1] - 50:6,
50:7
circumstances [1] -
11:23
civil [1] - 2:12
claims [2] - 17:11,
23:3
class [1] - 20:7
cleared [1] - 65:9
CLEMONS [5] - 1:11,
1:17, 2:1, 4:3, 5:19
Clemons [16] - 5:3,
5:15, 5:15, 5:24, 10:4,
16:8, 17:15, 18:14,
31:3, 51:19, 57:16,
63:23, 65:2, 65:5,
65:16
climo [1] - 35:1
clinical [1] - 52:5,
60:9
clothes [1] - 26:2
clue [1] - 8:24
CO2 [1] - 56:20
coded [3] - 34:1,
42:3, 55:14
Coma [3] - 30:12,
30:17, 20:20, 30:23,
35:10
coma [1] - 31:2
combination [2] -
20:16, 20:21
comfort [1] - 16:3

commands [5] -
55:16, 37:1, 37:2,
52:22, 54:10
Commerce [1] - 3:14
Commission [2] -
67:22, 68:21
common [3] - 22:9,
30:6, 35:4
commonly [1] - 22:1,
22:3, 44:8
company [1] - 49:3
compared [1] - 28:21
competency [1] -
2:16
complete [1] - 51:3
completely [1] -
50:24, 59:10
component [1] -
50:14
compromise [2] -
50:2, 60:14
concealed [1] - 38:5
conceivable [1] -
54:20
concern [2] - 22:23,
59:12
CONCLUDED [1] -
66:8
condition [1] - 52:10
conjecture [1] -
52:15
conjointly [1] - 18:16
connected [1] - 26:3
consciousness [3] -
37:20, 47:7, 49:2
consent [1] - 2:9
consider [1] - 58:4
considered [1] -
5:23, 58:13
corrected [1] - 10:11
contain [1] - 68:8
context [1] - 15:21
continue [2] - 28:13,
57:12
contraindicated [2] -
50:7, 25:16
convenient [1] -
36:19
conversation [2] -
34:20, 35:9, 37:3
cooperation [1] -
46:5
copy [1] - 68:14
consume [1] - 7:23
correct [28] - 9:13,
9:17, 17:5, 18:12,
24:18, 25:13, 31:7,
31:9, 32:10, 32:18,
37:2, 34:17, 36:13,
42:3, 42:4, 47:4, 52:8,

53:17, 53:20, 55:15,
55:9, 58:16, 58:21,
58:13, 60:23, 61:8,
68:8, 68:14
corrected [1] - 64:13
Correction [1] - 67:8
corrections [1] -
67:6
counsel [7] - 2:5,
5:5, 5:11, 6:2, 16:17,
66:4, 68:11
count [1] - 15:10
COUNTY [1] - 68:2
County [1] - 68:3
court [1] - 5:9
Court [3] - 3:6, 68:3,
65:7
COURT [2] - 1:1,
3:10
courtesy [1] - 64:7,
64:10
created [1] - 6:22
criteria [1] - 51:20
CRNA [1] - 16:4
CROSS [2] - 4:7,
65:2
CROSS-
EXAMINATION [2] -
4:7, 65:3
crucial [1] - 47:24
curable [1] - 50:8
current [1] - 6:21
CV [1] - 63:22

**D**

daily [1] - 11:1
dangerous [13] -
10:19, 11:1, 11:14,
11:19, 11:20, 12:7,
12:14, 12:20, 12:23,
13:10, 13:13, 14:6,
14:13
DANIEL [1] - 1:3
Daniel [1] - 7:24
Date [1] - 67:18
date [3] - 31:11,
31:12, 32:10
days [1] - 47:13
deal [1] - 56:17
death [2] - 23:2,
57:18
DECEASED [1] - 1:5
December [2] - 63:2,
63:12
decide [3] - 40:22,
51:24, 65:17
decided [1] - 21:8
decides [2] - 17:23,

59:24, 65:13
**decision** [1] - 58:23
**deep** [3] - 36:21,
36:23, 37:8
DEFENDANT [1] -
3:11
Defendant [1] -
10:12
Defendants [1] -
1:12
**degree** [4] - 21:20,
22:12, 22:19, 46:5
**degrees** [1] - 53:10
**delayed** [3] - 20:21,
27:1, 27:6
**delays** [1] - 20:16
**demonstrating** [1] -
64:24
**departed** [1] - 44:17
**department** [2] -
59:24, 65:12
DEPONENT [1] -
66:9
Deponent [1] - 67:17
DEPOSITION [3] -
1:15, 66:7
**deposition** [1] - 2:1,
2:9, 5:2, 6:9, 10:4,
67:4, 67:5
**depressant** [3] -
21:12, 28:16, 39:2
**deprived** [3] - 27:18,
52:3, 62:2, 62:3, 62:8
Desk [1] - 25:1
**detail** [1] - 62:22
**determine** [1] -
35:15, 60:9
**develop** [1] - 46:20
**developed** [1] - 51:2
**dictate** [2] - 32:3,
58:15
**dictated** [8] - 31:14,
31:20, 31:22, 32:2,
32:15, 33:1, 33:6,
34:9, 34:10, 54:16,
34:17, 34:18
**died** [1] - 23:17
**differences** [1] - 55:8
**different** [2] - 44:19,
52:18
**dioxide** [3] - 46:13,
46:15, 48:19, 46:23
DIRECT [3] - 4:6,
5:22
**directed** [1] - 39:8
**direction** [2] - 29:15,
29:16
**directly** [1] - 40:24
**disapprove** [1] -
18:10

