# EXHIBIT D

1

1    IN THE UNITED STATES DISTRICT COURT FOR
2         THE WESTERN DISTRICT OF TENNESSEE

3    DANIEL LOVELACE and
     HELEN LOVELACE, Individually
4    and as Parents of BRETT
     LOVELACE, Deceased,
5

6              Plaintiff,

7    v.                    Case Number 2:13-cv-02289

8    PEDIATRIC ANESTHESIOLOGISTS,
     P.A., BABU RAO PAIDIPALLI, and
9    MARK P. CLEMONS,

10             Defendant.

11

12

13             VIDEOTAPE DEPOSITION

14                    OF

15              KELLY KISH

16

17             May 15, 2014

18

19

20

21

22        JILL W. HODGES, RPR, LCR #380
               P O BOX 381722
23        Germantown, Tennessee 38138-1722
                (901) 335-7952
24
          R I V E R S I D E   R E P O R T I N G

1   to care for a twelve year old male who was in the

2   PACU following a tonsillectomy/adenoidectomy and

3   that this was the only patient assigned to you

4   during the approximate 90 minutes the patient was

5   in the PACU.  We have already talked about that,

6   that's true, correct?

7       A.    That's correct.

8       Q.    Number 4 says that the patient was

9   stable upon transfer from the operating room to

10  the PACU, is that correct?

11      A.    That's correct.

12      Q.    Number 5 we have already discussed.  The

13  patient's mother and father were present in the

14  PACU with the patient, that's correct?

15      A.    Correct.

16      Q.    Number 6, Upon arrival to the PACU, the

17  patient positioned himself prone, that's on his

18  stomach, correct?

19      A.    Correct.

20      Q.    With his legs drawn up under him, his

21  buttocks in the air, his arms crossed over his

22  head and his face down on the mattress.  At no

23  time did you attempt to change his position.  Is

24  that correct?

1      A.   I don't remember about his arms being
2   over his head and his face was not down.  It was
3   to the side.
4      Q.   Okay.  Was it to the side the entire
5   time that he was in there?
6      A.   It was.  It was.
7      Q.   So you could actually see part of his
8   face?
9      A.   Yes, uh-huh.
10     Q.   Number 7 states, Upon the patient's
11   arrival in to the PACU, respondent made an
12   initial assessment but chose not to place the
13   patient on a cardiac monitor as permitted by
14   hospital policy, is that correct?
15     A.   He was -- okay.  It's saying here that I
16   didn't have him on the cardiac monitor.  Then
17   obviously I didn't.
18          The hospital policy for a T&A, I don't
19   recall that that's hospital policy for that,
20   because if it had been hospital policy I would
21   have done it.
22     Q.   Okay.
23     A.   You know, anyone who has brain surgery,
24   you know, certain criteria require the patient to

1    the time that Dr. Clemons got there, was Brett on

2    his face, I mean, literally on his stomach?

3                  MS. MAGEE:  Object to the form.

4                  MR. TALLEY:  Go ahead and answer.

5        A.    He was prone.

6        Q.    Okay.  And was his rear end up in the

7    air?

8        A.    Uh-huh.

9                  MR. TALLEY: Is that a yes?

10       A.    Yes, yes, yes.

11       Q.    And did he have his hands above his head

12   like this on the gurney?

13       A.    I don't remember how he had his hands.

14       Q.    Okay.  Let me show you a medical

15   illustration and ask if this appears to be the

16   position of Brett Lovelace during the time that

17   he was in the PACU and when Dr. Clemons was

18   there?

19                  MS. MAGEE:  Which one, with the

20              face down or the face to the side?

21              Which one are you talking about because

22              there's two pictures?

23       Q.    (By Mr. Ledbetter)  Look at the pictures

24   and tell me without commentary from counsel.

1          MS. MAGEE:  No, I want to know

2      which one you're talking about.

3      A.    His head was to the side.  His head was

4  to the side.  It was not flat down like that.  It

5  was to the side.  It was facing towards me.

6      Q.    And that would have been when, when he

7  arrived?

8      A.    After the combativeness and he calmed

9  down, yes, that would be that.

10     Q.    Did you ever look at his face?

11     A.    I did look at his face.

12     Q.    Okay.  Did he do any moving from the

13 time that he arrived there until the time that

14 the code was called?

15     A.    He did not.

16     Q.    Okay.  Were his legs in the position

17 bunched up under him that we are depicting?

18     A.    I don't recall them being that far up

19 underneath him.  His butt was in the air and he

20 had his underwear on and the gown was open, but I

21 don't remember his legs being up that far

22 underneath him.

