# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DANIEL LOVELACE AND HELEN LOVELACE, Individually, and as Parents of BRETT LOVELACE, Deceased<br><br>Plaintiff,<br><br>VS.<br><br>PEDIATRIC ANESTHESIOLOGISTS, PA; BABU RAO PAIDIPALLI and MARK P. CLEMONS ,<br><br>Defendants. | ) NO. 2:13-cv-02289 dkv |

DEPOSITION OF BABU RAO PAIDIPALLI, M.D.

January 9, 2014

A I'm in the operating room area.
Q You were in the operating room?
A Uh-huh.
Q Were you actually involved in handling an operation?
A No.
Q You were just there?
A No. I was just in the hallway.
Q Okay. Okay. Now following the surgery done by Dr. Clemons, was Brett given supplemental oxygen afterwards during his transit to the PACU?
A Yes, sir.
Q Okay. Did you order supplemental oxygen for him in the PACU?
A Yes, sir.
Q You ordered supplemental oxygen?
A Yeah. We have a standard order saying that, you know, that the patient needs 02 supplementation to maintain the saturation of 92 or 95 and above.
Q All right. My question was when he left surgery was he on supplemental oxygen.
A Yes, sir.
Q Okay. And when he arrived in the PACU, even though you were not there, was he on

supplemental oxygen, do you think?

A I think.

Q All right.

A That is the routine to have a supplemental oxygen in the recovery room.

Q Was he outfitted when he left the surgical suite with a pulse oximeter on one of his fingers?

A Yes, sir.

Q And had there been any previous problem with that pulse oximeter during his surgery?

A No, sir.

Q Do you know whether the pulse oximeter that he wore when he went to the PACU was, in fact, the same one that he wore when he went to the ICU after the Harvey team came?

A Probably the same one.

Q Okay. Did you ever test this pulse oximeter to see whether it was defective or failed?

A There are no tests in the sense because we -- whether it is working or not. If it is not working, sometimes we change it to a different pulse oximeter.

Q Now at the time when the CRNA, Grace Freeman, would have attended Brett Lovelace, would -- do you know whether she saw the parents at that time?

I don't mean to get into hearsay, but I mean, do you know whether she saw the parents?

A I don't know. I think she mentioned she -- while she was coming out of the recovery room, she met the parents in the hallway or something. I'm not a hundred percent sure about that.

Q If when Grace Freeman went to the PACU at or about 10:30 to check on Brett Lovelace, if she had seen him in a prone position with his knees bunched up under him on his face, what was she trained to do in that event?

To take action or do nothing, if you know?

MR. COOK: I object to the hypothetical form.

You may answer, Doctor.

A That is a hypothetical. But mostly we, as long as the patient is breathing well, the position is not the most important thing.

BY MR. LEDBETTER:

Q So, in other words, if she had seen him in the prone position, it would have been agreeable with you for her to leave him in that position?

MR. COOK: Excuse me. Same objection.

Please proceed, Doctor.

A As long as the patient is breathing well and everything looks good.

And that is my answer.

BY MR. LEDBETTER:

Q What you are saying is, I guess, position is secondary if the breathing is good?

A Right.

Q Okay. Now if she had, on the other hand, observed that the patient was unconscious and that he was snoring, what, if any, intervention would have then been appropriate if he was on his stomach that way?

MR. COOK: Same objection.

Go ahead, Doctor.

A As I said, if the airway is good, position is not the problem.

If the airway is not good in the sense he is not breathing well, then no matter what position the patient is in, it needs to be interfered.

BY MR. LEDBETTER:

Q Well, will you agree that when you have upper airway morbidities, let's say, before you have upper airway surgery and you were in a semi or unconscious state on your face breathing into a gurney, that is dangerous, is it not?

MR. COOK: Object to the hypothetical form.
Go ahead, Doctor.
A That is a speculation. I cannot answer that.
BY MR. LEDBETTER:
Q Well, let me ask you this way.
Would it be agreeable to you for a patient to be literally on their face with their nose down into the bed linens, I guess, who had had apnea and they just had a tonsillectomy?
MR. COOK: Form objection.
Please proceed.
A This is something -- that is something I'm answering that is a stipulation, so I cannot --
BY MR. LEDBETTER:
Q Would you say that you do not fault Nurse Kish for allowing him to stay in that position?
MR. COOK: Same objection.
Go ahead.
A I don't know what position the patient was in at that time. But the main thing is the monitoring of the patient is the most important thing, whether the patient is adequately monitored, whether the patient's saturation is very good and

vital signs good. That is the most important thing.

BY MR. LEDBETTER:

Q And what orders did you leave or did Grace Freeman leave relative to monitoring?

A We have standard orders to monitor the patient vital signs every, I think, fifteen minutes in -- that is standard; but and to monitor the oxygen saturation. That is heart rate, blood pressure.

And if there is deviation from the normal, then you are to call the attention of the physician.

Q Did you use or recommend the Aldrete scale?

A That is standard in the recovery room, sir.

Q Okay. Now did you use or recommend the modified Aldrete scale or the original Aldrete scale?

A I think it is the original.

MR. COOK: I'm sorry. What?

THE WITNESS: Original Aldrete score.

MR. COOK: Original.

BY MR. LEDBETTER:

Q Are you aware that the original Aldrete scale was not in use in hospital PACUs for a number of years before this happened, that it had been abandoned and that there was a modified rule, Ramsay scale and other things?

and Kelly Kish documented everything perfectly, which is, you know, that is what, her recording in the chart.

Q So had you been present in the PACU when Brett Lovelace arrived and had seen him face down, would you have simply allowed him to remain in that position?

MR. COOK: Object to the hypothetical.

Go ahead.

A That is a hypothetical question. But if the patient is not breathing well, I would have interfered.

But if the patient is doing well and saturation is doing well, I wouldn't have.

BY MR. LEDBETTER:

Q Were there notes of the Aldrete scale done? Was that noted in the chart?

A Well, they go by points system, like if the blood pressures are down.

Q I understand. I'm just asking you if that was recorded.

A I think it is the -- Kelly Kish -- there are no score, Aldrete score, per se, I think, but she documented the vital signs which will fit into the

BY MR. LEDBETTER:

Q How often would you allow people to go in that position prone into the PACU at LeBonheur?

MR. COOK: Same.

A Same. I cannot answer that speculative question.

BY MR. LEDBETTER:

Q Well, was it something that happened that you allowed a number of times?

A That is the same thing I said. It is very speculative.

Q Why would it be speculation?

Did you allow patients to go to the recovery room who were in a prone position, or not, before Brett Lovelace?

A We, as long as the patient is not completely prone, but we -- actually, tonsil patients, semi prone is the ideal position for the patient because if there is any bleeding, it will come out. The tongue will also fall out so that they breathe better. That is called post tonsillectomy position.

Q Now in this case do you rely upon any clinical guidelines for anesthesiologists that support your defense in this case?