# EXHIBIT H

1

1        IN THE UNITED STATES DISTRICT COURT FOR
          THE WESTERN DISTRICT OF TENNESSEE

2     ———————————————————————————————————————

3   DANIEL LOVELACE and
   HELEN LOVELACE, Individually
4   and as Parents of BRETT
   LOVELACE, Deceased,
5
             Plaintiff,
6
   v.           Case Number 2:13-cv-02289
7
   PEDIATRIC ANESTHESIOLOGISTS,
8   P.A., BABU RAO PAIDIPALLI, and
   MARK P. CLEMONS,
9
             Defendant.
10   ———————————————————————————————————————

11

12

13         VIDEOTAPE DEPOSITION

14             OF

15         KELLY KISH

16

17        May 15, 2014

18

19

20

21

22     JILL W. HODGES, RPR, LCR #380
         P O BOX 381722
23    Germantown, Tennessee  38138-1722
        (901) 335-7952
24
    R I V E R S I D E   R E P O R T I N G

1    COWS, computer on wheels.  And so I was sitting

2    beside him probably not as far away as the feet

3    but between his hips and his feet to the right --

4    if I'm looking this way and he's right here,

5    family was on the left, and I was on the right.

6         Q.   Was anybody else in the room with you

7    other than the two parents?

8         A.   No.

9         Q.   Other than the occasion that Dr. Clemons

10   came through, do you recall any other physicians

11   or any other medical personnel coming to Brett

12   Lovelace's room?

13        A.   I don't remember.

14        Q.   At any point in time during that 90

15   minute period -- and what I'm talking about when

16   I say 90 minute period is the time you received

17   Brett Lovelace in the PACU and the time the code

18   was called, at any other point in time during

19   that 90 minute period did you call for assistance

20   from a physician?

21        A.   No.

22        Q.   Did you call for assistance from any

23   other medical personnel other than the two

24   occasions that you had somebody keep an eye on

1    Q.   Is that typically how it happens or how

2    it would work?  Was it a one-to-one ratio?

3    A.   We could have two patients.  It would

4    just depend on how many patients were coming out

5    at that time, what the staffing was.

6    Q.   But your only patient on March 12 was

7    Brett Lovelace, correct?

8    A.   Correct.

9    Q.   At any point in time during that 90

10   minute period if you had needed help or

11   assistance with regard to treating Brett

12   Lovelace, did you have a chain of command that

13   you could go up or did you have somebody that you

14   could ask to come help you?

15   A.   Oh, yes, yes.

16   Q.   Did you ever feel the need before you

17   called the code to ask anybody to assist you?

18   A.   No, I didn't.  No, I didn't.

19   Q.   Okay.  Would you have had a charge nurse

20   that day?

21   A.   Yes.

22   Q.   Do you recall who the charge nurse was?

23   A.   It was -- Carry Fowler was the charge

24   nurse.

1    other children.  You know, I mean, we do that

2    with parents.  We'll just -- while the kids, you

3    know, are sleeping it off, we'll talk, chit-chat.

4            You know, I mean, that's common.  That's

5    not anything out of the ordinary to just talk

6    about things or where they lived.  I knew they

7    lived in Arkansas because I believe I used my

8    cell phone to call the pharmacy because it was a

9    long distance number if I remember correctly.

10           So, you know, and then I explained to

11   her, you know, that it would be ready, that way

12   they could go to the drive-through and get it,

13   you know, the teaching that we do for post-op

14   tonsillectomies.

15       Q.   Do you recall the parents asking you any

16   questions or voicing any concerns about their

17   child during that time period?

18       A.   I don't recall -- I don't remember

19   any.

20       Q.   Do you recall any discussions with the

21   parents about the position that Brett Lovelace

22   was sleeping in?

23       A.   I don't recall any.  We didn't -- you

24   know, that was his comfortable position he went

1    to, and so there was really -- we didn't as far

2    as I remember discuss that position at all.

3        Q.    Did you discuss the snoring specifically

4    with the parents?

5        A.    We did.  We did talk about that.

6        Q.    And what did y'all talk about?

7        A.    I asked mom if he was a snorer at home,

8    and she said, yes, a bad snorer.  And then, you

9    know, when Dr. Clemons came in, you know, we

10   talked more about the snoring and what the

11   outcome would be post-op, you know, when he got

12   home, that it would not be as much, you know, he

13   would not snore as near as bad and he would sleep

14   better.

15       Q.    Do you recall doing anything to help or

16   try to arouse Brett Lovelace out of his

17   anesthesia, like moving his legs or touching his

18   arms?

19       A.    No, I didn't.  I do not -- I did not.

20       Q.    Is that something --

21       A.    I don't remember.

22       Q.    You don't remember doing that?

23       A.    I don't remember doing that.

24       Q.    Is that something that you're supposed

1    in --

2         Q.    In your experience, did you have

3    experience with pre-teens or young teenagers that

4    had come to PACU that had been combative when

5    they initially arrived?

6         A.    Only a very few had really been as

7    combative as he was.

