# EXHIBIT I

```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
                      - - - - - -
DANIEL LOVELACE, and          )
HELEN LOVELACE,               )
Individually, and as Parents  )
of BRETT LOVELACE, deceased,  )
                              )
Plaintiffs,                   )
                              )
vs.                           )  No. 2:13-cv-02289-SHL-dkv
                              )
PEDIATRIC                     )
ANESTHESIOLOGISTS, P.A.;      )
BABU RAO PAIDIPALLI; and      )
MARK P. CLEMONS,              )
                              )
Defendants.                   )
```

VIDEOTAPED DEPOSITION OF:

JASON D. KENNEDY, M.D.

NASHVILLE, TENNESSEE

WEDNESDAY, JUNE 25, 2014

ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY: IVA L. TALLEY, LCR
FILE NO.: A80609D

1

```
1    too.
2         Q         Okay.  Then --
3         A         We've lost the order --
4         Q         But you're not --
5         A         Sorry.
6         Q         Yeah, but you're not saying that a
7    patient has a compromised airway if they are lying with
8    their face turned to the side, are you?
9         A         Compromised diaphragm.  So they can't
10   take normal tidal volumes, especially a child of his
11   size.
12        Q         Okay.  Well, are you saying then that
13   this patient had a compromised airway for the ninety
14   minutes that he is in the ICU -- I mean PACU.
15        A         Compromised diaphragm.  His ability to
16   ventilate was not preserved, as evidenced by the fact
17   that his CO2 was over 100.
18        Q         Okay.  And would Nurse Kish be expected
19   to monitor that?
20        A         Well, she wouldn't have a way to monitor
21   directly his CO2, per se, as we discussed already.
22        Q         But I'm talking about the airway.  Isn't
23   she charged with monitoring the airway?
24        A         Yes, sir.
25        Q         Okay.  And so presumably she was
```

17

```
 1   monitoring it, and if there had been a problem with
 2   that, then she should have called somebody or done
 3   something about it.
 4            MR. LEDBETTER:  Object to the form.
 5   BY MR. JOHNSON:
 6       Q      Is that true?
 7       A      I'm sorry.  Repeat one more time.
 8       Q      Is it your opinion that if she was
 9   monitoring the airway and there was a problem with the
10   airway, then she should have done something about it or
11   called someone to do something about it?
12       A      I think that's an accurate statement,
13   yes, sir.
14       Q      You're not able to say -- between the
15   time that you say he was extubated too soon and the
16   time of the code, you're not able to say in that time
17   frame when, let's say, the die was cast --
18       A      Yeah, that would be --
19       Q      -- and could not be resuscitated or
20   salvaged; is that correct?
21       A      That would be conjecture.
22       Q      Is that correct?
23       A      That is -- would be conjecture.
24       Q      Okay.  You can't put a time --
25       A      No, sir, you cannot.
```