# EXHIBIT A

*Excerpts from Deposition of:*  Kelly Kish, R.N.

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE

---

DANIEL LOVELACE and
HELEN LOVELACE, Individually
and as Parents of BRETT
LOVELACE, Deceased,

        Plaintiff,

v.             Case Number 2:13-cv-02289

PEDIATRIC ANESTHESIOLOGISTS,
P.A., BABU RAO PAIDIPALLI, and
MARK P. CLEMONS,

        Defendant.

---

VIDEOTAPE DEPOSITION

OF

KELLY KISH

May 15, 2014

JILL W. HODGES, RPR, LCR #380
P O BOX 381722
Germantown, Tennessee  38138-1722
(901) 335-7952

R I V E R S I D E    R E P O R T I N G

1          THE VIDEOGRAPHER:  This is the

2    video deposition of Kelly Kish taken by

3    the defense in the matter of Lovelace

4    versus Pediatric Anesthesiologists, et

5    al, In The U.S. District Court For The

6    Western District of Tennessee, Docket

7    2:13-cv-02289.

8          This deposition is being held at

9    the offices of Lewis Thomason in

10   Memphis, Tennessee on May 15, 2014.

11   We're on the record at 1:34.

12         Counsel, will you identify

13   yourselves for the record, please?

14         MS. MAGEE:  Marcy Magee.  I

15   represent Dr. Mark Clemons.

16         MR. GILMER:  Brad Gilmer and Karen

17   Koplon for Dr. Paidipalli.

18         MR. LEDBETTER:  Mark Ledbetter for

19   the Plaintiffs, the Lovelaces.

20         MR. TALLEY:  Robert Talley for the

21   deponent, Kelly Kish.

22         MR. LEDBETTER:  I'd like to make a

23   brief statement at the beginning of

24   this, if I could.

1          This is Dr. Clemons deposition of

2   Nurse Kish.  I'd like to make and

3   preserve two objections at this time;

4   first, Dr. Clemons did not comply with

5   the law in Tennessee and in this case on

6   two accounts, properly filing a

7   certificate of good faith within 30 days

8   of pleading fault of a third party, a

9   motion to strike is pending, which

10   addresses the matters to be inquired on

11   today with this witness as well as the

12   affirmative defense that finds fault

13   with this nurse for this event;

14   second, Dr. Clemons failed to timely

15   respond to Plaintiff's Request for

16   Admissions early in this case served in

17   July 2012, answering them in 2013, and

18   has, therefore, foreclosed his denial of

19   allegations of fault against him in this

20   federal court case under Rule 36 of the

21   Federal Rules of Civil Procedure.  Under

22   the Federal Rules, a failure to respond

23   is an admission; no requirement exists

24   to require the party submitting the

1  requests to, upon default, as here, move

2  to have the factual matters admitted;

3  thus, a general objection is made to

4  this deposition and its contents,

5  including its use by Dr. Clemons while

6  reserving the right to ask questions,

7  pending any rulings by the Court, the

8  U.S. Magistrate Judge, on these points.

9  Further, all other objections are

10 reserved.

11        MS. MAGEE:  On behalf of Dr.

12 Clemons we take exception with your two

13 objections and we'll address them at the

14 appropriate time.

15        MR. GILMER:  Otherwise, do we agree

16 to the standard caption, all objections

17 reserved except as to the form?

18        MR. LEDBETTER:  Yes.

19        MS. MAGEE:  Yes.  This is a

20 discovery deposition being taken

21 pursuant to applicable Federal Rules of

22 Civil Procedure.

23        I'd like to mark as Exhibit 1 the

24 subpoena that was issued and served upon