# EXHIBIT B

Plaintiffs' First Request for Admissions Propounded to All Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

        Plaintiffs,

VS.                                                                        NO.:    2:13-cv-02289 dkv
                                                                                    JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and,
MARK P. CLEMONS,

        Defendants.

---

## PLAINTIFFS' NOTICE OF SERVICE OF
## DISCOVERY PLEADINGS

---

TO:    ALL COUNSEL OF RECORD

      Notice is hereby given that, on the date entered below, Mark Ledbetter served upon all defense counsel named in the Certificate of Service below, pursuant to L.R. 26.1(a)(2), via U.S. Mail, the following discovery pleadings:

    1)    Plaintiffs' First Set of Interrogatories and First Set of Request for Production of Documents Propounded to all Defendants; and,

    2)    Plaintiffs' First Request for Admissions Propounded to All Defendants.

    This 3rd day July, 2013.

Respectfully submitted,

HALLIBURTON & LEDBETTER

_____
MARK LEDBETTER          AR# 74175
Attorney for Plaintiffs        TN#17637
254 Court Avenue, Suite 305
Memphis, TN  38103
(901) 523-8153-phone
(901) 523-8115-fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system:

J. Kimbrough Johnson/Marcy Dodds Magee
2900 One Commerce Square
40 S. Main Street
Memphis, TN  38103
Attorneys for Mark P. Clemons
901/525-8721-phone
901/525-6722-fax
Johnsonk@thomasonlaw.com
MageeM@thomasonlaw.com


Albert G. McLean/David Cook
The Hardison Law Firm
119 S. Main Street, Suite 800
Memphis, TN  38103
Attorneys for Babu R. Paidipalli & Pediatric Anesthesiologists, P.A.
901/525-8776 – phone
901/525-8790 – fax
amclean@hard-law.com

This 3rd day of July, 2013.

_____
MARK LEDBETTER, Certifying Attorney