# EXHIBIT C

E-Mail From Movant's Counsel to Plaintiffs' Counsel
dated September 12, 2014

**From:** Magee, Marcy D. <MMagee@LewisThomason.com>
**To:** mark794 <mark794@aol.com>; Melodie Grem <melodiekgrem@gmail.com>
**Cc:** Johnson, Kimbrough <KJohnson@LewisThomason.com>; Brad Gilmer <bgilmer@hard-law.com>; Karen Koplon <kkoplon@hard-law.com>; Jerry Potter <jpotter@hard-law.com>
**Subject:** Fwd: Daniel Lovelace and Helen Lovelace, Individually, and as Parents of Brett Lovelace vs. Pediatric Anesthesiologists, P.A.; Babu Rao Paidipalli; and Mark P. Clemons; Case No. 2:13-cv-02289-dkv
**Date:** Fri, Sep 12, 2014 3:50 pm
**Attachments:** 9.12_ltr_to_Judge_Lipman_enc._proposed_Order.pdf (31K), ATT00001.htm (296), Order_Granting_Plfs'_Motion_for_Partial_Summary_Jgment.docx (23K), ATT00002.htm (230)

Mark-

We will be filing an objection to your order and requesting appropriate relief as we absolutely filed a timely response. We would request that you withdraw your order immediately. Please advise if you need us to resend our response to you.

Sent from my iPhone

Begin forwarded message:

From: Melodie Grem <melodiekgrem@gmail.com<mailto:melodiekgrem@gmail.com>>
Date: September 12, 2014 at 3:44:53 PM CDT
To: <ECF_Judge_Lipman@tnwd.uscourts.gov<mailto:ECF_Judge_Lipman@tnwd.uscourts.gov>>
Cc: Mark Ledbetter <mark794@aol.com<mailto:mark794@aol.com>>, "Johnson, Kimbrough" <kjohnson@lewisthomason.com<mailto:kjohnson@lewisthomason.com>>, "Magee, Marcy D." <mmagee@lewisthomason.com<mailto:mmagee@lewisthomason.com>>, david cook <dcook@hard-law.com<mailto:dcook@hard-law.com>>, Brad Gilmer <bgilmer@hard-law.com<mailto:bgilmer@hard-law.com>>, "jpotter@hard-law.com<mailto:jpotter@hard-law.com>" <jpotter@hard-law.com<mailto:jpotter@hard-law.com>>, Karen Koplon <kkoplon@hard-law.com<mailto:kkoplon@hard-law.com>>
Subject: Daniel Lovelace and Helen Lovelace, Individually, and as Parents of Brett Lovelace vs. Pediatric Anesthesiologists, P.A.; Babu Rao Paidipalli; and Mark P. Clemons; Case No. 2:!3-cv-02289-dkv

Dear Judge Lipman:

Attached is a letter, along with a proposed Order, which is being submitted on behalf of the Plaintiffs for your review, approval and entry with the Court.

Should you need further information, please do not hesitate to contact us.

Thank you.

Melodie K. Grem
Paralegal to Mark Ledbetter
Halliburton & Ledbetter
254 Court Avenue - Suite 305
Memphis, TN 38103
Ph: (901) 523-8153<tel:%28901%29%20523-8153>
email: melodiekgrem@gmail.com<mailto:melodiekgrem@gmail.com>

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com