# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

vs.

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI ; and,
MARK P. CLEMONS,

    Defendants.

NO.: 2:13-cv-02289 dkv
JURY TRIAL DEMANDED

## [PROPOSED] ORDER GRANTING DEFENDANT MARK CLEMONS, M.D.'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR EXTENSION OF TIME

This cause came to be heard on September ___, 2014 before the Honorable Sheryl H. Lipman, U.S. District Court Judge, upon Defendant Mark P. Clemons, M.D.'s Motion for Leave to File Response to Plaintiffs' Motion for Partial Summary Judgment and for Extension of Time [D.E. 137]. The Court, upon consideration of the Defendant's motion and arguments, finds that Defendant's inadvertent oversight in filing a timely response to Plaintiffs' Motion for Partial Summary Judgment amounts to excusable neglect pursuant to Federal Rule of Civil Procedure 6(b). Defendant's response does not prejudice the Plaintiffs, as the response was delayed less than (1) week and does not affect the January 20, 2015 trial date.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED, and DECREED that Defendant Mark P. Clemons, M.D.'s Motion for Leave to File Response to Plaintiffs' Motion for Partial Summary Judgment and for Extension of Time [D.E. 137], is GRANTED.

ENTERED this \_\_\_\_ day of September 2014.

_____
SHERYL H. LIPMAN
U. S. District Court Judge

5650671

2