IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

---

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as
Parents of BRETT LOVELACE, deceased,

    Plaintiffs,

vs.                                                   NO.:   2:13-cv-02289 dkv
                                                              JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and,
MARK P. CLEMONS,

    Defendants.

---

**PLAINTIFFS' MOTION TO STRIKE
DEFENDANT, MARK P. CLEMONS, M.D.'S REPLY TO PLAINTIFFS'
RESPONSE TO DEFENDANT, MARK P. CLEMONS, M.D.'S MOTION FOR LEAVE
TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT AND FOR EXTENSION OF TIME, AND BRIEF**

---

       Come the Plaintiffs, Daniel Lovelace and wife, Helen Lovelace, Individually, and as Parents of Brett Lovelace, deceased, by and through their attorney, Mark Ledbetter, and for their Motion to Strike Defendant, Mark P. Clemons, M.D.'s Reply to Plaintiffs' Response to Defendant, Mark P. Clemons, M.D.'s Motion for Leave to File Response to Plaintiffs' Motion for Partial Summary Judgment and for Extension of Time, and Brief, state as follows:

       1.     Under L.R. 7.2 [Motions] (c), the following is stated:

           (c) <u>Reply Memoranda</u>.

           Except as provided by L.R. 12.1(c) and L.R. 56.1(c), <u>Reply Memoranda may be filed only upon court order granting a motion for leave to reply.  Such motion for leave must be filed within seven (7) days of service of the Response.</u>

2. Defendant Clemons' Reply to Plaintiffs' Response to Defendant, Mark P. Clemons, M.D.'s Motion for Leave to File Response to Plaintiffs' Motion for Partial Summary Judgment and for Extension of Time [D.E. 141] violates L.R. 7.2(c), as no Reply is permitted under the circumstances present here, nor was leave to file a Reply timely obtained under L.R. 7.2, as required.  Thus, for noncompliance with L.R. 7.2(c), the Reply should be stricken.  However, if permitted, the following addresses it, viz., ¶ 3, infra.

3. Exhibit B of Defendant Clemons' Reply [D.E. 141] is a document in regard to which this Court has already held that Defendant Clemons may not rely in its defense.  [D.E. 118 – Order Granting Plaintiffs' Motion to Strike the Certificate of Good Faith of Defendant, Mark P. Clemons, M.D., under T.C.A. ¶ 29-26-122, (b) and (c) and Brief].

Accordingly, the Reply should be stricken.

Respectfully submitted,

**HALLIBURTON & LEDBETTER**

/s/ Mark Ledbetter_____
Mark Ledbetter (#17637)
Attorney for Plaintiffs
254 Court Avenue - Suite 305
Memphis, TN  38103
(901) 523-8153-phone
(901) 523-8115-fax

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system

J. Kimbrough Johnson/Marcy Dodds Magee/Margaret Cooper
2900 One Commerce Square
40 S. Main Street
Memphis, TN  38103
Attorneys for Mark Clemons
901/525-8721-phone
901/525-6722-fax
jjohnson@lewisthomason.com
mmagee@lewisthomason.com
mcooper@lewisthomason.com


Brad Gilmer/Jerry Potter/Karen Poplon/David Cook
The Hardison Law Firm
119 S. Main Street, Suite 800
Memphis, TN  38103
Attorneys for Babu R. Paidipalli & Pediatric Anesthesiologists, P.A.
901/525-8776 – phone
901/525-8790 – fax
Bgilmer@hard-law.com
jpotter@hard-law.com
kkoplon@hard-law.com
dcook@hard-law.com


  This 29th day of September, 2014.

              /s/ Mark Ledbetter_____
              Mark Ledbetter,  Certifying Attorney