UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

## NOTICE OF SETTING
### Before Judge Sheryl H. Lipman, United States District Judge

November 14, 2014

RE:   **2:13-cv-02289-SHL**
      **Daniel Lovelace, et al. v. Pediatric Anesthesiologists, PA, et al.**

Dear Sir/Madam:

A(n) **DAUBERT HEARING** has been **SET** before **Judge Sheryl H. Lipman** for **TUESDAY, DECEMBER 16, 2014** at **10:00 A.M. in Courtroom 7, 9th floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:   *s/Joseph P. Warren*,
      Case Manager to Judge Sheryl H. Lipman
      901-495-1242
      joseph_warren@tnwd.uscourts.gov