IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESESEE
_____

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as
Parents of BRETT LOVELACE, deceased,

    Plaintiffs,

Vs.                                                                     No. 2:13-cv-02289-SHL-dkv

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

    Defendants.
_____

**NOTICE TO TAKE AUDIO VISUAL EVIDENTIARY DEPOSITION OF IRA LANDSMAN, M.D.**
_____

    PLEASE TAKE NOTICE that the defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D., by and through counsel of record, will, at 5:00 p.m. on Thursday, December 18, 2014, at the law offices of Lewis Thomason, located at 424 Church Street, Suite 2500, Nashville, Tennessee 37219, take the videotaped evidentiary deposition of **IRA LANDSMAN, M.D.** whose testimony is sought regarding all matters not privileged which are relevant to the pending action. Said testimony is to be taken by audiovisual means and stenographically before a duly authorized reporter or some other officer authorized by law to administer oaths.  The oral examination will continue from day to day until completed and will be taken pursuant to all applicable provisions of the Federal Rules of Civil Procedure, including but not limited to Rules 26 through 38.

                Respectfully submitted,

                THE HARDISON LAW FIRM, P.C.

By:    s/Jerry O. Potter
        JERRY O. POTTER
        KAREN S. KOPLON
        W. BRADLEY GILMER
        Attorneys for Defendants, Pediatric
        Anesthesiologists, P.A. and
        Babu Rao Paidipalli, M.D.
        THE HARDISON LAW FIRM, P.C.
        119 S. Main Street, Suite 800
        Memphis, Tennessee 38103
        (901) 525-8776
        jpotter@hard-law.com
        bgilmer@hard-law.com
        kkoplon@hard-law.com

*Attorneys for Defendants, Pediatric*
*Anesthesiologists, P.A. and*
*Babu Rao Paidipalli, M.D.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via the Court's electronic filing system upon:

Mark Ledbetter, Esq.                J. Kimbrough Johnson, Esq.
Halliburton & Ledbetter            Marcy Dodds Magee, Esq.
Attorney for Plaintiffs              Attorneys for Defendant, Mark P.
254 Court Avenue                 Clemons, M.D.
Suite 305                            Lewis Thomason
Memphis, TN 38103               2900 One Commerce Street
                                    Memphis, TN 38103

this 24th day of November, 2014.

                s/ Jerry O. Potter
                JERRY O. POTTER (#4282)