✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN  DISTRICT OF  TENNESSEE

Daniel Lovelace, et al.

V.

Pediatric Anesthesiologists, PA, et al.

**EXHIBIT AND WITNESS LIST**

Case Number:  2:13-cv-02289-SHL

| PRESIDING JUDGE<br>**SHERYL H. LIPMAN** | | | PLAINTIFF'S ATTORNEY<br>Paul Mark Ledbetter | | | DEFENDANT'S ATTORNEY<br>J. Potter, B. Gilmer, K. Koplon, M. Magee |
|---|---|---|---|---|---|---|
| PROCEEDING/DATE(S):<br>Daubert Hearing: 12/16/14 | | | COURT REPORTER<br>Brenda Parker | | | COURTROOM DEPUTY<br>Joseph Warren |
| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|  |  | 12/16/14 | √ |  |  | **Edward L. Brundick, III** |
|  |  | 12/16/14 | √ |  |  | **Dr. Jason Kennedy** |
| 1 |  | 12/16/14 |  | √ | √ | Anesthesia Record of Brett S. Lovelace, 3/12/12 |
| 2 |  | 12/16/14 |  | √ | √ | Expert Witness Report of Jason D. Kennedy, MD |
|  |  | 12/16/14 | √ |  |  | **Dr. Timothy W. Martin** |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  | *s/Joseph P. Warren,* 12/16/2014 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.