IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESESEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

Vs.                                                  No. 2:13-cv-02289 shl
                                                        JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

    Defendants.

## NOTICE OF APPEARANCE

Natalie M. Bursi of Lewis Thomason hereby requests the Court accept this Notice of Appearance in this case as additional counsel of record for Defendant, Mark P. Clemons.

                                      Respectfully submitted,

                                      LEWIS THOMASON

                          By:    s/Natalie M. Bursi
                                    J. Kimbrough Johnson (7953)
                                    Marcy D. Magee (19360)
                                    Natalie M. Bursi (32017)
                                    40 South Main Street, Suite 2900
                                    Memphis, TN 38103
                                    Phone:  (901) 525-8721
                                    *Attorneys for Defendant, Mark P. Clemons*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system:

      Mr. Mark Ledbetter
      Halliburton & Ledbetter
      254 Court Avenue, Suite 305
      Memphis, TN 38103
      Mark794@aol.com


      Mr. Bradley Gilmer
      The Hardison Law Firm
      119 South Main Street, Suite 800
      Memphis, TN  38103
      bgilmer@hard-law.com


                                        s/Natalie M. Bursi
                                        Natalie M. Bursi

5795238