IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
_____

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

vs.                                          NO.: __2:13-cv-02289 dkv____
                                                                JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI ; and MARK P. CLEMONS,

    Defendants.
_____

## PLAINTIFFS' PRETRIAL DISCLOSURES
_____

      COME NOW the Plaintiffs, Daniel Lovelace and Helen Lovelace, individually, and as Parents of Brett Lovelace, deceased, by and through the undersigned counsel of record, pursuant to Fed. R. Civ. P. 26(a)(3)[1], provides the following pretrial disclosures:

    **(i)**     **The Name And, If Not Previously Provided, The Address And Telephone Number Of Each Witness – Separately Identifying Those The Party Expects To Present And Those It May Call If The Need Arises**

    **Plaintiffs expect to call the following witnesses:**

    1.     Daniel Lovelace
           Address known to all
           Phone: 870-514-1982

    2.     Helen Lovelace
           Address known to all
           Phone: 870-636-3806

---

[1] Pursuant to Fed. R. Civ. P. 26(a)(3), Plaintiffs reserve the right to present undisclosed evidence at trial used solely for impeachment.

3.  Jason D. Kennedy, M.D.
    VUMC Department of Anesthesiology
    1211 21st Avenue South, Medical Arts Bldg. 526
    Nashville, TN 37232

4.  Robert E. "Jay" Marsh, C.P.A., C.F.A., P.E., J.D.
    Marsh Economic Consulting, Inc.
    6 Levant Drive
    Little Rock, AR  72212-2658
    Phone: (501) 821-6677

5.  Frank J. Peretti, M.D.
    Forensic Pathologist
    Arkansas State Crime Lab
    3 Natural Resources Drive
    Little Rock AR 72205
    Ph: (501) 683-6122

**Plaintiffs may call the following witnesses:**

6.  Any and all witnesses listed by Defendants, including the Defendants, their agents, servants and employees;

7.  Le Bonheur Children's Medical Center nursing personnel, including, without limitations, the following:

    Wayne Sutter, EMT, the Methodist EMT who observed Brett Lovelace in the PACU;  Elizabeth Hinson, R.N, Margarte Yoste, R.N, Brittany M. Dye, Halie N. Henson, Emily Todd, Mark Bugnitz, M.D.

8.  Plaintiffs or family members identified in Defendants' discovery responses who filed malpractice claims against a Defendant, who have knowledge of prior errors.

9.  Allen Fincher, Owner, Finco Trucking
    Address Unknown

10. L. Dewayne Weeks, Co-Owner of W & W Landleveling;
    Address Unknown

(ii)  **Designation Of Those Witnesses Whose Testimony The Party Expects To Present By Deposition And, If Not Taken Stenographically, A Transcript Of The Pertinent Parts Of The Deposition**

Plaintiffs, Daniel Lovelace and Helen Lovelace, anticipate using all or portions of the depositions of Babu Rao Paidipalli, Mark P. Clemons and Kelly Kish, subject to the Court's ruling on objections stated in the depositions or otherwise, under the Federal Rules of Evidence. To the extent that Defendants intend to use Plaintiffs' depositions, or parts thereof, Plaintiffs reserve the right to offer portions as well for rebuttal or completeness, so as to address the matters offered by a defendant. The same procedure applies to any experts offered who were deposed.

**(iii)   Identification Of Each Document Or Other Exhibit, Including Summaries Of Other Evidence – Separately Identify Those Items The Party Expects To Offer And Those It May Offer If The Need Arises.**

**Plaintiffs expect to offer the following documents as Exhibits:**

1. Photographs taken by Helen Lovelace in the PACU;

2. Photographs taken by Helen Lovelace of her son on other occasions;

3. Photographs taken by Helen Lovelace of her son, Dr. Paidipalli, Dr. Clemons, Grace Freeman, Kelly Kish, and others at Le Bonheur Children's Medical Center before and after the surgery;

4. Le Bonheur Children's Medical Center /Methodist Le Bonheur Healthcare medical records;

5. Le Bonheur Children's Medical Center/Methodist Le Bonheur Healthcare medical bills;

6. Mark Clemons, M.D.'s medical records;

7. Medical Illustrations prepared by MediVisuals, Inc.;

8. Jason D. Kennedy, M.D.'s Expert Report, <u>Curriculum Vitae,</u> reasons, bases, support, references;

9. Frank J. Peretti, M.D.'s, Expert Report, <u>Curriculum Vitae</u>, Death Certificate, Autopsy Report, reasons, basis, support, references, exhibits, notes, photographs, findings, file; and

10. Robert E. "Jay" Marsh's Expert Report, <u>Curriculum Vitae</u>, exhibits, tables, stated bases and reasons.

**Plaintiffs may offer the following documents as Exhibits:**

11. Any pleadings filed in this cause, including discovery responses served in this cause;

3

12. Any exhibits to any deposition taken in this cause;

13. Le Bonheur Children's Medical Center's procedures effective for March 12-14, 2012 for dictation of surgical reports;

14. Le Bonheur Children's Medical Center's procedures for the anesthesia services provided on March 12, 2012;

15. Summaries of fault and damages;

16. Timeline of Events Chart;

17. Definitions of glossary chart/boards;

18. Jury Instructions chart/boards;

19. Pulse oximeter, supplemental oxygen equipment and patient dummy;

20. A.S.A. Nurse Anesthetist Scope of Practice and Rules;

21. Letter written by Allen Fincher, Finco Trucking;

22. Letter written by L. Dewayne Weeks;

23. Any and all exhibits identified or used by the Defendants, Pediatric Anesthesiologists, P.A., Babu Rao Paidipalli and Mark P. Clemons; and

.

24. Copies of all O.R. Reports of Dr. Mark Clemons, noting time of dictation, transcription, and time of any records, alterations or re-dating/re-timing.

                          Respectfully submitted,

                          **HALLIBURTON & LEDBETTER**

                          /s/ Mark Ledbetter_____
                          MARK LEDBETTER (TN# 17637)
                          Attorney for Plaintiffs
                          254 Court Avenue, Suite 305
                          Memphis, TN  38103
                          (901) 523-8153-phone
                          Mark794@aol.com

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via the Court's ECF filing system and via U. S. Mail, first class postage prepaid this 20th day of December, 2014.

J. Kimbrough Johnson/Marcy Dodds Magee/Margaret Cooper/Natalie Bursi
2900 One Commerce Square
40 S. Main Street
Memphis, TN  38103
Attorneys for Mark Clemons
901/525-8721-phone
901/525-6722-fax
jjohnson@lewisthomason.com
mmagee@lewisthomason.com
mcooper@lewisthomason.com
nbursi@lewthomason.com


W. Bradley Gilmer/David Cook/Jerry Potter/Karen Koplon
The Hardison Law Firm
119 S. Main Street, Suite 800
Memphis, TN  38103
Attorneys for Babu R. Paidipalli & Pediatric Anesthesiologists, P.A.
901/525-8776 – phone
901/525-8790 – fax
bgilmer@hard-law.com
dcook@hard-law.com
jpotter@hard-law.com
kkoplon@hard-law.com


                                            /s/ Mark Ledbetter_____
                                            MARK LEDBETTER, Certifying Attorney