### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE,
### WESTERN DIVISION

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

      Plaintiffs,

Vs.                                  No. 2:13-cv-02289-SHL-dkv
                                           JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

      Defendants,

### JOINT MOTION OF DEFENDANTS TO QUASH SUBPOENA
### TO METHODIST LeBONHEUR HEALTHCARE

Come now the Defendants, Pediatric Anesthesiologists, P.A., Babu Rao Paidipalli, and Mark P. Clemons, by and through the undersigned counsel of record, and moves the Court to quash a subpoena duces tecum requested by Plaintiff and issued by the Clerk of this court on or about December 11, 2014 to Methodist LeBonheur Healthcare to Produce a witness to testify by Deposition on December 30, 2014 at 10:00 am at the office of Plaintiff's Counsel. As grounds, the Defendants will show that the time period for discovery has passed, Plaintiff did not move this Court to reopen discovery or to supplement discovery outside the scheduling order, and this matter is set for trial on January 20, 2015, thereby prejudicing the Defendants with new discovery on

the eve of trial.

In support of their Motion, the Defendants rely upon their Memorandum of Support, the exhibits attached thereto, and the entire record in this cause.

Wherefore, premises considered, Defendants pray that the Court quash the subpoena at issue.

RESPECTFULLY SUBMITTED,

THE HARDISON LAW FIRM


By:    W. Bradley Gilmer
       JERRY O. POTTER (4284)
       W. BRADLEY GILMER (21490)
       KAREN S. KOPLON (16282)
       Attorneys for Defendants, Pediatric
       Anesthesiologists, P.A. and
       Babu Rao Paidipalli, M.D.
       THE HARDISON LAW FIRM, P.C.
       119 S. Main Street, Suite 800
       Memphis, Tennessee 38103
       (901) 525-8776
       jpotter@hard-law.com
       bgilmer@hard-law.com
       kkoplon@hard-law.com


       LEWIS THOMASON


By:    s/ Marcy D. Magee
       J. Kimbrough Johnson (7953)
       Marcy D. Magee (19360)
       Natalie M. Bursi (032017)
       40 South Main Street, Suite 2900
       Memphis, TN 38103
       Phone:  (901) 525-8721
       *Attorneys for Defendant, Mark P.
       Clemons*

## CERTIFICATE OF CONSULATION

Pursuant to Local Rule 7.2(a)(1)(B), I hereby certify that on December 22, 2014, counsel for defendants, Babu Rao Paidipalli and Pediatric Anesthesiologists, P.A., consulted with Mark Ledbetter, counsel for plaintiffs, Daniel and Helen Lovelace, via e-mail concerning the contents of this motion, and that all counsel are unable to reach an accord as to all issues pertaining to this motion.

s/W. Bradley Gilmer
W. BRADLEY GILMER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via U.S. Mail to all counsel of record identified below:

Mark Ledbetter, Esq.
Halliburton & Ledbetter
Attorney for Plaintiffs
254 Court Avenue
Suite 305
Memphis, TN 38103

this 23rd day of December, 2014.

s/ W. Bradley Gilmer
W. BRADLEY GILMER