AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| Daniel Lovelace and Helen Lovelace, et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:13-cv-02289-SHL-dkv |
| Pediatric Anesthesiologists, P.A., et al | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Methodist Le Bonheur Healthcare, c/o its counsel, Craig Conley, Baker Donelson, 165 Madison Ave., Suite 2000, Memphis, TN; Registered Agent: Lynn Field, 1211 Union Ave., Ste. 700, Memphis, TN

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

\*\* Documents may be produced in lieu of deposition

| Place: 254 Court Avenue, Suite 305 Memphis, TN 38103 | Date and Time: 12/30/2014 10:00 am |
|---|---|

The deposition will be recorded by this method: Court Reporter

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See attached Exhibit A.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____              _____
Signature of Clerk or Deputy Clerk              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs
_____, who issues or requests this subpoena, are:
Mark Ledbetter, Halliburton & Ledbetter, 254 Court Avenue, Ste. 305, Memphis, TN 38103

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 2:13-cv-02289-SHL-dkv

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## EXHIBIT A

Methodist Le Bonheur Healthcare's (1) Rule 0913 (Report of Operation), by whatever name, number or section known, for the date, March 12, 2012, and any other rule or procedure addressing the same subject, which states or provides that an Operation Report shall be dictated following surgery within a stated period of time; also (2) any rules, bylaws, or statements governing anesthesia services rendered or provided at the hospital.