IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

VS.                                    NO.: 2:13-cv-02289-JPM-dkv
                                          JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI ; and,
MARK P. CLEMONS,

    Defendants.

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF DISCOVERY DEADLINES
FIRST AMENDED SCHEDULING ORDER

    Before the Court is Defendants Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli's unopposed Motion for Extension of the remaining discovery deadlines by two (2) months. (ECF No. 88.) As the Motion is unopposed and does not affect the trial date, the Motion is GRANTED.

    The Joint Scheduling Order of June 24, 2013 (ECF 19) is therefore amended as follows:

**COMPLETING ALL FACT DISCOVERY:** April 9, 2014;

    (a)    DISCOVERY DEPOSITIONS OF FACT WITNESSES: April 9, 2014;

    (b)    REQUESTS FOR ADMISSIONS: April 9, 2014;

**EXPERT WITNESS DISCLOSURES: (Rule 26 (a)(2):**

 (a) DISCLOSURE OF PLAINTIFF'S RULE 26(a)(2) EXPERT INFORMATION: April 9, 2014;

 (b) DISCLOSURE OF DEFENDANT'S RULE 26(a)(2) EXPERT INFORMATION: May 9, 2014;

 (c) EXPERT WITNESS DEPOSITIONS: Plaintiff's experts – June 9, 2014; Defendants' experts – July 9, 2014;

 (d) SUPPLEMENTATION UNDER RULE 26(e)(2): July 9, 2014;

MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E. 702/*DAUBERT* MOTIONS: August 9, 2014;

FILING DISPOSITIVE MOTIONS: August 9, 2014;

This case remains set for a jury trial on October 20, 2014. The pretrial order date remains set for October 3, 2014, and the pretrial conference date remains set October 10, 2014.

All other dates and terms included in the original Joint Scheduling Order of June 24, 2013, shall remain the same. Absent a showing of good cause, the aforementioned dates will not be modified or extended.

 **IT IS SO ORDERED**, this 22nd day of January, 2014.

        /s/ Jon P. McCalla
        U.S. DISTRICT COURT JUDGE