*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

*Thomas M. Gould, Clerk*                                              *Deputy-in-Charge*
*242 Federal Building*                                         *U.S. Courthouse, Room 262*
*167 N. Main Street*                                        *111 South Highland Avenue*
*Memphis, Tennessee 38103*                                  *Jackson, Tennessee  38301*
*(901) 495-1200*                                                       *(731) 421-9200*

---

## NOTICE OF SETTING
**Before Judge Sheryl H. Lipman, United States District Judge**

---

**December 24, 2014**

> **RE:   13-2289-SHL-dkv**
> **DANIEL LOVELACE, ET AL. V. PEDIATRIC ANESTHESIOLOGISTS, P.A., ET AL.**

**Dear Sir/Madam:**

A **TELEPHONIC MOTION HEARING** regarding ECF No. 160, Joint Motion to Quash Subpoena, has been **SET** for **MONDAY, DECEMBER 29, 2014** at **10:00 A.M. in Courtroom 7, on the 9th floor of the Federal Building, Memphis,** Tennessee, before United States District Judge Sheryl H. Lipman.

**To join the conference call, please call 888-808-6929.  The access code is 4970554.**

If you have any questions, please contact me at the number provided below, or contact Mr. Joseph Warren, the Judge Lipman's case manager, at 901-495-1242 (e-mail address: Joseph_Warren@tnwd.uscourts.gov).

Sincerely,

 s/ Cathy Gray

Cathy Gray, Judicial Assistant to Judge Sheryl H. Lipman
901-495-1337
Cathy_Gray@tnwd.uscourts.gov