UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

NOTICE OF RE-SETTING
Before Judge Sheryl H. Lipman, United States District Judge

December 24, 2014

RE:   13-2289-SHL-dkv
      **DANIEL LOVELACE, ET AL. V. PEDIATRIC ANESTHESIOLOGISTS, P.A., ET AL.**

**Dear Sir/Madam:**

A **TELEPHONIC MOTION HEARING** regarding ECF No. 160, Joint Motion to Quash Subpoena, has been **RESET** for **MONDAY, DECEMBER 29, 2014** at **9:30 A.M.**, before United States District Judge Sheryl H. Lipman.

**To join the conference call, please call 888-808-6929.  The access code is 4970554.**

If you have any questions, please contact me at the number provided below, or contact Mr. Joseph Warren, the Judge Lipman's case manager, at 901-495-1242 (e-mail address: Joseph_Warren@tnwd.uscourts.gov).

Sincerely,

s/ Cathy Gray

Cathy Gray, Judicial Assistant to Judge Sheryl H. Lipman
901-495-1337
Cathy_Gray@tnwd.uscourts.gov