**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESESEE**

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

      Plaintiffs,

Vs.                               No. 2:13-cv-02289 SHL - dkv
                                       JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

      Defendants.

---

**DEFENDANTS' JOINT MOTION IN LIMINE NO. 8**

---

Come now the defendants, Pediatric Anesthesiologists, P.A., Babu Rao Paidipalli, M.D., and Mark P. Clemons, M.D., by and through counsel of record, and move this Court in limine to prohibit testimony or argument about any expert or physician witness's personal practices or what he would have done or would recommend in a particular situation. Under the Erie doctrine, the Court is bound to apply the substantive law of the state of Tennessee as if this action had been brought in a Tennessee state Court. Erie Railroad Co. v. Tompkins, 304 U.S. 64 (1938).

TCA § 29-26-115 sets out the elements of a medical malpractice claim which includes proof of the recognized standard of acceptable professional practice. Proof of what an expert may do or what is the preferred or the "best" or ideal way to do something is not proof of the recognized standard of professional practice. Since this is not the appropriate standard to be applied and would only serve to confuse the jury and prejudice the Defendants, all such

examination, testimony, and argument should be excluded. Fed. R. Evid. 401, 402, and 403;

Lewis v. Hill, 770 S.W.2d 751 (Tenn. Ct. App. 1988).

By: s/ W. Bradley Gilmer
   JERRY O. POTTER (4284)
   W. BRADLEY GILMER (21490)
   KAREN S. KOPLON (16282)
   Attorneys for Defendants, Pediatric
   Anesthesiologists, P.A. and
   Babu Rao Paidipalli, M.D.
   THE HARDISON LAW FIRM, P.C.
   119 S. Main Street, Suite 800
   Memphis, Tennessee 38103
   (901) 525-8776
   jpotter@hard-law.com
   bgilmer@hard-law.com
   kkoplon@hard-law.com

By: s/Marcy D. Magee
   J. KIMBROUGH JOHNSON (7953)
   MARCY D. MAGEE (19360)
   NATALIE M. BURSI (032017)
   Attorneys for Defendant, Mark P. Clemons
   LEWIS THOMASON
   40 South Main Street, Suite 2900
   Memphis, TN 38103
   Phone:  (901) 525-8721
   KJohnson@LewisThomason.com
   MMagee@LewisThomason.com
   NBursi@LewisThomason.com

## CERTIFICATE OF CONSULATION

Pursuant to Local Rule 7.2(a)(1)(B), I hereby certify that on January 6th 2015, counsel for defendants, Babu Rao Paidipalli and Pediatric Anesthesiologists, P.A., consulted with Mark Ledbetter, counsel for plaintiffs, Daniel and Helen Lovelace, via e-mail concerning the contents of this motion, and that all counsel are unable to reach an accord as to all issues pertaining to this motion.

s/W. Bradley Gilmer
W. BRADLEY GILMER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via U.S. Mail to all counsel of record identified below:

Mark Ledbetter, Esq.
Halliburton & Ledbetter
Attorney for Plaintiffs
254 Court Avenue
Suite 305
Memphis, TN 38103

this 6th day of January, 2015.

s/ W. Bradley Gilmer
W. BRADLEY GILMER