# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESESEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

Vs.                                                           No. 2:13-cv-02289 SHL - dkv
                                                                                       JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

    Defendants.

## DEFENDANTS' JOINT MOTION IN LIMINE NO. 9

Come now the defendants, Pediatric Anesthesiologists, P.A., Babu Rao Paidipalli, M.D., and Mark P. Clemons, M.D., by and through counsel of record, and move this Court to order all counsel to advise the court and other parties of the order and presentation of proof in advance. Counsel shall advise the Court of the order of proof (the day before the proof) and cooperate in the event a witness is to be called out of order.  Plaintiff's counsel shall advise defense counsel as to the order of proof for Tuesday, January 20, 2014 on Friday, January 16, 2014 by 4:30 p.m.

       By: s/ W. Bradley Gilmer
          JERRY O. POTTER (4284)
          W. BRADLEY GILMER (21490)
          KAREN S. KOPLON (16282)
          Attorneys for Defendants, Pediatric
          Anesthesiologists, P.A. and
          Babu Rao Paidipalli, M.D.
          THE HARDISON LAW FIRM, P.C.
          119 S. Main Street, Suite 800
          Memphis, Tennessee 38103
          (901) 525-8776
          jpotter@hard-law.com
          bgilmer@hard-law.com
          kkoplon@hard-law.com


       By: s/Marcy D. Magee
          J. KIMBROUGH JOHNSON (7953)
          MARCY D. MAGEE (19360)
          NATALIE M. BURSI (032017)
          Attorneys for Defendant, Mark P. Clemons
          LEWIS THOMASON
          40 South Main Street, Suite 2900
          Memphis, TN 38103
          Phone:  (901) 525-8721
          KJohnson@LewisThomason.com
          MMagee@LewisThomason.com
          NBursi@LewisThomason.com

## CERTIFICATE OF CONSULATION

  Pursuant to Local Rule 7.2(a)(1)(B), I hereby certify that on January 6th 2015, counsel for defendants, Babu Rao Paidipalli and Pediatric Anesthesiologists, P.A., consulted with Mark Ledbetter, counsel for plaintiffs, Daniel and Helen Lovelace, via e-mail concerning the contents of this motion, and that all counsel are unable to reach an accord as to all issues pertaining to this motion.

              s/W. Bradley Gilmer
              W. BRADLEY GILMER


## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing has been served via U.S. Mail to all counsel of record identified below:

Mark Ledbetter, Esq.
Halliburton & Ledbetter
Attorney for Plaintiffs
254 Court Avenue
Suite 305
Memphis, TN 38103


this 6th day of January, 2015.

              s/ W. Bradley Gilmer
              W. BRADLEY GILMER