IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESESEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

Vs.                                                  No. 2:13-cv-02289 SHL-dkv
                                                  JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

    Defendants.

## NOTICE OF SETTLEMENT

Counsel for Dr. Clemons hereby gives the Court notice that the parties have settled this lawsuit. The parties anticipate filing a stipulation of dismissal within thirty (30) days.

Respectfully submitted,

LEWIS THOMASON

By:    s/Marcy D. Magee
          J. Kimbrough Johnson (7953)
          Marcy D. Magee (19360)
          Natalie M. Bursi (032017)
          40 South Main Street, Suite 2900
          Memphis, TN 38103
          Phone: (901) 525-8721
          *Attorneys for Defendant, Mark P. Clemons*
          KJohnson@LewisThomason.com
          MMagee@LewisThomason.com
          NBursi@LewisThomason.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via U.S. Mail, first class postage prepaid, and via the Court's ECF filing system:

Mark Ledbetter, Esq.
Halliburton & Ledbetter
254 Court Avenue, Suite 305
Memphis, TN 38103
Mark794@aol.com


Jerry O. Potter, Esq.
W. Bradley Gilmer, Esq.
Karen S. Koplon, Esq.
The Hardison Law Firm
119 South Main Street, Suite 800
Memphis, TN  38103
jpotter@hard-law.com
bgilmer@hard-law.com
kkoplon@hard-law.com


                                              s/Marcy Dodds Magee
                                              Marcy Dodds Magee

5818298