IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESESEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

Vs.                                       No. 2:13-cv-02289 SHL - dkv
                                               JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

    Defendants.

## STIPULATION OF DISMISSAL OF BABU RAO PAIDIPALLI, M.D.

Pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A) (ii), Plaintiffs Daniel Lovelace and Helen Lovelace, Individually, and as Parents of Brett Lovelace, deceased, by and through counsel of record, file this stipulation of dismissal, signed by all parties that have appeared, dismissing this action with prejudice as to Babu Rao Paidipalli, M.D.

/s Mark Ledbetter
Mark Ledbetter
Halliburton & Ledbetter
Attorney for Plaintiffs
254 Court Avenue
Suite 305
Memphis, TN 38103

s/ W. Bradley Gilmer
JERRY O. POTTER (4284)
W. BRADLEY GILMER (21490)
KAREN S. KOPLON (16282)
Attorneys for Defendants, Pediatric Anesthesiologists, P.A. and
Babu Rao Paidipalli, M.D.
THE HARDISON LAW FIRM, P.C.
119 S. Main Street, Suite 800
Memphis, Tennessee 38103
(901) 525-8776
jpotter@hard-law.com
bgilmer@hard-law.com
kkoplon@hard-law.com


s/Marcy D. Magee
J. KIMBROUGH JOHNSON (7953)
MARCY D. MAGEE (19360)
NATALIE M. BURSI (032017)
Attorneys for Defendant, Mark P. Clemons
LEWIS THOMASON
40 South Main Street, Suite 2900
Memphis, TN 38103
Phone: (901) 525-8721
KJohnson@LewisThomason.com
MMagee@LewisThomason.com
NBursi@LewisThomason.com


**CERTIFICATE OF SERVICE**

A copy of the foregoing has been served upon counsel of record through the Court's ECF system this 30th day of January, 2015

> s/ W. Bradley Gilmer
> W. BRADLEY GILMER