IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESESEE

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

Vs.

No. 2:13-cv-02289 SHL-dkv
JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

    Defendants.

## STIPULATION OF DISMISSAL OF MARK P. CLEMONS, M.D.

Pursuant to Federal rule of Civil Procedure 41 (a) (1) (A) (ii), Plaintiffs Daniel Lovelace and Helen Lovelace, Individually and as Parents of Brett Lovelace, deceased, by and through counsel of record, file this stipulation of dismissal, signed by all parties that have appeared, dismissing this action with prejudice as to Mark P. Clemons, M.D.

Respectfully submitted,

LEWIS THOMASON

By:   <u>s/Marcy D. Magee</u>
       J. Kimbrough Johnson (7953)
       Marcy D. Magee (19360)
       Natalie M. Bursi (032017)
       40 South Main Street, Suite 2900
       Memphis, TN 38103
       Phone: (901) 525-8721
       *Attorneys for Defendant, Mark P. Clemons*

   s/Mark Ledbetter
Mark Ledbetter, Esq.
Halliburton & Ledbetter
254 Court Avenue, Suite 305
Memphis, TN 38103


   s/Bradley Gilmer
Jerry O. Potter, Esq.
W. Bradley Gilmer, Esq.
Karen S. Koplon, Esq.
The Hardison Law Firm
119 South Main Street, Suite 800
Memphis, TN  38103

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a copy of the foregoing has been properly served upon all counsel of record identified below via U.S. Mail, first class postage prepaid, and via the Court's ECF filing system:

          Mark Ledbetter, Esq.
          Halliburton & Ledbetter
          254 Court Avenue, Suite 305
          Memphis, TN 38103
          Mark794@aol.com


          Jerry O. Potter, Esq.
          W. Bradley Gilmer, Esq.
          Karen S. Koplon, Esq.
          The Hardison Law Firm
          119 South Main Street, Suite 800
          Memphis, TN  38103
          jpotter@hard-law.com
          bgilmer@hard-law.com
          kkoplon@hard-law.com


                          s/Marcy Dodds Magee
                          Marcy Dodds Magee

5850186