IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESESEE
WESTERN DIVISION

DANIEL LOVELACE and
HELEN LOVELACE, Individually, and as Parents of
BRETT LOVELACE, deceased,

    Plaintiffs,

Vs.                       No. 2:13-cv-02289 SHL-dkv
                          JURY TRIAL DEMANDED

PEDIATRIC ANESTHESIOLOGISTS, P.A.;
BABU RAO PAIDIPALLI; and
MARK P. CLEMONS,

    Defendants.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiffs and the Defendants, by counsel of record, and announce to the Court that all matters as to all Defendants in this lawsuit have been resolved, and the Plaintiffs' Complaint may now be dismissed with prejudice in its entirety.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Complaint against Pediatric Anesthesiologists, P.A., Babu Rao Paidipalli, and Mark P. Clemons is hereby dismissed with prejudice.

**ENTERED** this 4th day of February, 2015.

                               s/ SHERYL H. LIPMAN
                               UNITED STATES DISTRICT JUDGE

2

Approved:

s/ Mark Ledbetter
Mark Ledbetter (#17637)
HALLIBURTON & LEDBETTER
254 Court Avenue, Suite 305
Memphis, TN 38013
(901) 523-8153 – phone
(901) 523-8115 – fax
*Attorney for Plaintiffs*
Mark794@aol.com

s/ W. Bradley Gilmer
Jerry O. Potter (4284)
W. Bradley Gilmer (21490)
Karen S. Koplon (16282)
THE HARDISON LAW FIRM, P.C.
119 S. Main Street, Suite 800
Memphis, Tennessee 38103
(901) 525-8776
*Attorneys for Defendants, Pediatric Anesthesiologists, P.A. and Babu Rao Paidipalli, M.D.*
jpotter@hard-law.com
bgilmer@hard-law.com
kkoplon@hard-law.com

s/Marcy D. Magee
J. Kimbrough Johnson (7953)
Marcy D. Magee (19360)
Natalie M. Bursi (032017)
LEWIS THOMASON
40 South Main Street, Suite 2900
Memphis, TN 38103
Phone:  (901) 525-8721
*Attorneys for Defendant, Mark P. Clemons*
KJohnson@LewisThomason.com
MMagee@LewisThomason.com
NBursi@LewisThomason.com