IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DANIEL LOVELACE and HELEN LOVELACE, Individually, and as Parents of BRETT LOVELACE, deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>PEDIATRIC ANESTHESIOLOGISTS, P.A.; BABU RAO PAIDIPALLI; and MARK P. CLEMONS,<br><br>    Defendants. | No. 2:13-cv-2289 SHL-dkv |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' Complaint (ECF No. 1), filed May 8, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with with the Stipulations of Dismissal (ECF Nos. 204 and 205) filed January 30, 2015, Stipulation of Dismissal (ECF No. 206) filed February 3, 2015, and the Consent Order of Dismissal with Prejudice (ECF No. 207) filed February 4, 2015, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiffs against Defendants are hereby DISMISSED WITH PREJUDICE.

APPROVED:

s/ SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

February 4, 2015
Date