

Thomas M. Gould
*Clerk of Court*

# United States District Court
# Western District of Tennessee

Federal Building
167 North Main Street, Suite 242
Memphis, Tennessee 38103

901-495-1200 (Telephone)
901-495-1250 (Facsimile)
Tom_Gould@tnwd.uscourts.gov

Federal Building
111 South Highland, Room 262
Jackson, Tennessee 38301

731-421-9200 (Telephone)
731-421-9210 (Facsimile)

Date  9/23/15

NOTICE:   Retrieval of Exhibits in Case Number : 2:13cv 2289

Dear Counsel:

Our records indicate a final determination of the above styled case has been entered.

Local Rule 79.1(c) of the United District Court for the Western District of Tennessee specifies:

> After the final determination of any action, counsel shall have 30 days within
> Which to withdraw exhibits in the clerk's custody. In the event the exhibits are not
> So withdrawn, the clerk shall destroy or otherwise dispose of said exhibits.

If you are interested in retrieving the exhibits entered by you in this case, you must contact the Memphis Clerk's office at 901-495-1200 within 15 days from the date of this letter to make arrangements for said retrieval. We require a two (2) days notice in order to have the exhibits ready for pick-up. You must physically retrieve and sign for the exhibits. Absent communication from you, the exhibits will be destroyed.

Thank You.                    *See attached list*

Best Regards,

Thomas M. Gould
CLERK OF COURT

By: *Judy Easley*
Deputy Clerk

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN   DISTRICT OF   TENNESSEE

Daniel Lovelace, et al.

V.

Pediatric Anesthesiologists, PA, et al.

**EXHIBIT AND WITNESS LIST**

Case Number:  2:13-cv-02289-SHL

| PRESIDING JUDGE<br>SHERYL H. LIPMAN | | | PLAINTIFF'S ATTORNEY<br>Paul Mark Ledbetter | | DEFENDANT'S ATTORNEY<br>J. Potter, B. Gilmer, K. Koplon, M. Magee | |
|---|---|---|---|---|---|---|
| PROCEEDING/DATE(S):<br>Daubert Hearing: 12/16/14 | | | COURT REPORTER<br>Brenda Parker | | COURTROOM DEPUTY<br>Joseph Warren | |
| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | 12/16/14 | √ | | | **Edward L. Brundick, III** |
| | | 12/16/14 | √ | | | **Dr. Jason Kennedy** |
| 1 | | 12/16/14 | | √ | √ | Anesthesia Record of Brett S. Lovelace, 3/12/12 |
| 2 | | 12/16/14 | | √ | √ | Expert Witness Report of Jason D. Kennedy, MD |
| | | 12/16/14 | √ | | | **Dr. Timothy W. Martin** |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | *s/Joseph P. Warren,* 12/16/2014 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1