**discovery** [1] - 54:6
**discuss** [1] - 16:10,
16:13, 28:10, 62:16
**discussed** [4] -
21:15, 49:12, 51:15,
62:15
**discussion** [8] -
21:18, 27:12, 27:13,
27:17, 27:24, 28:4,
28:19, 42:10
**discussions** [1] -
17:5
disease [1] - 50:4,
50:6, 50:7
**dispatched** [1] - 41:3
**disposed** [1] - 2:19
DISTRICT [2] - 1:1,
1:1
**doc** [1] - 29:3
**doctor** [1] - 10:8,
10:9, 10:13
**doctor's** [1] - 26:4,
39:8
document [5] - 6:11,
6:21, 6:23, 33:13,
66:16
DOCUMENT [1] -
6:8, 7:1, 7:18, 64:1
Dodds [1] - 3:13
**one** [1] - 19:22,
55:1, 60:9
**dosage** [1] - 51:11,
51:14
**dosages** [1] - 17:21
**dose** [3] - 24:3,
38:14
**down** [3] - 35:5,
45:15, 40:21, 57:4
Dr [3] - 6:2, 6:13,
6:15, 6:17, 8:22, 9:2,
9:5, 10:4, 15:5, 15:6,
16:8, 16:9, 16:9, 17:5,
17:11, 17:15, 18:14,
18:15, 21:15, 24:20,
25:12, 27:11, 27:16,
28:1, 28:6, 28:19,
28:19, 29:5, 29:9,
29:17, 31:5, 40:10,
41:2, 42:5, 49:15,
51:19, 51:21, 57:16,
63:23, 65:2, 65:5,
65:16
draw [1] - 5:24
**craft** [1] - 57:23
**drooling** [1] - 45:11
**drug** [3] - 20:1, 20:2,
20:4, 20:7, 30:15
drugs [3] - 6:17,
19:21, 17:21, 17:23,
17:24, 18:8, 18:13,

18:15, 18:17, 18:22,
19:5, 19:10, 25:7,
25:10, 29:5, 50:16,
61:22, 62:21
**duty** [1] - 5:20
**during** [1] - 48:9

**E**

**effect** [5] - 21:12,
28:20, 38:16, 39:2,
61:22
**affective** [2] - 44:7,
44:12
**efficacy** [1] - 60:9
**either** [3] - 10:7,
18:13, 28:3, 30:24,
35:14, 40:22, 49:9,
55:5
EKG [1] - 58:19
**eliminated** [1] -
46:15, 46:19
**employ** [1] - 68:10
**end** [1] - 68:3
**ended** [1] - 42:2
**emerged** [1] - 28:12
ENT [1] - 22:3, 29:2,
62:8, 62:10
**entitled** [1] - 13:16
entries [3] - 57:21,
57:22, 58:2
**entry** [4] - 58:3, 58:4,
58:11, 58:20
**episode** [1] - 15:17
ERRATA [3] - 4:8,
67:1
Esq [10] - 3:5, 3:12,
3:13
**et** [1] - 3:13
**evaluation** [1] -
30:14
**evident** [1] - 21:13
**exaggerates** [1] -
19:1
EXAMINATION [3] -
4:6, 4:7, 5:22, 65:3
**examined** [1] - 5:21
**examiner** [1] - 13:17
**except** [1] - 30:20
**exception** [1] - 67:8
**excuse** [3] - 12:10,
39:24, 53:22
Exhibit [3] - 7:9,
16:17, 31:4, 62:13,
63:21
EXHIBIT [3] - 4:12,
4:13, 4:13, 4:13, 6:8,
7:1, 7:18, 64:1
**exhibits** [1] - 6:3,

63:20
**experience** [2] -
25:21, 45:20
**expert** [1] - 10:5
**Expires** [3] - 67:22,
65:21
**explain** [1] - 59:5
**extremely** [2] -
39:17, 59:3
**extubate** [4] - 35:23,
36:20, 51:24, 56:18
**extubated** [15] -
36:18, 33:23, 34:21,
33:24, 36:14, 36:19,
37:22, 38:2, 49:9,
50:19, 50:16, 52:21,
53:1, 54:7, 56:14
**Extubated** [1] - 54:4
**extubation** [3] - 36:4,
37:8, 37:14, 51:20,
56:2
**eyes** [1] - 37:4

**F**

**face** [3] - 38:4, 38:5,
30:9
**facilitate** [1] - 15:18
**fact** [3] - 41:7, 62:1,
62:17
**fair** [3] - 12:19, 16:2,
17:3, 30:21, 60:9
**fairly** [1] - 57:19
**failing** [1] - 35:3
**familiar** [4] - 6:12,
24:11, 30:11, 42:16,
42:20, 55:15
**families** [1] - 62:19
**fast** [1] - 24:7
**faster** [1] - 33:22
**father** [1] - 7:24
**favor** [1] - 10:3
FDA [1] - 25:9
**February** [3] - 1:19,
5:3
**Fentanyl** [10] - 18:6,
18:11, 18:16, 20:6,
20:6, 20:15, 21:2,
21:14, 21:22, 22:1,
22:14, 22:24, 23:6,
23:15, 23:21, 24:3,
24:8, 24:15, 24:20,
25:5, 26:23, 25:20,
36:15, 38:20, 51:2,
51:4, 51:11, 51:16,
60:10, 62:17
**Fentanyl's** [1] - 25:2
**field** [3] - 10:19,
11:14, 11:20

**fine** [1] - 56:20
FIRM [1] - 3:19
**first** [3] - 5:20, 6:4,
7:14, 31:5, 39:16,
57:23
**five** [3] - 15:18, 63:2,
63:5
**flow** [1] - 48:23
**flowing** [1] - 48:21
**follow** [4] - 37:1,
51:20, 52:22, 56:18
Follow [1] - 37:2
**followed** [1] - 5:8
**following** [4] - 47:23,
61:22, 54:10, 67:6
**follows** [1] - 5:21
FOR [5] - 1:1, 3:4,
3:11
**foregoing** [3] - 67:3,
68:5, 68:6, 68:8
**form** [14] - 14:17,
14:20, 21:24, 23:10,
23:15, 23:24, 27:4,
30:1, 37:11, 38:18,
43:15, 44:10, 48:6,
5:16
**formal** [2] - 56:1,
66:4
**formalities** [1] - 2:13
**formality** [1] - 2:13
**foundation** [1] - 51:6
**four** [1] - 21:13, 39:1
**four-hour** [1] - 39:1
**Fowler's** [1] - 43:7,
43:9, 43:11, 43:13,
43:16, 43:20, 43:22,
44:20, 52:12, 53:5,
53:8, 61:7
**Freeman** [7] - 8:8,
15:17, 16:5, 16:9,
26:18, 29:4
**fully** [1] - 49:4, 49:6,
49:8, 52:10, 52:19,
52:23, 53:2, 54:5,
54:7
**functional** [3] - 45:8
**fund** [1] - 10:24
FURTHER [1] - 66:9

**G**

**general** [7] - 10:17,
11:2, 12:3, 20:4,
20:17, 20:19, 22:2
**generally** [2] - 26:8,
30:14
GILMORE [21] -
5:16, 14:16, 20:23,
21:20, 23:9, 23:17,