23     Q.    Okay.

24     A.    Not quite that far.  I think they were

1   bedside and speak to the parents and observe the

2   patient.

3           Now, whether he came and saw them on his

4   way out, I don't have any idea.

5       Q.   You have no reason to dispute that if

6   that's his testimony, correct?

7       A.   Correct.

8       Q.   Okay.  Now, you testified earlier today

9   that you were the individual in charge of

10  monitoring Brett Lovelace while he was in the

11  PACU, is that correct?

12      A.   That's correct.

13      Q.   In your nursing judgment if you believed

14  that the patient needed to be turned from the

15  prone position to the supine position you

16  could have done that, correct?

17      A.   Correct.

18      Q.   And at no point did you do that,

19  correct?

20      A.   Correct.

21      Q.   At no point did you feel like you needed

22  to contact anybody and ask for assistance, is

23  that correct?

24      A.   Correct.

1    Q.   If you had needed to contact somebody

2   and request assistance with regard to, let's say,

3   Brett's oxygenation status, you could have done

4   that, is that correct?

5    A.   Correct.

6    Q.   And you didn't do that, correct?

7    A.   Correct.

8    Q.   Dr. Paidipalli, as you testified when

9   Mr. Ledbetter was asking you questions, he was at

10   the hospital and he was available if you had

11   contacted him, correct?

12           MR. LEDBETTER:   Object.   It's a

13           compound question.   It has more moving

14           parts than --

15    A.   Correct.

16    Q.   Thank you.   And you did not contact Dr.

17   Paidipalli, correct?

18    A.   Correct.

19    Q.   You never contacted Dr. Clemons either

20   after he left the bedside in the five minutes

21   that he was there, correct?

22    A.   Correct.

23    Q.   Now, Mr. Ledbetter asked you some

24   questions about a chart that he showed you, and

1    there were three different views, and I'll submit

2    to you that this is a chart that he provided to

3    us and we don't know exactly where it came from,

4    but there's three different views on this chart,

5    Exhibit 5.  Two are face down, and then one is

6    with the face to the side.  Do you see that?

7         A.    Yes.

8         Q.    I think you've testified here today both

9    during my questions and Mr. Ledbetter's that you

10   do not recall Brett Lovelace's face being face

11   down at any point in time, is that correct?

12        A.    That's correct.

13        Q.    His face was to the side?

14        A.    To the side.

15        Q.    Such as the picture down here at the

16   bottom, correct?

17        A.    It was more to the side than what that

18   is.  It was more like that (Indicating).

19        Q.    So even more to the side than this

20   picture?

21        A.    Yes.

22        Q.    I'm pointing -- I'm going to mark that

23   with a pink dot right there?

24        A.    Yes.

160

1    Q.   Okay.  And to the best of your

2    recollection, his face was always to the side

3    while he was in the PACU, is that correct?

4    A.   To the best of my memory, yes.

5    Q.   Were you aware that somebody was taking

6    photographs of Brett Lovelace in the PACU?

7    A.   No.

8    Q.   At any point in time do you recall

9    blankets being over Brett's head and him being

10   completely obscured by the blanket?

11   A.   No, sir -- no, ma'am.

12   Q.   Up until the blood pressure dropped --

13   we talked about this earlier -- to the 84 over --

14   let me get the exact figure --

15   A.   53, I believe.

16   Q.   Was it 53 -- 84 over 42, up until that

17   point, which would have been about an hour after

18   the patient was admitted to PACU, at any point in

19   time do you believe in hindsight that you should

20   have contacted somebody and requested assistance

21   with regard to Brett Lovelace?

22        MR. LEDBETTER:  Object as to

23        speculation.  That's what hindsight is,

24        and you're asking her to speculate what

162

1  positioning when you saw him?

2       A.   It's close.  Like I said, the head was

3  more turned to the side, and I did not recall his

4  legs being quite under him like that.

5       Q.   So --

6       A.   But then that picture --

7       Q.   That's fine.  Do you think that this

8  picture justifies this diagram then?

9       A.   It does to me.

10      Q.   Exhibit 8 does?

11      A.   Uh-huh.

12      Q.   But his face was different in all three

13  pictures?

14      A.   His face was to the side.

15      Q.   So if Mr. Ledbetter was to show this to

16  a jury, it would not be a fair and accurate

17  representation of what you saw, would it?

18           MR. LEDBETTER:  Object.  The

19           witness has been asked that question,

20           and she answered that it was in many

21           respects accurate.

22      Q.   (By Mr. Gilmer)  You can answer my

23  question, ma'am.

24      A.   It is -- it's close except the face was