8         Q.    Did you feel the combativeness made you

9    uncomfortable with taking care of the patient?

10        A.    No.

11        Q.    When the patient -- when you accepted

12   the patient in the PACU, do you agree that the

13   responsibility for that patient's care

14   transferred to you?

15             MR. LEDBETTER:   Object as to it

16             being a legal issue.

17        Q.    (By Mr. Gilmer)   Is that what your --

18   that's fine.   We make lawyer comments during

19   these depositions.

20        A.    Okay.

21        Q.    Do you agree that when you accepted

22   transfer of this patient, he became your

23   responsibility?

24        A.    I do.

1 Q. And that if you felt that you were over

2 your head that you would need to notify somebody?

3 A. Correct.

4 Q. And that if you had accepted this

5 patient and believed that the doctor or the CRNA

6 had no business putting the patient in the PACU,

7 you could have invoked your chain of command?

8     MR. LEDBETTER:  Object as to form.

9 A. Correct.

10 Q. You had a chain of command, right?

11 A. Right.

12 Q. And if you believed that a doctor was

13 doing something inappropriate, you could have

14 invoked that chain?

15 A. Correct.

16 Q. Okay.  And you did not do that with

17 Brett, right?

18 A. I did not.

19 Q. Did you ever speak to Dr. Paidipalli?

20 A. I did not.

21 Q. Would you recognize Dr. Paidipalli?

22 A. (Witness nods head).

23 Q. Is that a yes?

24 A. Yes, that's a yes.

1     (Discussion Off The Record)

2     THE VIDEOGRAPHER:  We're back on

3     the record at 4:03.

4  Q. (By Mr. Gilmer)  When the patient was

5 transferred from the operating room to the PACU,

6 he had supplemental oxygen, didn't he?

7  A. No.

8  Q. He didn't?

9  A. He did not.

10  Q. Do you recall him being placed on -- any

11 supplemental oxygen being given to the patient?

12  A. I can't remember.

13  Q. If other people in the case had

14 testified that he did have supplemental O2, would

15 you dispute that?

16     MR. LEDBETTER:  I'm going to object

17     to the form of the question and object

18     also to the fact that it lacks any

19     factual underpinning; in other words,

20     it's not true.

21  Q. (By Mr. Gilmer)  Do you have any -- is

22 it -- what is the procedure that you're familiar

23 with in the PACU as far as supplemental O2?

24     MS. MAGEE:  Can I object to the

114

1          objection?

2                    THE WITNESS:  Is it my turn?

3                    MR. TALLEY:  It's your turn.

4     A.   What's the question?

5     Q.   The question was was there a standard

6     procedure in the PACU concerning supplemental

7     02?

8     A.   There is.

9     Q.   What was that?

10    A.   If -- depending on what their 02 sats

11    are, less than 92 or so you would put on oxygen,

12    but they didn't know what his 02 sat was because

13    he didn't have a pulse ox on when he came to

14    me.

15    Q.   And at any point did you have the

16    ability to put him on supplemental 02?

17    A.   Yes.

18    Q.   Did you do that?

19    A.   I don't remember.  I don't remember if

20    he had a bag and mask when he came to me, because

21    normally what we'll do is plug the oxygen tubing

22    up to the oxygen on the wall.  And then depending

23    how old they are, if they need it, you know,

24    we'll just let it blow toward their face,

1   bedside and speak to the parents and observe the

2   patient.

3            Now, whether he came and saw them on his

4   way out, I don't have any idea.

5       Q.   You have no reason to dispute that if

6   that's his testimony, correct?

7       A.   Correct.

8       Q.   Okay.  Now, you testified earlier today

9   that you were the individual in charge of

10  monitoring Brett Lovelace while he was in the

11  PACU, is that correct?

12      A.   That's correct.

13      Q.   In your nursing judgment if you believed

14  that the patient needed to be turned from the

15  prone position to the supine position you

16  could have done that, correct?

17      A.   Correct.

18      Q.   And at no point did you do that,

19  correct?

20      A.   Correct.

21      Q.   At no point did you feel like you needed

22  to contact anybody and ask for assistance, is

23  that correct?

24      A.   Correct.

158

1      Q.   If you had needed to contact somebody

2  and request assistance with regard to, let's say,

3  Brett's oxygenation status, you could have done

4  that, is that correct?

5      A.   Correct.

6      Q.   And you didn't do that, correct?

7      A.   Correct.

8      Q.   Dr. Paidipalli, as you testified when

9  Mr. Ledbetter was asking you questions, he was at

10 the hospital and he was available if you had

11 contacted him, correct?

12            MR. LEDBETTER:  Object.  It's a

13        compound question.  It has more moving

14        parts than --

15     A.   Correct.

16     Q.   Thank you.  And you did not contact Dr.

17 Paidipalli, correct?

18     A.   Correct.

19     Q.   You never contacted Dr. Clemons either

20 after he left the bedside in the five minutes

21 that he was there, correct?

22     A.   Correct.

23     Q.   Now, Mr. Ledbetter asked you some

24 questions about a chart that he showed you, and