23:23, 27:3, 29:24, 37:10, 37:15, 38:17, 43:14, 44:9, 48:5, 51:5, 56:3, 56:9, 56:15, 59:19, 65:23
Gilmore [1] - 5:16
given [10] - 16:24, 17:2, 18:16, 19:10, 21:21, 22:14, 22:21, 25:7, 25:11, 51:1, 55:23, 60:4, 62:17
glad [1] - 64:23
Glasgow [5] - 30:11, 30:17, 30:19, 30:23, 35:12
Glenn [1] - 1:22, 3:21
GLENN [2] - 68:3, 68:18
goal [1] - 46:18
Grace [7] - 8:8, 15:16, 16:4, 16:9, 26:17, 28:18, 29:4
group [2] - 50:24, 51:2
guess [4] - 18:2, 32:23, 61:24
guideline [3] - 62:5, 62:10, 60:12

**H**

half [2] - 29:22, 38:14, 57:13
Halliburton [1] - 3:6
halved [1] - 51:12
hampering [1] - 21:7
hand [1] - 37:4
Hang [1] - 58:5
Harvey [1] - 2:7
hazardous [4] - 21:21, 22:13, 22:20
head [1] - 55:18
health [1] - 13:14
healthy [1] - 40:19
hear [1] - 41:18
heard [3] - 30:13, 30:20, 62:4
hearing [1] - 2:20
HELEN [1] - 1:4
helped [1] - 45:13
Hendrix [3] - 2:7, 3:13
hereby [1] - 67:3
HERETO [2] - 6:10, 7:3, 7:20, 64:3
high [1] - 46:5
himself [1] - 35:4
historically [1] - 18:19

history [6] - 6:20, 14:6, 16:13, 27:19, 27:20, 27:21, 28:11, 51:16, 52:5
hour [1] - 39:1
hours [3] - 21:13, 47:12
hurting [1] - 35:4
hypercapnia [1] - 46:20
hypertrophic [1] - 52:4
hypothetical [2] - 12:16, 12:17

**I**

iatrogenic [1] - 50:11
ICU [24] - 39:8, 39:16, 40:11, 40:16, 40:18, 40:22, 41:4, 42:2, 42:6, 49:16, 49:19, 49:24, 54:19, 55:2, 55:4, 55:13, 58:24, 59:4, 59:7, 61:10
idea [3] - 30:2, 63:9
identify [5] - 8:22, 7:12, 7:14, 7:21, 57:11
immateriality [1] - 2:17
immediate [1] - 40:14
important [3] - 13:24, 13:21, 13:22, 13:4, 13:5, 14:24
improve [3] - 11:9, 11:11
IN [1] - 1:1
inaccurate [1] - 6:15
incident [1] - 15:8
including [1] - 2:14
increase [1] - 11:9, 22:17
incurable [1] - 50:4
indicate [1] - 58:2
indications [1] - 61:23
INDIVIDUALLY [1] - 1:4
induction [1] - 16:18
information [5] - 10:24, 11:24, 14:14, 14:24, 49:23, 61:14
injury [1] - 23:3
instance [1] - 36:11
instead [3] - 39:9, 40:12, 54:19, 55:7

instructions [1] - 37:17
intact [2] - 55:24, 56:13
interact [1] - 20:15
interacted [1] - 19:11
interaction [4] - 18:15, 18:21, 18:24, 19:2
interchangeable [1] - 26:18
interest [1] - 68:11
interpretation [1] - 58:14
intraoperative [2] - 55:23, 56:8
involved [2] - 14:11, 68:12
irrelevancy [1] - 2:17
IS [4] - 6:10, 7:3, 7:20, 64:3
issue [1] - 35:21, 36:22, 48:17
item [1] - 6:4
items [2] - 6:2, 52:5
itself [4] - 23:21, 32:14, 33:15, 33:17, 33:24, 34:2, 58:11, 66:18

**J**

JCAHO [1] - 58:1
job [3] - 29:3, 49:14, 60:6, 60:7
Johnson [2] - 2:7, 3:11, 5:12
JOHNSON [24] - 4:7, 5:2, 13:20, 13:24, 14:2, 14:15, 14:18, 41:5, 41:8, 41:13, 41:20, 42:23, 45:19, 47:9, 48:4, 53:21, 53:23, 54:2, 55:4, 63:15, 64:14, 64:21, 66:1, 66:4
Johnson's [1] - 47:22
joint [2] - 18:6, 41:2, 46:18
jointly [4] - 40:11, 46:3, 46:12, 47:6
July [1] - 62:23, 63:8

**K**

keep [3] - 26:10, 34:1, 35:8
kept [2] - 52:11,

53:4, 54:11
kids [6] - 28:7, 36:6, 36:22, 39:12, 39:14, 40:1
kilograms [1] - 12:8
Kim [1] - 5:12
Kimbrough [1] - 3:12
kind [4] - 12:4, 20:7, 21:18, 62:22
Kish [1] - 26:6
knowing [2] - 38:20, 63:21
knowledge [21] - 11:15, 10:24, 11:7, 11:10, 11:12, 11:14, 11:19, 11:20, 11:21, 12:6, 12:13, 12:19, 12:21, 12:24, 13:7, 13:9, 14:5, 14:9, 18:24, 17:10, 17:13, 17:16, 19:13, 21:6, 25:9, 29:12, 50:9, 50:20, 57:21, 57:24, 67:4
known [1] - 13:12
knows [1] - 11:3, 17:24

**L**

lack [4] - 10:16, 10:23, 11:7, 11:13, 11:19, 11:21, 12:5, 12:15, 12:19, 12:22, 13:24, 14:5, 14:9, 2:15, 25:9
lacked [1] - 13:7, 13:8, 14:14
lady [1] - 6:11
Large [1] - 68:20
large [1] - 23:4
last [2] - 9:12, 9:18, 31:18, 33:11, 33:12, 40:3, 48:4
late [1] - 57:20, 58:2, 58:6, 58:4, 59:11, 58:20, 63:22, 64:15
lateral [1] - 44:1, 46:20, 45:4, 45:12, 56:18, 57:2, 57:3, 61:6
law [1] - 2:6
laying [2] - 43:10, 53:4
layman [1] - 49:11
learn [3] - 10:21, 11:15, 31:13
learning [1] - 10:20
least [1] - 50:15

leave [4] - 44:18, 49:1, 51:23, 61:10
leaves [2] - 21:11, 21:12
leaving [1] - 25:22
LeBonheur [5] - 15:12, 15:22, 19:15, 25:21, 54:20
Ledbetter [4] - 3:5, 3:6, 5:10, 5:24
LEDBETTER [46] - 4:6, 5:19, 5:23, 13:22, 14:4, 14:10, 14:12, 14:19, 21:1, 22:10, 23:12, 23:20, 24:2, 27:6, 30:5, 37:12, 37:19, 38:23, 41:11, 41:17, 41:24, 43:2, 43:17, 44:11, 45:23, 47:18, 47:19, 48:7, 51:7, 53:22, 53:24, 54:4, 54:6, 55:6, 56:5, 56:11, 57:10, 57:13, 57:15, 59:21, 63:19, 64:8, 64:12, 64:20, 64:23, 65:24
left [3] - 7:21, 8:4, 45:16
level [2] - 16:3, 37:23
light [2] - 47:3, 47:4
likely [2] - 32:14, 36:1
Line [1] - 67:8
list [2] - 60:21, 60:24
listed [1] - 16:16, 67:6
lists [1] - 60:22
literature [2] - 39:11, 54:15
look [4] - 25:1, 36:16, 56:5, 61:21
looking [1] - 8:23
LOVELACE [3] - 1:3, 1:4, 1:5
Lovelace [21] - 7:11, 7:15, 7:18, 8:1, 8:19, 16:7, 17:15, 17:18, 19:12, 24:24, 25:11, 25:14, 27:11, 28:24, 30:17, 36:15, 40:11, 49:3, 58:23, 61:6, 62:1
Lovelace's [1] - 18:2, 19:9, 23:1, 38:4, 44:17, 45:7, 52:6

**M**

M.D [3] - 1:17, 2:2,

4:3
**Magee** [2] - 3:13, 5:14
**MAGEE** [1] - 5:14
**major** [2] - 23:2
**malpractice** [3] - 10:5, 10:9, 10:12, 17:12, 59:17
**man** [2] - 15:15, 35:23
**March** [11] - 16:8, 17:10, 23:1, 25:4, 31:12, 31:13, 31:22, 50:18, 51:19, 52:2, 56:6
**Marcie** [1] - 5:14
**Marcy** [1] - 3:13
**MARK** [5] - 1:10, 1:17, 2:1, 4:3, 5:19
**Mark** [3] - 3:5, 5:2, 5:24
**mark** [1] - 5:19
**MARKED** [4] - 6:8, 7:1, 7:18, 64:1
**matter** [1] - 68:11
**matters** [1] - 2:16
**MCGEE** [2] - 64:4, 64:10
**mean** [6] - 28:13, 30:2, 31:21, 37:2, 39:20, 47:13, 49:20, 57:16
**means** [7] - 28:14, 52:18, 52:20, 52:22, 53:2, 53:5, 53:6
**medical** [6] - 10:19, 11:7, 11:8, 11:14, 11:20, 16:19, 27:18, 39:5, 51:15, 52:5
**medication** [2] - 6:4, 17:6
**medications** [4] - 16:16, 16:20, 17:17, 60:3
**medicine** [2] - 10:17, 10:20
**meet** [2] - 16:8, 16:12
**meetings** [1] - 17:5
**Memphis** [2] - 3:7, 3:14
**mental** [1] - 35:16
**MENTIONED** [1] - 6:7, 6:24, 7:17, 63:24
**met** [3] - 6:1, 42:7, 42:8
**metabolized** [1] - 22:5
**MID** [2] - 1:21, 3:20
**MID-SOUTH** [2] -

1:21, 3:20
**might** [5] - 8:2, 19:11, 28:20, 33:8, 35:12, 34:1, 40:16, 40:17
**milligrams** [1] - 51:10
**minimizes** [1] - 19:5
**minor** [3] - 21:20, 22:11, 22:19
**missing** [1] - 13:1
**Mississippi** [2] - 1:23, 3:22
**misspellings** [1] - 58:16
**misstating** [1] - 62:10
**Mitchell** [1] - 2:8
**mixed** [1] - 30:9
**modified** [1] - 35:14
**moment** [2] - 36:12, 37:17
**monitor** [1] - 56:20
**monitoring** [4] - 55:1, 56:2, 56:5, 56:11
**months** [3] - 56:19
**months** [2] - 63:2, 63:6
**morning** [3] - 34:9, 34:10, 34:14
**morphine** [2] - 20:11, 20:13
**most** [2] - 39:22, 56:20
**mother** [1] - 28:2
**motion** [1] - 35:15
**mouth** [2] - 13:6, 26:5, 28:8
**move** [1] - 12:4, 37:6, 48:1
**moved** [1] - 35:7
**moving** [1] - 61:11
**MR** [31] - 4:3, 4:7, 5:16, 6:12, 5:16, 6:23, 10:23, 13:22, 13:24, 14:6, 14:9, 14:10, 14:12, 14:15, 14:16, 14:18, 14:19, 20:23, 23:1, 23:23, 22:10, 23:8, 23:12, 23:17, 23:20, 23:23, 24:2, 27:3, 27:5, 29:24, 30:5, 37:10, 37:12, 37:15, 37:19, 38:17, 38:23, 41:5, 41:8, 41:11, 41:12, 41:17, 41:20, 41:24, 42:23, 43:2, 43:14, 43:17, 44:9, 44:11, 45:19,

45:23, 47:9, 47:18, 47:19, 48:4, 48:5, 48:7, 51:5, 51:7, 53:21, 53:22, 53:23, 53:24, 54:2, 54:4, 54:6, 55:4, 55:6, 56:3, 56:8, 56:9, 56:11, 56:15, 57:10, 57:13, 57:15, 59:19, 59:21, 63:15, 63:19, 64:8, 64:12, 64:14, 64:20, 64:21, 64:23, 65:1, 65:4, 65:23, 65:24
**MS** [3] - 5:14, 64:4, 64:10
**muscles** [1] - 21:3
**must** [3] - 49:8, 49:12, 49:24, 47:6, 53:2, 69:14

**N**

**name** [3] - 8:14
**Nercan** [3] - 24:7, 24:12, 24:13, 24:16, 24:17
**narcotic** [2] - 20:8, 30:21
**narcotics** [5] - 22:15, 22:22, 24:1, 24:17, 61:14
**narrative** [1] - 7:6
**need** [4] - 11:22, 28:9, 55:10, 57:10
**needed** [1] - 40:16
**needs** [1] - 16:22, 49:23, 35:14
**never** [1] - 6:18, 28:17, 28:9, 29:2, 30:3, 35:20, 40:4, 42:7, 42:8, 49:12
**new** [1] - 10:22
**next** [1] - 9:3, 9:9, 9:15, 31:16, 37:6
**NO** [1] - 4:12, 4:12, 4:13, 4:13, 6:8, 7:1, 7:15, 64:1
**nobody** [1] - 35:9
**noise** [1] - 30:4, 36:8
**normal** [1] - 56:14
**normally** [1] - 17:19
**NOT** [1] - 66:9, 66:10
**Notary** [1] - 67:21, 66:5, 68:20
**note** [1] - 7:8, 8:10, 20:11, 31:6, 24:7, 47:4, 57:20, 58:5
**noted** [1] - 68:6
**notes** [1] - 68:9

**nothing** [1] - 42:13
**notice** [1] - 2:4
**number** [1] - 6:20
**Number** [2] - 7:9, 31:4, 62:13
**numbers** [1] - 31:2
**Nurse** [1] - 26:5
**nurse** [8] - 8:6, 9:16, 16:9, 26:9, 44:18, 44:22, 48:22, 48:24, 55:11
**nurses** [4] - 8:12, 55:8, 55:9, 61:10
**nursing** [1] - 59:9

**O**

**obesity** [1] - 52:4
**obeyed** [1] - 36:15
**object** [12] - 14:16, 21:23, 23:9, 23:17, 23:23, 27:3, 29:24, 37:10, 38:17, 43:14, 48:9, 48:5
**objected** [1] - 14:20
**objection** [12] - 14:15, 20:23, 37:15, 45:19, 47:9, 48:4, 51:5, 56:8, 59:19, 59:19, 60:1, 63:15
**Objection** [1] - 41:12, 56:9
**objections** [1] - 2:15
**observe** [1] - 38:3, 38:8, 45:9, 45:10
**obstructed** [1] - 38:10
**obstruction** [3] - 20:21, 22:12, 27:20, 20:22, 23:8, 39:14
**obstructions** [2] - 39:7, 62:8
**occasions** [1] - 15:17
**occur** [1] - 36:12, 51:19
**occurred** [1] - 34:3, 52:14
**October** [1] - 68:21
**OF** [9] - 1:1, 1:8, 1:16, 6:9, 7:2, 7:19, 64:2, 68:2, 68:2
**office** [1] - 50:18, 65:9
**offices** [1] - 2:6
**often** [1] - 36:23
**once** [1] - 51:8
**one** [19] - 8:12, 9:21, 9:22, 15:1, 19:3,

29:15, 34:6, 36:21, 37:18, 45:17, 49:23, 51:21, 55:19, 56:24, 60:3, 61:23, 64:5
**One** [1] - 3:14
**ongoing** [1] - 10:20
**op** [5] - 7:6, 8:12, 31:6, 55:17, 57:20, 58:5
**open** [2] - 37:4, 55:9
**operated** [2] - 15:6, 15:14
**operating** [9] - 15:12, 25:22, 34:21, 35:2, 40:15, 41:15, 45:21, 48:17, 59:4
**operation** [2] - 17:14, 48:9
**operative** [3] - 31:6, 33:19
**operatory** [1] - 7:6
**opiate** [1] - 20:10, 22:21, 28:20, 38:14
**opiates** [3] - 55:23, 56:9, 61:14
**opinion** [2] - 28:24, 42:15
**opt** [1] - 40:11
**options** [1] - 49:13
**OR** [2] - 37:22, 49:8
**order** [1] - 26:4, 45:21, 61:3, 68:13
**ordered** [2] - 54:20, 61:9
**orders** [7] - 26:8, 42:16, 45:2, 45:16, 60:22, 61:1
**original** [1] - 68:14
**OSA** [2] - 51:1, 51:17
**Otherwise** [1] - 55:9
**otherwise** [1] - 15:24
**outcome** [1] - 34:10
**outside** [1] - 15:21
**overweight** [1] - 12:12
**own** [6] - 16:24, 29:3, 35:7, 35:24
**oxygen** [24] - 25:20, 25:22, 25:5, 26:10, 26:15, 36:4, 38:9, 39:21, 39:22, 40:2, 40:5, 45:16, 45:21, 46:22, 52:13, 53:15, 54:15, 56:19, 60:19, 60:21, 61:2

**P**

p.m [3] - 31:22, 32:15, 32:16
PACU [16] - 25:15, 26:13, 26:17, 30:22, 38:3, 38:4, 39:9, 40:5, 40:12, 44:17, 44:19, 54:20, 58:23, 60:19, 61:1, 61:7
page [14] - 7:14, 8:3, 8:5, 8:23, 9:3, 9:6, 9:7, 9:9, 9:12, 9:15, 9:18, 31:5, 31:19, 33:11
PAGE [1] - 4:21
Page [7] - 8:11, 8:16, 8:18, 8:19, 8:22, 9:1, 67:8
pages [2] - 7:5, 68:8
Paidipalli [25] - 5:17, 8:22, 9:2, 9:3, 9:5, 15:5, 15:6, 16:4, 16:9, 17:5, 17:11, 19:10, 21:15, 25:12, 27:11, 27:13, 28:1, 28:5, 28:19, 28:23, 29:5, 29:9, 29:17, 49:13, 51:21
PAIDIPALLI [1] - 1:10
Paidinalli's [3] - 24:20, 40:10, 41:2
pain [1] - 35:17
PARENTS [1] - 1:5
parents [3] - 7:11, 52:7, 62:18
part [2] - 10:24, 68:14
parted [1] - 49:3
particular [5] - 14:22, 44:23, 45:2, 50:15, 62:12
particularly [1] - 7:14
parties [1] - 68:11
party [1] - 50:21
passed [1] - 6:1
patient [33] - 6:16, 6:21, 13:4, 16:19, 17:17, 21:21, 22:12, 22:14, 22:20, 26:23, 27:9, 29:13, 29:19, 35:9, 36:19, 39:6, 40:13, 40:14, 42:16, 46:9, 46:11, 46:14, 48:23, 49:23, 52:1, 53:19, 54:19, 55:22, 59:9, 62:21

patient's [3] - 12:20, 16:16, 16:23
patients [9] - 25:7, 37:21, 49:16, 49:18, 50:2, 51:16, 56:7, 56:12, 61:11
patterns [1] - 56:1
pay [1] - 36:9
PEDIATRIC [1] - 1:9
Pediatric [1] - 5:17
people [8] - 7:13, 15:21, 22:2, 22:4, 35:2, 36:21, 36:23, 44:24
Pepper [1] - 1:22, 3:21
PEPPER [2] - 68:3, 68:10
percent [1] - 26:11, 50:24, 51:2
perform [1] - 19:15, 50:19
performed [2] - 15:4, 24:24
performing [1] - 21:10
perhaps [1] - 12:14
periodically [1] - 18:20
permanent [1] - 33:6
person [2] - 32:23, 37:17, 37:24, 59:10
person's [1] - 37:5
personally [1] - 38:1
pharmacology [1] - 18:6
Phone [1] - 3:7
photograph [5] - 7:19, 9:4, 9:4, 9:10
photographs [2] - 7:19, 9:13
physical [1] - 35:16
physician [1] - 55:10
physicians [2] - 56:7, 62:6
Physicians' [1] - 28:4
picked [2] - 27:21
picture [2] - 8:11, 8:21
place [3] - 55:5, 68:5
Plaintiff [2] - 10:8, 10:12, 68:8
PLAINTIFF [1] - 3:4
Plaintiffs [3] - 1:7, 2:3, 5:11
plan [1] - 16:10
planned [2] - 17:16, 28:5
plus [1] - 28:12

point [6] - 33:23, 35:8, 35:10, 36:1, 38:5, 48:24
points [1] - 47:22
pooled [1] - 46:20
posited [2] - 11:18, 12:18
position [33] - 42:16, 42:18, 42:21, 43:3, 43:5, 43:7, 43:10, 43:11, 43:13, 43:16, 43:20, 43:23, 44:1, 44:6, 44:13, 44:15, 44:19, 44:20, 44:21, 44:23, 45:3, 45:5, 45:12, 52:12, 53:5, 53:8, 54:12, 55:17, 55:20, 57:2, 57:3, 61:7
positions [2] - 61:8, 61:9
possible [1] - 54:21
post [1] - 55:17
post-op [1] - 55:17
posted [1] - 40:18
potency [1] - 20:10
potent [2] - 20:12, 26:19
potential [1] - 62:20
practice [2] - 10:17, 11:2
practitioners [2] - 11:7, 11:8, 14:11
present [1] - 8:12
pre-op [1] - 8:12
precaution [1] - 48:17
precise [1] - 47:15
predict [1] - 34:10
prefer [1] - 25:17
preferred [1] - 55:20
prerogative [5] - 40:3, 41:1, 41:2, 41:3, 41:22
prescription [1] - 51:10
presented [1] - 2:19
previous [1] - 59:17
previously [5] - 6:1, 6:12, 15:4, 36:11, 64:6
problem [1] - 12:2, 15:2
problems [10] - 6:21, 20:24, 33:14, 33:15, 33:17, 36:22, 36:24, 40:14, 40:21, 50:1
Procedure [1] - 2:12
procedure [9] - 16:3, 24:24, 33:14, 33:15,

30:18, 33:19, 33:24, 34:8, 62:1
procedures [2] - 29:15, 44:24
proceeding [1] - 68:8
proceedings [1] - 68:5
process [1] - 10:21
prone [1] - 43:5, 55:18
pronounce [1] - 40:24
proper [2] - 44:5, 55:17
Propofol [11] - 18:6, 18:10, 18:18, 20:1, 20:2, 20:15, 22:2, 27:5, 24:21, 60:9, 62:18
processed [1] - 6:3
provided [6] - 16:17, 46:9, 46:10, 63:22, 64:5, 64:15, 64:17
provisions [1] - 2:11
prudence [1] - 64:24
prudent [1] - 45:17
Public [1] - 67:21, 68:3, 68:20
purport [1] - 7:5
pursuant [2] - 2:4, 2:10
put [14] - 21:23, 22:24, 44:19, 44:23, 46:17, 57:18
puts [1] - 46:10

**Q**

questions [7] - 12:15, 13:19, 13:21, 57:19, 65:6, 65:23, 66:1
quickly [1] - 22:4
quite [1] - 28:15
quote [1] - 49:4

**R**

raise [1] - 37:4
raised [1] - 17:12
RAO [1] - 1:10
rapid [4] - 20:8, 38:21, 47:7, 48:1
rapidly [1] - 22:5, 22:6
rare [1] - 59:17, 59:3
rarely [2] - 49:18,

49:20
rate [1] - 25:7
rating [1] - 30:23
rationale [1] - 17:22
re [1] - 57:11
re-identify [1] - 57:11
reached [2] - 25:14, 28:3
read [10] - 33:8, 33:14, 39:5, 56:4, 61:13, 61:15, 61:17, 61:19, 62:9, 67:3
reading [3] - 33:13, 35:19, 66:5
real [2] - 40:13, 40:18
really [4] - 30:13, 30:14, 40:16, 49:20
reask [1] - 47:20
reason [3] - 6:14, 43:12, 55:13
receive [1] - 38:13
received [1] - 63:11
record [15] - 5:4, 5:7, 6:5, 6:15, 6:19, 10:14, 17:6, 32:6, 32:24, 33:6, 57:6, 57:9, 59:15, 59:17, 66:6
recovery [32] - 20:16, 20:21, 25:15, 25:19, 25:17, 26:1, 26:4, 26:9, 26:17, 27:8, 29:8, 29:13, 29:19, 30:7, 30:22, 33:22, 35:8, 38:6, 39:6, 39:23, 40:2, 40:20, 41:16, 44:24, 48:12, 48:18, 48:19, 43:22, 48:24, 54:13, 55:15, 55:3
reference [1] - 45:6
Reference [1] - 25:2
referred [2] - 62:2, 62:7
reflexes [3] - 47:8, 55:24, 56:13
related [1] - 68:11
relative [2] - 28:17, 35:17
remain [2] - 26:5, 49:16
remember [3] - 26:19, 36:5, 49:23
report [1] - 31:6
reported [1] - 68:8
reporter [1] - 5:9
Reporter [2] - 68:3, 68:7
REPORTING [3] -

1:21, 3:19, 3:20
reports [1] - 35:19
represent [1] - 7:10
reproduction [1] - 68:14

request [1] - 65:17
requests [5] - 62:24, 63:7, 63:13
required [1] - 63:16
requires [2] - 46:4, 58:1
research [1] - 60:8
reserved [1] - 2:18
respect [3] - 20:6, 58:22, 59:14
respiration [5] - 21:3, 21:7, 22:17, 23:22, 26:23
respiratory [11] - 21:11, 21:12, 24:8, 24:15, 25:5, 25:6, 27:1, 27:7, 38:15, 39:1, 60:14
respire [1] - 46:22
respond [2] - 34:22, 63:6
response [1] - 63:17
responses [1] - 63:12
restored [1] - 52:11
result [1] - 51:3
return [3] - 47:7, 48:1
reverse [1] - 57:17
review [2] - 58:6, 58:17
reviewed [1] - 10:14
revision [1] - 34:3
rigidity [1] - 21:3
risk [5] - 27:1, 27:6, 38:12, 62:15, 62:20
roll [1] - 45:20
rolled [1] - 38:7
room [33] - 25:15, 25:17, 25:22, 26:1, 26:4, 26:9, 26:17, 29:9, 29:13, 29:19, 30:7, 30:23, 33:22, 34:21, 35:3, 35:21, 35:22, 38:6, 39:23, 40:2, 40:15, 40:20, 41:15, 41:16, 44:24, 45:21, 48:12, 48:17, 48:19, 48:22, 48:24, 54:15, 55:3, 59:4
rooms [1] - 27:9
routine [3] - 30:3, 50:22
routinely [4] - 17:4, 36:8, 44:22, 56:16

Routinely [1] - 36:6
rule [1] - 11:2
Rules [1] - 2:11
Rumsfeld [1] - 11:22

S

safe [1] - 29:1
safety [2] - 13:14, 60:9
SAITH [1] - 68:9
satisfy [1] - 37:22
saturation [1] - 26:10
saw [4] - 15:21, 40:4, 49:4, 50:17
SC [1] - 32:22
Scale [3] - 30:12, 30:17, 30:20, 30:23, 35:13
scale [3] - 31:3, 35:15, 35:20
schedule [2] - 59:23, 65:7
scheduled [1] - 19:17
schedules [2] - 65:10
second [2] - 50:6
second [2] - 6:3, 8:5, 35:20
sedative [1] - 49:12
see [26] - 7:4, 8:4, 9:18, 20:18, 29:5, 31:8, 33:11, 31:18, 38:7, 39:3, 47:6, 60:24, 61:22
seeing [1] - 36:5
seek [1] - 11:9
Semi [1] - 43:9
Semi-Fowler's [1] - 43:9
send [1] - 29:17, 40:16, 49:20, 50:20, 55:13, 58:23, 59:3, 59:9
sensor [1] - 22:7, 40:10
sent [3] - 49:24, 54:13, 63:13
sentence [1] - 33:13
sequence [1] - 9:24
series [2] - 7:10, 57:19
served [1] - 62:20
service [1] - 31:11
set [1] - 63:12
several [2] - 7:5, 19:18

shallow [1] - 23:22
share [1] - 46:7
sharing [1] - 46:6
SHEET [2] - 4:8, 67:1
SHELBY [1] - 68:2
Shelby [1] - 68:3
short [1] - 40:2
show [1] - 64:18
shows [4] - 32:1, 32:6, 32:19, 32:24
sign [1] - 61:10
side [4] - 44:3, 44:6, 44:14, 55:19
sign [2] - 58:18, 62:12
SIGNATURE [1] - 68:10
signature [4] - 2:14, 62:11, 68:14, 68:16
signed [2] - 31:12, 58:3
significant [1] - 36:22
significantly [1] - 20:12
simple [1] - 57:19
simply [1] - 12:22
Sims [4] - 42:18, 42:18, 45:5, 61:6
sit [1] - 17:20
sitting [5] - 38:2, 42:10, 56:22, 56:24, 57:1
sixth [1] - 47:13
size [1] - 28:17
skills [1] - 65:14
sleep [18] - 21:22, 27:18, 29:24, 38:13, 39:14, 39:15, 48:11, 49:16, 49:18, 49:23, 56:15, 56:22, 56:7, 56:16, 56:17, 62:2, 62:3, 62:8
sleep-deprived [5] - 27:18, 52:3, 62:2, 62:3, 62:8
slow [1] - 23:22
smell [1] - 46:22
snoring [3] - 13:8, 28:5, 28:8
social [1] - 15:20
solicit [1] - 28:23
someone [1] - 39:18, 41:3, 56:3
sometimes [6] - 12:1, 12:24, 30:9, 30:10, 56:15
son [8] - 30:3, 35:11, 35:13, 37:8, 42:9, 43:9

sorts [1] - 39:11
sounded [1] - 65:7
sounds [1] - 11:21
SOUTH [2] - 1:21, 3:20
Southaven [2] - 1:23, 3:22
speaking [2] - 26:8, 39:15
SPECIALIST [5] - 5:1, 57:5, 57:9, 57:12, 57:14, 69:2
specific [4] - 18:16, 26:5, 47:11, 51:20
specifically [4] - 23:7, 24:4, 36:11, 62:16
specify [3] - 26:12, 60:20, 61:8
spirometry [2] - 50:20, 50:21
Square [1] - 3:18
stand [1] - 54:12
started [1] - 35:1
State [3] - 68:20
state [3] - 56:, 36:5
STATE [1] - 68:2
STATES [1] - 1:1
statistics [1] - 12:6
stay [1] - 35:22
Stenotype [3] - 68:8, 68:9
step [1] - 37:6
stifle [1] - 9:11, 9:12, 9:14, 13:7
stomach [1] - 38:7
straight [2] - 39:18, 40:17
stretcher [1] - 35:7
strike [1] - 11:15
study [2] - 25:2
styled [1] - 68:6
Sub [1] - 43:20
Sub-Fowler's [1] - 43:20
submitted [1] - 68:7
SUBSCRIBED [1] - 67:18
suits [2] - 59:15, 50:17
summary [1] - 17:14
supine [3] - 42:21, 42:22, 43:1
supplemental [1] - 23:20, 25:23, 26:5, 26:13, 36:4, 38:9, 39:21, 39:22, 40:1, 40:5, 45:16, 52:12, 55:15, 54:15, 60:19, 60:21, 61:2

supplementally [1] - 64:16
supposed [1] - 58:6
suppressant [1] - 39:2
suppressed [1] - 26:23
suppression [5] - 24:8, 24:15, 25:6, 27:2, 27:7
surgeon [6] - 14:10, 21:10, 21:19, 47:24, 48:11, 61:8
surgeons [1] - 62:10
surgeries [2] - 19:14, 19:17
surgery [33] - 15:4, 15:9, 16:7, 16:13, 19:9, 19:18, 22:13, 22:1, 31:16, 32:2, 32:4, 32:10, 33:2, 33:21, 34:11, 39:6, 40:12, 41:14, 41:19, 41:23, 44:17, 46:3, 47:12, 47:14, 47:23, 48:11, 50:10, 50:17, 60:15, 61:13, 61:24, 65:7, 65:10
suspect [1] - 65:12
swearing [1] - 5:8
SWORN [1] - 67:19
sworn [1] - 5:21
synergy [1] - 18:22

T

T3A [4] - 18:2, 18:5, 21:11, 24:23, 46:3, 47:8, 61:24
table [2] - 35:2, 35:3
tape [1] - 66:3
tapes [1] - 66:3
task [2] - 48:3, 48:10
tasks [1] - 48:21
team [2] - 16:6, 48:10
teenagers [2] - 34:24, 35:5
tend [1] - 61:11
Tennessee [4] - 2:11, 3:7, 68:3, 68:20
TENNESSEE [2] - 1:1, 68:2
term [5] - 18:3, 42:17, 40:11, 61:24, 62:4
terms [3] - 2:10, 40:7, 40:14
test [2] - 36:18,

37:21
testified [2] - 5:21, 10:7
testimony [2] - 2:18, 14:21
TESTIMONY [4] - 6:9, 7:2, 7:19, 64:2
THE [17] - 1:1, 1:1, 3:4, 3:11, 6:7, 6:9, 6:24, 7:2, 7:17, 7:19, 63:24, 64:2, 66:7
thereafter [1] - 50:19
third [1] - 50:20
Thomason [2] - 2:7, 3:13
three [6] - 6:2, 21:13, 28:12, 39:1
timing [1] - 9:23
TN [1] - 3:14
TO [5] - 6:9, 7:2, 7:19, 64:2, 67:19
today [1] - 16:15, 38:12, 32:4, 64:11, 64:17
today's [1] - 10:4
together [2] - 18:20, 22:6
tolerated [1] - 33:13, 33:14, 33:24
tonsillectomies [1] - 62:10
tonsillectomy [5] - 23:4, 27:22, 39:13, 40:19, 55:18, 62:14
tonsils [3] - 28:8, 28:12, 52:6
took [5] - 33:22, 35:8, 63:6
top [6] - 8:4, 8:19, 9:4, 9:10, 9:21
touching [1] - 28:15
toward [2] - 47:21, 62:14
transcribed [2] - 32:19, 33:2
transcribing [1] - 32:23
transcript [1] - 68:9
transcription [1] - 31:17
treatment [1] - 39:15
trigger [1] - 50:11
true [8] - 21:5, 32:14, 65:18, 65:20, 65:21, 67:5, 66:6, 68:13
trust [1] - 16:4
try [2] - 35:21, 40:17
trying [1] - 35:1
tube [1] - 48:18
turn [2] - 61:18

two [7] - 9:18, 10:14, 19:5, 19:22, 33:10, 36:20, 66:5
type [1] - 46:2

## U

uncommon [2] - 22:7, 30:8
under [2] - 11:23, 35:12, 39:8
undergoing [1] - 22:13
undersigned [1] - 67:2
understood [1] - 54:9
UNITED [1] - 1:1
unless [1] - 39:18
unlikely [2] - 52:13, 54:22
up [10] - 26:10, 27:10, 27:22, 33:21, 34:15, 34:24, 35:8, 35:17, 40:2, 48:12, 48:16, 48:24, 50:1, 56:22, 56:24, 57:1, 59:5, 59:23, 61:22, 64:13, 66:9
upper [2] - 22:7, 26:24, 30:6, 39:13, 48:2, 50:10, 62:7
upright [2] - 52:12, 53:5, 54:11

## V

various [1] - 53:10
various [1] - 53:18
ventilating [1] - 46:14
ventilator [1] - 39:19
ventilatory [1] - 56:1
verbally [1] - 34:23
verify [1] - 45:24
VIDEO [6] - 5:1, 57:5, 57:8, 57:12, 67:14, 66:2
video [1] - 5:2
view [2] - 38:5, 47:21
visit [2] - 26:17, 34:22
vital [1] - 12:6
vs [1] - 1:7

## W

waive [1] - 66:4

waived [1] - 2:15
WAIVED [1] - 66:10
wake [1] - 48:15
wakes [1] - 48:12
warning [1] - 26:22
warnings [2] - 25:2, 26:5, 26:10
WAS [5] - 6:8, 7:1, 7:18, 64:1, 66:7
watched [1] - 27:9
watching [1] - 48:23
ways [1] - 36:20
went [1] - 22:4, 38:20
weight [5] - 12:7, 12:9, 12:20, 13:3, 13:5
WESTERN [1] - 1:1
WHEREUPON [5] - 6:7, 6:24, 7:17, 63:24, 66:7
whole [1] - 68:14
wide [1] - 49:15
witness [6] - 2:15, 5:9, 5:20, 10:5, 54:14, 65:19
WITNESS [8] - 4:3, 6:9, 7:2, 7:19, 64:2
woke [4] - 33:21, 34:21, 35:8, 48:24
word [6] - 23:19, 23:22, 33:16, 34:2
words [2] - 19:22, 33:9, 46:19, 52:18, 57:22
world [1] - 40:13
written [2] - 31:11, 31:13
wrote [1] - 7:7

## Y

y'all [1] - 65:7
yawning [1] - 9:21
yearn [1] - 11:9
years [3] - 15:19, 21:17, 49:22
young [1] - 35:23
yourself [4] - 13:18, 37:22, 59:1, 65:16